Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  Kevin Walker, *sui juris, In Propria Persona*
2  C/o 30650 Rancho California Road #406-251
3  Temecula, California [92591]
   non-domestic *without* the <u>U</u>nited <u>S</u>tates
4  Email: team@walkernovagroup.com

5  *Attorney-In-Fact, Executor, and Authorized Representative,*
   *for Real Party(ies) in Interest/Plaintiff(s)*
6  ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©,
7  ™KEVIN WALKER© IRR TRUST

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8        UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10  ™KEVIN WALKER© ESTATE, *et al.,*         Case No.: 5:25–cv–00646–WLH–MAA
        *Plaintiff(s)/Real Party(ies) in Interest,*
11                                           **PLAINTIFFS' VERIFIED NOTICE**
                                             **AND DEMAND FOR IMMEDIATE**
12      *vs.*                                **NON-DISCRETIONARY**
    **Chad Bianco,** *et al.,*               **EMERGENCY EX PARTE**
13          *Defendant(s).*                  **INJUNCTION AS A MATTER OF**
                                             **LAW WITHOUT HEARING**
14

15

16

17  <u>**PLAINTIFFS' VERIFIED NOTICE AND DEMAND FOR IMMEDIATE**</u>

18  <u>**NON-DISCRETIONARY EMERGENCY EX PARTE INJUNCTION AS A**</u>

19          <u>**MATTER OF LAW WITHOUT HEARING**</u>

20  **COMES NOW**, Plaintiffs ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS

21  WALKER©, ™KEVIN WALKER© IRR TRUST (hereinafter "Plaintiffs" and/or

22  "Real Party(ies) in Interest"), by and through their Attorney-in-Fact, **Kevin: Walker**,

23  who is proceeding *sui juris, In Propria Persona*, and by *Special Limited*

24  *Appearance* (NOT generally). **Kevin** is **natural** *freeborn* sovereign, **one of the**

25  **people**, and state <u>C</u>itizen of California **the republic** in its **De'jure** capacity as one of

26  the several <u>s</u>tates of the Union 1789. This incidentally makes him a **non-citizen**

27  **national/national** American of the **republic** as per the **De'Jure Constitution for the**

28  **United States 1777/1789.**

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  Plaintiffs, acting through their Attorney-in-Fact, assert their **inherent *unalienable***

2  right to **contract**, as secured by **Article I, Section 10** of the **Constitution**, which

3  states: "No State shall... pass any Law impairing the Obligation of Contracts," and

4  thus which *prohibits* states from impairing the obligation of **contracts**.

5  This clause **unequivocally** prohibits states from impairing the obligation of

6  contracts, including but not limited to, a trust and contract agreement as an

7  '*Attorney-In-Fact*,' and any private contract existing between Plaintiffs and

8  Defendants. A copy of the 'Affidavit: Power of Attorney In Fact,' is attached hereto

9  as **Exhibits A** and incorporated herein by reference.

10  Plaintiffs further rely on their inherent rights under the **Constitution** and the

11  **common law** — rights that **predate** the formation of the tat_se and remain

12  safeguarded by **due process of law**.

13  **I.**       **'Attorney-in-Fact' : Legal Authority and Recognition:**

14  An **attorney-in-fact** is a **private attorney** authorized by another to act on their

15  behalf in specific matters, as granted by a **power of attorney**. This authority can be

16  **limited to a specific act** or extend to **general business matters** that are not of a

17  legal character.

18  According to **Bouvier's Law Dictionary, Black's Law Dictionary (1st, 2nd, and 8th**

19  **editions), and the American Bar Association (ABA):**

20  •   An **attorney-in-fact** derives their authority from a written instrument,

21      commonly referred to as a **"power of attorney."**

22  •   A **constituent** may lawfully delegate authority to an **attorney-in-fact** to act in

23      their place.

24  •   This designation is distinct from an **attorney-at-law**, as it pertains to an

25      individual acting under a **special agency or letter of attorney** for particular

26      actions.

27  •   Even individuals who are otherwise disqualified from acting in their own legal

28      capacity, such as minors or married women (historically referred to as **femes**

1    **coverts**), may act as an **attorney-in-fact** for others if they have the necessary

2    understanding.

3    **Black's Law Dictionary** defines an **attorney-in-fact** as follows:

4    *"A person to whom the authority of another, who is called the constituent, is by him*

5    *lawfully delegated. The term is employed to designate persons who are under special*

6    *agency, or a special letter of attorney, so that they are appointed in factum, for the deed,*

7    *or special act to be performed; but in a more extended sense, it includes all other agents*

8    *employed in any business, or to do any act or acts in pais for another."*

9    The **American Bar Association (ABA) further affirms** that the individual named in

10    a **power of attorney** is legally referred to as an **agent** or **attorney-in-fact** and has the

11    authority to take **any action expressly permitted in the document.** The **American**

12    **Bar Association (ABA) official website explicitly states:**

13    *"The person named in a power of attorney to act on your behalf is commonly referred to*

14    *as your "agent" or "**attorney-in-fact**." With a valid power of attorney, your agent can*

15    *take **any** action permitted in the document."* See Exhibit AA.

16    ## II.   <u>Statutory and U.C.C. Recognition of 'Attorney-in-Fact' Authority:</u>

17    The authority of an attorney-in-fact is explicitly recognized in various statutory and

18    commercial codes, reinforcing its binding nature:

19    •   **U.C.C. § 3-402**: Establishes that an authorized representative, including an

20       attorney-in-fact, can bind the principal in contractual and financial

21       transactions.

22    •   **28 U.S.C. § 1654**: Confirms that **"parties may plead and conduct their own**

23       **cases personally or by counsel"**, reinforcing the Plaintiffs' right to self-

24       representation and the use of an attorney-in-fact.

25    •   **26 U.S.C. § 2203**: Recognizes executors, including attorneys-in-fact, in matters

26       of estate administration and tax liability.

27    •   **26 U.S.C. § 7603**: Acknowledges that an attorney-in-fact may lawfully receive

28       and respond to IRS summonses on behalf of the principal.

1   •   **26 U.S.C. § 6903**: Confirms that fiduciaries, including attorneys-in-fact, are

2        recognized in tax matters and are legally bound to act in their principal's best

3        interest.

4   •   **26 U.S.C. § 6036**: Establishes that attorneys-in-fact can handle affairs related

5        to the administration of decedent estates and trust entities.

6   •   **26 U.S.C. § 6402**: Grants attorneys-in-fact the authority to receive and

7        negotiate tax refunds and credits on behalf of the principal.

8 Plaintiffs have clearly presented a valid **"Affidavit: Power of Attorney In**

9 **Fact"** (Exhibit A), which lawfully confers upon them the authority to act in this

10 matter. The legal principles established by the **UCC and statutory law further**

11 **reinforce the binding authority of Plaintiffs' affidavits and agreements**.

12 Defendants' assertion that a **trust cannot be represented by an attorney-in-fact**

13 **contradicts well-established statutory, commercial, and legal principles**. By

14 denying this legal reality, **Defendants engage in intentional misrepresentation**

15 **and mockery of long-standing legal doctrine, further demonstrating their lack of**

16 **credibility and bad faith in these proceedings**

17 III.            <u>**Constitutional Basis:**</u>

18 Plaintiffs assert that their **private rights** are secured *and* protected under the

19 **Constitution**, **common law**, and **exclusive equity**, which govern their ability to

20 freely contract and protect their property and interests..

21 Plaintiffs respectfully assert and affirm:

22   •   "The individual may stand upon his constitutional rights as a citizen. He is

23        entitled to carry on his **private** business in his own way. **His power to contract**

24        **is** *<u>unlimited.</u>* He owes no such duty [to submit his books and papers for an

25        examination] to the State, since he receives nothing therefrom, beyond the

26        protection of his life and property. His rights are such as existed by the law of

27        the land [Common Law] long antecedent to the organization of the State, and

28        can only be taken from him by due process of law, and in accordance with the

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  Constitution. Among his rights are a refusal to incriminate himself, and the

2  immunity of himself and his property from arrest or seizure except under a

3  warrant of the law. He owes nothing to the public so long as he does not

4  trespass upon their rights." (*Hale v. Henkel*, 201 U.S. 43, 47 [1905]).

5  • "The claim and exercise of a constitutional **right** **cannot** be converted into

6  a crime."—Miller v. U.S., 230 F 2d 486, 489.

7  • "Where **rights** **secured by** the Constitution are involved, **there can be no**

8  **rule making or legislation** which would abrogate them." —Miranda v.

9  Arizona, 384 U.S.

10  • "There can be no sanction or penalty imposed upon one because of this

11  exercise of constitutional **rights**." —Sherar v. Cullen, 481 F. 945.

12  • "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5

13  U.S. (1 Cranch) 137, 177 (1803).

14  • "It is not the duty of the citizen to surrender his rights, liberties, and

15  immunities under the guise of police power or any other governmental

16  power."— *Miranda v. Arizona*, 384 U.S. 436, 491 (1966).

17  • "An unconstitutional act is not law; it confers no rights; it imposes no

18  duties; affords no protection; it creates no office; it is, in legal

19  contemplation, as inoperative as though it had never been passed."—

20  *Norton v. Shelby County*, 118 U.S. 425, 442 (1886).

21  • "No one is bound to obey an unconstitutional law, and no courts are

22  bound to enforce it."— *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec.*

23  *256.*

24  • "Sovereignty itself remains with the people, by whom and for whom all

25  government exists and acts."— *Yick Wo v. Hopkins*, 118 U.S. 356, 370

26  (1886).

27  **IV.**          <u>**Supremacy Clause:**</u>

28  Plaintiffs respectfully assert and affirm that:

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1    • **The Supremacy Clause** of the Constitution **of the United States** (**Article**

2    **VI, Clause 2**) **establishes** that **the Constitution**, federal laws made

3    **pursuant to it**, and treaties **made under its authority**, constitute the

4    **"supreme Law of the Land"**, and thus **take priority over any conflicting**

5    **state laws.**    It provides that state courts are bound by, and state

6    constitutions subordinate to, the supreme law.  However, federal statutes

7    and treaties must be within the parameters of the Constitution; **that is,**

8    **they must be pursuant to** the federal government's **enumerated powers**,

9    and **not violate other constitutional limits on federal power ...** As a

10    constitutional provision identifying the supremacy of federal law, the

11    Supremacy Clause assumes the underlying priority of federal authority,

12    **albeit only when that authority is expressed in the Constitution itself**;

13    **no matter what** the federal or state governments **might wish to do**, they

14    **must** stay within the boundaries of the **Constitution**

15    **V.    IMMEDIATE AND IRREPARABLE HARM NECESSITATING**

16    **INJUNCTIVE RELIEF**

17    Plaintiffs **demand an immediate ex parte injunction as a matter of law** to restrain

18    Defendants from **continued harassment, stalking, theft, extortion, coercion, and**

19    **intimidation under color of law.** The failure to grant this injunction would **result**

20    **in further irreparable harm** and **place the Court in direct complicity with ongoing**

21    **constitutional violations.**

22    **FACTUAL BASIS FOR EX PARTE INJUNCTIVE RELIEF:**

23    **1.** On **March 19, 2025**, Defendants **Nicholas O. Gruwell, Joseph Sinz, Gregory**

24    **Eastwood, Robert Bowman, and Ortiz** willfully and unlawfully **stalked**

25    internationally protected person/national/non-citizen national, **Kevin Walker**,

26    as he entered the **parking lot of EOS Gym in Temecula, California**.

27    **2.** In a display of **extreme, unnecessary, and unconstitutional force**, Defendants

28    **trespassed upon private trust property**—a **private transport/automobile** clearly

1      displaying **"PRIVATE" plates (See Exhibit U)**—and, with **armed force and**

2      **intimidation, forcibly stole** said property.

3 **3.** The "NOTICE OF STORED VEHICLE" serves as **incontrovertible** *evidence* that

4      the **private transport** was *stolen*, **as the form itself explicitly states that the**

5      **automobile was "STOLEN FROM" the location where it was legally parked.**

6      **A copy of the 'NOTICE OF STORED VEHICLE' is attached hereto as Exhibit**

7      **CC** and incorporated herein by reference

8 **4.** Defendants then **escalated their conspiracy, racketeering, deprivation of rights**

9      **under color of law, and unconstitutional actions**, using **coercion, threats, and**

10      **unlawful obstruction** to **further prevent Plaintiffs from reclaiming their**

11      **private transport**, including but not limited to:

12         a. **Illegally refusing** to release the **unlawfully seized and stolen** automobile

13         via a tow truck.

14         b. **Illegally refusing** to release the **unlawfully seized and stolen** private

15         transport/automobile via a **"ONE TRIP PERMIT."** A copy of the **'ONE TRIP**

16         **PERMIT'/BOND and CASH RECEIPT**, is attached hereto as **Exhibit DD**

17         and incorporated herein by reference..

18 **5.** Rather than acting in a **lawful, legal, and constitutional manner**,

19      Defendants **doubled down on their illegal activities** by **robbing and**

20      **extorting** Plaintiffs of Four **Thousand Two Hundred Ninety-Eight**

21      **Dollars ($4,298)** through **threats, duress, coercion, and intimidation**

22      **under color of law**, in direct violation of **Plaintiffs' inherent** *unalienable*

23      **right** to travel.

24 **6.** Plaintiffs were forced under threat, duress, coercion, and extortion to "Register"

25      the private transport/automobile, to take possession of their own property. A

26      copy of the **'REGISTRATION' and** the **'CASH RECEIPT' and evidence of**

27      **'SPECIAL DEPOSIT' with said financial institution and bank** is attached

28      hereto as **Exhibit EE** and incorporated herein by reference.

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

7. Defendants then further **robbed and extorted** Plaintiffs of One Hundred and Seventy-Five Dollars ($175.00) through **threats, duress, coercion, and intimidation under color of law**, in direct violation of **Plaintiffs' inherent** *unalienable* rights. A copy of the **CASH RECEIPT**, is attached hereto as **Exhibit FF** and incorporated herein by reference

8. Defendants then engaged in conspiracy and racketeering with "S&R TOW TEMECULA," to further **rob and extort** Plaintiffs of Three Hundred and Seventy-Four Dollars ($374.00) through **threats, duress, coercion, and intimidation under color of law**, in direct violation of **Plaintiffs' inherent** *unalienable* rights. A copy of the **CASH RECEIPT**, is attached hereto as **Exhibit GG** and incorporated herein by reference

9. Defendants have *willfully* **engaged in a pattern of ongoing harassment**, **stalking Plaintiffs within their own neighborhood**, employing **intimidation tactics** in an attempt to **obstruct justice and coerce Plaintiffs into abandoning their lawful claims.**

10. **As a direct result of Defendants' unlawful conduct, Plaintiffs are suffering immediate and irreparable harm, including:**
   a. **Severe emotional distress,**
   b. **Unlawful deprivation of property,**
   c. **Threats to life, liberty, and security.**

11. Defendants have absolutely **failed to rebut** *multiple* verified affidavits, thereby **admitting to all claims as** *a matter of law* through silent acquiescence, **tacit procuration, collateral estoppel,** *stare decisis*, and *res judicata*.

12. **There is no adequate remedy at law, as monetary damages alone cannot compensate for Defendants' ongoing threats, intimidation, and State-sanctioned harassment.**

13. Therefore, an **immediate ex parte injunction** is **necessary and required as a matter of law** to prevent further irreparable harm.

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

## VI. <u>'SEPCIAL DEPOSIT' and 'MASTER INDEMNITY BOND'</u>: 31 U.S. Code § 5312 and U.C.C. § 3-104

1.  The notarized and indorsed VERIFIED COMPLAINT/NEGOTIABLE INSTRUMENT itself acted as a BOND, SPECIAL DEPOSIT, and/or MONETARY INSTRUMENT, as defined by **31 U.S. Code § 5312 and U.C.C. § 3-104**, supplemented by the MASTER INDEMNITY BOND (Exhibit N), and that the BOND also satisfies the procedural and substantive requirements of **Rule 67 of the Federal Rules of Civil Procedure**. **Exclusive equity** supports this claim, as it ensures that no competing claims will infringe upon the Plaintiffs' established rights to this bond of and will be reported on the forms 1099-A, 1099-OID, and/or 1099-B, with Plaintiff(s) evidenced as the CREDITOR(S).

2.  Janet Yellen, said Successor(s), and/or the <u>U</u>nited <u>S</u>tates Treasury is the registered holder and fiduciary of/for Plaintiff(s)' the private **Two Hundred Billion Dollar ($200,000,000,000.00 USD) 'MASTER DISCHARGE AND INDEMNITY BOND'** #RF661448567US, which was post deposited to private post registered account #RF 661 448 023 US. Said 'MASTER DISCHARGE AND INDEMNITY BOND' (#RF661448567US) expressly stipulates it is "insuring, underwriting, indemnifying, discharging, paying and satisfying **all** such account holders and accounts dollar for dollar against <u>**any and all pre-existing, current and future**</u> losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgements, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations **as may exist or come to exist** during the term of this Bond… Each of the said account holders and accounts **shall be severally insured, underwritten and indemnified against <u>any and all future Liabilities as may appear, thereby instantly satisfying all such obligations dollar for dollar without exception</u>** through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity." A copy of

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1    'MASTER DISCHARGE AND INDEMNITY BOND' #RF372320890US is

2    attached hereto as **Exhibit N** and incorporated herein by reference, **and will**

3    **serve as an** *additional* **CAUTION and/and/or BOND for immediate**

4    **adjustment and setoff of any and all costs associated with these matters.**

5    VII.        <u>12 *U.S.C.* 1813(L)(1): The term 'Deposit' Defined</u>

6    As *considered*, *agreed*, and *stipulated* by Defendants in the <u>unrebutted</u> verified

7    commercial affidavits, contract agreement, and self-executing contract security

8    agreements (Exhibits E, F, G, and H), as under **12 *U.S.C.* 1813(L)(1),** ["]the term

9    'deposit' means — the unpaid balance of money or its equivalent received or held

10    by a bank or savings association in the usual course of business and **for which it**

11    **has given or is obligated to give** <u>credit</u>, either conditionally or unconditionally, to a

12    commercial, checking, savings, time, or thrift account, or which is evidenced by its

13    certificate of deposit, thrift certificate, investment certificate, certificate of

14    indebtedness, or other similar name, or a check or draft drawn against

15    a deposit account and certified by the bank or savings association, or a letter of

16    credit or a traveler's check on which the bank or savings association is primarily

17    liable: Provided, That, without limiting the generality of the term "**money or its**

18    **equivalent**", **any such account or instrument must be regarded as** evidencing the

19    receipt of the <u>**equivalent of money**</u> **when credited or issued in exchange** for checks

20    or drafts **or for a promissory note** upon which the person obtaining any such **credit**

21    or instrument is primarily or secondarily liable, **or** for a charge against

22    a deposit account, **or** in settlement of **checks**, **drafts**, or other instruments

23    forwarded to such bank or savings association for collection.["]

24    **VII. <u>LEGAL BASIS FOR EX PARTE INJUNCTION *WITHOUT* HEARING</u>**

25    **A. FRCP 65(b)(1) – Ex Parte Temporary Restraining Order (TRO) Must Be Issued**

26       **Immediately**

27       • **Federal Rule of Civil Procedure 65(b)(1)** requires the Court to **grant an ex**

28       **parte TRO without hearing** if:

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1.   The applicant **faces immediate and irreparable injury;**

2.   The opposing party cannot be given prior notice **without exacerbating the harm.**

- Defendants are **actively engaged in ongoing unlawful acts**, rendering any delay in issuing this injunction **a direct violation of Plaintiffs' fundamental rights.**

**B. Defendants' Silence Constitutes Absolute Legal Admission Under Tacit Procuration**

- **Multiple** <u>verified</u> **affidavits were lawfully served upon Defendants, and not a single affidavit was rebutted.**

- **By operation of law, an unrebutted affidavit stands as Truth in commerce** (*United States v. Kis*, 658 F.2d 526, *Hale v. Henkel*, 201 U.S. 43).

- **Collateral estoppel, res judicata, and stare decisis** bar Defendants from contesting the facts they have **already admitted** through their failure to respond.

**C. Defendants Are Engaged in a Pattern of Criminal and Civil Rights Violations**

Plaintiffs invoke and demand immediate relief under the following **federal statutes**, which Defendants have admitted to violating:

**1.  42 U.S.C. § 1983 – Civil Action for Deprivation of Rights Under Color of Law**

- Defendants unlawfully **seized property, engaged in harassment, and extorted funds**, directly depriving Plaintiffs of constitutionally protected rights.

**2.  18 U.S.C. § 242 – Criminal Deprivation of Rights Under Color of Law**

- Defendants' actions constitute **criminal conduct**, warranting **both civil relief and criminal prosecution.**

**3.  18 U.S.C. § 241 – Conspiracy Against Rights**

- Defendants have engaged in a **coordinated scheme to violate Plaintiffs' rights**, which is a **federal felony.**

4. **18 U.S.C. § 1951 – Hobbs Act (Extortion and Coercion)**

- The **unlawful exaction of $4,388 USD** through **threats and coercion** constitutes **criminal extortion under federal law.**

5. **18 U.S.C. § 1962 – RICO (Racketeer Influenced and Corrupt Organizations Act)**

- Defendants' pattern of **fraud, extortion, and coercion** meets the statutory definition of **criminal racketeering under RICO laws.**

## VII.    NOTICE to the COURT: A DEMAND is NOT a mere MOTION

The Court is hereby placed on **legal and judicial notice** that Plaintiffs' *Demand* for **Ex Parte Injunction as** *a Matter of Law* is **not** a mere "motion" requesting discretionary relief but rather a **binding and enforceable legal notice** asserting an **absolute right** to immediate injunctive relief as **a matter of law.**

This demand is made pursuant to **Federal Rule of Civil Procedure 65(b)(1)**, which mandates that the Court **"shall"** issue a Temporary Restraining Order (TRO) **ex parte** where **immediate and irreparable injury is established** and where notice would be futile or exacerbate the harm. The word **"shall"** is not discretionary; it imposes an **unequivocal, non-negotiable legal duty** upon the Court.

## VIII.    A MOTION is a Request; A DEMAND Asserts a Right

The Court must acknowledge and act upon the **fundamental and critical distinction** between a motion and a demand:

1. **A motion seeks the Court's discretion** to grant relief.
2. **A demand asserts an absolute right** under statutory and constitutional law, compelling the Court to act accordingly.

## IX.    Plaintiffs' Demand for an Ex Parte Injunction is a Matter of Law, Not Judicial Discretion

Pursuant to **Federal Rule of Civil Procedure 65(b)(1)**, Plaintiffs reaffirm that the issuance of an **ex parte injunction** in their favor is a **matter of law**, not judicial discretion. The language of the Rule is mandatory and leaves **no room for judicial interpretation or delay.**

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1   **Federal Rule of Civil Procedure 65(b)(1) States:**

2   *"The court may issue a temporary restraining order without written or oral notice to the*

3   *adverse party or its attorney only if:*

4   *(A) specific facts in an affidavit or a verified complaint clearly show that immediate and*

5   *irreparable injury, loss, or damage will result to the movant before the adverse party can*

6   *be heard in opposition; and*

7   *(B) the movant's attorney certifies in writing any efforts made to give notice and the*

8   *reasons why it should not be required."*

9   **The Key Term "Shall" is Binding, Not Discretionary**

10   The Court **must** issue an injunction **where irreparable harm is established**. The

11   Defendants have **admitted to all allegations** through **tacit procuration** by failing to

12   rebut multiple verified affidavits. Consequently:

13   • **There is no genuine dispute of material fact.**

14   • **The Court has an affirmative, non-discretionary duty to issue immediate**

15   **injunctive relief.**

16   • **Failure to act constitutes judicial complicity in ongoing violations of federal law.**

17   The **Supreme Court has consistently held** that where statutory language

18   mandates a specific judicial action, **courts lack discretion to deny relief**

19   (*Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26, *Marbury v.*

20   *Madison*, 5 U.S. 137).

21   **X.        <u>NOTICE OF NON-DISCRETIONARY DUTY</u>**

22   Plaintiffs formally **demand** that this Court:

23   1. **Issue an ex parte injunction immediately** without hearing, as **mandated** by

24   FRCP 65(b)(1).

25   2. **Acknowledge that no judicial discretion exists** where statutory and

26   constitutional violations are established.

27   3. **Recognize that any delay constitutes a failure to uphold the rule of law** and

28   may result in legal consequences under **42 U.S.C. § 1983**.

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  **XI.**          <u>**FINAL WARNING to the COURT**</u>

2  Should this Honorable Court dishonor Plaintiffs and fail to issue the demanded

3  injunction, it will:

4  • **Violate its judicial duty under FRCP 65(b)(1)**

5  • **Aid and abet ongoing constitutional violations**

6  • **Expose itself to liability for failure to protect Plaintiffs' fundamental rights**

7  As a matter of law, **this Court must act now**. Any failure to issue an injunction is a

8  direct **abrogation of Plaintiffs' constitutional protections** and will be treated

9  accordingly.

10  **DEMAND FOR RELIEF**

11  **WHEREFORE,** Plaintiffs respectfully notice this Court and **demand** that this Court

12  **immediately issue an ex parte injunction without hearing**, pursuant to **FRCP**

13  **65(b)(1), constitutional protections, common law, and commercial law** *principles*,

14  restraining Defendants from:

15  1. **Engaging in any further harassment, stalking, surveillance, or intimidation against**

16      **Plaintiffs.**

17  2. **Interfering with Plaintiffs' right to travel, private property, or financial security.**

18  3. **Attempting any further extortion, coercion, or financial demands under color of**

19      **law.**

20  4. **Retaliating against Plaintiffs in any manner related to this lawsuit.**

21  //

22  <u>**LIST OF EXHIBITS / EVIDENCE:**</u>

23  1. E**xhibit A: Affidavit: Power of Attorney In Fact'**

24  2.E**xhibit B:** Hold Harmless Agreement

25  3. E**xhibit C:** Private UCC Contract Trust/UCC1 filing #2024385925-4.

26  4. E**xhibit D:** Private UCC Contract Trust/UCC3 filing ##2024402990-2 .

27  5. E **Exhibit E:** Contract Security Agreement #RF775820621US, titled: NOTICE OF

28  CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING,

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW,

2  IDENTITY THEFT, EXTORTION, COERCION, TREASON.

3  6. **Exhibit F**: Contract Security Agreement #RF775821088US, titled: NOTICE OF

4  DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF

5  RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION,

6  COERCION, TREASON

7  7. **Exhibit G**: Contract Security Agreement #RF775822582US, titled: NOTICE OF

8  DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD,

9  RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE

10  COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION,

11  KIDNAPPING.

12  8. **Exhibit H**: Contract Security Agreement #RF775823645US, titled: Affidavit

13  Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN

14  AUTHORIZATION.

15  9. **Exhibit I**: Form 3811 corresponding to Exhibit E.

16  10. **Exhibit J**: Form 3811 corresponding to Exhibit F.

17  11. **Exhibit K**: Form 3811 corresponding to Exhibit G.

18  12. **Exhibit L**: Form 3811 corresponding to Exhibit H.

19  13. **Exhibit M**: INVOICE/TRUE BILL #RIVSHERTREAS12312024

20  14. E**xhibit N**: Copy of 'MASTER DISCHARGE AND INDEMNITY BOND'

21  #RF661448567US.

22  15.**Exhibit O**: Photograph(s) of Defendant/Respondent Gregory D Eastwood.

23  16. **Exhibit P**: Photograph(s) of Defendant/Respondent Robert C V Bowman.

24  17. **Exhibit Q**: Photograph(s) of Defendant/Respondent Willam Pratt.

25  18. E**xhibit R:** Affidavit 'Right to Travel': *CANCELLATION*, TERMINATION, AND

26  REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT

27  and AGREEMENT. LICENSE/BOND # B6735991

28  19. **Exhibit S**:  Revocation Termination and Cancelation of Franchise.

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

20. **Exhibit T:** CITATION/BOND #TE464702, accepted **under threat, duress, and coercion**.

21. E**xhibit U:** Photograph(s) of Private Transport's PRIVATE PLATE displayed on the automobile

22. E**xhibit V:** Copy of "Automobile" and "commercial vehicle" defined by DMV (Department of Motor Vehicles).

23. **Exhibit W:** Copy of CA CODE § 260 from https://leginfo.legislature.ca.gov.

24. **Exhibit X:** Copy of national/non-citizen national passport card #C35510079.

25. **Exhibit Y:** Copy of national/non-citizen national passport book #A39235161.

26.**Exhibit Z:** ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

27. **Exhibit AA:** Copy of American Bar Association's 'Attorney In Fact' Definition.

28. **Exhibit BB:** Copy of Rule 8.4: (Misconduct) of the American Bar Association.

29. **Exhibit CC:** Copy of the 'NOTICE OF STORED VEHICLE' evidencing where it was "*stolen* from".

30. **Exhibit DD:** Copy of the $27 'ONE TRIP PERMIT'/BOND and CASH RECEIPT

31. **Exhibit EE:** Copy of the $4,298 'REGISTRATION' and the 'CASH RECEIPT' and evidence of 'SPECIAL DEPOSIT'

32. **Exhibit FF:** Copy of the $175 CASH RECEIPT

33.**Exhibit GG:** Copy of the $374 CASH RECEIPT

34. **Exhibit HH:** Photograph of Defendant Nicholas O Gruwell and Lopez (ID#4165).

35. **Exhibit II:** Photographs of Defendant stealing the Plaintiffs' private transport.

# **WORDS DEFINED GLOSSARY OF TERMS:**

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1. **Attorney-in-fact:** A private attorney authorized by another to act in his place and stead, either for some particular purpose, as to do a particular act, or for the transaction of business in general, not of a legal character. This authority is conferred

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1    by an instrument in writing, called a "letter of attorney," or more commonly a "power
2    of attorney." A person to whom the authority of another, who is called the constituent ,
3    is by him lawfully delegated. The term is employed to designate persons who are
4    under special agency, or a special letter of attorney, so that they are appointed in
5    *factum*, for the deed, or special act to be performed; but in a more extended sense it
6    includes all other agents employed in any business, or to do any act or acts in pais for
7    another. Bacon, Abr. Attorney; Story, Ag. § 25. All persons who are capable of acting
8    for themselves, and even those who are disqualified from acting in their own capacity,
9    if they have sufficient understanding, as infants of proper age, and femes coverts, may
10   act as attorney of other. The person named in a power of attorney to act on your behalf
11   is commonly referred to as your "agent" or "attorney-in-fact." With a valid power of
12   attorney, your agent can take any action permitted in the document. — See Bouvier's
13   Law Dictionary, volumes 1,2, and 3, page 282, Blacks Law Dictionary 1, 2nd, 8th, pages
14   105, 103, and 392 respectively, and the American Bar Association's website on 'Power
15   of Attorney' and 'Attorney-In-Fact'

16   2.   **Attorney:** Strictly, one who is designated to transact business for another; a
17   legal agent. — Also termed attorney-in-fact; private attorney. 2. A person who
18   practices law; LAWYER. Also termed (in sense 2) attorney-at-law; public
19   attorney. A person who is appointed by another and has authority to act on
20   behalf of another. *See also* POWER OF ATTORNEY.  See, Black's Law Dictionary
21   8th Edition, pages 392-393, Oxford Dictionary or Law, 5th Edition, page 38,
22   American Bar Association's website.

23   3.   **financial institution:**  a person, an individual, a **private banker**, a business engaged
24   in vehicle sales, including automobile, airplane, and boat sales, persons involved in
25   real estate closings and settlements, the United States Postal Service, a commercial
26   bank or trust company, any credit union, an agency of the United States Government
27   or of a State or local government carrying out a duty or power of a business described
28   in this paragraph, a broker or dealer in securities or commodities, a currency

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

exchange, or a business engaged in the exchange of currency, funds, or value that
substitutes for currency or funds, financial agency, a loan or finance company, an
issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar
instruments, an operator of a credit card system, an insurance company, a licensed
sender of money or any other person who engages as a business in the transmission of
currency, funds, or value that substitutes for currency, including any person who
engages as a business in an informal money transfer system or any network of people
who engage as a business in facilitating the transfer of money domestically or
internationally outside of the conventional financial institutions system. Ref, 31 U.S.
Code § 5312 - Definitions and application.

4. **individual:** As a noun, this term denotes a single **person** as distinguished from a
group or class, and also, very commonly, a private or natural person as distinguished
from a partnership, corporation, or association; but it is said that this restrictive
signification is not necessarily inherent in the word, and that it **may**, in proper cases,
include **artificial persons.**   As an adjective: Existing as an indivisible entity. Of or
relating to a single person or thing, as opposed to a group.— See Black's Law
Dictionary 4th, 7th, and 8th Edition pages 913, 777,  and 2263 respectively.

5. **person:** Term may include artificial beings, as corporations. The term means an
individual, corporation, business trust, estate, trust, partnership, limited liability
company, association, joint venture, government, governmental subdivision, agency,
or instrumentality, public corporation, or any other legal or commercial entity. The
term "person" shall be construed to mean and include an individual, a trust, estate,
partnership, association, company or corporation.   **The term "person" means a
natural person or an organization. -Artificial persons.** Such as are created and
devised by law for the purposes of society and government, called "corporations" or
bodies politic." **-Natural persons.** Such as are formed by nature, as distinguished from
artificial persons, or corporations. **-Private person.** An individual who is not the
incumbent of an office. Persons are divided by law into natural and **artificial.** Natural

persons are such as the God of nature formed us; **artificial** are such as are created and devised by **human laws**, for the purposes of society and government, which are called "corporations" or "bodies politic." — See Uniform Commercial Code (UCC) § 1-201, Black's Law Dictionary 1st, 2nd, and 4th edition pages 892, 895, and 1299, respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning of terms, and 26 United States Code (U.S. Code) § 7701 - Definitions.

6.  **bank**: a **person** engaged in the business of banking and includes a savings bank, savings and loan association, credit union, and **trust company**. The terms "banks", "national bank", "national banking association", "member bank", "board", "district", and "reserve bank" shall have the meanings assigned to them in section 221 of this title. An institution, of great value in the commercial world, empowered to receive deposits of money, to make loans. and to issue its promissory notes, (designed to circulate as money, and commonly called "bank-notes" or "bank-bills" ) or to perform any one or more of these functions. The term "bank" is usually restricted in its application to an incorporated body; while a **private individual** making it his business to conduct banking operations is denominated a "banker." Banks in a commercial sense are of three kinds, to wit: (1) Of deposit; (2) of discount; (3) of circulation. Strictly speaking, the term "bank" implies a place for the deposit of money, as that is the most obvious purpose of such an institution. — See, UCC 1-201, 4-105, 12 U.S. Code § 221a, Black's Law Dictionary 1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.

7.  **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or contract null and inoperative. Its principal species are rescission, release, accord and satisfaction, performance, judgement, composition, bankruptcy, merger. As applied to demands claims, right of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul its obligatory force, to satisfy it. And here also the term is generic; thus a dent , a mortgage. As a noun, the word means the act or instrument by

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1   which the binding force of a contract is terminated, irrespective of whether the

2   contract is carried out to the full extent contemplated (in which case the discharge is

3   the result of performance) or is broken off before complete execution. See, Blacks Law

4   Dictionary 1st, page.

5   8.  **pay: To *discharge* a debt;** to deliver to a creditor the value of a debt, either in money or

6   in goods, for his acceptance. To pay is to deliver to a creditor the value of a debt, either

7   in money or In goods, for his acceptance, by which the debt is discharged. See Blacks

8   Law Dictionary 1st, 2nd, and 3rd edition, pages 880, 883, and 1339 respectively.

9   9.  **payment:** The performance of a duty, promise, or obligation, or discharge of a debt or

10  liability. by the delivery of money or other value. Also the money or thing so

11  delivered. Performance of an obligation by the delivery of money or some other

12  valuable thing accepted in partial or full discharge of the obligation. [Cases: Payment

13  1. C.J.S. Payment § 2.] 2. The money or other valuable thing so delivered in satisfaction

14  of an obligation. See Blacks Law Dictionary 1st and 8th edition, pages 880-811 and

15  3576-3577, respectively.

16  10. **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability,

17  competency, liberty, permission, probability or contingency. — Regardless of the

18  instrument, however, whether constitution, statute, deed, contract or whatnot, **courts**

19  **not infrequently construe "may" as "shall" or "must".** — See Black's :aw Dictionary,

20  4th Edition page 1131.

21  11. **extortion:** The term "**extortion**" means the obtaining of property from another, **with**

22  **his consent, induced by wrongful use of actual or threatened force, violence, or fear,**

23  **or under** color **of official right.** — See 18 U.S. Code § 1951 - Interference with

24  commerce by threats or violence.

25  12. national: "foreign government", "foreign official", "internationally protected person",

26  "international organization", "national of the United States", "official guest," and/or

27  "non-citizen national." **They all have the same meaning.** See Title 18 U.S. Code § 112

28  - Protection of foreign officials, official guests, and internationally protected persons.

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

13. **United States:** For the purposes of this Affidavit, the terms "United States" and "U.S." *mean only the Federal Legislative Democracy of the District of Columbia,* Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and any other Territory within the "United States," which entity has its origin and jurisdiction from Article 1, Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of America. *The terms "United States" and "U.S." are NOT to be construed to mean or include the sovereign, united 50 states of America.*

14. **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of his right, or in some manner to do him an injury.   As distinguished from negligence, it is always positive, intentional. as applied to contracts is the cause of an error bearing on material part of the contract, created or continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an inconvenience or loss to the other. in the sense of court of equity, properly includes all acts, omissions, and concealments which involved a breach of legal or equitable duty, trust, or confidence justly reposed, and are injurious to another, or by which an undue and unconscientious advantage is taken of another. See Black's Law Dictionary, 1st and 2nd Edition, pages 521-522 and 517 respectively.

15. **color:** appearance, semblance. or simulacrum, as distinguished from that which is real. A prima facie or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of reality; a a disguise or pretext. See, Black's Law Dictionary 1st Edition, page 222.

16. **colorable:** That which is in appearance only, and not in reality, what it purports to be. See, Black's Law Dictionary 1st Edition, page 2223

//

//

//

-Page 21 of 25-

## COMMERCIAL OATH AND VERIFICATION:

County of Riverside                    )

                                       )          Commercial Oath and Verification

The State of California                )

I, KEVIN WALKER, under my unlimited liability and Commercial Oath proceeding

in good faith being of sound mind states that the facts contained herein are true,

correct, complete and not misleading to the best of Affiant's knowledge and belief

under penalty of International Commercial Law and state this to be HIS Affidavit of

Truth regarding same signed and sealed this 19TH day of MARCH in the year of

Our Lord two thousand and twenty five:

proceeding *sui juris, In Propria Persona,* by *Special Limited Appearance,*
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____

Kevin Walker, *Attorney-In-Fact, Secured Party,*
*Executor,* **national,** *private bank(er)* EIN # 9x-xxxxxxx

Let this document stand as truth before the Almighty Supreme Creator and let it be

established before men according as the scriptures saith: *"But if they will not listen, take one*

*or two others along, so that every matter may be established by the testimony of two or three*

*witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be*

*established" 2 Corinthians 13:1.*

*sui juris,* By *Special Limited* Appearance,
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____

**Donnabelle Mortel** *(WITNESS)*

*sui juris,* By *Special Limited* Appearance,
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____

**Corey Walker** (WITNESS)

//

# PROOF OF SERVICE

1

2  STATE OF CALIFORNIA          )

3                               )   ss.

4  COUNTY OF RIVERSIDE          )

5          I competent, over the age of eighteen years, and not a party to the within

6  action. My mailing address is the Delfond Group, care of: 30650 Rancho California

7  Road suite 406-251, Temecula, California [92591]. On or before March 20, 2025, I

8  served the within documents:

9  **1.    PLAINTIFFS' VERIFIED NOTICE AND DEMAND FOR IMMEDIATE NON-**

10 **DISCRETIONARY EMERGENCY EX PARTE INJUNCTION AS A MATTER OF**

11 **LAW WITHOUT HEARING.**

12 **2.              Exhibits A through II.**

13 **3.    NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE**

14 **INJUNCTION**

15 **4. ORDER GRANTING DEFAULT JUDGMENT AND SUMMARY JUDGMENT**

16 **AS A MATTER OF LAW, WITHOUT HEARING, AND STRIKING**

17 **DEFENDANTS' FILINGS**

18     **By United States Mail.** I enclosed the documents in a sealed envelope or package

19 addressed to the persons at the addresses listed below by placing the envelope for

20 collection and mailing, following our ordinary business practices. I am readily

21 familiar with this business's practice for collecting and processing correspondence

22 for mailing. On the same day that correspondence is placed for collection and

23 mailing, it is deposited in the ordinary course of business with the United States

24 Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

25 employed in the county where the mailing occurred. The envelope or package was

26 placed in the mail in Riverside County, California, and sent via Registered Mail

27 with a form 3811.

28         Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt,
           Robert Gell, Joseph Sinz, Nicholas O Gruwell,

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1    C/o MENIFEE JUSTICE CENTER
     30755-D Auld Road
2    Murrieta, California [92563]
     **Registered Mail #**RF775823115US

3    Steven-Arthur: Sherman
     C/o STEVEN ARTHUR SHERMAN
4    1631 East 18th Street
     Santa Ana, California [92705-7101]
5    **Registered Mail #**RF775823129US

6    Chad: Bianco
     C/o  RIVERSIDE COUNTY SHERIFF
7    4095 Lemon Street, 2nd Floor
     Riverside, California [92501]
8    **Registered Mail #**RF775823132US

9    Pam: Bondi
     C/o  U.S. DEPARTMENT OF JUSTICE
10   950 Pennsylvania Avenue, North West
     Washington, District of Colombia [20530-0001]
11   **Registered Mail #**RF775823146US

12

13       **By Electronic Service.**  Based on a contract, and/or court order, and/or an

     **agreement of the parties** to accept service by electronic transmission, I caused the
14
     documents to be sent to the persons at the electronic notification addresses listed
15
     below.
16
17       Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt,
         Robert Gell, Joseph Sinz, Nicholas O Gruwell,
         C/o MENIFEE JUSTICE CENTER
18       30755-D Auld Road
         Murrieta, California [92563]
19       ssherman@law4cops.com
         jsinz@riversidesheriff.org
20       wpratt@riversidesheriff.org

21       Steven-Arthur: Sherman
         C/o STEVEN ARTHUR SHERMAN
22       1631 East 18th Street
         Santa Ana, California [92705-7101]
23       ssherman@law4cops.com
         csherman@law4cops.com
24
         Chad: Bianco
25       C/o  RIVERSIDE COUNTY SHERIFF
         4095 Lemon Street, 2nd Floor
26       Riverside, California [92501]
         ssherman@law4cops.com
27       csherman@law4cops.com

28       I declare under penalty of perjury under the laws of the State of California

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  that the above is true and correct.  Executed on March 20, 2025 in Riverside County,

2  California.

3                                    _____*/s/Corey Walker/*_____
                                          Corey Walker

4  //

5                                  **NOTICE:**

6  Using a notary on this document does ***not*** constitute any adhesion, ***nor does it alter***

7  ***my status in any manner.*** The purpose for notary is verification and identification

8  only and not for entrance into any foreign jurisdiction.

9  //

10  //

11                     **ACKNOWLEDGEMENT:**

12  State of California                    )

13                                         ) ss.

14  County of Riverside                    )

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

15  On this 20th day of March, 2025, before me,   Joyti Patel  , a Notary Public,

16  personally appeared Kevin Walker, who proved to me on the basis of satisfactory

17  evidence to be the person(s) whose name(s) is/are subscribed to the within

18  instrument and acknowledged to me that he/she/they executed the same in his/

19  her/their authorized capacity(ies), and that by his/her/their signature(s) on the

20  instrument the person(s), or the entity upon behalf of which the person(s) acted,

21  executed the instrument.

22  I certify under PENALTY OF PERJURY under the laws of the State of California

23  that the foregoing paragraph is true and correct.

24  WITNESS my hand and official seal.

25                                          JOYTI PATEL
                                   Notary Public - California
26                                      Riverside County
                                   Commission # 2407742
27  Signature  *Joyti Patel*          (Seal)    My Comm. Expires Jul 8, 2026

28

PLAINTIFFS' VERIFIED NOTICE AND DEMAND FOR IMMEDIATE NON-DISCRETIONARY EMERGENCY EX PARTE INJUNCTION AS A MATTER OF LAW WITHOUT HEARING






PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PM
TEMECULA, CA 92591
MAR 21, 2025

90012

RDC 03

$32.80

S2324H504891-8

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

REGISTERED MAIL™

RF 775 824 098 US

- Expected delivery date specified for don
- Domestic shipments include $100 of insu
- USPS Tracking® service included for dor
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 25 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FROM:
Kam, Attorney-In-Fact
c/o 30650 Rancho California Road
#406-251
Temecula, California [92591]

TO:
Wesley : Hsu
c/o CHAMBERS/CLERK OF COURT
350 West 1st Street, Courtroom 9B
Los Angeles, California [90012]

CV

LAT RATE ENVELOPE
NE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code

RACKED ■ INSURED

USPS.COM/PIC

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.