# UNITED STATES DISTRICT COURT STATE DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, ESTERN DIVISION

™**KEVIN WALKER© ESTATE,** *et al.,*
*Plaintiff(s)/Real Party(ies) in Interest,*

    *vs.*

**Chad Bianco,** *et al.,*
       *Defendant(s).*

Case No.: 5:25−cv−00646−WLH−MAA

Judge: Wesley L Hsu

**ORDER GRANTING EMERGENCY EX PARTE INJUNCTION**



LODGED
CLERK, U.S. DISTRICT COURT

MAR 2 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

**THIS MATTER** comes before the Court on **Plaintiffs' Verified Notice and Demand for Immediate Non-Discretionary Emergency Ex Parte Injunction as a Matter of Law Without Hearing**. Having reviewed the pleadings, affidavits, and supporting evidence, and finding good cause shown, the Court finds and orders as follows:

## FINDINGS OF FACT

1. **Plaintiffs have established immediate and irreparable harm**, including but not limited to:

    1. **Unlawful theft, seizure, and conversion of private trust property (automobile/private transport).**

    2. **Extortion and financial coercion amounting to $4,388 USD under color of law.**

    3. **Ongoing harassment, stalking, surveillance, and intimidation of Plaintiffs by Defendants.**

    4. **Unconstitutional deprivation of Plaintiffs' unalienable right to travel
and private property.**

    5. **Threats to Plaintiffs' life, liberty, security, and financial interests.**

2. **Defendants have failed to rebut multiple verified affidavits**, and by operation
of **tacit procuration, collateral estoppel, and res judicata**, the claims set forth
therein are now **admitted and established as conclusive fact**.

3. **Federal Rule of Civil Procedure 65(b)(1)** mandates that a **temporary restraining
order must be issued ex parte** where:

- **Specific facts** in an affidavit or verified complaint **clearly show that
immediate and irreparable injury will result before the adverse party
can be heard in opposition**; and

- The movant has **certified in writing** why notice should not be required.

4. **Defendants' actions constitute clear violations of federal law, including but
not limited to:**

- **42 U.S.C. § 1983 – Civil Action for Deprivation of Rights Under Color of
Law**

- **18 U.S.C. § 242 – Criminal Deprivation of Rights Under Color of Law**

- **18 U.S.C. § 241 – Conspiracy Against Rights**

- **18 U.S.C. § 1951 – Hobbs Act (Extortion and Coercion)**

- **18 U.S.C. § 1962 – RICO (Racketeer Influenced and Corrupt
Organizations Act)**

5. **Plaintiffs have demonstrated that no adequate remedy at law exists**, as
monetary damages alone cannot compensate for ongoing threats, intimidation,
and state-sanctioned harassment.

## ORDER

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.   **Defendants, their agents, employees, and all persons acting in concert with
them are immediately and permanently enjoined and restrained from:**

a. **Engaging in any further harassment, stalking, surveillance, or intimidation of Plaintiffs.**

b. **Interfering with Plaintiffs' right to travel, private property, or financial security.**

c. **Attempting any further extortion, coercion, or financial demands under color of law.**

d. **Retaliating against Plaintiffs in any form related to this case.**

2. **Defendants shall immediately return all unlawfully seized private trust property (automobile/private transport) to Plaintiffs, without further delay or financial obligation.**

3. **Any violation of this Order shall result in immediate legal and equitable consequences, including but not limited to:**

a. **Personal liability for all individual actors involved.**

b. **Federal civil rights violations under 42 U.S.C. § 1983.**

c. **Criminal prosecution under 18 U.S.C. §§ 241, 242, 1951, and 1962.**

4. **This Order shall take immediate effect upon filing and shall remain in force until further order of this Court.**

**IT IS SO ORDERED.**

**DONE AND ORDERED** in the Central District of California on March ___, 2025.

_____

Hon. Wesley L Hsu

ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

# - Exhibit CC-

## NOTICE OF STORED VEHICLE (22852 CVC)

NOTE CHP 180 IS FURNISHED TO ALL PEACE
OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY | FILE NO |
|---|---|---|---|---|
| RIVERSIDE CO. SHERIFF | 3300 | 03/19/25 | ☐ | TE25 0780048 |

| LOCATION TOWED / STOLEN FROM | ODOMETER READING | VIN CLEAR IN SVS? ☐ YES ☐ NO | DATE / TIME DISPATCH NOTIFIED | LOG NO |
|---|---|---|---|---|
| 32401 TEMECULA PKWY. TEMECULA | | UC CLEAR IN SVS? ☐ YES ☐ NO | 03/ | |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | LAMBORGHINI | URUS | SUV | | | ☐ ONE ☑ TWO | MONTH / YEAR 03/24 | STATE CA | |

| VEHICLE IDENTIFICATION NO. | ENGINE NO. | VALUATION BY ☑ OFFICER ☐ OWNER | |
|---|---|---|---|
| Z P B U A 1 Z L 9 K L A 8 2 7 6 Z | | ☐ 0-500 ☐ 501-4000 ☑ 4001+ ☐ $ | |

| REGISTERED OWNER | SAME AS R/O | LEGAL OWNER |
|---|---|---|
| KEVIN LEWIS WALKER | | |

| ☑ STORED | ☐ IMPOUNDED | ☐ RELEASED | ☐ RECOVERED - VEHICLE / COMPONENT |
|---|---|---|---|

| TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE) | STORAGE AUTHORITY / REASON |
|---|---|
| S & R TOW, 274-0377 | 22651(o) VC |

| REASON FOR STOP | AIRBAG? ☑ YES ☐ NO | DRIVEABLE? ☐ YES ☐ NO ☐ JUNK ☐ UNK | VIN SWITCHED? ☐ YES ☑ NO |
|---|---|---|---|

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | | SEAT (FRONT) | | X | REGISTRATION | | | CAMPER | | | LEFT FRONT | |
| BURNED HULK per 431(c) CVC | | | SEAT (REAR) | | X | ALT. / GENERATOR | | | VESSEL AS LOAD | | | RIGHT FRONT | |
| VANDALIZED | | | RADIO | | | BATTERY | | | FIREARMS | | | LEFT REAR | |
| ENG. / TRANS. STRIP | | | TAPE DECK | | | DIFFERENTIAL | | | OTHER | | | RIGHT REAR | |
| MISC. PARTS STRIP | | | TAPES | | | TRANSMISSION | | | | | | SPARE | |
| BODY METAL STRIP | | | OTHER RADIO | | | AUTOMATIC | | | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) CVC | | | IGNITION KEY | | | MANUAL | | | | | | SPECIAL WHEELS | |
| RELEASE VEHICLE TO ☐ R/O OR AGENT ☐ AGENCY HOLD | | | 22850 3 CVC | | | GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE) | | | | | | DATE / TIME | |

| NAME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. NO. | DATE | CERTIFICATION. I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE |
|---|---|---|---|
| SIGNATURE OF PERSON AUTHORIZING RELEASE | | | SIGNATURE OF PERSON TAKING POSSESSION |

SEE REVERSE FOR INFORMATION

**- Exhibit DD-**

 ## ONE TRIP PERMIT

DEPARTMENT OF MOTOR VEHICLES

*(PERMIT MUST BE COMPLETED PRIOR TO VEHICLE OPERATION)*

| INDICATE TYPE OF TRIP: |
| --- |
| ☐ ONE CONTINUOUS TRIP |
| ☐ ONE ROUND TRIP |

NAME _____ KEVIN WALKER _____

ADDRESS _____ 50 Rancho California Rd _____

CITY _____ Temecula _____ STATE _____ California

This vehicle has not been driven, moved, towed, parked or left standing on any public streets or highways so as to cause registration fees to become due.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

_____ DATE _____ SIGNATURE

REG 402T (REV 1/2019)

VEHICLE IDENTIFICATION NUMBER

MAKE OF VEHICLE                    YEAR MODEL

VEHICLE LICENSE PLATE NUMBER

LOCATION OF VEHICLE AT DEPARTURE

CITY _____ STATE _____

DESTINATION OF VEHICLE

CITY _____ STATE _____

DATE OF DEPARTURE

MONTH ___ DAY ___ YEAR ___

ANY BLANK, ILLEGIBLE, OR ALTERED
DATE INVALIDATES THIS PERMIT

# 6517472 0T

**CUSTOMER COPY**

## - Exhibit DD-



```
                    ***CUSTOMER RECEIPT COPY***

                         ONE TRIP PERMIT

          DATE ISSUED     VEH ID/VESSEL HULL NUMBER          LICENSE/CF NUMBER
          03/19/25

   AMOUNT DUE      AMOUNT RECVD        AMOUNT PAID
      27.00          100.00  -CASH        27.00
                             -CHCK
                             -CRDT
                      73.00  CASH BACK
   INVENTORY ISSUED:
   CD   BEGIN       END        QNTY
   E27  6517472     6517472    001
```

```
                              672 031925 44 0007 V00 000002700 C
```

# - Exhibit EE-

GISTRATION CARD OR A FACSIMILE COPY IS TO BE KEPT WITH THE
IT IS ISSUED. THIS REQUIREMENT DOES NOT APPLY WHEN THE
NATTENDED. IT NEED NOT BE DISPLAYED. PRESENT IT TO ANY PEACE
AND. IF YOU DO NOT RECEIVE A RENEWAL NOTICE, USE THIS FORM
WAL FEES OR NOTIFY THE DEPARTMENT OF MOTOR VEHICLES OF THE
ATIONAL STATUS (PNO) OF A STORED VEHICLE. RENEWAL FEES MUST
FORE THE REGISTRATION EXPIRATION DATE OR PENALTIES WILL BE
CALIFORNIA VEHICLE CODE SECTIONS 9552 - 9554.

EVIDENCE OF LIABILITY INSURANCE FROM YOUR INSURANCE COMPANY MUST BE PROVIDED
TO THE DEPARTMENT WITH THE PAYMENT OF RENEWAL FEES. EVIDENCE OF LIABILITY
INSURANCE IS NOT REQUIRED WITH REGISTRATION RENEWAL OF OFF-HIGHWAY VEHICLES,
TRAILERS, VESSELS, OR IF YOU FILE A PNO ON THE VEHICLE.

WHEN WRITING TO DMV, ALWAYS GIVE YOUR FULL NAME, PRESENT ADDRESS, AND THE
VEHICLE MAKE, LICENSE, AND IDENTIFICATION NUMBERS.

* * * * * * * * * * * * * *   DO NOT DETACH - REGISTERED OWNER INFORMATION   * * * * * * * * * * * * * *



REGISTRATION CARD VALID FROM: 03/16/2024 TO: 03/16/2026

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|------|----------|-------------|-----------|-----|----------|----------|----------------|
| LAMO | 2019 | 0000 | MA | 2023 | 170 | 11 | |

| BODY TYPE MODEL | MP | MO | | | | VEHICLE ID NUMBER |
|-----------------|----|----|---|---|---|-------------------|
| UT | G | GC | | | | ZPBUA1ZL9KLA02762 |

| TYPE VEHICLE USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | STICKER ISSUED |
|------------------|-------------|---------|--------------|-----|----------------|
| AUTOMOBILE | 03/19/25 | 33 | 03/19/25 | 8 | D2467502 |

PR EXP DATE: 03/16/2024

REGISTERED OWNER
WALKER KEVIN LEWIS
30650 RANCHO CALIFORNIA RD
APT 406 251

TEMECULA
CA          92591

AMOUNT PAID
$ 4298.00

AMOUNT DUE          AMOUNT RECVD
$   4298.00    CASH :
               CHCK :
               CRDT :    4298.00

H00   672 9C 0429800 0013 CS   H00 031925 11   9FBE320 762

# - Exhibit FF-



Riverside County Sheriff
VICR FEE PAID
Case# IE-250780048

RECEIPT    No. 797563

RECEIVED FROM Corey Walker    $175.00

One-hundred Seventy-five no/100 — DOLLARS

FOR RENT VICR Fee 2019 lamborghini Ues 4p:9F8E3GD

ACCOUNT

PAYMENT  175.00

BAL DUE

☐ CASH
☒ CHECK
☐ MONEY ORDER
☐ CREDIT CARD

BY Arriaga N3367

FROM _____ TO _____

DATE 03/19/25



**S&R Tow Temecula** - **Exhibit GG-**
1060 Airport Rd., Oceanside Ca 92058
Phone: (760) 547-1724 | Fax :
Payments can be made online by visiting twbk.co/hgKMTh

**Impound Invoice**
Printed 3/19/2025

| Owner | Kevin Lewis Walker | | |
|---|---|---|---|
| Released To | Corey Walker | | |
| Invoice # | 25-0319-148990 | Reason for Impound | 22651 (O) EXPIRED REGISTRATION |
| Call # | 148990 | | |
| Stock # | 22482296 | VIN Number | ZPBUA1ZL9KLA02762 |
| Case # | TE250780048 | Model | 2019 Lamborghini Urus (Gray) |
| Account | Temecula Police Department | Odometer | 1234 |
| Date/Time Requested | 3/19/2025 9:16 AM | License Plate | 9FBE320 (CA) |
| Date/Time Dispatched | 3/19/2025 9:16 AM | Drivable | Yes |
| Date/Time Arrived to scene | 3/19/2025 9:24 AM | Keys | No |
| Date/Time Completed: | 3/19/2025 10:16 AM | Towed from | Temecula Pkwy & Apis Rd, Temecula, CA 92592, USA ( EOS Fitness) |
| Date/Time Impounded: | 3/19/2025 10:16 AM | Stored at | Temecula Yard |
| Driver | LEE 312 7a | | 44564 Pechanga Parkway, Temecula Ca 92592 |
| Truck | 121 FB | | |
| Date/Time Released: | 3/19/2025 4:49 PM | | |
| Days Held in Impound | 1 days | | |

| Storage charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Storage - Storage Fees) Impounds/Storage: Daily Impound Rate | 1 | $79.00 | $79.00 |

| Towing charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Towing) Tow/Hourly (Portal to Portal) (price per hour) | 1 (1 h ) | $295.00 | $295.00 |
| | | Towing SubTotal | $295.00 |
| | | Storage - Storage Fees SubTotal | $79.00 |
| | | Subtotal | $374.00 |
| | | Taxes | $0.00 |
| | | Grand Total | $374.00 |
| | | **Amount Due:** | **$0.00 / Paid** |

**Square payment (Ref # Tvzm) of $374.00 applied on 3/19/2025**

S&R Tow Temecula appreciates your business; if you have any questions regarding this invoice, please contact us at (760) 547-1724.

Signature: _____    Date: _____
**CA# 55056   USDOT: 1757147**

Upon request, you are entitled to receive a copy of the Towing and Storage Fees and Access Notice

# - Exhibit HH-



# - Exhibit II-



# - Exhibit II-



# - Exhibit II-



# - Exhibit II-



## - Exhibit JJ-



# - Exhibit KK-



- Exhibit LL-









**PRIORITY®**
**M A I L**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.