Express Mail #ER126149280US — Dated: March 20, 2025

Kevin Walker, *sui juris, In Propria Persona* (PRO PER: NOT PRO SE)
C/o 30650 Rancho California Road #406-251
Temecula, California [92591]
non-domestic *without* the United States
Email: team@walkernovagroup.com

*Attorney-In-Fact, Executor, and Authorized Representative,*
for *Real Party(ies) in Interest/Plaintiff(s)*
™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©,
™KEVIN WALKER© IRR TRUST



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ™KEVIN WALKER© ESTATE, *et al.*, Plaintiff(s)/Real Party(ies) in Interest, vs. Chad Bianco, *et al.*, Defendant(s). | Case No.: 55:25-cv-00646-WLH **PLAINTIFFS' NOTICE OF ABSOLUTE DECLINE OF MAGISTRATE JURISDICTION AND DEMAND FOR FULL ADJUDICATION BY AN ARTICLE III JUDGE** |

**PLAINTIFFS' NOTICE OF ABSOLUTE DECLINE OF MAGISTRATE JURISDICTION AND DEMAND FOR FULL ADJUDICATION BY AN ARTICLE III JUDGE**

**COMES NOW**, Plaintiffs ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, ™KEVIN WALKER© IRR TRUST (hereinafter "Plaintiffs" and/or "Real Party(ies) in Interest"), by and through their Attorney-in-Fact, Kevin: Walker, who is proceeding *sui juris, In Propria Persona*, and by *Special Limited Appearance* (NOT generally). Kevin is **natural** *freeborn* sovereign, **one of the people**, and state Citizen of California **the republic** in its **De'jure** capacity as one of the several states of the Union 1789. This incidentally makes him a **non-citizen national/national** American of the **republic** as per the **De'Jure Constitution for the United States 1777/1789.**

Express Mail #ER126149280US — Dated: March 20, 2025

1. Plaintiffs, acting through their Attorney-in-Fact, assert their **inherent *unalienable***
2. right to <u>contract</u>, as secured by **Article I, Section 10** of the **Constitution**, which
3. states: "No State shall... pass any Law impairing the Obligation of Contracts," and
4. thus which *prohibits* states from impairing the obligation of **contracts**.
5. This clause **unequivocally** prohibits states from impairing the obligation of
6. contracts, including but not limited to, a trust and contract agreement as an
7. '*Attorney-In-Fact*,' and any private contract existing between Plaintiffs and
8. Defendants. A copy of the 'Affidavit: Power of Attorney In Fact,' is attached hereto
9. as **Exhibits A** and incorporated herein by reference.
10. Plaintiffs further rely on their inherent rights under the **Constitution** and the
11. **common law** — rights that **predate** the formation of the tat<u>s</u>e and remain
12. safeguarded by **due process of law**.
13. I. <u>**Constitutional Basis:**</u>
14. Plaintiffs assert that their private rights are secured and protected under the
15. **Constitution, common law**, and **exclusive equity,** which govern their ability to
16. freely contract and protect their property and interests..
17. Plaintiffs respectfully assert and affirm:
18. • "The individual may stand upon his constitutional rights as a citizen. He is entitled
19.   to carry on his **private business in his own way. His power to contract is** *unlimited*.
20.   He owes no such duty [to submit his books and papers for an examination] to the
21.   State, since he receives nothing therefrom, beyond the protection of his life and
22.   property. His rights are such as existed by the law of the land [Common Law] long
23.   antecedent to the organization of the State, and can only be taken from him by due
24.   process of law, and in accordance with the Constitution. Among his rights are a
25.   refusal to incriminate himself, and the immunity of himself and his property from
26.   arrest or seizure except under a warrant of the law. He owes nothing to the public
27.   so long as he does not trespass upon their rights." (*Hale v. Henkel*, 201 U.S. 43, 47
28.   [1905]).

Express Mail #ER126149280US — Dated: March 20, 2025

1. - "The claim and exercise of a constitutional right cannot be converted into a crime."—Miller v. U.S., 230 F 2d 486, 489.
2. - "Where rights secured by the Constitution are involved, **there can be no rule making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.
3. - "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." —Sherar v. Cullen, 481 F. 945.
4. - "A law repugnant to the Constitution is void." — Marbury v. Madison, 5 U.S. (1 Cranch) 137, 177 (1803).
5. - "It is not the duty of the citizen to surrender his rights, liberties, and immunities under the guise of police power or any other governmental power."— Miranda v. Arizona, 384 U.S. 436, 491 (1966).
6. - "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed."— Norton v. Shelby County, 118 U.S. 425, 442 (1886).
7. - "No one is bound to obey an unconstitutional law, and no courts are bound to enforce it."— 16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256.
8. - "Sovereignty itself remains with the people, by whom and for whom all government exists and acts."— Yick Wo v. Hopkins, 118 U.S. 356, 370 (1886).

## II. Supremacy Clause

Plaintiffs respectfully assert and affirm that:

- **The Supremacy Clause** of the Constitution **of the United States (Article VI, Clause 2) establishes** that **the Constitution,** federal laws made **pursuant to it,** and treaties **made under its authority**, constitute the **"supreme Law of the Land"**, and thus **take priority over any conflicting state laws.** It provides that state courts are bound by, and state constitutions subordinate to, the supreme law. However, federal statutes and treaties must be within the parameters of the Constitution;

1  **that is, they must be pursuant to** the federal government's **enumerated**
2  **powers**, and **not violate other constitutional limits on federal power**
3  **...** As a constitutional provision identifying the supremacy of federal
4  law, the Supremacy Clause assumes the underlying priority of federal
5  authority, **albeit only when that authority is expressed in the**
6  **Constitution itself**; **no matter what** the federal or state governments
7  **might wish to do**, they **must** stay within the boundaries of the
8  **Constitution.**

## III. PLAINTIFFS' NOTICE OF ABSOLUTE DECLINATION OF MAGISTRATE JURISDICTION AND DEMAND FOR FULL ADJUDICATION BY AN ARTICLE III JUDGE

Plaintiffs hereby formally and unequivocally decline consent to the referral of any proceedings, including but not limited to pretrial matters, hearings, rulings, or final adjudications, to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) or any other applicable statute or rule.

As Plaintiffs and injured parties before this Court, Plaintiffs invoke their constitutional right to have this case heard, presided over, and adjudicated **solely** by a duly appointed United States District Judge who holds office under **Article III** of the United States Constitution. This demand is made in strict adherence to constitutional principles that ensure judicial integrity, independence, and the protections afforded to Article III judges, including lifetime tenure and salary protection.

### A. Reasons for Declining Consent

1. **Judicial Independence** – Article III judges enjoy lifetime tenure and salary protections to safeguard against undue influence, ensuring impartiality and judicial integrity as mandated by Article III, Section 1 of the United States Constitution.

2. **Due Process and Fundamental Rights** – The appointment, tenure, and constitutional protections afforded to **Article III judges** are essential in

preserving the integrity of the judicial process and protecting Plaintiffs' fundamental right to an impartial tribunal.

3. **Constitutional Adherence** – Plaintiffs seek adjudication by an Article III judge to uphold the constitutional separation of powers and maintain adherence to the mandates governing the federal judiciary.

## B. Demand for Exclusive Article III Jurisdiction

Accordingly, Plaintiffs formally demand that this matter be assigned exclusively to an **Article III District Judge** for *all* **proceedings**, including but not limited to **pretrial matters, hearings, rulings, and final disposition of this case.** No US Magistrate judge shall preside over **any** aspect of this litigation.

## C. Formal Notice of Non-Consent to Magistrate Jurisdiction

This Notice serves as Plaintiffs' **formal and absolute declination of consent** to magistrate jurisdiction. Plaintiffs do not and will not consent to any magistrate judge's involvement in any phase of these proceedings. Plaintiffs respectfully demand immediate reassignment to an **Article III judge** *exclusively* in accordance with their **constitutional rights** and applicable law.

//
//
//
//

<u>COMMERCIAL OATH AND VERIFICATION:</u>

County of Riverside           )
                              )    Commercial Oath and Verification
The State of California       )

I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of

Express Mail #ER126149280US — Dated: March 20, 2025

1 | Truth regarding same signed and sealed this 20TH day of MARCH in the year of
2 | Our Lord two thousand and twenty five:

        proceeding sui juris, In Propria Persona, by *Special Limited Appearance*,
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____
Kevin Walker, *Authorized Representative*,
*Attorney-In-Fact, Secured Party,Executor, national, private bank(er)*

//

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses."* Matthew 18:16. *"In the mouth of two or three witnesses, shall every word be established"* 2 Corinthians 13:1.

        *Sui juris*, By *Special Limited* Appearance,

By: _____
Steven MacArthur-Brooks *(WITNESS)*

        *Sui juris*, By *Special Limited* Appearance,

By: _____
Corey Walker *(WITNESS)*

//

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                               ) ss.
COUNTY OF RIVERSIDE    )

    I competent, over the age of eighteen years, and not a party to the within action. My mailing address is the Delfond Group, care of: 30650 Rancho California Road suite 406-251, Temecula, California [92591]. On or before March 21, 2025, I served the within documents:

Express Mail #ER126149280US — Dated: March 20, 2025

1. **PLAINTIFFS' NOTICE OF ABSOLUTE DECLINE OF MAGISTRATE JURISDICTION AND DEMAND FOR FULL ADJUDICATION BY AN ARTICLE III JUDGE.**

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

Clerk(s), Magistrate Judge CRD Supervisor
C/o OPT OUT CONSENT-CLERK OF COURT
255 W. Temple Street
Los Angeles, CA [90012]
**Express Mail #ER126149280US**

Wesley L Hsu
C/o CLERK OF COURT
350 West 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California [90012]
**Registered Mail #RF775824098US**

Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas O Gruwell,
C/o MENIFEE JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]
**Registered Mail #RF775824107US**

Steven-Arthur: Sherman
C/o STEVEN ARTHUR SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]
**Registered Mail #RF775824115US**

Chad: Bianco
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]

Express Mail #ER126149280US — Dated: March 20, 2025

**Registered Mail #RF775824124US**

**By Electronic Service.** Based on a contract, and/or court order, and/or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Clerk(s), Agent(s), Fiduciary(ies)
C/o CLERK OF COURT
255 W. Temple Street
Los Angeles, CA [90012]
optout_consent@cacd.uscourts.gov

Wesley L Hsu
C/o CLERK OF COURT
350 West 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California [90012]
optout_consent@cacd.uscourts.gov

Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas O Gruwell,
C/o MENIFEE JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]
ssherman@law4cops.com
jsinz@riversidesheriff.org
wpratt@riversidesheriff.org

Steven-Arthur: Sherman
C/o STEVEN ARTHUR SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]
ssherman@law4cops.com
csherman@law4cops.com

Chad: Bianco
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
ssherman@law4cops.com
csherman@law4cops.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 20, 2025 in Riverside County, California.

_/s/Donnabelle Mortel/_
Donnabelle Mortel

Express Mail #ER126149280US — Dated: March 20, 2025

## NOTICE:

Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner.* The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

//

//

## ACKNOWLEDGEMENT:

State of California           )
                              ) ss.
County of Riverside           )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On this 20th day of March, 2025, before me, __Joyti Patel__, a Notary Public, personally appeared Kevin Walker, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Joyti Patel_  (Seal)

> JOYTI PATEL
> Notary Public - California
> Riverside County
> Commission # 2407742
> My Comm. Expires Jul 8, 2026

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PM
TEMECULA, CA 92591
MAR 21, 2025

90012

RDC 03

$32.80

S2324H504891-8

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

REGISTERED MAIL™

RF 775 824 098 US

- Expected delivery date specified for don
- Domestic shipments include $100 of insu
- USPS Tracking® service included for dor
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 25 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FROM:

Kara, Attorney-In-Fact
c/o 30650 Rancho California Road
#406-251
Temecula, California [92591]

TO:

Wesley : Hsu
c/o CHAMBERS/CLERK OF COURT
350 West 1st Street, Courtroom 9B
Los Angeles, California [90012]

LAT RATE ENVELOPE

IE RATE ■ ANY WEIGHT

CV

To schedule free Packa scan the QR co

USPS.COM/PIC

RACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.




