Express Mail #ER126149280US — Dated: March 20, 2025

1  Kevin Walker, *sui juris, In Propria Persona* (PRO PER: NOT PRO SE)
2  C/o 30650 Rancho California Road #406-251
   Temecula, California [92591]
3  non-domestic *without* the United States
   Email: team@walkernovagroup.com
4
   *Attorney-In-Fact, Executor, and Authorized Representative,*
5  for *Real Party(ies) in Interest/Plaintiff(s)*
6  ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©,
   ™KEVIN WALKER© IRR TRUST



7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**

10  ™**KEVIN WALKER© ESTATE**, *et al.*,        Case No.: 55:25–cv–00646-WLH
        *Plaintiff(s)/Real Party(ies) in Interest,*
11                                              **PLAINTIFFS' NOTICE OF**
                                                **ABSOLUTE DECLINE OF**
12      *vs.*                                   **MAGISTRATE JURISDICTION**
    Chad Bianco, *et al.*,                      **AND DEMAND FOR FULL**
13          *Defendant(s).*                     **ADJUDICATION BY AN ARTICLE**
                                                **III JUDGE**
14
15
16
17

18  PLAINTIFFS' NOTICE OF ABSOLUTE DECLINE OF MAGISTRATE JURISDICTION

19      AND DEMAND FOR FULL ADJUDICATION BY AN ARTICLE III JUDGE

20  **COMES NOW**, Plaintiffs ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS

21  WALKER©, ™KEVIN WALKER© IRR TRUST (hereinafter "Plaintiffs" and/or

22  "Real Party(ies) in Interest"), by and through their Attorney-in-Fact, Kevin: Walker,

23  who is proceeding *sui juris, In Propria Persona*, and by *Special Limited*

24  *Appearance* (NOT generally). Kevin is natural *freeborn* sovereign, **one of the**

25  **people**, and state Citizen of California **the republic** in its **De'jure** capacity as one of

26  the several states of the Union 1789. This incidentally makes him a non-citizen

27  national/national American of the **republic** as per the **De'Jure Constitution for the**

28  **United States 1777/1789.**

Express Mail #ER126149280US — Dated: March 20, 2025

1  Plaintiffs, acting through their Attorney-in-Fact, assert their **inherent *unalienable***

2  right to **contract**, as secured by **Article** I, **Section 10** of the **Constitution**, which

3  states: "No State shall... pass any Law impairing the Obligation of **Contracts**," and

4  thus which *prohibits* states from impairing the obligation of **contracts**.

5  This clause **unequivocally** prohibits states from impairing the obligation of

6  contracts, including but not limited to, a trust and contract agreement as an

7  '*Attorney-In-Fact*,' and any private contract existing between Plaintiffs and

8  Defendants. A copy of the 'Affidavit: Power of Attorney In Fact,' is attached hereto

9  as **Exhibits A** and incorporated herein by reference.

10  Plaintiffs further rely on their inherent rights under the **Constitution** and the

11  **common law** — rights that **predate** the formation of the tatse and remain

12  safeguarded by **due process of law**.

13  I.                              **Constitutional Basis:**

14  Plaintiffs assert that their private rights are secured and protected under the

15  **Constitution**, **common law**, and **exclusive equity**, which govern their ability to

16  freely contract and protect their property and interests..

17  Plaintiffs respectfully assert and affirm:

18  • "The individual may stand upon his constitutional rights as a citizen. He is entitled

19      to carry on his **private** business in his own way. **His power to contract is** *unlimited*.

20      He owes no such duty [to submit his books and papers for an examination] to the

21      State, since he receives nothing therefrom, beyond the protection of his life and

22      property. His rights are such as existed by the law of the land [Common Law] long

23      antecedent to the organization of the State, and can only be taken from him by due

24      process of law, and in accordance with the Constitution. Among his rights are a

25      refusal to incriminate himself, and the immunity of himself and his property from

26      arrest or seizure except under a warrant of the law. He owes nothing to the public

27      so long as he does not trespass upon their rights." (*Hale v. Henkel*, 201 U.S. 43, 47

28      [1905]).

Express Mail #ER126149280US — Dated: March 20, 2025

1   • "The claim and exercise of a constitutional **right** cannot be converted into a
2     crime."—Miller v. U.S., 230 F 2d 486, 489.
3   • "Where **rights** secured by the Constitution are involved, **there can be no rule**
4     **making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.
5   • "There can be no sanction or penalty imposed upon one because of this exercise of
6     constitutional **rights**." —Sherar v. Cullen, 481 F. 945.
7   • "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5 U.S. (1
8     Cranch) 137, 177 (1803).
9   • "It is not the duty of the citizen to surrender his rights, liberties, and immunities
10    under the guise of police power or any other governmental power."— *Miranda v.*
11    *Arizona*, 384 U.S. 436, 491 (1966).
12  • "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords
13    no protection; it creates no office; it is, in legal contemplation, as inoperative as
14    though it had never been passed."— *Norton v. Shelby County*, 118 U.S. 425, 442
15    (1886).
16  • "No one is bound to obey an unconstitutional law, and no courts are bound to
17    enforce it."— *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256.*
18  • "Sovereignty itself remains with the people, by whom and for whom all
19    government exists and acts."— *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).

## II.                    Supremacy Clause

21  Plaintiffs respectfully assert and affirm that:

22  • **The Supremacy Clause** of the Constitution **of the United States** (**Article
23    VI, Clause 2**) **establishes** that **the Constitution,** federal laws made
24    **pursuant to it,** and treaties **made under its authority**, constitute the
25    **"supreme Law of the Land"**, and thus **take priority over any
26    conflicting state laws.**    It provides that state courts are bound by, and
27    state constitutions subordinate to, the supreme law.  However, federal
28    statutes and treaties must be within the parameters of the Constitution;

-3 of 9-

1   **that is, they must be pursuant to** the federal government's **enumerated**

2   **powers**, and **not violate other constitutional limits on federal power**

3   **...** As a constitutional provision identifying the supremacy of federal

4   law, the Supremacy Clause assumes the underlying priority of federal

5   authority, **albeit only when that authority is expressed in the**

6   **Constitution itself**; **no matter what** the federal or state governments

7   **might wish to do**, they **must** stay within the boundaries of the

8   **Constitution.**

9   **III.    PLAINTIFFS' NOTICE OF ABSOLUTE DECLINATION OF**

10  **MAGISTRATE JURISDICTION AND DEMAND FOR FULL**

11  **ADJUDICATION BY AN ARTICLE III JUDGE**

12  Plaintiffs hereby formally and unequivocally decline consent to the referral of any

13  proceedings, including but not limited to pretrial matters, hearings, rulings, or final

14  adjudications, to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) or

15  any other applicable statute or rule.

16  As Plaintiffs and injured parties before this Court, Plaintiffs invoke their constitutional

17  right to have this case heard, presided over, and adjudicated **solely** by a duly appointed

18  United States District Judge who holds office under **Article III** of the United States

19  Constitution. This demand is made in strict adherence to constitutional principles that

20  ensure judicial integrity, independence, and the protections afforded to Article III judges,

21  including lifetime tenure and salary protection.

22  **A. Reasons for Declining Consent**

23      1.  **Judicial Independence** – Article III judges enjoy lifetime tenure and salary

24          protections to safeguard against undue influence, ensuring impartiality and

25          judicial integrity as mandated by Article III, Section 1 of the United States

26          Constitution.

27      2.  **Due Process and Fundamental Rights** – The appointment, tenure, and

28          constitutional protections afforded to **Article III judges** are essential in

preserving the integrity of the judicial process and protecting Plaintiffs'
fundamental right to an impartial tribunal.

3. **Constitutional Adherence –** Plaintiffs seek adjudication by an Article III
   judge to uphold the constitutional separation of powers and maintain
   adherence to the mandates governing the federal judiciary.

## B. Demand for Exclusive Article III Jurisdiction

Accordingly, Plaintiffs formally demand that this matter be assigned exclusively to
an **Article III District Judge** for *all* **proceedings**, including but not limited to
**pretrial matters, hearings, rulings, and final disposition of this case.** No US
Magistrate judge shall preside over **any** aspect of this litigation.

## C. Formal Notice of Non-Consent to Magistrate Jurisdiction

This Notice serves as Plaintiffs' **formal and absolute declaration of consent** to
magistrate jurisdiction. Plaintiffs do not and will not consent to any magistrate
judge's involvement in any phase of these proceedings. Plaintiffs respectfully
demand immediate reassignment to an **Article III judge** *exclusively* in accordance
with their **constitutional rights** and applicable law.

//

//

//

//

### COMMERCIAL OATH AND VERIFICATION:

County of Riverside                    )

                                       )            Commercial Oath and Verification

The State of California                )

I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding
in good faith being of sound mind states that the facts contained herein are true,
correct, complete and not misleading to the best of Affiant's knowledge and belief
under penalty of International Commercial Law and state this to be HIS Affidavit of

-5 of 9-

PLAINTIFFS' NOTICE OF ABSOLUTE DECLINE OF MAGISTRATE JURISDICTION AND DEMAND FOR FULL ADJUDICATION BY AN ARTICLE III JUDGE

Express Mail #ER126149280US — Dated: March 20, 2025

1  Truth regarding same signed and sealed this <u>20TH</u> day of <u>MARCH</u> in the year of

2  Our Lord two thousand and twenty five:

3                    proceeding sui juris, In Propria Persona, by *Special Limited Appearance*,
                     **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**
4

5       By:

6              Kevin Walker, *Authorized Representative*,
          *Attorney-In-Fact, Secured Party, Executor*, national, *private bank(er)*
7

8  //

9  Let this document stand as truth before the Almighty Supreme Creator and let it be

10 established before men according as the scriptures saith: *"But if they will not listen,*

11 *take one or two others along, so that every matter may be established by the testimony of two*

12 *or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*

13 *word be established" 2 Corinthians 13:1.*

                              *Sui juris*, By *Special Limited* Appearance,
14

15      By:
                         **Steven MacArthur-Brooks** *(WITNESS)*
16

17                            *Sui juris*, By *Special Limited* Appearance,

18      By:
                         **Corey Walker** **(WITNESS)**
19

20 //

21 <u>**P R O O F   O F   S E R V I C E**</u>

22 STATE OF CALIFORNIA              )

23                                 )      ss.

24 COUNTY OF RIVERSIDE              )

25       I competent, over the age of eighteen years, and not a party to the within

26 action. My mailing address is the Delfond Group, care of: 30650 Rancho California

27 Road suite 406-251, Temecula, California [92591]. On or before March 21, 2025, I

28 served the within documents:

Express Mail #ER126149280US — Dated: March 20, 2025

1   **1.**   **PLAINTIFFS' NOTICE OF ABSOLUTE DECLINE OF MAGISTRATE**

2   **JURISDICTION AND *DEMAND* FOR FULL ADJUDICATION BY AN ARTICLE**

3   **III JUDGE.**

4   **By United States Mail.** I enclosed the documents in a sealed envelope or package

5   addressed to the persons at the addresses listed below by placing the envelope for

6   collection and mailing, following our ordinary business practices. I am readily

7   familiar with this business's practice for collecting and processing correspondence

8   for mailing. On the same day that correspondence is placed for collection and

9   mailing, it is deposited in the ordinary course of business with the United States

10   Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

11   employed in the county where the mailing occurred. The envelope or package was

12   placed in the mail in Riverside County, California, and sent via Registered Mail

13   with a form 3811.

14          Clerk(s), Magistrate Judge CRD Supervisor
            C/o OPT OUT CONSENT-CLERK OF COURT
15          255 W. Temple Street
            Los Angeles, CA [90012]
16          **Express Mail #ER126149280US**

17          Wesley L Hsu
            C/o CLERK OF COURT
18          350 West 1st Street, Courtroom 9B, 9th Floor
            Los Angeles, California [90012]
19          **Registered Mail #RF775824098US**

20          Gregory D Eastwood, Robert C V Bowman, George Reyes, William
            Pratt, Robert Gell, Joseph Sinz, Nicholas O Gruwell,
21          C/o MENIFEE JUSTICE CENTER
            30755-D Auld Road
22           Murrieta, California [92563]
            **Registered Mail #RF775824107US**

23

24          Steven-Arthur: Sherman
            C/o STEVEN ARTHUR SHERMAN
            1631 East 18th Street
25           Santa Ana, California [92705-7101]
            **Registered Mail #RF775824115US**

26

27          Chad: Bianco
            C/o RIVERSIDE COUNTY SHERIFF
            4095 Lemon Street, 2nd Floor
28          Riverside, California [92501]

Express Mail #ER126149280US — Dated: March 20, 2025

**Registered Mail #RF775824124US**

1

2    **By Electronic Service.**  Based on a contract, and/or court order, and/or an

3    agreement of the parties to accept service by electronic transmission, I caused the

4    documents to be sent to the persons at the electronic notification addresses listed

5    below.

6        Clerk(s), Agent(s), Fiduciary(ies)
         C/o CLERK OF COURT
7        255 W. Temple Street
         Los Angeles, CA [90012]
8        optout_consent@cacd.uscourts.gov

9        Wesley L Hsu
         C/o CLERK OF COURT
10       350 West 1st Street, Courtroom 9B, 9th Floor
         Los Angeles, California [90012]
11       optout_consent@cacd.uscourts.gov

12       Gregory D Eastwood, Robert C V Bowman, George Reyes, William
         Pratt, Robert Gell, Joseph Sinz, Nicholas O Gruwell,
13       C/o MENIFEE JUSTICE CENTER
         30755-D Auld Road
14       Murrieta, California [92563]
         ssherman@law4cops.com
15       jsinz@riversidesheriff.org
         wpratt@riversidesheriff.org
16
         Steven-Arthur: Sherman
17       C/o STEVEN ARTHUR SHERMAN
         1631 East 18th Street
18       Santa Ana, California [92705-7101]
         ssherman@law4cops.com
19       csherman@law4cops.com

20       Chad: Bianco
         C/o  RIVERSIDE COUNTY SHERIFF
21       4095 Lemon Street, 2nd Floor
         Riverside, California [92501]
22       ssherman@law4cops.com
         csherman@law4cops.com

23

24       I declare under penalty of perjury under the laws of the State of California

25    that the above is true and correct.  Executed on March 20, 2025 in Riverside County,

26    California.

27                              _____/s/Donnabelle Mortel/_____
                                    Donnabelle Mortel

28

-8 of 9-

Express Mail #ER126149280US — Dated: March 20, 2025

## NOTICE:

Using a notary on this document does **not** constitute any adhesion, ***nor does it alter my status in any manner.*** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

//

//

# ACKNOWLEDGEMENT:

State of California                    )

                                       ) ss.

County of Riverside                    )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On this 20th day of March, 2025, before me,   Joyti Patel  , a Notary Public, personally appeared Kevin Walker, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> JOYTI PATEL
> Notary Public - California
> Riverside County
> Commission # 2407742
> My Comm. Expires Jul 8, 2026

Signature _Joytipatel_                    (Seal)

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  Kevin Walker, *sui juris, In Propria Persona*
2  C/o 30650 Rancho California Road #406-251
   Temecula, California [92591]
3  non-domestic *without* the United States
4  Email: team@walkernovagroup.com

5  *Attorney-In-Fact, Executor, and Authorized Representative,*
   *for Real Party(ies) in Interest/Plaintiff(s)*
6  ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©,
7  ™KEVIN WALKER© IRR TRUST

8              UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10  ™**KEVIN WALKER© ESTATE,** *et al.,*          Case No.: 5:25−cv−00646−WLH−MAA
        *Plaintiff(s)/Real Party(ies) in Interest,*
11                                                **PLAINTIFFS' VERIFIED NOTICE**
                                                  **AND DEMAND FOR IMMEDIATE**
         *vs.*                                    **NON-DISCRETIONARY**
12  **Chad Bianco,** *et al.,*                     **EMERGENCY EX PARTE**
                    *Defendant(s).*               **INJUNCTION AS A MATTER OF**
13                                                **LAW WITHOUT HEARING**
14
15
16

17  **PLAINTIFFS' VERIFIED NOTICE AND DEMAND FOR IMMEDIATE**

18  **NON-DISCRETIONARY EMERGENCY EX PARTE INJUNCTION AS A**

19  **MATTER OF LAW WITHOUT HEARING**

20  **COMES NOW,** Plaintiffs ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS

21  WALKER©, ™KEVIN WALKER© IRR TRUST (hereinafter "Plaintiffs" and/or

22  "Real Party(ies) in Interest"), by and through their Attorney-in-Fact, **Kevin: Walker,**

23  who is proceeding *sui juris, In Propria Persona,* and by *Special Limited*

24  *Appearance* (NOT generally). **Kevin** is natural *freeborn* sovereign, **one of the**

25  **people,** and state Citizen of California **the republic** in its De'jure capacity as one of

26  the several states of the Union 1789. This incidentally makes him a **non-citizen**

27  **national/national** American of the **republic** as per the **De'Jure Constitution for the**

28  **United States 1777/1789.**

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  Plaintiffs, acting through their Attorney-in-Fact, assert their **inherent *unalienable***

2  right to **contract**, as secured by **Article I, Section 10** of the **Constitution**, which

3  states: "No State shall... pass any Law impairing the Obligation of **Contracts,**" and

4  thus which *prohibits* states from impairing the obligation of **contracts**.

5  This clause **unequivocally** prohibits states from impairing the obligation of

6  contracts, including but not limited to, a trust and contract agreement as an

7  '*Attorney-In-Fact*,' and any private contract existing between Plaintiffs and

8  Defendants. A copy of the 'Affidavit: Power of Attorney In Fact,' is attached hereto

9  as **Exhibits A** and incorporated herein by reference.

10  Plaintiffs further rely on their inherent rights under the **Constitution** and the

11  **common law**—rights that **predate** the formation of the tatse and remain

12  safeguarded by **due process of law**.

13  **I.        'Attorney-in-Fact' : Legal Authority and Recognition:**

14  An **attorney-in-fact** is a **private attorney** authorized by another to act on their

15  behalf in specific matters, as granted by a **power of attorney**. This authority can be

16  **limited to a specific act** or extend to **general business matters** that are not of a

17  legal character.

18  According to **Bouvier's Law Dictionary, Black's Law Dictionary (1st, 2nd, and 8th**

19  **editions), and the American Bar Association (ABA):**

20  • An **attorney-in-fact** derives their authority from a written instrument,

21     commonly referred to as a "**power of attorney.**"

22  • A **constituent** may lawfully delegate authority to an **attorney-in-fact** to act in

23     their place.

24  • This designation is distinct from an **attorney-at-law**, as it pertains to an

25     individual acting under a **special agency or letter of attorney** for particular

26     actions.

27  • Even individuals who are otherwise disqualified from acting in their own legal

28     capacity, such as minors or married women (historically referred to as **femes**

1  **coverts**), may act as an **attorney-in-fact** for others if they have the necessary
2  understanding.
3  **Black's Law Dictionary** defines an **attorney-in-fact** as follows:
4  *"A person to whom the authority of another, who is called the constituent, is by him*
5  *lawfully delegated. The term is employed to designate persons who are under special*
6  *agency, or a special letter of attorney, so that they are appointed in factum, for the deed,*
7  *or special act to be performed; but in a more extended sense, it includes all other agents*
8  *employed in any business, or to do any act or acts in pais for another."*
9  The **American Bar Association (ABA) further affirms** that the individual named in
10  a **power of attorney** is legally referred to as an **agent** or **attorney-in-fact** and has the
11  authority to take **any action expressly permitted in the document.** The **American**
12  **Bar Association (ABA) official website explicitly states:**
13  *"The person named in a power of attorney to act on your behalf is commonly referred to*
14  *as your "agent" or "**attorney-in-fact.**" With a valid power of attorney, your agent can*
15  *take **any** action permitted in the document."* See Exhibit AA.
16  **II.   Statutory and U.C.C. Recognition of 'Attorney-in-Fact' Authority:**
17  The authority of an attorney-in-fact is explicitly recognized in various statutory and
18  commercial codes, reinforcing its binding nature:
19  •  **U.C.C. § 3-402**: Establishes that an authorized representative, including an
20  attorney-in-fact, can bind the principal in contractual and financial
21  transactions.
22  •  **28 U.S.C. § 1654**: Confirms that **"parties may plead and conduct their own**
23  **cases personally or by counsel"**, reinforcing the Plaintiffs' right to self-
24  representation and the use of an attorney-in-fact.
25  •  **26 U.S.C. § 2203**: Recognizes executors, including attorneys-in-fact, in matters
26  of estate administration and tax liability.
27  •  **26 U.S.C. § 7603**: Acknowledges that an attorney-in-fact may lawfully receive
28  and respond to IRS summonses on behalf of the principal.

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1    • **26 U.S.C. § 6903**: Confirms that fiduciaries, including attorneys-in-fact, are
2       recognized in tax matters and are legally bound to act in their principal's best
3       interest.
4    • **26 U.S.C. § 6036**: Establishes that attorneys-in-fact can handle affairs related
5       to the administration of decedent estates and trust entities.
6    • **26 U.S.C. § 6402**: Grants attorneys-in-fact the authority to receive and
7       negotiate tax refunds and credits on behalf of the principal.
8    Plaintiffs have clearly presented a valid "**Affidavit: Power of Attorney In**
9    **Fact**" (Exhibit A), which lawfully confers upon them the authority to act in this
10   matter. The legal principles established by the **UCC and statutory law further**
11   **reinforce the binding authority of Plaintiffs' affidavits and agreements**.
12   Defendants' assertion that a **trust cannot be represented by an attorney-in-fact**
13   **contradicts well-established statutory, commercial, and legal principles**. By
14   denying this legal reality, **Defendants engage in intentional misrepresentation**
15   **and mockery of long-standing legal doctrine, further demonstrating their lack of**
16   **credibility and bad faith in these proceedings**
17   III.                    **Constitutional Basis:**
18   Plaintiffs assert that their **private rights** are secured *and* protected under the
19   **Constitution, common law**, and **exclusive equity**, which govern their ability to
20   freely contract and protect their property and interests..
21   Plaintiffs respectfully assert and affirm:
22   • "The individual may stand upon his constitutional rights as a citizen. He is
23      entitled to carry on his **private** business in his own way. **His power to contract**
24      **is** *unlimited.* He owes no such duty [to submit his books and papers for an
25      examination] to the State, since he receives nothing therefrom, beyond the
26      protection of his life and property. His rights are such as existed by the law of
27      the land [Common Law] long antecedent to the organization of the State, and
28      can only be taken from him by due process of law, and in accordance with the

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

Constitution. Among his rights are a refusal to incriminate himself, and the
immunity of himself and his property from arrest or seizure except under a
warrant of the law. He owes nothing to the public so long as he does not
trespass upon their rights." (*Hale v. Henkel*, 201 U.S. 43, 47 [1905]).

- "The claim and exercise of a constitutional **right cannot** be converted into
  a crime." — Miller v. U.S., 230 F 2d 486, 489.

- "Where **rights secured by** the Constitution are involved, **there can be no
  rule making or legislation** which would abrogate them." — Miranda v.
  Arizona, 384 U.S.

- "There can be no sanction or penalty imposed upon one because of this
  exercise of constitutional **rights**." —Sherar v. Cullen, 481 F. 945.

- "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5
  U.S. (1 Cranch) 137, 177 (1803).

- "It is not the duty of the citizen to surrender his rights, liberties, and
  immunities under the guise of police power or any other governmental
  power."— *Miranda v. Arizona*, 384 U.S. 436, 491 (1966).

- "An unconstitutional act is not law; it confers no rights; it imposes no
  duties; affords no protection; it creates no office; it is, in legal
  contemplation, as inoperative as though it had never been passed."—
  *Norton v. Shelby County*, 118 U.S. 425, 442 (1886).

- "No one is bound to obey an unconstitutional law, and no courts are
  bound to enforce it." — *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec.
  256.*

- "Sovereignty itself remains with the people, by whom and for whom all
  government exists and acts." — *Yick Wo v. Hopkins*, 118 U.S. 356, 370
  (1886).

## IV.                          <u>Supremacy Clause:</u>

Plaintiffs respectfully assert and affirm that:

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1   • **The Supremacy Clause** of the Constitution **of the United States (Article**
2   **VI, Clause 2) establishes** that **the Constitution**, federal laws made
3   **pursuant to it**, and treaties **made under its authority**, constitute the
4   **"supreme Law of the Land"**, and thus **take priority over any conflicting**
5   **state laws.**   It provides that state courts are bound by, and state
6   constitutions subordinate to, the supreme law.  However, federal statutes
7   and treaties must be within the parameters of the Constitution; **that is,**
8   **they must be pursuant to** the federal government's **enumerated powers,**
9   and **not violate other constitutional limits on federal power ...** As a
10  constitutional provision identifying the supremacy of federal law, the
11  Supremacy Clause assumes the underlying priority of federal authority,
12  **albeit only when that authority is expressed in the Constitution itself;**
13  **no matter what** the federal or state governments **might wish to do**, they
14  **must** stay within the boundaries of the **Constitution**

15  **V.   IMMEDIATE AND IRREPARABLE HARM NECESSITATING**
16  **INJUNCTIVE RELIEF**

17  Plaintiffs **demand an immediate ex parte injunction as a matter of law** to restrain
18  Defendants from **continued harassment, stalking, theft, extortion, coercion, and**
19  **intimidation under color of law.** The failure to grant this injunction would **result**
20  **in further irreparable harm** and **place the Court in direct complicity with ongoing**
21  **constitutional violations.**

22  FACTUAL BASIS FOR EX PARTE INJUNCTIVE RELIEF:

23  1. On **March 19, 2025**, Defendants **Nicholas O. Gruwell, Joseph Sinz, Gregory**
24     **Eastwood, Robert Bowman, and Ortiz** willfully and unlawfully **stalked**
25     internationally protected person/national/non-citizen national, **Kevin Walker**,
26     as he entered the **parking lot of EOS Gym in Temecula, California**.

27  2. In a display of **extreme, unnecessary, and unconstitutional force**, Defendants
28     **trespassed upon private trust property**—a private transport/automobile clearly

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1    displaying **"PRIVATE" plates (See Exhibit U)**—and, with **armed force and**

2    **intimidation, forcibly stole** said property.

3  **3.** The **"NOTICE OF STORED VEHICLE"** serves as **incontrovertible** *evidence* that

4    the **private transport** was *stolen,* **as the form itself explicitly states that the**

5    **automobile was "STOLEN FROM" the location where it was legally parked.**

6    **A copy of the 'NOTICE OF STORED VEHICLE' is attached hereto as Exhibit**

7    **CC** and incorporated herein by reference

8  **4.** Defendants then **escalated their conspiracy, racketeering, deprivation of rights**

9    **under color of law, and unconstitutional actions**, using **coercion, threats, and**

10   **unlawful obstruction** to **further prevent Plaintiffs from reclaiming their**

11   **private transport**, including but not limited to:

12     a. **Illegally refusing** to release the **unlawfully seized and stolen** automobile

13     via a tow truck.

14     b. **Illegally refusing** to release the **unlawfully seized and stolen** private

15     transport/automobile via a **"ONE TRIP PERMIT."** A copy of the **'ONE TRIP**

16     **PERMIT'/BOND and CASH RECEIPT,** is attached hereto as **Exhibit DD**

17     and incorporated herein by reference..

18  **5.** Rather than acting in a **lawful, legal, and constitutional manner,**

19   Defendants **doubled down on their illegal activities** by **robbing and**

20   **extorting** Plaintiffs of Four **Thousand Two Hundred Ninety-Eight**

21   **Dollars ($4,298)** through **threats, duress, coercion, and intimidation**

22   **under color of law**, in direct violation of **Plaintiffs' inherent** *unalienable*

23   **right to travel**.

24  **6.** Plaintiffs were forced under threat, duress, coercion, and extortion to "Register"

25   the private transport/automobile, to take possession of their own property. A

26   copy of the **'REGISTRATION' and** the **'CASH RECEIPT' and evidence of**

27   **'SPECIAL DEPOSIT' with said financial institution and bank** is attached

28   hereto as **Exhibit EE** and incorporated herein by reference.

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

7. Defendants then further **robbed and extorted** Plaintiffs of **One Hundred and Seventy-Five Dollars ($175.00)** through **threats, duress, coercion, and intimidation under color of law**, in direct violation of **Plaintiffs' inherent** *unalienable* <u>rights</u>. A copy of the **CASH RECEIPT**, is attached hereto as **Exhibit FF** and incorporated herein by reference

8. Defendants then engaged in conspiracy and racketeering with "S&R TOW TEMECULA," to further **rob and extort** Plaintiffs of **Three Hundred and Seventy-Four Dollars ($374.00)** through **threats, duress, coercion, and intimidation under color of law**, in direct violation of **Plaintiffs' inherent** *unalienable* <u>rights.</u> A copy of the **CASH RECEIPT**, is attached hereto as **Exhibit GG** and incorporated herein by reference

9. Defendants have *willfully* **engaged in a pattern of ongoing harassment, stalking Plaintiffs within their own neighborhood**, employing **intimidation tactics** in an attempt to **obstruct justice and coerce Plaintiffs into abandoning their lawful claims.**

10. As a direct result of Defendants' unlawful conduct, Plaintiffs are suffering immediate and irreparable harm, including:

      a. Severe emotional distress,

      b. Unlawful deprivation of property,

      c. Threats to life, liberty, and security.

11. Defendants have absolutely **failed to rebut** *multiple* <u>verified</u> <u>affidavits</u>, thereby **admitting to all claims as** *a matter of law* through silent acquiescence, **tacit procuration, collateral estoppel,** *stare decisis*, and *res judicata*.

12. **There is no adequate remedy at law**, as **monetary damages alone cannot compensate for Defendants' ongoing threats, intimidation, and State-sanctioned harassment.**

13. Therefore, an **immediate ex parte injunction** is **necessary and required as a matter of law** to prevent further irreparable harm.

## VI. **'SEPCIAL DEPOSIT' and 'MASTER INDEMNITY BOND': 31 U.S. Code § 5312 and U.C.C. § 3-104**

1.   The notarized and indorsed VERIFIED COMPLAINT/NEGOTIABLE INSTRUMENT itself acted as a BOND, SPECIAL DEPOSIT, and/or MONETARY INSTRUMENT, as defined by **31 U.S. Code § 5312 and U.C.C. § 3-104**, supplemented by the MASTER INDEMNITY BOND (Exhibit N), and that the BOND also satisfies the procedural and substantive requirements of **Rule 67 of the Federal Rules of Civil Procedure**. **Exclusive equity** supports this claim, as it ensures that no competing claims will infringe upon the Plaintiffs' established rights to this bond of and will be reported on the forms 1099-A, 1099-OID, and/or 1099-B, with Plaintiff(s) evidenced as the CREDITOR(S).

2.   Janet Yellen, said Successor(s), and/or the United States Treasury is the registered holder and fiduciary of/for Plaintiff(s)' the private **Two Hundred Billion Dollar ($200,000,000,000.00 USD) 'MASTER DISCHARGE AND INDEMNITY BOND'** #RF661448567US, which was post deposited to private post registered account #RF 661 448 023 US. Said 'MASTER DISCHARGE AND INDEMNITY BOND' (#RF661448567US) expressly stipulates it is "insuring, underwriting, indemnifying, discharging, paying and satisfying **all** such account holders and accounts dollar for dollar against **any and all pre-existing, current and future** losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgements, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations **as may exist or come to exist** during the term of this Bond… Each of the said account holders and accounts **shall be severally insured, underwritten and indemnified against _any and all future Liabilities as may appear, thereby instantly satisfying all such obligations dollar for dollar without exception_** through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity." A copy of

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  'MASTER DISCHARGE AND INDEMNITY BOND' #RF372320890US is

2  attached hereto as **Exhibit N** and incorporated herein by reference, **and will**

3  **serve as an *additional* CAUTION and/and/or BOND for immediate**

4  **adjustment and setoff of any and all costs associated with these matters.**

5  VII.      **12 *U.S.C.* 1813(L)(1): The term 'Deposit' Defined**

6  As *considered*, *agreed*, and *stipulated* by Defendants in the <u>unrebutted</u> verified

7  commercial affidavits, contract agreement, and self-executing contract security

8  agreements (Exhibits E, F, G, and H), as under **12 *U.S.C.* 1813(L)(1),** ["]the term

9  'deposit' means— the unpaid balance of money or its equivalent received or held

10 by a bank or savings association in the usual course of business and **for which it**

11 **has given or is obligated to give <u>credit</u>,** either conditionally or unconditionally, to a

12 commercial, checking, savings, time, or thrift account, or which is evidenced by its

13 certificate of deposit, thrift certificate, investment certificate, certificate of

14 indebtedness, or other similar name, or a check or draft drawn against

15 a deposit account and certified by the bank or savings association, or a letter of

16 credit or a traveler's check on which the bank or savings association is primarily

17 liable: Provided, That, without limiting the generality of the term "**money or its**

18 **equivalent**", **any such account or instrument must be regarded as** evidencing the

19 receipt of the **<u>equivalent of money</u> when credited or issued in exchange** for checks

20 or drafts **or for a promissory note** upon which the person obtaining any such **credit**

21 or instrument is primarily or secondarily liable, **or** for a charge against

22 a deposit account, **or** in settlement of **checks**, **drafts**, or other instruments

23 forwarded to such bank or savings association for collection.["]

24 **VII.  <u>LEGAL BASIS FOR EX PARTE INJUNCTION *WITHOUT* HEARING</u>**

25 **A. FRCP 65(b)(1) – Ex Parte Temporary Restraining Order (TRO) Must Be Issued**

26 **Immediately**

27 •  **Federal Rule of Civil Procedure 65(b)(1) requires the Court to grant an ex**

28 **parte TRO without hearing if:**

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1.   The applicant **faces immediate and irreparable injury;**

2.   The opposing party cannot be given prior notice **without exacerbating the harm.**

- Defendants are **actively engaged in ongoing unlawful acts,** rendering any delay in issuing this injunction **a direct violation of Plaintiffs' fundamental rights.**

**B. Defendants' Silence Constitutes Absolute Legal Admission Under Tacit Procuration**

- **Multiple verified affidavits were lawfully served upon Defendants, and not a single affidavit was rebutted.**

- **By operation of law, an unrebutted affidavit stands as Truth in commerce** (*United States v. Kis*, 658 F.2d 526, *Hale v. Henkel*, 201 U.S. 43).

- **Collateral estoppel, res judicata, and stare decisis bar Defendants from** contesting the facts they have **already admitted** through their failure to respond.

**C. Defendants Are Engaged in a Pattern of Criminal and Civil Rights Violations**

Plaintiffs invoke and demand immediate relief under the following **federal statutes,** which Defendants have admitted to violating:

**1.  42 U.S.C. § 1983 – Civil Action for Deprivation of Rights Under Color of Law**

- Defendants unlawfully **seized property, engaged in harassment, and extorted funds,** directly depriving Plaintiffs of constitutionally protected rights.

**2.  18 U.S.C. § 242 – Criminal Deprivation of Rights Under Color of Law**

- Defendants' actions constitute **criminal conduct,** warranting **both civil relief and criminal prosecution.**

**3.  18 U.S.C. § 241 – Conspiracy Against Rights**

- Defendants have engaged in a **coordinated scheme to violate Plaintiffs' rights,** which is a **federal felony.**

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

4. **18 U.S.C. § 1951 – Hobbs Act (Extortion and Coercion)**

- The **unlawful exaction of $4,388 USD** through **threats and coercion** constitutes **criminal extortion under federal law.**

5. **18 U.S.C. § 1962 – RICO (Racketeer Influenced and Corrupt Organizations Act)**

- Defendants' pattern of **fraud, extortion, and coercion** meets the statutory definition of **criminal racketeering under RICO laws.**

## VII.    NOTICE to the COURT: A DEMAND is NOT a mere MOTION

The Court is hereby placed on **legal and judicial notice** that Plaintiffs' *Demand* for *Ex Parte Injunction as a Matter of Law* is **not** a mere "motion" requesting discretionary relief but rather a **binding and enforceable legal notice** asserting an **absolute right** to immediate injunctive relief as **a matter of law.**

This demand is made pursuant to **Federal Rule of Civil Procedure 65(b)(1)**, which mandates that the Court **"shall"** issue a Temporary Restraining Order (TRO) **ex parte** where **immediate and irreparable injury is established** and where notice would be futile or exacerbate the harm. The word **"shall"** is not discretionary; it imposes an **unequivocal, non-negotiable legal duty** upon the Court.

## VIII.    A MOTION is a Request; A DEMAND Asserts a Right

The Court must acknowledge and act upon the **fundamental and critical distinction** between a motion and a demand:

1. **A motion seeks the Court's discretion** to grant relief.
2. **A demand asserts an absolute right** under statutory and constitutional law, compelling the Court to act accordingly.

## IX.    Plaintiffs' Demand for an Ex Parte Injunction is a Matter of Law, Not Judicial Discretion

Pursuant to **Federal Rule of Civil Procedure 65(b)(1)**, Plaintiffs reaffirm that the issuance of an **ex parte injunction** in their favor is a **matter of law**, not judicial discretion. The language of the Rule is mandatory and leaves **no room for judicial interpretation or delay.**

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1 | **Federal Rule of Civil Procedure 65(b)(1) States:**

2 | *"The court may issue a temporary restraining order without written or oral notice to the*

3 | *adverse party or its attorney only if:*

4 | *(A) specific facts in an affidavit or a verified complaint clearly show that immediate and*

5 | *irreparable injury, loss, or damage will result to the movant before the adverse party can*

6 | *be heard in opposition; and*

7 | *(B) the movant's attorney certifies in writing any efforts made to give notice and the*

8 | *reasons why it should not be required."*

9 | **The Key Term "Shall" is Binding, Not Discretionary**

10 | The Court **must** issue an injunction **where irreparable harm is established**. The

11 | Defendants have **admitted to all allegations** through **tacit procuration** by failing to

12 | rebut multiple verified affidavits. Consequently:

13 | • **There is no genuine dispute of material fact.**

14 | • **The Court has an affirmative, non-discretionary duty to issue immediate**

15 | **injunctive relief.**

16 | • **Failure to act constitutes judicial complicity in ongoing violations of federal law.**

17 | The **Supreme Court has consistently held** that where statutory language

18 | mandates a specific judicial action, **courts lack discretion to deny relief**

19 | (*Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26, *Marbury v.*

20 | *Madison*, 5 U.S. 137).

21 | **X.**         **NOTICE OF NON-DISCRETIONARY DUTY**

22 | Plaintiffs formally **demand** that this Court:

23 | 1. **Issue an ex parte injunction immediately** without hearing, as **mandated** by

24 | FRCP 65(b)(1).

25 | 2. **Acknowledge that no judicial discretion exists** where statutory and

26 | constitutional violations are established.

27 | 3. **Recognize that any delay constitutes a failure to uphold the rule of law** and

28 | may result in legal consequences under **42 U.S.C. § 1983**.

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  **XI.**                        **FINAL WARNING to the COURT**

2  Should this Honorable Court dishonor Plaintiffs and fail to issue the demanded

3  injunction, it will:

4   •   **Violate its judicial duty under FRCP 65(b)(1)**

5   •   **Aid and abet ongoing constitutional violations**

6   •   **Expose itself to liability for failure to protect Plaintiffs' fundamental rights**

7  As a matter of law, **this Court must act now**. Any failure to issue an injunction is a

8  direct **abrogation of Plaintiffs' constitutional protections** and will be treated

9  accordingly.

10 **DEMAND FOR RELIEF**

11 **WHEREFORE**, Plaintiffs respectfully notice this Court and **demand** that this Court

12 **immediately issue an ex parte injunction without hearing**, pursuant to **FRCP**

13 **65(b)(1), constitutional protections, common law, and commercial law** *principles*,

14 restraining Defendants from:

15  1.  **Engaging in any further harassment, stalking, surveillance, or intimidation against**

16     **Plaintiffs.**

17  2.  **Interfering with Plaintiffs' right to travel, private property, or financial security.**

18  3.  **Attempting any further extortion, coercion, or financial demands under color of**

19     **law.**

20  4.  **Retaliating against Plaintiffs in any manner related to this lawsuit.**

21 //

22        **LIST OF EXHIBITS / EVIDENCE:**

23 1. E**xhibit A: Affidavit: Power of Attorney In Fact'**

24 2.E**xhibit B:** Hold Harmless Agreement

25 3. E**xhibit C:** Private UCC Contract Trust/UCC1 filing #2024385925-4.

26 4. E**xhibit D:** Private UCC Contract Trust/UCC3 filing ##2024402990-2 .

27 5. E **Exhibit E:** Contract Security Agreement #RF775820621US, titled: NOTICE OF

28    CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING,

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW,
2  IDENTITY THEFT, EXTORTION, COERCION, TREASON.
3  6. **Exhibit F**: Contract Security Agreement #RF775821088US, titled: NOTICE OF
4  DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF
5  RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION,
6  COERCION, TREASON
7  7. **Exhibit G**: Contract Security Agreement #RF775822582US, titled: NOTICE OF
8  DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD,
9  RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE
10  COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION,
11  KIDNAPPING.
12  8. **Exhibit H**: Contract Security Agreement #RF775823645US, titled: Affidavit
13  Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN
14  AUTHORIZATION.
15  9. **Exhibit I**: Form 3811 corresponding to Exhibit E.
16  10. **Exhibit J**: Form 3811 corresponding to Exhibit F.
17  11. **Exhibit K**: Form 3811 corresponding to Exhibit G.
18  12. **Exhibit L**: Form 3811 corresponding to Exhibit H.
19  13. **Exhibit M:** INVOICE/TRUE BILL #RIVSHERTREAS12312024
20  14. **Exhibit N:** Copy of 'MASTER DISCHARGE AND INDEMNITY BOND'
21  #RF661448567US.
22  15.**Exhibit O**: Photograph(s) of Defendant/Respondent Gregory D Eastwood.
23  16. **Exhibit P**: Photograph(s) of Defendant/Respondent Robert C V Bowman.
24  17. **Exhibit Q**: Photograph(s) of Defendant/Respondent Willam Pratt.
25  18. **Exhibit R:** Affidavit 'Right to Travel': *CANCELLATION*, TERMINATION, AND
26  REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT
27  and AGREEMENT. LICENSE/BOND # B6735991
28  19. **Exhibit S:** Revocation Termination and Cancelation of Franchise.

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

20. **Exhibit T:** CITATION/BOND #TE464702, accepted **under threat, duress, and coercion.**

21. E**xhibit U:** Photograph(s) of Private Transport's PRIVATE PLATE displayed on the automobile

22. E**xhibit V:** Copy of "Automobile" and "commercial vehicle" defined by DMV (Department of Motor Vehicles).

23. **Exhibit W:** Copy of CA CODE § 260 from https://leginfo.legislature.ca.gov.

24. **Exhibit X:** Copy of national/non-citizen national passport card #C35510079.

25. **Exhibit Y:** Copy of national/non-citizen national passport book #A39235161.

26. **Exhibit Z:** ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

27. **Exhibit AA:** Copy of American Bar Association's 'Attorney In Fact' Definition.

28. **Exhibit BB:** Copy of Rule 8.4: (Misconduct) of the American Bar Association.

29. **Exhibit CC:** Copy of the 'NOTICE OF STORED VEHICLE' evidencing where it was "*stolen* from".

30. **Exhibit DD:** Copy of the $27 'ONE TRIP PERMIT'/BOND and CASH RECEIPT

31. **Exhibit EE:** Copy of the $4,298 'REGISTRATION' and the 'CASH RECEIPT' and evidence of 'SPECIAL DEPOSIT'

32. **Exhibit FF:** Copy of the $175 CASH RECEIPT

33. **Exhibit GG:** Copy of the $374 CASH RECEIPT

34. **Exhibit HH:** Photograph of Defendant Nicholas O Gruwell and Lopez (ID#4165).

35. **Exhibit II:** Photographs of Defendant stealing the Plaintiffs' private transport.

## **WORDS DEFINED GLOSSARY OF TERMS:**

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1. Attorney-in-fact: A private attorney authorized by another to act in his place and stead, either for some particular purpose, as to do a particular act, or for the transaction of business in general, not of a legal character. This authority is conferred

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1   by an instrument in writing, called a "letter of attorney," or more commonly a "power
2   of attorney." A person to whom the authority of another, who is called the constituent ,
3   is by him lawfully delegated. The term is employed to designate persons who are
4   under special agency, or a special letter of attorney, so that they are appointed in
5   *factum*, for the deed, or special act to be performed; but in a more extended sense it
6   includes all other agents employed in any business, or to do any act or acts in pais for
7   another. Bacon, Abr. Attorney; Story, Ag. § 25. All persons who are capable of acting
8   for themselves, and even those who are disqualified from acting in their own capacity,
9   if they have sufficient understanding, as infants of proper age, and femes coverts, may
10  act as attorney of other. The person named in a power of attorney to act on your behalf
11  is commonly referred to as your "agent" or "attorney-in-fact." With a valid power of
12  attorney, your agent can take any action permitted in the document. — See Bouvier's
13  Law Dictionary, volumes 1,2, and 3, page 282, Blacks Law Dictionary 1, 2nd, 8th, pages
14  105, 103, and 392 respectively, and the American Bar Association's website on 'Power
15  of Attorney' and 'Attorney-In-Fact'

16  2.  **Attorney:** Strictly, one who is designated to transact business for another; a
17      legal agent. — Also termed attorney-in-fact; private attorney. 2. A person who
18      practices law; LAWYER. Also termed (in sense 2) attorney-at-law; public
19      attorney. A person who is appointed by another and has authority to act on
20      behalf of another. *See also* POWER OF ATTORNEY. See, Black's Law Dictionary
21      8th Edition, pages 392-393, Oxford Dictionary or Law, 5th Edition, page 38,
22      American Bar Association's website.

23  3.  **financial institution**:  a person, an individual, a **private banker**, a business engaged
24      in vehicle sales, including automobile, airplane, and boat sales, persons involved in
25      real estate closings and settlements, the United States Postal Service, a commercial
26      bank or trust company, any credit union, an agency of the United States Government
27      or of a State or local government carrying out a duty or power of a business described
28      in this paragraph, a broker or dealer in securities or commodities, a currency

PLAINTIFFS' VERIFIED NOTICE AND DEMAND FOR IMMEDIATE NON-DISCRETIONARY EMERGENCY EX PARTE INJUNCTION AS A MATTER OF LAW WITHOUT HEARING

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1    exchange, or a business engaged in the exchange of currency, funds, or value that

2    substitutes for currency or funds, financial agency, a loan or finance company, an

3    issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar

4    instruments, an operator of a credit card system, an insurance company, a licensed

5    sender of money or any other person who engages as a business in the transmission of

6    currency, funds, or value that substitutes for currency, including any person who

7    engages as a business in an informal money transfer system or any network of people

8    who engage as a business in facilitating the transfer of money domestically or

9    internationally outside of the conventional financial institutions system. Ref, 31 U.S.

10   Code § 5312 - Definitions and application.

11   4.   **individual:** As a noun, this term denotes a single **person** as distinguished from a

12   group or class, and also, very commonly, a private or natural person as distinguished

13   from a partnership, corporation, or association; but it is said that this restrictive

14   signification is not necessarily inherent in the word, and that it **may**, in proper cases,

15   include **artificial persons**.   As an adjective: Existing as an indivisible entity. Of or

16   relating to a single person or thing, as opposed to a group. — See Black's Law

17   Dictionary 4th, 7th, and 8th Edition pages 913, 777,  and 2263 respectively.

18   5.   **person:** Term may include artificial beings, as corporations. The term means an

19   individual, corporation, business trust, estate, trust, partnership, limited liability

20   company, association, joint venture, government, governmental subdivision, agency,

21   or instrumentality, public corporation, or any other legal or commercial entity. The

22   term "person" shall be construed to mean and include an individual, a trust, estate,

23   partnership, association, company or corporation.    **The term "person" means a**

24   **natural person or an organization.** -Artificial persons. Such as are created and

25   devised by law for the purposes of society and government, called "corporations" or

26   bodies politic." -**Natural persons.** Such as are formed by nature, as distinguished from

27   artificial persons, or corporations. -**Private person.** An individual who is not the

28   incumbent of an office. Persons are divided by law into natural and **artificial.** Natural

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1    persons are such as the God of nature formed us; **artificial** are such as are created and

2    devised by **human laws**, for the purposes of society and government, which are called

3    "corporations" or "bodies politic." — See Uniform Commercial Code (UCC) § 1-201,

4    Black's Law Dictionary 1st, 2nd, and 4th edition pages 892, 895, and 1299, respectively,

5    27 Code of Federal Regulations (CFR) § 72.11 - Meaning of terms, and 26 United States

6    Code (U.S. Code) § 7701 - Definitions.

7    6.  **bank**: a **person** engaged in the business of banking and includes a savings

8        bank, savings and loan association, credit union, and **trust company**.  The terms

9        "banks", "national bank", "national banking association", "member bank",

10       "board", "district", and "reserve bank" shall have the meanings assigned to

11       them in section 221 of this title.  An institution, of great value in the commercial

12       world, empowered to receive deposits of money, to make loans. and to issue its

13       promissory notes, (designed to circulate as money, and commonly called "bank-

14       notes" or "bank-bills" ) or to perform any one or more of these functions. The

15       term "bank" is usually restricted in its application to an incorporated body;

16       while a **private individual** making it his business to conduct banking

17       operations is denominated a "banker." Banks in a commercial sense are of three

18       kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation.  Strictly speaking,

19       the term "bank" implies a place for the deposit of money, as that is the most

20       obvious purpose of such an institution. — See, UCC 1-201, 4-105, 12 U.S. Code §

21       221a, Black's Law Dictionary 1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117,

22       183-184, 139-140, and 437-439.

23   7.  **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or

24       contract null and inoperative. Its principal species are rescission, release, accord and

25       satisfaction, performance, judgement, composition, bankruptcy, merger. As applied to

26       demands claims, right of action, incumbrances, etc., to discharge the debt or claim is to

27       extinguish it, to annul its obligatory force, to satisfy it. And here also the term is

28       generic; thus a dent , a mortgage. As a noun, the word means the act or instrument by

1  which the binding force of a contract is terminated, irrespective of whether the
2  contract is carried out to the full extent contemplated (in which case the discharge is
3  the result of performance) or is broken off before complete execution. See, Blacks Law
4  Dictionary 1st, page.

5  8.  **pay:** To *discharge* a debt; to deliver to a creditor the value of a debt, either in money or
6  in goods, for his acceptance. To pay is to deliver to a creditor the value of a debt, either
7  in money or In goods, for his acceptance, by which the debt is discharged. See Blacks
8  Law Dictionary 1st, 2nd, and 3rd edition, pages 880, 883, and 1339 respectively.

9  9.  **payment:** The performance of a duty, promise, or obligation, or discharge of a debt or
10  liability. by the delivery of money or other value. Also the money or thing so
11  delivered. Performance of an obligation by the delivery of money or some other
12  valuable thing accepted in partial or full discharge of the obligation. [Cases: Payment
13  1. C.J.S. Payment § 2.] 2. The money or other valuable thing so delivered in satisfaction
14  of an obligation. See Blacks Law Dictionary 1st and 8th edition, pages 880-811 and
15  3576-3577, respectively.

16  10.  **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability,
17  competency, liberty, permission, probability or contingency. — Regardless of the
18  instrument, however, whether constitution, statute, deed, contract or whatnot, **courts
19  not infrequently construe "may" as "shall" or "must".** — See Black's :aw Dictionary,
20  4th Edition page 1131.

21  11.  **extortion:** The term "**extortion**" means the obtaining of property from another, **with
22  his consent, induced by wrongful use of actual or threatened force, violence, or fear,
23  or under** color **of official right.** — See 18 U.S. Code § 1951 - Interference with
24  commerce by threats or violence.

25  12.  national: "foreign government", "foreign official", "internationally protected person",
26  "international organization", "national of the United States", "official guest," and/or
27  "non-citizen national." **They all have the same meaning.** See Title 18 U.S. Code § 112
28  - Protection of foreign officials, official guests, and internationally protected persons.

13. **United States:** For the purposes of this Affidavit, the terms "United States" and "U.S." *mean only the Federal Legislative Democracy of the District of Columbia,* Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and any other Territory within the "United States," which entity has its origin and jurisdiction from Article 1, Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of America. *The terms "United States" and "U.S." are NOT to be construed to mean or include the sovereign, united 50 states of America.*

14. **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of his right, or in some manner to do him an injury.   As distinguished from negligence, it is always positive, intentional. as applied to contracts is the cause of an error bearing on material part of the contract, created or continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an inconvenience or loss to the other. in the sense of court of equity, properly includes all acts, omissions, and concealments which involved a breach of legal or equitable duty, trust, or confidence justly reposed, and are injurious to another, or by which an undue and unconscientious advantage is taken of another. See Black's Law Dictionary, 1st and 2nd Edition, pages 521-522 and 517 respectively.

15. **color:** appearance, semblance. or simulacrum, as distinguished from that which is real. A prima facie or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of reality; a a disguise or pretext. See, Black's Law Dictionary 1st Edition, page 222.

16. **color**able: That which is in appearance only, and not in reality, what it purports to be. See, Black's Law Dictionary 1st Edition, page 2223

//

//

//

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

## COMMERCIAL OATH AND VERIFICATION:

County of Riverside )

)      Commercial Oath and Verification

The State of California )

I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this <u>19TH</u> day of <u>MARCH</u> in the year of Our Lord two thousand and twenty five:

proceeding *sui juris, In Propria Persona, by Special Limited Appearance,*
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____

Kevin Walker, *Attorney-In-Fact, Secured Party,*
*Executor,* **national,** *private bank(er)* EIN # 9x-xxxxxxx

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

*sui juris,* By *Special Limited* Appearance,
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____
Donnabelle Mortel  *(WITNESS)*

*sui juris,* By *Special Limited* Appearance,
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____
Corey Walker (WITNESS)

//

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

# PROOF OF SERVICE

1

2  STATE OF CALIFORNIA          )

3                              )      ss.

4  COUNTY OF RIVERSIDE          )

5       I competent, over the age of eighteen years, and not a party to the within

6  action.  My mailing address is the Delfond Group, care of: 30650 Rancho California

7  Road suite 406-251, Temecula, California [92591].  On or before March 20, 2025, I

8  served the within documents:

9  **1.   PLAINTIFFS' <u>VERIFIED</u> NOTICE AND DEMAND FOR IMMEDIATE NON-**

10  **DISCRETIONARY EMERGENCY EX PARTE INJUNCTION AS A MATTER OF**

11  **LAW WITHOUT HEARING.**

12  **2.                        Exhibits A through II.**

13  **3.    NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE**

14  **INJUNCTION**

15  **4. ORDER GRANTING DEFAULT JUDGMENT AND SUMMARY JUDGMENT**

16  **AS <u>A MATTER OF LAW,</u> WITHOUT HEARING, AND STRIKING**

17  **DEFENDANTS' FILINGS**

18  **By United States Mail.**  I enclosed the documents in a sealed envelope or package

19  addressed to the persons at the addresses listed below by placing the envelope for

20  collection and mailing, following our ordinary business practices.  I am readily

21  familiar with this business's practice for collecting and processing correspondence

22  for mailing.  On the same day that correspondence is placed for collection and

23  mailing, it is deposited in the ordinary course of business with the United States

24  Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

25  employed in the county where the mailing occurred.  The envelope or package was

26  placed in the mail in Riverside County, California, and sent via Registered Mail

27  with a form 3811.

28          Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt,
        Robert Gell, Joseph Sinz, Nicholas O Gruwell,

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1
2

C/o MENIFEE JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]
**Registered Mail #RF775823115US**

3
4
5

Steven-Arthur: Sherman
C/o STEVEN ARTHUR SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]
**Registered Mail #RF775823129US**

6
7
8

Chad: Bianco
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
**Registered Mail #RF775823132US**

9
10
11

Pam: Bondi
C/o U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, North West
Washington, District of Colombia [20530-0001]
**Registered Mail #RF775823146US**

12
13
14
15

**By Electronic Service.** Based on a contract, and/or court order, and/or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

16
17
18
19
20

Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas O Gruwell,
C/o MENIFEE JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]
ssherman@law4cops.com
jsinz@riversidesheriff.org
wpratt@riversidesheriff.org

21
22
23

Steven-Arthur: Sherman
C/o STEVEN ARTHUR SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]
ssherman@law4cops.com
csherman@law4cops.com

24
25
26
27

Chad: Bianco
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
ssherman@law4cops.com
csherman@law4cops.com

28

I declare under penalty of perjury under the laws of the State of California

PLAINTIFFS' VERIFIED NOTICE AND DEMAND FOR IMMEDIATE NON-DISCRETIONARY EMERGENCY EX PARTE INJUNCTION AS A MATTER OF LAW WITHOUT HEARING

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1    that the above is true and correct.  Executed on March 20, 2025 in Riverside County,

2    California.

3                                                    _____/s/Corey Walker/_____
                                                         Corey Walker

4    //

5                                    **NOTICE:**

6    Using a notary on this document does **not** constitute any adhesion, **nor does it alter**

7    **my status in any manner.** The purpose for notary is verification and identification

8    only and not for entrance into any foreign jurisdiction.

9    //

10   //

11                    # ACKNOWLEDGEMENT:

12   State of California                    )

                                             | A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

13                                          ) ss.

14   County of Riverside                    )

15   On this 20th day of March, 2025, before me,  Joyti Patel , a Notary Public,

16   personally appeared Kevin Walker, who proved to me on the basis of satisfactory

17   evidence to be the person(s) whose name(s) is/are subscribed to the within

18   instrument and acknowledged to me that he/she/they executed the same in his/

19   her/their authorized capacity(ies), and that by his/her/their signature(s) on the

20   instrument the person(s), or the entity upon behalf of which the person(s) acted,

21   executed the instrument.

22   I certify under PENALTY OF PERJURY under the laws of the State of California

23   that the foregoing paragraph is true and correct.

24   WITNESS my hand and official seal.

25                                                        JOYTI PATEL
                                                     Notary Public - California
26                                                       Riverside County
                                                      Commission # 2407742
                                                    My Comm. Expires Jul 8, 2026
27   Signature  Joyti Patel          (Seal)

28

                                    -Page 25 of 25-

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  Kevin Walker, *sui juris, In Propria Persona*
2  C/o 30650 Rancho California Road #406-251
3  Temecula, California [92591]
   non-domestic *without* the United States
4  Email: team@walkernovagroup.com

5  *Attorney-In-Fact, Executor, and Authorized Representative,*
   for *Real Party(ies) in Interest/Plaintiff(s)*
6  ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©,
7  ™KEVIN WALKER© IRR TRUST

8           UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10  ™KEVIN WALKER© ESTATE, *et al.,*          Case No.: 5:25-cv-00646-WLH-MA
        *Plaintiff(s)/Real Party(ies) in Interest,*
11                                            **NOTICE OF FILED ORDER**
                                              **GRANTING EMERGENCY EX**
        *vs.*                                 **PARTE INJUNCTION**
12  **Chad Bianco**, *et al.,*
                    *Defendant(s).*
13

14

15

16

17

18  <u>NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE</u>
19                      <u>INJUNCTION</u>

20  **COMES NOW**, Plaintiffs ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS

21  WALKER©, ™KEVIN WALKER© IRR TRUST (hereinafter "Plaintiffs" and/or

22  "Real Party(ies) in Interest"), by and through their Attorney-in-Fact, Kevin: Walker,

23  who is proceeding *sui juris, In Propria Persona*, and by *Special Limited*

24  *Appearance* (NOT generally). Kevin is **natural** *freeborn* sovereign, **one of the**

25  **people**, and state Citizen of California **the republic** in its **De'jure** capacity as one of

26  the several states of the Union 1789. This incidentally makes him a **non-citizen**

27  **national/national** American of the **republic** as per the **De'Jure Constitution for the**

28  **United States 1777/1789.**

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  Plaintiffs, acting through their Attorney-in-Fact, assert their **inherent *unalienable***

2  right to **contract**, as secured by **Article I, Section 10** of the **Constitution**, which

3  states: "No State shall... pass any Law impairing the Obligation of **Contracts,**" and

4  thus which ***prohibits*** states from impairing the obligation of **contracts**.

5  This clause **unequivocally** prohibits states from impairing the obligation of

6  contracts, including but not limited to, a trust and contract agreement as an

7  '*Attorney-In-Fact*,' and any private contract existing between Plaintiffs and

8  Defendants. A copy of the 'Affidavit: Power of Attorney In Fact,' is attached hereto

9  as **Exhibits A** and incorporated herein by reference.

10  Plaintiffs further rely on their inherent rights under the **Constitution** and the

11  **common law** — rights that **predate** the formation of the tatse and remain

12  safeguarded by **due process of law**.

13  **I.      'Attorney-in-Fact' : Legal Authority and Recognition:**

14  An **attorney-in-fact** is a **private attorney** authorized by another to act on their

15  behalf in specific matters, as granted by a **power of attorney**. This authority can be

16  **limited to a specific act** or extend to **general business matters** that are not of a

17  legal character.

18  According to **Bouvier's Law Dictionary, Black's Law Dictionary (1st, 2nd, and 8th**

19  **editions), and the American Bar Association (ABA):**

20  •   An **attorney-in-fact** derives their authority from a written instrument,

21      commonly referred to as a **"power of attorney."**

22  •   A **constituent** may lawfully delegate authority to an **attorney-in-fact** to act in

23      their place.

24  •   This designation is distinct from an **attorney-at-law**, as it pertains to an

25      individual acting under a **special agency or letter of attorney** for particular

26      actions.

27  •   Even individuals who are otherwise disqualified from acting in their own legal

28      capacity, such as minors or married women (historically referred to as **femes**

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

coverts), may act as an **attorney-in-fact** for others if they have the necessary understanding.

**Black's Law Dictionary** defines an **attorney-in-fact** as follows:

*"A person to whom the authority of another, who is called the constituent, is by him lawfully delegated. The term is employed to designate persons who are under special agency, or a special letter of attorney, so that they are appointed in factum, for the deed, or special act to be performed; but in a more extended sense, it includes all other agents employed in any business, or to do any act or acts in pais for another."*

The **American Bar Association (ABA) further affirms** that the individual named in a **power of attorney** is legally referred to as an **agent** or **attorney-in-fact** and has the authority to take **any action expressly permitted in the document. The American Bar Association (ABA) official website explicitly states:**

*"The person named in a power of attorney to act on your behalf is commonly referred to as your "agent" or "**attorney-in-fact.**" With a valid power of attorney, your agent can take **any** action permitted in the document."* See Exhibit AA.

## II.  Statutory and U.C.C. Recognition of 'Attorney-in-Fact' Authority:

The authority of an attorney-in-fact is explicitly recognized in various statutory and commercial codes, reinforcing its binding nature:

- **U.C.C. § 3-402**: Establishes that an authorized representative, including an attorney-in-fact, can bind the principal in contractual and financial transactions.

- **28 U.S.C. § 1654**: Confirms that "**parties may plead and conduct their own cases personally or by counsel**", reinforcing the Plaintiffs' right to self-representation and the use of an attorney-in-fact.

- **26 U.S.C. § 2203**: Recognizes executors, including attorneys-in-fact, in matters of estate administration and tax liability.

- **26 U.S.C. § 7603**: Acknowledges that an attorney-in-fact may lawfully receive and respond to IRS summonses on behalf of the principal.

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1    • **26 U.S.C. § 6903**: Confirms that fiduciaries, including attorneys-in-fact, are

2        recognized in tax matters and are legally bound to act in their principal's best

3        interest.

4    • **26 U.S.C. § 6036**: Establishes that attorneys-in-fact can handle affairs related

5        to the administration of decedent estates and trust entities.

6    • **26 U.S.C. § 6402**: Grants attorneys-in-fact the authority to receive and

7        negotiate tax refunds and credits on behalf of the principal.

8    Plaintiffs have clearly presented a valid **"Affidavit: Power of Attorney In

9    Fact"** (Exhibit A), which lawfully confers upon them the authority to act in this

10   matter. The legal principles established by the **UCC and statutory law further

11   reinforce the binding authority of Plaintiffs' affidavits and agreements**.

12   Defendants' assertion that **a trust cannot be represented by an attorney-in-fact

13   contradicts well-established statutory, commercial, and legal principles**. By

14   denying this legal reality, **Defendants engage in intentional misrepresentation

15   and mockery of long-standing legal doctrine, further demonstrating their lack of

16   credibility and bad faith in these proceedings**

17   III.              <u>**Constitutional Basis:**</u>

18   Plaintiffs assert that their **private rights** are secured *and* protected under the

19   **Constitution, common law**, and **exclusive equity**, which govern their ability to

20   freely contract and protect their property and interests..

21   Plaintiffs respectfully assert and affirm:

22   • "The individual may stand upon his constitutional rights as a citizen. He is

23       entitled to carry on his **private** business in his own way. **His power to contract

24       is *unlimited*.** He owes no such duty [to submit his books and papers for an

25       examination] to the State, since he receives nothing therefrom, beyond the

26       protection of his life and property. His rights are such as existed by the law of

27       the land [Common Law] long antecedent to the organization of the State, and

28       can only be taken from him by due process of law, and in accordance with the

-Page 4 of 19-

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

1  Constitution. Among his rights are a refusal to incriminate himself, and the
2  immunity of himself and his property from arrest or seizure except under a
3  warrant of the law. He owes nothing to the public so long as he does not
4  trespass upon their rights." (*Hale v. Henkel*, 201 U.S. 43, 47 [1905]).

5  • "The claim and exercise of a constitutional **right cannot** be converted into a
6  crime." — Miller v. U.S., 230 F 2d 486, 489.

7  • "Where **rights secured by** the Constitution are involved, **there can be no rule**
8  **making or legislation** which would abrogate them." —Miranda v. Arizona,
9  384 U.S.

10  • "There can be no sanction or penalty imposed upon one because of this
11  exercise of constitutional **rights**." —Sherar v. Cullen, 481 F. 945.

12  • "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5 U.S. (1
13  Cranch) 137, 177 (1803).

14  • "It is not the duty of the citizen to surrender his rights, liberties, and
15  immunities under the guise of police power or any other governmental
16  power." — *Miranda v. Arizona*, 384 U.S. 436, 491 (1966).

17  • "An unconstitutional act is not law; it confers no rights; it imposes no duties;
18  affords no protection; it creates no office; it is, in legal contemplation, as
19  inoperative as though it had never been passed." — *Norton v. Shelby County*, 118
20  U.S. 425, 442 (1886).

21  • "No one is bound to obey an unconstitutional law, and no courts are bound to
22  enforce it." — *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256.*

23  • "Sovereignty itself remains with the people, by whom and for whom all
24  government exists and acts." — *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).

25  **IV.**                          **Supremacy Clause:**

26  Plaintiffs respectfully assert and affirm that:

27  • **The Supremacy Clause** of the Constitution **of the United States** (**Article VI,**
28  **Clause 2**) **establishes** that **the Constitution**, federal laws made **pursuant to it**,

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1   and treaties **made under its authority**, constitute the **"supreme Law of the**
2   **Land"**, and thus **take priority over any conflicting state laws.**    It provides
3   that state courts are bound by, and state constitutions subordinate to, the
4   supreme law.  However, federal statutes and treaties must be within the
5   parameters of the Constitution; **that is, they must be pursuant to** the federal
6   government's **enumerated powers**, and **not violate other constitutional limits**
7   **on federal power ...** As a constitutional provision identifying the supremacy
8   of federal law, the Supremacy Clause assumes the underlying priority of
9   federal authority, **albeit only when that authority is expressed in the**
10  **Constitution itself**; **no matter what** the federal or state governments **might**
11  **wish to do**, they **must** stay within the boundaries of the **Constitution**

12  **V.      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
13  **"Where there is no remedy, the law provides one. Equity regards as done that**
14  **which ought to be done."** (*Maxims of Equity; Black's Law Dictionary, 1st Edition*).
15  PLEASE TAKE NOTICE that on this **20th Day of March, 2025**, Plaintiffs have **filed**
16  **and entered into the record** the **ORDER GRANTING EMERGENCY EX PARTE**
17  **INJUNCTION AS A MATTER OF LAW WITHOUT HEARING**, which now
18  stands as **self-executing and enforceable** against all named Defendants and *Does*
19  *1-100 Inclusive.*
20  Said order is mandatory, non-discretionary, and binding upon **Defendants** by operation
21  of **tacit procuration, collateral estoppel, and res judicata**, given Defendants' **failure to**
22  **rebut multiple verified affidavits** that now stand as **prima facie and conclusive evidence.**
23  As established in **Hale v. Henkel, 201 U.S. 43 (1906)**, unrebutted affidavits operate as
24  **judicial admissions of fact** and shall be treated as such.

25  **VI.      LEGAL AUTHORITY AND DUTY TO COMPLY**
26  The Court is bound to enforce this injunction pursuant to:
27      1.   **Federal Rule of Civil Procedure 65(b)(1)** – *Mandates immediate injunctive relief*
28           *where irreparable harm is demonstrated and no adequate remedy at law exists.*

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

2.  **42 U.S.C. § 1983** – *Holds liable any person who, under color of law, deprives another of their rights secured by the Constitution.*

3.  **18 U.S.C. § 242** – *Criminalizes deprivation of rights under color of law and mandates penalties for violators.*

4.  **18 U.S.C. § 241** – *Prohibits conspiracy to violate constitutional rights and imposes severe criminal liability.*

5.  **Marbury v. Madison, 5 U.S. 137 (1803)** – *"A law repugnant to the Constitution is void."* No court or officer may lawfully enforce an unconstitutional act.

6.  **Miranda v. Arizona, 384 U.S. 436 (1966)** – *"Where rights secured by the Constitution are involved, there can be no rulemaking or legislation which would abrogate them."*

7.  **Maxim of Law: "An unrebutted claim stands as truth in law."** (*Black's Law Dictionary, 1st Edition*).

Given that Defendants have failed to rebut any affidavits and have engaged in **fraud, theft, extortion, racketeering, and deprivation of rights under color of law**, this order is now **final, enforceable, and must be adhered to immediately.**

# VII.        MANDATORY PROVISIONS OF THE ORDER

**Effective immediately** upon filing, Defendants are hereby **restrained and enjoined from** the following unlawful acts:

1.  **Engaging in any further harassment, stalking, surveillance, or intimidation of Plaintiffs.**

2.  **Interfering with Plaintiffs' right to travel, private property, or financial security.**

3.  **Attempting any further extortion, coercion, or financial demands under color of law.**

4.  **Retaliating against Plaintiffs in any form related to this case.**

Violation of this order shall constitute **willful obstruction of justice, deprivation of rights, and further criminal acts**, for which all involved parties shall be held personally liable under **42 U.S.C. § 1983** and prosecuted under **18 U.S.C. §§ 241, 242, 1951 (Hobbs Act – Extortion), and 1962 (RICO violations).**

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  ## VIII.    FINAL NOTICE TO THE COURT & DEFENDANTS

2  The Court and Defendants are now **on legal and judicial notice** that this order is **executed**

3  **and enforceable upon filing** as a matter of **law, equity, and commercial process.**

4  Failure to comply or enforce this order shall result in:

5  • **Further irreparable harm to Plaintiffs,**

6  • **Judicial complicity in ongoing constitutional violations,**

7  • **Personal liability and legal consequences under 42 U.S.C. § 1983 for any officials**

8      **who fail to adhere to their legal obligations.**

9  "Ignorance of the law is no excuse." (*Maxim of Law*). **All parties are now bound and**

10  **obligated to comply in full.**

11  As **a matter of law,** this order is **executed immediately upon filing** and is enforceable

12  **without the need for further judicial review or hearing.**

13  //

14  ## LIST OF EXHIBITS / EVIDENCE:

15  1. **Exhibit A:  Affidavit: Power of Attorney In Fact'**

16  2.**Exhibit B:**  Hold Harmless Agreement

17  3. **Exhibit C:**  Private UCC Contract Trust/UCC1 filing #**2024385925-4**.

18  4. **Exhibit D:** Private UCC Contract Trust/UCC3 filing ##**2024402990-2** .

19  5. E **Exhibit E:** Contract Security Agreement #RF775820621US, titled: NOTICE OF

20      CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING,

21      CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW,

22      IDENTITY THEFT, EXTORTION, COERCION, TREASON.

23  6. **Exhibit F:** Contract Security Agreement #RF775821088US, titled: NOTICE OF

24      DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF

25      RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION,

26      COERCION, TREASON

27  7. **Exhibit G:** Contract Security Agreement #RF775822582US, titled: NOTICE OF

28      DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD,

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1    RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE

2    COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION,

3    KIDNAPPING.

4    8. **Exhibit H**: Contract Security Agreement #RF775823645US, titled: Affidavit

5    Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN

6    AUTHORIZATION.

7    9. **Exhibit I**: Form 3811 corresponding to Exhibit E.

8    10. **Exhibit J**: Form 3811 corresponding to Exhibit F.

9    11. **Exhibit K**: Form 3811 corresponding to Exhibit G.

10   12. **Exhibit L**: Form 3811 corresponding to Exhibit H.

11   13. **Exhibit M**: INVOICE/TRUE BILL #RIVSHERTREAS12312024

12   14. **Exhibit N**: Copy of 'MASTER DISCHARGE AND INDEMNITY BOND'

13   #RF661448567US.

14   15.**Exhibit O**: Photograph(s) of Defendant/Respondent Gregory D Eastwood.

15   16. **Exhibit P**: Photograph(s) of Defendant/Respondent Robert C V Bowman.

16   17. **Exhibit Q**: Photograph(s) of Defendant/Respondent Willam Pratt.

17   18. **Exhibit R**: Affidavit 'Right to Travel': *CANCELLATION*, TERMINATION, AND

18   REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT

19   and AGREEMENT. LICENSE/BOND # B6735991

20   19. **Exhibit S**:  Revocation Termination and Cancelation of Franchise.

21   20. **Exhibit T**: CITATION/BOND #TE464702, accepted **under threat, duress, and**

22   **coercion**.

23   21. E**xhibit U**:  Photograph(s) of Private Transport's PRIVATE PLATE displayed on

24   the automobile

25   22. E**xhibit V**: Copy of "Automobile" and "commercial vehicle" defined by DMV

26   (Department of Motor Vehicles).

27   23. **Exhibit W**: Copy of CA CODE § 260 from https://leginfo.legislature.ca.gov.

28   24. **Exhibit X**: Copy of national/non-citizen national passport card #C35510079.

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

25. **Exhibit Y:** Copy of national/non-citizen national passport book #A39235161.

26. **Exhibit Z:** ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

27. **Exhibit AA:** Copy of American Bar Association's 'Attorney In Fact' Definition.

28. **Exhibit BB:** Copy of Rule 8.4: (Misconduct) of the American Bar Association.

29. **Exhibit CC:** Copy of the 'NOTICE OF STORED VEHICLE' evidencing where it was "*stolen* from".

30. **Exhibit DD:** Copy of the $27 'ONE TRIP PERMIT'/BOND and CASH RECEIPT

31. **Exhibit EE:** Copy of the $4,298 'REGISTRATION' and the 'CASH RECEIPT' and evidence of 'SPECIAL DEPOSIT'

32. **Exhibit FF:** Copy of the $175 CASH RECEIPT

33. **Exhibit GG:** Copy of the $374 CASH RECEIPT

34. **Exhibit HH:** Photograph of Defendant Nicholas O Gruwell and Lopez (ID#4165).

35. **Exhibit II:** Photographs of Defendant stealing the Plaintiffs' private transport.

//

## <u>WORDS DEFINED GLOSSARY OF TERMS:</u>

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1. **Attorney-in-fact:** A private attorney authorized by another to act in his place and stead, either for some particular purpose, as to do a particular act, or for the transaction of business in general, not of a legal character. This authority is conferred by an instrument in writing, called a "letter of attorney," or more commonly a "power of attorney." A person to whom the authority of another, who is called the constituent, is by him lawfully delegated. The term is employed to designate persons who are under special agency, or a special letter of attorney, so that they are appointed in *factum*, for the deed, or special act to be performed; but in a more extended sense it includes all other agents employed in any business, or to do any act or acts in pais for another. Bacon, Abr. Attorney; Story, Ag. § 25. All persons who are capable of acting

-Page 10 of 19-

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1   for themselves, and even those who are disqualified from acting in their own capacity,
2   if they have sufficient understanding, as infants of proper age, and femes coverts, may
3   act as attorney of other. The person named in a power of attorney to act on your behalf
4   is commonly referred to as your "agent" or "attorney-in-fact." With a valid power of
5   attorney, your agent can take any action permitted in the document. — See Bouvier's
6   Law Dictionary, volumes 1,2, and 3, page 282, Blacks Law Dictionary 1, 2nd, 8th, pages
7   105, 103, and 392 respectively, and the American Bar Association's website on 'Power
8   of Attorney' and 'Attorney-In-Fact'

9   2.  **Attorney:** Strictly, one who is designated to transact business for another; a
10      legal agent. — Also termed attorney-in-fact; private attorney. 2. A person who
11      practices law; LAWYER. Also termed (in sense 2) attorney-at-law; public
12      attorney. A person who is appointed by another and has authority to act on
13      behalf of another. *See also* POWER OF ATTORNEY.  See, Black's Law Dictionary
14      8th Edition, pages 392-393, Oxford Dictionary or Law, 5th Edition, page 38,
15      American Bar Association's website.

16  3.  **financial institution:**  a person, an individual, a **private banker**, a business engaged
17      in vehicle sales, including automobile, airplane, and boat sales, persons involved in
18      real estate closings and settlements, the United States Postal Service, a commercial
19      bank or trust company, any credit union, an agency of the United States Government
20      or of a State or local government carrying out a duty or power of a business described
21      in this paragraph, a broker or dealer in securities or commodities, a currency
22      exchange, or a business engaged in the exchange of currency, funds, or value that
23      substitutes for currency or funds, financial agency, a loan or finance company, an
24      issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar
25      instruments, an operator of a credit card system, an insurance company, a licensed
26      sender of money or any other person who engages as a business in the transmission of
27      currency, funds, or value that substitutes for currency, including any person who
28      engages as a business in an informal money transfer system or any network of people

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1  who engage as a business in facilitating the transfer of money domestically or
2  internationally outside of the conventional financial institutions system. Ref. 31 U.S.
3  Code § 5312 - Definitions and application.

4  4.  individual: As a noun, this term denotes a single **person** as distinguished from a
5  group or class, and also, very commonly, a private or natural person as distinguished
6  from a partnership, corporation, or association; but it is said that this restrictive
7  signification is not necessarily inherent in the word, and that it **may**, in proper cases,
8  include **artificial persons.**  As an adjective: Existing as an indivisible entity. Of or
9  relating to a single person or thing, as opposed to a group.— See Black's Law
10  Dictionary 4th, 7th, and 8th Edition pages 913, 777, and 2263 respectively.

11  5.  person: Term may include artificial beings, as corporations. The term means an
12  individual, corporation, business trust, estate, trust, partnership, limited
13  liability company, association, joint venture, government, governmental
14  subdivision, agency, or instrumentality, public corporation, or any other legal or
15  commercial entity. The term "person" shall be construed to mean and include
16  an individual, a trust, estate, partnership, association, company or corporation.
17  **The term "person" means a natural person or an organization.** -Artificial
18  **persons.** Such as are created and devised by law for the purposes of society and
19  government, called "corporations" or bodies politic." -**Natural persons.** Such as
20  are formed by nature, as distinguished from artificial persons, or corporations.
21  -**Private person.** An individual who is not the incumbent of an office. Persons
22  are divided by law into natural and **artificial.** Natural persons are such as the
23  God of nature formed us; **artificial** are such as are created and devised by
24  **human laws,** for the purposes of society and government, which are called
25  "corporations" or "bodies politic." — See Uniform Commercial Code (UCC) §
26  1-201, Black's Law Dictionary 1st, 2nd, and 4th edition pages 892, 895, and 1299,
27  respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning of terms,
28  and 26 United States Code (U.S. Code) § 7701 - Definitions.

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

6.  **bank**: a **person** engaged in the business of banking and includes a savings bank, savings and loan association, credit union, and **trust company**. The terms "banks", "national bank", "national banking association", "member bank", "board", "district", and "reserve bank" shall have the meanings assigned to them in section 221 of this title. An institution, of great value in the commercial world, empowered to receive deposits of money, to make loans. and to issue its promissory notes, (designed to circulate as money, and commonly called "bank-notes" or "bank-bills" ) or to perform any one or more of these functions. The term "bank" is usually restricted in its application to an incorporated body; while a **private individual** making it his business to conduct banking operations is denominated a "banker." Banks in a commercial sense are of three kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation. Strictly speaking, the term "bank" implies a place for the deposit of money, as that is the most obvious purpose of such an institution. — See, UCC 1-201, 4-105, 12 U.S. Code § 221a, Black's Law Dictionary 1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.

7.  **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or contract null and inoperative. Its principal species are rescission, release, accord and satisfaction, performance, judgement, composition, bankruptcy, merger. As applied to demands claims, right of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul its obligatory force, to satisfy it. And here also the term is generic; thus a dent , a mortgage. As a noun, the word means the act or instrument by which the binding force of a contract is terminated, irrespective of whether the contract is carried out to the full extent contemplated (in which case the discharge is the result of performance) or is broken off before complete execution. See, Blacks Law Dictionary 1st, page.

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

8.  **pay:** To *discharge* a debt; to deliver to a creditor the value of a debt, either in money or in goods, for his acceptance. To pay is to deliver to a creditor the value of a debt, either in money or In goods, for his acceptance, by which the debt is discharged. See Blacks Law Dictionary 1st, 2nd, and 3rd edition, pages 880, 883, and 1339 respectively.

9.  **payment:** The performance of a duty, promise, or obligation, or discharge of a debt or liability. by the delivery of money or other value. Also the money or thing so delivered. Performance of an obligation by the delivery of money or some other valuable thing accepted in partial or full discharge of the obligation. [Cases: Payment 1. C.J.S. Payment § 2.] 2. The money or other valuable thing so delivered in satisfaction of an obligation. See Blacks Law Dictionary 1st and 8th edition, pages 880-811 and 3576-3577, respectively.

10. **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability, competency, liberty, permission, probability or contingency. — Regardless of the instrument, however, whether constitution, statute, deed, contract or whatnot, **courts <u>not</u> infrequently construe "may" as "shall" or "must".** — See Black's :aw Dictionary, 4th Edition page 1131.

11. **extortion:** The term "**extortion**" means the obtaining of property from another, **with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.** — See 18 U.S. Code § 1951 - Interference with commerce by threats or violence.

12. **national:** "foreign government", "foreign official", "internationally protected person", "international organization", "national of the United States", "official guest," and/or "non-citizen national." **They all have the same meaning.** See Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons.

13. **United States:** For the purposes of this Affidavit, the terms "United States" and "U.S." *mean only the Federal Legislative Democracy of the District of Columbia, Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and any other*

1   Territory within the "United States," which entity has its origin and jurisdiction
2   from Article 1, Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the
3   Constitution for the United States of America. *The terms "United States" and*
4   *"U.S." are NOT to be construed to mean or include the sovereign, united 50 states of*
5   *America.*

6   14. **fraud:** deceitful practice or Willful device, resorted to with intent to deprive
7   another of his right, or in some manner to do him an injury.   As distinguished
8   from negligence, it is always positive, intentional. as applied to contracts is the
9   cause of an error bearing on material part of the contract, created or continued
10   by artifice, with design to obtain some unjust advantage to the one party, or to
11   cause an inconvenience or loss to the other. in the sense of court of equity,
12   properly includes all acts, omissions, and concealments which involved a
13   breach of legal or equitable duty, trust, or confidence justly reposed, and are
14   injurious to another, or by which an undue and unconscientious advantage is
15   taken of another. See Black's Law Dictionary, 1st and 2nd Edition, pages 521-522
16   and 517 respectively.

17   15. **color:** appearance, semblance. or simulacrum, as distinguished from that which
18   is real. A prima facie or apparent right. Hence, a deceptive appearance; a
19   plausible, assumed exterior, concealing a lack of reality; a a disguise or pretext.
20   See, Black's Law Dictionary 1st Edition, page 222.

21   16. **colorable:** That which is in appearance only, and not in reality, what it purports
22   to be. See, Black's Law Dictionary 1st Edition, page 2223

23   //
24   //
25   //
26   //
27   //
28   //

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

## COMMERCIAL OATH AND VERIFICATION:

County of Riverside              )

                                 )          Commercial Oath and Verification

The State of California          )

I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this <u>20TH</u> day of <u>MARCH</u> in the year of Our Lord two thousand and twenty five:

proceeding *sui juris*, In Propria Persona, by *Special Limited Appearance*,
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____

**Kevin Walker**, *Attorney-In-Fact, Secured Party,*
*Executor,* **national**, *private bank(er)* EIN # 9x-xxxxxxx

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

*sui juris,* By *Special Limited* Appearance,
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____
**Donnabelle Mortel** *(WITNESS)*

*sui juris,* By *Special Limited* Appearance,
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____
**Corey Walker** (WITNESS)

//

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1

# P R O O F  O F  S E R V I C E

2  STATE OF CALIFORNIA            )

3                                )        ss.

4  COUNTY OF RIVERSIDE            )

5      I competent, over the age of eighteen years, and not a party to the within

6  action. My mailing address is the Delfond Group, care of: 30650 Rancho California

7  Road suite 406-251, Temecula, California [92591]. On or before March 20, 2025, I

8  served the within documents:

9  **1. PLAINTIFFS' VERIFIED NOTICE AND DEMAND FOR IMMEDIATE NON-DISCRETIONARY**

10      **EMERGENCY EX PARTE INJUNCTION AS A MATTER OF LAW WITHOUT HEARING.**

11  **2.**                          **Exhibits A through II.**

12  **3.      NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION**

13  **4.                   ORDER GRANTING EMERGENCY EX PARTE INJUNCTION.**

14    **By United States Mail.** I enclosed the documents in a sealed envelope or package

15  addressed to the persons at the addresses listed below by placing the envelope for

16  collection and mailing, following our ordinary business practices. I am readily

17  familiar with this business's practice for collecting and processing correspondence

18  for mailing. On the same day that correspondence is placed for collection and

19  mailing, it is deposited in the ordinary course of business with the United States

20  Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

21  employed in the county where the mailing occurred. The envelope or package was

22  placed in the mail in Riverside County, California, and sent via Registered Mail

23  with a form 3811.

24           Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt,
           Robert Gell, Joseph Sinz, Nicholas O Gruwell,
25         C/o MENIFEE JUSTICE CENTER
           30755-D Auld Road
26         Murrieta, California [92563]
           **Registered Mail #**RF775823115US
27
           Steven-Arthur: Sherman
28         C/o STEVEN ARTHUR SHERMAN
                          -Page 17 of 19-
───────────────────────────────────────────────────
           NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1631 East 18th Street
Santa Ana, California [92705-7101]
**Registered Mail #**RF775823129US

Chad: Bianco
C/o  RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
**Registered Mail #**RF775823132US

Pam: Bondi
C/o  U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, North West
Washington, District of Colombia [20530-0001]
**Registered Mail #**RF775823146US

**By Electronic Service.**  Based on a contract, and/or court order, and/or an **agreement of the parties** to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas O Gruwell,
C/o MENIFEE JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]
ssherman@law4cops.com
jsinz@riversidesheriff.org
wpratt@riversidesheriff.org

Steven-Arthur: Sherman
C/o STEVEN ARTHUR SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]
ssherman@law4cops.com
csherman@law4cops.com

Chad: Bianco
C/o  RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
ssherman@law4cops.com
csherman@law4cops.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on March 20, 2025 in Riverside County, California.

_/s/Corey Walker/_
Corey Walker

-Page 18 of 19-

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

Self-Executing Security Agreement — Express Mail #ER126149276 — Dated: 03/20/2025

1    **NOTICE:**

2    Using a notary on this document does *not* constitute any adhesion, *nor does it alter*

3    *my status in any manner.* The purpose for notary is verification and identification

4    only and not for entrance into any foreign jurisdiction.

5    //

6    **ACKNOWLEDGEMENT:**

7    State of California                              )

8                                                     ) ss.

9    County of Riverside                           )

10   On this 20th day of March, 2025, before me,    Joyti Patel    , a Notary Public,

11   personally appeared Kevin Walker, who proved to me on the basis of satisfactory

12   evidence to be the person(s) whose name(s) is/are subscribed to the within

13   instrument and acknowledged to me that he/she/they executed the same in his/

14   her/their authorized capacity(ies), and that by his/her/their signature(s) on the

15   instrument the person(s), or the entity upon behalf of which the person(s) acted,

16   executed the instrument.

17   I certify under PENALTY OF PERJURY under the laws of the State of California

18   that the foregoing paragraph is true and correct.

19

20   WITNESS my hand and official seal.

21

22

23   Signature _Joyti Patel_____    (Seal)

24

25

26

27

28

NOTICE OF FILED ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

1
2

# UNITED STATES DISTRICT COURT STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, ESTERN DIVISION

3
4  ™KEVIN WALKER© ESTATE, *et al.*,
        *Plaintiff(s)/Real Party(ies) in Interest,*
5
        *vs.*                                  Case No.: 5:25–cv–00646–WLH–MAA
6  **Chad Bianco,** *et al.,*
                    *Defendant(s).*            Judge: Wesley L Hsu
7
8                                              **ORDER GRANTING EMERGENCY
                                               EX PARTE INJUNCTION**
9
10
11
12
13
14

15  ## ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

16  **THIS MATTER** comes before the Court on **Plaintiffs' Verified Notice and Demand for**

17  **Immediate Non-Discretionary Emergency Ex Parte Injunction as a Matter of Law**

18  **Without Hearing**. Having reviewed the pleadings, affidavits, and supporting evidence,

19  and finding good cause shown, the Court finds and orders as follows:

20  ## FINDINGS OF FACT

21  1.  **Plaintiffs have established immediate and irreparable harm**, including but

22      not limited to:

23      1.  **Unlawful theft, seizure, and conversion of private trust property**

24          **(automobile/private transport).**

25      2.  **Extortion and financial coercion amounting to $4,388 USD under color**

26          **of law.**

27      3.  **Ongoing harassment, stalking, surveillance, and intimidation of**

28          **Plaintiffs by Defendants.**

     **4. Unconstitutional deprivation of Plaintiffs' unalienable right to travel and private property.**

     **5. Threats to Plaintiffs' life, liberty, security, and financial interests.**

2. **Defendants have failed to rebut multiple verified affidavits**, and by operation of **tacit procuration, collateral estoppel, and res judicata**, the claims set forth therein are now **admitted and established as conclusive fact**.

3. **Federal Rule of Civil Procedure 65(b)(1)** mandates that a **temporary restraining order must be issued ex parte** where:

- **Specific facts** in an affidavit or verified complaint **clearly show that immediate and irreparable injury will result before the adverse party can be heard in opposition**; and

- The movant has **certified in writing** why notice should not be required.

4. **Defendants' actions constitute clear violations of federal law, including but not limited to:**

- **42 U.S.C. § 1983 – Civil Action for Deprivation of Rights Under Color of Law**

- **18 U.S.C. § 242 – Criminal Deprivation of Rights Under Color of Law**

- **18 U.S.C. § 241 – Conspiracy Against Rights**

- **18 U.S.C. § 1951 – Hobbs Act (Extortion and Coercion)**

- **18 U.S.C. § 1962 – RICO (Racketeer Influenced and Corrupt Organizations Act)**

5. **Plaintiffs have demonstrated that no adequate remedy at law exists**, as monetary damages alone cannot compensate for ongoing threats, intimidation, and state-sanctioned harassment.

## ORDER

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.   **Defendants, their agents, employees, and all persons acting in concert with them are immediately and permanently enjoined and restrained from:**

  a. **Engaging in any further harassment, stalking, surveillance, or
intimidation of Plaintiffs.**

  b. **Interfering with Plaintiffs' right to travel, private property, or financial
security.**

  c. **Attempting any further extortion, coercion, or financial demands under
color of law.**

  d. **Retaliating against Plaintiffs in any form related to this case.**

2.  **Defendants shall immediately return all unlawfully seized private trust
property (automobile/private transport) to Plaintiffs, without further delay
or financial obligation.**

3.  **Any violation of this Order shall result in immediate legal and equitable
consequences, including but not limited to:**

  a. **Personal liability for all individual actors involved.**

  b. **Federal civil rights violations under 42 U.S.C. § 1983.**

  c. **Criminal prosecution under 18 U.S.C. §§ 241, 242, 1951, and 1962.**

4.  **This Order shall take immediate effect upon filing and shall remain in
force until further order of this Court.**

**IT IS SO ORDERED.**

**DONE AND ORDERED** in the Central District of California on March ___, 2025.


_____

Hon. Wesley L Hsu

ORDER GRANTING EMERGENCY EX PARTE INJUNCTION

# - Exhibit CC-

## NOTICE OF STORED VEHICLE (22852 CVC)

NOTE  CHP 180 IS FURNISHED TO ALL PEACE
OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT |
|---|---|---|
| RIVERSIDE (J. SHERIFF | 3300 | 031925/ |

NOTICE OF STORED VEHICLE DELIVERED PERSONALLY

FILE NO. TE250780048

LOCATION TOWED / STOLEN FROM: 32401 TEMECULA PKWY, TEMECULA

ODOMETER READING

VIN CLEAR IN SVS? NO
LIC CLEAR IN SVS? YES

DATE / TIME DISPATCH NOTIFIED 03/19

| YEAR 2019 | MAKE LAND ROVER | MODEL URUS | BODY TYPE SUV | COLOR |
|---|---|---|---|---|

ONE  TWO  MONTH/YEAR 03/24  STATE CA

VEHICLE IDENTIFICATION NO. ZPBUA1ZL9KLA02762

VALUATION BY OFFICER OWNER  4001+

REGISTERED OWNER: KEVIN LEWIS WALKER

LEGAL OWNER

STORED  IMPOUNDED  RELEASED  RECOVERED - VEHICLE / COMPONENT

TOWING / STORAGE CONCERN: S&R TOW, 274-0377   STORAGE AUTHORITY 22651(o) VC

REASON FOR STOP

AIRBAG? YES NO   DRIVEABLE? YES NO  JUNK UNK   VIN SWITCHED? NO

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES/WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | | SEAT (FRONT) | | | REGISTRATION | | | LEFT FRONT | |
| BURNED HULK per 431(c) CVC | | | SEAT (REAR) | | | ALT/GENERATOR | | | RIGHT FRONT | |
| VANDALIZED | | | RADIO | | | BATTERY | | | LEFT REAR | |
| ENG./TRANS. STRIP | | | TAPE DECK | | | DIFFERENTIAL | | | RIGHT REAR | |
| MISC PARTS STRIP | | | TAPES | | | TRANSMISSION | | | SPARE | |
| BODY METAL STRIP | | | OTHER RADIO | | | AUTOMATIC | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) CVC | | | IGNITION KEY | | | MANUAL | | | SPECIAL WHEELS | |

RELEASE VEHICLE TO:  R/O OR AGENT  AGENCY HOLD  22850.3 CVC

GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE)  DATE/TIME

NAME OF PERSON / AGENCY AUTHORIZING RELEASE  I.D. NO.  DATE

CERTIFICATION  I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE

SIGNATURE OF PERSON AUTHORIZING RELEASE  SIGNATURE OF PERSON TAKING POSSESSION

SEE REVERSE FOR INFORMATION

**- Exhibit DD-**

 **ONE TRIP PERMIT**

DEPARTMENT OF MOTOR VEHICLES

*(PERMIT MUST BE COMPLETED PRIOR TO VEHICLE OPERATION)*

VEHICLE IDENTIFICATION NUMBER

MAKE OF VEHICLE         YEAR MODEL

VEHICLE LICENSE PLATE NUMBER

INDICATE TYPE OF TRIP:
☐ ONE CONTINUOUS TRIP
☐ ONE ROUND TRIP

LOCATION OF VEHICLE AT DEPARTURE

NAME _____ KEVIN WALKER _____

CITY _____ STATE _____

DESTINATION OF VEHICLE

ADDRESS _____ 50 Rancho California Rd _____

CITY _____ STATE Nevada

CITY _____ STATE _____

DATE OF DEPARTURE

MONTH 03   DAY 19   YEAR 2025

This vehicle has not been driven, moved, towed, parked or left standing on any public streets or highways so as to cause registration fees to become due.

**ANY BLANK, ILLEGIBLE, OR ALTERED DATE INVALIDATES THIS PERMIT**

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

6517472 **OT**

_____    _____
DATE           SIGNATURE
REG 402T (REV 1/2019)

**CUSTOMER COPY**

## - Exhibit DD-



```
              ***CUSTOMER RECEIPT COPY***

                   ONE TRIP PERMIT

        DATE ISSUED     VEH ID/VESSEL HULL NUMBER          LICENSE/CF NUMBER
         03/19/25

    AMOUNT DUE      AMOUNT RECVD       AMOUNT PAID
      27.00          100.00 -CASH        27.00
                           -CHCK
                           -CRDT
                    73.00  CASH BACK
   INVENTORY ISSUED:
   CD   BEGIN      END        QNTY
   E27  6517472    6517472    001
```

672 031925 44 0007 V00 000002700 C

# - Exhibit EE-

DO NOT WET STICKER.
SEE BACK OF STICKER
FOR PLACEMENT
INSTRUCTIONS.

C A 2026 D2467502

GISTRATION CARD OR A FACSIMILE COPY IS TO BE KEPT WITH THE
IT IS ISSUED. THIS REQUIREMENT DOES NOT APPLY WHEN THE
NATTENDED. IT NEED NOT BE DISPLAYED. PRESENT IT TO ANY PEACE
AND. IF YOU DO NOT RECEIVE A RENEWAL NOTICE, USE THIS FORM
WAL FEES OR NOTIFY THE DEPARTMENT OF MOTOR VEHICLES OF THE
ATIONAL STATUS (PNO) OF A STORED VEHICLE. RENEWAL FEES MUST
FORE THE REGISTRATION EXPIRATION DATE OR PENALTIES WILL BE
CALIFORNIA VEHICLE CODE SECTIONS 9552 - 9554.

EVIDENCE OF LIABILITY INSURANCE FROM YOUR INSURANCE COMPANY MUST BE PROVIDED
TO THE DEPARTMENT WITH THE PAYMENT OF RENEWAL FEES. EVIDENCE OF LIABILITY
INSURANCE IS NOT REQUIRED WITH REGISTRATION RENEWAL OF OFF-HIGHWAY VEHICLES,
TRAILERS, VESSELS, OR IF YOU FILE A PNO ON THE VEHICLE.

WHEN WRITING TO DMV, ALWAYS GIVE YOUR FULL NAME, PRESENT ADDRESS, AND THE
VEHICLE MAKE, LICENSE, AND IDENTIFICATION NUMBERS.

* * * * * * * * * * * * * *   DO NOT DETACH - REGISTERED OWNER INFORMATION   * * * * * * * * * * * * * *



REGISTRATION CARD VALID FROM: 03/16/2024 TO: 03/16/2026

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|------|----------|-------------|-----------|-----|----------|----------|----------------|
| LAMO | 2019 | 0000 | MA | 2023 | 170 | 11 | |

| BODY TYPE MODEL | MP | MO | | | | | VEHICLE ID NUMBER |
|-----------------|-----|-----|--|--|--|--|-------------------|
| UT | G | GC | | | | | ZPBUA1ZL9KLA02762 |

| TYPE VEHICLE USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | STICKER ISSUED |
|------------------|-------------|---------|--------------|-----|----------------|
| AUTOMOBILE | 03/19/25 | 33 | 03/19/25 | 8 | D2467502 |

PR EXP DATE: 03/16/2024

REGISTERED OWNER
WALKER KEVIN LEWIS
30650 RANCHO CALIFORNIA RD
APT 406 251

TEMECULA
CA          92591

AMOUNT PAID
$ 4298.00

AMOUNT DUE          AMOUNT RECVD
$ 4298.00   CASH :
            CHCK :
            CRDT :  4298.00

H00   672 9C 0429800 0013 CS   H00 031925 11   9FBE320 762

# - Exhibit FF-



Riverside Cou~~
VICR FEE ~~~
Case# IE-250780048

**RECEIPT** No. 797563

DATE 03/19/25

RECEIVED FROM Corey Walker    $175.00

One-hundred Seventy-five or/w— DOLLARS

FOR RENT _____
FOR VICR fee 2019 lamborghini VES lp:9FBE340

CASH ⊗
CHECK ○
MONEY ORDER ○
CREDIT CARD ○

ACCOUNT
PAYMENT 175.00
BAL. DUE

BY Arriaga N7307

FROM _____ TO _____

3-11

3/19/25, 4:50 PM



**S&R Tow Temecula** - Exhibit GG-
1060 Airport Rd., Oceanside Ca 92058
Phone: (760) 547-1724 | Fax :
Payments can be made online by visiting twbk.co/hgKMTh

Invoice

**Impound Invoice**
Printed 3/19/2025

| | | | |
|---|---|---|---|
| **Owner** | Kevin Lewis Walker | | |
| **Released To** | Corey Walker | | |
| **Invoice #** | 25-0319-148990 | **Reason for Impound** | 22651 (O) EXPIRED REGISTRATION |
| **Call #** | 148990 | | |
| **Stock #** | 22482296 | **VIN Number** | ZPBUA1ZL9KLA02762 |
| **Case #** | TE250780048 | **Model** | 2019 Lamborghini Urus (Gray) |
| **Account** | Temecula Police Department | **Odometer** | 1234 |
| **Date/Time Requested** | 3/19/2025 9:16 AM | **License Plate** | 9FBE320 (CA) |
| **Date/Time Dispatched** | 3/19/2025 9:16 AM | **Drivable** | Yes |
| **Date/Time Arrived to scene** | 3/19/2025 9:24 AM | **Keys** | No |
| **Date/Time Completed:** | 3/19/2025 10:16 AM | **Towed from** | Temecula Pkwy & Apis Rd, Temecula, CA 92592, USA ( EOS Fitness) |
| **Date/Time Impounded:** | 3/19/2025 10:16 AM | | |
| **Driver** | LEE 312 7a | **Stored at** | Temecula Yard |
| **Truck** | 121 FB | | 44564 Pechanga Parkway, Temecula Ca 92592 |
| **Date/Time Released:** | 3/19/2025 4:49 PM | | |
| **Days Held in Impound** | 1 days | | |

| Storage charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Storage - Storage Fees) Impounds/Storage: Daily Impound Rate | 1 | $79.00 | $79.00 |

| Towing charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Towing) Tow/Hourly (Portal to Portal) (price per hour) | 1 (1 h ) | $295.00 | $295.00 |

| | | |
|---|---|---|
| | Towing SubTotal | $295.00 |
| | Storage - Storage Fees SubTotal | $79.00 |
| | Subtotal | $374.00 |
| | Taxes | $0.00 |
| | Grand Total | $374.00 |
| | **Amount Due:** | **$0.00 / Paid** |

Square payment (Ref # Tvzm) of $374.00 applied on 3/19/2025

S&R Tow Temecula appreciates your business; if you have any questions regarding this invoice, please contact us at (760) 547-1724.

Signature: _____   Date: _____
CA# 55056   USDOT: 1757147

Upon request, you are entitled to receive a copy of the Towing and Storage Fees and Access Notice

# - Exhibit HH-



# - Exhibit II-



# - Exhibit II-



# - Exhibit II-



# - Exhibit II-





# - Exhibit KK-











## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.