Fraudulent Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 10, 2025

1    **From/Plaintiff:** Kevin Walker
     *Attorney-In-Fact, Executor, Authorized Representative for*
2    ™KEVIN WALKER© ESTATE, ™KEVIN WALKER© IRR TRUST
     ™KEVIN LEWIS WALKER© (ENS LEGIS)
3    c/o  30650 Rancho California Road Suite #406-251
     Temecula, California [92591]
4    non-domestic *without* the United States
     Email: team@walkernovagroup.com
5
     **To/Defendant(s)/Respondent(s):** Agent(s), Clerks(s), Fiduciary(es)
6    C/o CLERK OF COURT / SOUTHWEST JUSTICE CENTER
     30755-D Auld Road
7    Murrieta, California [92563]
     Registered Mail # RF775824858US

*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

*** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT ***

FILED
CLERK, U.S. DISTRICT COURT

APR 1 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8                                              **FEDERAL CASE NO.: 5:25-CV-00646-WLH**

9    # AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, and JUDGEMENT, and LIEN AUTHORIZATION.

10   ™KEVIN WALKER© ESTATE,          **CASE NO.: SWM2303376**
     ™KEVIN LEWIS WALKER©,
11   ™KEVIN WALKER© IRR TRUST,       1.  AFFIDAVIT CERTIFICATE OF DISHONOR, NON-RESPONSE, AND DEFAULT
12              Claimant(s)/*Plaintiff(s),*    2.  FRAUD
                                       3.  INVOLUNTARY SERVITUDE
13                                     4.  THEFT, EMBEZZLEMENT, AND FRAUDULENT MISAPPLICATION OF FUNDS AND ASSETS
         *vs.*                         5.  FRAUD, FORGERY, AND UNAUTHORIZED USE OF IDENTITY
14   Michael Hestrin, Miranda Thomson,   6.  MONOPOLIZATION OF TRADE AND COMMERCE, AND UNFAIR BUSINESS PRACTICES
     Chad Bianco, **THE PEOPLE OF THE**
15   **STATE OF CALIFORNIA,**          7.  DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
     **SOUTHWEST JUSTICE CENTER,**
16   **RIVERSIDE COUNTY DISTRICT**    8.  RECEIVING EXTORTION PROCEEDS
     **ATTORNEY, RIVERSIDE COUNTY,**   9.  FALSE PRETENSES AND FRAUD
17   **RIVERSIDE COUNTY SHERIFF,** *Does*   10. EXTORTION
     *1-100 Inclusive,*               11. RACKETEERING
18              *Respondent(s)/Defendant(s)*   12. BANK FRAUD
                                       13. FRAUDULENT TRANSPORTATION AND TRANSFER OF STOLEN GOODS AND SECURITIES
19                                     14. UNAUTHORIZED USED OF TRADEMARK AND COPYRIGHT
20                                     15. UNLAWFUL INTERFERENCE, INTIMIDATION, EXTORTION, AND EMOTIONAL DISTRESS
21                                     16. LAWFUL TENDER AND REQUEST AND DEMAND FOR SETOFF, SETTLEMENT, AND CLOSURE
22                                     17. REQUEST AND DEMAND FOR DISMISSAL
23                                     18. CONSIDERED AND STIPULATED ONE HUNDRED MILLION DOLLAR ($100,000,000.00) JUDGEMENT AND LIEN
24

25   ## AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT,

26   ## JUDGEMENT, and LIEN AUTHORIZATION.

27       KKNOW ALL MEN BY THESE PRESENTS, that on this day, before me, a

28   Notary Public, personally appeared **Corey: Walker**, a living man, appearing by

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

1  **Special Limited Appearance** in his **private and fiduciary capacity** as Executor and

2  Authorized Representative of the Trust, not as a surety or subject person, but as one

3  acting under authority granted by private contract and trust law.

4  Kevin Walker is a natural, freeborn man, a state Citizen of California and of the

5  original republic in its **de jure** capacity as one of the several states of the Union

6  established under the Constitution for the united States of America (1789). As such,

7  he is a **national American**, also known as a **non-citizen national**, as defined under

8  the laws of the **republic** and affirmed by applicable **constitutional and commercial**

9  **principles.**

10     Kevin Walker, herein referred to as '**Affiant**,' is over 18 years of age,

11  competent to testify and has **first hand knowledge** of the **facts** herein. Affiant

12  declared (or certified, verified, affirmed, or stated) under penalty of perjury under

13  the laws of the **United States of America** that the following is true and correct, to

14  the best of Affiants's understanding and belief, and in good faith:

15  1. As of **April 10, 2025**, Affiant has **not** received a valid, point for point, written

16     response to the document(s) mailed to the person(s) named below. The

17     document(s) mailed and the mail and delivery date(s) was are:

18     (1) Document: <u>**AFFIDAVIT AND CONTRACT SECURITY AGREEMENT:**</u>

19        NOTICE OF CONDITIONAL ACCEPTANCE, CLAIM, and FRAUD,

20        RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE

21        COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

22  <u>**To/Defendant(s)/Respondent(s):**</u> Chad Bianco      <u>**To/cc:**</u> Merrick Garland
      C/o SOUTHWEST JUSTICE CENTER                   C/o OFFICE OF THE ATTORNEY GENERAL
23    30755-D Auld Road                              950 Pennsylvania Avenue Nw
      Murrieta, California [92563]                   Washington, District of Colombia, [20530]
24    Registered Mail # RF775821397US - ssherman@law4cops.com    Registered Mail # RF775821692US

25  <u>**To/cc:**</u> Rob Bonta
      C/o OFFICE OF THE ATTORNEY GENERAL
26    1300 "I" Street
      Sacramento, California [95814-2919]
      Registered Mail # RF775821410US

27

28

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION.

**To/cc:** Daniel Werfel
C/o Internal Revenue Service
1111 Constitution Avenue, NW
Washington, District of Columbia [20224]
Registered Mail # RF775821701US

**To/Defendant(s)/Respondent(s):** Michael Hestrin, Fiduciary(ies),
C/o Office of the District Attorney
3960 Orange Street
Riverside California [92501]
Registered Mail # RF775821406US.

**To/cc:** Janet Yelle, Fiduciary(ies)
C/o Department of the Treasury
1500 Pennsylvania Avenue, North West
Washington, District of Columbia [20220]
Registered Mail # RF775821627US

**To/Cc:** Issa, Darrel
C/o U.S. HOUSE OF REPRESENTATIVES
Washington, District of Colombia [20515]
Registered Mail # RF775821777US.

## (2) Document: **AFFIDAVIT and Plain Statement of Facts:** NOTICE OF DEFAULT, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR SETOFF, DISCHARGE, SETTLEMENT, CLOSURE, AND DISMISSAL.

**To/Defendant(s)/Respondent(s):** Agent(s), Clerks(s),
Fiduciary(es)
C/o CLERK OF COURT / SOUTHWEST JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]
Registered Mail # RF775824420US

**To/cc:** Pam Bondi
C/o OFFICE OF THE ATTORNEY GENERAL
950 Pennsylvania Avenue Nw
Washington, District of Colombia, [20530]
Registered Mail # RF775824420US

Wesley Hsu
C/o HONORABLE WESLEY HSU
350 West 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California [90012]
**Registered Mail #RF775824416US**

Pam Bondi
C/o U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue
Washington, District of Colombia [20530-0001]
**Registered Mail #RF775824433US**

Kash Patel
C/o FBI Headquarters
935 Pennsylvania Avenue, North West
Washington, District of Colombia [20535-0001]
**Registered Mail #RF775824447US**

Michael Hestrin and Miranda Thomson
C/o OFFICE OF THE DISTRICT ATTORNEY
3960 Orange Street
Riverside, California [92501]
**Registered Mail #RF775824138U**

Rob Bonta
C/o OFFICE OF THE ATTORNEY GENERAL
1300 "I" Street
Sacramento, California [95814-2919]
**Registered Mail #RF775824155US**

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

Fraudulent Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 10, 2025

1    (3) **Document: <u>AFFIDAVIT and Plain Statement of Facts:</u>** NOTICE OF

2    DEFAULT AND OPPORTUNITY TO CURE, **and** NOTICE OF FRAUD,

3    RACKETEERING, CONSPIRACY, HARASSMENT, DEPRIVATION OF

4    RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION,

5    COERCION, **AND REQUEST AND DEMAND FOR** SETOFF, DISCHARGE,

6    SETTLEMENT, CLOSURE, AND DISMISSAL.

7
     <u>To/Defendant(s)/Respondent(s):</u> Agent(s), Clerks(s), Fiduciary(es)
8    C/o CLERK OF COURT / SOUTHWEST JUSTICE CENTER
     30755-D Auld Road
9    Murrieta, California [92563]
     Registered Mail #RF775824858US

10
     Wesley Hsu                                          Pam Bondi
11   C/o HONORABLE WESLEY HSU                            C/o U.S. DEPARTMENT OF JUSTICE
     350 West 1st Street, Courtroom 9B, 9th Floor        950 Pennsylvania Avenue
12   Los Angeles, California [90012]                     Washington, District of Columbia [20530-0001]
     **Registered Mail #RF775824861US**                 **Registered Mail #RF775824875US**
13

14   Kash Patel                                          Michael Hestrin and Miranda Thomson
     C/o FBI Headquarters                                C/o OFFICE OF THE DISTRICT ATTORNEY
15   935 Pennsylvania Avenue, North West                 3960 Orange Street
     Washington, District of Colombia [20535-0001]       Riverside, California [92501]
16   **Registered Mail #RF775824889US**                  **Registered Mail #RF775824892US**

17
     Steve Bessent
18   C/o Department of the Treasury
     1500 Pennsylvania Avenue, North West
19   Washington, District of Colombia [20220]
     **Registered Mail #RF77582901US**

20

21   2. As of **April 10, 2025**, Affiant is **not** in possession of a response from

22      respondent(s) addressing each point on the affidavits sent, **sworn under the**

23      **penalty of perjury, as required** by contract law, principles, and legal maxims.

24   3. You/Respondent(s)/Defendant(s), individually and collectively, admit to the

25      statements and claims by **TACIT PROCURATION**, fully agreeing that they are

26      deemed guilty of fraud, racketeering, identity theft, treason, breach of trust and

27      fiduciary duties, extortion, coercion, deprivation of rights under the color of law,

28      conspiracy to deprive of rights under the color of law, monopolization of trade

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

1  and commerce, forced peonage, obstruction of enforcement, extortion of a
2  national/internationally protected person, false imprisonment, torture, creating
3  trusts in restraint of trade, dereliction of fiduciary duties, bank fraud, breach of
4  trust, treason, tax evasion, bad faith actions, dishonor, injury, and damage to
5  Affiant and/or Complainant(s)/Plaintiff(s).

6  4. You/Respondent(s)/Defendant(s), **individually and collectively, admit** to all
7  statements, allegations, injury, damage, and claims by **TACIT PROCURATION**,
8  **all issues** are **deemed settled RES JUDICATA, STARE DECISIS** and by
9  **COLLATERAL ESTOPPEL.**

10  5. Furthermore, You/Respondent(s) individually and collectively fully agree that
11  this **Affidavit and all previously submitted Affidavits** constitute **prima facie**
12  **evidence** of these violations and serve as proof of claim. As established in **United**
13  **States v. Kis, 658 F.2d 526 (7th Cir. 1981):**

14      "Appellee had the burden of first proving its prima facie case and could do
15      so by affidavit or other evidence."

16  6. Accordingly, Respondents' failure to rebut constitutes **conclusive admission**
17  **and agreement** to all claims asserted herein

18  7. You/Defendant(s)/Respondent(s) individually and collectively, fully agree that
19  INVOICE and/or TRUE BILL #RIVCOUNTYDIS25 accurately represents their
20  indebtedness of to Affiant, and/or Complainant(s)/Plaintiff(s).

21  8. You/Respondent(s)/Defendant(s) individually and collectively, fully agree that
22  You or who you/they represent is/are the DEBTOR(S) in this matter.

23  9. You/Defendant(s)/Respondent(s) individually and collectively, fully agree that
24  You and/or who you represent DO NOT have any standing.

25  ## Unrebutted Facts and Presumptions Established

26  10. **You, as the Defendant(s) and/or Respondent(s), individually and collectively,**
27  **are deemed to have accepted and agreed to the following established facts, all**
28  **of which remain unrebutted and stand as truth in commerce, law, and equity:**

1. I, Kevin/Affiant, *proceeding sui juris*, **reserve my natural common law right not** to be **compelled** to **perform** under **any contract that I did not enter into** *knowingly, voluntarily,* **and** *intentionally, and with complete and full disclosure,* **and** *without* **misrepresentation, duress, or coercion**. And furthermore, I do **not** accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement. As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

2. I, Kevin/Affiant, *proceedin sui juris,* by *Special Limited Appearance,* hereby declare and affirm that, consistent with the **eternal tradition of natural common law, unless I have harmed or violated someone or their property, I have committed no crime**; and I am therefore **not** subject to any penalty. I act in accordance with the following U.S. Supreme Court case:  "The individual may stand upon his **constitutional rights** as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is unlimited.** He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or**

**seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

3. I, Kevin/Affiant, *proceeding sui juris*, by **Special Limited Appearance,** herby **declare, state, verify, and affirm** for the record that the 'commercial' and 'for hire' Driver's License/Contract/Bond # B6735991 has been **canceled, revoked, terminated, and liquidated**, as evidenced by instructions and notice accepted by Steven Gordon, with the California Department of Motor Vehicles," as **evidenced** by AFFIDAVIT RIGHT TO TRAVEL *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT LICENSE/ BOND #B6735991 (#RF661447751US), attached hereto as **Exhibit D** and incorporated herein by reference.

4. I, Kevin/Affiant, *proceeding sui juris,*hereby declare and affirm that, no valid contract exists compelling my performance.

5. I, Kevin/Affiant, *proceeding sui juris*, **state for the record,** that it is a long-standing legal principle that jurisdiction must be proven on the record and cannot be assumed.

6. I, Kevin/Affiant, *proceeding sui juris*, hereby declare and affirm that, I do no consent to these proceedings.

7. I, Kevin/Affiant, *proceeding sui juris,* hereby declare and affirm that, I have NOT injured any man or woman nor have I damaged any property.

# Revocation of 'Power of Attorney':

8. **Furthermore**, I, Kevin/Affiant, *proceeding sui juris*, by **Special Limited Appearance,** hereby revoke, rescind, and make *void ab initio*, all powers of attorney, in fact or otherwise, implied in law or otherwise, signed either by me or anyone else, as it pertains to the Social Security Number assigned to, WALKER, KEVIN LEWIS, as it pertains to any BIRTH CERTIFICATE/BANK

NOTE, BOND, TRUST, DEPOSIT ACCOUNT, SECURITY, SECURITY ACCOUNT, INVESTMENT, marriage or business licenses, or any other licenses or certificates issued by any and all government or quasi-governmental entities, due to the use of various elements of fraud by said agencies to attempt to deprive me of my Sovereignty and/or property.

9. I, Kevin/Affiant, *proceeding sui juris*, by **Special Limited Appearance**, hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or gratuity associated with any of the aforementioned licenses, numbers, or certificates. I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in law or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute legal owner and possess *allodial* title to any and all such property.

10. I, Kevin/Affiant, *proceeding sui juris*, by **Special Limited Appearance**, also revoke, cancel, and make **void *ab initio*** all powers of attorney, in fact, in **presumption, or otherwise**, signed either by me or **anyone** else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, governmental entities or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

# Claim of Entire ESTATE:

11. I, Kevin/Affiant, *proceeding sui juris*, by **Special Limited Appearance**, having attained the age of majority and reason under divine law competent first-hand witness to the truth and facts recited herein, hereby makes a claim against the corpus, all property whether real or personal, **tangible or intangible**, **all deposit accounts** blocked by reason of presumption of death

1    of Claimant, cash, credit lines, Credit default swap, all federal funds,

2    collateralized debt obligation, options, derivates, and futures received by the

3    said court in the said county, state and federal for the administration of the

4    named estate, and all estates in agency, including but not limited to KEVIN

5    LEWIS WALKER, or by whatsoever name the said ESTATE shall be called or

6    *charged*.

7    12. THIS IS ACTUAL AND CONSTRUCTIVE NOTICE BY SPECIAL DEPOSIT

8        FOR THE BENEFIT OF THE SECURED PARTY/GRANTEE BENEFICIARY/

9        CLAIMANT IN THIS TRUST ACTION FOR THE CLAIMANT'S CLAIM:

10       Notice of absolute claim of all investment, commodity and trust deposit

11       account contract with attached collateral and proceeds to secure collateral,

12       along with claim of TRADENAME/TRADEMARK, COPYRIGHT/PATENT

13       of the Name KEVIN LEWIS WALKER, my mind, body, soul of infants, spirit,

14       and Live Borne Record, and reject and **rebuke <u>all</u> assumptions and**

15       **presumptions** of being Property of any Cestui Que Vie Trust/ESTATE as

16       mentioned under CANON 2055-2056, and assignment of all debt obligations

17       to the Office of Secretary of the Treasury. Discharge all tax matters in

18       accordance with but *not limited to*, U.C.C. 1-103, 2-202, 2-204, 2-206, 3-104,

19       3-311, 3-601, 3-603, 9-104, 9-105, 9-150, 9-509, and House Joint Resolution 192

20       of June 5 1933, public law 73-10, and 31 U.S.C. §§ 3123, 5118, and 18 U.S.C. 8.

21    13. You/Defendant(s)/Respondent(s), are **undisputedly** the <u>**DEBTORS**</u> in this matter.

22    14. You/Defendant(s)/Respondent(s) are **undisputedly <u>NOT</u>** the CREDITOR(S),

23        or an ASSIGNEE(S) of the CREDITOR(S), in this matter.

24    15. You/Defendant(s)/Respondent(s) do <u>**NOT**</u> have power of attorney in any way.

25    16. You/Defendant(s)/Respondent(s) do <u>**NOT**</u> have <u>**any**</u> standing

26    17. The actions of You/Respondents/Defendants undermine the

27        fundamental **principles** of fairness and justice enshrined in the

28        Constitution, denying Plaintiffs and/or Affiant the opportunity to be

1    heard and to defend against the allegations. These due process

2    violations not only infringe upon constitutional protections but also

3    **erode public trust in the judicial system**

4    18. You/Respondent(s)/Defendant(s)' actions violate various U.S. Code sections

5    including but not limited to the following:

6    19. **42 U.S.C. § 1983** – which provides a civil remedy for individuals deprived of

7    constitutional rights under the color of law. The lack of notice and due

8    process constitutes a clear deprivation of rights under both the Fifth and

9    Fourteenth Amendments.

10    20. **18 U.S.C. § 241** – which criminalizes conspiracies to deprive individuals of

11    their constitutional rights. Any coordinated effort or negligence leading to

12    this denial of due process is punishable under this statute.

13    21. **18 U.S.C. § 242** – which prohibits willful deprivation of constitutional rights

14    under the color of law. By advancing legal proceedings without proper

15    notice, Defendants have knowingly violated this protection.

16    22. **Affiant hereby declares, states, and alleges that this Affidavit Notice**

17    **and Self-Executing Contract and Security Agreement is** *prima facie*

18    **evidence of** f**raud, racketeering,** indentity theft, **treason,** breach of trust

19    and fiduciary duties, extortion, coercion, deprivation of rights under

20    the color of law, conspiracy to deprive of rights under the color of law,

21    monopolization of trade and commerce, forced peonage, obstruction of

22    enforcement, extortion of a national/internationally protected person,

23    false imprisonment, torture, creating trusts in restraint of trade

24    dereliction of fiduciary duties, bank fraud, breach of trust, treason, tax

25    evasion, bad faith actions, dishonor, injury and damage to Affiant **and**

26    **proof of claim. See** *United States v. Kis,* **658 F.2d, 526 (7th Cir. 1981).,**

27    **"Appellee had the burden of first proving its prima facie case and**

28    **could do so by affidavit or other evidence."**

Fraudulent Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 10, 2025

# UNLAWFUL ARREST, IMPRISONMENT, AND TORTURE

23. On **December 31, 2024**, at approximately 9:32am I, Kevin: Walker, *sui juris*, was **traveling** <u>privately</u> in a <u>private</u> conveyance/automobile, displaying a 'PRIVATE' plate, indicating I was 'not for hire' or operating commercially, and the private automobile was not displaying a STATE plate of any sort . This clearly established that the <u>private</u> automobile was **'*not* for hire'** or '**commercial' use** and, therefore explicitly classifying the automobile as <u>private property</u>, and **NOT** *within* any statutory and/or commercial jurisdiction.

24. On **December 31, 2024**, I, Kevin: Walker, *sui juris*, was **not** in violation of any law, nor was I speeding, infringing, or trespassing upon the rights of any man or woman. I was peacefully minding my own business and traveling to obtain groceries for my family.

25. I, Kevin: Walker, *sui juris*, simply wish to be left alone in peace and **not** be harassed, stalked, robbed, deprived under color of law, coerced into commercial contracts, extorted, and forced into peonage and/or involuntary servitude.

# THERE IS NO 'CORPUS DELICTI'

26. **I, Kevin: Walker, *sui juris*, state for the record**, there is no corpus delicti — no injured party, no damaged property, and no sworn affidavit of harm from any living man or woman. Therefore, this matter is *without* merit, lacks standing, and constitutes an improper attempt to impose authority without lawful jurisdiction. Any further action absent evidence of a valid cause of action is a **violation of due process** and a **deprivation of rights under color of law.**

27. As a direct result of egregious due process violations and the initiation of a fraudulent CASE/trust action #SWM2303376 by You/Defendant(s)/ Respondent(s), against Affiant and Claimant(s), Affiant was subjected to an unlawful arrest, physical restraint in the form of handcuffs, and acts

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

constituting **torture.** These actions inflicted severe mental trauma, undue stress, and significant mental anguish upon Affiant, all in b**latant violation of constitutional protections and fundamental principles of justice**.

28. The <u>private</u> automobile and ***trust property*** was **not** in *any* way displaying STATE or government registration or stickers, and was displaying a PRIVATE plate.

29. Upon being unlawfully stopped and arrested by Gregory D Eastwood, Robert C V Bowman, William Pratt, and George Reyes, Affiant, informed **all Defendants** who willfully **conspired** on the scene in violation of **18 U.S.C. §§ 241 and 242**, that Affiant was a American national of the republic, non-citizen national/national/internationally protected person, <u>privately</u> **traveling** in a <u>private</u> automobile/conveyance, as articulated by Affiant and as also clearly evidenced by the '**PRIVATE**' plate on the <u>private</u> automobile.

30. The <u>private</u> automobile is duly reflected on Private UCC Contract Trust/ UCC1 filing **#2024385925-4** (Exhibit B).

31. **Under threat, duress, and coercion, and at gunpoint**, Gregory D Eastwood and Robert C V Bowman were *presented* with American *national/non-citizen national* PASSPORT CARD #C35510079 and PASSPORT BOOK #A39235161 (Exhibits E and F).

32. You/Defendant/Respondents, acted against the Constitution, even when reminded of their duties to support and uphold the Constitution.

## FRUIT OF THE POISONOUS TREE DOCTRINE

33. I, Kevin/Affiant, *proceeding sui juris*, by *Special Limited Appearance*, further asserts and establishes <u>on the record</u> that the undisputedly unlawful and unconstitutional stop, arrest, and subsequent actions of the Defendants/ Respondents are in violation of the Fourth Amendment to the Constitution of the united States of America and constitute an unlawful arrest and seizure. The "**fruit of the poisonous tree**" doctrine, as articulated by the <u>**U.S.**</u>

Fraudulent Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 10, 2025

1  **Supreme Court**, establishes that **_any_** evidence obtained as a result of an

2  unlawful stop or detainment is tainted and inadmissible in **_any_** subsequent

3  proceedings. The unlawful actions of Gregory D. Eastwood,  Robert C. V.

4  Bowman, George Reyes, William Pratt, and Robert Gell including *but not*

5  *limited to* the issuance of fraudulent citations/contracts under threat, duress,

6  and coercion, render all actions and evidence derived therefrom *void ab*

7  *initio*. See *Wong Sun v. United States*, 371 U.S. 471 (1963).

8  34. I, Kevin/Affiant, *proceeding sui juris*, hereby **declare, assert, and affirm that**

9  **all** actions, evidence, and instruments obtained in connection with the

10  unlawful stop and arrest are inadmissible and void as *fruits of the*

11  *poisonous tree*. This includes, but is not limited to, Trust action/CASE/

12  CONTRACT #SWM2303376 and/or Trust action/CASE/CONTRACT

13  #B038555 **(Exhibit J)** and/or Trust action/CASE/CONTRACT

14  #MISW2501134, which was executed under duress, threat, and coercion,

15  while Affiant was unlawfully deprived of liberty and imprisoned against his

16  will, without Affiant's consent.

17  **35. Again, for the record, I, Kevin/Affiant, *proceeding sui juris*, by *Special***

18  ***Limited Appearance*, I simply wish to be left alone in peace and not be**

19  **harassed, stalked, robbed, deprived under color of law, coerced into**

20  **commercial contracts, extorted, and/or forced into peonage and/or**

21  **involuntary servitude.  I have NOT injured any man or woman nor have I**

22  **damaged any property. FAILURE TO PROVIDE PROOF AND EVIDENCE**

23  36. Absent a verified and sworn proof of claim as expressly demanded

24  herein, You — Respondent(s)/Defendant(s) — are deemed to have

25  **unequivocally agreed by tacit acquiescence** that any further attempt to

26  prosecute, proceed, or interfere in these matters shall constitute **fraud,**

27  **deprivation of rights under color of law, judicial fraud, malicious**

28  **prosecution, conspiracy, racketeering (RICO),** and multiple violations

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

1    of **federal law**, including but not limited to **18 U.S.C. §§ 241, 242, and**

2    **1962**.

3    37. Furthermore, Respondent(s)/Defendant(s) **agree and accept** that these

4    matters must be immediately dismissed and terminated **with prejudice**,

5    and that any continued action, omission, or obstruction shall constitute

6    **willful and knowing misconduct under color of law**, exposing all

7    involved to **personal liability**, commercial lien enforcement, and lawful

8    remedy in equity. Affiant and/or Plaintiff(s) accept no liability for any

9    damages arising from your failure to act in honor or law

## DEMAND FOR SETOFF, SETTLEMENT, CLOSURE, DISCHARGE,
## AND RELEASE OF CREDITS, PROCEEDS, AND ORDER

12    38. THIS IS ACTUAL AND CONSTRUCTIVE NOTICE BY SPECIAL DEPOSIT

13    FOR THE BENEFIT OF THE SECURED PARTY/GRANTEE BENEFICIARY/

14    CLAIMANT IN THIS TRUST ACTION FOR THE CLAIMANT'S CLAIM:

15    Notice of absolute claim of all investment, commodity and trust deposit

16    account contract with attached collateral and proceeds to secure collateral,

17    along with claim of TRADENAME/TRADEMARK, COPYRIGHT/PATENT

18    of the Name KEVIN L WALKER, my mind, body, soul of infants, spirit, and

19    Live Borne Record, and reject and rebuke all assumptions and presumptions

20    of being Property of any Cestui Que Vie Trust/ESTATE as mentioned under

21    **CANNON 2055-2056,** and assignment of all debt obligation to the Office of

22    Secretary of the Treasury (31 § USC 3123, 18 § USC 8, and 31 USC 5118).

23    Discharge this tax matter (U.C.C. 3-601, 3-603, 3-409, 3-311, and House Joint

24    Resolution 192 of June 5, 1933, Public Law 73-10).

25    39. **All** charges are hereby **accepted** for accessed value and returned for value,

26    with honor, for **setoff**, and full settlement and satisfaction of all charges

27    relating to these matters, in accordance with the Uniform Commercial Code

28    and House Joint Resolution 192 of June 5, 1933, Public Law 73-10.

  
40. It is respectfully requested and **demanded** that the Court Release the credits, proceeds, and Order to the Affiant and/or Claimants immediately

41. Consistent with the **eternal tradition of natural common law, unless I have harmed or violated someone or their property, I have committed no crime**; and I am therefore <u>not</u> subject to any penalty. I act in accordance with the following <u>U.S. Supreme Court case:</u>  "The individual may stand upon his **constitutional rights** as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is <u>unlimited.</u>** He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." — **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

# <u>NO QUALIFIED OR LIMITED IMMUNITY</u>

42. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

43. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights."— AFLCIO v. Woodward, 406 F2d 137 t.

44. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

45. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees.**" **Lezama v. Justice Court**, A025829.

46. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

47. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

48. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

49. "the people, not the States, are sovereign." — Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

50. ALL **ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

51. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.** (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind."

52. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

53. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

54. **AN** UNREBUTTED **AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

55. **AN** UNREBUTTED **AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

56. **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

57. **HE WHO LEAVES THE BATTLEFIELD FIRST** LOSES BY DEFAULT. (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it.")

Executed "*without* the United States" in compliance with **28 USC § 1746.**

# FURTHER AFFIANT SAYETH NOT.

## I.    *Some* Relevant U.C.C. Sections and Application

**11. U.C.C. § 1-308 – Reservation of Rights:**

This section ensures that acceptance of an offer under duress or coercion does not waive any rights or defenses. By invoking U.C.C. § 1-308, Claimant(s)/Complainant(s)/Plaintiff(s). asserts that any compliance with your offer is made with *explicit reservation of rights*, preserving all legal remedies.

**12. U.C.C. § 2-204 – Formation in General:**

This section establishes that a contract can be formed in any manner sufficient to show agreement, including conduct. By issuing the citation (an implied offer to contract), You/Defendant(s)/Respondent(s), have initiated a contractual relationship, which has been conditionally accepted with **new terms herein**.

**13. U.C.C. § 2-206 – Offer and Acceptance in Formation of Contract:**

Under this section, an offer can be accepted in any reasonable manner. By conditionally accepting the citation and dispatching this notice via USPS Certified, Registered, and/or Express mail, Claimant(s)/Complainant(s)/Plaintiff(s) has/have

1   created a binding contract agreement and obligation which You/Defendant(s)/

2   Respondent(s) are contractually bound and obligated to.

3   **14. U.C.C. § 2-202 – Final Written Expression:**

4   This provision ensures that the terms of this conditional acceptance supplement

5   the original terms of the citation. By including these conditions, the issuing

6   authority is bound to provide proof of their validity, failing which the

7   conditional acceptance will be expressly stipulated as the **final** agreement.

8   **15. U.C.C. § 1-103 – Supplementary General Principles of Law Applicable:**

9   This section allows common law principles to supplement the UCC. Under the

10  doctrine of **equity** and **fair dealing**, failure to provide the requested proof

11  constitutes bad faith and silent acquiescence, tacit agreement, and tacit

12  procuration to all of the the **fact and terms stipulated** in this Affidavit Notice

13  and Self-Executing Contract and Security Agreement.

14  **16. U.C.C. § 3-505 – Evidence of Dishonor**

15  Under **U.C.C. § 3-505**, an *unrebutted* **Affidavit of Default, Dishonor, and Non-**

16  **Response** creates a **presumption of dishonor** against the defaulting party.

17  **Subsection (a)** states that certain documents are admissible as evidence and

18  create a **presumption of dishonor**, including:

19      1.  A **document regular in form** that certifies dishonor, such as a **notarized**

20          **affidavit**.

21      2.  A **writing or stamp** from a relevant authority confirming non-acceptance

22          or non-payment.

23      3.  A **record from a financial institution or other official entity** proving dishonor.

24      •   **Subsection (b)** confirms that a **protest of dishonor may be made by a notary**

25          **public or other authorized official**, further **strengthening the validity and**

26          **enforceability of the affidavit as prima facie evidence of dishonor**.

27  **Application:**

28  By failing to lawfully rebut or respond, **Defendant(s)/Respondent(s) are**

1  **presumed in dishonor**, and Plaintiffs' claims are **legally established as true**

2  **and enforceable**. The ***unrebutted*** affidavit serves as **self-executing proof** that

3  Respondents/Defendants have defaulted and **must now perform according to**

4  **the binding contract agreement and security instrument**.

5  ## II.                    Legal and Procedural Basis

6  **1.  Mailbox/Postal Rule:**

7  Under the mailbox rule, this notice of conditional acceptance is effective and

8  considered **accepted** by You/Defendant(s)/Respondent(s) upon dispatch via

9  the respective Registered, Certified, and/or Express mail number. The

10  agreement becomes **binding** when the notice **is sent**, not when received. This

11  binds the issuing authority to the terms outlined in this notice unless rebutted

12  within the specified timeframe.

13  **2.  Offer and Acceptance:**

14  Your citation constitutes an offer under contract law. This notice self-executing

15  Contract and Security Agreement conditionally accepts your contract OFFER

16  and supplements its terms under U.C.C. § 2-202. Failure to fulfill the new and

17  final terms and conditions within the specified **three (3) day** timeframe

18  constitutes **silent acquiescence, tacit agreement, and tacit procuration**.

19  **3.  Consent to Service by Electronic and Postal Means:**

20  By the doctrine of silent acquiescence and tacit agreement, You/Defendant(s)/

21  Respondent(s) have consented to service of notices, pleadings, and

22  communications via email, and/or USPS Registered Mail, Express Mail, or

23  Certified Mail. Your failure to rebut or object to this service method within the

24  specified timeframe constitutes unequivocal acceptance of service through these

25  means.

26  ## III.    Legal Basis for Proof of Delivery via Registered Mail

27  Under well-established legal precedent, documents sent via **Registered Mail with**

28  **return receipt requested (Form 3811)** are presumed **delivered upon mailing**,

providing strong evidentiary proof of service. Courts have consistently upheld this principle, reinforcing the **Mailbox Rule**, which states that a properly mailed document is presumed received by the addressee unless convincingly rebutted.

## Key Legal Precedents Supporting Proof of Delivery

1. **U.S. v. Bowen, 414 F.2d 1268 (3rd Cir. 1969)** – The court held that when **Registered Mail is sent with return receipt requested** and the receipt is signed, it constitutes **prima facie evidence of delivery**, meaning the burden shifts to the recipient to prove non-receipt.

2. **Hagner v. United States, 285 U.S. 427 (1932)** – The Supreme Court ruled that mailing a document via **Registered Mail creates a strong presumption of receipt** by the intended party, further solidifying the evidentiary weight of proper mailing.

3. **NLRB v. Local Union No. 103, 434 U.S. 335 (1978)** – The Court established that a **return receipt provides sufficient proof of service** unless rebutted with clear and convincing evidence to the contrary.

4. **Federal Rules of Evidence (FRE) Rule 301** – Under this rule, a presumption exists that a properly mailed document is **received by the intended recipient**, shifting the burden of proof to the recipient to disprove delivery.

5. **39 U.S.C. § 3009** – Governs the legality and evidentiary weight of **Registered Mail**, affirming that mailing with proof of delivery (e.g., Form 3811) is **legally sufficient evidence of receipt**.

6. **26 U.S.C. § 7502** – This statute explicitly states that the **date of mailing is deemed the date of filing or receipt** when Registered Mail is used, providing strong evidentiary support for the **timely delivery and legal effect** of mailed documents.

## Application of the Mailbox Rule

The **Mailbox Rule** dictates that once a document is properly addressed, stamped, and deposited with the postal service, **it is presumed delivered and received by**

the addressee. Courts have repeatedly upheld this principle, ensuring that a party cannot **simply deny receipt** to evade legal responsibility. When **Registered Mail with return receipt requested** is used, the proof of mailing is further **reinforced by the signed receipt**, making rebuttal even more difficult

## IV.    <u>Legal Presumption of Delivery and Evidentiary Weight</u>

Based on established case law and statutory authority, **Registered Mail with return receipt requested (Form 3811)** serves as **prima facie evidence of delivery** and creates a strong presumption of receipt by the intended party. Under **U.S. v. Bowen, Hagner v. United States, and NLRB v. Local Union No. 103**, this presumption stands unless rebutted by clear and convincing evidence.

Furthermore, **26 U.S.C. § 7502** affirms that the date of mailing via **Registered Mail** is deemed the date of filing or receipt, solidifying its evidentiary value. **Federal Rules of Evidence Rule 301** shifts the burden to the recipient to prove non-receipt, while **39 U.S.C. § 3009** reinforces the legal sufficiency of proof of delivery through postal records.

Accordingly, any challenge to the delivery or receipt of documents sent via **Registered Mail with return receipt** must meet a high evidentiary threshold, ensuring that mailed documents are legally recognized as served and received.

**Judgement of $100,000,000.00 *Considered*, AGREED TO and Authorized BY PLAINTIFFS.**

1.  As **considered**, agreed, and stipulated by Respondent/Defendants in the <u>unrebutted</u> verified commercial affidavits, and self-executing contract and security agreement **fully authorizes, endorses, supports,** and advocates for the entry of a UCC commercial judgement and lien in the amount of **One Hundred Million and 00/100 Dollars ($100,000,000.00) against Plaintiff, in favor of Defendants**, as also **evidenced** by INVOICE/TRUE BILL #RIVCOUNTYDIS25 which is a part of **Exhibits M and L**. INVOICE/TRUE BILL #RIVCOUNTYDIS25 is again incorporated herein.

2.  As **considered**, agreed, and stipulated, should it be **deemed** necessary, the Defendants are <u>**fully Authorized**</u> to initiate the filing of a lien, and the seizing of property to secure satisfaction of the **ADJUDGED, DECREED, AND <u>AUTHORIZED</u>** sum total due to **Affiant,** and/or Defendants of, **One Hundred Million and 00/100 Dollars ($100,000,000.00)**.

3.  You/Respondents/Defendants have/has <u>**not**</u> submitted any **evidence** to contradict or rebut the statements made in the affidavits. As a result, the facts set forth in the affidavits are deemed true and uncontested. Even then non-applicable California Evidence Code § 664 and related case law support the **presumption** that official duties have been regularly performed, and unrebutted affidavits stand as **Truth.**

4.  You/Defendant(s)/Respondent(s) may not argue, controvert, or otherwise protest the finality of the administrative findings established through the unrebutted affidavits. As per established legal principles, once an affidavit is submitted and not rebutted, its content is accepted as true, and **You/ Respondent(s) are barred** from contesting these findings in subsequent processes, whether **administrative or judicial.**

5.  **All are equal under the law** (Aequitas est quasi aequalitas), and **ignorance of the law is no excuse** (Ignorantia juris non excusat).

## V.    DEFENDANTS' ACTIONS AS ACTS OF WAR AGAINST THE THE PEOPLE AND THE CONSTITUTION

You/Respondent(s)/Defendant(s)'s conduct constitutes an **outright war against the Constitution** of the United States, its ***principles,*** and the **rule of law.** By their ***bad faith*** and deplorable actions, the defendants have demonstrated *willful and intentional* disregard and contempt for the **supreme law of the land**, as set forth in **Article VI, Clause 2 of the Constitution**, which declares that the Constitution, federal laws, and treaties are the supreme law of the land, binding upon all states, courts, and officers.

A. Violations of Constitutional Protections

The defendants have intentionally and systematically engaged in acts that directly violate the protections guaranteed to the plaintiffs and the people under the Constitution, including but not limited to:

1. **Violation of the Plaintiffs' Unalienable Rights**: The defendants have deprived the plaintiffs of life, liberty, and property without due process of law, as guaranteed under the Fifth and Fourteenth Amendments.

2. **Subversion of the Rule of Law**: Through their actions, the defendants have undermined the separation of powers and checks and balances established by the Constitution. They have disregarded the judiciary's duty to uphold the Constitution by attempting to operate outside the confines of lawful authority, rendering themselves effectively unaccountable.

3. **Treasonous Conduct**: Pursuant to **Article III, Section 3**, treason against the United States is defined as levying war against them or adhering to their enemies, giving them aid and comfort. The defendants' conduct in **subverting the constitutional order**, depriving C̲itizens of their lawful rights, and unlawfully exercising power without jurisdiction constitutes a form of domestic treason against the Constitution and the people it protects.

## B. Acts of Aggression and Tyranny

The defendants' actions amount to a usurpation of authority and a direct attack on the sovereignty of the people, who are the true source of all government power under the Constitution. As stated in the Declaration of Independence, whenever any form of government becomes destructive of the unalienable rights of the people, it is the right of the people to alter or abolish it. The defendants, through their actions, have positioned themselves as adversaries to this principle, attempting to replace the rule of law with arbitrary and unlawful dictates.

## C. Weaponizing Authority to Oppress

1  The defendants' intentional misuse of their authority to act against the interests
2  of the Constitution and its **C**itizens is a clear manifestation of tyranny. Rather
3  than serving their constitutional mandate to protect and defend the
4  Constitution, they have actively waged war on it by:

5  • **Suppressing lawful claims and evidence presented by the plaintiffs** to
6  protect their property and rights.
7  • **Engaging in acts of fraud, coercion, and racketeering** that strip plaintiffs of
8  their constitutional protections.
9  • **Dismissing the jurisdictional authority of constitutional mandates**,
10  including but not limited to rights to due process and equal protection under
11  the law.

12  The defendants' actions are not merely breaches of law; they are acts of ***insurrection***
13  ***and rebellion*** **against the very foundation of the nation's constitutional**
14  **framework.** Such acts must not go unchallenged, as they jeopardize the
15  constitutional order, the rights of the people, and the rule of law that ensures justice
16  and equality. Plaintiffs call upon the court and relevant authorities to enforce the
17  Constitution, compel accountability, and halt the defendants' treasonous war
18  against the supreme law of the land.

19 ## VI. **'Bare Statutes' as *Confirmation* of Guilt and the Necessity**
20 ## **of Prosecution by an Enforcer**

21  Plaintiffs' incorporation of "bare statutes" does **NOT** exonerate Defendants; rather,
22  it serves as evidence of Defendants' guilt, which they have already ***undisputedly***
23  admitted through their actions and lack of rebuttal to any affidavits, which they
24  have a duty to respond to. The invocation of bare statutes merely underscores the
25  necessity for Plaintiffs to compel a formal enforcer, such as a District Attorney or
26  Attorney General, to prosecute the criminal violations. This requirement for
27  enforcement does **NOT** negate the Defendants' culpability but, instead, affirms the
28  gravity of their admitted violations.

1  In this matter, Plaintiffs have thoroughly detailed the Defendants' willful and

2  intentional breaches of multiple federal statutes under Title 18, and Plaintiff's

3  **private right(s) of action**. These ***blatant*** and ***willful*** violations have been clearly

4  articulated in this **NOTICE, AFFIDAVIT, AND CONTRACT SECURITY**

5  **AGREEMENT**. Defendants' actions constitute **treasonous** conduct against the

6  **Constitution and the American people**. Their behavior, alongside that of their

7  counsel, reflects an attitude of being above the law, further solidifying their guilt.

8  Plaintiffs maintain that the Defendants' reliance on procedural defenses or

9  technicalities does not absolve them of their criminal conduct. Instead, their actions

10  are an unequivocal admission of guilt that necessitates legal action by the

11  appropriate prosecutorial authority. Plaintiffs reserve all rights to compel such

12  enforcement to ensure that the Defendants are held fully accountable for their

13  crimes.

14  **VII. RESPONSE DEADLINE: REQUIRED WITHIN THREE (3) DAYS:**

15       A response and/or compensation and/or restitution payment must be

16  received within a deadline of **three (3) days.** At the "**Deadline**" is defined as 5:00

17  p.m. on the third (3rd) day after your receipt of this affidavit. "**Failure to respond**"

18  is defined as a blank denial, unsupported denial, inapposite denial, such as, "not

19  applicable" or equivalent, statements of counsel and other declarations by third

20  parties that lack first-hand knowledge of the facts, and/or responses lacking

21  verification, all such responses being legally insufficient to controvert the verified

22  statements herewith. See *Sieb's Hatcheries, Inc* and *Beasley, Supra.* Failure to

23  respond can result in **your acceptance of personal liability** external to qualified

24  immunity and waiver of any decision rights of remedy.

25  **VIII. FAILURE TO RESPOND AND/OR PERFORM, REMEDY, AND**

26                          **SETTLEMENT**

27  If You/Defendant(s)/Respondent(s), Michael Hestrin, Miranda Thomson, Chad

28  Bianco, THE PEOPLE OF THE STATE OF CALIFORNIA, SOUTHWEST JUSTICE

1  CENTER, RIVERSIDE COUNTY DISTRICT ATTORNEY, RIVERSIDE COUNTY,

2  RIVERSIDE COUNTY SHERIFF, *Does 1-100 Inclusive*, fail to **respond and perform**

3  **within three (3) days** of receiving this **Affidavit Notice and Self-Executing**

4  **Contract and Security Agreement and**, with **verified evidence** accompanied by an

5  **affidavit sworn under penalty of perjury**, as required by law, then:

6  **1. You/Defendant(s)/Respondent(s), individually and collectively, fully agree** and

7     acknowledge that you are **bound by law to act in good faith** and must:

8       • **Cease all** acts of **conspiracy, fraud, identity theft, embezzlement,**

9         **deprivation under color of law, extortion, bank fraud, harassment,**

10        **conspiracy to deprive, and any other violations of law.**

11      • **Immediately pay** the sum of **Five Hundred Thousand Dollars ($500,000.00)**

12        **in** lawfully recognized currency, such as gold and silver coin, as

13        authorized under Article I, Section 10, **Clause 1 of the U.S. Constitution,**

14        **as Restitution and Settlement**, including all **costs and fees** associated with

15        handling these matters, and damages for the **unauthorized use of the**

16        **COREY WALKER** Copyright **and** Trademark.

17      • **Release all special deposit funds, currency, and/or credits** due to Affiant

18        and/or **Claimant(s)/Plaintiff(s).**

19 **2. You/Defendant(s)/Respondent(s) must immediately record a 'QUITCLAIM**

20    **DEED'** transferring any **purported interest** to **Claimant(s)/Plaintiff(s)** and/or

21    tender a **'Rescission of Trustee's Deed of Sale.'**

22 Failure to comply constitutes **tacit admission** and **binding legal agreement** under

23 **commercial and common law**, enforceable as *a matter of law* and record

24 **IX.  Three Hundred Million Dollars ($500,000,000.00) Restitution**

25 **Settlement Payment *REQUIRED***

26 Furthermore, if **You**/Defendant(s)/Respondent(s), Michael Hestrin, Miranda

27 Thomson, Chad Bianco, THE PEOPLE OF THE STATE OF CALIFORNIA,

28 SOUTHWEST JUSTICE CENTER, RIVERSIDE COUNTY DISTRICT ATTORNEY,

1   RIVERSIDE COUNTY, RIVERSIDE COUNTY SHERIFF, *Does 1-100 Inclusive*, fail to

2   **respond and perform within three (3) days** from the date of receipt of this

3   communication by providing **verified evidence and proof** of the facts and

4   conditions set forth herein, accompanied by **affidavits sworn under penalty of**

5   **perjury**, as required by law, then:

6   **1.** **You/Defendant(s)/Respondent(s), individually and collectively, expressly**

7       **agree** that within **three (3) days** of receipt of this **contract offer**, You/

8       Defendant(s)/Respondent(s) shall:

9       • **Issue restitution payment in the total sum certain of Five Hundred**

10          **Thousand U.S. Dollars ($500,000.00 USD).**

11      • **Acknowledge that said amount becomes immediately due and payable to**

12          **Claimant(s)/Plaintiff(s).**

13  Failure to comply constitutes **tacit acquiescence**, **full acceptance of all claims as true**, and

14  a **binding legal agreement** enforceable under **commercial and common law.**

## X.   One Trillion Dollar  ($1,000,000,000,000.00) Default Judgement and Lien

17  If You/Defendant(s)/Respondent(s), Michael Hestrin, Miranda Thomson, Chad

18  Bianco, THE PEOPLE OF THE STATE OF CALIFORNIA, SOUTHWEST JUSTICE

19  CENTER, RIVERSIDE COUNTY DISTRICT ATTORNEY, RIVERSIDE COUNTY,

20  RIVERSIDE COUNTY SHERIFF, *Does 1-100 Inclusive*, fail to **respond and perform**

21  **within three (3) days** from the date of receipt of this communication, as

22  **contractually required**, then You/Defendant(s)/Respondent(s), **individually and**

23  **collectively**, fully agree and accept that:

24  **1. The entire amount itemized in Invoice #RIVCOUNTYDIS25, totaling**

25      **One Hundred Million Dollars ($100,000,000.00), in lawfully recognized**

26      **currency, such as gold and silver coin, as authorized under Article I,**

27      **Section 10, Clause 1 of the U.S. Constitution, *shall* become *immediately***

28      **due and payable in full.**

2.  **By failing to respond and perform within the required timeframe, You/ Defendant(s)/Respondent(s), individually and collectively, expressly admit to all statements and claims by TACIT PROCURATION**, and fully agree that You/Defendant(s)/Respondent(s) are:

    - **Guilty of fraud, theft, embezzlement, larceny, and fraudulent misapplication of funds and assets**
    - **Engaged in forgery and unauthorized use of identity**
    - **Monopolizing trade and commerce, engaging in unfair business practices**
    - **Depriving Affiant of rights under the color of law**
    - **Receiving extortion proceeds, engaging in false pretenses, extortion, and racketeering**
    - **Committing bank fraud and fraudulent transportation and transfer of stolen goods and securities**
    - **Unlawfully interfering, intimidating, and inflicting emotional distress**
    - **Willfully violating public policy and the Constitution**
    - **Directly responsible for injury and damage to Affiant**

3.  **Failure to respond constitutes binding contractual agreement and irrevocable admission of guilt under commercial and common law, enforceable as a matter of law and record.**

XI.         JUDGEMENT AND COMMERCIAL LIEN AUTHORIZATION

If You/Defendant(s)/Respondent(s), Michael Hestrin, Miranda Thomson, Chad Bianco, THE PEOPLE OF THE STATE OF CALIFORNIA, SOUTHWEST JUSTICE CENTER, RIVERSIDE COUNTY DISTRICT ATTORNEY, RIVERSIDE COUNTY, RIVERSIDE COUNTY SHERIFF, *Does 1-100 Inclusive*, fail to respond within **three (3) days** from the date of receipt of this communication, then you/they, **individually and collectively**, shall be deemed to have:

1. **Fully and unequivocally** decreed, accepted, authorized **(pursuant to UCC Article 9), endorsed, supported, and advocated for** a **judgment, summary judgment, and/or commercial lien** in the amount of **One Hundred Million Dollars ($100,000,000.00), in lawfully recognized currency, such as gold and silver coin, as authorized under Article I, Section 10, Clause 1 of the U.S. Constitution,** against **You/Defendant(s)/Respondent(s)** in favor of **Claimant(s)/Plaintiff(s) and/or their lawfully designated ASSIGNEE(S).**

2. **Expressly, fully, and unequivocally authorized, endorsed, supported, and advocated for** Claimant(s)/Plaintiff(s), and/or their lawfully designated ASSIGNEE(S) to formally notify:

   - **The U.S. Department of the Treasury**
   - **The Internal Revenue Service (IRS)**
   - **The respective Congressional Representative**
   - **The U.S. Attorney General**
   - **Any other individual, legal fiction, or entity Affiant deems necessary**

3. **Consented to the submission of requisite IRS tax forms**, including but not limited to **Forms 1099-A, 1099-OID, 1099-C, 1096, 1040, 1041, 1041-V, 1040-V, and 3949-A**, documenting:

   - **One Hundred Million Dollars ($100,000,000.00 USD) as income to You/ Defendant(s)/Respondent(s).**
   - **The same amount as lost revenue and/or income to Affiant, Claimant(s)/Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).**

Failure to respond constitutes **tacit agreement** and **binding acceptance** of these terms as a matter of law and commerce.

## XII.     SUMMARY JUDGEMENT, U.C.C. 3-505 *PRESUMED* DISHONOR

1   It is further agreed that said income *shall* be **assessed and claimed** as income by

2   You/Defendant(s)/Respondent(s) through one or more of the following legal

3   enforcement mechanisms:

4   **1. Filing a lawsuit** followed by a **DEMAND for Summary Judgment** as a matter

5       of law, in accordance with **California Code of Civil Procedure § 437c(c)** and

6       **Federal Rule of Civil Procedure 56(a).**

7   **2. Executing an Affidavit Certificate of Non-Response, Dishonor, Judgment, and**

8       **Lien Authorization**, pursuant to **U.C.C. § 3-505.**

9   **3. Issuing an ORDER TO PAY or BILL OF EXCHANGE** to the **U.S. Treasury and**

10      **IRS** in the sum certain of **One Hundred Million Dollars ($100,000,000.00)** for

11      immediate credit to **Affiant, Claimant(s)/Plaintiff(s), and/or their lawfully**

12      **designated ASSIGNEE(S).**

13  This **Self-Executing Contract and Security Agreement** serves as **prima facie**

14  **evidence** of **You/Defendant(s)/Respondent(s)'s Verified INDEBTEDNESS** to

15  **Affiant, Claimant(s)/Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).**

16  Should it be deemed necessary, **Claimant(s)/Plaintiff(s)** are fully **authorized** under

17  **U.C.C. § 9-509** to file a **UCC Commercial Lien and/or UCC-1 Financing Statement**

18  to **perfect their security interest** and secure full satisfaction of the adjudged sum of

19  **One Hundred Million Dollars ($100,000,000.00)**

20  **\*\*\* SELF-EXECUTING CONTRACT** AND **SECURITY AGREEMENT\*\*\* :**

21      Again for the record, this **contract, received** and **accepted** per the **mailbox**

22  **rule, is** self-executing **and serves as a** SECURITY AGREEMENT, and **establishes**

23  a lien, Authorized by You/They/the DEBTOR(S). Acceptance of this **contract is**

24  **deemed to occur at the moment it is dispatched via mail, in accordance with the**

25  **mailbox rule established in common law. Under this rule, an** acceptance **becomes**

26  effective and binding once it is properly addressed, stamped, and placed in the

27  control of the postal service, as supported by **Adams v. Lindsell (1818) 106 ER 250.**

28  **Furthermore, as a** self-executing agreement, **this** contract creates **immediate and**

1    **enforceable obligations** without the need for further action, functioning also as a

2    **SECURITY AGREEMENT** under **Article 9 of the Uniform Commercial Code**

3    **(UCC)**.

4    **\*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT\*\*\*** :

5    # XIII.      ESTOPPEL BY ACQUIESCENCE:

6    If You/Defendant(s)/Respondent(s), Michael Hestrin, Miranda Thomson, Chad Bianco,

7    THE PEOPLE OF THE STATE OF CALIFORNIA, SOUTHWEST JUSTICE CENTER,

8    RIVERSIDE COUNTY DISTRICT ATTORNEY, RIVERSIDE COUNTY, RIVERSIDE

9    COUNTY SHERIFF, *Does 1-100 Inclusive* **fail to respond** by addressing **each point, on a**

10    **point-by-point basis**, You/Defendant(s)/Respondent(s) **individually and collectively**:

11    **1. Accept all** statements, declarations, stipulations, facts, **and** claims as **Truth and**

12      **Fact** by **TACIT PROCURATION.**

13    **2. Acknowledge that all** issues are deemed settled under *RES JUDICATA*,

14      *STARE DECISIS*, **and COLLATERAL ESTOPPEL.**

15    **3. Waive any right to argue, controvert, or otherwise protest the finality of these**

16      **administrative findings in any subsequent process, whether administrative or**

17      **judicial.**

18    **4. Are permanently barred from raising any future objections to the findings herein.**

19    (For any terms you do not "understand," refer to **Black's Law Dictionary, 6th Ed.**).

20    Furthermore, **failure to fully respond** will constitute **express agreement** that You/

21    Defendant(s)/Respondent(s) **shall not argue, controvert, or protest** the finality of

22    these findings **in any administrative or judicial process**, as certified by **Notary or**

23    **Witness Acceptor** in an **Affidavit Certificate of Non-Response and/or Judgment**

24    or similar binding instrument.

25    Should **You/Defendant(s)/Respondent(s)** fail to respond, provide **partial,**

26    **unsworn, or incomplete answers**, such responses are **not acceptable** and shall have

27    no legal effect. The Courts have consistently upheld that **failure to properly**

28    **respond results in admissions of fact**, as seen in:

- **Sieb's Hatcheries, Inc. v. Lindley, 13 F.R.D. 113 (1952):**

  *"Defendant(s) made no request for an extension of time in which to answer the request for admission of facts and filed only an unsworn response within the time permitted," thus, under the specific provisions of Ark. and Fed. R. Civ. P. 36, the facts in question were deemed admitted as true.*

- **Beasley v. U.S., 81 F. Supp. 518 (1948):**

  *"I, therefore, hold that the requests will be considered as having been admitted."*

- **Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976):**

  *"Statements of fact contained in affidavits which are not rebutted by the opposing party's affidavit or pleadings may be accepted as true by the trial court."*

Failure to fully comply within the required timeframe constitutes **absolute admission, binding legal agreement, and final settlement of all claims as a matter of law and commerce.**

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Fraudulent Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 10, 2025

Invoice # RIVCOUNTYDIS25

# INVOICE and/or TRUE BILL

Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):

It has come to OUR attention that you are **deemed guilty** of **multiple felony crimes**, **violations of U.S. Code, U.C.C, the Constitution, and the law**. You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm** to ™KEVIN WALKER© ESTATE, ™WG EXPRESS TRUST©, ™KEVIN WALKER© IRR TRUST and its/their beneficiary(ies), and their Fiduciary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. **You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:**

| | | | |
|---|---|---|---|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | | $1,000,000.00 |
| 2. | 18 U.S. Code § 4 - Misprision of felony | | $1,000,000.00 |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | | $3,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | | $10,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | | $1,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | | $1,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | | $1,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | | $1,000,000.00 |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | | $1,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | | $1,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | | $1,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | | $1,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | | $10,000,000.00 |
| 14. | Use of ™KEVIN LEWIS WALKER©: | x 4 | $4,000,000.00 |
| 15. | Fraud, conspiracy, obstruction, identity theft, extortion, bad faith actions, treason, monopolization of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable life, deprivation of rights under the color of law harassment, Waring against the Constitution, injury and damage: | | $13,000,000.00 |

| | |
|---|---|
| **Total Due:** | **$100,000,000.00 USD** |
| **Good Faith Discount:** | $99,500,000.00 USD |
| Total Due by 04/15/2025: | **$500,000.00 USD** |
| Total Due after 04/15/2025: | **$100,000,000.00 USD** |

Page 33 of 39

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

# EXHIBITS/ATTACHMENTS:

1.**Exhibit A:** 'Affidavit: Power of Attorney In Fact'

2. **Exhibit B:** Private UCC Contract Trust/UCC1 filing #2024385925-4.

3. **Exhibit C:** Library of Congress Certified Copy of *The Public Statutes at Large of the United States of America* from March 1933 to June 1934: House Joint Resolution 192 of June 5, 1933, Public Law 73-10

4. **Exhibit D: Affidavit Right of Travel** CANCELLATION, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND #B6735991 (#RF661447751US).

5. **Exhibit E:** national/non-citizen national passport card #C35510079.

6. **Exhibit F:** national/non-citizen national passport book #A39235161.

7.**Exhibit G:** AFFIDAVIT CERTIFICATE of STATUS, ASSETS, RIGHTS, JURISDICTION, AND PROTECTIONS as national/non-citizen national, foreign government, foreign official, internationally protected person, international organization, secured party/ secured creditor, and/or national of the United States, #RF661448964US.

8. **Exhibit H:** ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

9. **Exhibit I:** Revocation Termination and Cancelation of Franchise.

10. **Exhibit J:** CITATION/BOND #B038555, accepted under threat, duress, and coercion, **with all rights reserved**.

11. **Exhibit K:** Hold Harmless Indemnity Agreement

12. **Exhibit L:** Private Post Registered (with U.S. Treasury) $200,000,000,000.00 USD 'MASTER DISCHARGE AND INDEMNITY BOND,' #RF372320890US

13.**Exhibit M:** Affidavit and Contract and Security Agreement #RF775821397US / NOTICE OF CONDITIONAL ACCEPTANCE, CLAIM, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

14.**Exhibit N:** Affidavit and Contract and Security Agreement #RF775824416US / NOTICE OF DEFAULT, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY,

Fraudulent Transaction CASE No: BWM2365336 — Self-Executing Contract and Security Agreement — Registered Mail No: RF775824858US — Date: April 10, 2025

1  HARASSMENT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY
2  THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR SETOFF,
3  DISCHARGE, SETTLEMENT, CLOSURE, AND DISMISSAL.
4  15.Exhibit O: Affidavit and Contract and Security Agreement #RF775824858US / NOTICE
5  OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD,
6  RACKETEERING, CONSPIRACY, HARASSMENT, DEPRIVATION OF RIGHTS
7  UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND
8  REQUEST AND DEMAND FOR SETOFF, DISCHARGE, SETTLEMENT, CLOSURE,
9  AND DISMISSAL.
10  //
11  //

12  ## COMMERCIAL OATH AND VERIFICATION:

13  County of Riverside          )
14                               )          Commercial Oath and Verification
15  The State of California      )
16  I, KEVIN WALKER, under my unlimited liability and Commercial Oath proceeding
17  in good faith being of sound mind states that the facts contained herein are true,
18  correct, complete and not misleading to the best of Affiant's knowledge and belief
19  under penalty of International Commercial Law and state this to be HIS Affidavit of
20  Truth regarding same signed and sealed this 10TH day of APRIL in the year of Our
21  Lord two thousand and twenty five:

22  **All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402.**
23
24  By: _____
25  Kevin Walker, *Executor & Authorized Representative,*

26  Let this document stand as truth before the Almighty Supreme Creator and let it be
27  established before men according as the scriptures saith: *"But if they will not listen,*
28  *take one or two others along, so that every matter may be established by the testimony of two*

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT and LIEN AUTHORIZATION

Fraudulent Trust scheme / UCC Self-Executing Contract and Security Agreement   Registered Mail   Dated April 10 2025

1  or three witnesses." *Matthew 18:16.* "In the mouth of two or three witnesses, shall every
2  word be established" *2 Corinthians 13:1.*

3      **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

4      By: _____
            Donnabelle Mortel *(WITNESS)*
5

6      **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

7      By: _____
            Corey Walker *(WITNESS)*
8

9  # PROOF OF SERVICE

10  STATE OF CALIFORNIA              )
11                                   )    ss.
12  COUNTY OF RIVERSIDE              )

13      I competent, over the age of eighteen years, and not a party to the within
14  action. My mailing address is the Walkernova Group, care of: 30650 Rancho
15  California Road suite 406-251, Temecula, California [92591]. On **April 10, 2025**, I
16  served the within documents:

17  **1.  AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT,**
18          **JUDGEMENT, and LIEN AUTHORIZATION**
19  **2.                       Exhibits A through O.**

20  **By United States Mail.** I enclosed the documents in a sealed envelope or package
21  addressed to the persons at the addresses listed below by placing the envelope for
22  collection and mailing, following our ordinary business practices. I am readily
23  familiar with this business's practice for collecting and processing correspondence
24  for mailing. On the same day that correspondence is placed for collection and
25  mailing, it is deposited in the ordinary course of business with the United States
26  Postal Service, in a sealed envelope with postage fully prepared. I am a resident or
27  employed in the county where the mailing occurred. The envelope or package was
28  placed in the mail in Riverside County, California, and sent via Registered Mail

1    with a form 3811.

2            Wesley Hsu
         C/o HONORABLE WESLEY HSU
3        350 West 1st Street, Courtroom 9B, 9th Floor
         Los Angeles, California [90012]
4        **Registered Mail** #RF775824861US with form 3811

5            Clerk(s), Agent(s), Fiduciary(ies), Trustee(s)
         C/o CLERK OF COURT / MENIFEE JUSTICE CENTER
6        30755 Auld Road - D
         Murrieta, California [92563]
7        **Registered Mail** #RF775824858US with form 3811

8            Pam Bondi
         C/o U.S. DEPARTMENT OF JUSTICE
9        950 Pennsylvania Avenue
         Washington, District of Columbia [20530-0001]
10       **Registered Mail** #RF775824875US with form 3811

11           Kash Patel
         C/o FBI Headquarters
12       935 Pennsylvania Avenue, North West
         Washington, District of Colombia [20535-0001]
13       **Registered Mail** #RF775824889US with form 3811

14           Michael Hestrin and Miranda Thomson
         C/o OFFICE OF THE DISTRICT ATTORNEY
15       3960 Orange Street
         Riverside, California [92501]
16       **Registered Mail** #RF775824892US with form 3811

17           Steve Bessent
         C/o Department of the Treasury
18       1500 Pennsylvania Avenue, North West
         Washington, District of Colombia [20220]
19       **Registered Mail** #RF77582901US with form 3811

20           **By Electronic Service.** Based on a contract, and/or court order, and/or an

21   agreement of the parties to accept service by electronic transmission, I caused the

22   documents to be sent to the persons at the electronic notification addresses listed

23   below.

24           Wesley Hsu
         C/o HONORABLE WESLEY HSU
25       350 West 1st Street, Courtroom 9B, 9th Floor
         Los Angeles, California [90012]
26       WLH_Chambers@cacd.uscourts.gov

27           Gregory D Eastwood, Robert C V Bowman, George Reyes, William
         Pratt, Robert Gell, Joseph Sinz, Nicholas O Gruwell,
28       C/o MENIFEE JUSTICE CENTER

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION.

30755 Auld Road - D
Murrieta, California [92563]
ssherman@law4cops.com
jsinz@riversidesheriff.org
wpratt@riversidesheriff.org

Pam Bondi
C/o U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue
Washington, District of Colombia [20530-0001]
crm.section@usdoj.gov

Kash Patel
C/o FBI Headquarters
935 Pennsylvania Avenue, North West
Washington, District of Colombia [20535-0001]
crm.section@usdoj.gov

Rob Bonta
C/o OFFICE OF THE ATTORNEY GENERAL
1300 "I" Street
Sacramento, California [95814-2919]
police-Practices@doj.ca.gov

Michael Hestrin and Miranda Thomson
C/o OFFICE OF THE DISTRICT ATTORNEY
3960 Orange Street
Riverside, California [92501]
DAOffice@rivco.org

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on **April 10, 2025** in Riverside County, California.

_____*/s/Donnabelle Mortel/*_____
Donnabelle Mortel

//
//
//
//
//

## NOTICE:

Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner.* The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

Fraudulent Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US  — Dated: April 10, 2025

# JURAT:

State of Riverside       )

                    ) ss.

County of California    )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and ~~sworn~~ to (or <u>affirmed</u>) before me on this <u>10th</u> day of <u> April,</u> <u>2025</u> by <u>Kevin Walker</u> proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Joyti Patel,_      Notary public
<sub>print</sub>

_Joytipatel_      Seal:

> JOYTI PATEL
> Notary Public - California
> Riverside County
> Commission # 2407742
> My Comm. Expires Jul 8, 2026

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT and LIEN AUTHORIZATION

☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | Acquisition or Abandonment of Secured Property |
|---|---|---|---|

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
KEVIN LEWIS WALKER
30650 Rancho California Road
suite 406-251
Temecula CA 92591
US - Phone: 3109238521

OMB No. 1545-0877
Form **1099-A**
(Rev. January 2022)

For calendar year
2024

**Acquisition or Abandonment of Secured Property**

**Copy B**
**For Borrower**

| LENDER'S TIN 56-8997454 | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment 03/14/2025 | 2 Balance of principal outstanding $2500.00 |
|---|---|---|---|

BORROWER'S name,Street address (including apt. no.),City or town, state or province, country, and ZIP or foreign postal code
SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE
Clerk and Fiduciary
30755-D Auld Road
Murrieta CA 92563
US

4 Fair market value of property $2500.00

5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . ▶ ☑

6 Description of property
Appearance, Bid, & Payment BOND.UUC3603

Account number (see instructions)
MISW2501134

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported

Form **1099-A**(Rev. 1-2022)          www.tax1099.com - IRS Approved e File Provider          www.irs.gov/Form1099A

**Instructions for Borrower**

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences. Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).**For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.**May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.**For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender

or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned. Box 3. Reserved for future use.

**Box 3.** Reserved for future use.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** SFor the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. KEVIN LEWIS WALKER 30650 Rancho California Road suite 406-251 Temecula CA 92591 US - Phone: 3109238521 | | 1 Date of identifiable event 2025/03/14 | OMB No. 1545-1424 | |
|---|---|---|---|---|
| | | 2 Amount of debt discharged $ 2500.00 | Form **1099-C** (Rev. January 2022) | **Cancellation of Debt** |
| | | 3 Interest, if included in box 2 $ | For calendar year 2024 | |
| CREDITOR'S TIN 56-8997454 | DEBTOR'S TIN | 4 Debt description Appearance, Bid, & Payment BOND.UUC3603 | | **Copy B** **For Debtor** |
| DEBTOR'S name, address, City or town, state or province, country and ZIP or foreign postal code SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE Clerk and Fiduciary 30755-D Auld Road Murrieta CA 92563 US | | | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| | | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . . . . . . . . . . . . . . . . . . . . ☑ | | |
| Account number (see instructions) MISW2501134 | | 6 Identifiable event code G | 7 Fair market value of property $ 2500.00 | |

Form **1099-C** (Rev. 1-2022)    (keep for your records)    www.irs.gov/Form1099C    Department of the Treasury - Internal Revenue Service

**Instructions for Debtor**

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at www.irs.gov/Pub4681, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.
**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS
**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.
**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.
**Box 2.** Shows the amount of debt either actually or deemed discharged. Note: If you don't agree with the amount, contact your creditor.
**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.
**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.
**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D— Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event
**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.
**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099C.
**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

**From/Plaintiff:** Kevin Walker

*Attorney-In-Fact, Executor, Authorized Representative for*

™KEVIN WALKER© ESTATE, ™KEVIN WALKER© IRR TRUST

™KEVIN LEWIS WALKER© (ENS LEGIS)

c/o 30650 Rancho California Road Suite #406-251     *** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
Temecula, California [92591]                         *** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

non-domestic *without* the United States            *** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT ***

Email: team@walkernovagroup.com

**To/Defendant(s)/Respondent(s):** Agent(s), Clerks(s), Fiduciary(es)
C/o CLERK OF COURT / SOUTHWEST JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]
Registered Mail # RF775824858US

**FEDERAL CASE NO.: 5:25-CV-00646-WLH**

# AFFIDAVIT and Plain Statement of Facts

### NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR SETOFF, DISCHARGE, SETTLEMENT, CLOSURE, AND DISMISSAL

| | |
|---|---|
| **™KEVIN WALKER© ESTATE,** **™KEVIN LEWIS WALKER©,** **™KEVIN WALKER© IRR TRUST,** | **CASE NO.: SWM2303376** |
| | 1.  NOTICE OF DEFAULT AND OPPORTUNITY TO CURE |
| | 2.  FRAUD |
| Claimant(s)/*Plaintiff(s),* | 3.  INVOLUNTARY SERVITUDE |
| | 4.  THEFT, EMBEZZLEMENT, AND FRAUDULENT MISAPPLICATION OF FUNDS AND ASSETS |
| *vs.* | 5.  FRAUD, FORGERY, AND UNAUTHORIZED USE OF IDENTITY |
| Michael Hestrin, Miranda Thomson, | 6.  MONOPOLIZATION OF TRADE AND COMMERCE, AND UNFAIR BUSINESS PRACTICES |
| Chad Bianco, **THE PEOPLE OF THE STATE OF CALIFORNIA,** | 7.  DEPRIVATION OF RIGHTS UNDER COLOR OF LAW |
| **SOUTHWEST JUSTICE CENTER,** | 8.  RECEIVING EXTORTION PROCEEDS |
| **RIVERSIDE COUNTY DISTRICT** | 9.  FALSE PRETENSES AND FRAUD |
| **ATTORNEY, RIVERSIDE COUNTY,** | 10. EXTORTION |
| **RIVERSIDE COUNTY SHERIFF,** *Does* | 11. RACKETEERING |
| 1-100 Inclusive, | 12. BANK FRAUD |
| *Respondent(s)/Defendant(s).* | 13. FRAUDULENT TRANSPORTATION AND TRANSFER OF STOLEN GOODS AND SECURITIES |
| | 14. UNAUTHORIZED USED OF TRADEMARK AND COPYRIGHT |
| | 15. UNLAWFUL INTERFERENCE, INTIMIDATION, EXTORTION, AND EMOTIONAL DISTRESS |
| | 16. LAWFUL TENDER AND REQUEST AND DEMAND FOR SETOFF, SETTLEMENT, AND CLOSURE |
| | 17. REQUEST AND DEMAND FOR DISMISSAL |
| | 18. CONSIDERED AND STIPULATED ONE HUNDRED MILLION DOLLAR ($100,000,000.00) JUDGEMENT AND LIEN. |

**COMES NOW** the ™KEVIN WALKER© ESTATE, the ™KEVIN LEWIS

WALKER©, and the ™KEVIN WALKER© IRR TRUST, by and through their

1   **Kevin Walker**, who is proceeding *sui juris, In Propria Persona*, and by
2   *Special Limited Appearance*. Kevin is a living man, a natural freeborn
3   sovereign man, one of the people, a state Citizen, an American national, and
4   non-citizen national/national, invoking his **inherent** *unalienable* and
5   constitutionally secured and protected rights and exercising the authority
6   granted by the executed **'Affidavit: Power of Attorney In Fact'**, attached
7   hereto as **Exhibit A** and incorporated herein by reference.
8   The Plaintiffs, acting through their *Attorney-in-Fact*, proceed in accordance
9   with their *unalienable* right to contract, as secured and protected by the
10  **Constitution of the United States of America**, and in particular **Article I,**
11  **Section 10**, which states: **"No State shall... pass any Law impairing the**
12  **Obligation of Contracts."**
13      **\*\* Notice of DEFAULT AND OPPORTUNITY TO CURE\*\***
14  This NOTICE serves as formal **NOTICE OF DEFAULT AND**
15  **OPPORTUNITY TO CURE**, concerning Contract/Bond/Trust action
16  Number SWM2303376. This communication shall serve as a formal  **NOTICE**
17  **OF DEFAULT AND OPPORTUNITY TO CURE** of the aforementioned
18  **coerced and extorted offer,** which was conditionally accepted contingent
19  upon proof of the conditions set forth herein, governed by the principles of
20  contract law, legal maxims, common law, and the **Uniform Commercial Code**
21  **(UCC)**, including but not limited to UCC **§§ 1-103, 2-202, 2-204, 2-206**, and the
22  **mailbox/postal rule.**

23      The undersigned, Kevin Walker, herein referred to as Affiant. Affiant is the
24  Agent, Attorney-In-Fact, **holder in due course**, and **Secured Party** and Creditor of
25  and for ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, ™KEVIN
26  WALKER© IRR TRUST. Affiant hereby states that he is of legal age and competent
27  to state on belief and first hand personal knowledge that the facts set forth herein as
28  duly noted below are true, correct, complete, and presented in **good faith,**

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

1 regarding the **coerced and extorted** commercial contract <u>OFFER</u>/CONTRACT/

2 BOND/Trust action #SWM2303376, listed under ™KEVIN LEWIS WALKER©,

3 pertaining to the private **trust property** and **private** automobile hereafter referred

4 to as "Private Property".

5      **\*\* <u>Notice of Administrative Remedy Procedure</u> \*\***

6      This <u>VERIFIED</u> **Affidavit, NOTICE, and SELF-EXECUTING**

7 **CONTRACT SECURITY AGREEMENT** concerns Defendant(s)/

8 Respondent(s)/You, Michael Hestrin, Miranda Thomson, Chad Bianco, THE

9 PEOPLE OF THE STATE OF CALIFORNIA, SOUTHWEST JUSTICE

10 CENTER, RIVERSIDE COUNTY DISTRICT ATTORNEY, RIVERSIDE

11 COUNTY, RIVERSIDE COUNTY SHERIFF**,** *Does 1-100 Inclusive,* and their

12 **blatant <u>bad faith</u>** acts of fraud, **racketeering, conspiracy**, threats and

13 extortion against foreign officials, official guests, or internationally protected

14 persons, extortion, embezzlement, larceny, coercion, identity theft, extortion

15 of national/internationally protected person, conspiracy to deprive of rights

16 under the color of law, treason, bank fraud, trusts, etc., in restraint of trade,

17 frauds and swindles, mail fraud, forced peonage, monopolization of trade

18 and commerce, willful violation of the Constitution, deprivation of rights

19 under color of law, monopolization of trade and commerce, and intentional

20 and <u>willful and intentional</u> trespass and infringement of the ™KEVIN LEWIS

21 WALKER© trademark, tradename, patent and copyright.

22      As with any administrative process, You/Defendant(s)/Respondent(s) may

23 controvert the statements and/or claims made by Affiants by executing and

24 delivering a verified response point by point, in affidavit form, **sworn and attested**

25 **to under penalty of perjury,** signed by You/Defendant(s)/Respondent(s), Michael

26 Hestrin, Miranda Thomson, Chad Bianco, THE PEOPLE OF THE STATE OF

27 CALIFORNIA, RIVERSIDE COUNTY DISTRICT ATTORNEY, RIVERSIDE

28 COUNTY, RIVERSIDE COUNTY SHERIFF, *Does 1-100 Inclusive* or other designated

1  officer of the corporation with evidence in support by Certified, Express, or

2  Registered Mail. **Answers by any other means are considered a non-response and**

3  **will be treated as a non-response.**

# <u>Plain Statement of Facts</u>

5  **KNOW ALL MEN BY THESE PRESENT**, that I, **Kevin: Walker**, proceeding

6  *sui juris*, by **Special Limited Appearance**, a **man** upon the land, a follower of the

7  Almighty Supreme Creator, first and foremost and the laws of man when they are

8  not in conflict (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and James 5:12, let

9  my yea mean yea and my nay be nay, as supported by Federal Public Law 97-280,

10  96 Stat.1211, depose and say that I, **Kevin: Walker** over 18 years of age, being

11  competent to testify and having **first hand knowledge** of the **facts** herein **declare**

12  **(or certify, verify, affirm, or state**) under penalty of perjury under the laws of the

13  **United States of America** that the following is true and correct, to the best of my

14  understanding and belief, and in good faith:

15  1. I, Kevin/Affiant, *proceeding sui juris*, herby state again for the record that I

16  explicitly **reserve all my rights and waive none.** See U.C.C. § 1-308.

17  2. I, Kevin/Affiant, *proceeding sui juris*, herby invoke *equity and fairness.*

18  3. I, Kevin/Affiant, *proceeding sui juris*, **hereby state for the record that,** at no point in

19  time have I willfully or intentionally filed a false police report with knowledge that any

20  information contained therein was untrue.

21  4. I, Kevin/Affiant, proceeding sui juris, by Special Limited Appearance, hereby

22  state for the record that the STATE, its agents, or any incorporated governmental

23  entity acting under color of law, cannot be a real party in interest in any private

24  contractual matter between living men and women, as such legal fictions lack

25  standing, corpus, and the capacity to bring claims or demands against me absent

26  a verified injured party, sworn affidavit of claim, and valid contract entered into

27  knowingly, willingly, and intentionally by all parties with full disclosure and

28  lawful consideration

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

5. I, Kevin/Affiant, *proceeding sui juris*, **reserve my natural common law right not** to be **compelled** to **perform** under **any contract that I did not enter into** *knowingly, voluntarily,* **and** *intentionally, and with complete and full disclosure,* **and** *without* **misrepresentation, duress, or coercion**. And furthermore, I do **not** accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement. As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

6. I, Kevin/Affiant, *proceedin sui juris,* by **Special Limited Appearance**, hereby declare and affirm that, consistent with the **eternal tradition of natural common law, unless I have harmed or violated someone or their property, I have committed no crime**; and I am therefore <u>not</u> subject to any penalty. I act in accordance with the following <u>U.S. Supreme Court case:</u> "The individual may stand upon his **constitutional rights** as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is <u>unlimited.</u>** He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

7.  I, Kevin/Affiant, *proceeding sui juris*, by **Special Limited Appearance,** herby **declare, state, verify, and affirm** for the record that the 'commercial' and 'for hire' Driver's License/Contract/Bond # B6735991 has been **canceled, revoked, terminated, and liquidated,** as evidenced by instructions and notice accepted by Steven Gordon, with the California Department of Motor Vehicles," as **evidenced** by AFFIDAVIT RIGHT TO TRAVEL *CANCELLATION,* TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT LICENSE/BOND #B6735991 (#RF661447751US), attached hereto as **Exhibit D** and incorporated herein by reference.

8.  I, Kevin/Affiant, *proceeding sui juris,*hereby declare and affirm that, no valid contract exists compelling my performance.

9.  I, Kevin/Affiant, *proceeding sui juris,* **state for the record,** that it is a long-standing legal principle that jurisdiction must be proven on the record and cannot be assumed.

10. I, Kevin/Affiant, *proceeding sui juris,* hereby declare and affirm that, I do no consent to these proceedings.

11. **I, Kevin/Affiant, *proceeding sui juris,* hereby declare and affirm that, I have NOT injured any man or woman nor have I damaged any property.**

## Revocation of 'Power of Attorney':

12. **Furthermore**, I, Kevin/Affiant, *proceeding sui juris*, by *Special Limited Appearance*, **hereby revoke, rescind, and make *void ab initio*,** all powers of attorney, in fact or otherwise, implied in law or otherwise, signed either by me or anyone else, as it pertains to the Social Security Number assigned to, WALKER, KEVIN LEWIS, as it pertains to any BIRTH CERTIFICATE/BANK NOTE, BOND, TRUST, DEPOSIT ACCOUNT, SECURITY, SECURITY ACCOUNT, INVESTMENT, marriage or business licenses, or any other licenses or certificates issued by any and all government or quasi-governmental entities,

1    due to the use of various elements of fraud by said agencies to attempt to

2    deprive me of my Sovereignty and/or property.

3    13. I, Kevin/Affiant, *proceeding sui juris*, by **Special Limited Appearance,** hereby waive,

4    cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or gratuity

5    associated with any of the aforementioned licenses, numbers, or certificates. I do

6    hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or

7    otherwise, implied in law or otherwise, with or without my consent or knowledge, as it

8    pertains to any and all property, real or personal, corporeal or incorporeal, obtained in

9    the past, present, or future. I am the sole and absolute legal owner and possess *allodial*

10   title to any and all such property.

11   14. I, Kevin/Affiant, *proceeding sui juris*, by **Special Limited Appearance,** also

12   revoke, cancel, and make **void *ab initio*** all powers of attorney, in fact, in

13   **presumption, or otherwise**, signed either by me or **anyone** else, claiming to act

14   on my behalf, with or without my consent, as such power of attorney pertains to

15   me or any property owned by me, by, but not limited to, any and all quasi/

16   colorable, public, governmental entities or corporations on the grounds of

17   constructive fraud, concealment, and nondisclosure of pertinent facts.

18   ## Claim of Entire ESTATE:

19   15. I, Kevin/Affiant, *proceeding sui juris*, by **Special Limited Appearance,** having

20   attained the age of majority and reason under divine law competent first-hand

21   witness to the truth and facts recited herein, hereby makes a claim against the

22   corpus, all property whether real or personal, **tangible or intangible**, **all deposit**

23   **accounts** blocked by reason of presumption of death of Claimant, cash, credit

24   lines, Credit default swap, all federal funds, collateralized debt obligation,

25   options, derivates, and futures received by the said court in the said county, state

26   and federal for the administration of the named estate, and all estates in agency,

27   including but not limited to KEVIN LEWIS WALKER, or by whatsoever name

28   the said ESTATE shall be called or *charged*.

16. THIS IS ACTUAL AND CONSTRUCTIVE NOTICE BY SPECIAL DEPOSIT FOR THE BENEFIT OF THE SECURED PARTY/GRANTEE BENEFICIARY/ CLAIMANT IN THIS TRUST ACTION FOR THE CLAIMANT'S CLAIM: Notice of absolute claim of all investment, commodity and trust deposit account contract with attached collateral and proceeds to secure collateral, along with claim of TRADENAME/TRADEMARK, COPYRIGHT/PATENT of the Name KEVIN LEWIS WALKER, my mind, body, soul of infants, spirit, and Live Borne Record, and reject and **rebuke <u>all</u> assumptions and presumptions** of being Property of any Cestui Que Vie Trust/ESTATE as mentioned under CANON 2055-2056, and assignment of all debt obligations to the Office of Secretary of the Treasury. Discharge all tax matters in accordance with but *not limited to*, U.C.C. 1-103, 2-202, 2-204, 2-206, 3-104, 3-311, 3-601, 3-603, 9-104, 9-105, 9-150, 9-509, and House Joint Resolution 192 of June 5 1933, public law 73-10, and 31 U.S.C. §§ 3123, 5118, and 18 U.S.C. 8.

17. You/Defendant(s)/Respondent(s), are **undisputedly** the <u>**DEBTORS**</u> in this matter.

18. You/Defendant(s)/Respondent(s) are **undisputedly <u>NOT</u>** the CREDITOR(S), or an ASSIGNEE(S) of the CREDITOR(S), in this matter.

19. You/Defendant(s)/Respondent(s) do <u>**NOT**</u> have power of attorney in any way.

20. You/Defendant(s)/Respondent(s) do <u>**NOT**</u> have <u>**any**</u> standing.

## 'state Citizen' vs 'citizen of the United States'

21. "**The fourteenth amendment <u>creates and defines</u> citizenship of the <u>United States</u>**. It had long been contended, and had been held by many learned authorities, and had never been judicially decided to the contrary, that there was no such thing as a citizen of the <u>U</u>nited <u>S</u>tates, except as that condition arose from citizenship of some state. No mode existed, it was said, of obtaining a citizenship of the <u>U</u>nited <u>S</u>tates, except by first becoming a citizen of some state. <u>***This question is now at rest.***</u> The fourteenth amendment defines and declares

1  who shall be citizens of the United States, to wit, "all persons born or

2  naturalized in the United States, and subject to the jurisdiction thereof." The

3  latter qualification was intended to exclude the children of foreign

4  representatives and the like. With this qualification, every person born in the

5  United States or naturalized is declared to be a citizen of the United States and of

6  the state wherein he resides." — UNITED STATES V. ANTHONY. [11 Blatchf.

7  200; 5 Chi. Leg. News. 462, 493; 17 Int. Rev. Rec. 197; 30 Leg. Int. 266; 5 Leg. Op.

8  63; 20 Pittsb. Leg. J. 199.] Circuit Court, N. D. New York. June 18, 1873.

9  22. "It is quite clear, then, that there is a citizenship of the United States** **and a**

10  citizenship of a State, which are distinct from each other and which depend

11  upon different characteristics or circumstances in the individual." — Slaughter

12  House Cases, 83 U.S. 36 (1872).

13  23. "We have in our political system a Government of the United States **and a government**

14  **of each of the several States.** Each one of these governments is distinct from the others,

15  and each has citizens of its own who owe it allegiance, and whose rights, within its

16  jurisdiction, it must protect. **The same person may be at the same time a citizen of the**

17  **United States and a Citizen of a State**, but his rights of citizenship under one of these

18  governments will be different from those he has under the other." — Slaughter House

19  Cases **United States vs. Cruikshank**, 92 U.S. 542 (1875).

20  24. "One may be a citizen of a State and yet not a citizen of the United States." —

21  Thomasson v. State, 15 Ind. 449; Cory v. Carter, 48 Ind. 327 (17 Am. R. 738);

22  McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443. [McDonel v. State, 90

23  Ind. 320, 323 (1883)] [underlines added].

24  25. "The first clause of the fourteenth amendment of the federal Constitution

25  made negroes citizens of the United States**, and citizens of the state in which

26  they reside, and thereby created **two classes** of citizens, one of the United

27  States** and the other of the state." — [4 Dec. Dig. '06, p. 1197, sec. 11]

28  ["Citizens" (1906), emphasis added].

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

26. "That there is **a citizenship of the United States and a citizenship of a state**, and the privileges and immunities of one are not the same as the other is well established by the decisions of the courts of this country." — [Tashiro v. Jordan, 201 Cal. 236 (1927)].

27. "... both before and after the Fourteenth Amendment to the federal Constitution, it has not been necessary for a person to be a citizen of the United States in order to be a citizen of his state." — [Crosse v. Board of Supervisors of Elections] [221 A.2d 431 (1966)].

28. "The privileges and immunities clause of the Fourteenth Amendment protects very few rights because it neither incorporates any of the Bill of Rights nor protects all rights of individual citizens. See Slaughter-House Cases, 83 U.S. (16 Wall.) 36, 21 L.Ed. 394 (1873). Instead, this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship." — [Jones v. Temmer, 829 F.Supp. 1226 (USDC/DCO 1993)]

29. The 1st clause of the fourteenth Amendment states: "All persons born or naturalized in the United States, **and** subject to the jurisdiction thereof, are citizens of the United States and the state wherein they reside."

30. The 1st clause of the fourteenth Amendment does not say: "All persons born or naturalized in the United States, **are** subject to the jurisdiction thereof . . . ."

31. The 1st clause of the fourteenth Amendment contains two **requirements** for United States citizenship: **(a)** that a person be born or naturalized in the United States **and (b)** that a person be subject to the jurisdiction of the United States.

## national/non-citizen national **aka** state Citizen

32. The **Department of State** document, "Certificates of Non-Citizen Nationality," located at *https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/us-citizenship/Certificates-Non-Citizen-Nationality.html* says — in part — in the 3rd paragraph: "Section 101(a)(21) of the INA defines the term '**national**' as 'a

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR RECORD DISCHARGE, SETTLEMENT, CLOSURE, AND DISMISSAL

1  person owing permanent allegiance to a state.' Section 101(a)(22) of the INA

2  provides that the term '**national** of the United States' includes all U.S. citizens as

3  well as persons who, though not citizens of the United States, owe permanent

4  allegiance to the United States (**non-citizen nationals**)."

5  33. **Title 8 U.S. Code 1101(a)(22) - Definition,** expressly stipulates, " **(22)**The term

6  "**national** of the United States" means (A) a citizen of the United States, or (B) a

7  person who, though not a citizen of the United States, owes permanent

8  allegiance to the United States."

9  34. **22 CFR § 51.2 - Passport issued to nationals only,** stipulates: (a) A passport may

10  be issued **only** to a U.S. **national**.

11  35. **22 CFR § 51.3 - Types of passports,** stipulates: (a) Regular passport. A regular

12  passport is issued to a **national** of the United States. (e) Passport card. A

13  passport card is issued to a **national** of the United States on the same basis as a

14  regular passport.

15  36. Attached is national's national/non-citizen national PASSPORT CARD

16  #C35510079 and PASSPORT BOOK #A39235161, as defined by **22 CFR § 51.2**

17  **and 22 CFR § 51.3 and** these DOCUMENTS unequivocally demonstrates that the

18  holder (Affiant) is a 'national,' as defined by these provisions. Attached hereto as

19  **Exhibits E and F** and incorporated herein by reference.

20  37. **Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and**

21  **internationally protected persons,** expressly stipulates that "foreign

22  government", "foreign official", "internationally protected person",

23  "international organization", "**national** of the United States", and "official

24  guest" have the *same meaning.*

25  38. Accordingly, it is **unequivocally true** that **Title 18 U.S. Code § 112 - Protection**

26  **of foreign officials, official guests, and internationally protected persons**

27  expressly stipulates that in additional to being a **national**, a national is *also*

28  considered a "foreign government", "foreign official", "internationally protected

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR SETOFF, DISCHARGE, SETTLEMENT, CLOSURE, AND ZEROING

1  person", "international organization", "**national** of the United States", and

2  "official guest."

3  39. This is CERTIFIED and undisputed as evidenced the attached **AFFIDAVIT**

4  **CERTIFICATE of** <u>STATUS, ASSETS, RIGHTS, JURISDICTION, AND</u>

5  <u>PROTECTIONS</u> **as national/non-citizen national, foreign government,**

6  **foreign official, internationally protected person, international organization,**

7  **secured party/secured creditor, and/or national of the United States,**

8  #RF661448964US. Attached hereto as **Exhibit G** and incorporated herein by

9  reference.

10  # DUE PROCESS VIOLATIONS

11  40. Affiant hereby **declares, states, and affirms** that Respondent(s)/Defendant(s),

12  specifically **Michael Hestrin**, possess valid contact and mailing information for

13  Affiant. This is evidenced by multiple correspondences conducted over the past

14  twelve months via **Registered Express** and/or **Certified Mail.** Numerous

15  documents were received by **Michael Hestrin** from Plaintiff(s), as confirmed by

16  various **USPS Form 3811 return receipts.**

17  41. At **no point** did Affiant receive notice of any charges being filed, nor any form of

18  notification, regarding **CASE/Trust Action** #SWM2303376.

19  42. Despite this established communication, Defendants proceeded with a

20  fraudulent, meritless, and baseless **CASE** and **Trust action** without providing

21  proper notice or **due process** to Plaintiffs and/or Affiant. This constitutes an

22  egregious violation of due process, and rights secured, protected, and

23  guaranteed by the Constitution, specifically:

24  • **Fifth (5th) Amendment**: The Fifth Amendment explicitly protects

25  individuals from being deprived of life, liberty, or property without due

26  process of law. Failure to provide proper notice and an opportunity to be

27  heard constitutes a deprivation of liberty and property without legal

28  justification.

- **Fourteenth (14th) Amendment**: Section 1 of the Fourteenth Amendment extends due process protections to actions taken by state actors, prohibiting any state from depriving any person of life, liberty, or property without due process of law. The Defendants, acting under color of state law, have blatantly disregarded this constitutional mandate by failing to notify Affiant or Plaintiffs of the case.

43. The actions of You/Respondents/Defendants undermine the fundamental **principles** of fairness and justice enshrined in the Constitution, denying Plaintiffs and/or Affiant the opportunity to be heard and to defend against the allegations. These due process violations not only infringe upon constitutional protections but also **erode public trust in the judicial system**

44. You/Respondent(s)/Defendant(s)' actions violate various U.S. Code sections including but not limited to the following:

- **42 U.S.C. § 1983** – which provides a civil remedy for individuals deprived of constitutional rights under the color of law. The lack of notice and due process constitutes a clear deprivation of rights under both the Fifth and Fourteenth Amendments.

- **18 U.S.C. § 241** – which criminalizes conspiracies to deprive individuals of their constitutional rights. Any coordinated effort or negligence leading to this denial of due process is punishable under this statute.

- **18 U.S.C. § 242** – which prohibits willful deprivation of constitutional rights under the color of law. By advancing legal proceedings without proper notice, Defendants have knowingly violated this protection.

45. **Affiant hereby declares, states, and alleges that this Affidavit Notice and Self-Executing Contract and Security Agreement is *prima facie* evidence of f**raud, **racketeering**, indentity theft, **treason,** breach of trust and fiduciary duties, extortion, coercion, deprivation of rights under the

1   color of law, conspiracy to deprive of rights under the color of law,

2   monopolization of trade and commerce, forced peonage, obstruction of

3   enforcement, extortion of a national/internationally protected person, false

4   imprisonment, torture, creating trusts in restraint of trade dereliction of

5   fiduciary duties, bank fraud, breach of trust, treason, tax evasion, bad faith

6   actions, dishonor, injury and damage to Affiant **and proof of claim. See**

7   *United States v. Kis,* **658 F.2d, 526 (7th Cir. 1981)., "Appellee had the**

8   **burden of first proving its prima facie case and could do so by affidavit**

9   **or other evidence."**

10   <u>**UNLAWFUL ARREST, IMPRISONMENT, AND TORTURE**</u>

11  46. On **December 31, 2024**, at approximately 9:32am I, Kevin: Walker, *sui juris*,

12   was **traveling** <u>**privately**</u> in a <u>private</u> conveyance/automobile, displaying a

13   '**PRIVATE**' plate, indicating I was 'not for hire' or operating commercially, and

14   the private automobile was not displaying a STATE plate of any sort . This

15   clearly established that the <u>private</u> automobile was '*not* **for hire'** or

16   '**commercial' use** and, therefore explicitly classifying the automobile as <u>private</u>

17   <u>property</u>, and <u>**NOT**</u> *within* any statutory and/or commercial jurisdiction.

18  47. On **December 31, 2024**, I, Kevin: Walker, *sui juris*, was **not** in violation of any law,

19   nor was I speeding, infringing, or trespassing upon the rights of any man or

20   woman. I was peacefully minding my own business and traveling to obtain

21   groceries for my family.

22  48. I, Kevin: Walker, *sui juris*, simply wish to be left alone in peace and **not** be

23   harassed, stalked, robbed, deprived under color of law, coerced into commercial

24   contracts, extorted, and forced into peonage and/or involuntary servitude.

25   <u>**THERE IS NO 'CORPUS DELICTI'**</u>

26  49. **I, Kevin: Walker, *sui juris*, state for the record,** there is no corpus delicti—no

27   injured party, no damaged property, and no sworn affidavit of harm from any

28   living man or woman. Therefore, this matter is *without* merit, lacks standing,

1    and constitutes an improper attempt to impose authority without lawful

2    jurisdiction. Any further action absent evidence of a valid cause of action is a

3    **violation of due process** and a **deprivation of rights under color of law.**

4  50. As a direct result of egregious due process violations and the initiation of a

5    fraudulent CASE/trust action **#SWM2303376** by You/Defendant(s)/

6    Respondent(s), against Affiant and Claimant(s), Affiant was subjected to an

7    unlawful arrest, physical restraint in the form of handcuffs, and acts constituting

8    **torture.** These actions inflicted severe mental trauma, undue stress, and

9    significant mental anguish upon Affiant, all in b**latant violation of**

10    **constitutional protections and fundamental principles of justice**.

11  51. The <u>private</u> automobile and ***trust property*** was **not** in *any* way displaying

12    STATE or government registration or stickers, and was displaying a PRIVATE

13    plate.

14  52. Upon being unlawfully stopped and arrested by Gregory D Eastwood, Robert C

15    V Bowman, William Pratt, and George Reyes, Affiant, informed **all Defendants**

16    who willfully **conspired** on the scene in violation of **18 U.S.C. §§ 241 and 242,**

17    that Affiant was a American national of the republic, non-citizen national/

18    national/internationally protected person, <u>**privately traveling**</u> in a <u>private</u>

19    automobile/conveyance, as articulated by Affiant and as also clearly evidenced

20    by the '**PRIVATE**' plate on the <u>private</u> automobile.

21  53. The <u>private</u> automobile is duly reflected on Private UCC Contract Trust/UCC1

22    filing **#2024385925-4** (Exhibit B).

23  54. **Under threat, duress, and coercion, and at gunpoint,** Gregory D Eastwood and

24    Robert C V Bowman were *presented* with American *national/non-citizen national*

25    PASSPORT CARD #C35510079 and PASSPORT BOOK #A39235161 (Exhibits E

26    and F).

27  55. You/Defendant/Respondents, acted against the Constitution, even when

28    reminded of their duties to support and uphold the Constitution.

-15 of 47-

# FRUIT OF THE POISONOUS TREE DOCTRINE

56. I, Kevin/Affiant, *proceeding sui juris*, by **Special Limited Appearance**, further asserts and establishes <u>on the record</u> that the undisputedly unlawful and unconstitutional stop, arrest, and subsequent actions of the Defendants/Respondents are in violation of the Fourth Amendment to the Constitution of the united States of America and constitute an unlawful arrest and seizure. The "**fruit of the poisonous tree**" doctrine, as articulated by the <u>**U.S. Supreme Court**</u>, establishes that ***any*** evidence obtained as a result of an unlawful stop or detainment is tainted and inadmissible in ***any*** subsequent proceedings. The unlawful actions of Gregory D. Eastwood, Robert C. V. Bowman, George Reyes, William Pratt, and Robert Gell including *but not limited to* the issuance of fraudulent citations/contracts under threat, duress, and coercion, render all actions and evidence derived therefrom *<u>void ab initio</u>*. See *Wong Sun v. United States*, 371 U.S. 471 (1963).

57. I, Kevin/Affiant, *proceeding sui juris*, hereby **declare, assert, and affirm that all** actions, evidence, and instruments obtained in connection with the unlawful stop and arrest are inadmissible and void as *fruits of the poisonous tree*. This includes, but is not limited to, Trust action/CASE/CONTRACT #SWM2303376 and/or Trust action/CASE/CONTRACT #B038555 **(Exhibit J)** and/or Trust action/CASE/CONTRACT #MISW2501134, which was executed under duress, threat, and coercion, while Affiant was unlawfully deprived of liberty and imprisoned against his will, without Affiant's consent.

58. **Again, for the record, I, Kevin/Affiant,** *proceeding sui juris*, **by** *Special Limited Appearance*, **I simply wish to be left alone in peace and not be harassed, stalked, robbed, deprived under color of law, coerced into commercial contracts, extorted, and/or forced into peonage and/or involuntary servitude.  I have NOT injured any man or woman nor have I damaged any property.**

1

# *CONDITIONAL ACCEPTANCE*

2 59. Affiant and/or Plaintiff(s), in **good faith, honorably,** and **conditionally accept** any and

3 all claims, actions, or proceedings brought forth by You/Defendant(s)/Respondent(s),

4 in this *fraudulent, coerced, retaliatory*, and *bad faith* CASE/OFFER/Trust action

5 (#SWM2303376), which is *void ab initio*, **upon the following** verified **proofs of claim,**

6 each of which must be supported by sworn affidavit and admissible evidence:

7 1. **Upon Proof of a Lawful Contract**: Verified proof of a valid, binding contract

8 or agreement bearing Affiant's wet-ink signature, entered into **knowingly,**

9 **willingly, and voluntarily**, with full disclosure of all material facts and

10 terms, without coercion, misrepresentation, or fraud.

11 2. **Upon Proof of Lawful Authority and Jurisdiction**: Verified proof that

12 You/Defendant(s)/Respondent(s) are not acting **under color of law**,

13 and that your actions do not constitute violations of Affiant's

14 constitutionally secured rights, including but not limited to **18 U.S.C. §**

15 **242** (deprivation of rights under color of law) and **42 U.S.C. § 1983** (civil

16 rights violations).

17 3. **Upon Proof of Jurisdiction and Standing**: Verified and sworn proof

18 substantiating the legal and factual **basis, jurisdiction, and legitimacy** of the

19 instant case or action, including the **legal nexus** connecting Affiant to the

20 statutory or administrative authority You/Respondent(s)/Defendant(s) are

21 attempting to invoke..

22 4. **Upon Proof of an Injured Party and *Corpus Delicti***: Verified complaint from

23 a **real, living, injured party**, not a LEGAL FICTION, corporation, or agency,

24 accompanied by **conclusive evidence of *corpus delicti***—the essential

25 elements proving a lawful injury or harm and the necessary jurisdictional

26 facts giving rise to a justiciable controversy.

27 5. **Upon Proof** from You/Defendant(s)/Respondent(s) that failure to provide

28 the above-mentioned essential proofs does NOT render this matter legally

1      deficient and *without* merit, nor call into question the validity and jurisdiction

2      of the case.

3  6.  **Upon Proof** from You/Defendant(s)/Respondent(s) CONTRACT/CASE/

4      OFFER and Trust Action #SWM2303376/B038555 was accepted

5      *intentionally, willfully*, and and indorsed, ***and*** not done so under threat,

6      duress, and/or coercion, and with full and complete disclosure.

7  7.  **Upon Proof** from You/Defendant(s)/Respondent(s) that the private

8      monetary instruments and/or acceptance presented herein does not setoff

9      and discharge any debts and obligation associated with these matters in

10      accordance with UCC § 3-603, 3-311, and House Joint Resolution 192 of June 5

11      1933 public law 73-10.

12  8.  **Upon Proof** from You/Defendant(s)/Respondent(s) of **Jurisdiction and**

13      **Authority:**

14        •  **Upon Proof from You/Defendant(s)/Respondent(s) that** the living

15        man, natural freeborn, sovereign, private man, and national of the

16        republic non-citizen national, Kevin, ***sui juris, In Propria Persona***, is

17        subject to your jurisdiction and authority.

18  9.  **Upon Proof from You/Defendant(s)/Respondent(s) of Lawful**

19      **Consideration:**

20        •  Provide evidence that the fraudulent, coerced, and extorted CASE

21        constitutes a ***valid*** contract supported by **lawful consideration,** which

22        was entered into **knowingly, willfully,** free **of coercion**, **threat,**

23        **intimidation**, or **other** f**elonious and bad faith action**s, with ***full and***

24        ***complete disclosure***. **Without mutual consent and valuable**

25        **consideration, no valid contract can exist under common law or UCC**

26        **principles.**

27  10. **Upon Proof from You/Defendant(s)/Respondent(s) that** <u>Title 8 U.S. Code</u>

28      <u>1101(a)(22) - Definition,</u> does **NOT** expressly stipulates, " **(22)**The term

1   "**national** of the United States" means (A) a citizen of the United States, *or*
2   (B) a person who, though **not** a citizen of the United States, owes permanent
3   allegiance to the United States.

4   11. **Upon Proof from You/Defendant(s)/Respondent(s)** that <u>28 U.S. Code §</u>
5   <u>3002(15) - Definitions</u> does **NOT** stipulate,"<u>U</u>nited <u>S</u>tates" means — **(A)** a
6   Federal corporation; **(B)** an agency, department, commission, board, or other
7   entity of the United States; or **(C)** an instrumentality of the United States.

8   12. **Upon Proof from You/Defendant(s)/Respondent(s) that,** the individual
9   may **NOT** stand upon his **constitutional rights** as a <u>c</u>itizen. He is NOT
10   entitled to carry on his **private** business in his own way. **His power to**
11   **contract is NOT** <u>unlimited.</u> He owes such duty [to submit his books and
12   papers for an examination] to the <u>S</u>tate, and upon proof that his rights are
13   NOT such as existed by the law of the land [Common Law] **long antecedent**
14   **to the organization of the <u>S</u>tate**, and CAN be taken from him without due
15   process of law, or in accordance with the Constitution. NOT among his
16   **rights** are a **refusal to incriminate himself**, and **the immunity of himself**
17   **and his property from arrest or seizure except under a warrant of the law,**
18   **and upon proof that h**e owes the public even though does not trespass upon
19   their rights. **See,** <u>Hale v. Henkel, 201 U.S. 43 at 47 (1905).</u>

20   13. **Upon Proof from You/Defendant(s)/Respondent(s) that** All laws
21   which are repugnant to the Constitution are **NOT** null and void. **See,**
22   <u>**Chief Justice Marshall, Marbury vs Madison, 5, U.S. (Cranch) 137,**</u>
23   <u>**174, 176 (1803).**</u>

24   14. **Upon Proof from You/Defendant(s)/Respondent(s)** that it was NOT
25   established under the Clearfield Doctrine, as articulated in *Clearfield Trust*
26   *Co. v. United States*, 318 U.S. 363 (1943), that when the government engages in
27   commercial or proprietary activities, it sheds its sovereignty and is subject to
28   the same rules and liabilities as any **<u>private</u>** corporation.

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

15. **Upon Proof from You/Defendant(s)/Respondent(s) that** it WAS NOT noted in *Land v. Dollar*, 338 US 731 (1947), "that when the government entered into a <u>commercial</u> field of activity, it left immunity behind." This principle is further affirmed in *Brady v. Roosevelt*, 317 U.S. 575 (1943); *FHA v. Burr*, 309 U.S. 242 (1940); and *Kiefer v. RFC*, 306 U.S. 381 (1939).

## FAILURE TO PROVIDE PROOF AND EVIDENCE

60. Absent a verified and sworn proof of claim as expressly demanded herein, You —Respondent(s)/Defendant(s)—are deemed to have **unequivocally agreed by tacit acquiescence** that any further attempt to prosecute, proceed, or interfere in these matters shall constitute **fraud, deprivation of rights under color of law, judicial fraud, malicious prosecution, conspiracy, racketeering (RICO),** and multiple violations of **federal law,** including but not limited to **18 U.S.C. §§ 241, 242, and 1962.**

61. Furthermore, Respondent(s)/Defendant(s) **agree and accept** that these matters must be immediately dismissed and terminated **with prejudice,** and that any continued action, omission, or obstruction shall constitute **willful and knowing misconduct under color of law,** exposing all involved to **personal liability,** commercial lien enforcement, and lawful remedy in equity. Affiant and/or Plaintiff(s) accept no liability for any damages arising from your failure to act in honor or law

## DEMAND FOR SETOFF, SETTLEMENT, CLOSURE, DISCHARGE, AND RELEASE OF CREDITS, PROCEEDS, AND ORDER

62. THIS IS ACTUAL AND CONSTRUCTIVE NOTICE BY SPECIAL DEPOSIT FOR THE BENEFIT OF THE SECURED PARTY/GRANTEE BENEFICIARY/CLAIMANT IN THIS TRUST ACTION FOR THE CLAIMANT'S CLAIM: Notice of absolute claim of all investment, commodity and trust deposit account contract with attached collateral and proceeds to secure collateral, along with claim of TRADENAME/

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR SETOFF, DISCHARGE SETTLEMENT, CLOSURE, AND DISMISSAL

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

1  TRADEMARK, COPYRIGHT/PATENT of the Name KEVIN L WALKER,
2  my mind, body, soul of infants, spirit, and Live Borne Record, and reject
3  and rebuke all assumptions and presumptions of being Property of any
4  Cestui Que Vie Trust/ESTATE as mentioned under **CANNON 2055-2056,**
5  and assignment of all debt obligation to the Office of Secretary of the
6  Treasury (31 § USC 3123, 18 § USC 8, and 31 USC 5118). Discharge this tax
7  matter (U.C.C. 3-601, 3-603, 3-409, 3-311, and House Joint Resolution 192 of
8  June 5, 1933, Public Law 73-10).

9  63. **All** charges are hereby **accepted** for accessed value and returned for value, with
10  honor, for **setoff,** and full settlement and satisfaction of all charges relating to
11  these matters, in accordance with the Uniform Commercial Code and House
12  Joint Resolution 192 of June 5, 1933, Public Law 73-10.

13  64. It is respectfully requested and **demanded** that the Court Release the credits,
14  proceeds, and Order to the Affiant and/or Claimants immediately.

15  ## House Joint Resolution 192 of June 5, 1933, *Public Law* 73-10

16  65. It is indisputable fact that **House Joint Resolution 192 of June 5, 1933, *Public***
17  ***Law* 73-10** expressly stipulates: "*every* **provision** contained in or made with
18  respect to **any** obligation which purports to give the obligee a right to require
19  payment in gold **or a particular kind of coin or currency**, or in an amount in
20  money of the United States measured thereby, **is declared to be against public**
21  **policy**; and **no such provision shall be contained in or made with respect to**
22  **any obligation hereafter incurred. Every obligation,** heretofore of hereafter
23  incurred, whether or not any such provision is contained therein or made with
24  respect thereto, **shall be discharged** upon payment, **dollar for dollar, in any**
25  **coin** or **currency** which at the time of payment is legal tender for public and
26  private debts." A **Library of Congress Certified Copy** of *The Public Statutes at*
27  *Large of the United States of America* from March 1933 to June 1934: House Joint
28  Resolution 192 of June 5, 1933, Public Law 73-10, is attached hereto as **Exhibit C.**

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

# SPECIAL DEPOSIT and MASTER INDEMNITY BOND

66. This notarized, authorized, and indorsed VERIFIED COMPLAINT itself acted as a BOND and/or MONETARY INSTRUMENT, as defined by **31 U.S. Code § 5312 and** U.C.C. **§ 3-104**, supplemented by the MASTER INDEMNITY BOND (Exhibit S), and that the BOND also satisfies the procedural and substantive requirements of **Rule 67 of the Federal Rules of Civil Procedure**. Exclusive equity supports this claim, as it ensures that no competing claims will infringe upon the Plaintiffs' established rights to this bond of and will be reported on the forms 1099-A, 1099-OID, and/or 1099-B, with Plaintiff(s) evidenced as the CREDITOR(S)

67. Janet Yellen (now Scott Bessent) and/or the U̲nited S̲tates Treasury is the registered holder and fiduciary of/for Plaintiff(s)' the private **Two Hundred Billion Dollar ($**200,000,000,000.00 **USD) 'MASTER DISCHARGE AND INDEMNITY BOND'** #RF661448567US, which was post deposited to private post registered account #RF 661 448 023 US. Said 'MASTER DISCHARGE AND INDEMNITY BOND' (#RF661448567US) expressly stipulates it is "insuring, underwriting, indemnifying, discharging, paying and satisfying **all** such account holders and accounts dollar for dollar against **a̲n̲y̲ ̲a̲n̲d̲ ̲a̲l̲l̲ ̲p̲r̲e̲-̲e̲x̲i̲s̲t̲i̲n̲g̲, c̲u̲r̲r̲e̲n̲t̲ a̲n̲d̲ ̲f̲u̲t̲u̲r̲e̲** losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations **as may exist or come to exist** during the term of this Bond… Each of the said account holders and accounts **shall be severally insured, underwritten and indemnified against a̲n̲y̲ ̲a̲n̲d̲ ̲a̲l̲l̲ ̲f̲u̲t̲u̲r̲e̲ ̲L̲i̲a̲b̲i̲l̲i̲t̲i̲e̲s̲ a̲s̲ ̲m̲a̲y̲ ̲a̲p̲p̲e̲a̲r̲,̲ ̲t̲h̲e̲r̲e̲b̲y̲ ̲i̲n̲s̲t̲a̲n̲t̲l̲y̲ ̲s̲a̲t̲i̲s̲f̲y̲i̲n̲g̲ ̲a̲l̲l̲ ̲s̲u̲c̲h̲ ̲o̲b̲l̲i̲g̲a̲t̲i̲o̲n̲s̲ ̲d̲o̲l̲l̲a̲r̲ ̲f̲o̲r̲ d̲o̲l̲l̲a̲r̲ ̲w̲i̲t̲h̲o̲u̲t̲ ̲e̲x̲c̲e̲p̲t̲i̲o̲n̲** through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity." A copy of 'MASTER DISCHARGE AND INDEMNITY BOND' #RF372320890US is attached hereto as **Exhibit L** and incorporated herein by reference, **and will**

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT IMPERSONATION OR SOUND EMINDS COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, **AND REQUEST AND DEMAND FOR** RELIEF, DISCHARGE, SETTLEMENT, CLOSURE, AND DISMISSAL

1    serve as a CAUTION and/or BOND for immediate adjustment and setoff of

2    any and all additional costs associated with these matters.

3    ## Gold Reserve Act of 1934, Public Law 73-87, Title III, Section 3

4    68. It is *undisputable* fact that **Gold Reserve Act of 1934, Public Law 73-87, Title III,**

5    **Section 3,** stipulates: "(a) *every* provision contained in or made with respect to

6    *any* obligation which purports to give the obligee a right to **require payment in**

7    gold or **a** *particular kind of coin or currency* of the United States, or in an

8    amount in money of the United States measured thereby, is declared to be

9    *against* public policy. (b) *Every* **obligation,** heretofore or hereafter incurred,

10   *shall be* __discharged__ upon payment, __dollar for dollar__, in *any* coin or currency

11   which at the time of payment is legal tender for **p**ublic and private** debts."

12   ## LEGAL STANDARDS, MAXIMS, and PRECEDENT

13   69. In support of this Affidavit and Notice and Self-Executing Contract and

14   Security Agreement Affiant cites the following established legal standards,

15   legal maxims, precedent, and principles:

16   ## NO QUALIFIED OR LIMITED IMMUNITY

17   1.  "When enforcing mere statutes, judges of all courts do not act

18       judicially (and thus are not protected by "qualified" or "limited

19       immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d

20       1404) - - "but merely act as an extension as an agent for the involved

21       agency -- but only in a "ministerial" and not a "discretionary

22       capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US

23       428; F.R.C. v. G.E., 281, U.S. 464.

24   2.  "Public officials are not immune from suit when they transcend their lawful

25       authority by invading constitutional rights." — AFLCIO v. Woodward, 406

26       F2d 137 t.

27   3.  "Immunity **fosters neglect and breeds irresponsibility** while liability

28       promotes care and caution, which caution and care is owed by the

government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

4.  "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court**, A025829.

5.  "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

6.  "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

7.  "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

8.  "the people, not the States, are sovereign." —Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

## Constitutional and State Protections for *Private* Rights

70. Affiant asserts that their **private, secured rights** are protected by the **United States Constitution**, the **Bill of Rights**, the **common law**, and **exclusive equity jurisdiction**, which together govern the individual's ability to contract freely, maintain dominion over private property, and be free from arbitrary interference by the State or its agents. The following legal authorities support the Affiant and/or Claimant's position:

• *"The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as*

existed by the law of the land [Common Law] long antecedent to the organization of the
State, and can only be taken from him by due process of law, and in accordance with the
Constitution. Among his rights are a refusal to incriminate himself, and the immunity of
himself and his property from arrest or seizure except under a warrant of the law. He owes
nothing to the public so long as he does not trespass upon their rights." — *Hale v. Henkel*,
201 U.S. 43, 47 (1905)

- "The claim and exercise of a constitutional right **cannot** be converted into a crime."
  — *Miller v. U.S.*, 230 F.2d 486, 489
- "Where rights secured by the Constitution are involved, there can be no rule making
  or legislation which would abrogate them."
  — *Miranda v. Arizona*, 384 U.S. 436
- "There can be no sanction or penalty imposed upon one because of this exercise of
  constitutional rights." — *Sherar v. Cullen*, 481 F.2d 945
- "A law repugnant to the Constitution is void."
  — *Marbury v. Madison*, 5 U.S. (1 Cranch) 137, 177 (1803)
- "It is not the duty of the citizen to surrender his rights, liberties, and immunities
  under the guise of police power or any other governmental power."
  — *Miranda v. Arizona*, 384 U.S. 436, 491 (1966)
- "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords
  no protection; it creates no office; it is, in legal contemplation, as inoperative as
  though it had never been passed."
  — *Norton v. Shelby County*, 118 U.S. 425, 442 (1886)
- "No one is bound to obey an unconstitutional law, and no courts are bound to
  enforce it."
  — *16 Am. Jur. 2d, Sec. 177; Late Am. Jur. 2d, Sec. 256*
- "Sovereignty itself remains with the people, by whom and for whom all government
  exists and acts."
  — *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886) *Supremacy Clause*

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

1    Affiant Claimant(s)/Plaintiff(s) respectfully assert and affirm that:

2 • **The Supremacy Clause** of the Constitution **of the United States (Article VI,**

3    **Clause 2) establishes** that **the Constitution,** federal laws made **pursuant to**

4    **it**, and treaties **made under its authority**, constitute the **"supreme Law of the**

5    **Land"**, and thus **take priority over any conflicting state laws.** It provides

6    that state courts are bound by, and state constitutions subordinate to, the

7    supreme law. However, federal statutes and treaties must be within the

8    parameters of the Constitution; **that is, they must be pursuant to** the federal

9    government's **enumerated powers**, and **not violate other constitutional**

10    **limits on federal power ...** As a constitutional provision identifying the

11    supremacy of federal law, the Supremacy Clause assumes the underlying

12    priority of federal authority, **albeit only when that authority is expressed in**

13    **the Constitution itself; no matter what** the federal or state governments

14    **might wish to do**, they **must** stay within the boundaries of the **Constitution.**

15    <u>**California State Constitution – Parallel Protections**</u>

16 71. Affiant asserts, under the **California Constitution**, Article I – Declaration of

17    Rights, the Affiant's rights are similarly preserved:

18 • **Section 1**: *"All people are by nature **free and independent** and have inalienable*

19    *rights. Among these are enjoying and defending life and liberty, acquiring,*

20    *possessing, and protecting property, and pursuing and obtaining safety, happiness,*

21    *and privacy."*

22 • **Section 7**: *"A person may **not** be deprived of life, liberty, or property without due*

23    *process of law..."*

24 • **Section 13**: *"The right of the people to be secure in their persons, houses, papers, and*

25    *effects against unreasonable seizures and searches may not be violated..."*

26 These provisions reiterate that the Defendant's private rights are secured not only by

27 the federal Constitution but also by the **organic law of California**, which exists in

28 harmony with and subordinate to the supreme law of the United States.

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT, DEFAMATION OF RIGHT UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR STOPPP, DISCHARGE, SETTLEMENT, CLOSURE AND DISMISSAL

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

# Supremacy Clause:

72. Affiant further affirms that the **Supremacy Clause** of the United States

Constitution, **Article VI, Clause 2**, provides that:

> "*This Constitution, and the Laws of the United States which shall be made in*
>
> *Pursuance thereof; and all Treaties made... shall be the **supreme Law of the Land***;
>
> *and the Judges in every State shall be **bound** thereby, any Thing in the Constitution*
>
> *or Laws of any State to the Contrary notwithstanding.*"

As such, federal constitutional protections ***override*** any conflicting state laws,

rules, or ordinances. State Courts, officers, and agents are **bound** to uphold the

federal Constitution as the **highest law of the land**. This authority, however, is

limited to acts made **in pursuance of the Constitution** — federal or state laws or

actions outside of constitutional limits are **null and void**Standing

# Federal Jurisdiction:

73. I, Kevin/ Affiant, ***sui juris,*** assert and affirm that it is further relevant to this

Affidavit that any violation of my Rights, Freedom, or Property by the U.S.

federal government, or any agent thereof, would be an illegal and unlawful

excess, clearly outside the limited boundaries of federal jurisdiction. My

understanding is that the jurisdiction of the U.S. federal government is defined

by Article I, Section 8, Clause 17 of the U.S. Constitution, quoted as follows:

> "The Congress shall have the power . . . To exercise exclusive legislation in all
>
> cases whatsoever, over such district (NOT EXCEEDING TEN MILES
>
> SQUARE) as may, by cession of particular states and the acceptance of
>
> Congress, become the seat of the Government of the United States, [District
>
> of Columbia] and to exercise like authority over all places purchased by the
>
> consent of the legislature of the state in which the same shall be, for the
>
> Erection of Forts, Magazines, Arsenals, dock yards and other needful
>
> Buildings; And - To make all laws which shall be necessary and proper for
>
> carrying into Execution the foregoing Powers..." [emphasis added]

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT  REPUDIATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR RECORD DISCHARGE, SETTLEMENT, CLOSURE AND DISMISSAL

1    *and* Article IV, Section 3, Clause 2:

2      "The Congress shall have the Power to dispose of and make all needful

3      Rules and Regulations respecting the Territory or other Property

4      belonging to the United States; and nothing in this Constitution shall be

5      so construed as to Prejudice any Claims of the United States, or of any

6      particular State."

7    The definition of the "United States" being used here, then, is limited to its

8    **territories**:

9    1) The District of Columbia

10    2) Commonwealth of Puerto Rico

11    3) U.S. Virgin Islands

12    4) Guam

13    5) American Samoa

14    6) Northern Mariana Islands

15    7) Trust Territory of the Pacific Islands

16    8) Military bases within the several states

17    9) Federal agencies within the several states

18    It does **not** include the several states **themselves**, as is confirmed by the

19    following cites:

20    • **"We have in our political system a Government of the United States**

21      **and a government of each of the several States.** Each one of these

22      governments is distinct from the others, and each has citizens of its

23      own who owe it allegiance, and whose rights, within its jurisdiction, it

24      must protect. **The same person may be at the same time a citizen of**

25      **the United States and a Citizen of a State**, but his rights of citizenship

26      under one of these governments will be different from those he has

27      under the other." Slaughter House Cases **United States vs.**

28      **Cruikshank**, 92 U.S. 542 (1875).

1    • "THE UNITED STATES GOVERNMENT IS A FOREIGN CORPORATION
2      WITH RESPECT TO A STATE." [emphasis added] **Volume 20: Corpus Juris**
3      **Sec**. §1785: NY re: Merriam 36 N.E. 505 1441 S.Ct.1973, 41 L.Ed.287.
4    This is further confirmed by the following quote from the Internal Revenue Service:
5      Federal jurisdiction "includes the District of Columbia, the Commonwealth
6      of Puerto Rico, the Virgin Islands, Guam, and American Samoa." - Internal
7      Revenue Code Section 312(e).
8    In **legal** terminology, the word "***includes***" means "***is limited to.***" When referring
9    to this "District" U̲nited S̲tates, the Internal Revenue Code uses the
10   terms"**WITHIN**" the U̲nited S̲tates. When referring to the several States, the
11   Internal Revenue Code uses the term "**WITHOUT**" the U̲nited S̲tates.
12   **Dozens, perhaps hundreds**, of court cases **evidence and prove** that federal
13   jurisdiction is *limited* to the few federal territory and/or 'areas' above indicated.
14   For example, in two Supreme Court cases, it was decided:
15   • "The laws of Congress in respect to those matters do not extend into the
16     territorial limits of the states, but have force only in the District of
17     Columbia, and other places that are within the exclusive jurisdiction of the
18     national government," **Caha v. United States**, 152 U.S., at 215.
19   • "We think a proper examination of this subject will show that the United
20     States never held any municipal sovereignty, jurisdiction, or right of soil in
21     and to the territory, of which Alabama or any of the new States were
22     formed..."
23   • "[B]ecause, the United States have no constitutional capacity to
24     exercise municipal jurisdiction, sovereignty, or eminent domain,
25     within the limits of a State or elsewhere, except in the cases in which it
26     is expressly granted..."
27
28

- "Alabama is therefore entitled to the sovereignty and jurisdiction over all the territory within her limits, subject to the common law," **Pollard v. Hagan**, 44 U.S. 221, 223, 228, 229.

Likewise, Title 18 of the United States Code at §7 specifies that the "territorial jurisdiction" of the United States extends only **outside** the boundaries of lands belonging to any of the several States.

**Therefore**, in addition to the fact that **no unrevealed federal contract can obligate me to perform in any manner without my fully informed and uncoerced consent,** likewise, **no federal statutes or regulations apply to me or have any jurisdiction over me.** I hereby affirm that I do not reside or work in any federal territory of the "District" United States, and that therefore no U.S. federal government statutes or regulations have any authority over me.

## Powers and Contractual Obligations of United States and State Government Officials

74. Affiant asserts and affirms the all U̲nited S̲tates and S̲tate government officials are hereby put on notice that I expect them to have recorded valid **Oaths of Office** in accordance with the U.S. Constitution, **Article VI**:

"The Senators and Representatives before mentioned, and the members of the several State Legislatures, and all executive and judicial officers, both of the United States and of the several States, shall be bound by oath or affirmation to support this Constitution..."

I understand that by their Oaths of Office all U.S. and State government officials are **contractually bound** by the U.S. Constitution as formulated by its framers, and not as "interpreted," subverted, or corrupted by the U.S. Supreme Court or other courts. According to the **Ninth Amendment** to the U.S. Constitution:

"The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people."

*and* the **Tenth Amendment** to the U.S. Constitution:

1   "The powers not delegated to the United States by the Constitution, nor
2   prohibited by it to the States, are reserved to the States respectively, or to the
3   people."
4   Thus, my understanding from these Amendments is that the powers of all U.S.
5   and State government officials are *limited* to those **specifically granted** by the
6   U.S. **Constitution.** I further understand that **any** laws, statutes, ordinances,
7   regulations, rules, and procedures contrary to the U.S. Constitution, as written
8   by its framers, are null and void, as expressed in the Sixteenth American
9   Jurisprudence Second Edition, Section 177.
10  The general misconception is that any statute passed by legislators bearing the
11  appearance of law constitutes the law of the land. The U.S. Constitution is the
12  supreme law of the land, and any statute, to be valid, must be in agreement. It is
13  impossible for both the Constitution and a law violating it to be valid; one must
14  prevail. This is succinctly stated as follows:
15  'The general rule is that an unconstitutional statute, though having the
16  form and name of law, is in reality no law, but is wholly void, and
17  ineffective for any purpose; since unconstitutionality dates from the
18  time of its enactment, and not merely from the date of the decision so
19  branding it. An unconstitutional law, in legal contemplation, is as
20  inoperative as if it had never been passed. Such a statute leaves the
21  question that it purports to settle just as it would be had the statute not
22  been enacted.'
23  'Since an unconstitutional law is void, the general principles follow that
24  it imposes no duties, confers no right, creates no office, bestows no
25  power or authority on anyone, affords no protection, and justifies no
26  acts performed under it...'
27  'A void act cannot be legally consistent with a valid one. An
28  unconstitutional law cannot operate to supersede any existing valid

law. Indeed, insofar as a statute runs counter to the fundamental law of the land, it is superseded thereby.'

'No one is bound to obey an unconstitutional law and no courts are bound to enforce it.'" [emphasis added]

As expressed once again in the U.S. Constitution, **Article VI:**

"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, **shall be** the **supreme law of the land**; **and the judges in every State shall be bound thereby**, anything in the Constitution or laws of any State to the contrary notwithstanding."

All U.S. and State government officials are therefore hereby put on notice that any violations of their contractual obligations and fiduciary duties to act in accordance with their U.S. Constitution, may result in prosecution to the full extent of the law, as well as the application of all available legal remedies to recover damages suffered by any parties damaged by any actions of U.S. and State government officials in violation of the U.S. Constitution.

75. ALL **ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

76. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.** (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind."

77. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

78. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

79. **AN** UNREBUTTED **AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

80. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

81. **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

82. **HE WHO LEAVES THE BATTLEFIELD FIRST** LOSES BY DEFAULT. (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it.

Executed *"without* the United States" in compliance with **28 USC § 1746**.

## **FURTHER AFFIANT SAYETH NOT.**

//

## *Some* Relevant U.C.C. Sections and Application

1. **U.C.C. § 1-103 – Supplementary General Principles of Law Applicable:** This section allows **common law** *principles* to supplement the UCC. Under the doctrine of **equity** and **fair dealing**, failure to provide the requested proof constitutes bad faith and silent acquiescence, tacit agreement, and tacit procuration to all of the the **fact and terms stipulated** in this Affidavit Notice and Self-Executing Contract and Security Agreement.

2. **U.C.C. § 1-308 – Reservation of Rights:** This section ensures that acceptance of an offer under duress or coercion does not waive any rights or defenses. By invoking U.C.C. § 1-308, Claimant(s)/Plaintiff(s) asserts that any compliance with your offer is made with *explicit reservation of rights*, **preserving all legal remedies**.

3. **U.C.C. § 2-204 – Formation in General:** This section establishes that a contract can be formed in any manner sufficient to show agreement, including conduct. By issuing the citation (an implied offer to contract), You/Dedenfant(s)/Respondent(s), have initiated a contractual relationship, which has been conditionally accepted with **new terms herein**.

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

4. **U.C.C. § 2-206 – Offer and Acceptance in Formation of Contract:**

Under this section, an offer can be accepted in any reasonable manner. By conditionally accepting the citation and dispatching this notice via USPS Certified, Registered, and/or Express mail, Claimant(s)/Plaintiff(s) has/have created a binding contract agreement and obligation which You/Defendant(s)/Respondent(s) are contractually bound and obligated to.

5. **U.C.C. § 2-202 – Final Written Expression:**

This provision ensures that the terms of this conditional acceptance supplement the original terms of the citation. By including these conditions, the issuing authority is bound to provide proof of their validity, failing which the conditional acceptance will be expressly stipulated as the final agreement.

## Legal and Procedural Basis

1. **Mailbox/Postal Rule:**

Under the mailbox rule, this Verified Affidavit and Notice is effective and considered accepted by You/Defendant(s)/Respondent(s) upon dispatch via Registered Mail, and/or Express Mail, and/or Certified Mail. The agreement becomes binding when the notice is sent, *not* when received. This binds the issuing authority to the terms outlined in this notice unless rebutted within the specified timeframe.

2. **Offer and Acceptance:**

Your citation constitutes an offer under contract law. This notice self-executing Contract and Security Agreement conditionally accepts your contract OFFER and supplements its terms under U.C.C. § 2-202. Failure to fulfill the new and final terms and conditions within the specified **three (3) day** timeframe constitutes **silent acquiescence, tacit agreement, and tacit procuration**.

## Legal Basis for Proof of Delivery via Registered Mail

Under well-established legal precedent, documents sent via **Registered Mail with return receipt requested (Form 3811)** are presumed **delivered upon mailing,**

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, MAILGGGG, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR RELEASE DISCHARGE, SETTLEMENT, CLOSURE, AND DISMISSAL

1  providing strong evidentiary proof of service. Courts have consistently upheld this

2  principle, reinforcing the **Mailbox Rule**, which states that a properly mailed

3  document is presumed received by the addressee unless convincingly rebutted.

## Key Legal Precedents Supporting Proof of Delivery

5  **1. U.S. v. Bowen, 414 F.2d 1268 (3rd Cir. 1969)** – The court held that when

6  **Registered Mail is sent with return receipt requested** and the receipt is signed,

7  it constitutes **prima facie evidence of delivery**, meaning the burden shifts to the

8  recipient to prove non-receipt.

9  **2. Hagner v. United States, 285 U.S. 427 (1932)** – The Supreme Court ruled that

10  mailing a document via **Registered Mail creates a strong presumption of**

11  **receipt** by the intended party, further solidifying the evidentiary weight of

12  proper mailing.

13  **3. NLRB v. Local Union No. 103, 434 U.S. 335 (1978)** – The Court established that a

14  **return receipt provides sufficient proof of service** unless rebutted with clear

15  and convincing evidence to the contrary.

16  **4. Federal Rules of Evidence (FRE) Rule 301** – Under this rule, a presumption

17  exists that a properly mailed document is **received by the intended recipient**,

18  shifting the burden of proof to the recipient to disprove delivery.

19  **5. 39 U.S.C. § 3009** – Governs the legality and evidentiary weight of **Registered**

20  **Mail**, affirming that mailing with proof of delivery (e.g., Form 3811) is **legally**

21  **sufficient evidence of receipt**.

22  **6. 26 U.S.C. § 7502** – This statute explicitly states that the **date of mailing is**

23  **deemed the date of filing or receipt** when Registered Mail is used, providing

24  strong evidentiary support for the **timely delivery and legal effect** of mailed

25  documents.

## Application of the Mailbox Rule

27  The **Mailbox Rule** dictates that once a document is properly addressed, stamped,

28  and deposited with the postal service, **it is presumed delivered and received by**

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR SETOFF, DISCHARGE, SETTLEMENT, CLOSURE, AND DISMISSAL

1   **the addressee**. Courts have repeatedly upheld this principle, ensuring that a party

2   cannot **simply deny receipt** to evade legal responsibility. When **Registered Mail**

3   **with return receipt requested** is used, the proof of mailing is further **reinforced by**

4   **the signed receipt**, making rebuttal even more difficult

5   **Legal Presumption of Delivery and Evidentiary Weight**

6   Based on established case law and statutory authority, **Registered Mail with return**

7   **receipt requested (Form 3811)** serves as **prima facie evidence of delivery** and

8   creates a strong presumption of receipt by the intended party. Under **U.S. v.**

9   **Bowen, Hagner v. United States, and NLRB v. Local Union No. 103**, this

10  presumption stands unless rebutted by clear and convincing evidence.

11  Furthermore, **26 U.S.C. § 7502** affirms that the date of mailing via **Registered Mail**

12  is deemed the date of filing or receipt, solidifying its evidentiary value. **Federal**

13  **Rules of Evidence Rule 301** shifts the burden to the recipient to prove non-receipt,

14  while **39 U.S.C. § 3009** reinforces the legal sufficiency of proof of delivery through

15  postal records.

16  Accordingly, any challenge to the delivery or receipt of documents sent via

17  **Registered Mail with return receipt** must meet a high evidentiary threshold,

18  ensuring that mailed documents are legally recognized as served and received.

19  <u>**RESPONSE DEADLINE: REQUIRED WITHIN THREE (3) DAYS:**</u>

20       A response and/or compensation and/or restitution payment must be

21  received within a deadline of **three (3) days.** At the "**Deadline**" is defined as 5:00

22  p.m. on the third (3rd) day after your receipt of this affidavit. "**Failure to respond**"

23  is defined as a blank denial, unsupported denial, inapposite denial, such as, "not

24  applicable" or equivalent, statements of counsel and other declarations by third

25  parties that lack first-hand knowledge of the facts, and/or responses lacking

26  verification, all such responses being legally insufficient to controvert the verified

27  statements herewith. See *Sieb's Hatcheries, Inc* and *Beasley, Supra*. Failure to

28  respond can result in **your acceptance of personal liability** external to qualified

1    immunity and waiver of any decision rights of remedy.

2    <u>**FAILURE TO RESPOND AND/OR PERFORM, REMEDY, AND SETTLEMENT**</u>

3      If You/Defendant(s)/Respondent(s) fail to respond and perform **within three (3)**

4    **days** of receiving this Affidavit Notice and Self- Executing Contract and

5    SecurityAgreement, with <u>verified</u> <u>evidence</u> of the above accompanied by an affidavit,

6    **sworn under the penalty of perjury, as required by law**, You/Defendant(s)/

7    Respondent(s), Michael Hestrin, Miranda Thomson, Chad Bianco, THE PEOPLE OF THE

8    STATE OF CALIFORNIA, MICHAEL HESTRIN, RIVERSIDE COUNTY DISTRICT

9    ATTORNEY, RIVERSIDE COUNTY, RIVERSIDE COUNTY SHERIFF**,** *Does 1-100 Inclusive,*

10   then You/Defendant(s)/Respondent(s) ***individually and collectively*** **fully agree** that you

11   must **act in** good faith **and** accordance with the Law, cease all conspiracy, fraud, identity

12   theft, embezzlement, deprivation under the color of law, extortion, embezzlement, bank

13   fraud, harassment, conspiracy to deprive, and other violations of the law, and

14   <u>TERMINATE these proceeding</u> *immediately,* and pay the below mentioned **Five**

15   **Hundred Thousand Dollar ($500,000.00 USD)** Restitution and Settlement payment, and

16   releasing **all** special deposit funds and/or Credits due to Affiant and/or Claimant(s)/

17   Plaintiff(s).

18   ## <u>Five Hundred Thousand ($500,000.00 USD) Restitution</u>

19   ## <u>Settlement Payment</u> *REQUIRED*

20      Furthermore, if You/Defendant(s)/Respondent(s) fail to respond and

21   perform **within three (3) days** from the date of receipt of this communication by

22   providing <u>verified</u> **evidence and proof** of the facts and conditions set forth herein,

23   accompanied by affidavits **sworn under penalty of perjury** **as required by law,**

24   You, Michael Hestrin, Miranda Thomson, Chad Bianco, THE PEOPLE OF THE

25   STATE OF CALIFORNIA, MICHAEL HESTRIN, RIVERSIDE COUNTY DISTRICT

26   ATTORNEY, RIVERSIDE COUNTY, RIVERSIDE COUNTY SHERIFF**,** *Does 1-100*

27   *Inclusive*, hereby agree that, within three (3) days of receipt of this contract offer,

28   You/Defendant(s)/Respondent(s) shall issue restitution payment in the total sum

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

1   certain of **Five Hundred Thousand U.S. Dollars ($500,000.00 USD)**, which **shall**
2   become **immediately** due and payable to Claimant(s)/Plaintiff(s).

## One Hundred Million Dollar ($100,000,000.00 USD) Default Judgement and Lien

5       If You/Defendant(s)/Respondent(s) fail to respond and perform **within**
6   **three (3) days** from the date of receipt of this communication, **as contractually**
7   **required**, You/Defendant(s)/Respondent(s) hereby individually and collectively,
8   fully agree, that the entire amount evidenced and itemized in Invoice
9   #RIVCOUNTYDIS25, totaling **One Hundred Million Dollar ($100,000,000.00)**,
10  **shall** become **immediately** due and payable in full.

11      **Furthermore,** if You/Respondent(s)/Defendant(s), fail to respond and
12  perform **within three (3) days** from the date of receipt of this communication, You/
13  Defendant(s)/Respondent(s), **individually and collectively, admit the statements**
14  **and claims** by TACIT PROCURATION, and completely agree that you/they
15  individually and collectively are guilty of fraud, **racketeering**, indentity theft,
16  **treason,** breach of trust and fiduciary duties, extortion, coercion, deprivation of
17  rights under the color of law, conspiracy to deprive of rights under the color of law,
18  monopolization of trade and commerce, forced peonage, obstruction of
19  enforcement, extortion of a national/internationally protected person, false
20  imprisonment, torture, creating trusts in restraint of trade dereliction of fiduciary
21  duties, bank fraud, breach of trust, treason, tax evasion, bad faith actions, dishonor,
22  injury and damage to Affiant.

## JUDGEMENT AND COMMERCIAL LIEN AUTHORIZATION

24      Moreover, if You/Defendant(s)/Respondent(s), fail to respond **within three (3)**
25  **days** from the date of receipt of this communication, you/they **individually and**
26  **collectively, fully and unequivocally Decree, Accept, fully Authorize** (in accord with
27  UCC section 9)**, indorse, support, and advocate for a** judgement, **and/or** SUMMARY
28  JUDGEMENT, **and/or** commercial lien **of One Hundred Million Dollars**

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT  DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR SETOFF, DISCHARGE, SETTLEMENT, CLOSURE, and DISMISSAL

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

1   ($100,000,000.00) **against** You/Respondent(s)/Defendant(s), Michael Hestrin, Miranda

2   Thomson, Chad Bianco, THE PEOPLE OF THE STATE OF CALIFORNIA, MICHAEL

3   HESTRIN, RIVERSIDE COUNTY DISTRICT ATTORNEY, RIVERSIDE COUNTY,

4   RIVERSIDE COUNTY SHERIFF, *Does 1-100 Inclusive*, **in favor of,** Claimant(s)/Plaintff(s),

5   and/or their lawfully designated ASSIGNEE(S).

6       **Finally,** If You/Respondent(s)/Defendant(s), **fail to respond within three (3)**

7   **days** from the date of receipt of this communication, **You/Defendant(s)/**

8   **Respondent(s)** *individually and collectively*, EXPRESSLY, FULLY, and

9   unequivocally <u>Authorize</u>, indorse, support and advocate for Claimant(s)/

10   Plaintiff(s), and/or their lawfully designated ASSIGNEE(S) to formally notify the

11   United States Treasury, Internal Revenue Service, the respective Congress (wo)man,

12   U.S. Attorney General, and/or any person, individual, legal fiction, and/or person,

13   or ens legis Affiant deems necessary, including but not limited to submitting the

14   requisite form(s) 1099-A, 1099-OID, 1099-C, 1096, 1040, 1041, 1041-V, 1040-V, 3949-

15   A, with the **One Hundred Million Dollars ($100,000,000.00 USD)** as the **income to**

16   **You/Defendant(s)/Respondent(s) and lost revenue and/or income to** Affiant, and/

17   or Claimant(s)/Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).

18   <u>**SUMMARY JUDGEMENT, U.C.C. 3-505 PRESUMED DISHONOR**</u>

19       Said income is <u>to be</u> <u>assessed and claimed</u> <u>as income</u> by/to You/Defendant(s)/

20   Respondent(s), **and/or** by filing a lawsuit followed by a DEMAND or similar for

21   SUMMARY JUDGEMENT as *a matter of law*, in accordance with California Code of

22   Civil Procedure § 437c(c) and Federal Rule of Civil Procedure 56(a), and/or executing an

23   **Affidavit Certificate of Non-Response, Dishonor, Judgement, and** Lien Authorization,

24   in accordance with U.C.C. § 3-505, and/or issue an ORDER TO PAY or BILL OF

25   EXCHANGE to the U.S. Treasury and IRS, said sum certain of One Hundred Million

26   Dollars ($100,000,000.00) for **immediate** credit to Affiant, and/or Claimant(s)/Plaintiff(s),

27   and/or their lawfully designated ASSIGNEE(S), with this Self-Executing Contract and

28   Security Agreement servings as *prima facie* **evidence** of You/Respondent(s)/

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR RECON, DISCHARGE, SETTLEMENT, CLOSURE and DISMISSAL

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

1  Defendant(s)'s **Verified** INDEBTEDNESS to Affiant, Affiant, and/or  Claimant(s)/

2  Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).

3         Should it be deemed necessary, the **Claimant(s)/Plaintiff(s) are** <u>fully Authorized</u>

4  <u>(</u>in accord with U.C.C § 9-509) to file a UCC commercial LIEN **and/or UCC1 Financing**

5  **Statement** to perfect interest and/or secure full satisfaction of the adjudged sum of One

6  Hundred Million Dollars ($100,000,000.00).

7              *ESTOPPEL* BY ACQUIESCENCE:

8         If the addressee(s) or an intended recipient of this notice fail to respond addressing

9  **each point, on a point by point basis, they individually and collectively accept** <u>all</u> **of the**

10 **statements, declaration, stipulations, facts, and claims as** TRUTH **and fact by** TACIT

11 **PROCURATION,** all issues are deemed settled RES JUDICATA, STARE DECISIS and

12 by COLLATERAL ESTOPPEL. You may **not** argue, controvert, or otherwise protest the

13 finality of the administrative findings in any subsequent process, whether administrative

14 or judicial.  (See Black's Law Dictionary 6th Ed. for any terms you do not *"understand"*).

15        **Your failure to completely answer and respond will result in your agreeing not to**

16 **argue, controvert or otherwise protest the finality of the administrative findings in any**

17 **process, whether administrative or judicial, as certified by Notary or Witness Acceptor**

18 **in an Affidavit Certificate of Non Response and/or Judgement, or similar**.

19        Should YOU **fail** to <u>respond, provide partial, unsworn, or incomplete answers,</u> such are

20 **not acceptable to me or to any court of law**. See, *Sieb's Hatcheries, Inc. v. Lindley,* 13 F.R.D. 113

21 (1952)., "Defendant(s) made no request for an extension of time in which to answer the request for

22 admission of facts and filed only an unsworn response within the time permitted," thus, under the

23 specific provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in question were **deemed admitted as**

24 **true. Failure to answer is well established in the court**. *Beasley v. U. S.,* 81 F. Supp. 518 (1948)., "I,

25 therefore, hold that the requests **will be considered as having been admitted**."  Also as previously

26 referenced, "Statements of **fact** contained in affidavits which are **not** rebutted by the opposing

27 party's **affidavit or pleadings** <u>may</u> be accepted as **true** by the trial court." --Winsett v. Donaldson,

28 244 N.W.2d 355 (Mich. 1976).

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR RETURN, DISCHARGE, SETTLEMENT, CLOSURE, AND DISMISSAL

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

Invoice # RIVCOUNTYDIS25

# INVOICE and/or TRUE BILL

Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):

It has come to OUR attention that you are **deemed guilty** of multiple felony crimes, violations of U.S. Code, U.C.C, the Constitution, and the law. You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm** to ™KEVIN WALKER© ESTATE, ™WG EXPRESS TRUST©, ™KEVIN WALKER© IRR TRUST and its/their beneficiary(ies), and their Fiduciary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:

| | | |
|---|---|---|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | $10,000,000.00 |
| 2. | 18 U.S. Code § 4 - Misprision of felony | $1,000,000.00 |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | $100,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | $200,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | $9,000,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | $9,000,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | $100,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | $100,000,000,000.00 |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | $900,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | $3,000,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | $11,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | $500,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | $100,000,000.00 |
| 14. | Use of ™KEVIN LEWIS WALKER©:                    x 4 | $3,000,000.00 |
| 15. | Fraud, conspiracy, obstruction, identity theft, extortion, bad faith actions, treason, monopolization of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable life, deprivation of rights under the color of law harassment, Waring against the Constitution, injury and damage: | $777,075,000,000.00 |

**Total Due:** **$100,000,000.00 USD**
**Good Faith Discount:** $999,500,000.00 USD
Total Due by 04/11/2025: $500,000.00 USD
Total Due after 04/11/2025: $100,000,000.00 USD

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

# EXHIBITS/ATTACHMENTS:

1. **Exhibit A:** 'Affidavit: Power of Attorney In Fact'

2. **Exhibit B:** Private UCC Contract Trust/UCC1 filing #2024385925-4.

3. **Exhibit C:** Library of Congress Certified Copy of *The Public Statutes at Large of the United States of America* from March 1933 to June 1934: House Joint Resolution 192 of June 5, 1933, Public Law 73-10

4. **Exhibit D: Affidavit Right of Travel** *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND #B6735991 (#RF661447751US).

5. **Exhibit E:** national/non-citizen national passport card #C35510079.

6. **Exhibit F:** national/non-citizen national passport book #A39235161.

7. **Exhibit G:** AFFIDAVIT CERTIFICATE of STATUS, ASSETS, RIGHTS, JURISDICTION, AND PROTECTIONS as national/non-citizen national, foreign government, foreign official, internationally protected person, international organization, secured party/secured creditor, and/or national of the United States, #RF661448964US.

8. **Exhibit H:** ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

9. **Exhibit I:** Revocation Termination and Cancelation of Franchise.

10. **Exhibit J:** CITATION/BOND #B038555, accepted under threat, duress, and coercion, with all rights reserved.

11. **Exhibit K:** Hold Harmless Indemnity Agreement

12. **Exhibit L:** Private Post Registered (with U.S. Treasury) $200,000,000,000.00 USD 'MASTER DISCHARGE AND INDEMNITY BOND,' #RF372320890US

13. **Exhibit M:** Affidavit and Contract and Security Agreement #RF775821397US / NOTICE OF CONDITIONAL ACCEPTANCE, CLAIM, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

14. **Exhibit L:** Affidavit and Contract and Security Agreement #RF775824416US / NOTICE OF DEFAULT, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY,

Trust action/CASE NO.: SWM2303376    Self-Executing Contract and Security Agreement    Registered Mail #RF775824858US    Dated: April 8, 2025

1  HARASSMENT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY

2  THEFT, EXTORTION, COERCION, **AND REQUEST AND DEMAND FOR** SETOFF,

3  DISCHARGE, SETTLEMENT, CLOSURE, AND DISMISSAL.

4  ## COMMERCIAL OATH AND VERIFICATION:

5  County of Riverside                    )

6                                              )          Commercial Oath and Verification

7  The State of California              )

8  I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding

9  in good faith being of sound mind states that the facts contained herein are true,

10  correct, complete and not misleading to the best of Affiant's knowledge and belief

11  under penalty of International Commercial Law and state this to be HIS Affidavit of

12  Truth regarding same signed and sealed this <u>8TH</u> day of <u>APRIL</u> in the year of Our

13  Lord two thousand and twenty five:

14

15                    **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

16          By: _____

17                    Kevin Walker, *Executor & Authorized Representative,*

18  Let this document stand as truth before the Almighty Supreme Creator and let it be

19  established before men according as the scriptures saith: *"But if they will not listen,*

20  *take one or two others along, so that every matter may be established by the testimony of two*

21  *or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*

22  *word be established" 2 Corinthians 13:1.*

23                    **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

24          By: _____

25                    Donnabelle Mortel *(WITNESS)*

26                    **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

27          By: _____

28                    Corey Walker **(WITNESS)**

-43 of 47-

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

# PROOF OF SERVICE

1

2   STATE OF CALIFORNIA          )

3                               )    ss.

4   COUNTY OF RIVERSIDE          )

5        I competent, over the age of eighteen years, and not a party to the within

6   action.  My mailing address is the Walkernova Group, care of: 30650 Rancho

7   California Road suite 406-251, Temecula, California [92591].  On **April 9, 2025**, I

8   served the within documents:

9   1.    NOTICE **OF DEFAULT AND OPPORTUNITY TO CURE, and** NOTICE OF FRAUD,

10  RACKETEERING, CONSPIRACY, HARASSMENT, DEPRIVATION OF RIGHTS UNDER

11  COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND

12  DEMAND FOR SETOFF, DISCHARGE, SETTLEMENT, CLOSURE, AND DISMISSAL

13  2.                          Exhibits A through L.

14  **By United States Mail.** I enclosed the documents in a sealed envelope or package

15  addressed to the persons at the addresses listed below by placing the envelope for

16  collection and mailing, following our ordinary business practices.  I am readily

17  familiar with this business's practice for collecting and processing correspondence

18  for mailing.  On the same day that correspondence is placed for collection and

19  mailing, it is deposited in the ordinary course of business with the United States

20  Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

21  employed in the county where the mailing occurred.  The envelope or package was

22  placed in the mail in Riverside County, California, and sent via Registered Mail

23  with a form 3811.

24              Wesley Hsu
             C/o  HONORABLE WESLEY HSU
25          350 West 1st Street, Courtroom 9B, 9th Floor
             Los Angeles, California [90012]
26          **Registered Mail** #RF775824861US with form 3811

27          Clerk(s), Agent(s), Fiduciary(ies), Trustee(s)
             C/o CLERK OF COURT / MENIFEE JUSTICE CENTER
28          30755 Auld Road - D

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR SETOFF, DISCHARGE, SETTLEMENT, CLOSURE, AND DISMISSAL

1  Murrieta, California [92563]
   **Registered Mail** #RF775824858US with form 3811

2
3  Pam Bondi
   C/o U.S. DEPARTMENT OF JUSTICE
   950 Pennsylvania Avenue
4  Washington, District of Colombia [20530-0001]
   **Registered Mail** #RF775824875US with form 3811

5  Kash Patel
   C/o FBI Headquarters
6  935 Pennsylvania Avenue, North West
   Washington, District of Colombia [20535-0001]
7  **Registered Mail** #RF775824889US with form 3811

8  Michael Hestrin and Miranda Thomson
   C/o OFFICE OF THE DISTRICT ATTORNEY
9  3960 Orange Street
   Riverside, California [92501]
10 **Registered Mail** #RF775824892US with form 3811

11 Steve Bessent
   C/o Department of the Treasury
12 1500 Pennsylvania Avenue, North West
   Washington, District of Colombia [20220]
13 **Registered Mail** #RF77582401US with form 3811

14    **By Electronic Service.** Based on a contract, and/or court order, and/or an

15 **agreement of the parties** to accept service by electronic transmission, I caused the

16 documents to be sent to the persons at the electronic notification addresses listed

17 below.

18 Wesley Hsu
   C/o HONORABLE WESLEY HSU
19 350 West 1st Street, Courtroom 9B, 9th Floor
   Los Angeles, California [90012]
20 WLH_Chambers@cacd.uscourts.gov

21 Gregory D Eastwood, Robert C V Bowman, George Reyes, William
   Pratt, Robert Gell, Joseph Sinz, Nicholas O Gruwell,
22 C/o MENIFEE JUSTICE CENTER
   30755 Auld Road - D
23 Murrieta, California [92563]
   ssherman@law4cops.com
24 jsinz@riversidesheriff.org
   wpratt@riversidesheriff.org
25
   Pam Bondi
26 C/o U.S. DEPARTMENT OF JUSTICE
   950 Pennsylvania Avenue
27 Washington, District of Colombia [20530-0001]
   crm.section@usdoj.gov
28
   Kash Patel

-45 of 47-

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

1    C/o  FBI Headquarters
     935 Pennsylvania Avenue, North West
2    Washington, District of Colombia [20535-0001]
     crm.section@usdoj.gov

3    Rob Bonta
     C/o  OFFICE OF THE ATTORNEY GENERAL
4    1300 "I" Street
     Sacramento, California [95814-2919]
5    police-Practices@doj.ca.gov

6    Michael Hestrin and Miranda Thomson
     C/o  OFFICE OF THE DISTRICT ATTORNEY
7    3960 Orange Street
     Riverside, California [92501]
8    DAOffice@rivco.org

9        I declare under penalty of perjury under the laws of the State of California

10   that the above is true and correct.  Executed on **April 8, 2025** in Riverside County,

11   California.

12                                         _____/s/Donnabelle Mortel/_____
                                                Donnabelle Mortel

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25                                      <u>NOTICE:</u>

26   Using a notary on this document does ***not*** constitute any adhesion, ***nor does it alter***

27   ***my status in any manner.*** The purpose for notary is verification and identification

28   only and not for entrance into any foreign jurisdiction.

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT  DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR STUDY FOR WAIVER SETTLEMENT, CLOSURE  AND DISMISSAL

Trust action/CASE NO.: SWM2303376 — Self-Executing Contract and Security Agreement — Registered Mail #RF775824858US — Dated: April 8, 2025

1

# JURAT:

2

3    State of Riverside          )

4    County of California        ) ss.
                                  )

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

5    Subscribed and ~~sworn~~ to (or affirmed) before me on this 8th day of  April,  2025 by Kevin Walker proved to

6    me on  the basis of satisfactory evidence to be the person(s) who appeared before me.

7

8    _Joyti Patel_,_____ Notary public
              print

9    _Joytilatel_____ Seal:

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, and NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, HARASSMENT DEPRIVATION OF RIGHTS UNDER COLOR OF LAW; IDENTITY THEFT, EXTORTION, COERCION, AND REQUEST AND DEMAND FOR SETOFF DISCHARGE, SETTLEMENT, CLOSURE AND DISMISSAL



**FROM:**
KEVIN WALKER ESTATE
℅ 30650 Rancho California Road
# 406-251
Temecula, California [92591]

**TO:**
Wesley Hsu
℅ HONORABLE WESLEY HSU
350 West 1st Street, Room 9B
Los Angeles, California [90012]



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.