Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: April 17, 2025

Kevin Walker, *sui juris, In Propria Persona*
C/o 30650 Rancho California Road #406-251
Temecula, California [92591]
non-domestic *without* the United States
Email: team@walkernovagroup.com



FILED
CLERK, U.S. DISTRICT COURT

APR 21 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

*Plaintiff, Real Party In Interest, Injured Party*
™KEVIN WALKER©

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

Kevin Walker, *sui juris*
  *Plaintiff/Real Party in Interest/Injured Party*

  *vs.*

Chad Bianco,
Steven Arthur Sherman,
Gregory D Eastwood,
Robert C V Bowman,
George Reyes,
William Pratt,
Robert Gell,
Nicholas Gruwell,
Joseph Sinz,
Michael Hestrin,
Miranda Thomson,
RIVERSIDE COUNTY SHERIFF,
THE PEOPLE OF THE STATE OF
CALIFORNIA,
MENIFEE JUSTICE CENTER,
FERGUSON PRAET & SHERMAN A
PROFESSIONAL CORPORATION,
*Does 1-100 Inclusive,*
                *Defendant(s).*

Case No.: 5:25-cv-00646-WLH-MAA

**NOTICE OF FILING FIRST AMENDED <u>VERIFIED</u> COMPLAINT AS A MATTER OF COURSE**

**COMES NOW,** Plaintiff ™Kevin Walker (hereinafter "Plaintiff" and/or "Real Party in Interest"), who is proceeding *sui juris, In Propria Persona*, and by *Special Limited Appearance* (NOT generally).

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

Page 1 of 8

1

2   Pursuant to **Federal Rule of Civil Procedure 15(a)(1)**, Plaintiff hereby files this **First**

3   **Amended Verified Complaint**, which supersedes the original complaint filed in

4   this matter.

5   As of the date of this filing:

6    •   No Defendant has filed a responsive pleading or motion under Rule 12; and

7    •   Plaintiff is therefore entitled to amend as **a matter of course** *without* leave of

8      Court.

9   This amended complaint removes all references to previously named trust or estate

10   entities and proceeds solely in the name of **Kevin Walker**, who is proceeding *sui*

11   *juris, In Propria Persona*, and by *Special Limited Appearance* (NOT generally), in

12   his individual capacity as *Real Party in Interest,* and **Secured Party**.

13           # LIST OF EXHIBITS / EVIDENCE:

14   1. E**xhibit A: Affidavit: Power of Attorney In Fact'**

15   2.E**xhibit B:** Hold Harmless Agreement

16   3. E**xhibit C:** Private UCC Contract Trust/UCC1 filing #2024385925-4.

17   4. E**xhibit D:** Private UCC Contract Trust/UCC3 filing ##2024402990-2 .

18   5. E E**xhibit E:** Contract Security Agreement #RF775820621US, titled: NOTICE OF

19   CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING,

20   CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW,

21   IDENTITY THEFT, EXTORTION, COERCION, TREASON.

22   6. E**xhibit F:** Contract Security Agreement #RF775821088US, titled: NOTICE OF

23   DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF

24   RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION,

25   COERCION, TREASON

26   7. E**xhibit G:** Contract Security Agreement #RF775822582US, titled: NOTICE OF

27   DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD,

28   RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — **Dated:** April 17, 2025

1  COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION,
2  KIDNAPPING.

3  8. **Exhibit H**: Contract Security Agreement #RF775823645US, titled:  Affidavit
4  Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN
5  AUTHORIZATION.

6  9. **Exhibit I**: Form 3811 corresponding to Exhibit E.

7  10. **Exhibit J**: Form 3811 corresponding to Exhibit F.

8  11. **Exhibit K**: Form 3811 corresponding to Exhibit G.

9  12. **Exhibit L**: Form 3811 corresponding to Exhibit H.

10  13. **Exhibit M:** INVOICE/TRUE BILL #RIVSHERTREAS12312024

11  14. **Exhibit N:** Copy of 'MASTER DISCHARGE AND INDEMNITY BOND'
12  #RF661448567US.

13  15.**Exhibit O**: Photograph(s) of Defendant/Respondent Gregory D Eastwood.

14  16. **Exhibit P**: Photograph(s) of Defendant/Respondent Robert C V Bowman.

15  17. **Exhibit Q**: Photograph(s) of Defendant/Respondent Willam Pratt.

16  18. **Exhibit R:** Affidavit 'Right to Travel': *CANCELLATION*, TERMINATION, AND
17  REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT
18  and AGREEMENT. LICENSE/BOND # B6735991

19  19. **Exhibit S:**  Revocation Termination and Cancelation of Franchise.

20  20. **Exhibit T:**  CITATION/BOND #TE464702, accepted **under threat, duress, and**
21  **coercion**.

22  21. E**xhibit U:**  Private Transport's PRIVATE PLATE displayed on the automobile

23  22. E**xhibit V:** Copy of "Automobile" and "commercial vehicle" defined by DMV
24  (Department of Motor Vehicles).

25  23._ **Exhibit W:** Copy of CA CODE § 260 from https://leginfo.legislature.ca.gov.

26  24. **Exhibit X:** national/non-citizen national passport card #C35510079.

27  25. **Exhibit Y:** national/non-citizen national passport book #A39235161.

28  26.**Exhibit Z:** ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

NOTICE OF FILING FIRST AMENDED VERIFIED COMPLAINT AS A MATTER OF COURSE

Case No. 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: April 17, 2025

27. **Exhibit AA:** A copy of American Bar Association's 'Attorney In Fact' Definition.

28. **Exhibit BB:** A Copy of Rule 8.4: (Misconduct) of the American Bar Association.

//

# COMMERCIAL OATH AND VERIFICATION:

County of Riverside )

)      Commercial Oath and Verification

The State of California )

I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this <u>17TH</u> day of <u>APRIL</u> in the year of Our Lord two thousand and twenty five:

proceeding *sui juris, In Propria Persona,* by *Special Limited Appearance,*
**All rights reserved without prejudice and without recourse.**

By: _____

Kevin Walker, national, *Secured Party*

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

*sui juris,* By *Special Limited* Appearance,

By: _____

Donnabelle Mortel (Witness)

*sui juris,* By *Special Limited* Appearance,

By: _____

Corey Walker (Witness)

NOTICE OF FILING FIRST AMENDED VERIFIED COMPLAINT AS A MATTER OF COURSE

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — **Dated:** April 17, 2025

# PROOF OF SERVICE

1

2  STATE OF CALIFORNIA                     )

3                                          )        ss.

4  COUNTY OF RIVERSIDE                     )

5        I competent, over the age of eighteen years, and not a party to the within

6  action.  My mailing address is the Delfond Group, care of: 30650 Rancho California

7  Road suite 406-251, Temecula, California [92591].  On or before **April 17, 2025**, I

8  served the within documents:

9  **1.      [AMENDED] VERIFIED COMPLAINT FOR FRAUD, BREACH OF**

10  **CONTRACT, THEFT, DEPRIVATION OF RIGHTS UNDER THE COLOR OF**

11  **LAW, CONSPIRACY, RACKETEERING, KIDNAPPING, TORTURE, and**

12  **SUMMARY JUDGEMENT AS *A MATTER OF LAW.***

13  **2.                    Exhibits A through BB.**

14  **3.    NOTICE OF FILING FIRST AMENDED VERIFIED COMPLAINT AS A**

15  **MATTER OF COURSE**

16  **By United States Mail.**  I enclosed the documents in a sealed envelope or package

17  addressed to the persons at the addresses listed below by placing the envelope for

18  collection and mailing, following our ordinary business practices.  I am readily

19  familiar with this business's practice for collecting and processing correspondence

20  for mailing.  On the same day that correspondence is placed for collection and

21  mailing, it is deposited in the ordinary course of business with the United States

22  Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

23  employed in the county where the mailing occurred.  The envelope or package was

24  placed in the mail in Riverside County, California, and sent via Registered Mail

25  with a form 3811.

26        **Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt,**
      **Robert Gell, Joseph Sinz, Nicholas Gruwell,**

27      C/o RIVERSIDE SHERIFF
      30755-D Auld Road, Suite L-067

28      Murrieta, California [92563]

Page 5 of 8

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: April 17, 2025

1

**Registered Mail** #RF775824929US

2

**Steven-Arthur: Sherman**
C/o STEVEN ARTHUR SHERMAN
1631 East 18th Street

3

Santa Ana, California [92705-7101]
**Registered Mail** #RF775824932US, with form 3811

4

5

**Chad: Bianco**
C/o  RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor

6

Riverside, California [92501]
**Registered Mail** #RF775824946US, with form 3811

7

8

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
350 West 1st Street, Courtroom 9B, 9th Floor

9

Los Angeles, California [90012
**Registered Mail** #RF775824950US, with form 3811

10

11

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
255 East Temple Street, Suite TS-134

12

Los Angeles, California [90012]
**Registered Mail** #RF775824977US, with form 3811

13

14

**Pam Bondi**
C/o U.S. Department of Justice
950 Pennsylvania Avenue, North West

15

Washington, District of Colombia [20530]
**Registered Mail** #RF775824963US, with form 3811

16

17

**Miranda Thomson, Michael Hestrin**
C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF

18

THE STATE OF CALIFORNIA
3960 Orange Street

19

Riverside, California [92501]
**Registered Mail** #RF775825102US, with form 3811

20

**By Electronic Service.** Based on a contract, and/or court order, and/or an

21

agreement of the parties to accept service by electronic transmission, I caused the

22

documents to be sent to the persons at the electronic notification addresses listed

23

below.

24

**Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas Gruwell,**

25

C/o RIVERSIDE SHERIFF
30755-D Auld Road, Suite L-067

26

Murrieta, California [92563]
rsoscscentral@riversidesheriff.org

27

jsinz@riversidesheriff.org
wpratt@riversidesheriff.org

28

NOTICE OF FILING FIRST AMENDED VERIFIED COMPLAINT AS A MATTER OF COURSE

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: April 17, 2025

1
2
3
4

**Steven-Arthur: Sherman**
C/o STEVEN ARTHUR SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]
ssherman@law4cops.com
csherman@law4cops.com

5
6
7
8
9

**Chad: Bianco**
C/o  RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
ssherman@law4cops.com
csherman@law4cops.com
rsoscscentral@riversidesheriff.org
jsinz@riversidesheriff.org
wpratt@riversidesheriff.org

10
11
12

**Patricia Guerrero**
C/o Judicial Council of California
455 Gold Gate Avenue
San Francisco, California [94102]
judicialcouncil@jud.ca.gov

13
14
15

**Rob Bonta**
C/o Office of the Attorney General
1300 "I" Street
Sacramento, California [95814-2919]
Police-Practices@doj.ca.gov

16
17
18

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
350 West 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California [90012]
WLH_Chambers@cacd.uscourts.gov

19
20
21

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
255 East Temple Street, Suite TS-134
Los Angeles, California [90012]
MAA_Chambers@cacd.uscourts.gov

22
23
24

**Pam Bondi**
C/o U.S. Department of Justice
950 Pennsylvania Avenue, North West
Washington, District of Colombia [20530]
crm.section@usdoj.gov

25
26
27

**Miranda Thomson, Michael Hestrin**
C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF
THE STATE OF CALIFORNIA
3960 Orange Street
Riverside, California [92501]
DAOffice@rivco.org

28

I declare under penalty of perjury under the laws of the State of California

NOTICE OF FILING FIRST AMENDED VERIFIED COMPLAINT AS A MATTER OF COURSE

that the above is true and correct. Executed on April 17, 2025 in Riverside County,

California.

_____/s/Corey Walker/_____
Corey Walker

//

**NOTICE:**

Using a notary on this document does **not** constitute any adhesion, ***nor does it alter my status in any manner.*** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

## ACKNOWLEDGEMENT:

State of California                    )

                                      ) ss.

County of Riverside                   )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On this 17th day of April, 2025, before me, Joyti Patel, a Notary Public, personally appeared Kevin Walker, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> JOYTI PATEL
> Notary Public - California
> Riverside County
> Commission # 2407742
> My Comm. Expires Jul 8, 2026

Signature _Joyti Patel_____ (Seal)

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — **Dated:** April 17, 2025

1  Kevin Walker, *sui juris, In Propria Persona*
   C/o 30650 Rancho California Road #406-251
2  Temecula, California [92591]
3  non-domestic *without* the United States
   Email: team@walkernovagroup.com
4

5  *Plaintiff, Real Party In Interest, Injured Party*
6  ™KEVIN WALKER©

7

8              UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10 **Kevin Walker**, *sui juris*          Case No.: 5:25-cv-00646-WLH-MAA
       *Plaintiff/Real Party in Interest/Injured Party*
11                                        **[AMENDED] VERIFIED COMPLAINT FOR:**
             *vs.*
12 Chad Bianco,                           1.  **FRAUD AND MISREPRESENTATION**
                                          2.  **BREACH OF CONTRACT**
13 Steven Arthur Sherman,                 3.  **THEFT, EMBEZZLEMENT, AND**
   Gregory D Eastwood,                        **FRAUDULENT MISAPPLICATION OF**
14 Robert C V Bowman,                         **FUNDS AND ASSETS**
   George Reyes,                          4.  **FRAUD, FORGERY, AND UNAUTHORIZED**
15 William Pratt,                             **USE OF IDENTITY**
   Robert Gell,                           5.  **MONOPOLIZATION OF TRADE AND**
16 Nicholas Gruwell,                          **COMMERCE, AND UNFAIR BUSINESS**
                                              **PRACTICES**
17 Joseph Sinz,                           6.  **DEPRIVATION OF RIGHTS UNDER**
   Michael Hestrin,                           **COLOR OF LAW**
18 Miranda Thomson,                       7.  **RECEIVING EXTORTION PROCEEDS**
   **RIVERSIDE COUNTY SHERIFF,**          8.  **FALSE PRETENSES AND FRAUD**
19 **THE PEOPLE OF THE STATE OF**         9.  **THREATS AND EXTORTION**
   **CALIFORNIA,**                        10. **RACKETEERING**
20                                        11. **BANK FRAUD**
   **MENIFEE JUSTICE CENTER,**            12. **FRAUDULENT TRANSPORTATION AND**
21 **FERGUSON PRAET & SHERMAN A**             **TRANSFER OF STOLEN GOODS AND**
   **PROFESSIONAL CORPORATION,**              **SECURITIES**
22 *Does 1-100 Inclusive,*                13. **TORTURE**
                   *Defendant(s).*        14. **KIDNAPPING**
23                                        15. **FORCED PEONAGE**
                                          16. **UNLAWFUL INTERFERENCE,**
24                                            **INTIMIDATION, EXTORTION, AND**
                                              **EMOTIONAL DISTRESS**
25                                        17. **DECLARATORY JUDGEMENT & RELIEF**
                                          18. **DEMAND FOR SUMMARY JUDGEMENT**
26                                            **AS A MATTER OF LAW** - *CONSIDERED,*
                                              *ACCEPTED, AGREED, AND STIPULATED*
                                              **ONE TRILLION ($1,000,000,000,000.00)**
                                              **JUDGEMENT AND LIEN.**

27 **COMES NOW**, Plaintiff ™Kevin Walker (hereinafter "Plaintiff" and/or "Real

28 Party in Interest"), who is proceeding *sui juris, In Propria Persona*, and by *Special*

1 *Limited Appearance* (NOT generally). Kevin is **natural** *freeborn* sovereign and state
2 Citizen of California **the republic** in its **De'jure** capacity as one of the several states
3 of the Union 1789. This incidentally makes him a non-citizen national/national
4 American Citizen of the republic as per the **De'Jure Constitution for the United**
5 **States 1777/1789.**

6 Plaintiff, appearing by *Special Limited Appearance, sui juris,* and *In Propria*
7 *Persona*, asserts his *unalienable* right to **contract**, as secured by **Article I, Section 10**
8 of the **Constitution**, which states: "No State shall... pass any Law impairing the
9 Obligation of Contracts," and thus which *prohibits* states from impairing the
10 obligation of **contracts**.

11 This clause **unequivocally** prohibits states from impairing the obligation of
12 contracts, including but not limited to, a trust and contract agreement as an
13 '*Attorney-In-Fact*,' and any private contract existing between Plaintiff and
14 Defendants. A copy of the 'Affidavit: Power of Attorney In Fact,' is attached hereto
15 as **Exhibits A** and incorporated herein by reference.

16 Plaintiff further invokes his inherent unalienable rights under the **Constitution** and
17 the **common law** — rights that **predate** the formation of the tatse and remain
18 safeguarded by **due process of law**.

19 ## Constitutional Basis:

20 Plaintiff asserts that their **private rights** are secured *and* protected under the
21 **Constitution, common law**, and **exclusive equity**, which govern their ability to
22 freely contract and protect their property and interests..

23 Plaintiff respectfully asserts and affirms:

24 • "The individual may stand upon his constitutional rights as a citizen. He is
25 entitled to carry on his **private** business in his own way. **His power to**
26 **contract is** *unlimited.* He owes no such duty [to submit his books and papers
27 for an examination] to the State, since he receives nothing therefrom, beyond
28 the protection of his life and property. His rights are such as existed by the

-2 of 116-

[AMENDED] VERIFIED COMPLAINT FOR FRAUD, BREACH OF CONTRACT, THEFT, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, CONSPIRACY, RACKETEERING, KIDNAPPING, TORTURE, and SUMMARY JUDGEMENT AS A MATTER OF LAW

1     law of the land [Common Law] long antecedent to the organization of the

2     State, and can only be taken from him by due process of law, and in

3     accordance with the Constitution. Among his rights are a refusal to

4     incriminate himself, and the immunity of himself and his property from

5     arrest or seizure except under a warrant of the law. He owes nothing to the

6     public so long as he does not trespass upon their rights." (*Hale v. Henkel*, 201

7     U.S. 43, 47 [1905]).

8     • "The claim and exercise of a constitutional **right** **cannot** be converted into a

9     crime." — Miller v. U.S., 230 F 2d 486, 489.

10     • "Where **rights** **secured by** the Constitution are involved, **there can be no rule**

11     **making or legislation** which would abrogate them." — Miranda v. Arizona,

12     384 U.S.

13     • "There can be no sanction or penalty imposed upon one because of this

14     exercise of constitutional **rights**." — Sherar v. Cullen, 481 F. 945.

15     • "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5 U.S.

16     (1 Cranch) 137, 177 (1803).

17     • "It is not the duty of the citizen to surrender his rights, liberties, and

18     immunities under the guise of police power or any other governmental

19     power." — *Miranda v. Arizona*, 384 U.S. 436, 491 (1966).

20     • "An unconstitutional act is not law; it confers no rights; it imposes no duties;

21     affords no protection; it creates no office; it is, in legal contemplation, as

22     inoperative as though it had never been passed." — *Norton v. Shelby County*,

23     118 U.S. 425, 442 (1886).

24     • "No one is bound to obey an unconstitutional law, and no courts are bound to

25     enforce it." — *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256.*

26     • "Sovereignty itself remains with the people, by whom and for whom all

27     government exists and acts." — *Yick Wo v. Hopkins*, 118 U.S. 356, 370

28     (1886).

Case No.: 5:25-cv-00646-WLH-MAA --- Registered Mail #RF775824950US — Dated: April 17, 2025

## Supremacy Clause:

Plaintiff respectfully asserts and affirms that:

- **The Supremacy Clause** of the Constitution **of the United States (Article VI, Clause 2) establishes** that **the Constitution**, federal laws made **pursuant to it**, and treaties **made under its authority**, constitute the "**supreme Law of the Land**", and thus **take priority over any conflicting state laws.** It provides that state courts are bound by, and state constitutions subordinate to, the supreme law. However, federal statutes and treaties must be within the parameters of the Constitution; **that is, they must be pursuant to** the federal government's **enumerated powers**, and **not violate other constitutional limits on federal power ...** As a constitutional provision identifying the supremacy of federal law, the Supremacy Clause assumes the underlying priority of federal authority, **albeit only when that authority is expressed in the Constitution itself**; **no matter what** the federal or state governments **might wish to do**, they **must** stay within the boundaries of the **Constitution.**

**Plaintiff** sues Defendant(s) and assert as **established**, *considered*, *agreed* and *admitted* by Defendants:

    **1. Plaintiff,** Kevin Walker, proceeding, *sui juris*, In Propria Person, by Special Limited Appearance, is undisputedly the **holder in due course'** of **all** assets, **intangible and tangible**, hold allodial title to all assets, in accordance with UCC § 3-302, and security interest and title has been perfected.

    **2.** Plaintiff is foreign to the 'United States', which is a federal corporation, as evidenced by 28 U.S. Code § 3002.

    **3.** Plaintiff is **undisputedly** the Creditor.

    **4.** Plaintiff has explicitly reserved **all** of his inherent unalienable rights, also in accordance with U.C.C. § 1-308, **and** have **waives** none.

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — **Dated:** April 17, 2025

1    **5.** Plaintiff alone ***undisputedly*** has exclusive, sole, and **complete standing.**

2    ## Defendants

3    **6.** Defendant(s), **Chad Bianco, Steven Arthur Sherman,**

4    **Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell,**

5    **Nicholas Gruwell, Joseph Sinz, Michael Hestrin, Miranda Thomson,** RIVERSIDE

6    **COUNTY SHERIFF, THE PEOPLE OF THE STATE OF CALIFORNIA, MENIFEE**

7    **JUSTICE CENTER, FERGUSON PRAET & SHERMAN A PROFESSIONAL**

8    **CORPORATION,** *Does 1-100 Inclusive, Does 1-100 Inclusive,* according to Law and Statute,

9    are each a **'person,'** and/or **'trust'** and/or **'individual,'** and/or **'bank'** as defined by 26

10   U.S. Code § 7701(a)(1), U.C.C. §§ 1-201 and 4-105, 26 U.S. Code § 581, and 12 U.S. Code §

11   221a, **and/or a 'financial institution,'** as defined by 18 U.S. Code § 20 - Financial institution

12   defined, and Defendants are engaged in interstate commerce, and/or doing business in

13   Riverside, California.

14   **7.** Defendants are **undisputedly** the **DEBTORS** in this matter.

15   **8.** Defendants are **undisputedly** **NOT** the CREDITOR(S), or an ASSIGNEE(S) of

16   the CREDITOR(S), in this matter.

17   **9.** Defendants do **NOT** have power of attorney in any way.

18   **10.** Defendants do **NOT** have **any** standing.

19   **11.** Defendants are **presumed** to be in **dishonor**, in accordance with U.C.C. §

20   3-505, as evidenced by the attached 'Affidavit Certificate of Dishonor, Non-

21   response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION'. A copy is

22   attached hereto as **Exhibit H** and incorporated herein by reference.

23   ## Unknown Defendants (Does 1-100)

24   12. Plaintiff does not know the true names of **Defendants Does 1 through 100,**

25   inclusive, and therefore sues them by those fictitious names. Their true names and

26   capacities are unknown to Plaintiff. When their true names and capacities are ascertained,

27   Plaintiff will amend this complaint by inserting their true names and capacities herein.

28   Plaintiff is informed and believes and thereon alleges that each of these unknown and

1  fictitiously named Defendant(s) claim some right, title, estate, lien, or interest in the

2  hereinafter-described real property adverse to Plaintiff's title, and that their claims, and

3  each of them, constitute a cloud on Plaintiff's title to that real property.

4  <u>**Description of Affected Private Trust Property:**</u>

5      13. This action affects title to the private Trust property (herein referred to as

6  "private property" and/or "subject property"), **a** Lamborghini Urus, VIN

7  #ZPBUA1ZL9KLA02762, **including** all ownership, title, interest, **and** authority over

8  said private property, as well as all bonds, securities, Federal Reserve Notes, assets,

9  **both tangible *and* intangible, registered *and* unregistered, *and* <u>all</u> assets held in**

10  **trust,** as more particularly described in the **authentic** UCC1 filing and NOTICE

11  #2024385925-4 and UCC3 filing and NOTICE #2024402990-2, all filed in the Office

12  of the Secretary of State, State of Nevada, **and** attached hereto as **Exhibits C and D**,

13  respectively, and incorporated herein by reference.

14      14.This action also affected any titles, investments, interests, principal amounts,

15  **credits**, funds, assets, bonds, Federal Reserve Notes, notes, bills of exchange,

16  entitlements, negotiable instruments, or similar collateralized, hypothecated, and/

17  or securitized items in any manner tied to Plaintiff's signature, promise to pay,

18  order to pay, endorsement, credits, authorization, or comparable actions

19  (collectively referred to hereinafter as "Assets").

20  <u>**Standing:**</u>

21      15. Plaintiff is <u>**undisputedly**</u> the Real Party in Interest, holder in due course,

22  Creditor(s), and hold allodial title to **any <u>and</u> all** assets, registered or unregistered,

23  tangible or intangible, in accordance with contract law, principles, **common law**,

24  **exlcusive equity**, the right to equitable subrogation, and the UCC (Uniform

25  Commercial Code). This is further evidenced by the following UCC filings, all duly

26  filed in the Office of the Secretary of State, State of Nevada: **UCC1 filing** NOTICE

27  #2024385925-4 and UCC3 filing and NOTICE #2024402990-2 (Exhibits C and D),

28  and in accordance with UCC §§ 3-302, 9-105, and 9-509.

16. While this action arises out of private trust contracts and fiduciary injuries,
the sole Plaintiff is Kevin Walker, *sui juris,* individually and not as trustee or agent
for any other party

17. Although this matter involves **trust property** and **contractual claims** related
to **private trust arrangements**, this action is brought solely by Kevin Walker,
proceeding *sui juris, In Propria Persona,* as the **Real Party in Interest** and Secured
Party Creditor. No party other than Kevin Walker is named as plaintiff herein.

18. Plaintiff maintains **exclusive and sole standing** in relation to said assets and
their interests, as duly recorded and affirmed by these filing.

19. Plaintiff (not Defendants) possesses *exclusive equity.*

20. Defendants do **NOT** have **any** valid interest or standing.

21. Defendants do **NOT** have a valid claim to Plaintiff's '**private property', or
'subject property', or** any of the respective 'Assets', registered *and* unregistered,
tangible *and* intangible.

## Unrebutted Facts and Presumptions Established

**22. You, as the Defendant(s) and/or Respondent(s), individually and
collectively, are deemed to have accepted and agreed to the following established
facts, all of which remain unrebutted and stand as truth in commerce, law, and
equity:**

1. I, Kevin, *proceeding sui juris*, **reserve my natural common law right** not to be
   **compelled** to **perform** under **any contract** that I did not enter into
   *knowingly, voluntarily,* and *intentionally, and with complete and full
   disclosure,* and *without* misrepresentation, duress, or coercion. And
   furthermore, I do **not** accept the liability associated with the compelled and
   pretended "benefit" of any hidden or unrevealed contract or commercial
   agreement. As such, the hidden or unrevealed contracts that supposedly
   create obligations to perform, for persons of subject status, are inapplicable to
   me, and are null and void. If I have participated in any of the supposed

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #**RF775824950US** — **Dated: April 17, 2025**

"benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

2. I, Kevin, *proceeding sui juris,* by **Special Limited Appearance**, hereby declare and affirm that, consistent with the **eternal tradition of natural common law**, **unless I have harmed or violated someone or their property, I have committed no crime**; and I am therefore <u>not</u> subject to any penalty. I act in accordance with the following <u>U.S. Supreme Court case:</u>  "The individual may stand upon his **constitutional rights** as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is <u>unlimited.</u>** He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

3. I, Kevin, *proceeding sui juris*, by **Special Limited Appearance**, herby **assert, affirm, state, and verify** for the record that the 'commercial' and 'for hire' Driver's License/Contract/Bond # B6735991 has been **canceled, revoked, terminated, and liquidated**, as evidenced by instructions and notice accepted by Steven Gordon, with the California Department of Motor Vehicles," as **evidenced** by AFFIDAVIT RIGHT TO TRAVEL *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT LICENSE/BOND

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — **Dated:** April 17, 2025

#B6735991 (#RF661447751US), attached hereto as **Exhibit D** and incorporated herein by reference.

4. I, **Kevin: Walker**, *sui juris*, am **not** a "person" when such term is defined in statutes of the United States or statutes of the several states when such definition includes artificial entities. **I refuse to be treated as** a federally or state created entity which is only capable of exercising certain rights, privileges, or immunities as specifically granted by federal or state governments.

5. I voluntarily choose to comply with the man-made laws which serve to bring harmony to society, but no such laws, nor their enforcers, have any authority over me. I am not in any jurisdiction, for I am not of subject status.

6. Consistent with the **eternal tradition of natural common law**, unless I have harmed or violated someone or their property, I have committed no crime; **and am therefore not subject to any penalty.**

7. **I, Kevin, *sui juris*, *proceeding *sui juris,* hereby declare and re-affirm that, no valid contract exists compelling my performance by Defendants.**

8. I, Kevin, *sui juris*, reserve my natural common law right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. And furthermore, I do not accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement.

9. As such, any **hidden** or **unrevealed** contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden contracts, I have done so under **duress** and/or for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

10. Any such participation does not constitute "acceptance" in contract law, because of the absence of **full disclosure** of any valid "OFFER," and voluntary consent *without* misrepresentation or coercion, under contract law. Without a valid voluntary 'offer and acceptance', knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. **Any supposed "contract" is therefore void,** *ab initio*

11. I, Kevin, *proceeding sui juris,* **state for the record,** that it is a long-standing legal principle that jurisdiction must be proven on the record and cannot be assumed.

12. I, Kevin, *proceeding sui juris,* hereby declare and affirm that, I do no consent to any of the **retaliatory** and **fraudulent** proceedings being conducts by Defendants, including but not limited to, the fraudulent Trust action/CASE NO.: SWM2303376.

13. **I, Kevin,** *proceeding sui juris,* **affirm that, I have NOT injured any man or woman nor have I damaged any property.**

## Revocation of 'Power of Attorney':

14. **Furthermore**, I, Kevin, *proceeding sui juris*, by *Special Limited Appearance,* **hereby** revoke, rescind, and make *void ab initio*, all powers of attorney, in fact or otherwise, implied in law or otherwise, signed either by me or anyone else, as it pertains to the Social Security Number assigned to, WALKER, KEVIN LEWIS, as it pertains to any BIRTH CERTIFICATE/BANK NOTE, BOND, TRUST, DEPOSIT ACCOUNT, SECURITY, SECURITY ACCOUNT, INVESTMENT, marriage or business licenses, or any other licenses or certificates issued by any and all government or quasi-governmental entities, due to the use of various elements of fraud by said agencies to attempt to deprive me of my Sovereignty and/or property.

15. I, Kevin, *proceeding sui juris*, by *Special Limited Appearance,* hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or

1   gratuity associated with any of the aforementioned licenses, numbers, or

2   certificates. I do hereby revoke and rescind all powers of attorney, in fact or

3   otherwise, signed by me or otherwise, implied in law or otherwise, with or

4   without my consent or knowledge, as it pertains to any and all property, real

5   or personal, corporeal or incorporeal, obtained in the past, present, or future.

6   I am the sole and absolute legal owner and possess *allodial* title to any and

7   all such property.

8   16. I, Kevin, *proceeding sui juris*, by **Special Limited Appearance,** also revoke,

9   cancel, and make **void *ab initio*** all powers of attorney, in fact, in

10   **presumption, or otherwise**, signed either by me or **anyone** else, claiming to

11   act on my behalf, with or without my consent, as such power of attorney

12   pertains to me or any property owned by me, by, but not limited to, any and

13   all quasi/colorable, public, governmental entities or corporations on the

14   grounds of constructive fraud, concealment, and nondisclosure of pertinent

15   facts.

## Claim of Entire ESTATE:

17   17. I, Kevin, *proceeding sui juris*, by **Special Limited Appearance,** having attained

18   the age of majority and reason under divine law competent first-hand

19   witness to the truth and facts recited herein, hereby makes a claim against the

20   corpus, all property whether real or personal, **tangible or intangible, all**

21   **deposit accounts** blocked by reason of presumption of death of Claimant,

22   cash, credit lines, Credit default swap, all federal funds, collateralized debt

23   obligation, options, derivates, and futures received by the said court in the

24   said county, state and federal for the administration of the named estate, and

25   all estates in agency, including but not limited to KEVIN LEWIS WALKER, or

26   by whatsoever name the said ESTATE shall be called or *charged*.

27   18. ACTUAL CONSTRUCTIVE NOTIVE HAS BEEN GIVEN *and* THIS IS

28   AGAIN ACTUAL AND CONSTRUCTIVE NOTICE BY SPECIAL

DEPOSIT FOR THE BENEFIT OF THE SECURED PARTY/GRANTEE BENEFICIARY/CLAIMANT IN THIS TRUST ACTION FOR THE CLAIMANT'S CLAIM: Notice of absolute claim of all investment, commodity and trust deposit account contract with attached collateral and proceeds to secure collateral, along with claim of TRADENAME/TRADEMARK, COPYRIGHT/PATENT of the Name KEVIN LEWIS WALKER, my mind, body, soul of infants, spirit, and Live Borne Record, and reject and **rebuke _all_ assumptions and presumptions** of being Property of any Cestui Que Vie Trust/ESTATE as mentioned under **CANON 2055-2056,** and assignment of all debt obligations to the Office of Secretary of the Treasury. Discharge all tax matters in accordance with but *not limited to*, U.C.C. 1-103, 2-202, 2-204, 2-206, 3-104, 3-311, 3-601, 3-603, 9-104, 9-105, 9-150, 9-509, and House Joint Resolution 192 of June 5 1933, public law 73-10, and 31 U.S.C. §§ 3123, 5118, and 18 U.S.C. 8.

19. Defendants, are **undisputedly** the **DEBTORS** in this matter.

20. Defendants are **undisputedly NOT** the CREDITOR(S), or an ASSIGNEE(S) of the CREDITOR(S), in this matter.

21. Defendants do **NOT** have power of attorney in any way.

22. Defendants do **NOT** have **any** standing

23. The actions of Defendant undermine the fundamental **principles** of fairness and justice enshrined in the Constitution, denying Plaintiffs and/or Affiant the opportunity to be heard and to defend against the allegations. These due process violations not only infringe upon constitutional protections but also **erode public trust in the judicial system**

24. Defendants actions violate various U.S. Code sections including but not limited to the following:

25. **42 U.S.C. § 1983** – which provides a civil remedy for individuals deprived of constitutional rights under the color of law. The lack of notice and due process constitutes a clear deprivation of rights under both the Fifth and Fourteenth Amendments.

26. **18 U.S.C. § 241** – which criminalizes conspiracies to deprive individuals of their constitutional rights. Any coordinated effort or negligence leading to this denial of due process is punishable under this statute.

27. **18 U.S.C. § 242** – which prohibits willful deprivation of constitutional rights under the color of law. By advancing legal proceedings without proper notice, Defendants have knowingly violated this protection.

28. **All** Affidavits Notices and Self-Executing Contract and Security Agreements **(Exhibits E, F, G, and H) are *prima facie* evidence of** fraud, **racketeering,** indentity theft, **treason,** breach of trust and fiduciary duties, extortion, coercion, deprivation of rights under the color of law, conspiracy to deprive of rights under the color of law, monopolization of trade and commerce, forced peonage, obstruction of enforcement, extortion of a national/internationally protected person, false imprisonment, torture, creating trusts in restraint of trade dereliction of fiduciary duties, bank fraud, breach of trust, treason, tax evasion, bad faith actions, dishonor, injury and damage to Affiant **and proof of claim. See *United States v. Kis,* 658 F.2d, 526 (7ᵗʰ Cir. 1981)., "Appellee had the burden of first proving its prima facie case and could do so by affidavit or other evidence."**

## UNLAWFUL ARREST, IMPRISONMENT, AND TORTURE

29. On **December 31, 2024**, at approximately 9:32am I, Kevin: Walker, *sui juris,* was **traveling** privately in a private conveyance/automobile, displaying a '**PRIVATE**' plate, indicating I was 'not for hire' or operating commercially, and the private automobile was not displaying a STATE plate of any sort .

-13 of 116-

This clearly established that the private automobile was '*not* **for hire**' or '**commercial**' **use** and, therefore explicitly classifying the automobile as private property, and **NOT** *within* any statutory and/or commercial jurisdiction.

30. On **December 31, 2024**, I, Kevin: Walker, *sui juris*, was **not** in violation of any law, nor was I speeding, infringing, or trespassing upon the rights of any man or woman. I was peacefully minding my own business and traveling to obtain groceries for my family.

31. I, Kevin: Walker, *sui juris*, simply wish to be left alone in peace and **not** be harassed, stalked, robbed, deprived under color of law, coerced into commercial contracts, extorted, and forced into peonage and/or involuntary servitude.

# THERE IS NO 'CORPUS DELICTI'

32. **I, Kevin: Walker,** *sui juris,* **state for the record, that regarding** Fraudulent Trust action/CASE NO.: SWM2303376, **there is no corpus delicti — no injured party, no damaged property, and no sworn affidavit of harm from any living man or woman.** Therefore, this matter is *without* merit, lacks standing, and constitutes an improper attempt to impose authority without lawful jurisdiction. Any further action absent evidence of a valid cause of action is a **violation of due process** and a **deprivation of rights under color of law.**

33. As a direct result of egregious due process violations and the initiation of a fraudulent CASE/trust action #SWM2303376 by Defendants, against Plaintiff, Plaintiff was subjected to an unlawful arrest, physical restraint in the form of handcuffs, and acts constituting **torture.** These actions inflicted severe mental trauma, undue stress, and significant mental anguish upon Affiant, all in b**latant violation of constitutional protections and fundamental principles of justice**.

34. The private automobile and **_trust property_** was not in **_any_** way displaying STATE or government registration or stickers, and was displaying a PRIVATE plate.

35. Upon being unlawfully stopped and arrested by Gregory D Eastwood, Robert C V Bowman, William Pratt, and George Reyes, Affiant, informed **all Defendants** who willfully **conspired** on the scene in violation of **18 U.S.C. §§ 241 and 242**, that Affiant was a American national of the republic, non-citizen national/national/internationally protected person, **privately traveling** in a private automobile/conveyance, as articulated by Affiant and as also clearly evidenced by the '**PRIVATE'** plate on the private automobile.

36. The private automobile is duly reflected on Private UCC Contract Trust/ UCC1 filing #2024385925-4 (Exhibit C).

37. **Under threat, duress, and coercion, and at gunpoint,** Gregory D Eastwood and Robert C V Bowman were *presented* with American *national/non-citizen national* PASSPORT CARD #C35510079 and PASSPORT BOOK #A39235161 (Exhibits X and Y).

38. Defendants, **_willfully and intentionally_** acted against the Bill of Rights, State Constitution, and Constitution of the United States, even when reminded of their duties to support and uphold the Constitution.

## FRUIT OF THE POISONOUS TREE DOCTRINE

39. I, Kevin, *proceeding sui juris*, by **Special Limited Appearance,** further asserts and establishes **on the record** that the undisputedly unlawful and unconstitutional stop, arrest, and subsequent actions of the Defendants/ Respondents are in violation of the Fourth Amendment to the Constitution of the united States of America and constitute an unlawful arrest and seizure. The "**fruit of the poisonous tree**" doctrine, as articulated by the **U.S. Supreme Court**, establishes that **_any_** evidence obtained as a result of an unlawful stop or detainment is tainted and inadmissible in **_any_** subsequent proceedings. The unlawful actions of Gregory D. Eastwood, Robert C. V.

1   Bowman, George Reyes, William Pratt, and Robert Gell including *but not*

2   *limited to* the issuance of fraudulent citations/contracts under threat, duress,

3   and coercion, render all actions and evidence derived therefrom *void ab*

4   *initio*. See *Wong Sun v. United States*, 371 U.S. 471 (1963).

5   40. I, Kevin, *proceeding sui juris*, hereby re-affirm, re-asset, **declare, and assert**

6   **that all** actions, evidence, and instruments obtained in connection with the

7   unlawful stop and arrest are **inadmissible and void as *fruits of the**

8   **poisonous tree.** This includes, but is not limited to, Trust action/CASE/

9   CONTRACT #SWM2303376 and/or Trust action/CASE/CONTRACT

10   #B038555 **(Exhibit J)** and/or Trust action/CASE/CONTRACT

11   #MISW2501134, which was executed under duress, threat, and coercion,

12   while Affiant was unlawfully deprived of liberty and imprisoned against his

13   will, without Affiant's consent.

14   **41.  Again, for the record, I, Kevin, *proceeding sui juris*, by *Special Limited***

15   ***Appearance*, I simply wish to be left alone in peace and not be harassed,**

16   **stalked, robbed, deprived under color of law, coerced into commercial**

17   **contracts, extorted, and/or forced into peonage and/or involuntary servitude.**

18   **I have NOT injured any man or woman nor have I damaged any property.**

19   **FAILURE TO PROVIDE PROOF AND EVIDENCE**

20   42. Defendants are deemed to have **unequivocally agreed by tacit**

21   **acquiescence** that any further attempt to prosecute, proceed, or

22   interfere in these matters shall constitute **fraud, deprivation of rights**

23   **under color of law, judicial fraud, malicious prosecution, conspiracy,**

24   **racketeering (RICO),** and multiple violations of **federal law**, including

25   but not limited to **18 U.S.C. §§ 241, 242, and 1962**.

26   43. Defendants **agree and accept** that these matters must be immediately

27   dismissed and terminated **with prejudice**, and that any continued

28   action, omission, or obstruction shall constitute **willful and knowing**

**misconduct under color of law**, exposing all involved to **personal liability**, commercial lien enforcement, and lawful remedy in equity. Affiant and/or Plaintiff(s) accept no liability for any damages arising from your failure to act in honor or law

## NO QUALIFIED OR LIMITED IMMUNITY

44. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

45. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights." — AFLCIO v. Woodward, 406 F2d 137 t.

46. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

47. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court**, A025829.

48. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

49. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

50. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

51. "the people, not the States, are sovereign." — Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

52. ALL **ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

53. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (**Heb. 4:16; Phil. 4:6; Eph. 6:19-21). — **Legal maxim:** "To lie is to go against the mind."

54. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

55. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

56. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

57. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

58. **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

59. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. (**Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it.")

## DEFENDANTS' *PRESUMPTION* OF DISHONOR UNDER U.C.C. § 3-505 AND *EVIDENCE* PROVING DEFENDANTS' DISHONOR:

1    **23. The failure of Defendants to rebut or provide any valid evidence of their**

2    **performance is further confirmed by the, 'AFFIDAVIT CERTIFICATE of**

3    **DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN**

4    **AUTHORIZATION"/Self-Executing Contract Security Agreement (Exhibit H),**

5    **which is duly notarized and complies with the requirements of U.C.C. § 3-505.**

6    **24. Under U.C.C. § 3-505, a document regular in form, such as the notarized**

7    **Affidavit Certificate serves as evidence of dishonor and creates a presumption of**

8    **dishonor.**

9         **U.C.C. § 3-505, Evidence of Dishonor:**

10        (a) The following are admissible as evidence and create a presumption of

11        dishonor and of any notice of dishonor stated:

12        (1) A document regular in form as provided in subsection (b) which purports

13        to be a protest;

14        (2) A purported stamp or writing of the drawee, payor bank, or presenting

15        bank on or accompanying the instrument stating that acceptance or payment

16        has been refused unless reasons for the refusal are stated and the reasons are

17        not consistent with dishonor;

18        (3) A book or record of the drawee, payor bank, or collecting bank, kept in the

19        usual course of business which shows dishonor, even if there is no evidence

20        of who made the entry.

21        (b) **A protest is a certificate of dishonor made by a** United States consul or

22        vice consul, or **a notary public** or other person authorized to administer

23        oaths by the law of the place where dishonor occurs. It may be made upon

24        information satisfactory to that person. The protest must identify the

25        instrument and certify either that presentment has been made or, if not made,

26        the reason why it was not made, and that the instrument has been

27        dishonored by nonacceptance or nonpayment. The protest may also certify

28        that notice of dishonor has been given to some or all parties.

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — **Dated:** April 17, 2025

1  **25. The notarized 'AFFIDAVIT CERTIFICATE of DISHONOR, NON-**

2  **RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION"/Self-**

3  **Executing Contract Security Agreement (Exhibit L), complies with these**

4  **requirements and serves as a formal protest and evidence of dishonor under**

5  **U.C.C. § 3-505, as it clearly documents Defendants' refusal to respond or provide**

6  **the necessary rebuttal to Plaintiff's claims.**

7  26. Defendants **have not** submitted any evidence to contradict or rebut the

8  statements made in the affidavits. As a result, the facts set forth in the affidavits are

9  deemed true and uncontested. ***Additionally,*** the California Evidence Code § 664

10  and related case law support the presumption that official duties have been

11  regularly performed, and ***unrebutted*** affidavits stand as **Truth**.

12  27. Defendants may **not** argue, controvert, or otherwise protest the finality of the

13  administrative findings established through the unrebutted affidavits. As per

14  established legal principles, once an affidavit is submitted and not rebutted, its

15  content is accepted as true, and Defendants are barred from contesting these

16  findings in subsequent processes, whether administrative or judicial.

17  <u>**'Foundation of American Sovereignty:**</u>

18  28. The Declaration of Independence (1776) proclaims:

19  "Governments are instituted among Men, **deriving their just powers from**

20  **the consent of the governed.**"

21  29. This foundational document establishes that the people **are the true**

22  **sovereigns** of this nation.

23  30. The **U.S. Constitution and the Bill of Rights** serve as a **contract** that binds

24  the government, securing the People's liberties and **limiting governmental**

25  **authority**. The **Tenth Amendment** asserts:

26  1. "**The powers not delegated to the United States by the Constitution, nor**

27  **prohibited by it to the States, are reserved to the States respectively, or to**

28  **the people.**"

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: April 17, 2025

2.  This affirms that any power not granted to the federal government remains
with the State or the people.

### SUPREME COURT Affirmations of Sovereignty:

31. The **Supreme Court of the United States (SCOTUS)** has **repeatedly** affirmed
that sovereignty resides in the people:

- **Chisholm v. Georgia, 2 U.S. 419 (1793):**
  "The sovereignty resides in the **people**... they are truly the sovereigns of the
  country."
- **Yick Wo v. Hopkins, 118 U.S. 356 (1886):**
  "Sovereignty itself remains with the **people, by whom and for whom all**
  government exists and acts."
- **Lansing v. Smith, 4 Wend. 9 (N.Y. 1829):**
  "People of a state are entitled to all the rights which formerly belonged to
  the King by his prerogative."
- **Marbury v. Madison, 5 U.S. 137 (1803):**
  **"A law repugnant to the Constitution is void."**
- **Sherar v. Cullen, 481 F.2d 946 (9th Cir. 1973):**
  "There can be no sanction or penalty imposed upon one because of his
  exercise of constitutional rights."

### Congressional Recognition of Americans as 'Sovereigns':

32. In his **1947 "I Am an American Day" address,** Representative
**John F. Kennedy** emphasized the active role Citizens must play in
preserving liberty:

> "**The fires of liberty must be continually fueled by the positive and
> conscious actions of all of us.**" *(JFKLIBRARY.ORG)*

33. Further, Congress formally recognized the significance of American
sovereignty through the establishment of "**I Am An American Day,**" later
designated as **Citizenship Day:**

[AMENDED] VERIFIED COMPLAINT FOR FRAUD, BREACH OF CONTRACT, THEFT, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, CONSPIRACY, RACKETEERING, KIDNAPPING, TORTURE, and SUMMARY JUDGEMENT AS A MATTER OF LAW

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: April 17, 2025

1    "*Whereas* it is desirable that the <u>sovereign</u> *citizens* <u>of our</u> **Nation** *be*

2    *prepared for the responsibilities and impressed with the significance*

3    *of their status in our self-governing Republic: Therefore be it Resolved by*

4    *the Senate and House of Representatives of the United States of America in*

5    *Congress assembled, That the third Sunday in May each year be, and hereby*

6    *is, set aside as Citizenship Day…*"

7    This resolution affirms the foundational principle that **sovereignty resides with the**

8    **people, who are responsible for preserving and exercising their rights and**

9    **freedoms.**

10    ## Status as a "national" and "state Citizen":

11    34. Under 8 U.S.C. § 1101(a)(21), the term *national* is defined as:

12    *"A person owing permanent allegiance to a state."*

13    Furthermore, **8 U.S.C. § 1101(B)(22)** defines national of the United States as:

14    *"(A) a citizen of the United States, or (B) a person who, though not a citizen of the*

15    *United States, owes permanent allegiance to the United States."*

16    35. This distinction is clear: one can be a ***national*** *without* being a *citizen of the United*

17    *States*, reinforcing the concept of sovereignty associated with state citizenship.

18    **Distinction Between "state Citizen" and "citizen of the United States"**

19    36. The Courts have **long** recognized that *state citizenship* and *U.S. citizenship* **are**

20    **distinct** legal statuses:

21    • **United States v. Anthony (1873)**

22    "The Fourteenth Amendment creates and defines citizenship of the United

23    States. It had long been contended, and had been held by many learned

24    authorities, and had never been judicially decided to the contrary, that there

25    was no such thing as a citizen of the United States, except as that condition

26    arose from citizenship of some state."

27    • **Slaughter-House Cases, 83 U.S. 36 (1872)**

28    "It is quite clear, then, that there is a citizenship of the United States and a

1   citizenship of a State, which are distinct from each other and which depend

2   upon different characteristics or circumstances in the individual."

3   • **United States v. Cruikshank, 92 U.S. 542 (1875)**

4   "We have in our political system a Government of the United States and a

5   government of each of the several States. Each one of these governments is

6   distinct from the others, and each has citizens of its own who owe it

7   allegiance, and whose rights, within its jurisdiction, it must protect."

8   • **Thomasson v. State, 15 Ind. 449; Cory v. Carter, 48 Ind. 327 (1874);**

9   **McDonel v. State, 90 Ind. 320 (1883):**

10   "One may be a citizen of a State and yet not a citizen of the United States."

11   • **Tashiro v. Jordan, 201 Cal. 236 (1927):**

12   "That there is a citizenship of the United States and a citizenship of a state,

13   and the privileges and immunities of one are not the same as the other is

14   well established by the decisions of the courts of this country."

15   • **Crosse v. Board of Supervisors of Elections, 221 A.2d 431 (1966):**

16   "Both before and after the Fourteenth Amendment to the federal

17   Constitution, it has not been necessary for a person to be a citizen of the

18   United States in order to be a citizen of his state."

19   • **Jones v. Temmer, 829 F.Supp. 1226 (USDC/DCO 1993):**

20   "The privileges and immunities clause of the Fourteenth Amendment protects

21   very few rights because it neither incorporates any of the Bill of Rights nor

22   protects all rights of individual citizens... Instead, this provision protects only

23   those rights peculiar to being a citizen of the federal government; it does not

24   protect those rights which relate to state citizenship."

25   37. The first clause of the Fourteenth Amendment states:

26   "All persons born or naturalized in the United States, **_and_** subject to the

27   jurisdiction thereof, are citizens of the United States and the state wherein

28   they reside."

38. However, this clause does **NOT** state:

> "All persons born or naturalized in the United States, _**are**_ **subject to** the jurisdiction thereof…"

39. This confirms that United States citizenship requires **both**:

> H.  Being born or naturalized in the United States, _**and**_
>
> I.   Being subject to the jurisdiction of the United States.

**Status as "national" / "non-citizen national" (state Citizen)**

39. The **U.S. Department of State** document, Certificates of Non-Citizen Nationality (https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/us-citizenship/Certificates-Non-Citizen-Nationality.html), states:

> "Section 101(a)(21) of the INA defines the term '**national**' as 'a person owing permanent allegiance to a state.' Section 101(a)(22) of the INA provides that the term 'national of the United States' includes all U.S. citizens as well as persons who, though not citizens of the United States, owe permanent allegiance to the United States (non-citizen nationals)."

40. **8 U.S.C. § 1101(22)** defines national of the United States as:

> "(A) a citizen of the United States, **or** (B) a person who, though **not** a citizen of the United States, owes permanent allegiance to the United States."

41. **8 U.S.C. § 1101(a)(22) explicitly stipulates** that one can be a **'national of the United States'** without being a 'citizen of the United States' if they owe permanent allegiance to the United States.

42. **22 CFR § 51.2** stipulates that Passports are issued to nationals **only**:

> "A passport may be issued **only** to a U.S. national."

43. **22 CFR § 51.3** stipulates the Types of passports issued:

> "(a) A regular passport is issued to a **national** of the United States."
>
> "(e) A passport card is issued to a **national** of the United States on the same basis as a regular passport."

44. **18 U.S.C. § 112** stipulates that Protections of foreign officials, official guests, and internationally protected persons, **apply to nationals.** This statute defines terms such as "foreign government," "foreign official," "internationally protected person," "international organization," "**national** of the United States," and "official guest," have **the same meaning**.

45. It is unequivocally true that **18 U.S.C. § 112** states that in addition to being a *national*, a *national* is also considered a:

- **foreign government**
- **foreign official**
- **internationally protected person**
- **international organization**
- **national of the United States**
- **official guest**

46. The legal framework and court rulings confirm that:

- One may be a "***state Citizen***" *without* being a <u>c</u>itizen of the United States."
- The Fourteenth Amendment created *U.S. citizenship*, which is distinct from *state citizenship*.
- A *national* is someone who owes permanent allegiance to a <u>s</u>tate, not necessarily to the United States.
- A *national of the United States* could be a *U.S. citizen*, but could also be a *non-citizen national* who owes allegiance without being a U.S. citizen.

Thus, the distinction between *state Citizens* and *U.S. citizens* is a well-established legal principle with profound implications on sovereignty, rights, and legal obligations.

## <u>*Unrebutted* Affidavits, *Considered,* Agreed, *and* Stipulated Facts, Contract Security Agreements, and Authorized Judgement and Lien:</u>

47. Plaintiff and Defendants are parties to certain Contracts and Security Agreements, specifically contract security agreement numbers

1  RF775821088US, #RF775821088US, #RF775822582US, and #RF775823645US.

2  Each contract security agreement and/or self-executing contract security

3  agreement was **received**, *considered, and* **agreed** to by Defendants through

4  **silent acquiescence, tacit agreement, and tacit procuration**. Each contract

5  also includes a corresponding Form 3811, which was signed as evidence of

6  receipt. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN**

7  **COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). 'He who does not deny, admits.

8  **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN**

9  **COMMERCE.** (Heb. 6:16-17;). 'There is nothing left to resolve.' All

10  referenced contracts and signed Forms 3811 are attached hereto as **Exhibits E,**

11  **F, G, H, I, J, K, and L** respectively, as follows:

12  - **Exhibit E**: Contract Security Agreement #RF775820621US, titled: NOTICE OF

13  CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING,

14  CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW,

15  IDENTITY THEFT, EXTORTION, COERCION, TREASON.

16  - **Exhibit F**: Contract Security Agreement #RF775821088US, titled: NOTICE OF

17  DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION

18  OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT,

19  EXTORTION, COERCION, TREASON

20  - **Exhibit G**: Contract Security Agreement #RF775822582US, titled: NOTICE

21  OF DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD,

22  RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE

23  COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION,

24  KIDNAPPING.

25  - **Exhibit H**: Contract Security Agreement #RF775823645US, titled: Affidavit

26  Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN

27  AUTHORIZATION.

28  - **Exhibit I**: Form 3811 corresponding to Exhibit E.

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — **Dated:** April 17, 2025

1    • **Exhibit J**: Form 3811 corresponding to Exhibit F.

2    • **Exhibit K**: Form 3811 corresponding to Exhibit G.

3    • **Exhibit L**: Form 3811 corresponding to Exhibit H.

4    48. **Self-Executing** Contract Security Agreement #RF775823645US **(Exhibit L)**

5    was ***received, considered***, and ***agreed*** to by Defendants, acknowledging and

6    accepting a Judgement, Summary Judgement, and Lien Authorization (in

7    accordance with U.C.C. § 9-509), against Defendants in the amount of One Trillion

8    Dollars ($1,000,000,000,000.00) in lawfully recognized currency, such as gold and

9    silver coin, as authorized under Article I, Section 10, Clause 1 of the U.S.

10   Constitution, **in favor of Plaintiff.**

11   49. Defendants have a duty to respond to all of Plaintiff's NOTICES and binding

12   CONTRACTS, and have intentionally and willfully remained silent and and

13   dishonor.

14   50. Defendants have ***received, considered***, and ***agreed*** to **all** the terms

15   of all contract agreements, including the **Self-Executing** Contract

16   **Security Agreement** (Exhibits E, F, G, and H), constituting a bona fide

17   contract under the principles of contract law and the Uniform

18   Commercial Code (U.C.C.). Pursuant to the mailbox rule, which

19   establishes that **acceptance of an offer is effective when dispatched**

20   (U.C.C. § 2-206. Offer and Acceptance in Formation of Contract) and

21   **principles** of **silent acquiescence**, **tacit procuration**, and **tacit**

22   **agreement**, the acceptance is valid. This acceptance is in alignment with

23   the doctrine of 'offer and acceptance' and the provisions of U.C.C. §

24   2-202, which governs the **final** expression of the CONTRACT.

25   Furthermore, under the U.C.C., all assets—whether registered or

26   unregistered—are held subject to the **allodial** title, with Plaintiff

27   maintaining sole and exclusive standing over all real property, assets,

28   securities, both tangible and intangible, registered and unregistered, **as**

[AMENDED] VERIFIED COMPLAINT FOR FRAUD, BREACH OF CONTRACT, THEFT, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, CONSPIRACY, RACKETEERING, KIDNAPPING, TORTURE, and SUMMARY JUDGEMENT AS **A MATTER OF LAW**

1  **evidenced** by **UCC1 filing** NOTICE #2024385925-4 and UCC3 filing and

2  NOTICE #2024402990-2 (Exhibits C and D)**.**

3  ## No Agreement to Arbitration and Defendants are Barred from

4  ## Contesting any of the established Facts:

5  51. **No Stipulation to Arbitration**: It is important to assert that there is no

6  stipulation to arbitration as evidenced by the *unrebutted* <u>verified</u> commercial

7  **Affidavits** (Exhibits E, F, G, and H). These **Affidavits** present facts that all parties

8  have agreed to. Consequently, all issues are considered settled according to the

9  principles of *res judicata, stare decisis, and collateral estoppel,* barring Defendants

10 from contesting any of the findings, established facts, conclusions, or

11 determinations.

12 ## Uniform Commercial Code (U.C.C.) Provisions Supporting

13 ## Plaintiff's Claims

14 52. **U.C.C. § 1-103 – Construction and Application of the Code:** U.C.C. § 1-103

15 ensures that the Uniform Commercial Code (UCC) applies to commercial

16 transactions **unless explicitly stated otherwise**. This section **incorporates**

17 **principles of law and equity**, ensuring that:

18 • **Common law principles of fraud, duress, and misrepresentation remain**

19   **applicable** and do not negate the enforceability of valid contracts.

20 • The UCC is to be **liberally construed** to promote fair dealing and uphold

21   the **validity of commercial agreements**.

22 • Any contract entered into **in good faith is binding**, unless proven otherwise

23   through clear, rebuttable evidence.

24 In this case, Defendants **failed to rebut** the terms set forth in the contract and security

25 agreements, thereby affirming their **full enforceability** under U.C.C. **§ 1-103**.

26 53. **U.C.C. § 2-202 – Final Written Expression, Parol or Extrinsic Evidence:**

27 Under U.C.C. § 2-202, when a **written contract is intended as a <u>final</u> and**

28 **complete expression of an agreement**, its terms *cannot* be contradicted by

1    **prior agreements, oral statements, or extrinsic evidence**. This section ensures

2    that:

3    •    The **contract and security agreements**, as presented in the <u>verified</u> commercial

4        **Affidavits**, are the <u>final</u> and **complete expression** of the parties' agreement.

5    •    Defendants **cannot introduce oral statements, prior discussions, or extrinsic**

6        **evidence** to dispute or alter the contract's terms.

7      •    Any modifications to the contract must be **explicitly made in writing** and

8          agreed upon by both parties.

9    Since Defendants **failed to rebut** the contract and affidavits, **U.C.C. § 2-202** bars any claims

10    of ambiguity or modification, affirming the enforceability of Plaintiff's claims.

11      54. **U.C.C. § 2-204 – Formation of Contract:** U.C.C. § 2-204 establishes that a

12    **contract is legally formed when there is:**

13      1. **Intent to contract** between the parties.

14      2. **Agreement on essential terms**, even if minor terms remain open.

15      3. **Performance or conduct demonstrating acceptance of the contract.**

16    In this case, Defendants:

17      •    **Demonstrated intent** through their silence, non-response, and

18          acquiescence.

19      •    **Accepted the terms** by failing to dispute the verified affidavits, making the

20          agreement **self-executing and binding**.

21      •    **Performed in a manner that affirmed the contract**, either by engaging in

22          financial transactions, receiving notices, **or** failing to object.

23    As a result, under **U.C.C. § 2-204**, the contract is **legally enforceable**, and

24    arbitration or further negotiations are unnecessary.

25      55. **U.C.C. § 2-206 – Offer and Acceptance in Contract Formation:** U.C.C. §

26    2-206 establishes that:

27      1. **An offer is deemed accepted when the offeree engages in conduct**

28          **consistent with acceptance**.

2. **A contract is formed when an offer is accepted, even if conditions or objections are not expressly stated**.

Applying this to Plaintiff's verified claims:

- Defendants received and *considered* the **verified affidavits, contract, and security agreements** but failed to respond or contest them.
- Under **U.C.C. § 2-206**, Defendants' **silence constitutes acceptance**, making the contract and obligations **binding and enforceable**.
- The **verified commercial affidavits and supporting exhibits serve as prima facie evidence** of the existence and validity of the contract.

Thus, under **U.C.C. § 1-103, 2-204, 2-206, and 3-303** Plaintiff's verified claims are **fully enforceable**, and Defendants' failure to rebut any of them constitutes **uncontested acceptance**.

56. **U.C.C. § 3-303 – Value and Consideration for Negotiable Instruments:** U.C.C. § 3-303 defines **value and consideration** in the **enforcement** of **negotiable instruments.** A negotiable instrument is **issued for value** when:

- It is **given in exchange for a promise of performance** or to satisfy a pre-existing obligation.
- The holder **takes it in good faith and without notice of defects**.
- It **provides financial or legal benefit** to the party receiving it.

In this case:

- Plaintiff **provided value through agreements, instruments, and affidavits**, which Defendants considered and accepted.
- **Defendants' willful failure to dispute the obligation confirms that consideration was validly exchanged**.
- Under **U.C.C. § 3-303**, Defendants **cannot claim a lack of consideration** to avoid liability, as their conduct establishes their **acceptance of value**.

57. **U.C.C. § 9-509 – Authorization of Financing Statement; Obligation of Debtor:** Under **U.C.C. § 9-509**, a secured party **is** *authorized* **to file a financing statement** when:

- The debtor **has authenticated a security agreement** covering the collateral.
- The secured party **has control over the collateral as agreed in the security instrument**.
- The debtor's failure to rebut or contest the filing **constitutes authorization by default**.
- The debtor authorizes the filing in an authenticated record.

In this case:

- **Defendants' failure to rebut the security agreement** affirms that the **lien and financing statement** are valid and enforceable.
- **The self-executing contract and security agreement serve as authenticated proof** under **U.C.C. § 9-509**.
- Plaintiff, as a **secured party**, has the **full legal right to perfect and enforce their lien against Defendants' assets**.

Thus, under **U.C.C. § 9-509**, Plaintiff's lien is **properly perfected and enforceable** as a matter of law.

58. **U.C.C. § 9-102 – Definitions and Scope of Security Interests:** U.C.C. § 9-102 provides definitions **crucial to the enforcement of security agreements, including:**

- **"Secured Party"** – A person in whose favor a security interest is created.
- **"Debtor"** – A person who has granted a security interest in collateral.
- **"Collateral"** – Property subject to a security interest.

Applying **U.C.C. § 9-102** to this matter:

- Plaintiff is **the secured party** with **enforceable rights over collateral** under the security agreement.
- Defendants, by failing to contest the claim, have **conceded their role as debtors**.

1      • The assets in question, including **property, negotiable instruments, and**
2      **funds**, are **collateral lawfully secured by Plaintiff**.

3  Under **U.C.C. § 9-102**, the contractual security interests are **valid, perfected, and**
4  **enforceable** against Defendants, who have waived all objections through inaction.

5      59. Plaintiff asserts that the provisions of the **Uniform Commercial Code**
6  **(U.C.C.), as outlined above, establish that:**

7      1. **Contracts, negotiable instruments, and security agreements are**
8      **enforceable** under commercial law.

9      2. **Defendants' silence, failure to rebut, and inaction constitute binding**
10     **acceptance** under **U.C.C. §§ 2-204, 2-206, and 9-509**.

11     3. **Defendants have waived all rights to contest the contract**, and any claims
12     of fraud, duress, or invalidity are legally barred under **U.C.C. §§ 1-103,**
13     **2-202, and 3-303**.

14  Accordingly, Plaintiff is **entitled to <u>full enforcement</u> of <u>all</u> claims, security**
15  **interests, and remedies under the U.C.C.**

16     60. As *considered, agreed,* and *stipulated* by Defendant(s) in the <u>unrebutted</u>
17  verified commercial affidavits, contract agreement, and/or self-executing contract
18  security agreement(s) (Exhibits E, F, G, and H), Defendants may **<u>not</u>** argue,
19  controvert, or otherwise protest the finality of the administrative findings
20  established through the ***<u>unrebutted</u>* verified commercial affidavits**. As per
21  established legal principles and **legal maxims**, once an affidavit is submitted and
22  not rebutted, its content is accepted as true, and Defendants are **estopped and**
23  **barred** from contesting these findings in subsequent processes, **whether**
24  **administrative or judicial**.

25     61. As *considered, agreed,* and *stipulated* by Defendant(s) in the ***<u>unrebutted</u>***
26  verified commercial affidavits, contract agreement, and/or self-executing contract
27  security agreement(s) (Exhibits E, F, G, and H), Defendants or the entity they
28  represent **is/are the <u>DEBTOR(S)</u>** in this matter.

1    62. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u>
2    verified commercial affidavits, contract agreement, and/or self-executing contract
3    security agreement(s) (Exhibits E, F, G, and H), Defendants are **NOT** the
4    CREDITOR, or an ASSIGNEE of the CREDITOR, in this matter.

5    63. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u>
6    verified commercial affidavits, contract agreement, and/or self-executing contract
7    security agreement(s) (Exhibits E, F, G, and H), Defendants are indebted to Plaintiff
8    in the amount of One Trillion Dollars ($1,000,000,000,000.00) in lawfully recognized
9    currency, such as gold and silver coin, as authorized under Article I, Section 10,
10   Clause 1 of the U.S. Constitution.

11   64. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u>
12   verified commercial affidavits, contract agreement, and self-executing contract
13   security agreements (Exhibits E, F, G, and H), Defendants do NOT have 'standing.'

14   65. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u>
15   verified commercial affidavits, contract agreement, and self-executing contract
16   security agreements (Exhibits E, F, G, and H), under **California Code of Civil**
17   **Procedure § 437c(c),** summary judgement is appropriate when there is no triable issue of
18   material fact and the moving party is entitled to judgement as a matter of law. The
19   <u>unrebutted</u> verified commercial affidavits, contract agreement, and/or self-executing
20   contract security agreement(s) (Exhibits E, F, G, and H) submitted by Plaintiff demonstrate
21   that no triable issues of material fact remain in dispute, and **Plaintiff is *entitled*** to
22   judgement based on the evidence presented and as *a matter of law*.

23   66. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u>
24   verified commercial affidavits, contract agreement, and self-executing contract
25   security agreements (Exhibits E, F, G, and H), "Statements of **fact** contained in
26   affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings**
27   <u>**may**</u>[must] be accepted as **true** by the trial court." --Winsett v. Donaldson, 244
28   N.W.2d 355 (Mich. 1976).

1   67. As *considered*, *agreed*, and *stipulated* by Defendants in the <u>unrebutted</u>

2   verified commercial affidavits, contract agreement, and self-executing contract

3   security agreements (Exhibits E, F, G, and H), the principles of *res judicata*, *stare*

4   *decisis*, and **collateral estoppel** apply to the ***unrebutted*** commercial affidavits,

5   establishing that all issues are deemed settled and *cannot* be contested further.

6   These *principles* reinforce the finality of the administrative findings and support

7   the granting of summary judgement, as *a matter of law*. - '**HE WHO LEAVES THE**

8   **BATTLEFIELD FIRST LOSES BY DEFAULT.'**

9   <u>**Judgement of $1,000,000,000,000.00** Received, *Considered*, Agreed</u>

10   <u>to, *and* Authorized:</u>

11   68. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u>

12   verified commercial affidavits, contract agreement, and self-executing contract

13   security agreements (Exhibits E, F, G, and H), Defendants **fully authorize, endorse,**

14   **support,** and advocate for the entry of a UCC commercial judgement and lien in the

15   amount of One Trillion Dollars ($1,000,000,000,000.00) in lawfully recognized

16   currency, such as gold and silver coin, as authorized under Article I, Section 10,

17   Clause 1 of the U.S. Constitution, **against Defendants, in favor of Plaintiff**, as also

18   **evidenced** by INVOICE/TRUE BILL #RIVSHERTREAS12312024 which is a part of

19   **Exhibit H**. INVOICE/TRUE BILL #RIVSHERTREAS12312024 is attached hereto as

20   **Exhibit M** and incorporated herein by reference.

21   69. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u>

22   verified commercial affidavits, contract agreement, and/or self-executing contract

23   security agreement(s) (Exhibits E, F, G, and H), should it be **deemed** necessary, the

24   Plaintiff is **fully Authorized** to initiate the filing of a lien, and the seizing of

25   property to secure satisfaction of the **ADJUDGED, DECREED, AND**

26   **AUTHORIZED** sum total due to **Affiant,** and/or Plaintiff of, One Trillion Dollars

27   ($1,000,000,000,000.00) in lawfully recognized currency, such as gold and silver coin,

28   as authorized under Article I, Section 10, Clause 1 of the U.S. Constitution.

## Defendants' Actions as Acts of War Against the Constitution:

70. The Defendants' conduct constitutes an **outright war against the Constitution** of the United States, its *principles,* and the **rule of law.** By their *bad faith* and deplorable actions, the defendants have demonstrated *willful and intentional* disregard and contempt for the **supreme law of the land,** as set forth in **Article VI, Clause 2 of the Constitution**, which declares that the Constitution, federal laws, and treaties are the supreme law of the land, binding upon all states, courts, and officers.

71. **Violations of Constitutional Protections:** The defendants have intentionally and systematically engaged in acts that directly violate the protections guaranteed to the Plaintiff and the people under the Constitution, including but not limited to:

- **Violation of the Plaintiff's Unalienable Rights**: The defendants have deprived the Plaintiff of life, liberty, and property without due process of law, as guaranteed under the Fifth and Fourteenth Amendments.

- **Subversion of the Rule of Law**: Through their actions, the defendants have undermined the separation of powers and checks and balances established by the Constitution. They have disregarded the judiciary's duty to uphold the Constitution by attempting to operate outside the confines of lawful authority, rendering themselves effectively unaccountable.

- **Treasonous Conduct**: Pursuant to Article III, Section 3, treason against the United States is defined as levying war against them or adhering to their enemies, giving them aid and comfort. The defendants' conduct in subverting the constitutional order, depriving citizens of their lawful rights, and unlawfully exercising power without jurisdiction constitutes a form of domestic treason against the Constitution and the people it protects.

72. **Acts of Aggression and Tyranny:** The defendants' actions amount to a usurpation of authority and a direct attack on the sovereignty of the people, who

1  are the true source of all government power under the Constitution. As stated in the

2  Declaration of Independence, whenever any form of government becomes

3  destructive of the unalienable rights of the people, it is the right of the people to

4  alter or abolish it. The defendants, through their actions, have positioned

5  themselves as adversaries to this principle, attempting to replace the rule of law

6  with arbitrary and unlawful dictates.

7    73. **Weaponizing Authority to Oppress:** The defendants' intentional

8  misuse of their authority to act against the interests of the Constitution and its

9  Citizens is a clear manifestation of tyranny. Rather than serving their

10  constitutional mandate to protect and defend the Constitution, they have

11  actively waged war on it by:

12  - **Suppressing lawful claims and evidence presented by the Plaintiff** to

13    protect their property and rights.

14  - **Engaging in acts of fraud, coercion, and racketeering** that strip Plaintiff of

15    their constitutional protections.

16  - **Dismissing the jurisdictional authority of constitutional mandates,**

17    including but not limited to rights to due process and equal protection

18    under the law.

19    74. The defendants' actions are not merely breaches of law; they are acts of *insurrection*

20  *and rebellion* against the very foundation of the nation's constitutional framework. Such

21  acts must not go unchallenged, as they jeopardize the constitutional order, the rights of the

22  people, and the rule of law that ensures justice and equality. Plaintiff call upon the court

23  and relevant authorities to enforce the Constitution, compel accountability, and halt the

24  defendants' treasonous war against the supreme law of the land.

25  ## 'Bare Statutes' as *Confirmation* of Guilt and the Necessity of

26  ## Prosecution by an Enforcer:

27    75. Plaintiff's incorporation of "bare statutes" does **NOT** exonerate Defendants;

28  rather, it serves as evidence of Defendants' guilt, which they have already

1   *undisputedly* admitted through their actions and lack of rebuttal to any affidavits,

2   which they have a duty to respond to. The invocation of bare statutes merely

3   underscores the necessity for Plaintiff to compel a formal enforcer, such as a District

4   Attorney or Attorney General, to prosecute the criminal violations. This

5   requirement for enforcement does **NOT** negate the Defendants' culpability but,

6   instead, affirms the gravity of their admitted violations.

7       76. In this matter, the Plaintiff has thoroughly detailed the Defendants' willful

8   and intentional breaches of multiple federal statutes under Title 18, and Plaintiff's

9   private right(s) of action.

10      77. Defendants' actions constitute **treasonous** conduct against the

11  **Constitution and the American people**. Their behavior, alongside that of

12  their counsel, reflects an attitude of being above the law, further solidifying

13  their guilt.

14      **Defendants' *Presumed* to be in Dishonor: U.C.C. § 3-505:**

15      78. Defendants are **presumed** to be in **dishonor**, in accordance with U.C.C. §

16  3-505, as evidenced by the attached Affidavit Certificate of Dishonor, Non-response,

17  **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION (Exhibit H).

18      79. Defendants **have not** submitted any evidence to contradict or rebut the

19  statements made in the affidavits. As a result, the facts set forth in the affidavits are

20  deemed true and uncontested. *Additionally,* the California Evidence Code § 664

21  and related case law support the presumption that official duties have been

22  regularly performed, and *unrebutted* affidavits stand as **Truth**.

23      80. Defendants may **NOT** argue, controvert, or otherwise protest the

24  finality of the administrative findings established through the unrebutted

25  affidavits. As per established legal principles, once an affidavit is submitted

26  and not rebutted, its content is accepted as true, and Defendants are barred

27  from contesting these findings in subsequent processes, whether

28  administrative or judicial.

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: April 17, 2025

## 'Special Deposit' and MASTER INDEMNITY BOND: 31 U.S. Code § 5312 and U.C.C. § 3-104

81. This notarized, authorized, and indorsed VERIFIED COMPLAINT itself acted as a BOND and/or MONETARY INSTRUMENT, as defined by 31 U.S. Code § 5312 and U.C.C. § 3-104, supplemented by the MASTER INDEMNITY BOND (Exhibit N), and that the BOND also satisfies the procedural and substantive requirements of Rule 67 of the Federal Rules of Civil Procedure. Exclusive equity supports this claim, as it ensures that no competing claims will infringe upon the Plaintiff's established rights to this bond of and will be reported on the forms 1099-A, 1099-OID, and/or 1099-B, with Plaintiff evidenced as the CREDITOR(S).

82. Janet Yellen, said Successor(s), and/or the United States Treasury is the registered holder and fiduciary of/for Plaintiff's the private **Two Hundred Billion Dollar ($200,000,000,000.00 USD) 'MASTER DISCHARGE AND INDEMNITY BOND'** #RF661448567US, which was post deposited to private post registered account #RF 661 448 023 US. Said 'MASTER DISCHARGE AND INDEMNITY BOND' (#RF661448567US) expressly stipulates it is "insuring, underwriting, indemnifying, discharging, paying and satisfying **all** such account holders and accounts dollar for dollar against **any and all pre-existing**, **current and future** losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgements, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations **as may exist or come to exist** during the term of this Bond... Each of the said account holders and accounts **shall be severally insured, underwritten and indemnified against any and all future Liabilities as may appear, thereby instantly satisfying all such obligations dollar for dollar without exception** through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity." A copy of 'MASTER DISCHARGE AND INDEMNITY BOND' #RF372320890US is attached hereto as **Exhibit N** and incorporated herein by reference, **and will serve as an** *additional* **CAUTION** and/

-38 of 116-

1  and/or BOND for immediate adjustment and setoff of any and all costs

2  associated with these matters.

### 12 *U.S.C.* 1813(L)(1): The term 'Deposit' Defined

4   83. As *considered*, *agreed*, and *stipulated* by Defendants in the <u>unrebutted</u> verified

5  commercial affidavits, contract agreement, and self-executing contract security agreements

6  (Exhibits E, F, G, and H), as under **12 *U.S.C.* 1813(L)(1),** ["]the term 'deposit' means— the

7  unpaid balance of money or its equivalent received or held by a bank or savings

8  association in the usual course of business and for which it has given or is obligated to

9  give credit, either conditionally or unconditionally, to a commercial, checking, savings,

10  time, or thrift account, or which is evidenced by its certificate of deposit, thrift certificate,

11  investment certificate, certificate of indebtedness, or other similar name, or a check or draft

12  drawn against a deposit account and certified by the bank or savings association, or a

13  letter of credit or a traveler's check on which the bank or savings association is primarily

14  liable: Provided, That, without limiting the generality of the term "**money or its**

15  **equivalent**", any such account or instrument must be regarded as evidencing the receipt

16  of the <u>equivalent of money</u> when credited or issued in exchange for checks or drafts or

17  for a **promissory note** upon which the person obtaining any such **credit** or instrument is

18  primarily or secondarily liable, or for a charge against a deposit account, or in settlement

19  of checks, drafts, or other instruments forwarded to such bank or savings association for

20  collection.["]

### GENERALLY Accepted Accounting Principles (GAAP)

22   84. As *considered*, *agreed*, and *stipulated* by Defendants in the <u>unrebutted</u>

23  verified commercial affidavits, contract agreement, and self-executing contract

24  security agreements (Exhibits E, F, G, and H), Defendants never at any time risked

25  any of its assets and truly only exchanged the GENUINE ORIGINAL

26  PROMISSORY NOTE for "credit" according to the **Generally Accepted Accounting**

27  **Principles (GAAP).** 'Banks' are <u>required</u> to adhere Generally Accepted Accounting

28  Principles and as **evidenced** by, 12 U.S.C 1831n - 'Accounting objectives,

-39 of 116-

1    **standards, and requirements'**: **["]**(2) Standards (A)Uniform accounting principles

2    consistent with **GAAP** Subject to the requirements of this chapter and any other

3    provision of Federal law, the accounting principles applicable to reports or

4    statements required to be filed with Federal banking agencies by all insured

5    depository institutions shall be uniform and consistent with generally accepted

6    accounting principles.["]

7    85. As *considered, agreed,* and *stipulated* by Defendants in the unrebutted verified

8    commercial affidavits, contract agreement, and self-executing contract security agreements

9    (Exhibits E, F, G, and H), **GAAP** follows an accounting convention that lies at the heart of

10    the **double-entry bookkeeping system** called the **Matching Principle**. This principle

11    works are follows: when a bank accepts bullion, coin, currency, drafts, promissory notes,

12    or any other similar instruments (hereinafter "instruments") from customers and deposits

13    or records the instruments as assets, it must record offsetting liabilities that match the

14    assets that it accepted from customers. The liabilities represent the amounts that the

15    bank owes the customers, funds accepted from customers. If a fractional reserve banking

16    system like the United States banking system, most of the funds advanced to borrowers

17    (assets held by banks) are created by the banks, once they purchase/acquire the TRUE

18    Creditor's Asset (NOTE, ORDER, DRAFT, LETTER OF CREDIT, MONEY ORDER,

19    SECURITY, ETC.) and are not merely transferred from one set of depositors to another set

20    of borrowers. Said Asset remains an Asset to Plaintiff.

21    86. As *considered, agreed,* and *stipulated* by Defendants in the unrebutted

22    verified commercial affidavits, contract agreement, and self-executing contract

23    security agreements (Exhibits E, F, G, and H), GAAP is **intended** to ensure

24    consistency among financial records, financial transparency, and protection from

25    fraud or misleading company reports.

26    ## Summary Judgement is Due as *a matter of law*

27    87. **Rule 56(a) of the Federal Rules of Civil Procedure and California Code of**

28    **Civil Procedure § 437c(c)**: Summary Judgment is warranted as *a matter of law* under

1 Rule 56(a) of the Federal Rules of Civil Procedure <u>and</u> California Code of Civil

2 Procedure § 437c(c), both of which *mandate* judgment where there is no genuine

3 dispute as to any material fact.

4    88. **Defendants are *barred*** from further dispute under the doctrines of:

5 • ***Res Judicata*** – This matter is already conclusively settled by Defendants'

6      failure to rebut.

7 • ***Stare Decisis*** – Binding precedent supports Plaintiff's claims and demands

8      judgment in their favor.

9 • **Collateral Estoppel** – Defendants are estopped from raising any defenses

10     they failed to assert.

11    89. *Unrebutted* **Affidavits Establish No Disputed Facts**: Plaintiff's affidavits

12 were submitted in good faith and stand as truth in commerce. These affidavits were

13 served upon Defendants, providing sufficient notice and opportunity to rebut or

14 contest the assertions therein. Defendants' failure to respond or dispute the

15 affidavits results in a legal presumption of their validity. As a matter of law, an

16 affidavit that is *unrebutted* is deemed admitted and undisputed, thereby precluding

17 any triable issue of fact.

18 • Pursuant to **Res Judicata**, the unrebutted affidavits have the same force

19      and effect as a **judgment** and are now binding upon Defendants.

20 • Under the principle of **Stare Decisis**, binding precedent affirms that

21      undisputed affidavits establish facts conclusively in a civil

22      proceeding.

23 • **Collateral Estoppel** bars Defendants from re-litigating any issue

24      previously resolved by the unrebutted affidavits, as they have failed to

25      raise a substantive dispute within the prescribed timeframes.

26    90. **Defendants' Failure to Produce Contradictory Evidence**:

27 Defendants have neither provided competent evidence to dispute Plaintiff's claims

28 nor identified any material fact requiring trial. Plaintiff's affidavits, contracts, and

1  supporting documents (attached hereto as *Exhibits E, F, G, and H*) collectively

2  establish the absence of any genuine dispute. Without contradictory evidence or a

3  triable issue, Plaintiff is **entitled** to judgment as ***a matter of law***.

4      91. **Judicially Recognized Finality of Affidavits**: Courts have long held that

5  when **Affidavits** are left *unrebutted*, they stand as Truth and are accepted as fact. See

6  **Morris v. National Cash Register Co., 44 Cal.App.2d 811, 813 (1941)**, which

7  confirms that undisputed evidence is sufficient to warrant summary judgment.

8  Additionally, under Federal and State Rules of Evidence, facts established by

9  affidavit are considered ***binding*** when no counter-affidavit is provided.

10     92. **Supported by Principles of Equity and Law**:

11     • **Equity**: It would be inequitable to allow Defendants to delay proceedings

12        when they have failed to rebut or contest the factual assertions of

13        Plaintiff's affidavits.

14     • **Law**: Plaintiff has satisfied the procedural and substantive requirements

15        for summary judgment, including providing sufficient admissible

16        evidence to establish their claims.

17  **The COURT is *Barred* From SUMMARILY DISMISSING Anything,**

18  **Especially After The *Overturning* of Chevron**

19     93. The Court is hereby placed on notice that even the mere consideration of

20  "summarily dismissing" anything in this matter constitutes a <u>constitutional</u>

21  <u>violation</u> and an act of judicial overreach, arbitrary denial of due process, and a

22  *willful* obstruction of justice.

23     94. The *Overturning* of the **Chevron Doctrine** Eliminates *Any* Judicial

24  *Presumption* in Favor of Government or Institutional Parties:.

25     • With the **Chevron Doctrine overturned**, courts **no longer have**

26        ***discretion* to defer to agency or institutional interpretations of law**,

27        and every case must be ruled strictly within the confines of the

28        Constitution and statutory law.

- Any **judicial attempt to summarily dismiss** Plaintiff's verified, unrebutted claims would constitute an **abuse of discretion, a deprivation of due process, and a direct violation of Plaintiff's constitutional rights**.

95. Due Process Requires Full Adjudication, <u>Not</u> Summary Disposition.

- Plaintiff has filed *multiple* **verified, sworn affidavits**, which have gone **uncontested and *unrebutted*,** and stand as **Truth.**

- Under **U.C.C. § 3-505**, an *unrebutted* Affidavit creates a **presumption of dishonor**, which the Court cannot arbitrarily ignore.

- Under **28 U.S.C. § 1361**, Plaintiff has the right to **compel the performance of a legal duty owed to them by the Court.**

- A case may **only be dismissed summarily if there is no valid claim or cause of action**—which is inapplicable here, as **Defendants have already defaulted and dishonored themselves by failing to rebut the Plaintiff's Conditional Acceptance, and they have admitted everything presented in all Affidavits.**

96. Any Attempt to Dismiss Would Be a Violation of *Res Judicata, Stare Decisis*, and Collateral Estoppel.

- **Res Judicata**: The matters before this Court are already **settled and decided**, and no further litigation is necessary to determine the legal obligations of Defendants.

- **Stare Decisis**: The **binding legal precedents of Marbury v. Madison, Rule 56 FRCP, and California CCP § 437c(c)** require judgment in favor of the Plaintiff.

- **Collateral Estoppel**: Defendants **cannot dispute issues they have already defaulted on**; any attempt to dismiss the case would **ignore the finality of Plaintiff's unrebutted claims and the legally binding nature of their conditional acceptance**.

97. Summary Dismissal Would Constitute Judicial Fraud and Breach of Fiduciary Duty.

-43 of 116-

- As a **public trustee of justice**, the Court has a **fiduciary obligation** to uphold constitutional rights and due process.
- Any attempt to **dismiss** this matter — **given that Defendants have already defaulted** — would be tantamount to **judicial fraud** and an **egregious breach of duty under 28 U.S.C. § 1361**.

### <u>NOTICE to the COURT: A *DEMAND* is NOT a mere MOTION</u>

98. The Court is hereby placed on notice that Plaintiff's *Demand* for Summary Judgment is not a mere 'motion' *requesting* discretionary relief but a <u>binding</u> legal notice asserting an *absolute* <u>right</u> to judgment as a matter of law.

99. A Motion is a Request; A Demand Asserts a Right.

- A **motion** asks the court to exercise *discretion* in granting relief.
- A **demand** asserts an existing legal *right* that **must** be acknowledged *and* <u>enforced.</u>

100. Plaintiff's Demand for Summary Judgment is *a Matter of Law*, Not Judicial Discretion

- Under **Rule 56(a) of the Federal Rules of Civil Procedure**, the court **"shall" grant summary judgment** when there is **no genuine dispute of material fact**. The word **"shall"** is mandatory, not discretionary.
- **California Code of Civil Procedure § 437c(c)** likewise states:**"The motion for summary judgment shall be granted if all the papers submitted show that there is no triable issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."**
- This establishes that **the Court does not have the discretion to deny or delay judgment** where Defendants have failed to contest the material facts.

101. Failure to Act on a Demand is Judicial Nonperformance and a Due Process <u>Violation</u>.

- Plaintiff has filed **undisputed, sworn affidavits** establishing their claims.

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: April 17, 2025

1    • Defendants have **failed to rebut, respond, or oppose**, thereby conceding by
2      **tacit acquiescence**.
3    • **Judicial failure to rule on a demand where no genuine dispute exists is an**
4      **obstruction of justice and a due process violation under 28 U.S.C. § 1361.**

5    ## *Unrebutted* Affidavits are '*prima facie*' evidence:

6    102. As *considered*, *agreed*, and *stipulated* by Defendants in the <u>unrebutted</u>
7    verified commercial affidavits, contract agreement, and self-executing contract
8    security agreements (Exhibits E, F, G, and H), Exhibits E, F, G, and H **are *prima facie***
9    **evidence of f**raud, **racketeering**, indentity theft, **treason,** breach of trust and
10   fiduciary duties, extortion, coercion, deprivation of rights under the color of law,
11   conspiracy to deprive of rights under the color of law, monopolization of trade and
12   commerce, forced peonage, obstruction of enforcement, extortion of a national/
13   internationally protected person, false imprisonment, torture, creating trusts in
14   restraint of trade dereliction of fiduciary duties, bank fraud, breach of trust, treason,
15   tax evasion, bad faith actions, dishonor, injury and damage to Affiant **and Plaintiff**
16   **proof of claim. See *United States v. Kis,* 658 F.2d, 526 (7th Cir. 1981)., "Appellee**
17   **had the burden of first proving its prima facie case and could do so by affidavit**
18   **or other evidence."**

19   ## Unlawful and Unconstitutional Detainment and Arrest while
20   ## '*Traveling*' in *Private* Automobile:

21   103. As *considered*, *agreed*, and *stipulated* by Defendants in the <u>unrebutted</u>
22   verified commercial affidavits, contract agreement, and self-executing contract
23   security agreements (**Exhibits E, F, G, and H**):

24   1. On **December 31, 2024**, at approximately 9:32am, Kevin: Walker, *sui*
25   *juris,* was **traveling** privately in my private automobile, displaying a
26   '**PRIVATE**' plate, indicating I was 'not for hire' or operating commercially, and
27   the private automobile was not displaying a STATE plate of any sort . This
28   clearly established that the private automobile was '*not for hire*' or

-45 of 116-

1   'commercial' use and, therefore explicitly classifying the automobile as private

2   property, and **NOT** *within* any statutory and/or commercial jurisdiction. A

3   copy of the PRIVATE '*not for hire*' or '**commercial**' use is attached hereto as

4   **Exhibits O** and incorporated herein by reference.

5       2. Upon unlawfully stopping and detaining the private traveler(Kevin:

6   Walker), Defendants, including Gregory D Eastwood, Robert C V Bowman,

7   George Reyes, William Pratt, **conspired** on the scene in violation of 18 U.S.C. §§

8   241 and 242. Photographs of Defendants, Gregory D Eastwood, Robert C V

9   Bowman, and William Pratt, are attached hereto as **Exhibits O, P, and Q**

10  respectively, and incorporated by reference herein.

11      3. All Defendants on the scene at that time, including Gregory D Eastwood,

12  Robert C V Bowman, George Reyes, William Pratt, were NOTICED that the

13  traveler is a state Citizen, non-citizen national/national/internationally

14  protected person, **privately traveling** in a private automobile, as articulated by

15  the traveler, and as evidenced by the '**PRIVATE**' plate on the private

16  automobile.

17      4. The private automobile and *trust property* was **not** in *any* way displaying

18  STATE or government registration or stickers, and was displaying a PRIVATE

19  plate, removing the automobile from the Defendant's jurisdiction. See Exhibit

20  N.

21      5. The private automobile is duly reflected on Private UCC Contract Trust/

22  **UCC1 filing** NOTICE #2024385925-4 and UCC3 filing and NOTICE

23  #2024402990-2 (Exhibits C and D).

24      6. **Under threat, duress, and coercion, and at gunpoint,** the private

25  traveler(Kevin: Walker) presented Defendants Gregory D Eastwood and Robert

26  C V Bowman national/non-citizen national, #C35510079 and passport book

27  #A39235161. Copy attached hereto as **Exhibits O and P** respectively, and

28  incorporated herein by reference.

1      7. Defendant(s), acted against the Constitution, even when explicitly

2  reminded of their duties to support and uphold the Constitution.

3      8. At no point in time were Defendants presented with a CALIFORNIA

4  DRIVER'S LICENSE (COMMERCIAL CONTRACT), and any information

5  added to the CITATION/CONTRACT was done so in fraud, without consent,

6  full disclosure, and thus is *void ab initio*.

7      9. The private traveler and national(Kevin: Walker), should never have been

8  stopped exercising his **inherent** and *unalienable* **right** to travel, in a <u>private</u>

9  automobile that was clearly marked "PRIVATE" and "not for hire" and "not for

10  commercial use.

## <u>Fraudulent Alteration of Signature, Coercion, Assault, Torture, Kidnapping:</u>

13     104. As ***considered, agreed,*** and ***stipulated*** by Defendants in the <u>unrebutted</u>

14  verified commercial affidavits, contract agreement, and self-executing contract

15  security agreements (**Exhibits E, F, G, and H**)

16      1. After being kidnapped, handcuffed, tortured, and deprived of rights and livery

17  under the color of law, the private traveler national/internationally protected

18  person(Kevin: Walker), Defendant Robert Gell threatened to "house" the national if

19  he did not sign every document presented, exactly as he (Robert Gell) wanted the

20  national to.  Camera records will evidence Robert telling the national return to the

21  release tank for no apparent reason, and then **assaulting, shoving, and pushing** the

22  national/internationally protected person into the tank at the end of the walk.

23      2. Defendant Robert Gell went as far as aggressively rushing around a desk

24  and assaulting Kevin, and snatching a pen from hiss hand, simply because the

25  attempted to write 'under duress' by his signature.

26      3. Defendant Robert Gell willfully and intentionally altered Affiant's

27  signature on one document and crossed out 'UCC 1-308,' immediately after

28  Affiant hand wrote it on the document.

4. Defendant Robert Gell stated he had no idea what an attorney-in-fact is and that Kevin: Walker was a, ["]jackass["] for stating that such a thing exists, evidencing Gell's incompetence.

## Fruit of the Poisonous Tree Doctrine:

105. Plaintiff further asserts and establishes **again on the record** that the undisputedly unlawful and unconstitutional stop, arrest, and subsequent actions of the Defendants/Respondents are in violation of the Fourth Amendment to the Constitution of the united States of America and constitute an unlawful arrest and seizure. The "**fruit of the poisonous tree**" doctrine, as articulated by the **U.S. Supreme Court**, establishes that **_any_** evidence obtained as a result of an unlawful stop or detainment is tainted and inadmissible in **_any_** subsequent proceedings. The unlawful actions of Gregory D. Eastwood,  Robert C. V. Bowman, George Reyes, William Pratt, and Robert Gell including *but not limited to* the issuance of fraudulent citations/contracts under threat, duress, and coercion, render all actions and evidence derived therefrom ***void ab initio***. See *Wong Sun v. United States*, 371 U.S. 471 (1963).

106. Plaintiff therefore declares and demands that all actions and evidence obtained in connection with this unlawful stop be deemed inadmissible and void as fruits of the poisonous tree.

107. As *considered*, *agreed*, and *stipulated* by Defendants in the underbutted verified commercial affidavits, contract agreement, and self-executing contract security agreements (**Exhibits E, F, G, and H**).

## Use defines classification:

1. It is **well established law** that the **highways of the state are public property**, and **their primary and preferred use is for private purposes**, and that their use for purposes of gain is special and extraordinary which, generally at least, the legislature may prohibit or condition as it sees fit." **Stephenson vs. Rinford**, 287 US 251; **Pachard**

**vs Banton**, 264 US 140, and cases cited; **Frost and F. Trucking Co. vs. Railroad Commission**, 271 US 592; **Railroad commission vs. Inter-City Forwarding Co.,** 57 SW.2d 290; **Parlett Cooperative vs. Tidewater Lines,** 164 A. 313

2. The **California Motor Vehicle Code, section 260**: Private cars / vans etc. not in commerce / for profit, are immune to registration fees:

> **(a)** A "**commercial** vehicle" is a vehicle of a type <u>REQUIRED</u> to be **REGISTERED** under this code".

> **(b)** "Passenger vehicles which are **not** used for the transportation of persons **for hire,** compensation or profit, and housecars, **are not commercial vehicles".**

> (c) "a vanpool vehicle is not a **commercial** vehicle."

3. <u>**18 U.S. Code § 31 - Definition**</u>, expressly stipulates, "The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power <u>**and**</u> used for **commercial purposes** on the highways in the transportation of passengers, passengers and property, or property or cargo".

4. A vehicle not used for **commercial** activity is a "consumer goods", ...it is NOT a type of vehicle **required** to be registered and "use tax" paid of which the tab is evidence of receipt of the tax." Bank of Boston vs Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14.

5. " The 'privilege' of using the streets and highways by the operation thereon of motor carriers <u>for hire</u> can be acquired only by permission or license from the state or its political subdivision. "—Black's Law Dictionary, 5th ed, page 830.

6. "It is held that a tax upon common carriers by motor vehicles is based upon a reasonable classification, and does not involve any unconstitutional discrimination, although **it does not** apply to <u>private</u> vehicles, or those

used by the owner in his own business, and not for hire." **Desser v. Wichita, (1915) 96 Kan. 820; Iowa Motor Vehicle Asso. v. Railroad Comrs., 75 A.L.R. 22.**

7. "Thus self-driven vehicles are **classified according to the use** to which they are put rather than according to the means by which they are propelled." Ex Parte Hoffert, 148 NW 20.

8. In view of this rule a statutory provision that the supervising officials **"may"** exempt such persons when the transportation is not on a commercial basis means that they **"must" exempt them."** State v. Johnson, 243 P. 1073; **60 C.J.S. section 94 page 581.**

9. "**The use to which an item is put, rather than its physical characteristics**, determine whether it should be classified as ``consumer goods'' under UCC 9- 109(1) or ``equipment'' under UCC 9-109(2)." **Grimes v Massey Ferguson, Inc.**, 23 UCC Rep Serv 655; 355 So.2d 338 (Ala., 1978).

10. "Under UCC 9-109 there is a real distinction between goods purchased for personal use and those purchased for business use. The two are mutually exclusive and the **principal use to which the property is put should be considered as determinative.**" **James Talcott, Inc. v Gee**, 5 UCC Rep Serv 1028; 266 Cal.App.2d 384, 72 Cal.Rptr. 168 (1968).

11. "The **classification of goods** in UCC 9-109 **are mutually exclusive.**" **McFadden v Mercantile-Safe Deposit & Trust Co.**, 8 UCC Rep Serv 766; 260 Md 601, 273 A.2d 198 (1971).

12. "The classification of ``goods'' under [UCC] 9-109 **is a question of fact.**" **Morgan County Feeders, Inc. v McCormick,** 18 UCC Rep Serv 2d 632; 836 P.2d 1051 (Colo. App., 1992).

13. "The definition of ``goods'' includes an automobile." Henson v Government Employees Finance & Industrial Loan Corp., 15 UCC Rep Serv 1137; 257 Ark 273, 516 S.W.2d 1 (1974).

14. "**No State government entity has the power to allow or deny passage on the highways,** byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. **Travel** is **not a privilege requiring, licensing, vehicle registration, or forced insurances**." *Chicago Coach Co. v. City of Chicago,* 337 Ill. 200, 169 N.E. 22.

## The RIGHT to Travel is not a Privilege:

15. The fundamental Right to travel is NOT a Privilege, it's a gift granted by your Creator and restated by our founding fathers as Unalienable and cannot be taken by any Man / Government made Law or color of law known as a private "Code" (secret) or a "Statute."

16. "**Traveling** is passing from place to place--act of **performing journey**; and **traveler is person who travels**." **In Re Archy** (1858), 9 C. 47.

17. "Right of transit through each state, with every species of property known to constitution of United States, and recognized by that paramount law, is secured by that instrument to each citizen, and does not depend upon uncertain and changeable ground of mere comity." **In Re Archy** (1858), 9 C. 47.

18. Freedom to **travel** is, indeed, an important aspect of the citizen's "liberty". We are first concerned with the extent, if any, to which Congress has authorized its curtailment. (Road) **Kent v. Dulles**, 357 U.S. 116, 127.

19. The right to **travel** is a part of the "liberty" of which the citizen cannot be deprived without due process of law under the Fifth Amendment. So much is conceded by the solicitor general. In Anglo Saxon law that right was emerging at least as early as Magna Carta. **Kent v. Dulles**, 357 U.S. 116, 125.

20. "Even the legislature **has no power** to deny to a citizen the right to travel upon the highway and transport his property in the ordinary course of his

business or pleasure, though this right may be regulated in accordance with public interest and convenience. *Chicago Coach Co. v. City of Chicago*, 337 Ill. 200, 169 N.E. 22, 206.

21. "... It is now universally recognized that the state does possess such power [to impose such burdens and limitations upon private carriers when using the public highways for the transaction of their business] with respect to common carriers using the public highways for the transaction of their business in the transportation of persons or property for hire. That rule is stated as follows by the **supreme court of the United States**: 'A citizen may have, under the fourteenth amendment, the right to travel and transport his property upon them (the public highways) by **auto vehicle**, but **he has no right to make the highways his place of business by using them** *as a common carrier for hire*. Such use is a privilege which may be granted or withheld by the state in its discretion, without violating either the due process clause or the equal protection clause.' (*Buck v. Kuykendall*, 267 U. S. 307 [38 A. L. R. 286, 69 L. Ed. 623, 45 Sup. Ct. Rep. 324].

22. "The right of a citizen to travel upon the highway and transport his property thereon in the ordinary course of life and business **differs radically an obviously from that of one who makes the highway his place of** business and uses it for private gain, in the running of a stage coach or omnibus. The former is the usual and ordinary right of a citizen, a right common to all; while the latter is special, unusual and extraordinary. As to the former, the extent of legislative power is that of regulation; but as to the latter its power is broader; the right may be wholly denied, or it may be permitted to some and denied to others, because of its extraordinary nature. This distinction, elementary and fundamental in character, is recognized by all the authorities."

23. "Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his/her property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with the public interest and convenience." ["regulated" means traffic safety enforcement, stop lights, signs etc.]—Chicago Motor Coach v. Chicago, 169 NE 22.

24. "The claim and exercise of a constitutional right cannot be converted into a crime."—Miller v. U.S., 230 F 2d 486, 489.

25. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." —Sherar v. Cullen, 481 F. 945.

26. The right of the citizen to **travel** upon the highway and to transport his property thereon, in the ordinary course of life and business, differs radically and obviously from that of one who makes the highway his place of business for private gain in the running of a stagecoach or omnibus."— State vs. City of Spokane, 186 P. 864.

27. "The right of the citizen to **travel** upon the public highways and to transport his/her property thereon either by carriage or automobile, is **not** a mere privilege which a city [or State] may prohibit or permit at will, but a common right which he/she has under the right to life, liberty, and the pursuit of happiness." —Thompson v. Smith, 154 SE 579.

28. "The right of the Citizen to **travel** upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of **travel**, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose

1   of life and business." — Thompson vs. Smith, supra.; Teche Lines vs.

2   Danforth, Miss., 12 S.2d 784.

3   29. "The use of the highways for the purpose of **travel** and transportation is not

4   a mere privilege, but a common and fundamental Right of which the public

5   and the individual cannot be rightfully deprived." — Chicago Motor Coach

6   vs. Chicago, 169 NE 22;Ligare vs. Chicago, 28 NE 934;Boon vs. Clark, 214

7   SSW 607;25 Am.Jur. (1st) Highways Sect.163.

8   30. "The right to b is part of the Liberty of which a citizen cannot deprived without

9   due process of law under the <u>Fifth Amendment</u>. This Right was emerging as early

10  as the Magna Carta." — <u>Kent vs. Dulles</u>, 357 US 116 (1958).

11  31. "The state **cannot** diminish Rights of the people." — **<u>Hurtado vs. California</u>**,

12  110 US 516.

13  32. "Personal liberty largely consists of the Right of locomotion -- to go where

14  and when one pleases -- only so far restrained as the Rights of others may

15  make it necessary for the welfare of all other citizens. The Right of the

16  Citizen to **travel** upon the public highways and to transport his property

17  thereon, by horse drawn carriage, wagon, or automobile, is not a mere

18  **privilege** which may be permitted or prohibited at will, but the

19  common Right which he has under his Right to life, liberty, and the pursuit

20  of happiness. Under this Constitutional guarantee one may, therefore, under

21  normal conditions, **travel** at his inclination along the public highways or in

22  public places, and while conducting himself in an orderly and decent

23  manner, neither interfering with nor disturbing another's Rights, he will be

24  protected, not only in his person, but in his safe conduct." — II Am.Jur. (1st)

25  Constitutional Law, Sect.329, p.1135.

26  33. Where **rights secured by** the Constitution are involved, **there can be no rule**

27  **making or legislation** which would abrogate them." — Miranda v. Arizona,

28  384 U.S.

34. "The state **cannot** diminish Rights of the **people."** —Hurtado vs. California, 110 US 516.

## NO QUALIFIED OR LIMITED IMMUNITY

35. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

36. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights."—AFLCIO v. Woodward, 406 F2d 137 t.

37. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

38. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees."** **Lezama v. Justice Court**, A025829.

39. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

40. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

41. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.