Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

1  Kevin: Walker
2  C/o 30650 Rancho California Road #406-251
3  Temecula, California [92591]
   non-domestic *without* the United States
4  Email: team@walkernovagroup.com

5  *Plaintiff, Real Party in Interest, Injured Party,*
6  *Secured Party,*



7

8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**

10  **Kevin Walker,**                          Case No.: 5:25-cv-00646-WLH-MAA
       *Plaintiff/Real Party in Interest/Injured Party*
11                                              **VERIFIED AFFIDAVIT OF**
                        *vs.*                   **CONSTITUTIONAL AUTHORITY,**
12  Chad Bianco,                                **RESERVATION OF RIGHTS,**
    Steven Arthur Sherman,                      **SUPREMACY CLAUSE, AMERICAN**
13  Gregory D Eastwood,                         **SOVEREIGNTY, FEDERAL**
    Robert C V Bowman,                          **JURISDICTION, NATIONAL/NON-**
14  George Reyes,                               **CITIZEN NATIONAL (STATE**
    William Pratt,                              **CITIZEN) STATUS, ESTATE CLAIM,**
15  Robert Gell,                                **MINIMUM CONTACTS, AND**
16  Nicholas Gruwell,                           *REBUTTAL* **OF ALL** *PRESUMPTIONS.*
    Joseph Sinz,
17  Michael Hestrin,
    Miranda Thomson,
18  **RIVERSIDE COUNTY SHERIFF,**
19  **THE PEOPLE OF THE STATE OF**
    **CALIFORNIA,**
20  **MENIFEE JUSTICE CENTER,**
21  **FERGUSON PRAET & SHERMAN A**
    **PROFESSIONAL CORPORATION,**
22  *Does 1-100 Inclusive,*
                        *Defendant(s).*
23

24  **KNOW ALL MEN BY THESE PRESENT,** that I, Kevin: Walker, appearing by
25  *Special Limited Appearance,* **not** generally, in **private capacity,** expressly **not** pro se,
26  as the *Real Party in Interest* and *Secured Party,* with **all rights reserved** *without*
27  **prejudice,** waiving none, preserving **all** immunities, protections, and remedies,
28  being over the age of 18, competent to testify, and having firsthand knowledge of

1  the facts stated herein, do hereby declare, certify, verify, and affirm under penalty of
2  perjury under the laws of the United States of America, that the following is true,
3  correct, and complete to the best of my knowledge, belief, and understanding, and
4  made in good faith:

5  1.  I, Kevin/Affiant, reserve **all** of my rights without prejudice and without
6      recourse and waive absolutely **none**.

7  2.  I, Kevin/Affiant, am **NOT** a "United States citizen" subject to its
8      jurisdiction. The United States is an entity created by the U.S. Constitution
9      with jurisdiction as described on the following pages of this Affidavit. I am
10     **NOT** a "resident of," an "inhabitant of," a "franchise of," a "subject of," a
11     "ward of," the "property of," the "chattel of," or "subject to the jurisdiction
12     of" any corporate federal government, corporate state government,
13     corporate county government, corporate city government, or corporate
14     municipal body politic created under the authority of the U.S.
15     Constitution. I am **NOT** subject to any legislation, department, or agency
16     created by such authorities, nor to the jurisdiction of any employees,
17     officers, or agents deriving their authority therefrom. Further, I am **not** a
18     subject of the **Administrative and Legislative Article IV Courts** of the
19     several states, or **Article I Courts** of the United States, or bound by
20     precedents of such courts, **deriving their jurisdiction from said**
21     **authorities**

22 **3.  I, Kevin/Affiant, hereby affirm and assert that I am a good man of integrity,**
23     **honor, and honesty, and have NOT harmed any man or woman, nor have I**
24     **damaged any property.**

25 4.  I, Kevin/Affiant, herby invoke *equity and fairness.*

26 5.  As a **living man on the land, non-citizen national and American national**, I
27     assert that I am entitled to **all constitutional protections**, including those
28     guaranteed under:

- **Article IV, Section 4** – Guarantee of a **Republican Form of Government**, wherein rights are secured, contracts are not compelled, and all political power is derived from the people
- **Article V** – Reserving to the people the **right to alter or abolish governmental power** when it becomes destructive of their liberty, and preserving the amendment and redress process
- **U.S. Const. Amendment I** – Securing the right to petition for redress of grievances
- **U.S. Const. Amendment V** – Protecting against deprivation of life, liberty, or property without due process of law
- **U.S. Const. Article I, Section 10, Clause 1** – Prohibiting the use of anything but gold and silver coin as lawful tender in payment of debts
- **Public Law 73-10 / H.J.R. 192 (1933)** – Establishing the mandate that all debts, public and private, are to be discharged dollar for dollar in credit

6. I further invoke:

- **12 U.S.C. § 411** – Right to demand lawful money for all discharges of obligation
- **U.C.C. § 1-308** – Reservation of rights without prejudice
- **U.C.C. § 3-603** – Tender of payment discharges the obligation
- **42 U.S.C. § 1983, 18 U.S.C. §§ 241–242** – Federal protection from deprivation of rights and conspiracies under color of law

7. As a man of peace, a **private man**, and a family man, I do not seek conflict or controversy. I seek only to live freely and lawfully, in accordance with the **republican form of government I am guaranteed**, and the **law of the land**, not compelled statutes and presumptive contracts.

8. I, Kevin/Affiant, hereby assert and affirm that **it is my wish and will** to be left alone in peace with my family and to **not** be continuously harassed,

1  stalked, robbed, deprived under color of law, coerced into **commercial**

2  **contracts**, extorted, and forced into peonage and/or involuntary servitude.

3  9. I, Kevin/Affiant, **reserve my natural common law right** not to be **compelled** to

4  **perform** under any contract that I did not enter into *knowingly, voluntarily,*

5  **and** *intentionally, and with complete and full disclosure,* **and** *without*

6  **misrepresentation, duress, or coercion**. And furthermore, I do **not** accept the

7  liability associated with the compelled and pretended "benefit" of any hidden or

8  unrevealed contract or commercial agreement. As such, the hidden or

9  unrevealed contracts that supposedly create obligations to perform, for persons

10  of subject status, are inapplicable to me, and are null and void. If I have

11  participated in any of the supposed "benefits" associated with these hidden

12  contracts, I have done so under duress, for lack of any other practical alternative.

13  I may have received such "benefits" but I have not accepted them in a manner

14  that binds me to anything.

15  10. I, Kevin/Affiant, hereby declare and affirm that, consistent with the **eternal**

16  **tradition of natural common law**, **unless I have harmed or violated someone**

17  **or their property, I have committed no crime**; and I am therefore **not** subject to

18  any penalty. I act in accordance with the following U.S. Supreme Court case:

19  "The individual may stand upon his **constitutional rights** as a citizen. He is

20  entitled to carry on his **private** business in his own way. **His power to contract is**

21  **unlimited.** He owes no such duty [to submit his books and papers for an

22  examination] to the State, since he receives nothing therefrom, beyond the

23  protection of his life and property. His rights are such as existed by the law of

24  the land [Common Law] **long antecedent to the organization of the State**, and

25  can only be taken from him by due process of law, and in accordance with the

26  Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the**

27  **immunity of himself and his property from arrest or seizure except under a**

28

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

**warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905)

11. Be it known to all courts, governments, and other parties, that **I, Kevin, am a natural, freeborn, sovereign**, without subjects. I am neither subject to any entity anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I dominated.

12. I, Kevin/Affianbt, one of the people, assert my status as a natural, freeborn, a living sensual soul, and **man** on the land, endowed with **inherent, *unalienable*** rights, independent of any government authority beyond that **which derives its just powers from my consent.** *Consequently*, this establishes me as a state Citizen of California, the republic, in its **De'Jure** capacity as one of the several states of the Union (1789). By extension, this also affirms my status as a **national** of the **republic**, as recognized under the **De'Jure** Constitution for the United States (1777/1789).

13. These **principles** are enshrined in the **Declaration of Independence**, the **Constitution**, and the **Bill of Rights** and are affirmed by various legal **precedents.**

14. Again, for the record, I, Kevin/Affiant, simply wish to be left alone in peace and not be harassed, stalked, robbed, deprived under color of law, coerced into commercial contracts, extorted, and/or forced into peonage and/or involuntary servitude. **I have NOT injured any man or woman nor have I damaged any property.**

## Constitutional and State Protections for *Private* Rights

15. Affiant and Claimant(s)/Plaintiff(s) asserts that their **private, secured rights** are protected by the United States Constitution, the Bill of Rights, the **common law**, and **exclusive equity jurisdiction**, which together govern the individual's ability to contract freely, maintain dominion over private property, and be free from arbitrary interference by the State or its agents.

AMENDED AFFIDAVIT OF CONSTITUTIONAL AUTHORITY, RESERVATION OF RIGHTS, SUPREMACY CLAUSE, AMERICAN SOVEREIGNTY, FEDERAL JURISDICTION, NON-DOMESTIC NON-STATUTORY, AMERICAN STATE CITIZEN, STATUS, ESTATE CLAIM, MINIMUM CONTACTS, AND REBUTTAL OF ALL PRESUMPTIONS

16. The following legal authorities support the Defendant's position:

- *"The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights."* — Hale v. Henkel, 201 U.S. 43, 47 (1905)

- *"The claim and exercise of a constitutional right **cannot** be converted into a crime."* — Miller v. U.S., 230 F.2d 486, 489

- *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."*

- — Miranda v. Arizona, 384 U.S. 436

- *"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."* — Sherar v. Cullen, 481 F.2d 945

- *"A law repugnant to the Constitution is void."* — Marbury v. Madison, 5 U.S. (1 Cranch) 137, 177 (1803)

- *"It is not the duty of the citizen to surrender his rights, liberties, and immunities under the guise of police power or any other governmental power."*

- — Miranda v. Arizona, 384 U.S. 436, 491 (1966)

- *"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed."*

- — Norton v. Shelby County, 118 U.S. 425, 442 (1886)

1   • *"No one is bound to obey an unconstitutional law, and no courts are bound to*
2   *enforce it."*
3   — *16 Am. Jur. 2d, Sec. 177; Late Am. Jur. 2d, Sec. 256*
4   • *"Sovereignty itself remains with the people, by whom and for whom all government*
5   *exists and acts."*
6   — *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886) *Supremacy Clause*
7   •       Claimant(s)/Plaintiff(s) respectfully assert and affirm that:
8   • **The Supremacy Clause** of the Constitution **of the U̲nited S̲tates (Article VI,**
9   **Clause 2) establishes** that **the Constitution**, federal laws made **pursuant to**
10  **it**, and treaties **made under its authority**, constitute the **"supreme Law of**
11  **the Land"**, and thus **take priority over any conflicting state laws.**    It
12  provides that state courts are bound by, and state constitutions subordinate
13  to, the supreme law.  However, federal statutes and treaties must be within
14  the parameters of the Constitution; **that is, they must be pursuant to** the
15  federal government's **enumerated powers**, and **not violate other**
16  **constitutional limits on federal power** ... As a constitutional provision
17  identifying the supremacy of federal law, the Supremacy Clause assumes the
18  underlying priority of federal authority, **albeit only when that authority is**
19  **expressed in the Constitution itself**; **no matter what** the federal or state
20  governments **might wish to do**, they **must** stay within the boundaries of the
21  **Constitution.**
22  ### California State Constitution – Parallel Protections
23  17. Under the **California Constitution**, Article I – Declaration of Rights, the
24  Defendant's rights are similarly preserved:
25  • **Section 1**: *"All people are by nature **free and independent** and have inalienable*
26  *rights. Among these are enjoying and defending life and liberty, acquiring,*
27  *possessing, and protecting property, and pursuing and obtaining safety, happiness,*
28  *and privacy."*

- **Section 7**: *"A person may **not** be deprived of life, liberty, or property without due process of law..."*
- **Section 13**: *"The right of the people to be secure in their persons, houses, papers, and effects against unreasonable seizures and searches may not be violated..."*

18. These provisions reiterate that the Defendant's private rights are secured not only by the federal Constitution but also by the **organic law of California**, which exists in harmony with and subordinate to the supreme law of the United States.

## Supremacy Clause:

19. Affiant and Claimant(s)/Plaintiff(s) further affirm(s) that the **Supremacy Clause** of the United States Constitution, **Article VI, Clause 2**, provides that:

> *"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made… shall be the **supreme Law of the Land**; and the Judges in every State shall be **bound** thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."*

20. As such, federal constitutional protections *override* any conflicting state laws, rules, or ordinances. State Courts, officers, and agents are **bound** to uphold the federal Constitution as the **highest law of the land**. This authority, however, is limited to acts made **in pursuance of the Constitution**—federal or state laws or actions outside of constitutional limits are **null and void**.

## Foundation of American Sovereignty

21. The Declaration of Independence (1776) proclaims:

> "Governments are instituted among Men, **deriving their just powers from the consent of the governed.**"

22. This foundational document establishes that the people **are the true sovereigns** of this nation.

23. The **U.S. Constitution and the Bill of Rights** serve as a **contract** that binds the government, securing the People's liberties and **limiting governmental authority**. The **Tenth Amendment** asserts:

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

1    **"The powers not delegated to the United States by the Constitution, nor**
2    **prohibited by it to the States, are reserved to the States respectively, or to**
3    **the people."**

4    This affirms that any power not granted to the federal government remains with
5    the States or the people.

6    ### Congressional Recognition of Americans as 'Sovereigns'

7    24. In his **1947 "I Am an American Day" address**, Representative **John F.**
8    **Kennedy** emphasized the active role Citizens must play in preserving
9    liberty:

10    **"The fires of liberty must be continually fueled by the positive and**
11    **conscious actions of all of us."** *(JFKLIBRARY.ORG)*

12    25. Further, Congress formally recognized the significance of American sovereignty
13    through the establishment of **"I Am An American Day,"** later designated as
14    **Citizenship Day**:

15    **"Whereas** it is desirable that the sovereign citizens of our **Nation be prepared for**
16    **the responsibilities and impressed with the significance of their status in our**
17    ***self-governing* Republic: Therefore be it Resolved by the Senate and House of**
18    Representatives of the United States of America in Congress assembled, That the
19    third Sunday in May each year be, and hereby is, set aside as Citizenship Day…"

20    This resolution affirms the foundational principle that **sovereignty resides with**
21    **the people, who are responsible for preserving and exercising their rights and**
22    **freedoms.**

23    ### SUPREME COURT Affirmations of Sovereignty

24    26. The **Supreme Court of the United States (SCOTUS)** has **repeatedly** affirmed
25    that sovereignty resides in the people:

26    • **Chisholm v. Georgia, 2 U.S. 419 (1793)**:

27    "The sovereignty resides in the people... they are truly the sovereigns of the
28    country."

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

- **Yick Wo v. Hopkins, 118 U.S. 356 (1886)**:

  "Sovereignty itself remains with the people, **by whom and for whom all** government exists and acts."

- **Lansing v. Smith, 4 Wend. 9 (N.Y. 1829)**:

  "People of a state are entitled to all the rights which formerly belonged to the King by his prerogative."

- **Marbury v. Madison, 5 U.S. 137 (1803)**:

  "**A law repugnant to the Constitution is void.**"

- **Sherar v. Cullen, 481 F.2d 946 (9th Cir. 1973)**:

  "There can be no sanction or penalty imposed upon one because of his exercise of constitutional rights."

## The "I Am an American" *Principle*

27. The **"I Am an American"** speech, delivered by Judge **Learned Hand in 1944**, eloquently articulates the essence of American liberty:

   "**What do we mean when we say that first of all we seek liberty? I often wonder whether we do not rest our hopes too much upon constitutions, upon laws, and upon courts. These are false hopes; believe me, these are false hopes. Liberty lies in the hearts of men and women; when it dies there, no constitution, no law, no court can save it.**" *(RIDE.RI.GOV)*

This underscores that **liberty and sovereignty originate within the People themselves**, not merely from governing documents.

## Status as a "national" and "state Citizen"

28. Under 8 U.S.C. § 1101(a)(21), the term *national* is defined as:

   "A person owing permanent allegiance to a state."

29. Furthermore, **8 U.S.C. § 1101(B)(22)** defines national of the United States as:

   "**(A)** a citizen of the United States, **or (B)** a person who, though not a citizen of the United States, owes permanent allegiance to the United States."

30. This distinction is clear: one can be a ***national*** *without* being a <u>*citizen of the United States*</u>, reinforcing the concept of sovereignty associated with state citizenship.

<span style="color:red">**Distinction Between "state Citizen" and "citizen of the United States"**</span>

31. The courts have long recognized that *state citizenship* and *U.S. citizenship* are distinct legal statuses:

- **United States v. Anthony (1873)**

  "The Fourteenth Amendment creates and defines citizenship of the United States. It had long been contended, and had been held by many learned authorities, and had never been judicially decided to the contrary, that there was no such thing as a citizen of the United States, except as that condition arose from citizenship of some state."

- **Slaughter-House Cases, 83 U.S. 36 (1872)**

  "It is quite clear, then, that there is a citizenship of the United States and a citizenship of a State, which are distinct from each other and which depend upon different characteristics or circumstances in the individual."

- **United States v. Cruikshank, 92 U.S. 542 (1875)**

  "We have in our political system a Government of the United States and a government of each of the several States. Each one of these governments is distinct from the others, and each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect."

- **Thomasson v. State, 15 Ind. 449; Cory v. Carter, 48 Ind. 327 (1874); McDonel v. State, 90 Ind. 320 (1883)**

  "One may be a citizen of a State and yet not a citizen of the United States."

- **Tashiro v. Jordan, 201 Cal. 236 (1927)**

  "That there is a citizenship of the United States and a citizenship of a state,

1   and the privileges and immunities of one are not the same as the other is
2   well established by the decisions of the courts of this country."
3   • **Crosse v. Board of Supervisors of Elections, 221 A.2d 431 (1966)**
4   "Both before and after the Fourteenth Amendment to the federal
5   Constitution, it has not been necessary for a person to be a citizen of the
6   United States in order to be a citizen of his state."
7   • **Jones v. Temmer, 829 F.Supp. 1226 (USDC/DCO 1993)**
8   "The privileges and immunities clause of the Fourteenth Amendment
9   protects very few rights because it neither incorporates any of the Bill of
10  Rights nor protects all rights of individual citizens... Instead, this provision
11  protects only those rights peculiar to being a citizen of the federal
12  government; it does not protect those rights which relate to state
13  citizenship."
14  **32.** The **first clause of the Fourteenth Amendment** states:
15  "All persons born or naturalized in the United States, and subject to the
16  jurisdiction thereof, are citizens of the United States and the state wherein
17  they reside."
18  33.  However, this clause does **NOT** state:
19  "All persons born or naturalized in the United States, **are subject to** the
20  jurisdiction thereof…"
21  *34.* This confirms that *United States citizenship* requires **both**:
22      1.  Being born or naturalized in the United States, **and**
23      2.  Being subject to the jurisdiction of the United States.
24  **Status as "national" / "non-citizen national" (state Citizen)**
25  *35.* The **U.S. Department of State** document, *Certificates of Non-Citizen*
26  *Nationality* (https://travel.state.gov/content/travel/en/legal/travel-legal-
27  considerations/us-citizenship/Certificates-Non-Citizen-Nationality.html),
28  states:

"Section 101(a)(21) of the INA defines the term 'national' as 'a person owing permanent allegiance to a state.' Section 101(a)(22) of the INA provides that the term 'national of the United States' includes all U.S. citizens as well as persons who, though not citizens of the United States, owe permanent allegiance to the United States (non-citizen nationals)."

36. **8 U.S.C. § 1101(22)** defines *national of the United States* as:

"*(A) a <u>c</u>itizen of the United States, **or** (B) a person who, though **not** a <u>c</u>itizen of the United States, owes permanent allegiance to the United States.*"

37. **8 U.S.C. § 1101(a)(22) explicitly stipulates** that one can be a **'national of the United States'** *without* being a 'citizen of the United States' if they owe permanent allegiance to the United States.

38. **22 CFR § 51.2** stipulates that Passports are issued to nationals *only*:

"*A passport may be issued **only** to a U.S. national.*"

39. **22 CFR § 51.3** stipulates the Types of passports issued:

"*(a) A regular passport is issued to a **national** of the United States.*"

"*(e) A passport card is issued to a **national** of the United States on the same basis as a regular passport.*"

40. **18 U.S.C. § 112** stipulates that Protections of foreign officials, official guests, and internationally protected persons, **apply to nationals.** This statute defines terms such as "foreign government," "foreign official," "internationally protected person," "international organization," "**national** of the United States," and "official guest," have **the same meaning**.

41. It is **unequivocally** true that **18 U.S.C. § 112** states that in addition to being a *national*, a *national* is also considered a:

- **foreign government**
- **foreign official**
- **internationally protected person**

- **international organization**
- **national of the United States**
- **official guest**

42. The legal framework and court rulings confirm that:

- One may be a "***state Citizen***" *without* being a *citizen of the United States.*"
- The Fourteenth Amendment created *U.S. citizenship*, which is distinct from *state citizenship.*
- A *national* is someone who owes permanent allegiance to a state, not necessarily to the United States.
- A *national of the United States* could be a *U.S. citizen*, but could also be a *non-citizen national* who owes allegiance without being a U.S. citizen.

Thus, the distinction between *state Citizens* and *U.S. citizens* is a well-established legal principle with profound implications on sovereignty, rights, and legal obligations.

# Federal Jurisdiction:

43. It is further relevant to this Affidavit that any violation of my Rights, Freedom, or Property by the U.S. federal government, or any agent thereof, would be an illegal and unlawful excess, clearly outside the limited boundaries of federal jurisdiction. My understanding is that the jurisdiction of the U.S. federal government is defined by Article I, Section 8, Clause 17 of the U.S. Constitution, quoted as follows:

"The Congress shall have the power . . . To exercise exclusive legislation in all cases whatsoever, over such district ( **NOT EXCEEDING TEN MILES SQUARE** ) as may, by cession of particular states and the acceptance of Congress, become the seat of the Government of the United States, [District of Columbia] and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the Erection of Forts, Magazines, Arsenals, dock yards and other needful

1   Buildings; And - To make all laws which shall be necessary and proper for

2   carrying into Execution the foregoing Powers..." [emphasis added]

3   *and* **Article IV, Section 3, Clause 2:**

4   "The Congress shall have the Power to dispose of and make all needful Rules

5   and Regulations respecting the Territory or other Property belonging to the

6   United States; and nothing in this Constitution shall be so construed as to

7   Prejudice any Claims of the United States, or of any particular State."

8   44. The definition of the "United States" being used here, then, is limited to its

9   **territories**:

10      1)   The District of Columbia

11      2)   Commonwealth of Puerto Rico

12      3)   U.S. Virgin Islands

13      4)   Guam

14      5)   American Samoa

15      6)   Northern Mariana Islands

16      7)   Trust Territory of the Pacific Islands

17      8)   Military bases within the several states

18      9)   Federal agencies within the several states

19   45. It does **not** include the several states **themselves**, as is confirmed by the

20      following cites:

21   •   "**We have in our political system a Government of the United States and a

22      government of each of the several States.** Each one of these governments is

23      distinct from the others, and each has citizens of its own who owe it

24      allegiance, and whose rights, within its jurisdiction, it must protect. **The

25      same person may be at the same time a citizen of the United States and a

26      Citizen of a State**, but his rights of citizenship under one of these

27      governments will be different from those he has under the other." Slaughter

28      House Cases **United States vs. Cruikshank**, 92 U.S. 542 (1875).

- "THE UNITED STATES GOVERNMENT IS A FOREIGN CORPORATION WITH RESPECT TO A STATE." [emphasis added] **Volume 20: Corpus Juris Sec**. §1785: NY re: Merriam 36 N.E. 505 1441 S.Ct.1973, 41 L.Ed.287.

46. This is further confirmed by the following quote from the Internal Revenue Service:

> Federal jurisdiction "includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa." - Internal Revenue Code Section 312(e).

47. In **legal** terminology, the word "***includes***" means "***is limited to.***" When referring to this "District" U̲nited S̲tates, the Internal Revenue Code uses the terms**"WITHIN"** the U̲nited S̲tates. When referring to the several States, the Internal Revenue Code uses the term **"WITHOUT"** the U̲nited S̲tates.

48. **Dozens, perhaps hundreds**, of court cases **evidence and prove** that federal jurisdiction is *limited* to the few federal territory and/or 'areas' above indicated. For example, in two Supreme Court cases, it was decided:

- "The laws of Congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government," **Caha v. United States**, 152 U.S., at 215.

- "We think a proper examination of this subject will show that the United States never held any municipal sovereignty, jurisdiction, or right of soil in and to the territory, of which Alabama or any of the new States were formed..."

- "[B]ecause, the United States have no constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere, except in the cases in which it is expressly granted..."

1   • "Alabama is therefore entitled to the sovereignty and jurisdiction over all
2      the territory within her limits, subject to the common law," **Pollard v.**
3      **Hagan**, 44 U.S. 221, 223, 228, 229.

4   49. Likewise, Title 18 of the United States Code at §7 specifies that the "territorial
5      jurisdiction" of the United States extends only **outside** the boundaries of lands
6      belonging to any of the several States.

7   50. **Therefore**, in addition to the fact that **no unrevealed federal contract can**
8      **obligate me to perform in any manner without my fully informed and**
9      **uncoerced consent,** likewise, **no federal statutes or regulations apply to me or**
10     **have any jurisdiction over me.** I hereby affirm that I do not reside or work in
11     any federal territory of the "District" United States, and that therefore no U.S.
12     federal government statutes or regulations have any authority over me.

13   ## Powers and Contractual Obligations of United States and State
14   ## Government Officials

15  51. All United States and State government officials are hereby put on notice that I
16     expect them to have recorded valid Oaths of Office in accordance with the U.S.
17     Constitution, **Article VI**:

18     "The Senators and Representatives before mentioned, and the members of the
19     several State Legislatures, and all executive and judicial officers, both of the
20     United States and of the several States, shall be bound by oath or affirmation
21     to support this Constitution..."

22  52. I understand that by their Oaths of Office all U.S. and State government officials
23     are **contractually bound** by the U.S. Constitution as formulated by its framers,
24     and not as "interpreted," subverted, or corrupted by the U.S. Supreme Court or
25     other courts. According to the **Ninth Amendment** to the U.S. Constitution:

26     "The enumeration in the Constitution of certain rights shall not be construed
27     to deny or disparage others retained by the people."

28  *and* the **Tenth Amendment** to the U.S. Constitution:

1    "The powers not delegated to the United States by the Constitution, nor
2    prohibited by it to the States, are reserved to the States respectively, or to the
3    people."

4  53. Thus, my understanding from these Amendments is that the powers of all U.S.
5    and State government officials are *limited* to those **specifically granted** by the
6    U.S. **Constitution.**

7  54. I further understand that **any** laws, statutes, ordinances, regulations, rules, and
8    procedures contrary to the U.S. Constitution, as written by its framers, are **null**
9    **and void**, as expressed in the Sixteenth American Jurisprudence Second Edition,
10   Section 177:

11      "The general misconception is that any statute passed by legislators bearing
12      the appearance of law constitutes the law of the land. The U.S. Constitution is
13      the supreme law of the land, and any statute, to be valid, must be in
14      agreement. It is impossible for both the Constitution and a law violating it to
15      be valid; one must prevail. This is succinctly stated as follows:

16      'The general rule is that an unconstitutional statute, though having the form
17      and name of law, is in reality no law, but is wholly void, and ineffective for
18      any purpose; since unconstitutionality dates from the time of its enactment,
19      and not merely from the date of the decision so branding it. An
20      unconstitutional law, in legal contemplation, is as inoperative as if it had
21      never been passed. Such a statute leaves the question that it purports to settle
22      just as it would be had the statute not been enacted.'

23      'Since an unconstitutional law is void, the general principles follow that it
24      imposes no duties, confers no right, creates no office, bestows no power or
25      authority on anyone, affords no protection, and justifies no acts performed
26      under it...'

27      'A void act cannot be legally consistent with a valid one. An unconstitutional
28      law cannot operate to supersede any existing valid law. Indeed, insofar as a

1    statute runs counter to the fundamental law of the land, it is superseded

2    thereby.'

3    'No one is bound to obey an unconstitutional law and no courts are bound to

4    enforce it.'" [emphasis added]

5   55. As expressed once again in the U.S. Constitution, **Article VI:**

6    "This Constitution, and the laws of the United States which shall be made in

7    pursuance thereof; and all treaties made, or which shall be made, under the

8    authority of the United States, **shall be** the **supreme law of the land; and the**

9    **judges in every State shall be bound thereby**, anything in the Constitution

10    or laws of any State to the contrary notwithstanding."

11   56. All U.S. and State government officials are therefore hereby put on notice that

12    any violations of their contractual obligations and fiduciary duties to act in

13    accordance with their U.S. Constitution, may result in prosecution to the full

14    extent of the law, as well as the application of all available legal remedies to

15    recover damages suffered by any parties damaged by any actions of U.S. and

16    State government officials in violation of the U.S. Constitution.

## <u>Revocation</u> of 'Power of Attorney':

18   57. **Furthermore**, I, Kevin/Affiant, **hereby revoke, rescind, and make void ab**

19    **initio**, all powers of attorney, in fact or otherwise, implied in law or otherwise,

20    signed either by me or anyone else, as it pertains to the Social Security Number

21    assigned to, WALKER, KEVIN LEWIS, as it pertains to any BIRTH

22    CERTIFICATES/BANK NOTES, BONDS, TRUSTS, DEPOSIT ACCOUNTS,

23    SECURITIES, SECURITIES ACCOUNTS, INVESTMENTS, marriage or business

24    licenses, or any other licenses or certificates issued by any and all government or

25    quasi-governmental entities, due to the use of various elements of fraud by said

26    agencies to attempt to deprive me of my Sovereignty and/or property.

27   58. I, Kevin/Affiant, hereby waive, cancel, repudiate, and refuse to knowingly

28    accept any alleged "benefit" or gratuity associated with any of the

aforementioned licenses, numbers, or certificates. I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in law or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute legal owner and possess *allodial* title to any and all such property.

59. **Take Notice** that I, Kevin/Affiant, also revoke, cancel, and make **void *ab initio*** all powers of attorney, in fact, in **presumption, or otherwise**, signed either by me or **anyone** else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, governmental entities or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

# Claim of Entire ESTATE:

60. I, Kevin/Affiant, having attained the age of majority and reason under divine law competent first-hand witness to the truth and facts recited herein, hereby makes a claim against the corpus, all property whether real or personal, **tangible or intangible**, **all deposit accounts** blocked by reason of presumption of death of Claimant, cash, credit lines, Credit default swap, all federal funds, collateralized debt obligation, options, derivates, and futures received by the said court in the said county, state and federal for the administration of the named estate, and all estates in agency, including but not limited to KEVIN LEWIS WALKER, or by whatsoever name the said ESTATE shall be called or *charged*. (See **Exhibit C**).

61. THIS IS ACTUAL AND CONSTRUCTIVE NOTICE BY SPECIAL DEPOSIT FOR THE BENEFIT OF THE SECURED PARTY/GRANTEE BENEFICIARY/ CLAIMANT IN THIS TRUST ACTION FOR THE CLAIMANT'S CLAIM: Notice of absolute claim of all investment, commodity and trust deposit account

contract with attached collateral and proceeds to secure collateral, along with claim of TRADENAME/TRADEMARK, COPYRIGHT/PATENT of the Name KEVIN LEWIS WALKER, my mind, body, soul of infants, spirit, and Live Borne Record, and reject and **rebuke all assumptions and presumptions** of being Property of any **Cestui Que Vie Trust**/ESTATE as mentioned under Canon 2055-2056, and assignment of all debt obligations to the Office of Secretary of the Treasury. Discharge all tax matters in accordance with but *not limited to*, U.C.C. 1-103, 2-202, 2-204, 2-206, 3-104, 3-311, 3-601, 3-603, 9-104, 9-105, 9-311, 9-313, 9-315, 9-150, 9-509, and **House Joint Resolution 192 of June 5 1933, public law 73-10**, and 31 U.S.C. §§ 3123, 5118, and 18 U.S.C. 8.

62. I, Kevin/Affiant affirm that all of the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this Affidavit. I hereby affix my own autograph to all of the affirmations in this entire document with explicit reservation of all my **inherent and *unalienable*** rights and my specific **common law** right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion.

## Rejection of ALL Presumptions & *Legal* Assumptions

63. Affiant, hereby rejects **any and all assumptions or presumptions** that:

1. Affiant and/or Plaintiffs or their estates are subject to any unauthorized jurisdiction.

2. Any implied contractual obligations exist between Affiant and/or Plaintiffs and Defendants that have not been expressly agreed upon.

3. Affiant and/or Plaintiffs have waived or surrendered any inherent rights under **the Constitution, common law, or natural law.**

## MINIMUM CONACTS and compelled or presumed "benefits"

64. Common examples of compelled or **presumed "benefits"** that create artificial or pretended jurisdiction include:

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

1.  **The use of Federal Reserve Notes to discharge my debts.** I have used these only because in America, there is no other widely recognized currency.

2.  **The use of a bank account, with my signature on the bank signature card.** If there is any hidden contract behind the bank signature card, my signature thereon gives no validity to it. The signature is only for verification of identity. I **cannot** be obligated to fulfill no hidden or unrevealed contract whatsoever, due to the absence of full disclosure and voluntary consent. Likewise, my use of the bank account thereof is due to the absence of a bank not associated with the Federal Reserve system. In general, people have been prevented from issuing their own currencies, and such prevention is in violation of the United States Constitution. Were there an alternative, I would be happy to use it. To not use any bank at all is impossible or very difficult, as everyone knows, in today's marketplace.

3.  **The use of a Social Security number.** The number normally assigned to persons of subject status, I use exceptionally, under duress, only because of the extreme inconvenience of operating without one in today's marketplace, where it is requested by banks, employers, lenders, and many other government agencies and businesses. My reason for using it is *not* because I wish to participate in the Social Security system, as I don't wish to participate. Let it be known that I use the Social Security number assigned to me *for information only*.

4.  **The use of a 'driver's license'.** As a **free man on land and American national,** there is no legal requirement for me to have such a license for traveling in my car. Technically, the unrevealed legal purpose of driver's licenses is commercial in nature. Since I don't carry passengers for hire, there is no law requiring me to have a license to travel for my own pleasure and that of my family and friends. However, because of the lack of education of police officers on this matter, should I be stopped for any reason and found to

be without a license, it is likely I would be ticketed and fined or obligated to appear in court. Therefore, under duress, I carry a license to avoid extreme inconvenience.

5. **State plates on my car.** Similarly, even though technically, my car does not fit the legal definition of a "motor vehicle," which is used for commercial purposes, nevertheless, I have registered it with the state and carry the state plates on it, because to have any other plates or no plates at all, causes me to run the risk of police officer harassment and extreme inconvenience.

6. **Past tax returns filed.** Any tax returns I may have filed in the past, were filed due to the dishonest atmosphere of fear and intimidation created by the Internal Revenue Service (IRS) and the local assessors' offices; not because there is any law requiring me to do so. Once I discovered that the IRS and other tax agencies have been misinforming the public, I have felt it is my responsible duty to society to terminate my voluntary participation. Because such returns were filed under Threat, Duress, and Coercion (TDC), and no two- way contract was ever signed with full disclosure, there is nothing in any past filing of returns or payments that created any valid contract. Therefore, no legal obligation on my part was ever created.

7. **BIRTH CERTIFICATE.** The fact that a BIRTH CERTIFICATE was granted to me by a local hospital or government agency when I entered this world, is irrelevant to my Sovereignty. No status, high or low, can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides date and place information only. It indicates nothing about jurisdiction, nothing about property ownership, nothing about rights, and nothing about subject status. The only documents that can have any legal meaning, as it concerns my status in society, are those which I have signed as an **adult,** with **full knowledge and consent, free from misrepresentation or coercion of any kind.**

8. "Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."

9. **Declaration of "Citizenship."** Any document I may have ever signed, in which I answered "yes" to the question, "Are you a U.S. citizen?" - **cannot** be used to compromise my status as a non-citizen national/national/Sovereign, nor obligate me to perform in any manner. This is because without full **written disclosure of the definition and consequences** of such supposed "citizenship," provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no legally binding contract. .

65. Take Notice that I hereby revoke, cancel, and make void ab initio any such instrument or any presumed election made by any of the several states or the United States government or any agency or department thereof, that I am or ever have voluntary elected to be treated as a 'United States citizen' subject to its jurisdiction or a resident of any territory, possession, instrumentality or enclave under the sovereignty or exclusive jurisdiction of any of the several states or of the United States as defined in the **U.S. Constitution in Article I, Section 8, Clause 17 and Article IV, Section 3, Clause 2.**

66. **Past voter registration.** Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the requirements for the supposed "privilege" to vote for government officials, any such registration on my part cannot be legal evidence of any obligation to perform. Likewise, I have granted NO jurisdiction over me, to any political office. It is my inherent right to vote on elections or issues that I feel affect all of society; NOT because I need anyone to rule over me. On the contrary - I have used the voting process only to instruct *my public servants* what a Citizen and Sovereign would like done.

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

67. **Use of the 2-letter state code and zip code.** My use of the 2-letter state code and zip code in my "address," which is secretly codified to indicate United States "federal zone" jurisdiction, has no effect whatsoever on my Sovereign status. Simply by receiving or sending "mail" through a quasi-federal messenger service, the postal service, at a location indicated with a 2-letter state code and zip code, cannot place me under federal jurisdiction or obligation. Such a presumption would be ludicrous. Under duress, I use these codes only for the purposes of information and making it more efficacious for the     U.S. Postal Service to deliver my mail.

68. **Use of semantics.** There are some immature people with mental imbalances, such as the craving to dominate other people, who masquerade as "government." Just because they alter definitions of words in the law books to their supposed advantage, doesn't mean I accept those definitions. The fact that they define the words "person," "address," "mail," "resident," "motor vehicle," "driving," "passenger," "employee," "income," and many others, in ways different from the common usage, so as to be associated with a subject or slave status, means nothing in real life.

69. **Because the courts have become entangled in the game of semantics, be it known to all courts and all parties**, that if I have ever signed any document or spoken any words on record, using words defined by twists in the law books different from the common usage, there can be no effect whatsoever on my Sovereign status in society thereby, nor can there be created any obligation to perform in any manner, by the mere use of such words. Where the meaning in the common dictionary differs from the meaning in the law dictionary, it is the meaning in common dictionary that prevails, because it is more trustworthy.

70. Such compelled and supposed "**benefits**" include, but are not limited to, the aforementioned typical examples. My use of such alleged "benefits" is **under duress only, and is with <u>full</u> reservation of all my common law rights**. I have

waived **none** of my intrinsic rights and freedoms by my use thereof.

**Furthermore,** my use of such compelled "benefits" may be temporary, until

better alternatives become available, practical, and widely recognized.

**DEMAND for JUDICIAL NOTICE, Due Process, and Application of *RES
JUDICATA, STARE DECISIS*, and COLLATERAL ESTOPPEL**

71. I, Kevin/Affiant hereby demand that this **Honorable Court** take **Judicial
Notice** of the attached 'VERIFIED **Affidavit of Constitutional Authority,
Supremacy Clause, American Sovereignty, Federal Jurisdiction, national/non-
citizen national (State Citizen) Status, Estate Claim, and Rebuttal of All Legal
Presumptions'**, along with all supporting constitutional provisions, statutory
authorities, case law, precedents, and controlling legal principles.

72. **Pursuant to Maxims of Law, silence or failure to contest this Affidavit and its
claims shall constitute agreement by silent acquiescence, tacit agreement, and
tacit procuration.**

73. Furthermore, Plaintiffs invoke the doctrines of **Res Judicata, Stare Decisis, and
Collateral Estoppel**, which **bar** any party from relitigating settled matters,
require adherence to established precedent, and preclude any contradictory
rulings on claims and issues already resolved under law.

**NOTICE of Rebuttal Requirements**

74. Any rebuttal must be submitted in the form of a **sworn, point-for-point
rebuttal under penalty of perjury**, and supported by **contract law, equity and
fairness**, *principles*, **and including but not limited to the following legal
maxims:**

- **IN COMMERCE TRUTH IS SOVEREIGN.** — Truth is sovereign -- and the
Sovereign tells only the truth.
- **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.**
- **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.**
— "He who does not deny, admits."

- **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** "There is nothing left to resolve."

## NOTICE to Government Officials & Private Entities

75. Any act, policy, regulation, statute, or court ruling that diminishes, infringes upon, or usurps the People's sovereignty is void, unlawful, unconstitutional, and repugnant to the Constitution (*Marbury v. Madison, 5 U.S. 137 (1803)*).

76. Therefore, I, Kevin: Walker, a natural, *freeborn* **sovereign,** state Citizen: Californian/ American *national* of the **republic**, as recognized under the **De'Jure** Constitution for the United States (1777/1789), *hereby assert and affirm*:

- I am not a "subject" of the federal government.
- I do not require permission to exercise rights granted by my Creator (which is NOT You).
- Every Government official is a *public servant*, not ruler.
- The Bill of Rights serves as a restriction on government — not the People.
- Any action that compels Americans into involuntary servitude under contracts (*implied, constructive, invisible and visible*), unlawful taxation, or compelled performance violates Constitutional and common law protections.

77. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

78. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

79. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

80. "the people, not the States, are sovereign." — Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

81. "Public officials **are not** immune from suit when they transcend their lawful authority by invading constitutional rights." — AFLCIO v. Woodward, 406 F2d 137 t.

82. **Again for the record, I, Kevin/Affiant, hereby affirm and assert that I am a good man of integrity, honor, and honesty, and have NOT harmed any man or woman, nor have I damaged any property.**

83. Again for the record, I, Kevin/Affiant, herby invoke *equity and fairness.*

84. *Again for the record,* I, Kevin/Affiant, simply wish to be left alone in peace and **not** be harassed, stalked, robbed, deprived under color of law, coerced into **commercial contracts**, extorted, and forced into peonage and/or involuntary servitude.

85. Again for the record, I, Kevin/Affiant, **reserve my natural** common law **right not** to be **compelled** to **perform** under **any** contract **that I did not enter into** *knowingly, voluntarily,* **and** *intentionally, and with complete and full disclosure,* **and** *without* **misrepresentation, duress, or coercion**. And furthermore, I do **not** accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement. As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

86. Again for the record, I, Kevin/Affiant, hereby declare and affirm that, consistent with the **eternal tradition of natural** common law, **unless I have harmed or violated someone or their property, I have committed no crime;** and I am therefore **not** subject

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

to any penalty. I act in accordance with the following U.S. Supreme Court case: "The individual may stand upon his **constitutional rights** as a citizen. He is entitled to carry on his **private** business in his own way. His power to contract is unlimited. He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905)

87. **ALL ARE EQUAL UNDER THE LAW.** — "No one is above the law".

88. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.** — "To lie is to go against the mind."

89. **IN COMMERCE TRUTH IS SOVEREIGN.** — Truth is sovereign -- and the Sovereign tells only the truth.

90. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.**

91. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** — "He who does not deny, admits."

92. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve."

93. **WORKMAN IS WORTHY OF HIS HIRE.** — "It is against equity for freemen not to have the free disposal of their own property."

94. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.** (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it."

95. Affiant hereby reaffirms all rights, waives none, preserves all remedies and immunities, demands strict proof of any and all claims under **penalty of**

Trust Action/Case No. 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated April 29, 2025

1   perjury, and stands solely in **private capacity** under the **protections** of the

2   **Constitution, common law, and equity.** All acts of adhesion or compelled

3   performance are rebutted **nunc pro tunc ab initio.** All statements herein stand as

4   truth in commerce.

5   Executed *"without the United States"* in compliance with **28 USC § 1746**.

6   **FURTHER AFFIANT SAYETH NOT.**

7   //

8   //

9   //

10   **COMMERCIAL OATH AND VERIFICATION:**

11   County of Riverside                    )

12                                          )        Commercial Oath and Verification

13   The State of California                )

14   I, <u>Kevin Walker</u>, under my unlimited liability and Commercial Oath proceeding in

15   good faith being of sound mind states that the facts contained herein are true,

16   correct, complete and not misleading to the best of Affiant's knowledge and belief

17   under penalty of International Commercial Law and state this to be His Affidavit of

18   Truth regarding same signed and sealed this <u>29th</u> day of <u>April</u> in the year of Our

19   Lord two thousand and twenty fiver:

20   **All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402.**

21

22   By: _____

23          Kevin Walker , *Secured Party, Real Party In Interest,*

24   //

25   //

26   Let this document stand as truth before the Almighty Supreme Creator and let it be

27   established before men according as the scriptures saith:  *"But if they will not listen, take one*

28   *or two others along, so that every matter may be established by the testimony of two or three*

Trust Action/Case No. 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

1  *witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be*

2  *established" 2 Corinthians 13:1.*

3       **All rights reserved without prejudice and without recourse.**

4

5       By: _____

6            Corey: Walker        *(Witness)*

7       **All rights reserved without prejudice and without recourse.**

8

9

10      By: _____

11           Donnabelle: Mortel (Witness)

12      # LIST OF EXHIBITS / EVIDENCE:

13  1. **Exhibit A: Affidavit: Power of Attorney In Fact'**

14  2. **Exhibit B:** Hold Harmless Agreement

15  3. **Exhibit C:** Private UCC Contract Trust/UCC1 filing #2024385925-4.

16  4. **Exhibit D:** Private UCC Contract Trust/UCC3 filing ##2024402990-2 .

17  5. E **Exhibit E:** Contract Security Agreement #RF775820621US, titled: NOTICE OF

18     CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY,

19     DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT,

20     EXTORTION, COERCION, TREASON.

21  6. **Exhibit F:** Contract Security Agreement #RF775821088US, titled: NOTICE OF DEFAULT,

22     and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER

23     THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON

24  7. **Exhibit G:** Contract Security Agreement #RF775822582US, titled: NOTICE OF

25     DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD,

26     RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR

27     OF LAW, IDENTITY THEFT, EXTORTION, COERCION, KIDNAPPING.

28  8. **Exhibit H:** Contract Security Agreement #RF775823645US, titled: Affidavit Certificate of

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

1    Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION.

2    9. **Exhibit I:** Form 3811 corresponding to Exhibit E.

3    10. **Exhibit J:** Form 3811 corresponding to Exhibit F.

4    11. **Exhibit K:** Form 3811 corresponding to Exhibit G.

5    12. **Exhibit L:** Form 3811 corresponding to Exhibit H.

6    13. **Exhibit M:** INVOICE/TRUE BILL #RIVSHERTREAS12312024

7    14. **Exhibit N:** Copy of 'MASTER DISCHARGE AND INDEMNITY BOND'

8    #RF661448567US.

9    15.**Exhibit O:** Photograph(s) of Defendant/Respondent Gregory D Eastwood.

10    16. **Exhibit P:** Photograph(s) of Defendant/Respondent Robert C V Bowman.

11    17. **Exhibit Q:** Photograph(s) of Defendant/Respondent Willam Pratt.

12    18. **Exhibit R:** Affidavit 'Right to Travel': *CANCELLATION*, TERMINATION, AND

13    REVOCATION of COMMERCIAL "For "Hire" DRIVER'S LICENSE CONTRACT and

14    AGREEMENT. LICENSE/BOND # B6735991

15    19. **Exhibit S:**  Revocation Termination and Cancelation of Franchise.

16    20. **Exhibit T:**  CITATION/BOND #TE464702, accepted **under threat, duress, and**

17    **coercion.**

18    21. **Exhibit U:**  Private Transport's PRIVATE PLATE displayed on the automobile

19    22. **Exhibit V:** Copy of "Automobile" and "commercial vehicle" defined by DMV

20    (Department of Motor Vehicles).

21    23. **Exhibit W:** Copy of CA CODE § 260 from https://leginfo.legislature.ca.gov.

22    24. **Exhibit X:** national/non-citizen national passport card #C35510079.

23    25. **Exhibit Y:** national/non-citizen national passport book #A39235161.

24    26.**Exhibit Z:** ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

25    27. **Exhibit AA:** A copy of American Bar Association's 'Attorney In Fact' Definition.

26    28. **Exhibit BB:** A Copy of Rule 8.4: (Misconduct) of the American Bar Association.

27    //

28    //

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

# P R O O F   O F   S E R V I C E

STATE OF CALIFORNIA            )

                               )     ss.

COUNTY OF RIVERSIDE            )

I competent, over the age of eighteen years, and not a party to the within action. My mailing address is the Delfond Group, care of: 30650 Rancho California Road suite 406-251, Temecula, California [92591]. On or about **April 29, 2025**, I served the within documents:

**1.** **NOTICE OF FILING <u>VERIFIED</u> Affidavit of Constitutional Authority, RESERVATION OF RIGHTS, Supremacy Clause, American Sovereignty, Federal Jurisdiction, National/Non-Citizen National (State Citizen) Status, Estate Claim, MINIMUM CONTACTS, and *Rebuttal* of All *Presumptions***

**2.** **<u>VERIFIED</u> Affidavit of Constitutional Authority, RESERVATION OF RIGHTS, Supremacy Clause, American Sovereignty, Federal Jurisdiction, National/Non-Citizen National (State Citizen) Status, Estate Claim, MINIMUM CONTACTS, and *Rebuttal* of All *Presumptions*.**

**3.** **Exhibits A through BB.**

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

**Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas Gruwell,**

Page 33 of 36

VERIFIED AFFIDAVIT OF CONSTITUTIONAL AUTHORITY, RESERVATION OF RIGHTS, SUPREMACY CLAUSE, AMERICAN SOVEREIGNTY, FEDERAL JURISDICTION, NATIONAL/NON-CITIZEN NATIONAL (STATE CITIZEN) STATUS, ESTATE CLAIM, MINIMUM CONTACTS, AND REBUTTAL OF ALL PRESUMPTIONS

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

C/o RIVERSIDE SHERIFF
30755-D Auld Road, Suite L-067
Murrieta, California [92563]
**Registered Mail** #RF775820710US, with form 3811

**Steven-Arthur: Sherman**
C/o STEVEN ARTHUR SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]
**Registered Mail** #RF775820723US, with form 3811

**Chad: Bianco**
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
**Registered Mail** #RF775820737US, with form 3811

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
350 West 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California [90012]
Express Mail #ER157615945US, with form 3811

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
255 East Temple Street, Suite TS-134
Los Angeles, California [90012]
Express Mail #ER157615959US, with form 3811

**Pam Bondi**
C/o U.S. Department of Justice
950 Pennsylvania Avenue, North West
Washington, District of Colombia [20530]
**Registered Mail** #RF775820745US, with form 3811

**Miranda Thomson, Michael Hestrin**
C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF
THE STATE OF CALIFORNIA
3960 Orange Street
Riverside, California [92501]
**Registered Mail** #RF775820754US, with form 3811

**By Electronic Service.** Based on a contract, and/or court order, and/or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

**Steven-Arthur: Sherman**
C/o STEVEN ARTHUR SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]
ssherman@law4cops.com
csherman@law4cops.com

AFFIDAVIT OF CONSTITUTIONAL AUTHORITY, RESERVATION OF RIGHTS, SUPREMACY CLAUSE, AMERICAN SOVEREIGNTY, FEDERAL JURISDICTION, NATIONALITY, CITIZENSHIP, NATIONAL STATUS, ESTATE IS A/K/A MINIMUM CONTACTS, AND REBUTTAL OF ALL PRESUMPTIONS

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

1

2    **Chad: Bianco, Gregory D Eastwood, Robert C V Bowman, George
     Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas Gruwell,**
3    C/o  RIVERSIDE COUNTY SHERIFF
     4095 Lemon Street, 2nd Floor
4    Riverside, California [92501]
     rsoscscentral@riversidesheriff.org
5    jsinz@riversidesheriff.org
     wpratt@riversidesheriff.org
6
     **Patricia Guerrero**
7    C/o Judicial Council of California
     455 Gold Gate Avenue
8    San Francisco, California [94102]
     judicialcouncil@jud.ca.gov
9
     **Rob Bonta**
10   C/o Office of the Attorney General
     1300 "I" Street
11   Sacramento, California [95814-2919]
     Police-Practices@doj.ca.gov
12   piu@doj.ca.gov

13   **Clerk, Agent(s), Fiduciary(ies)**
     C/o CLERK OF COURT
14   350 West 1st Street, Courtroom 9B, 9th Floor
     Los Angeles, California [90012
15   WLH_Chambers@cacd.uscourts.gov

16   **Clerk, Agent(s), Fiduciary(ies)**
     C/o CLERK OF COURT
17   255 East Temple Street, Suite TS-134
     Los Angeles, California [90012]
18   MAA_Chambers@cacd.uscourts.gov

19   **Pam Bondi**
     C/o U.S. Department of Justice
20   950 Pennsylvania Avenue, North West
     Washington, District of Colombia [20530]
21   crm.section@usdoj.gov

22   **Miranda Thomson, Michael Hestrin**
     C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF
23   THE STATE OF CALIFORNIA
     3960 Orange Street
24   Riverside, California [92501]
     DAOffice@rivco.org

25       I declare under penalty of perjury under the laws of the State of California

26   that the above is true and correct.  Executed on **April 29, 2025** in Riverside County,

27   California.

28                                              _____*/s/Corey Walker/*_____
                                                Corey Walker

AFFIDAVIT OF CONSTITUTIONAL AUTHORITY, RESERVATION OF RIGHTS, SUPREMACY CLAUSE, AMERICAN SOVEREIGNTY, FEDERAL JURISDICTION, NATIONAL NON-CITIZEN NATIONAL STATE CITIZEN STATUS, ESTATE CLAIM, MINIMUM CONTACTS, AND ABROGATION OF ALL PRESUMPTIONS

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

1                   <u>**NOTICE**</u>:

2 Using a notary on this document does ***not*** constitute any adhesion, ***nor does it alter***

3 ***my status in any manner.*** The purpose for notary is verification and identification

4 only and not for entrance into any foreign jurisdiction.

5 //

6 //

7                  <u>**JURAT**</u>:

8 State of California             )

                                    ) ss.

9 County of Riverside            )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

10 Subscribed and sworn to (or affirmed) before me on this <u>29th</u> day of <u>April, 2025,</u> by <u>Kevin Walker,</u> proved to

11 me on the basis of satisfactory evidence to be the person(s) who appeared before me.

12

13 _Joyti Patel_, _____ Notary public

               print

14 _Joytipatel_ _____ Seal:

> JOYTI PATEL
> Notary Public - California
> Riverside County
> Commission # 2407742
> My Comm. Expires Jul 8, 2026

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**MAIL EXPRESS®**

**FLAT RATE ENVELOPE**

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP



CJ

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 30 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

October 2023
12 1/2 x 9 1/2

PEEL FROM THIS CORNER

PAPER POUCH

how2recycle.info

UNITED STATES POSTAL SERVICE

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE ( 310 ) 923-8521

Kevin, Secured Party, natural
℅ 31650 Rancho California Road
#406-251
Temecula, California [92591]

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*

TO: (PLEASE PRINT)   PHONE ( )

Clerk
℅ CLERK OF COURT
255 East Temple Street, #TS-134
Los Angeles, California
90012

ZIP + 4® (U.S. ADDRESSES ONLY)

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)
☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code   92591
Date Accepted (MM/DD/YY)   4-29-25

Scheduled Delivery Date (MM/DD/YY)   4-30-25
Scheduled Delivery Time   ☒ 3:00 PM   ☐ 12 NOON

Postage   $ 31.40

Time Accepted   2:09   ☐ AM  ☒ PM

Insurance Fee   Return Receipt Fee
COD Fee   Live Animal Transportation Fee

Weight   ☒ Flat Rate   lbs. oz.

Acceptance Employee Initials   9.10   TV

Return Receipt Fee   $ 4.10

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

Special Handling/Fragile   Sunday/Holiday Premium Fee

Total Postage & Fees   $ 35.50



RDC 07   90012

ER 157 635 959 US

S2324H504872...

PMc
TEMECULA, CA
APR 29, 2025

**$35.50**



■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

UNITED STATES
POSTAL SERVICE ®

PRIORITY
MAIL
EXPRESS ®

ATE ENVELOPE

ANY WEIGHT

...ge Package Pickup,
the QR code.

...OM/PICKUP

...AT USPS.COM ®
...E SUPPLIES ONLINE

EP13F October 2023

001000006

GUARANTEED* · TRACKED · INSURED