Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

Kevin: Walker
C/o 30650 Rancho California Road #406-251
Temecula, California [92591]
non-domestic *without* the United States
Email: team@walkernovagroup.com

*Plaintiff, Real Party in Interest, Injured Party, Secured Party,*



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kevin Walker,** *Plaintiff/Real Party in Interest/Injured Party* vs. Chad Bianco, Steven Arthur Sherman, Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Nicholas Gruwell, Joseph Sinz, Michael Hestrin, Miranda Thomson, **RIVERSIDE COUNTY SHERIFF, THE PEOPLE OF THE STATE OF CALIFORNIA, MENIFEE JUSTICE CENTER, FERGUSON PRAET & SHERMAN A PROFESSIONAL CORPORATION,** *Does 1-100 Inclusive,* Defendant(s). | Case No.: 5:25-cv-00646-WLH-MAA **NOTICE OF FILING VERIFIED AFFIDAVIT OF CONSTITUTIONAL AUTHORITY, RESERVATION OF RIGHTS, SUPREMACY CLAUSE, AMERICAN SOVEREIGNTY, FEDERAL JURISDICTION, NATIONAL/NON-CITIZEN NATIONAL (STATE CITIZEN) STATUS, ESTATE CLAIM, MINIMUM CONTACTS, AND *REBUTTAL* OF ALL *PRESUMPTIONS*.** |

**COMES NOW**, Plaintiff Kevin: Walker (hereinafter "Plaintiff," "Secured Party," and/or "Real Party in Interest"), appearing by *Special Limited Appearance* (**not** generally), in **private capacity**, expressly **not** pro se, with **all** rights reserved *without* prejudice, waiving none, preserving all immunities, protections, and remedies, and hereby gives formal notice to this Honorable Court and all interested parties of the

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

filing and lodging of the *Verified Affidavit of Constitutional Authority, Supremacy Clause, American Sovereignty, Federal Jurisdiction, National/Non-Citizen National (State Citizen) Status, Estate Claim, and Rebuttal of All Legal Presumptions,* into the public judicial record, while preserving all private administrative rights, **trust rights, equitable interests, constitutional immunities, and expressly** rejecting any and all **presumptions** of corporate, statutory, or public jurisdiction, and hereby gives formal notice to this Honorable Court and all interested parties as follows

1. Plaintiff hereby files and lodges into the private administrative record the **Verified Affidavit of Constitutional Authority, Supremacy Clause, American Sovereignty, Federal Jurisdiction, National/Non-Citizen National (State Citizen) Status, Estate Claim, and Rebuttal of All Legal Presumptions** ("Affidavit"), duly executed under penalty of perjury pursuant to **28 U.S.C. § 1746.**

2. The Affidavit stands as sworn, unrebutted, and uncontroverted truth in commerce and equity, constituting lawful evidence in accordance with maxims of law, including but not limited to:
   - "An unrebutted affidavit stands as truth in commerce."
   - "Matters not rebutted are deemed admitted."
   - "Truth is sovereign."

3. The Affidavit preserves Plaintiff's private standing, constitutional immunities, vested equitable interests, and asserts lawful jurisdiction pursuant to the Constitution for the United States of America, common law, trust law, contract law, and the Uniform Commercial Code.

4. Plaintiff explicitly rebuts and declines any and all **presumptions** of **"residency,"** citizenship under the Fourteenth Amendment, corporate personhood, statutory adhesion, compelled performance, or voluntary submission to public jurisdiction.

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

5. This filing is made solely to preserve the record, to assert lawful standing and equity jurisdiction, and is **not** to be construed as a general appearance, waiver of rights, or consent to administrative, corporate, or statutory jurisdiction.

6. All rights are expressly reserved without prejudice, pursuant to **UCC 1-308** and **28 U.S.C. § 1746**, with no waiver of any rights, privileges, immunities, defenses, or protections.

## NOTICE of Rebuttal Requirements

7. Any rebuttal must be submitted in the form of a sworn, point-for-point rebuttal under penalty of perjury.

## DEMAND for JUDICIAL NOTICE, Due Process, and Application of RES JUDICATA, STARE DECISIS, and COLLATERAL ESTOPPEL

8. Plaintiffs hereby respectfully request and demand that this Honorable Court take Judicial Notice of the attached 'VERIFIED Affidavit of Constitutional Authority, Supremacy Clause, American Sovereignty, Federal Jurisdiction, National/Non-Citizen National (State Citizen) Status, Estate Claim, and Rebuttal of All Legal Presumptions', along with all supporting constitutional provisions, statutory authorities, case law, precedents, and controlling legal principles.

9. Pursuant to **Maxims of Law**, silence or failure to contest this Affidavit and its claims shall constitute **agreement by silent acquiescence, tacit agreement, and tacit procuration.**

10. Furthermore, Plaintiffs invoke the doctrines of **Res Judicata, Stare Decisis, and Collateral Estoppel**, which **bar any party** from relitigating settled matters, require adherence to established precedent, and preclude any contradictory rulings on claims and issues already resolved under law.

//
//
//

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

# COMMERCIAL OATH AND VERIFICATION:

County of Riverside )

) Commercial Oath and Verification

The State of California )

I, Kevin Walker, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be His Affidavit of Truth regarding same signed and sealed this 29th day of April in the year of Our Lord two thousand and twenty fiver:

**All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402.**

By: _____
Kevin: Walker , *Secured Party, Real Party In Interest,*

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

**All rights reserved without prejudice and without recourse.**

By: _____
Corey: Walker        (Witness)

**All rights reserved without prejudice and without recourse.**

By: _____
Donnabelle: Mortel (Witness)

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

# LIST OF EXHIBITS / EVIDENCE:

1. **Exhibit A:** Affidavit: Power of Attorney In Fact'

2. **Exhibit B:** Hold Harmless Agreement

3. **Exhibit C:** Private UCC Contract Trust/UCC1 filing #2024385925-4.

4. **Exhibit D:** Private UCC Contract Trust/UCC3 filing ##2024402990-2 .

5. E **Exhibit E:** Contract Security Agreement #RF775820621US, titled: NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

6. **Exhibit F:** Contract Security Agreement #RF775821088US, titled: NOTICE OF DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON

7. **Exhibit G:** Contract Security Agreement #RF775822582US, titled: NOTICE OF DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, KIDNAPPING.

8. **Exhibit H:** Contract Security Agreement #RF775823645US, titled: Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION.

9. **Exhibit I:** Form 3811 corresponding to Exhibit E.

10. **Exhibit J:** Form 3811 corresponding to Exhibit F.

11. **Exhibit K:** Form 3811 corresponding to Exhibit G.

12. **Exhibit L:** Form 3811 corresponding to Exhibit H.

13. **Exhibit M:** INVOICE/TRUE BILL #RIVSHERTREAS12312024

14. **Exhibit N:** Copy of 'MASTER DISCHARGE AND INDEMNITY BOND' #RF661448567US.

15. **Exhibit O:** Photograph(s) of Defendant/Respondent Gregory D Eastwood.

16. **Exhibit P:** Photograph(s) of Defendant/Respondent Robert C V Bowman.

17. **Exhibit Q:** Photograph(s) of Defendant/Respondent Willam Pratt.

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

18. **Exhibit R:** Affidavit 'Right to Travel': *CANCELLATION, TERMINATION, AND REVOCATION* of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991

19. **Exhibit S:** Revocation Termination and Cancelation of Franchise.

20. **Exhibit T:** CITATION/BOND #TE464702, accepted **under threat, duress, and coercion.**

21. **Exhibit U:** Private Transport's PRIVATE PLATE displayed on the automobile

22. **Exhibit V:** Copy of "Automobile" and "commercial vehicle" defined by DMV (Department of Motor Vehicles).

23. **Exhibit W:** Copy of CA CODE § 260 from https://leginfo.legislature.ca.gov.

24. **Exhibit X:** national/non-citizen national passport card #C35510079.

25. **Exhibit Y:** national/non-citizen national passport book #A39235161.

26. **Exhibit Z:** ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

27. **Exhibit AA:** A copy of American Bar Association's 'Attorney In Fact' Definition.

28. **Exhibit BB:** A Copy of Rule 8.4: (Misconduct) of the American Bar Association.

//
//
//
//
//
//
//
//
//
//
//
//
//

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF RIVERSIDE          )

I competent, over the age of eighteen years, and not a party to the within action. My mailing address is the Delfond Group, care of: 30650 Rancho California Road suite 406-251, Temecula, California [92591]. On or about **April 29, 2025**, I served the within documents:

1. **NOTICE OF FILING <u>VERIFIED</u> Affidavit of Constitutional Authority, RESERVATION OF RIGHTS, Supremacy Clause, American Sovereignty, Federal Jurisdiction, National/Non-Citizen National (State Citizen) Status, Estate Claim, MINIMUM CONTACTS, and *Rebuttal* of All *Presumptions***

2. **<u>VERIFIED</u> Affidavit of Constitutional Authority, RESERVATION OF RIGHTS, Supremacy Clause, American Sovereignty, Federal Jurisdiction, National/Non-Citizen National (State Citizen) Status, Estate Claim, MINIMUM CONTACTS, and *Rebuttal* of All *Presumptions*.**

3.         **Exhibits A through BB.**

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

**Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas Gruwell,**

NOTICE OF FILING VERIFIED AFFIDAVIT OF CONSTITUTIONAL AUTHORITY, RESERVATION OF RIGHTS, SUPREMACY CLAUSE, AMERICAN SOVEREIGNTY, FEDERAL JURISDICTION, NATIONAL/NON-CITIZEN NATIONAL (STATE CITIZEN) STATUS, ESTATE CLAIM, MINIMUM CONTACTS, AND REBUTTAL OF ALL PRESUMPTIONS

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

1  C/o RIVERSIDE SHERIFF
2  30755-D Auld Road, Suite L-067
   Murrieta, California [92563]
   **Registered Mail** #RF775820710US, with form 3811

3  **Steven-Arthur: Sherman**
4  C/o STEVEN ARTHUR SHERMAN
   1631 East 18th Street
   Santa Ana, California [92705-7101]
5  **Registered Mail** #RF775820723US, with form 3811

6  **Chad: Bianco**
7  C/o RIVERSIDE COUNTY SHERIFF
   4095 Lemon Street, 2nd Floor
   Riverside, California [92501]
8  **Registered Mail** #RF775820737US, with form 3811

9  **Clerk, Agent(s), Fiduciary(ies)**
   C/o CLERK OF COURT
10 350 West 1st Street, Courtroom 9B, 9th Floor
   Los Angeles, California [90012]
11 Express Mail #ER157615945US, with form 3811

12 **Clerk, Agent(s), Fiduciary(ies)**
   C/o CLERK OF COURT
13 255 East Temple Street, Suite TS-134
   Los Angeles, California [90012]
14 Express Mail #ER157615959US, with form 3811

15 **Pam Bondi**
   C/o U.S. Department of Justice
16 950 Pennsylvania Avenue, North West
   Washington, District of Colombia [20530]
17 **Registered Mail** #RF775820745US, with form 3811

18 **Miranda Thomson, Michael Hestrin**
   C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF
19 THE STATE OF CALIFORNIA
   3960 Orange Street
20 Riverside, California [92501]
   **Registered Mail** #RF775820754US, with form 3811
21

22    **By Electronic Service.** Based on a contract, and/or court order, and/or an
23 agreement of the parties to accept service by electronic transmission, I caused the
24 documents to be sent to the persons at the electronic notification addresses listed
25 below.

26 **Steven-Arthur: Sherman**
   C/o STEVEN ARTHUR SHERMAN
27 1631 East 18th Street
   Santa Ana, Cailfornia [92705-7101]
28 ssherman@law4cops.com
   csherman@law4cops.com

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

**Chad: Bianco, Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas Gruwell,**
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
rsoscscentral@riversidesheriff.org
jsinz@riversidesheriff.org
wpratt@riversidesheriff.org

**Patricia Guerrero**
C/o Judicial Council of California
455 Gold Gate Avenue
San Francisco, California [94102]
judicialcouncil@jud.ca.gov

**Rob Bonta**
C/o Office of the Attorney General
1300 "I" Street
Sacramento, California [95814-2919]
Police-Practices@doj.ca.gov
piu@doj.ca.gov

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
350 West 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California [90012
WLH_Chambers@cacd.uscourts.gov

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
255 East Temple Street, Suite TS-134
Los Angeles, California [90012]
MAA_Chambers@cacd.uscourts.gov

**Pam Bondi**
C/o U.S. Department of Justice
950 Pennsylvania Avenue, North West
Washington, District of Colombia [20530]
crm.section@usdoj.gov

**Miranda Thomson, Michael Hestrin**
C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF THE STATE OF CALIFORNIA
3960 Orange Street
Riverside, California [92501]
DAOffice@rivco.org

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **April 29, 2025** in Riverside County, California.

                  */s/Corey Walker/*
                  Corey Walker

Trust Action/Case No.: 5:25-cv-00646-WLH-MAA — Express Mail #ER157615945US — Dated: April 29, 2025

## NOTICE:

Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner.* The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

//

//

## JURAT:

State of California            )
                               ) ss.
County of Riverside            )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn to (or affirmed) before me on this 29th day of April, 2025, by Kevin Walker, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

____Joyti Patel____, Notary public
        print

____Joyti Patel____ Seal:

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026












