Express Mail #ER157615830US — Dated: May 9, 2025

**From/Claimant(s):** Kevin: Realworldfare (formerly Kevin: Walker)
*Secured Party, Executor, Fiduciary, Real Party In Interest,*
C/o ™KEVIN WALKER© ESTATE, ™KEVIN WALKER© (ENS LEGIS)
30650 Rancho California Road # 406-251
Temecula, California
**non-domestic** *without* the United States
Email: team@walkernovagroup.com

**To/Respondent(s):**
**Clerk of the Board of Supervisors**
Attention: Claims Division
4080 Lemon Street, 1st Floor
P.O. Box 1628
Riverside, California 92502-1628
cob@rivco.org

*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

5:25cv00646

FILED
CLERK, U.S. DISTRICT COURT
MAY 14 2025
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

CC (see proof of service section herein for all parties noticed and served):
- Riverside County Risk Management – Claims and Investigation Division
- Riverside County Sheriff's Office – Internal Affairs Division
- County of Riverside – Office of County Counsel
- Board of Supervisors – Riverside County

**RE: VERIFIED NOTICE AND DEMAND FOR DISCLOSURE OF LIABILITY INSTRUMENTS, SELF-INSURANCE STATUS, AND RISK COVERAGE PERTAINING TO NAMED PUBLIC OFFICIALS; NOTICE OF CLAIM AND REQUEST PURSUANT TO CALIFORNIA GOVERNMENT CODE §§ 910–915.4**

## I. NOTICE TO AGENTS AND CLAIM SUBJECTS

**To all named agents and departments:**

This is a **lawful claim and demand for disclosure**, made in accordance with **California Government Code §§ 910–915.4**, regarding **liability coverage, self-insured instruments, and/or surety bonding** applicable to the following **public officers** acting under color of law within the County of Riverside:

- **Sheriff Chad Bianco**
- **Deputy Derrick Eastwood** (appears to be on Brady List)
- **Deputy Robert C V Bowman** (appears to be on Brady List)
- **Deputy Nicholas Gruwell** (appears to be on Brady List)
- **Sgt. Dan McAuliffe** (appears to be on Brady List)
- **Sgt. Joseph Sinz**

Express Mail #ER157615830US — Dated: May 9, 2025

- **Sgt. William Pratt** (appears to be on Brady List)
- **Sgt. George Reyes** (appears to be on Brady List)
- **Deputy Ortiz**
- **Deputy Robert Gell** (appears to be on Brady List)
- **Depute Christoper Grimm** (appears to be on Brady List)
- **Deputy Torres (ID# 7855)**
- **Michael Angel Hestrin**, California State Bar No. **200300**
- **Monika Vermani**, California State Bar No. **355080**
- **Jeremiah D. Raxter**, California State Bar No. **276811** (BAR Status: Inactive)
- **Charles Rogers**, California State Bar No. **64530** (BAR Status: Inactive)

## II. FRAUD NOTICE & UNAUTHORIZED PRACTICE OF LAW BY PURPORTED "COMMISSIONERS"

The following individuals have been directly involved in the **underlying fraudulent proceedings** connected to **Riverside County Case No. MISW2501134**, which has now been **lawfully removed to the United States District Court for the Central District of California**. These individuals have acted — and continue to act — under the assumed title of "**Commissioner**," **without valid licensure,** *without* **consent of the injured party, and in total absence of lawful jurisdiction.**

### Jeremiah D. Raxter – California State Bar No. 276811 (Status: Inactive)

Jeremiah D. Raxter has actively participated in judicial functions under the false and misleading title of "Commissioner" while **not holding a valid, active license to practice law in the State of California**. His **State Bar status is** inactive, and he is **legally disqualified from performing any judicial, prosecutorial, or legal function.** (See **Exhibit S** for documented evidence of Jeremiah D. Raxter's inactive California State Bar license.)

**All** acts taken by Mr. Raxter in the above-captioned matter have been conducted:

- *Without* **the free, knowing, and voluntary consent** of the Claimant;

Express Mail #ER157615830US — Dated: May 9, 2025

- In **open violation of express, written objection and reservation of rights** under UCC § 1-308 and relevant constitutional provisions;
- **Absent subject matter, personal, and territorial jurisdiction**, as clearly stated and unrebutted in verified filings;
- And therefore constitute **fraud, impersonation of a judicial officer**, and **unauthorized practice of law** in violation of **California Business and Professions Code §§ 6125–6127**.

**Charles Rogers – California State Bar No. 64530 (Status: Inactive)**

Charles Rogers is also acting under the false title of "Commissioner" in connection with Case No. MISW2501134. As with Raxter, **his State Bar license is inactive**, and he is **not lawfully authorized to engage in any legal or judicial activity**. (See **Exhibit T** for documented evidence of Charles Rogers' inactive California State Bar license.)

All participation by Mr. Rogers in this matter is:

- Conducted **without jurisdiction** and *without* lawful authority;
- **In direct opposition to properly submitted objections**, affidavits of status, and verified notices of non-consent;
- **Fraudulent ab initio**, and constitutes a **deliberate attempt to usurp judicial function and deceive the public**.

## III. INSTITUTIONAL COMPLICITY AND LEGAL NOTICE

The **County of Riverside, its Risk Management Division, County Counsel**, and all relevant supervising entities are hereby placed on **full legal, equitable, and commercial notice** that the continued recognition or support of these individuals in any "judicial" capacity constitutes:

- **Gross administrative negligence;**
- **Violation of due process and fair hearing rights;**
- **Civil conspiracy to violate federally secured rights;** and
- **Direct commercial and personal liability for all harm resulting therefrom.**

Express Mail #ER157615830US — Dated: May 9, 2025

These actions form the basis of an active federal lawsuit and commercial lien:

- **$100,000,000.00 verified damages claim**,
- **$1,000,000,000,000.00 (One Trillion USD) unrebutted commercial lien**,
- Filed under **Case No. 5:25-cv-00646-WLH-MAA**. See **Exhibits E and F**

No act committed by either individual has lawful force or legal effect. **Jurisdiction has been formally and expressly rejected on the public and commercial record**, and **no tacit or implied consent exists**. All further attempts to exercise or impose false authority shall be construed as **acts of fraud, retaliation, and willful misconduct** under both state and federal law.

## IV. SUMMARY OF CONFIRMED, UNREBUTTED, AND VERIFIED CONDUCT AND VIOLATIONS

Said individuals are subjects of ongoing administrative and legal proceedings concerning **willful, knowing, and intentional violations of constitutionally secured rights**, commercial obligations, and public trust, including but not limited to:

1. **Unlawful arrest and detainment without warrant, probable cause, or judicial authority**;
2. **Kidnapping under color of law**, in violation of 18 U.S.C. § 1203 and constitutional protections;
3. **Denial and obstruction of due process**, including refusal to recognize verified filings and affidavits;
4. **Retaliatory enforcement and malicious prosecution** for the exercise of constitutionally protected rights;
5. **Enforcement of void ab initio warrants** and unlawful instruments lacking lawful judicial capacity;
6. **Deprivation of remedy, obstruction of access to lawful court and administrative process**;
7. **Targeted harassment and intentional infliction of emotional distress**, designed to chill lawful redress;

8. **Stalking, surveillance, and coordinated gang-stalking behavior**, constituting psychological coercion and public intimidation;

9. **Harassment and intimidation by public officers in uniform**, with no lawful authority or legal justification;

10. **Use of coercive force and intimidation tactics amounting to psychological torture** under color of law;

11. **Conspiracy to interfere with civil rights**, in violation of 42 U.S.C. § 1985(3);

12. **Neglect or refusal to prevent civil rights violations**, in violation of 42 U.S.C. § 1986;

13. **Deprivation of rights under color of law**, in violation of 18 U.S.C. § 242;

14. **Conspiracy against rights**, in violation of 18 U.S.C. § 241;

15. **Racketeering activity under 18 U.S.C. §§ 1961–1964 (RICO)**, including fraud, extortion, obstruction, and retaliatory enforcement as predicate acts;

16. **Fraudulent misrepresentation of authority and jurisdiction** by officers acting under assumed commercial authority;

17. **Failure to uphold oath of office**, in breach of public trust and fiduciary duty to the People and the Constitution.

## V. FEDERAL ACTION AND COMMERCIAL CLAIM

Said federal lawsuit includes **verified** and *unrebutted* claims under a wide array of civil, criminal, commercial, and equitable causes of action, including but not limited to:

1. **42 U.S.C. §§ 1983, 1985, 1986** – Civil rights violations, conspiracy to interfere with rights, and neglect to prevent;

2. **18 U.S.C. §§ 241, 242** – Conspiracy against rights and deprivation of rights under color of law;

3. **18 U.S.C. §§ 1961–1964 (RICO)** – Racketeering, including predicate acts of fraud, extortion, obstruction, retaliation, and deprivation of rights;

4. **18 U.S.C. §§ 1341, 1343** – Mail and wire fraud;

Express Mail #ER157615830US — Dated: May 9, 2025

5. **18 U.S.C. § 872** – Extortion under color of official right;
6. **18 U.S.C. § 1203** – Hostage taking and coercion;
7. **18 U.S.C. § 1001** – False statements and concealment by public officers;
8. **18 U.S.C. §§ 1512–1513** – Witness tampering and retaliation;
9. **UCC §§ 1-308, 3-302, 3-505, 9-509** – Commercial dishonor, perfected security interest, creditor standing, and *unrebutted* **affidavits** as judgments in commerce;
10. **Claims of Fraud, Breach of Contract, Theft, Embezzlement, Identity Theft, Kidnapping, Torture, Forced Peonage, Emotional Distress, Obstruction of Remedy, Declaratory Relief, and Summary Judgment** as outlined in the Verified Complaint.

This **claim and demand for disclosure of liability instruments and bonding information** is neither speculative nor anticipatory. It is an **integral part of a pending, active federal civil RICO and tort suit** with a **documented and *unrebutted* commercial lien claim in the amount of $1,000,000,000,000.00 (One Trillion USD)** and a **verified damages claim of $100,000,000.00 (One Hundred Million USD)** as stated in **Case No. 5:25-cv-00646-WLH-MAA**. The **County of Riverside**, its subdivisions, named officers, and associated actors are on full **legal, equitable, and commercial notice.**

## VI. DEMAND FOR DISCLOSURE

This demand is made to identify all **insurance policies, SURETY BONDS, risk pool coverages,** or **self-insurance certificates** under which the aforementioned individuals operate, for the purpose of issuing notice, pursuing lawful claim, and triggering liability where misconduct has been identified and documented.

## VII. FORMAL REQUEST, DEMAND, AND CLAIM

Pursuant to the aforementioned sections of the California Government Code, the undersigned requests production of the following information:

1. The name and contact information of any **bonding company, insurance provider**, or **self-insurance administrator** covering the named individuals;
2. The **bond or policy number, coverage limits**, and **terms of coverage**;
3. A copy or verification of any **self-insurance certification** under which the County claims exemption from commercial bonding;
4. Written confirmation of whether the County of Riverside Risk Management Division or any subdivision thereof currently covers said deputies and agents under any **liability policy, blanket risk pool, or self-funded program**.

This letter serves as both a **Public Records Request** and a **written claim** pursuant to **California Government Code § 910**, related to deprivation of rights, physical interference, property violation, and obstruction of due process committed by named individuals while acting in public capacity.

The undersigned asserts direct harm and administrative injury arising from the conduct of said individuals and submits this written notice to initiate disclosure and preserve the right to escalate through formal legal and commercial processes.

## VIII. CLAIM FORMAT AND SUBMISSION

This claim is lawfully submitted in hard copy form as required by County procedure. Although a County-issued claim form is not required, this notice includes all elements required under **Gov. Code § 910**, including:

- Claimant's identity and contact information;
- Circumstances and names of those involved;
- Basis for claim and request for disclosure;
- Signature and date of submission.

No admission or waiver is implied by this filing, and this demand is submitted **without prejudice**.

## IX. PRESERVATION OF RIGHTS

The undersigned expressly reserves all rights and protections under UCC **§ 1-308**, the **Constitution of the United States**, and the **de jure Constitution for the united**

-7 of 15-

VERIFIED NOTICE AND DEMAND FOR DISCLOSURE OF LIABILITY INSTRUMENTS, SELF-INSURANCE STATUS, AND RISK COVERAGE PERTAINING TO NAMED PUBLIC OFFICIALS, NOTICE OF CLAIM AND REQUEST PURSUANT TO CALIFORNIA GOVERNMENT CODE §§ 910-915.4

Express Mail #ER157615830US — Dated May 9, 2025

1. states of America. Nothing in this filing shall be construed as consent to
2. jurisdiction, contract, adhesion, agency, or statutory presumption by silence or
3. inaction.
4. **Time is of the essence.** You are hereby granted no more than **three (3) calendar**
5. **days**, or **seventy-two (72) hours** from receipt of this notice, to respond in
6. **substantive, verified, and complete form** with full disclosure and administrative
7. transparency.
8. Failure to respond in good faith and with specificity shall constitute **dishonor, bad**
9. **faith**, and a **tacit admission of liability**, fraud, and willful concealment under both
10. **commercial law** and **public law**. Your silence will be held as acquiescence to all
11. claims, facts, and lawful presumptions set forth herein.
12. //
13. //
14. //

## VERIFICATION:

### Pursuant to 28 U.S.C. § 1746

**BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE**

I, Kevin Realworldfare, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this 9th day of May in the year of Our Lord two thousand and twenty five, *without* the United States, **with all rights reserved and without prejudice.**

All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402.

By: _____
**Kevin Realworldfare**, *Fiduciary, Authorized Representative, Executor*
*state Citizen/American national/non-citizen national*

Express Mail #ER157615830US — Dated May 9, 2025

1. Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses."* Matthew 18:16. *"In the mouth of two or three witnesses, shall every word be established"* 2 Corinthians 13:1.

All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.

By: _____
Donnabelle Realworldfare *(Witness)*

All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.

By: _____
Corey Walker *(Witness)*

//

# LIST OF EXHIBITS / EVIDENCE:

1. **Exhibit A:** Affidavit: Power of Attorney In Fact'
2. **Exhibit B**: Affidavit and Contract Security Agreement #RF775820621US, titled: NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.
3. **Exhibit C**: Affidavit and Contract Security Agreement #RF775821088US, titled: NOTICE OF DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON
4. **Exhibit D**: Affidavit and Contract Security Agreement #RF775822582US, titled: NOTICE OF DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, KIDNAPPING.

Express Mail #ER157615830US — Dated: May 9, 2025

1. 5. **Exhibit E**: Affidavit and Contract Security Agreement #RF775823645US, titled: Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION.

2. 6. **Exhibit F**: <u>VERIFIED</u> COMPLAINT FOR FRAUD, BREACH OF CONTRACT, THEFT, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, CONSPIRACY, RACKETEERING, KIDNAPPING, TORTURE, and SUMMARY JUDGEMENT AS *A MATTER OF LAW*. Filed **March 11, 2025.**

3. 7. **Exhibit G**: AFFIDAVIT RIGHT TO TRAVEL *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991.

4. 8. **Exhibit H**: Hold Harmless Agreement.

5. 9. **Exhibit I**: Private UCC Contract Trust/UCC-1 filing No. 2024385925-4.

6. 10. **Exhibit J**: ™KEVIN LEWIS WALKER© Trademark and Copyright Agreement.

7. 11. **Exhibit K**: AFFIDAVIT OF TAX-EXEMPT FOREIGN STATUS.

8. 12. **Exhibit L**: AFFIDAVIT: Resolution, Revocation, and Termination of Franchise.

9. 13. **Exhibit M**: Copy of *Fraudulent* NOTICE titled, 'MISDEMEANOR COMPLAINT & NOTICE TO APPEAR'. — Dated 03/14/2025 and received 03/25/2025.

10. 14. **Exhibit N**: Private UCC Contract Trust/UCC-1 filing No. 2025470746-9.

11. 15. **Exhibit O**: *PURPORTED* DEFENDANT'S <u>VERIFIED</u> NOTICE OF *CONDITIONAL ACCEPTANCE*, NOTICE OF MANDATORY COUNTERCLAIM, AND NOTICE OF JUDICIAL FRAUD AND CONSPIRACY TO DEPRIVE UNDER COLOR OF LAW, AND DEMAND FOR DISMISSAL, SANCTIONS, RESTITUTION, AND SUMMARY JUDGEMENT AS A MATTER OF LAW IN FAVOR OF *PURPORTED* DEFENDANT.

12. 16. **Exhibit P**: <u>VERIFIED</u> AFFIDAVIT OF CONSTITUTIONAL AUTHORITY, RESERVATION OF RIGHTS, ABSENCE OF CORPUS DELICTI, SUPREMACY CLAUSE, AMERICAN SOVEREIGNTY, FEDERAL JURISDICTION, NATIONAL/NON-CITIZEN NATIONAL (STATE CITIZEN) STATUS, ESTATE

CLAIM, MINIMUM CONTACTS, AND *REBUTTAL* OF ALL *PRESUMPTIONS*

17. **Exhibit Q:** Affidavit of Truth: Name Correction, Name Decree, Claim of Estate, Title Correction, and Secured Interest Perfected, and Political Status Declaration.
18. **Exhibit R:** Affidavit of Identity: (American national / non-citizen national / state Citizen)
19. **Exhibit S:** Documented evidence of Jeremiah D. Raxter's inactive California State Bar license.
20. **Exhibit T:** Documented evidence of Charles Rogers' inactive California State Bar license.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Express Mail #ER157615830US — Dated: May 9, 2025

# PROOF OF SERVICE

STATE OF CALIFORNIA )
 ) ss.
COUNTY OF RIVERSIDE )

I competent, over the age of eighteen years, and not a party to the within action. My mailing address is the Delfond Group, care of: 30650 Rancho California Road suite 406-251, Temecula, California [92591]. On or about **May 9, 2025**, I served the within documents:

1. **VERIFIED Request and Demand for Disclosure of Liability Instruments, Self-Insurance Status, and Risk Coverage Pertaining to Named Public Officials; Notice of Claim; Request Made Pursuant to California Government Code §§ 910–915.4.**

2. **Exhibits A through T.**

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

> **Clerk of the Board of Supervisors**
> Attention: Claims Division
> 4080 Lemon Street, 1st Floor
> P.O. Box 1628
> Riverside, California 92502-1628
> **Express Mail #ER157615830US**, with form 3811
>
> **Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas Gruwell,**
> C/o RIVERSIDE SHERIFF
> 30755-D Auld Road, Suite L-067

-12 of 15-

VERIFIED NOTICE AND DEMAND FOR DISCLOSURE OF LIABILITY INSTRUMENTS, SELF-INSURANCE STATUS, AND RISK COVERAGE PERTAINING TO NAMED PUBLIC OFFICIALS, NOTICE OF CLAIM AND REQUEST PURSUANT TO CALIFORNIA GOVERNMENT CODE §§ 910–915.4

Express Mail #ER157615830US — Dated: May 9, 2025

Murrieta, California [92563]
**Registered Mail #RF775825408US**, with form 3811

**Chad: Bianco**
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
**Registered Mail #RF775825411US**, with form 3811

**Clerk, Jeremiah Raxter, Charles Rogers**
C/o CLERK OF COURT
30755-D Auld Road
Murrieta, California [92563]
**Registered Mail #RF775825425US**, with form 3811

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
350 West 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California [90012
**Registered Mail #RF775825460US**, with form 3811

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
255 East Temple Street, Suite TS-134
Los Angeles, California [90012]
**Registered Mail #RF775825442US**, with form 3811

**Pam Bondi**
C/o U.S. Department of Justice
950 Pennsylvania Avenue, North West
Washington, District of Colombia [20530]
**Registered Mail #RF775822287US**, with form 3811

**Monika Vermani, Miranda Thomson, Michael Hestrin**
C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF THE STATE OF CALIFORNIA
3960 Orange Street
Riverside, California [92501]
**Registered Mail #RF775825456US**, with form 3811

**By Electronic Service.** Based on a contract, and/or court order, and/or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

**Clerk of the Board of Supervisors**
Attention: Claims Division
4080 Lemon Street, 1st Floor
P.O. Box 1628
Riverside, California 92502-1628
cob@rivco.org

**Chad: Bianco, Gregory D Eastwood, Robert C V Bowman, George**

Express Mail #ER157615830US — Dated: May 9, 2025

**Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas Gruwell,**
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
rsoscscentral@riversidesheriff.org
jsinz@riversidesheriff.org
DMcAuliffe@riversidesheriff.org
wpratt@riversidesheriff.org
ssherman@law4cops.com

**Patricia Guerrero**
C/o Judicial Council of California
455 Gold Gate Avenue
San Francisco, California [94102]
judicialcouncil@jud.ca.gov

**Rob Bonta**
C/o Office of the Attorney General
1300 "I" Street
Sacramento, California [95814-2919]
Police-Practices@doj.ca.gov
piu@doj.ca.gov

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
350 West 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California [90012]
WLH_Chambers@cacd.uscourts.gov

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
255 East Temple Street, Suite TS-134
Los Angeles, California [90012]
MAA_Chambers@cacd.uscourts.gov

**Pam Bondi**
C/o U.S. Department of Justice
950 Pennsylvania Avenue, North West
Washington, District of Colombia [20530]
crm.section@usdoj.gov

**Monika Vermani, Miranda Thomson, Michael Hestrin**
C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF THE STATE OF CALIFORNIA
3960 Orange Street
Riverside, California [92501]
DAOffice@rivco.org

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **May 9, 2025** in Riverside County, California.

/s/Corey Walker/
Corey Walker

Express Mail #ER157615830US — Dated: May 9, 2025

1 **<span style="color:red">NOTICE:</span>**

2 Using a notary on this document does *not* constitute joinder adhesion, or consent to
3 any foreign jurisdiction, *nor does it alter my status in any manner.* The purpose for
4 notary is verification and identification only and not for entrance into any foreign
5 jurisdiction.

6 //

7 //

8 **ANKNOWLEDGEMENT:**

9 State of California          )
10                             ) ss.
11 County of Riverside          )

*A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*

12 On this <u>9th</u> day of <u>May, 2025</u>, before me, <u>Joyti Patel</u>, a Notary Public, personally
13 appeared <u>Kevin Realworldfare</u>, who proved to me on the basis of satisfactory
14 evidence to be the person(s) whose name(s) is/are subscribed to the within
15 instrument and acknowledged to me that he/she/they executed the same in his/
16 her/their authorized capacity(ies), and that by his/her/their signature(s) on the
17 instrument the person(s), or the entity upon behalf of which the person(s) acted,
18 executed the instrument.

19 I certify under PENALTY OF PERJURY under the laws of the State of California
20 that the foregoing paragraph is true and correct.

21 **WITNESS** my hand and official seal.

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

24 Signature *Joyti Patel* _____ (Seal)

VERIFIED NOTICE AND DEMAND FOR DISCLOSURE OF LIABILITY INSTRUMENTS, SELF-INSURANCE STATUS, AND RISK COVERAGE PERTAINING TO NAMED PUBLIC OFFICIALS, NOTICE OF CLAIM AND REQUEST PURSUANT TO CALIFORNIA GOVERNMENT CODE §§ 910–915.4

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PM
TEMECULA, CA 92591
MAY 09, 2025

90012

$33.10

RDC 03

S2324H504870-15

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

REGISTERED MAIL™

RF 775 825 439 US

Label 200, August 2005 PSN 7690-03-000-9311

- Expected delivery date specified for domes
- Most domestic shipments include up to $5
- USPS Tracking® included for domestic and
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limi overage.

LEGAL FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000060

Legal Flat Rate Envelope
EP14L May 2020
OD: 15 x 9.5

To sche ckage Pickup, code.

PICKUP

FROM:
Kevin
c/o 30650 Rancho California Road
#406-251
Temecula, California [92591]

TO:
Clerk, Wesley Hsu
c/o CLERK
350 West 1st Street, Room 9B
Los Angeles, California [90012]

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 14 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Misuses may be a violation of federal law. This package is not for resale. EP14L © U.S. Postal Service; May 2020; All rights reserved.





