Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

**From/Plaintiff:** Kevin: Realworldfare (formerly Kevin Walker)
*Executor, Authorized Representative, Secured Party.*
™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©
**care of:** 30650 Rancho California Road Suite #406-251
Temecula, California
**non-domestic** *without* the United States
Email: team@walkernovagroup.com

*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

*** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT ***

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**To/Defendant(s)/Respondent(s):** Chad Bianco, Gregory D Eastwood,
Robert Bowman, Dan McAuliffe, Christopher Grimm, Torres (#7855),
C/o SOUTHWEST "JUSTICE" CENTER-RIVERSIDE SHERIFF
30755-D Auld Road Suite L-067
Murrieta, California [92563]
Registered Mail #RF775825601US
Email: rsoscscentral@riversidesheriff.org/ ssherman@law4cops.com

FEDERAL CASE NO.: 5:25-cv-00646-WLWKH MAA

# AFFIDAVIT and Plain Statement of Facts

### NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, ROBBERY, STALKING, EMBEZZLEMENT, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

| | |
|---|---|
| **Kevin: Realworldfare, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, ™KEVIN WALKER© IRR TRUST,**<br><br>Claimant(s)*Plaintiff(s)*,<br><br>*vs.*<br><br>**Chad Bianco, Gregory Eastwood, Robert Bowman, Dan McAuliffe, Christopher Grimm, Torres (#7855), RIVERSIDE COUNTY SHERIFF, STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, AMERICAN INNS OF COURT FOUNDATION,** *Does 1-100 Inclusive,*<br>*Defendant(s)/Respondent(s).* | **CITATION/BOND NO.: B038557, TE251280037, AND TE490347**<br><br>1. FRAUD<br>2. RACKETEERING<br>3. EMBEZZLEMENT<br>4. IDENTITY THEFT<br>5. CONPSIRACY<br>6. DEPRIVATION OF RIGHTS UNDER COLOR OF LAW<br>7. RECEIVING EXTORTION PROCEEDS<br>8. FALSE PRETENSES<br>9. EXTORTION<br>10. UNLAWFUL IMPRISONMENT<br>11. ROBBERY<br>12. THEFT<br>13. FORCED PEONAGE<br>14. MONOPOLIZATION OF TRADE AND COMMERCE<br>15. BANK FRAUD<br>16. TRANSPORTATION OF STOLEN PROPERTY, MONEY, & SECURITIES<br>17. CONSIDERED, AGREED, AND STIPULATED ONE TRILLION DOLLAR ($1,000,000,000,000.00) JUDGEMENT AND LIEN.<br>18. CONSIDERED, AGREED, AND STIPULATED: TERMINATION OF DEPUTIES INVOLVED |

CCOMES NOW the Plaintiffs/Claimants: ™KEVIN WALKER© ESTATE, ™KEVIN

LEWIS WALKER©, and ™KEVIN WALKER© IRREVOCABLE TRUST, by and

through their Fiduciary and Executor, Kevin: Realworldare (formerly known as

Kevin: Walker), **a living man**, proceeding *sui juris*, *in propria persona*, **not** pro se,

Page 1 of 36

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

1 and by *Special Limited Appearance*, ~~not generally, expressly and solely~~ in **private**
2 **capacity** as **Executor, Fiduciary, Authorized Representative,** and **Secured Party**,
3 reserving all rights, remedies, defenses, and immunities **nunc pro tunc**, waiving
4 none, who hereby acknowledges receipt of your unlawful, coerced, extorted, and
5 unconstitutional Contract OFFER/BOND/CITATION #**TE251280037**, dated May 8,
6 2025.

7 Kevin: Realworldfare is a natural, freeborn, living man; a **Sovereign among the**
8 **people**; a **state Citizen** and **American national of the republic** in its *de jure*
9 **capacity as one of the several states of the Union (1789)**, as also defined under **8**
10 **U.S.C. § 1101(a)(21)** and **§ 1101(a)(22)(B)**, and incidentally is also classified as a **non-**
11 **citizen national of the United States**. See **Exhibit Q.** He invokes his **inherent**,
12 *unalienable*, and **constitutionally secured right**s, and acts under full authority
13 ~~granted by the duly executed~~ **Affidavit of Power of Attorney in Fact**, ~~attached~~
14 ~~hereto as~~ **Exhibit A** ~~and incorporated herein by reference~~

15 The Claimant(s)/Plaintiff(s), acting through their *Attorney-in-Fact*, proceed in
16 accordance with their *unalienable* right to contract, as secured and protected by the
17 **Constitution of the United States of America**, and in particular **Article I, Section**
18 **10**, which states: "**No State shall... pass any Law impairing the Obligation of**
19 **Contracts."**

20     This communication serves as a formal **NOTICE OF *CONDITIONAL***
21 **ACCEPTANCE** of the aforementioned coerced and extorted contract OFFER
22 (creating a binding counter-offer with new terms), contingent **upon __proof__** of the
23 conditions set forth below, governed by the principles of commercial law, contract
24 law, legal maxims, common law, and the **Uniform Commercial Code (UCC)**,
25 including but not limited to **UCC §§ 1-103, 2-202, 2-204, 2-206**, and the **mailbox/**
26 **postal rule.**

27     The undersigned, Kevin: Realworldfare (hereinafter "Affiant"), is the
28 Agent, Attorney-in-Fact, Holder in Due Course, Secured Party, and Creditor

1 for and on behalf of the Claimants/Plaintiffs: ™KEVIN WALKER© ESTATE,

2 ™KEVIN LEWIS WALKER©, and ™KEVIN WALKER© IRREVOCABLE

3 TRUST.

4      Affiant affirms that he is of lawful age and fully competent to testify,

5 and does so upon firsthand knowledge and good faith belief. The facts stated

6 herein are true, correct, complete, and made in good faith, concerning the

7 unlawful, coerced, and extorted commercial instrument identified as **OFFER/**

8 **CONTRACT/TICKET/BOND #TE251280037**, issued under the name

9 ™KEVIN LEWIS WALKER©, and pertaining to the **private trust property**

10 **and private automobile**, hereinafter referred to as "**Private Property**.

11 ## ** Notice of Administrative Process **

12 This **VERIFIED** **Affidavit, NOTICE**, and **SELF-EXECUTING CONTRACT**

13 **SECURITY AGREEMENT** concerns You/Defendant(s)/Respondent(s): **Chad**

14 **Bianco, Gregory Eastwood, Robert Bowman, Dan McAuliffe, Christopher**

15 **Grimm, Torres (#7855)**, RIVERSIDE COUNTY SHERIFF, STATE OF CALIFORNIA,

16 CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, AMERICAN INNS OF

17 COURT FOUNDATION, and *Does 1-100 Inclusive*, and addresses your blatant bad

18 faith acts, including but not limited to:

19 •   **Fraud, racketeering, conspiracy, threats, and extortion** against foreign

20     officials, official guests, or internationally protected persons

21 •   **Extortion, embezzlement, larceny, and coercion**

22 •   **Identity theft and extortion of a nationally/internationally protected person**

23 •   **Conspiracy to deprive rights under the color of law**

24 •   **Treason and bank fraud**

25 •   **Frauds, swindles, mail fraud, and forced peonage**

26 •   **Monopolization of trade and commerce in restraint of trade**

27 •   **Willful violation of the Constitution and deprivation of rights under color**

28     **of law**

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

1    • **Intentional trespass and infringement** upon the ™KEVIN LEWIS

2        **WALKER© trademark, trade name, patent, and copyright**

3    As with any administrative process, **You/Defendant(s)/Respondent(s)** may

4    **controvert the statements and claims made by Affiants** by **executing and**

5    **delivering a verified, point-by-point response in affidavit form**, sworn and

6    attested to under **penalty of perjury**, signed by **Chad Bianco, Gregory Eastwood,**

7    **Robert Bowman, Dan McAuliffe, Christopher Grimm, Torres (#7855),**

8    **RIVERSIDE COUNTY SHERIFF, STATE OF CALIFORNIA, CALIFORNIA**

9    **DEPARTMENT OF MOTOR VEHICLES, AMERICAN INNS OF COURT**

10   **FOUNDATION,** and *Does 1-100 Inclusive,* or a designated officer of the

11   corporation.

12   Such a response **must** include **supporting evidence** and be sent via **Certified,**

13   **Express, or Registered Mail. Responses by any other means will be deemed non-**

14   **responses and treated accordingly.**

15   *** **SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT*** :**

16   Again for the record, this **contract**, **received** and **accepted** per the

17   **mailbox rule, is self-executing and serves as a SECURITY AGREEMENT,**

18   **and establishes a lien, Authorized by You/They/the DEBTOR(S).**

19   **Acceptance of this contract is deemed to occur at the moment it is**

20   **dispatched via mail, in accordance with the mailbox rule established in**

21   **common law. Under this rule, an acceptance becomes effective and binding**

22   once it is properly addressed, stamped, and placed in the control of the postal

23   service, as supported by **Adams v. Lindsell (1818) 106 ER 250. Furthermore,**

24   as a **self-executing agreement**, this **contract** creates **immediate and**

25   **enforceable obligations** without the need for further action, functioning also

26   as a **SECURITY AGREEMENT** under **Article 9 of the Uniform Commercial**

27   **Code (UCC).**

28   *** **SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT*** :**

NOTICE **OF CONDITIONAL ACCEPTANCE, and** FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

# <u>Contract Agreement Terms of Conditional Acceptance</u>:
## <u>Plain Statement of Facts</u>

3    **KNOW ALL MEN BY THESE PRESENT**, that I, **Kevin: Realworldfare**,

4  proceeding *sui juris*, *in propria persona*, **not** pro se, and by *Special Limited*

5  *Appearance*, **not** generally, expressly and solely in **private capacity** as

6  **Executor, Fiduciary, Authorized Representative**, and **Secured Party**,

7  reserving all rights, remedies, defenses, and immunities **nunc pro tunc**,

8  waiving none, a man upon the land, a follower of the Almighty Supreme

9  Creator, first and foremost and the laws of man when they are not in conflict

10  (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and James 5:12, let my yea

11  mean yea and my nay be nay, as supported by Federal Public Law 97-280, 96

12  Stat.1211, depose and say that I, **Kevin: Realworldfare** over 18 years of age,

13  being competent to testify and having **first hand knowledge** of the **facts**

14  herein **declare (or certify, verify, affirm, or state)** under penalty of perjury

15  under the laws of the **United States of America** that the following is true and

16  correct, to the best of my understanding and belief, and in good faith:

17  1.  I, Kevin/Affiant, herby state again for the record that I explicitly **reserve all my**

18     **rights and waive absolutely none.** See U.C.C. § 1-308.

19  2.  I, Kevin/Affiant, herby invoke *equity and fairness.*

20  3.  I, **Kevin: Realworldfare** (hereinafter "Affiant"), hereby state and declare,

21     under penalty of perjury, that **I do NOT CONSENT to act as surety** for

22     this matter or for any matter arising from or pertaining to these or any

23     related proceedings. All rights are expressly reserved, none waived.

24  4.  These proceedings are fraudulent, constitute a sham, lack valid standing,

25     and proceed without an injured party or corpus delicti.

26  5.   As **One of the people**, a natural freeborn Sovereign, **and national**, there is

27     no legal *requirement* for me to have such a "license" for **traveling** in my

28     **private** car and/or means of transport. The unrevealed legal purpose of

1    driver's licenses is commercial in nature. Since I **do not** carry passengers

2    'for hire,' and I **am not** engaged in trade or commerce on the highways,

3    **there is no law 'requiring'** me to have a license to **travel** for my own

4    <u>private</u> pleasure and that of my family and friends.

5  6. I, Kevin/ Affiant, herby **declare, state, verify, and affirm** for the record

6    that the '**commercial**' and '**for hire**' Driver's License/Contract/Bond #

7    B6735991 has been canceled, revoked, terminated, and liquidated, as

8    evidenced by instructions and notice accepted by Steven Gordon, with the

9    California Department of Motor Vehicles," as **evidenced** by Affidavit of

10   TruthRegistered Mail #RF661447751US. See **Exhibit F.**

11 7. Consistent with the **eternal tradition of natural common law, unless I have**

12   **harmed or violated someone or their property, I have committed no crime**; and

13   I am therefore **not** subject to any penalty. I act in accordance with the following

14   <u>**U.S. Supreme Court case:**</u> "The individual may stand upon his **constitutional**

15   **rights** as a citizen. He is entitled to carry on his **private** business in his own way.

16   His power to contract is <u>unlimited.</u> He owes no such duty [to submit his books

17   and papers for an examination] to the State, since he receives nothing therefrom,

18   beyond the protection of his life and property. His rights are such as existed by

19   the law of the land [Common Law] **long antecedent to the organization of the**

20   **State,** and can only be taken from him by due process of law, and in accordance

21   with the Constitution. Among his **rights** are a **refusal to incriminate himself,**

22   and **the immunity of himself and his property from arrest or seizure except**

23   **under a warrant of the law.** He owes nothing to the public so long as he does

24   not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

25 8. **I reserve my natural common law right not to be compelled to perform under**

26   **any contract that I did not enter into knowingly, voluntarily, and**

27   **intentionally**. And furthermore, I do **not** accept the liability associated with the

28   compelled and pretended "benefit" of any hidden or unrevealed contract or

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

1  commercial agreement. As such, the hidden or unrevealed contracts that

2  supposedly create obligations to perform, for persons of subject status, are

3  inapplicable to me, and are null and void. If I have participated in any of the

4  supposed "benefits" associated with these hidden contracts, I have done so

5  under duress, for lack of any other practical alternative. I may have received

6  such "benefits" but I have not accepted them in a manner that binds me to

7  anything.

8  9.  **Affiant states and alleges that this Affidavit Notice and Self-Executing**

9  **Contract and Security Agreement is *prima facie* evidence of fraud,**

10  **racketeering, indentity theft, treason, breach of trust and fiduciary duties,**

11  extortion, coercion, deprivation of rights under the color of law, conspiracy to

12  deprive of rights under the color of law, monopolization of trade and commerce,

13  forced peonage, obstruction of enforcement, extortion of a national/

14  internationally protected person, false imprisonment, torture, creating trusts in

15  restraint of trade dereliction of fiduciary duties, bank fraud, breach of trust,

16  treason, tax evasion, bad faith actions, dishonor, injury and damage to Affiant

17  **and proof of claim.  See *United States v. Kis*, 658 F.2d, 526 (7th Cir. 1981).,**

18  **"Appellee had the burden of first proving its prima facie case and could do so**

19  **by affidavit or other evidence."**

20  ## Stalking, Harassment, Theft, Robbery, Extortion,

21  ## Coercion, Conspriacy, Racketeering (RICO) Deprivation

22  ## of rights under color of law, Stolen *Private* Automobile

23  10. On **May 8, 2025**, Defendants ~~Gregory Eastwood, Robert Bowman~~, and ~~Ortiz~~

24  did willfully, knowingly, illegally, unlawfully, and unconstitutionally **surveil,**

25  **stalk**, and ultimately **detain and arrest** me, **Kevin: Realworldfare** (hereinafter

26  "Affiant"), **without lawful warrant, due process, or valid authority**, and **under**

27  **color of law and color of authority**, in clear violation of my constitutionally

28  secured rights.

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

1    11. Furthermore, **no indictment was ever presented by a lawfully convened grand**

2       **jury,** as required under the **Fifth Amendment to the Constitution for the**

3       **United States of America**. The deprivation of my liberty **absent indictment or**

4       **due process** constitutes a clear and deliberate violation of the Fifth Amendment,

5       which expressly prohibits the government from holding any individual to

6       answer for a capital or otherwise infamous crime **without presentment or**

7       **indictment of a Grand Jury**. The actions taken against me were executed

8       **without lawful judicial process**, rendering the detention and arrest **void ab**

9       **initio** and in direct conflict with fundamental constitutional protections

10   12. **Acting in unison, dressed in uniforms,** and operating like a **cartel** biker

11       **gang,** Defendants **Gregory Eastwood, Robert Bowman, and Ortiz**

12       surrounded the parked private transport/automobile and then **STOLE the**

13       **private transport.**

14   13. Respondents and Defendants, operating in concert as an **organized criminal**

15       **enterprise and racketeering syndicate**, did **willfully and maliciously kidnap**

16       **and subject me to acts of torture** through the use of **unlawful restraint**

17       **(handcuffs), deprivation of rights, psychological abuse, trauma, and coercive**

18       **physical force**, all in violation of domestic and international law, and under

19       color of law and authority.

20   14. Defendants then **unlawfully robbed and extorted the Plaintiffs of One**

21       **Hundred Seventy-Five Dollars ($175.00)** through **threats, duress, coercion, and**

22       **intimidation**, all **under color of law**, in direct and blatant violation of the

23       Plaintiffs' **inherent, unalienable, and constitutionally secured rights**. A true

24       and correct copy of the cash receipt evidencing this unlawful transaction is

25       attached hereto as **Exhibit K** and incorporated herein by reference.

26   15. Defendants then engaged in conspiracy and racketeering with "S&R TOW

27       TEMECULA," to further rob and extort Plaintiffs of Three Hundred and Seventy-Four

28       Dollars ($374.00) through threats, duress, coercion, and intimidation under color of law,

NOTICE **OF CONDITIONAL ACCEPTANCE, and** FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

1    in direct violation of Plaintiffs' inherent *unalienable* rights. A copy of the CASH

2    RECEIPT, is attached hereto as **Exhibit L** and incorporated herein by reference

3    16. Defendants have *willfully* engaged in a pattern of ongoing harassment, stalking

4    Plaintiffs within their own neighborhood, employing intimidation tactics in an attempt

5    to obstruct justice and coerce Plaintiffs into abandoning their lawful claims.

6    17. As a direct result of Defendants' unlawful conduct, Plaintiffs are suffering

7    immediate and irreparable harm, including:

8    　　　**a. Severe emotional distress,**

9    　　　**b. Unlawful deprivation of property,**

10   　　　**c. Threats to life, liberty, and security.**

11   18. Defendants have absolutely failed to rebut *multiple* verified affidavits, thereby

12   admitting to all claims as *a matter of law* through silent acquiescence, tacit procuration,

13   collateral estoppel, *stare decisis*, and *res judicata*.

14   19. There is no adequate remedy at law, as monetary damages alone cannot

15   compensate for Defendants' ongoing threats, intimidation, and State-sanctioned

16   harassment.

17   20. The **private** automobile is duly reflected on Private UCC Contract Trust/

18   UCC1 filings #**2024385925-4, 2025462229-1**, #**OH00288742907,**

19   #**2025470746-9, and UCC3 filing #2024402990-2. All filings** attached

20   hereto as **Exhibits C, D, M, N and O** respectively, and incorporated herein

21   by reference.

22   21. Defendant/Respondents, acted against the Constitution, even when reminded

23   of their duties to support and uphold the Constitution.

24   22. At no point in time were Defendants/Respondents presented with a

25   CALIFORNIA DRIVER'S LICENSE (COMMERCIAL CONTRACT), and any

26   information added to the fraudulent, coerced, extorted, illegal, unlawful and

27   unconstitutional CITATION/CONTRACT was done so in fraud, without

28   consent, full disclosure, and thus is *void ab initio*.

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

# FRUIT OF THE POISONOUS TREE DOCTRINE

23. Affiant further asserts and establishes **on the record** that the undisputedly unlawful and unconstitutional stop, arrest, and subsequent actions of the Defendants/Respondents are in violation of the Fourth Amendment to the Constitution of the united States of America and constitute an unlawful arrest and seizure. The "**fruit of the poisonous tree**" doctrine, as articulated by the **U.S. Supreme Court**, establishes that *any* evidence obtained as a result of an unlawful stop or detainment is tainted and inadmissible in *any* subsequent proceedings. The unlawful actions of Gregory D. Eastwood, Robert C. V. Bowman, Dan McAuliffe, Christopher Grimm, and Torres (ID #7855), including *but not limited to* the issuance of fraudulent citations/contracts under threat, duress, and coercion, render all actions and evidence derived therefrom *void ab initio*. See *Wong Sun v. United States*, 371 U.S. 471 (1963).

24. Affiant therefore declares and demands that all actions and evidence obtained in connection with this unlawful stop be deemed inadmissible and void as fruits of the poisonous tree.

## *CONDITIONALLY ACCEPTED* upon proof

25. All statements, claims, offer, terms presented in your **coerced and extorted** OFFER (**#TE251280037**) are *CONDITIONALLY ACCEPTED* **upon proof** of the following **from You/Defendant(s)/Respondent(s)**:

   1. **Upon proof from You/Defendant(s)/Respondent(s) that CITATIONS/ INSTRUMENTS/CONTRACT OFFERS #B038557/#TE251280037, and #TE490347/ #TE251280037 were knowingly, *willingly, and intentionally* accepted, with <u>full and complete disclosure</u>,** and that they were indorsed *without* threat, duress, or coercion by, I/Kevin/ Affiant. See **Exhibits H and I**.

2. Upon proof **from You/Defendant(s)/Respondent(s)** of of verifiable evidence of jurisdiction and lawful authority over I, Kevin, the living man and Affiant—absent a valid, enforceable contract bearing full and complete disclosure, meeting of the minds the standards of knowing, willing, and intentional consent—this matter shall be held in abeyance. Absent such proof, any presumption of authority is rebutted and deemed fraudulent, **void ab initio**, and without lawful effect.

3. Upon proof **from You/Defendant(s)/Respondent(s) of of certified documentation evidencing your lawful delegation of authority over I, Kevin, the living man and Affiant. Absent such delegation, any further action constitutes unauthorized assumption of authority under color of law and triggers personal and commercial liability.**

4. Upon proof of your production of a **verified complaint sworn under penalty of perjury** by an **injured party** with **first-hand knowledge**, and substantiated by admissible **evidence** establishing **corpus delicti**. Absent such proof, these matters stands as **fraud, void ab initio** for lack of standing, due process, lawful cause, and constitutes simulated legal process under color of law.

5. **Upon Proof from You/Defendant(s)/Respondent(s) that California Vehicle Code § 260** applies to private "automobiles" and explicitly requires their registration, notwithstanding the clear distinction made between private and commercial vehicles in the code itself.

6. **Upon Proof from You/Defendant(s)/Respondent(s) that 18 U.S. Code § 31(6)** includes private "automobiles" within its definition of "motor vehicle," contrary to its express limitation to vehicles used for **commercial** purposes.

7. **Upon Proof from You/Defendant(s)/Respondent(s) that** it is **NOT** a fundamental Right to travel, and it is **fact**ually and actually a privilege, and

NOT a gift granted by the Supreme Creator and restated by our founding fathers as ***Unalienable*** and cannot be taken by any Man / Government made Law or color of law known as a <u>private</u> "Code" (secret) or a "Statute."

8. **Upon Proof from You/Defendant(s)/Respondent(s) of Jurisdiction and Authority:**

   - Provide evidence demonstrating the issuing authority's jurisdiction to impose statutory obligations upon <u>private</u> individuals utilizing <u>private</u> *automobiles* for personal purposes.

9. **Upon Proof from You/Defendant(s)/Respondent(s) of Lawful Consideration:**

   - Provide evidence that the coerced and extorted CITATION constitutes a ***valid*** contract supported by **lawful consideration,** which was entered into **knowingly, willfully, free of coercion, threat, intimidation,** or **other felonious and bad faith actions,** with ***full and complete disclosure.*** **Without mutual consent and valuable consideration, no valid contract can exist under common law or UCC principles.**

10. **Upon Proof from You/Defendant(s)/Respondent(s) that** the living man, natural born Sovereign, state Citizen: Californian, national/non-citizen national, Kevin, does **NOT** possess the ***unalienable*** inherent, unalienable **right** to travel in His private automobile/private transport, free of harassment, tresspass, restrictions, and/or encumbrances.

11. **Upon Proof from You/Defendant(s)/Respondent(s) that** it is **NOT well established law** that the **highways** of the State **are public property,** and **their primary and preferred use is for <u>private</u> purposes,** and that their use for purposes of gain is special and extraordinary which, generally at least, the legislature may prohibit or condition as it sees fit." See, <u>Stephenson vs. Rinford, 287 US 251; Pachard vs Banton, 264 US 140, and cases cited; Frost</u>

1  and F. Trucking Co. vs. Railroad Commission, 271 US 592; Railroad

2  commission vs. Inter-City Forwarding Co., 57 SW.2d 290; Parlett Cooperative

3  vs. Tidewater Lines, 164 A. 313.

4  12. **Upon Proof from You/Defendant(s)/Respondent(s) that** a vehicle **NOT** used

5  for **commercial** activity is **NOT** a "consumer good , and ...it IS a type of

6  vehicle **required** to be registered and "use tax" paid of which the tab is

7  evidence of receipt of the tax. See, Bank of Boston vs Jones, 4 UCC Rep. Serv.

8  1021, 236 A2d 484, UCC PP 9-109.14.

9  13. **Upon Proof from You/Defendant(s)/Respondent(s) that** the entirety

10  of this transaction does not constitute a "**commercial**" matter under

11  applicable law.

12  14. **Upon Proof from You/Defendant(s)/Respondent(s) that**, 'the claim

13  and exercise of a constitutional right **CAN** be converted into a crime.'

14  See, Miller v. U.S., 230 F 2d 486, 489.

15  15. **Upon Proof from You/Defendant(s)/Respondent(s) that**, the owner **DOES**

16  **NOT** have constitutional right to use and enjoyment of his property." See,

17  Simpson v. Los Angeles (1935), 4 C.2d 60, 47 P.2d 474.

18  16. **Upon Proof from You/Defendant(s)/Respondent(s) that** private men and

19  women are required to give up their right to "travel," for the purported

20  "benefit" and privilege of "driving" a "motor vehicle."

21  17. **Upon Proof from You/Defendant(s)/Respondent(s)** that 28 U.S. Code §

22  3002(15) - Definitions does **NOT** stipulate,"United States" means—**(A)** a

23  Federal corporation; **(B)** an agency, department, commission, board, or other

24  entity of the United States; or **(C)** an instrumentality of the United States.

25  18. **Upon Proof from You/Defendant(s)/Respondent(s) that** Title 8 U.S. Code

26  **1101(B)(22) - Definition,** does **NOT** expressly stipulates, " **(22)**The term

27  "national of the United States" means… (B) a person who, though **not** a

28  citizen of the United States, owes permanent allegiance to the United States.

19. **Upon Proof from You/Defendant(s)/Respondent(s) that,** the individual may **NOT** stand upon his **constitutional rights** as a citizen. He is NOT entitled to carry on his **private** business in his own way. His power to contract is **NOT** unlimited. He owes such duty [to submit his books and papers for an examination] to the State, and upon proof that his rights are NOT such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and CAN be taken from him without due process of law, or in accordance with the Constitution. NOT among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law, and upon proof that h**e owes the public even though does not trespass upon their rights. **See, Hale v. Henkel, 201 U.S. 43 at 47 (1905).**

20. **Upon Proof from You/Defendant(s)/Respondent(s) that** All laws which are repugnant to the Constitution are **NOT** null and void. **See, Chief Justice Marshall, Marbury vs Madison, 5, U.S. (Cranch) 137, 174, 176 (1803).**

21. **Upon Proof from You/Defendant(s)/Respondent(s) that** the for Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT BOND #B6735991 was NOT CANCELED, TERMINATED, REVOKED, and LIQUIDATED, ACCEPTED FOR VALUE AND EXEMPT FROM LEVY, FOR RELEASE, CREDIT, AND DEPOSIT TO PRIVATE POST REGISTERED, with the U.S. Treasury, with the retaining full control and access to all respective right, interest, titles, and credits, as evidenced by the contract security agreement and affidavit titled, 'AFFIDAVIT RIGHT TO TRAVEL CANCELLATION, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991. See **Exhibit F.**

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

22. **Upon Proof from You/Defendant(s)/Respondent(s) that** it WAS NOT noted in Land v. Dollar, 338 US 731 (1947), "that when the government entered into a <u>commercial</u> field of activity, it **left immunity behind.**" This principle is further affirmed in *Brady v. Roosevelt*, 317 U.S. 575 (1943); *FHA v. Burr*, 309 U.S. 242 (1940); and *Kiefer v. RFC*, 306 U.S. 381 (1939).

23. **Upon Proof from You/Defendant(s)/Respondent(s)** that it was NOT established under the Clearfield Doctrine, as articulated in *Clearfield Trust Co. v. United States*, 318 U.S. 363 (1943), that when the government engages in commercial or proprietary activities, it sheds its sovereignty and is subject to the same rules and liabilities as any **private** corporation.

# LEGAL STANDARDS, MAXIMS, and PRECEDENT

26. In support of this *CONDITIONAL* ACCEPTANCE and Affidavit and **Notice** and **Self-Executing Contract and Security Agreement** Affiant cites the following established legal standards, legal maxims, precedent, and *principles*:

# NO QUALIFIED OR LIMITED IMMUNITY

24. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

25. "Public officials are **not** immune from suit when they transcend their lawful authority by invading constitutional **rights**." — AFLCIO v. Woodward, 406 F2d 137 t.

26. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

27. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees.**" **Lezama v. Justice Court**, A025829.

28. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

29. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

30. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

31. "the people, not the States, are sovereign."—Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

32. **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

33. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (**Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind."

34. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign – and the Sovereign tells only the truth.

35. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

36. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

37. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

NOTICE **OF CONDITIONAL ACCEPTANCE, and** FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

38. At no point in time were Defendants/Respondents presented with a CALIFORNIA DRIVER'S LICENSE (COMMERCIAL CONTRACT), and any information added to the CITATION/CONTRACT was done so in fraud, without consent, full disclosure, and thus is *void ab initio*.

39. **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

40. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT**. (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it."

## TERMINATION AND RESTITUTION DEMAND UPON FAILURE TO PROVE CLAIMS

41. Accordingly, if You/Defendant(s)/Respondent(s) fail to provide verified, point-by-point rebuttals—supported by first-hand affidavit testimony and admissible evidence—proving the truth, validity, and authority of your claims, within the time prescribed, then these proceedings are to be **terminated immediately with prejudice**, as they lack lawful foundation, violate due process, and constitute fraud upon the court and commercial dishonor.

42. Furthermore, full **restitution, remedy, and settlement** shall be rendered to Affiant and Claimants/Plaintiffs without delay, including but not limited to: damages, costs, and all associated losses incurred as a direct result of the unlawful actions taken under color of law. **Failure to rebut constitutes tacit admission, estoppel by acquiescence, and agreement to the finality and enforceability of all claims herein as a matter of law and commercial record.**

Executed *"without* the United States" in compliance with **28 USC § 1746.**

## FURTHER AFFIANT SAYETH NOT.

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

# *Some* Relevant U.C.C. Sections and Application

1. **U.C.C. § 1-308 – Reservation of Rights:**

   This section ensures that acceptance of an offer under duress or coercion does not waive any rights or defenses. By invoking U.C.C. § 1-308, Claimant(s)/ Plaintiff(s) asserts that any compliance with your offer is made with *explicit reservation of rights*, **preserving all legal remedies**.

2. **U.C.C. § 2-204 – Formation in General:**

   This section establishes that a contract can be formed in any manner sufficient to show agreement, including conduct. By issuing the citation (an implied offer to contract), You/Defendant(s)/Respondent(s), have initiated a contractual relationship, which has been conditionally accepted with **new terms herein**.

3. **U.C.C. § 2-206 – Offer and Acceptance in Formation of Contract:**

   Under this section, an offer can be accepted in any reasonable manner. By conditionally accepting the citation and dispatching this notice via USPS Certified, Registered, and/or Express mail, Claimant(s)/Plaintiff(s) has/have created a binding contract agreement and obligation which You/Defendant(s)/ Respondent(s) are contractually bound and obligated to.

4. **U.C.C. § 2-202 – Final Written Expression:**

   This provision ensures that the terms of this conditional acceptance supplement the original terms of the citation. By including these conditions, the issuing authority is bound to provide proof of their validity, failing which the conditional acceptance will be expressly stipulated as the **final** agreement.

5. **U.C.C. § 1-103 – Supplementary General Principles of Law Applicable:**

   This section allows common law principles to supplement the UCC. Under the doctrine of **equity** and **fair dealing**, failure to provide the requested proof constitutes bad faith and silent acquiescence, tacit agreement, and tacit procuration to all of the the the **fact and terms stipulated** in this Affidavit Notice and Self-Executing Contract and Security Agreement.

6.  **U.C.C. § 3-505 – Evidence of Dishonor:**

Under this section, when a party fails to provide timely and sufficient proof of their claim, they are deemed to be in **dishonor**. By failing to rebut the claims made in the conditional acceptance, You/Defendant(s)/Respondent(s) are **in default and dishonor**, legally admitting to all facts, terms, and conditions set forth in this Affidavit Notice and Self-Executing Contract and Security Agreement.

7.  **U.C.C. § 3-302 – Holder in Due Course:**

This provision establishes that a **Holder in Due Course** takes an instrument free of most defenses and claims. As Claimant(s)/Plaintiff(s) have received no lawful rebuttal, and no evidence to dispute their standing as **Holder(s) in Due Course**, all rights, claims, and interests in the obligation are **secured and enforceable**, barring any defenses from You/Defendant(s)/Respondent(s).

8.  **U.C.C. § 3-306 – Claims to an Instrument:**

This section states that a claim against a negotiable instrument must be **lawfully substantiated** to be enforceable. As You/Defendant(s)/Respondent(s) have failed to present **lawful proof of claim**, no enforceable right exists to challenge the standing, claims, or interests of the Claimant(s)/Plaintiff(s). All objections are now **waived** through silent acquiescence.

9.  **U.C.C. § 9-509 – Persons Entitled to File a Financing Statement:**

Under this provision, a **Secured Party** has the right to file a financing statement when a valid security interest exists. By failing to rebut the terms stipulated in this agreement, You/Defendant(s)/Respondent(s) have **expressly consented to the filing of a UCC-1 Financing Statement**, securing the interest of the Claimant(s)/Plaintiff(s) against all assets, accounts, and collateral associated with the dishonored obligationLegal and Procedural Basis

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

# VII.                   Legal and Procedural Basis

**1. Mailbox/Postal Rule:**

Under the mailbox rule, this notice of conditional acceptance is effective and considered **accepted** by You/Defendant(s)/Respondent(s) upon dispatch via Registered Mail, and/or Express Mail, and/or Certified Mail. The agreement becomes binding when the notice **is sent,** *not* when received. This binds the issuing authority to the terms outlined in this notice unless rebutted within the specified timeframe.

**2. Offer and Acceptance:**

Your citation constitutes an offer under contract law. This notice self-executing Contract and Security Agreement conditionally accepts your contract OFFER and supplements its terms under U.C.C. § 2-202. Failure to fulfill the new and final terms and conditions within the specified **three (3) day** timeframe constitutes **silent acquiescence, tacit agreement, and tacit procuration**.

**3. Consent to Service by Electronic and Postal Means:**

By the doctrine of silent acquiescence and tacit agreement, You/Defendant(s)/Respondent(s) have consented to service of notices, pleadings, and communications via email, and/or USPS Registered Mail, Express Mail, or Certified Mail. Your failure to rebut or object to this service method within the specified timeframe constitutes unequivocal acceptance of service through these means.

**RESPONSE DEADLINE: REQUIRED WITHIN THREE (3) DAYS:**

A response and/or compensation and/or restitution payment must be received within a deadline of three (3) days. At the "Deadline" is defined as 5:00 p.m. on the third (3rd) day after your receipt of this affidavit. "**Failure to respond**" is defined as a blank denial, unsupported denial, inapposite denial, such as, "not applicable" or equivalent, statements of counsel and other declarations by third parties that lack first-hand knowledge of the facts, and/or responses lacking

NOTICE **OF CONDITIONAL ACCEPTANCE, and** FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

1  verification, all such responses being legally insufficient to controvert the verified

2  statements herewith.  See *Sieb's Hatcheries, Inc* and *Beasley, Supra*.  Failure to

3  respond can result in **your acceptance of personal liability** external to qualified

4  immunity and waiver of any decision rights of remedy.

5  ## FAILURE TO RESPOND AND/OR PERFORM, REMEDY, AND

6  ## SETTLEMENT

7  If You/Defendant(s)/Respondent(s), **Chad Bianco, Gregory Eastwood, Robert**

8  **Bowman, Dan McAuliffe, Christopher Grimm, Torres (#7855)**, **RIVERSIDE**

9  **COUNTY SHERIFF, STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT**

10  **OF MOTOR VEHICLES, AMERICAN INNS OF COURT FOUNDATION,** and

11  *Does 1-100 Inclusive*, fail to **respond and perform within three (3) days** of

12  receiving this **Affidavit Notice and Self-Executing Contract and Security**

13  **Agreement and** *CONDITIONAL* ACCEPTANCE, with **verified evidence**

14  accompanied by an **affidavit sworn under penalty of perjury**, as required by law,

15  then:

16  1. **You/Defendant(s)/Respondent(s), individually and collectively, fully agree** and

17     acknowledge that you are **bound by law to act in good faith** and must:

18     1. **Cease all** acts of **conspiracy, fraud, identity theft, embezzlement,**

19        **deprivation under color of law, extortion, bank fraud, harassment,**

20        **conspiracy to deprive, and any other violations of law.**

21     2. **Immediately pay** the sum of **Three Hundred Million Dollars**

22        **($300,000,000.00) in lawfully recognized currency, such as gold and silver**

23        **coin, as authorized under Article I, Section 10, Clause 1 of the U.S.**

24        **Constitution, as Restitution and Settlement**, including all **costs and fees**

25        associated with handling these matters, and damages for the **unauthorized**

26        **use of the KEVIN LEWIS WALKER Copyright and Trademark.**

27     3. **Release all special deposit funds, currency, and/or credits** due to Affiant

28        and/or **Claimant(s)/Plaintiff(s).**

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

4.  Immediately terminate all deputies involved in all related events, including but not limited to:

- Robert Bowman
- Gregory Eastwood
- Ortiz
- Christopher Grimm
- Torres (ID #7855)
- Dan McAuliffe

5.  TERMINATE these proceeding immediately, and pay the below mentioned Three Hundred Million Dollar ($300,000,000.00) Restitution and Settlement payment, and releasing all special deposit funds and/or Credits due to Affiant and/or Complainant(s)/Plaintiff(s).

Failure to comply constitutes **tacit admission** and **binding legal agreement** under **commercial and common law,** enforceable as *a matter of law* and record.

## Three Hundred Million ($300,000,000.00 USD) Restitution Settlement Payment *REQUIRED*

Furthermore, if You/Defendant(s)/Respondent(s), Chad Bianco, Gregory Eastwood, Robert Bowman, Dan McAuliffe, Christopher Grimm, Torres (#7855), **RIVERSIDE COUNTY SHERIFF, STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, AMERICAN INNS OF COURT FOUNDATION, and** *Does 1-100 Inclusive,* fail to **respond and perform within three (3) days** from the date of receipt of this communication by providing **verified evidence and proof** of the facts and conditions set forth herein, accompanied by **affidavits sworn under penalty of perjury,** as required by law, then:

1.  **You/Defendant(s)/Respondent(s), individually and collectively, expressly agree** that within **three (3) days** of receipt of this **contract offer,** You/ Defendant(s)/Respondent(s) shall:

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

1     • **Issue restitution payment in the total sum certain of Three Hundred**

2       **Million U.S. Dollars ($300,000,000.00 USD).**

3     • **Acknowledge that said amount becomes immediately due and payable to**

4       **Claimant(s)/Plaintiff(s).**

5   Failure to comply constitutes tacit acquiescence, full acceptance of all claims as true, and

6   a binding legal agreement enforceable under commercial and common law.

7   <u>**Failure to Perform/Breach of Contract: One Trillion Dollar**</u>

8   <u>**($1,000,000,000,000.00 USD) Default Judgement and Lien**</u>

9   If You/Defendant(s)/Respondent(s), **Chad Bianco, Gregory Eastwood, Robert**

10   **Bowman, Dan McAuliffe, Christopher Grimm, Torres (#7855),** RIVERSIDE

11   COUNTY SHERIFF, STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF

12   MOTOR VEHICLES, AMERICAN INNS OF COURT FOUNDATION, and *Does*

13   *1-100 Inclusive*, fail to respond and/or perform **within three (3)** days from the date of

14   receipt of this communication, as **contractually required**, then You/Defendant(s)/

15   Respondent(s), individually and collectively, fully agree and accept that:

16   1. **The entire amount itemized in Invoice #RIVSHERTREAS05072025**, totaling

17     **One Trillion Dollars ($1,000,000,000,000.00),** in lawfully recognized currency,

18     such as **gold and silver coin**, as authorized under Article I, Section 10, Clause 1

19     **of the U.S. Constitution**, shall become immediately due and payable in full.

20   2. **By failing to respond and perform within the required timeframe**, You/

21     Defendant(s)/Respondent(s), individually and collectively, **expressly admit to**

22     **all statements and claims by TACIT PROCURATION** and fully agree that

23     You/Defendant(s)/Respondent(s) are:

24      • Guilty of **fraud, theft, embezzlement, larceny, and fraudulent**

25       **misapplication of funds and assets**

26      • Engaged in **forgery and unauthorized use of identity**

27      • Monopolizing trade and commerce, engaging in **unfair business**

28       **practices**

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

1   • Depriving Affiant of rights under the color of law

2   • **Receiving extortion proceeds**, engaging in **false pretenses, extortion, and**

3   **racketeering**

4   • Committing **bank fraud** and fraudulent transportation and transfer of

5   stolen goods and securities

6   • **Unlawfully interfering, intimidating, and inflicting emotional**

7   **distress**

8   • **Willfully violating public policy and the Constitution**

9   • **Directly responsible for injury and damage to Affiant**

10  3. Additionally, You/Defendant(s)/Respondent(s) expressly agree that all

11  officials, trustees, fiduciary(ies), and deputies involved in all related events

12  must be immediately terminated, including but not limited to:

13  • **Chad Bianco**, for knowingly allowing and enabling the fraudulent and

14  unlawful conduct and unconstitutional atrocities.

15  • **Robert Bowman**

16  • **Gregory Eastwood**

17  • **Ortiz**

18  • **Christopher Grimm**

19  • **Torres (ID #7855)**

20  • **Dan McAuliffe**

21  4. **Failure to respond constitutes binding contractual agreement and irrevocable**

22  **admission of guilt under commercial and common law, enforceable as a**

23  **matter of law and record.**

24  **JUDGEMENT AND COMMERCIAL LIEN AUTHORIZATION**

25  If You/Defendant(s)/Respondent(s), **Chad Bianco, Gregory Eastwood,**

26  **Robert Bowman, Dan McAuliffe, Christopher Grimm, Torres (#7855),**

27  **RIVERSIDE COUNTY SHERIFF, STATE OF CALIFORNIA,**

28  **CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, AMERICAN**

NOTICE **OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.**

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

1  INNS OF COURT FOUNDATION, and *Does 1-100 Inclusive*, fail to
2  respond within **three (3) days** from the date of receipt of this
3  communication, then you/they, **individually and collectively**, shall be
4  deemed to have:

5  1. Fully and unequivocally decreed, accepted, authorized **(pursuant to UCC**
6     **Article 9), endorsed, supported, and advocated for a judgment, summary**
7     **judgment, and/or commercial lien** in the amount of **One Trillion Dollars**
8     **($1,000,000,000,000.00), in lawfully recognized currency, such as gold and**
9     **silver coin, as authorized under Article I, Section 10, Clause 1 of the U.S.**
10    **Constitution**, against You/Defendant(s)/Respondent(s) in favor of Claimant(s)/
11    **Plaintiff(s) and/or their lawfully designated ASSIGNEE(S).**

12 2. **Expressly, fully, and unequivocally authorized, endorsed, supported, and**
13    **advocated for** Claimant(s)/Plaintiff(s), and/or their lawfully designated
14    ASSIGNEE(S) to formally notify:
15    • **The U.S. Department of the Treasury**
16    • **The Internal Revenue Service (IRS)**
17    • **The respective Congressional Representative**
18    • **The U.S. Attorney General**
19    • **Any other individual, legal fiction, or entity Affiant deems necessary**

20 3. **Consented to the submission of requisite IRS tax forms**, including but not
21    limited to **Forms 1099-A, 1099-OID, 1099-C, 1096, 1042, 1040, 1041, 1041-V, 1040-**
22    **V, and 3949-A**, documenting:
23    • **One Trillion Dollars ($1,000,000,000,000.00) as income to You/**
24       **Defendant(s)/Respondent(s).**
25    • **The same amount as lost revenue and/or income to Affiant, Claimant(s)/**
26       **Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).**

27 Failure to respond constitutes **tacit agreement** and **binding acceptance** of these
28 terms as a matter of law and commerce.

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

# SUMMARY JUDGEMENT, U.C.C. 3-505 PRESUMED DISHONOR

It is further **considered and agreed** that said income *shall* be **assessed and claimed** as income by You/Defendant(s)/Respondent(s) through one or more of the following legal enforcement mechanisms:

1. **Filing a lawsuit** followed by a DEMAND **(not motion) for Summary Judgment** as a matter of law, in accordance with **California Code of Civil Procedure § 437c(c)** and **Federal Rule of Civil Procedure 56(a)**.

2. **Executing an <u>Affidavit Certificate</u> of Non-Response, Dishonor, Judgment, and Lien Authorization**, pursuant to U.C.C. **§ 3-505**.

3. **Issuing an ORDER TO PAY or BILL OF EXCHANGE to the U.S. Treasury and IRS** in the sum certain of **One Trillion Dollars ($1,000,000,000,000.00)** for immediate credit to **Affiant, Claimant(s)/Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).**

This **Self-Executing Contract and Security Agreement** serves as **prima facie evidence** of **You/Defendant(s)/Respondent(s)'s Verified INDEBTEDNESS** to **Affiant, Claimant(s)/Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).**

Should it be deemed necessary, **Claimant(s)/Plaintiff(s)** are fully **authorized** under U.C.C. **§ 9-509** to file a **UCC Commercial Lien and/or UCC-1 Financing Statement** to **perfect their security interest** and secure full satisfaction of the adjudged sum of **One Trillion Dollars ($1,000,000,000,000.00).**

# Good Faith, GOLD PARACHUTE OPTION

As an alternative resolution, You/Defendant(s)/Respondent(s) may elect to **settle all claims, terminate all fraudulent proceedings**, and cease all further actions by executing a payment in the amount of **One Hundred Million Dollars ($100,000,000.00 USD)** to **WG EXPRESS TRUST or KEVIN WALKER ESTATE.** This payment shall serve as full and final settlement, contingent upon the following conditions:

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

**1.**  **TERMINATION OF EMPLOYMENT & LIABILITY**

You/Defendant(s)/Respondent(s) shall immediately terminate the employment, contracts, and/or BONDS of:

- **Robert Bowman**
- **Gregory Eastwood**
- **Ortiz**
- **Christopher Grimm**
- **Torres (ID #7855)**
- **Dan McAuliffe**

**2.**  **TRAINING AND EDUCATION on American's 'Right to Travel'**

Training and educating of all remaining personnel on American's **inherent** *unalienable*, constitutionally secured and protected, right to travel.

**3.**  **TERMINATION OF FRAUDULENT PROCEEDINGS**

All fraudulent proceedings initiated against Affiant/Claimant(s)/Plaintiff(s) shall be **immediately terminated with prejudice**.

**4.**  **PAYMENT & REMITTANCE OPTIONS**

You/Defendant(s)/Respondent(s) may remit the full settlement amount of One Hundred Million Dollars (**$100,000,000.00**) through one of the following methods:

- o  **Check or Money Order** made payable to "**WG EXPRESS TRUST**"
- o  **Wire Transfer(s)** to WELLS FARGO Checking Account #3819615109.

**4.**  **RESPONSE DEADLINE: REQUIRED <u>WITHIN THREE (3) DAYS</u>**

The full settlement payment must be received no later than **5:00 p.m. on the third (3rd) day** following receipt of this notice. Failure to respond or make the required payment shall constitute a binding admission of liability, resulting in the automatic enforcement of the full **One Trillion Dollar ($1,000,000,000,000,000.00) judgement and lien.**

**5.** **FAILURE TO PERFORM**

In the event that You/Defendant(s)/Respondent(s) fail to comply with this Gold Parachute settlement offer, the demands for full restitution, damages, and liabilities as previously outlined shall be fully enforceable, including but not limited to:

- o **Immediate enforcement of the considered, agreed and authorized One Trillion Dollar ($1,000,000,000,000,000.00) judgement and lien.**

- o **Termination of employment and bonds of all named parties herein and liquidation of all SURETY BONDS, and seizure of all ASSETS to necessary to satisfy the authorized judgement and lien.**

- o **Authorization and execution of commercial liens and legal actions in the amount of One Trillion Dollars ($1,000,000,000,000,000.00)**

Failure to comply constitutes tacit agreement and binding acceptance of these terms under common and commercial law.

# ESTOPPEL BY ACQUIESCENCE:

If You/Defendant(s)/Respondent(s), **Chad Bianco, Gregory Eastwood, Robert Bowman, Dan McAuliffe, Christopher Grimm, Torres (#7855) fail to respond** by addressing **each point, on a point-by-point basis**, You/Defendant(s)/Respondent(s) **individually and collectively:**

1. **Accept all** statements, declarations, stipulations, facts, **and** claims as **Truth and Fact** by TACIT PROCURATION.

2. Acknowledge that **all** issues are deemed settled under *RES JUDICATA, STARE DECISIS*, and COLLATERAL ESTOPPEL.

3. Waive any right to argue, controvert, or otherwise protest the finality of these administrative findings in any subsequent process, whether administrative or judicial.

1  **4. Are permanently barred** from raising any future objections to the findings herein.

2  (For any terms you do not "understand," refer to **Black's Law Dictionary, 6th Ed.**).

3  Furthermore, **failure to fully respond** will constitute **express agreement** that You/

4  Defendant(s)/Respondent(s) **shall not argue, controvert, or protest** the finality of

5  these findings **in any administrative or judicial process**, as certified by **Notary or**

6  **Witness Acceptor** in an **Affidavit Certificate of Non-Response and/or Judgment**

7  **or** similar *binding* instrument.

8  Should **You/Defendant(s)/Respondent(s)** fail to respond, provide **partial,**

9  **unsworn, or incomplete answers,** such responses are **not acceptable** and shall have

10  no legal effect. The Courts have consistently upheld that **failure to properly**

11  **respond results in admissions of fact**, as seen in:

12  • **Sieb's Hatcheries, Inc. v. Lindley, 13 F.R.D. 113 (1952):**

13  *"Defendant(s) made no request for an extension of time in which to answer the*

14  *request for admission of facts and filed only an unsworn response within the time*

15  *permitted,"* thus, under the specific provisions of Ark. and Fed. R. Civ. P. 36, the

16  *facts in question were deemed admitted as true.*

17  • **Beasley v. U.S., 81 F. Supp. 518 (1948):**

18  *"I, therefore, hold that the requests will be considered as having been admitted."*

19  • **Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976):**

20  *"Statements of fact contained in affidavits which are not rebutted by the opposing*

21  *party's affidavit or pleadings may be accepted as true by the trial court."*

22  Failure to fully comply within the required timeframe constitutes **absolute**

23  **admission, binding legal agreement, and final settlement of all claims as a matter**

24  **of law and commerce.**

25  //

26  //

27  //

28  //

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

Invoice # RIVSHERTREAS05072025

# INVOICE and/or TRUE BILL

Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):

It has come to OUR attention that you are **deemed guilty** of **multiple felony crimes, violations of U.S. Code, U.C.C, the Constitution, and the law.** You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm** to ™KEVIN WALKER© ESTATE, ™WG EXPRESS TRUST©, ™KEVIN WALKER© IRR TRUST and its/their beneficiary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. **You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:**

|  |  |  |
|---|---|---|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | $10,000,000.00 |
| 2. | 18 U.S. Code § 4 - Misprision of felony : | $1,000,000.00 |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | $100,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | $200,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | $9,000,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | $9,000,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | $100,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | $100,000,000,000.00 |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | $900,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | $3,000,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | $11,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | $500,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | $100,000,000.00 |
| 14. | Use of ™KEVIN LEWIS WALKER©:    x 3 | $3,000,000.00 |
| 15. | Fraud, conspiracy, obstruction, identity theft, extortion, bad faith actions, treason, monopolization of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma, embezzlement, larceny, felony crimes, loss of time and thus enjoyable life, deprivation of rights under the color of law harassment, Waring against the Constitution, injury and damage: | $777,075,000,000.00 |

|  |  |
|---|---|
| **Total Due:** | **$1,000,000,000,000.00 USD** |
| **Good Faith Discount:** | **$999,700,000,000.00 USD** |
| **Total Due by 03/26/2025:** | **$300,000,000.00  USD** |
| **Total Due after 03/26/2025:** | **$1,000,000,000,000.00  USD** |

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKSTEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

# LIST OF EXHIBITS / EVIDENCE:

1. **Exhibit A: Affidavit: Power of Attorney In Fact'**

2. **Exhibit B:** Hold Harmless Agreement

3. **Exhibit C:** Private UCC Contract Trust/UCC1 filing #2024385925-4.

4. **Exhibit D:** Private UCC Contract Trust/UCC3 filing ##2024402990-2 .

5. **Exhibit E:** Copy of 'MASTER DISCHARGE AND INDEMNITY BOND' #RF661448567US.

6. **Exhibit F:** Affidavit 'Right to Travel': *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991

7. **Exhibit G:** Revocation Termination and Cancelation of Franchise.

8. **Exhibit H:** CITATION/BOND #B038557/#TE251280037, accepted **under threat, duress, and coercion.**

9. **Exhibit I:** CITATION/BOND #TE490347/#TE251280037, accepted **under threat, duress, and coercion.**

10. **Exhibit J:** Copy of the 'NOTICE OF STORED VEHICLE' evidencing where it was "*stolen* from," CITATION/BOND #B038557/#TE490347/TE251280037, conditionally accepted **under threat, duress, and coercion.**

11. **Exhibit K:** Copy of the $175 CASH RECEIPT

12. **Exhibit L:** Copy of the $374 CASH RECEIPT

13. **Exhibit M:** Private UCC Contract Trust/UCC1 filing #2025462229-1.

14. **Exhibit N:** Private UCC Contract Trust/UCC3 filing #OH00288742907.

15. **Exhibit O:** Private UCC Contract Trust/UCC3 filing #2025470746-9.

16. **Exhibit Q:** (Kevin: Realworldfare) Affidavit of Identity: American national / non-citizen national / state Citizen

17. **Exhibit R:** ™KEVIN LEWIS WALKER© Trademark and Copyright Agreement

//

//

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

# VERIFICATION:

## Pursuant to 28 U.S.C. § 1746

## BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE

I, Kevin Walker, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this 8th day of May in the year of Our Lord two thousand and twenty five, *without* the United States, **with all rights reserved and without prejudice.**

**All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402.**

By: _____

    **Kevin Walker** (formerly Kevin Walker),
    *Fiduciary, Authorized Representative, Executor*
    *state Citizen/American national/non-citizen national*

//

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses."* Matthew 18:16. *"In the mouth of two or three witnesses, shall every word be established"* 2 Corinthians 13:1.

**All rights reserved without prejudice or recourse, UCC § 1-308**

By: _____

    **Corey Walker** *(Witness)*

**All rights reserved without prejudice or recourse, UCC § 1-308**

By: _____

    **Donnabelle: Realworldfare** *(Witness)*

//

# PROOF OF SERVICE

STATE OF CALIFORNIA          )

                             )          ss.

COUNTY OF RIVERSIDE          )

I competent, over the age of eighteen years, and not a party to the within action. My mailing address is the Delfond Group, care of: 30650 Rancho California Road suite 406-251, Temecula, California [92591]. On or about **May 9, 2025**, I served the within documents:

1. NOTICE **OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, ROBBERY, STALKING, EMBEZZLEMENT, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.**

2.                    **Exhibits A through R.**

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

**Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas Gruwell,**
C/o RIVERSIDE SHERIFF
30755-D Auld Road, Suite L-067
Murrieta, California [92563]
**Registered Mail #RF775825601US**, with form 3811

**Chad: Bianco**
C/o  RIVERSIDE COUNTY SHERIFF

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

1    4095 Lemon Street, 2nd Floor
     Riverside, California [92501]
2    **Registered Mail #**RF775825615US, with form 3811

3    **Clerk, Jeremiah Raxter, Charles Rogers,**
     C/o CLERK OF COURT / SOUTHWEST "JUSTICE" CENTER
4    30755-D Auld Road
     Murrieta, California [92563]
5    Registered Mail #RF775825629US, with form 3811

6    **Monika Vermani, Miranda Thomson, Michael Hestrin**
     C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF
7    THE STATE OF CALIFORNIA
     3960 Orange Street
     Riverside, California [92501]
8    **Registered Mail #**RF775821423US, with form 3811

9    **Clerk, Agent(s), Fiduciary(ies)**
10   C/o CLERK OF COURT
     350 West 1st Street, Courtroom 9B, 9th Floor
11   Los Angeles, California [90012]
     **Registered Mail #**RF775823778US, with form 3811

12
     **Clerk, Agent(s), Fiduciary(ies)**
13   C/o CLERK OF COURT
     255 East Temple Street, Suite TS-134
14   Los Angeles, California [90012]
     **Registered Mail #**RF775823781US, with form 3811
15

16       **By Electronic Service.**  Based on a contract, and/or court order, and/or an

17   agreement of the parties to accept service by electronic transmission, I caused the

18   documents to be sent to the persons at the electronic notification addresses listed

19   below.

20       **Chad: Bianco, Gregory D Eastwood, Robert C V Bowman, George
         Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas Gruwell,**
21       C/o  RIVERSIDE COUNTY SHERIFF
         4095 Lemon Street, 2nd Floor
22       Riverside, California [92501]
         rsoscscentral@riversidesheriff.org
23       jsinz@riversidesheriff.org
         DMcAuliffe@riversidesheriff.org
24       wpratt@riversidesheriff.org
         ssherman@law4cops.com
25
         **Patricia Guerrero**
26       C/o Judicial Council of California
         455 Gold Gate Avenue
27       San Francisco, California [94102]
         judicialcouncil@jud.ca.gov
28
         **Rob Bonta**

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

1   C/o Office of the Attorney General
    1300 "I" Street
2   Sacramento, California [95814-2919]
    Police-Practices@doj.ca.gov
3   piu@doj.ca.gov

4   **Clerk, Agent(s), Fiduciary(ies)**
    C/o CLERK OF COURT
    350 West 1st Street, Courtroom 9B, 9th Floor
5   Los Angeles, California [90012
    WLH_Chambers@cacd.uscourts.gov
6

7   **Clerk, Agent(s), Fiduciary(ies)**
    C/o CLERK OF COURT
    255 East Temple Street, Suite TS-134
8   Los Angeles, California [90012]
    MAA_Chambers@cacd.uscourts.gov
9

10  **Pam Bondi**
    C/o U.S. Department of Justice
    950 Pennsylvania Avenue, North West
11  Washington, District of Colombia [20530]
    crm.section@usdoj.gov
12

13  **Monika Vermani, Miranda Thomson, Michael Hestrin**
    C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF
    THE STATE OF CALIFORNIA
14  3960 Orange Street
    Riverside, California [92501]
15  DAOffice@rivco.org

16      I declare under penalty of perjury under the laws of the State of California

17  that the above is true and correct.  Executed on **May 9, 2025** in Riverside County,

18  California.

19                                          ____/s/Corey Walker/_____
                                            Corey Walker

20  //

21  //

22  //

23  //

24                          <span style="color:red">**NOTICE:**</span>

25  Using a notary on this document does **not** constitute joinder adhesion, or consent to

26  any foreign jurisdiction, ***nor does it alter my status in any manner***. The purpose for

27  notary is verification and identification only and not for entrance into any foreign

28  jurisdiction.

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

Self-Executing Contract and Security Agreement- Registered Mail #RF775825629US — DATED: May 9, 2025

1

## JURAT:

2

3    State of Riverside                    )

4    County of California                 ) ss.
                                          )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

5    Subscribed and ~~sworn~~ to (or affirmed) before me on this 9th day of May, 2025 by Kevin Realworldfare

6    (formerly known as Kevin Walker) proved to me on the basis of satisfactory evidence to be the person(s)

7    who appeared before me.

8

9    Joyti Patel, _____ Notary public
              print

10   Joytipatel _____ Seal:



JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

-Exhibit A-

CERTIFIED MAIL # 70220410 000174267708

# TRUTH AFFIDAVIT

IN THE NATURE OF SUPPLEMENTAL
RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)
Grant of Exclusive power of attorney to conduct all
tax, business, and legal affairs of principal person.

**Date:** December 3, 2023

## POWER OF ATTORNEY IN FACT

I, KEVIN WALKER, WALKER, KEVIN, KEVIN LEWIS WALKER, WALKER, KEVIN L., WALKER, KEVIN LEWIS, or any derivative thereof, **DEBTOR/ENS LEGIS/BANK/ FINANCIAL INSTITUTION/ARTIFICIAL ENTITY/CORPORATE FICTION**, c/o 5250 Lankershim Blvd Suite 500, North Hollywood, California, do hereby appoint **Kevin: Walker, a Living Soul, as Agent with Power of Attorney in Fact**, Non-domestic, c/o 30650 Rancho California Road suite # 406-251, Temecula, California, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized:

(a) To take possession of, hold, and manage my real estate and all other property;

(b) To receive money or property paid or delivered to me from any source;

(c) To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits, to endorse checks, notes or other documents in my name; to have access to, and place items in or remove them from, any safety deposit box standing in my name individually or jointly, and otherwise to conduct bank transactions or business for me in my name;

(d) To pay my just debts and expenses, including reasonable expenses incurred by my Attorney In Fact **Kevin: Walker**, in exercising this **exclusive** power of attorney.

(e) To retain any investments, invest, and to invest in stocks, bonds, or other securities, or in real estate or other property;

-Page 1 of 4-
TRUTH AFFIDAVIT: POWER OF ATTORNEY IN FACT

CERTIFIED MAIL # 70220410 000174267708

**(f)** To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

**(g)** To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my Attorney In Fact Kevin: Walker, may consider prudent;

**(h)** To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry.

**(i)** To provide for the use, maintenance, repair, security, or storage of my tangible property;

**(j)** To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact Kevin: Walker may consider prudent;

The Agent/**Living Soul**, **Kevin: Walker**, is hereby authorized by law to act for and in control of the **DEBTOR/ENS LEGIS/BANK/FINANCIAL INSTITUTION/ARTIFICIAL ENTITY/ CORPORATE FICTION**, or any derivative thereof. In addition, through the exclusive power of attorney, to contract for all business and legal affairs of the principal person: WALKER, KEVIN, **DEBTOR/ENS LEGIS/BANK/FINANCIAL INSTITUTION/ARTIFICIAL ENTITY/ CORPORATE FICTION**. The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to the same. This grant of Exclusive Power is **Irrevocable** during the lifetime of the Agent/**Living Soul**, **Kevin: Walker**.

Executed and sealed by the voluntary act of my own hand, this **11th day of December, 2023**. I am.

Acceptance:

_____
KEVIN L. WALKER, GRANTOR

-Page 2 of 4-
TRUTH AFFIDAVIT: POWER OF ATTORNEY IN FACT

CERTIFIED MAIL # 70220410 000174267708

1 | Executed *without* the UNITED STATES. I declare under penalty of perjury under the laws of the united

2 | states of America that the foregoing is true and correct. Without Prejudice, UCC § 1-308.

3

4 | I, the above named **exclusive** **A**ttorney In Fact, do hereby

5 | Accept the fiduciary interest of the herein-named

| **DEBTOR/ENS LEGIS/BANK/FINANCIAL**

6 | **INSTITUTION/ARTIFICIAL ENTITY/CORPORATE**

| **FICTION** and will execute the herein-granted powers-of-

7 | attorney with due diligence.

8

9 | proceeding sui juris, by *special limited appearance*,

All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.

10 | By:_____

11 | **Kevin Walker**, *Authorized Representative, Executor, Attorney In Fact,*

| *Secured Party, Executor,* national, *private bank(er)* EIN # 9x-xxxxxxx

12

13

14 | Let this document stand as truth before the Almighty Supreme Creator and let it be established before men

| according as the scriptures saith:  *"But if they will not listen, take one or two others along, so that every*

15 | *matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two*

| *or three witnesses, shall every word be established" 2 Corinthians 13:1.*

16 | By *Special Limited* Appearance,

17 | All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

18 | By:_____

| **Donnabelle Esearez Mortel**, sui juris, *private bank(er)* ID # 9x-xxxxxx6

19 | *Attorney In Fact,* national, *Authorized Representative, Executor, Secured Party. (WITNESS)*

20 | By *Special Limited* Appearance,

| All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

21

22 | By_____

| **Corey Delfond Walker**, sui juris, *private bank(er)* ID # 9x-xxxxxx7

23 | national, *Authorized Representative, Executor, Secured Party* (WITNESS)

24

25

26 | **NOTICE:**

27 | Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner*. The

| purpose for notary is verification and identification **only** and **not** for entrance into **any** foreign jurisdiction.

28

Page 3 of 4-

TRUTH AFFIDAVIT: POWER OF ATTORNEY IN FACT

CERTIFIED MAIL # 70220410 000174267708

1                                              **JURAT**

2    State of California                    )
                                            ) ss.
3    County of Riverside                    )

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

4    Subscribed and sworn to (of affirmed) before me on this 3rd day of December, 2023, by Kevin Walker, proved to me on
     the basis of satisfactory evidence to be the person(s) who appeared before me.

5

6    Notary public  Shubhangi R. zumale
                              print
7                    Szumale                    Seal:

8

SHUBHANGI R. ZUMALE
Notary Public - California
Riverside County
Commission # 2373782
My Comm. Expires Sep 4, 2025

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-Page 4 of 4-
TRUTH AFFIDAVIT: POWER OF ATTORNEY IN FACT

-Exhibit B-

# HOLD HARMLESS AND INDEMNITY AGREEMENT

### No. KLW0001HHIA

### Non-Negotiable between the Parties

### PARTIES

Bailor: KEVIN LEWIS WALKER
    11400 W OLYMPIC BLVD SUITE 200
    LOS ANGELES, CA [90064]

Bailee: Kevin Lewis Walker
    c/o 41593 Winchester Road Suite 200
    Temecula, California [92591]
    Non-domestic without the US

## AGREEMENT

I.    On this 12th day of February, in year of our Lord Two Thousand Twenty-Four, this **Hold Harmless and Indemnity Agreement** is mutually agreed upon and permanently entered between the juristic person KEVIN LEWIS WALKER, KEVIN L. WALKER, WALKER KEVIN LEWIS,  KLW Etc., a debtor, herein the Bailor, including, but not limited to, any and all variations and derivatives in spelling of said name except Kevin Lewis Walker, or any and all variations of said name, and the living, breathing, flesh-and-blood man, known by the distinctive appellation Kevin Lewis Walker, and including, but not limited to Kevin Lewis Walker, Walker Kevin Lewis, KLW, Kevin L Walker , and any and all variations and derivatives in spelling of said name, a creditor, herein the Bailee.

II.    For valuable consideration, Bailor, without benefit of discussion, and without division, does hereby expressly agree, covenant, and undertake the indemnification of, and does hold harmless Bailee from and against, but not limited to any and all: claims or legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summons[s], lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due or may hereafter arise, to include any such claims and the like that may hereafter arise with regard to any and all Collateral of Bailor, including, but not limited to all Collateral described on Bailor's List of Collateral, by separate document, presented herewith. Bailor does hereby expressly covenant and agree that Bailee shall not under any circumstances be considered an accommodating party nor a surety for Bailor.

### WORDS DEFINED GLOSSARY OF TERMS

As used in this Hold Harmless and Indemnity Agreement, the following words and terms are as defined in this section, non-obstante:

1. Appellation: "A general term introduces and specifies a particular term used in addressing, greeting, calling out for, and making appeals of a particular living breathing flesh and blood man."

2. Bailee: Kevin Lewis Walker "In the law of contracts. One to whom goods are bailed; the party to whom personal property is delivered under a contract of bailment." *See Black's Law Dictionary, 1st ed.*

3. Bailment: "BAILMENT. A delivery of goods or personal property, by one person to another, in trust for the execution of a special object upon or in relation to such goods, beneficial either to the bailor or bailee or both, and upon a contract, express or implied, to perform the trust and carry out such object, and thereupon either to redeliver the goods to the bailor or otherwise dispose of the same in conformity with the purpose of the trust. See Code Ga. 1882, § 2058. *See Black's Law Dictionary, 1st ed.*

4. Bailor: KEVIN LEWIS WALKER "The party who bails or delivers goods to another, in the contract of

INITIALS: _KLW_                           1 of 3                            Initials: _KLW_

REGISTERED MAIL.# RF 661 448 567 US

bailment. *See Black's Law Dictionary, 1st ed.*

5. <u>Collateral:</u>  In this Security Agreement the term "Collateral" means any property and property rights of Debtor, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, with ownership either in the name of Debtor or in the name of another in which the Debtor holds a beneficial interest and secures the entire obligation or amount of indebtedness. "Collateral" includes but is not limited by any of the following:   (a) Any accessions, increases, and additions, replacements of, or substitutions for, any property described in Bailor's List of Collateral presented by separate document; (b) Any products, produce, or proceeds of any of the property described in Bailor's List of Collateral presented by separate document; (c)  Any accounts, general intangibles, instruments, monies, payments, or contract rights, or any other rights, arising out of sale, lease, or other disposition of any of the property described in Bailor's List of Collateral presented by separate document;   (d)  Any proceeds, including insurance, bond, general intangibles, or account(s) proceeds, from the sale, destruction, loss, or other disposition of any of the property described in Bailor's List of Collateral presented by separate document; (e)  Any records or data involving any property described in Bailor's List of Collateral presented by separate document, not limited by any writing, photograph, microfilm, microfiche, tape, electronic media, or the like, together with any of Debtor's right, title, or interest in any computer software or hardware required for utilizing, creating, maintaining, and processing any such records or data in any electronic media.

6. <u>Conduit:</u> "Conduit signifies means of transmitting and distributing energy and affects the production of labor such as goods or services by way of KEVIN LEWIS WALKER, KEVIN L. WALKER, WALKER KEVIN LEWIS, KLW including, but not limited to, any and all variations and derivatives of Bailee except Kevin Lewis Walker any variations and derivatives thereof."

7. <u>Creditor:</u> "Means Kevin Lewis Walker as creditor and Bailee. means a person to whom a debt is owing by another person who is the "debtor."  One who has a right to require the fulfillment of an obligation or contract.  One to whom money is due, and, in ordinary acceptation, has reference to financial or business transactions.  The antonym of "debtor."  *See also Black's Law Dictionary, 6th ed. And UCC § 1-201 (12) (Secured Party).*

8. <u>Debtor:</u> THE ORGANIZATION "KEVIN LEWIS WALKER, KEVIN L. WALKER, WALKR KEVIN LEWIS, KLW" means including, but not limited to, any and all variations and derivatives in spelling of said name except Kevin Lewis Walker." One who owes a debt; he who may be compelled to pay a claim or demand and UCC § 9-105 (l) (d). *See also Black's Law Dictionary, 3rd ed.*

9. <u>Derivative:</u> "Coming from another; taken from something preceding, secondary; that which has not the origin in itself but obtains existence from something foregoing and a fundamental nature; anything derived from another." *See Black's Law Dictionary, 3RD ed.*

10. <u>Ens legis:</u> "A creature of the law; an artificial being, as contrasted with a natural person, applied to corporation, considered as deriving its existence entirely from the law." *See Black's Law Dictionary, 3rd ed.*

11. <u>Juristic person:</u> "An abstract legal entity ens legis such as a corporation created by construct of law considered possessing certain legal rights/duties of a human being; an imaginary entity, such as Debtor, i.e. KEVIN LEWIS WALKER upon basis of legal reasoning, is legally treated as a human being for purpose of conducting commercial activity for benefit of a biological living being such as Creditor." *See also Black's Law Dictionary, 7th ed*

12. KEVIN LEWIS WALKER: "The Debtor KEVIN LEWIS WALKER means KEVIN LEWIS WALKER including, but not limited to, any and all variations and derivatives in the spelling of said name except Kevin Lewis Walker."

13. <u>Living breathing flesh and blood man:</u> "The Creditor Kevin Lewis Walker Bailee a sentient living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person, created by contract of law."

INITIALS: *KLW*

Initials: *KLW*

REGISTERED MAIL# RF 661 448 567 US

14. <u>Non obstante</u>: "Notwithstanding words anciently used in public and private instruments with intent of precluding in advance 'any interpretation' other then certain declared objects, purposes." *See also Black's Law Dictionary, 3rd ed*

15. <u>Sentient living being</u>: "The Creditor, i.e. Kevin Lewis Walker Bailee a living breathing flesh and blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic person, corporation, partnership, association."

16. <u>Transmitting Utility</u>: "The term transmitting utility means a conduit, e.g., the Debtor, i.e. KEVIN LEWIS WALKER, KEVIN WALKER, KEVIN L. WALKER, WALKER KEVIN LEWIS, KLW," including, but not limited to, any and all variations and derivatives in the spelling of said name except Kevin Lewis Walker.

17. <u>U.C.C.</u>: "U.C.C. Means Uniform Commercial Code."

**SIGNATURES**

Bailee accepts all signatures in accordance with the Uniform Commercial Code and acknowledges Bailor's signature as representative of all derivations thereof.

This Hold – Harmless and Indemnity Agreement No. KLW0001HHIA is dated:  the <u>12th</u> day of <u>February</u> in the year of A.D. 2024.

Bailor: **KEVIN LEWIS WALKER**

/s/    KEVIN LEWIS WALKER

Bailor's Signature

*Entitlement Holder or Bailee accepts Bailor's signature in accord with UCC §§ 1-201(39), 3-401 and accepts for value this Hold – Harmless and Indemnity Agreement and any of Bailror's Collateral described herein and on Attachment 'A'.*

State of California.                )
                                           ) ss.
County of Riverside.             )

On this <u>12TH</u> day of <u>FEBRUARY</u>, 2024, before me, Shubhangi R. Zumale, a Notary Public, personally appeared <u>KEVIN LEWIS WALKER</u>, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (Seal):

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

SHUBHANGI R. ZUMALE
Notary Public - California
Riverside County
Commission # 2373782
My Comm. Expires Sep 4, 2025

INITIALS: KLW

Bailee: **Kevin Lewis Walker**

By: _____
Bailee's Signature

*Autograph Common Law Trade-name 2024 by Kevin Lewis Walker.  All Rights Reserved.*

State of California.                )
                                           ) ss.
County of Riverside.             )

On this <u>12th</u> day of <u>February</u>, 2024, before me, Shubhangi R. Zumale, a Notary Public, personally appeared Kevin Lewis Walker, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (Seal):

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

SHUBHANGI R. ZUMALE
Notary Public - California
Riverside County
Commission # 2373782
My Comm. Expires Sep 4, 2025

Initials: KLW

3 of 3

-Exhibit C-

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>**Kevin Lewis Walker 310-923-8521** | Filed in the Office of  Initial Filing Number<br>**2024385925-4** |
| B. E-MAIL CONTACT AT FILER (optional)<br>**kevinlwalker@me.com** | Filed On<br>**February 13, 2024 10:31 AM** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>**KEVIN LEWIS WALKER**<br>**c/o 41593 Winchester Road, Suite 200**<br>**Temecula, CA 92590, USA** | Secretary of State<br>State Of Nevada   Number of Pages<br>**1** |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME<br>**WALKER** | FIRST PERSONAL NAME<br>**KEVIN** | ADDITIONAL NAME(S)/INITIAL(S)<br>**LEWIS** | | SUFFIX |
| 1c. MAILING ADDRESS<br>**11400 W OLYMPIC BLVD SUITE 200** | CITY<br>**LOS ANGELES** | STATE<br>**CA** | POSTAL CODE<br>**90064** | COUNTRY<br>**USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME<br>**WALKER** | FIRST PERSONAL NAME<br>**KEVIN LEWIS** | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>**41593 WINCHESTER ROAD SUITE 200** | CITY<br>**TEMECULA** | STATE<br>**CA** | POSTAL CODE<br>**92590** | COUNTRY<br>**USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTORS INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN OF THE SECURED PARTY AS DETAILED IN A TRUE, CORRECT, COMPLETE, SECURITY AGREEMENT NO.070320042823. ALL OF DEBTORS ASSETS, THEIR SIGNATURE, REAL ESTATE, LAND, BANK ACCOUNTS, DNA, BIRTH CERTIFICATE, BONDS SECURITIES, LAWFUL MONEY, NOTES, DEBT INSTRUMENTS, FINGERPRINTS, CRYPTOCURRENCY WALLETS, TRADEMARKS, PATENTS, THEIR LIKENESS, BUSINESSES, OFFSPRING ADONIS ESCAREZ MORTEL WALKER AND ZOIYA ESCAREZ MORTEL WALKER BIRTH CERTIFICATES, EINS, TRUSTS, AND PERSONAL PROPERTY, AND ALL OF DEBTORS INTEREST IN SAID ASSETS, LAND AND PERSONAL PROPERTY, NOW OWNED AND HEREAFTER ACQUIRED, NOW EXISTING AND HEREAFTER ARISING AND WHEREVER LOCATED, DESCRIBED FULLY IN SECURITY AGREEMENT NO.070320042823. INQUIRING PARTIES MAY CONSULT DIRECTLY WITH THE DEBTOR TO ASCERTAIN IN DETAIL, THE FINANCIAL RELATIONSHIP AND CONTRACTUAL OBLIGATIONS ASSOCIATED WITH THIS COMMERCIAL TRANSACTION, IDENTIFIED IN THE SECURITY AGREEMENT REFERENCE ABOVE. ------ AFFIDAVIT OF TRUTHS AND POWER OF ATTORNEY IN FACT HAS BEEN NOTICED TO SECRETARY OF STATE, DEPARTMENT OF TREASURY, IRS, PROBATE, AND COUNTY. ADJUSTMENT OF THIS FILING IS IN ACCORD WITH HOUSE JOINT RESOLUTION HJR 192 OF JUNE 5TH 1933 AND UCC1-103 AND 10-104. SECURED PARTY ACCEPTS DEBTOR SIGNATURE IN ACCORD WITH UCC1-201(39), 3-401.**

| | |
|---|---|
| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative | |
| 6a. Check only if applicable and check only one box:<br>☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box:<br>☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☒ Bailee/Bailor ☐ Licensee/Licensor | |

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

-Exhibit D-

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | Filed in the Office of | Filing Number |
|---|---|---|
| **Kevin Lewis Walker 310-923-8521** | | **2024402990-2** |
| B. E-MAIL CONTACT AT FILER (optional) | | Initial Filing Number |
| **kevinlwalker@me.com** | F Aguilar | **2024385925-4** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | | Filed On |
| KEVIN LEWIS WALKER | Secretary of State | **May 3, 2024 06:19 AM** |
| c/o 41593 Winchester Road, Suite 200 | State Of Nevada | Number of Pages |
| Temecula, CA 92590, USA | | 2 |

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| **2024385925-4** | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial ):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:     **AND** Check one of these three boxes to:

☐ This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) ( USE exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☑ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

**THIS IS AN AMENDMENT TO THE ORIGINAL ENTRY TO THE SECURED PARTY IN THE COMMERCIAL TO UCC-1 FILE NO. 2024385925-4 AND BIRTH CERTIFICATE STATE FILE NUMBER 104-87-279345 AND THROUGH PRIVATE OFFSET ACCOUNT NUMBER F06271216 AS HEREIN REGISTERED TO CORRECT THE FILING AS TO ACCEPTANCE FOR VALUE/LIEN ON THE COLLATERAL AT $250,000.00 USD, 2019 LAMBORGHINI URUS VIN # ZPBUA1ZL9KLA02762 AND THE RESPECTIVE NOTE/SECURITY/ASSET ASSOCIATED WITH VIN # ZPBUA1ZL9KLA02762 AND ANY OTHER ASSETS OR TITLES TO VIN # ZPBUA1ZL9KLA02762. SAID REGISTRATION IS TO SECURE THE RIGHTS TO TITLE(S) AND INTEREST IN THE COLLATERAL. ADJUSTMENT IS PURVIEW OF PUBLIC**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **KEVIN LEWIS WALKER ESTATE** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

-Exhibit E-

REGISTERED
RF 661 448 567 US

REGISTERED
RF 661 448 567 US

# MASTER
# Discharging and Indemnity Bond

**Number**

KLW08191987

ORIGINAL ISSUE DATE
02/13/2024

MATURITY DATE
02/13/2054

COPY

Registered Holder and Fiduciary:
Janet L. Yellen
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

For Offset By/Through:

KEVIN LEWIS WALKER,
Grantor
Private Offset Account No. F06271216

DONNABELLE ESCAREZ MORTEL,
First Surety
Private Offset Account No. F44424207

COREY DELFOND WALKER,
Second Surety
Private Offset Account No. F79127672

Securitization Bond: Non-Negotiable Private Bond for Setoff No.
KLW08191987, KEVIN LEWIS WALKER, Principal; Janet L. Yellen, Holder in
Due Course & Registered No. RF 661 448 567 US and credit the same to
Registered No. RF 661 448 023 US

*This Private Master Discharging and Indemnity Bond shall be entered as an asset to the*
*United States Department of the Treasury in the amount of*

## — TWO HUNDRED BILLION DOLLARS —

KNOW ALL MEN BY THESE PRESENTS, *to facilitate lawful commerce in the absence of substance backed currency in circulation, Janet L. Yellen or agents thereof ("Fiduciary") upon receipt of this private Discharging and Indemnity Bond No. KLW08191987 ("Bond") shall post the full face value of the Bond as an asset to the benefit of the United States Department of the Treasury to be used and applied specifically in the manner described hereunder for the purpose of securing honorable settlement for the account holders and accounts listed below. The Fiduciary has been entered on the books of the grantor as the registered holder.*

SETOFF. *This Bond has been authorized and issued pursuant to the full faith and credit of the grantor, Kevin Lewis Walker, and guarantors, Donnabelle Escarez Mortel and Corey Delfond Walker, who do hereby hold, bond and obligate themselves sui juris jointly and severally as voluntary sureties for all such account holders and accounts, each jointly and severally, including, without limitation Birth Certificate Account 104-80-279345, for any sum up to and including* **Two Hundred Billion 00/00** *United States Dollars ($200,000,000,000.00), insuring, underwriting, indemnifying, discharging, paying and satisfying all such account holders and accounts dollar for dollar against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities") until the sum or term of this Bond is exhausted.*

AS A CONSEQUENCE THEREOF, *the Fiduciary shall satisfy all pre-existing and current Liabilities as may exist without exception for, against and on behalf of all such account holders and accounts dollar for dollar through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity.*

PRE-PAYMENT. *Each of the said account holders and accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may appear, thereby instantly satisfying all such obligations dollar for dollar without exception through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity.*

DISHONOR. *The Fiduciary shall have thirty (30) days from the date of presentment noted on U.S.P.S. Form 3811 to dishonor this Bond by returning same to the grantor by registered mail at the location noted herein. Failure to so return will stipulate the Fiduciary's honorable acceptance of this Bond and all obligations and liabilities hereunder on behalf of the United States.*

MATURITY. *Upon maturity at 11:59:59 PM, 02/13/2054, the Secretary shall mark this Bond cancelled and return this Bond bearing the marks of cancellation to the grantor or the grantor's heirs by registered mail, all profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.*

*All communication shall be sent by United States Registered Mail directly to the grantor at the location noted hereunder exactly as shown. Service in any other manner is defective on its face. The grantor accepts post exclusively at the said postal location.*

IN WITNESS WHEREOF, *the signatories to this Bond do hereby affix their respective hands and seals as Authorized Government Contracting Agents on this Thirteenth day of the Second month anno domino in the Year of Our Lord Two Thousand and Twenty-Four.*

Surety #1 – Donnabelle Escarez Mortel
Private Offset Account No. F44424207
c/o 41593 Winchester Road Suite 200
Temecula, California near [92590]
non-domestic without the United States

Surety #2 – Corey Delfond Walker UCC 1-308
Private Offset Account No. F79127672
c/o 3410 La Sierra Avenue Unit F-351
Riverside, California near [92503]
non-domestic without the United States

Kevin Lewis Walker – Grantor
Private Offset Account No. F06271216
c/o 41593 Winchester Road Suite 200
Temecula, California near [92590]
non-domestic without the United States

Witness #1 – Xinyuan M. Iseman
c/o 31290 Heitz Lane
Temecula, California [92591]
non-domestic without the United States

COPY

Witness #2 – Delbert J. Iseman
c/o 31290 Heitz Lane
Temecula, California [92591]
non-domestic without the United States

-Exhibit F-

Registered Mail # RF 661 447 751 US     

**From:** Kevin Walker, sui juris
*Trustee, Executor, Authorized Representative, Secured Party.*
™WG EXPRESS TRUST©, ™KEVIN LEWIS WALKER© ESTATE,
™KEVIN WALKER©.
c/o 41593 Winchester Road Suite 200
Temecula, California                    ***NOTICE TO AGENT IS NOTICE TO PRINCIPAL***
non-domestic *without* the United States          ***NOTICE TO PRINCIPAL IS NOTICE TO AGENT***

**Respondent(s)/Att'n:** Joe Biden, Daniel Werfel, Janet Yellen,
Rob Bonta, Shirley Weber, Gavin Newsom, Merrick Garland,
Sean Duryee, Martin O'Malley, Steven Gordon, David W. Slayton,
Chad Bianco, Agent(s), Fiduciary(ies), Trustee(s), Does 1- ∞ Inclusive,
THE UNITED STATES OF AMERICA, U.S. TREASURY, RIVERSIDE COUNTY
SHERIFF, SOCIAL SECURITY ADMINISTRATION,U.S. DEPARTMENT OF STATE,
UNITED STATES POSTAL SERVICE,SECRETARY OF STATE, THE WHITE HOUSE,
STATE OF CALIFORNIA, INTERNAL REVENUE SERVICE, ATTORNEY GENERAL,
**CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,** CALIFORNIA HIGHWAY PATROL,
U.S. DEPARTMENT OF TRANSPORTATION, ALL SUPERIOR COURTS OF CALIFORNIA,
ALL CORPORATE AGENCIES.

NOTICE SENT TO CA DMV via Registered Mail # RF661448995.

**DATE:** December 28, 2023

# AFFIDAVIT

## RIGHT TO TRAVEL

*CANCELLATION,* TERMINATION, **AND** REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT.

### LICENSE/BOND # B6735991

KNOW ALL MEN BY THESE PRESENT, that I, Kevin: Walker, in propia persona, proceeding sui juris, by special limited appearance, a man upon the land, a follower of the Almighty Supreme Creator, first and foremost and the laws of man when they are not in conflict (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and James 5:12, let my yea mean yea and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat.1211, depose and say that I, Kevin: Walker, a living soul, over 18 years of age, being competent to testify and having first hand knowledge of the facts herein declare (or certify, verify, affirm, or state) under penalty of perjury under the laws of the United States of America that the following is true and correct, to the best of my understanding and belief, and in good faith

### VERIFIED

1. I, Kevin Walker, sui juris, **cannot** in good faith apply for and accept a driver's license, as I would be committing PERJURY. I would have to SWEAR under OATH that I am a member of, citizen of, franchisee of, or resident (agent) of [fiduciary, surety for] the corporate **"State of"** CALIFORNIA, when the already established facts by affidavit have evidenced that I am NOT a member of, citizen of, franchisee of, or resident (agent) of the corporate **"State of"** CALIFORNIA or the federal United States.

2. I have researched extensively the organic laws of the united states of America, including two hundred years of American case law (i.e., Common law), and affirm that I have secured the UNALIENABLE and

Registered Mail # RF 661 447 751 US   

FUNDAMENTAL, UNRESTRICTED and UNREGULATED RIGHT TO TRAVEL upon both the public walkways and the highways, and transport my personal and allodial property, duly conveyed, unhindered by ANY private, corporate or statutory law, or Department of Motor Vehicles (DMV) regulation or so-called requirement. This unalienable right to travel is guaranteed by the 9th & 10th Amendments of the organic Constitution for the united states of America and Bill of Rights, and upheld by **many court decisions** in support of the rights to travel.

3. "THE UNITED STATES GOVERNMENT IS A FOREIGN CORPORATION WITH RESPECT TO A STATE." [emphasis added] **Volume 20: Corpus Juris Sec.** §1785: NY re: Merriam 36 N.E. 505 1441 S.Ct.1973, 41 L.Ed.287.

4. <u>18 U.S. Code § 5 - United States defined</u> stipulates, The term "United States", as used in this title in a territorial sense, includes all places and waters, continental or insular, subject to the jurisdiction of the United States, except the Canal Zone.

5. <u>28 U.S. Code § 3002(15) - Definitions</u> stipulates, **(15)**"United States" means — **(A)** a Federal corporation; **(B)** an agency, department, commission, board, or other entity of the United States; or **(C)** an instrumentality of the United States.

6. **YOU have** committed fraud, deceit, coercion, willful intent to injure another, malicious acts, and YOU have engaged in RICO activity.

7. I voluntarily choose to comply with the man-made laws which serve to bring harmony to society, but no such laws, nor their enforcers, have any authority over me. I am not in any jurisdiction, for I am not of subject status.

## Secured Party / Secured Creditor :

8. I, Kevin: Walker, sui juris, state, verify, and affirm for the record that I am the *the only* Agent, Executor, Authorized Representative, Trustee, Attorney In Fact, and the Secured Party and Secured Creditor of ENS LEGIS/ CORPORATE FICTION, KEVIN WALKER, KEVIN LEWIS WALKER, and all derivatives thereof. I am the **holder in due course** for **all** securities, assets: tangible and intangible, and I hold allodial title to all assets, as evidenced by Nevada UCC (private) Contract Trust # 2024385925-4). See U.C.C § 9-105 and 3-302.

9. Janet Yellen and/or the United States Treasury is the registered holder and fiduciary for the <u>private</u> Two Hundred Billion Dollar ($200,000,000,000.00 USD) Discharge and Indemnity Bond # RF661448567US, post deposited to private post registered account # RF661448023US. Said Discharge and Indemnity Bond (# RF661448567US) expressly stipulates it is "insuring,

Registered Mail # RF 661 447 751 US 

underwriting, indemnifying, discharging, paying and satisfying **all** such account holders and accounts dollar for dollar against **any and all pre-existing, current and future** losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations **as may exist or come to exist** during the term of this Bond… Each of the said account holders and accounts **shall be severally insured, underwritten and indemnified against any and all future Liabilities as may appear, thereby instantly satisfying all such obligations dollar for dollar without exception** through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity."

10. I am **NOT** effectively connected with a trade or business in the corporate monopoly of the United States government, whether federal, State, county or Municipal. I am **NOT** a resident *"U.S. citizen,"* but a Citizen of the several States domiciled in the **sovereign state of California** republic **1850**, an American state Citizen of the united states of America. I am domiciled in a **foreign jurisdiction** to both the corporate state and federal governments. I have **NOT** knowingly or willingly waived ANY of my UNALIENABLE RIGHTS. American case law has clearly adjudicated that

11. For the record, I, Kevin Lewis Walker **explicitly RESERVE, ASSERT and DEFEND my right to travel. I reserve all rights and waive none.**

12. This AFFIDAVIT is submitted upon demand of a driver's license, registration, or proof of insurance as part of the official record of ANY ensuing action and must be introduced as evidence in said action.

13. This AFFIDAVIT also certifies that the I have previously completed and passed a test measuring my competency to safely control a motorized vehicle and motorcycle upon the public highways within the united states of America. I have also met or exceeded all common sense requirements concerning the "rules of the road" and the ability to maneuver a motorized vehicle in a safe and responsible manner.

14. The For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT BOND # B6735991 is HEREBY CANCELED, TERMINATED, REVOKED, and LIQUIDATED. ACCEPTED FOR VALUE AND EXEMPT FROM LEVY, FOR RELEASE, CREDIT, AND DEPOSIT TO PRIVATE POST REGISTERED ACCOUNT NUMBER: RF 661 448 023 US AND PASS THROUGH ACCOUNT NUMBERS: 568997454 / F06271216. WITH THE KEVIN LEWIS WALKER ESTATE (EIN # 99-6236908) RETAINING FULL CONTROL AND ACCESS TO ALL RESPECTIVE CREDITS.

15. Consistent with the **eternal tradition of natural common law, unless I have harmed or violated someone or their property, I have committed no crime;**

Registered Mail # RF 661 447 751 US    

and I am therefore **not** subject to any penalty. I act in accordance with the following **U.S. Supreme Court case:**  "The individual may stand upon his **constitutional rights** as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is** **unlimited.** He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

16. I reserve my natural common law **right** **not** to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. And furthermore, I do **not** accept the liability associated with the compelled and pretended "benefit" of **any hidden or unrevealed contract** or commercial agreement. As such, the **hidden or unrevealed contracts** that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

17. **Any** such participation does **not** constitute "acceptance" in **contract law**, because of the absence of **full disclosure** of **any** valid "offer," **and voluntary consent** without misrepresentation or coercion, under contract law. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. **Any supposed "contract" is therefore void, ab initio.**

18. From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, and voluntarily whereby I have waived any of my natural common law rights, and, as such, **Take Notice** that I revoke, cancel, and make void ab initio my signature on any and all contracts, agreements, forms, or any instrument which may be construed in any way to give any agency or department of any federal or state government authority, venue, or jurisdiction over me.  This position is in accordance with the U.S. Supreme Court decision of **Brady v. U.S.**, 379 U.S. 742 at 748 (1970): "Waivers of Constitutional Rights not only must be voluntary, they must be knowingly intelligent acts, done with sufficient awareness of the relevant circumstances and consequences."

Registered Mail # RF 661 447 751 US    

19. I have never knowingly and willing signed away my sovereign rights or citizenship. See... *Brady v. U.S., 397 U.S. 742, 748,(1970) "Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness."*

20. "waivers of **fundamental Rights** must be knowing, intentional, and voluntary acts, done with sufficient awareness of the relevant circumstances and likely consequences. **U.S. v. Brady**, 397 U.S. 742 at 748 (1970); **U.S.v. O'Dell**, 160 F.2d 304 (6th Cir. 1947)".

21. The contract is "unconscionable," and One which no sensible man not under delusion, or duress, or in distress would make, and such as no honest and fair man would accept."; Franklin Fire Ins. Co. v. Noll, 115 Ind. App. 289, 58 N.E.2d 947, 949, 950.

22. "Party cannot be bound by contract that he has not made or authorized." **Alexander v. Bosworth** (1915), 26 C.A. 589, 599, 147 P.607.

23. The fraudulently **"presumed" quasi-contractus** that binds the Declarant with the CITY/STATE agency, is void for fraud ab initio, since the de facto CITY/ STATE **cannot produce the material fact** (consideration inducement) or the jurisdictional clause (who is subject to said statute). (SEE: *Master / Servant [Employee] Relationship -- C.J.S.) -- "Personal, Private, Liberty"*

24. Since the "**consideration**" is the "life blood" of any agreement or quasi-agreement, (contractus) "...the absence of such from the record is a major manifestation of want of jurisdiction, since without evidence of consideration there can be no presumption of even a quasi-contractus. Such is the importance of a "consideration." Reading R.R. Co. v. Johnson, 7 W & S (Pa.) 317.

## NOT "For Hire" and/or Engaged in "Commerce":

25. That I, **Kevin Walker, sui juris**, do <u>NOT</u> under ANY circumstances utilize the public highways **for commercial purposes**.

26. The **California Motor Vehicle Code, section 260**: Private cars/vans etc. not in commerce / for profit, are immune to registration fees:

> **(a)** A "**commercial vehicle**" is a vehicle of a type **REQUIRED** to be **REGISTERED** under this code".

> **(b)** "Passenger vehicles which are **not used** for the transportation of persons **for hire**, compensation or profit, and housecars, **are not commercial vehicles**".

Registered Mail # RF 661 447 751 US 

27. <u>**18 U.S. Code § 31 - Definition**</u>, expressly stipulates, "The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power <u>**and**</u> used for **commercial** purposes on the highways in the transportation of passengers, passengers and property, or property or cargo".

28. **I am <u>NOT</u> a Fourteenth Amendment legal *"person"* engaged in interstate commerce, nor do I derive income from the travel and transport of goods.** I am <u>NOT</u> a *"driver,"* nor am I an *"operator"* of a *"motor vehicle."* The driver's license is for motor vehicles involved in commerce only. **My private, self-propelled transport/contrivance/carriage is <u>NOT</u> involved in commerce,** therefore, it is <u>NOT</u> a *"motor vehicle."*

## <u>non-citizen national / "national of the United States"</u>:

29. The 1st clause of the <u>fourteenth Amendment</u> states: "All persons born or naturalized in the <u>U</u>nited <u>S</u>tates, and subject to the jurisdiction thereof, are citizens of the United States and the state wherein they reside."

30. The 1st clause of the <u>fourteenth Amendment</u> does <u>**not**</u> say: "All persons born or naturalized in the United States, **are** subject to the jurisdiction thereof . . . ."

31. The 1st clause of the <u>fourteenth Amendment</u> contains two <u>**requirements**</u> for United States citizenship: **(a)** that a person be born or naturalized in the United States **and (b)** that a person be subject to the jurisdiction of the United States.

32. The ~~Department of State~~ document, "Certificates of Non-Citizen Nationality," located at *https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/us-citizenship/Certificates-Non-Citizen-Nationality.html* says — in part — in the 3rd paragraph: "Section 101(a)(21) of the INA defines the term 'national' as 'a person owing permanent allegiance to a state.' Section 101(a)(22) of the INA provides that the term 'national of the United States' includes all U.S. citizens as well as persons who, though not citizens of the United States, owe permanent allegiance to the <u>U</u>nited <u>S</u>tates (**non-citizen nationals).**"

33. <u>**Title 8 U.S. Code 1101(a)(22) - Definition,**</u> expressly stipulates, " **(22)**The term "**national of the United States**" means (A) a citizen of the United States, or (B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States."

34. As a **national** I possess a **passport book**/bond # A39235161 and **passport card**/bond # C3551007, both issued after expressly indicating during the process that I am a "non-citizen **national.**"

Registered Mail # RF 661 447 751 US 

35. **22 CFR § 51.2 - Passport issued to nationals only,** stipulates: (a) A passport may be issued **only** to a U.S. **national**.

36. **22 CFR § 51.3 - Types of passports,** stipulates: (a) Regular passport. A regular passport is issued to a **national** of the United States. (e) Passport card. A passport card is issued to a **national** of the United States on the same basis as a regular passport.

37. I, Kevin: Walker, sui juris, hereby, declare, state, verify, and affirm for the record that I **am** a **national** but NOT a "citizen of the United States."

38. **Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons,** expressly stipulates that "**foreign government**", "**foreign official**", "**internationally protected person**", "**international organization**", and "**national** of the United States", and "**official guest**" have the same meaning.

39. It is **unequivocally true** that **Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons** expressly stipulates that in additional to being a **national**, I am also considered a "**foreign government**", "**foreign official**", "**internationally protected person**", "**international organization**", "**national** of the United States", and "**official guest**."

40. I am **also** a natural born State Citizen of California the republic in its **De'jure capacity** as one of the several states of the Union 1789. This incidentally makes me a **national** American Citizen of the republic as per the **dejure constitution** for the United States 1777/1789. **For I reject all attempts of expatriation from the** republic. Also see 15 united States statutes at large, July 27th, 1868 also known as the expatriation statute. Wherefore I am **not** a fourteenth amendment citizen, **and deny all presumptions** made about me

41. I am **not** and have **never been** a United States® citizen or citizen of any foreign or domestic municipal corporation or anything else not specifically stated. Wherefore there is no United States citizenship to renounce. I was not born nor do I live in, nor am I a "resident" of the United States, the District of Colombia or any federal area or territory. See **1940 Buck Act**

## citizen of the state vs citizen of the United States:

42. "The Fourteenth Amendment creates and defines citizenship of the United States. It had long been contended, and had been held by many learned authorities, and had never been judicially decided to the contrary, that there was no such thing as a citizen of the United States, except as that condition arose from citizenship of some state. No mode existed, it was said, of

Registered Mail # RF 661 447 751 US 

obtaining a citizenship of the United States, except by first becoming a citizen of some state. **This question is now at rest.** The fourteenth amendment defines and declares who shall be citizens of the United States, to wit, "all persons born or naturalized in the United States, _and_ subject to the jurisdiction thereof." The latter qualification was intended to exclude the children of foreign representatives and the like. With this qualification, every person born in the United States or naturalized is declared to be a citizen of the United States and of the state wherein he resides." — UNITED STATES V. ANTHONY. [11 Blatchf. 200; 5 Chi. Leg. News. 462, 493; 17 Int. Rev. Rec. 197; 30 Leg. Int. 266; 5 Leg. Op. 63; 20 Pittsb. Leg. J. 199.] Circuit Court, N. D. New York. June 18, 1873.

43. I am "**non** resident" to the "residency" of the <u>fourteenth Amendment</u> and "alien" to the "citizenship" thereof; therefore **I, Kevin: Walker, sui juris,** am <u>not</u> subject to the jurisdictional statements of the United States Code.

44. I am **not a** "resident" of any state under the <u>fourteenth Amendment</u> **and hereby publicly** disavow <u>any and all</u> contracts, forms, agreements, applications, certificates, licenses, permits, or other documents **that I or any** ~~other person may have signed expressly or by acquiescence~~ that would grant me <u>any</u> privileges and thereby ascribe to me rights and duties under a substantive system of law other than the Constitutional Contract of 1787 for the united states of America and of the constitutions for the several states of the Union, <u>exclusive of the fourteenth Amendment</u>.

45. "It is quite clear, then, that there is a citizenship of the United States** and a citizenship of a State, which are distinct from each other and which depend upon different characteristics or circumstances in the individual." — <u>Slaughter House Cases</u>, 83 U.S. 36 (1872).

46. "**We have in our political system a Government of the United States and a government of each of the several States.** Each one of these governments is distinct from the others, and each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect. **The same person may be at the same time a citizen of the United States and a Citizen of a State**, but his rights of citizenship under one of these governments will be different from those he has under the other." — Slaughter House Cases **United States vs. Cruikshank**, 92 U.S. 542 (1875).

47. "One may be a citizen of a State and yet not a citizen of the United States." — Thomasson v. State, 15 Ind. 449; Cory v. Carter, 48 Ind. 327 (17 Am. R. 738); <u>McCarthy v. Froelke</u>, 63 Ind. 507; <u>In Re Wehlitz</u>, 16 Wis. 443. [McDonel v. State, 90 Ind. 320, 323 (1883)] [underlines added].

48. "The first clause of the <u>fourteenth amendment</u> of the federal Constitution made negroes citizens of the United States**, and citizens of the state in which they reside, and thereby created **two classes** of citizens, one of the

Registered Mail # RF 661 447 751 US 

United States** and the other of the state." — [4 Dec. Dig. '06, p. 1197, sec. 11] ["Citizens" (1906), emphasis added].

49. "That there is **a citizenship of the United States and a citizenship of a state**, and the privileges and immunities of one are not the same as the other is well established by the decisions of the courts of this country." — [Tashiro v. Jordan, 201 Cal. 236 (1927)].

50. "... both before and after the Fourteenth Amendment to the federal Constitution, it has not been necessary for a person to be a citizen of the United States in order to be a citizen of his state." — [Crosse v. Board of Supervisors of Elections] [221 A.2d 431 (1966)].

51. "The privileges and immunities clause of the Fourteenth Amendment protects very few rights because it neither incorporates any of the Bill of Rights nor protects all rights of individual citizens. See Slaughter-House Cases, 83 U.S. (16 Wall.) 36, 21 L.Ed. 394 (1873). Instead, this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship." — [Jones v. Temmer, 829 F.Supp. 1226 (USDC/DCO 1993)]

## Automobiles NOT classified as vehicles but rather Personal:

52. "Automobile purchased for the purpose of transporting buyer to and from his place of employment was ``consumer goods'' as defined in UCC 9-109." Mallicoat v Volunteer Finance & Loan Corp., 3 UCC Rep Serv 1035; 415 S.W.2d 347 (Tenn. App., 1966).

53. "The provisions of UCC 2-316 of the Maryland UCC do not apply to sales of consumer goods (a term which includes automobiles, whether new or used, that are bought primarily for personal, family, or household use)." **Maryland Independent Automobile Dealers Assoc., Inc. v Administrator, Motor Vehicle Admin.**, 25 UCC Rep Serv 699; 394 A.2d 820, 41 Md App 7 (1978).

54. "[T]he expression ``**personal effects**'' clearly includes an **automobile**[.]" In re Burnside's Will, 59 N.Y.S.2d 829, 831 (1945). Cites Hillhouse, Arthur, and Mitchell's Will, supra.

55. "[A] yacht and six automobiles were ``personal belongings'' and ``household effects[.]''" **In re Bloomingdale's Estate**, 142 N.Y.S.2d 781, 782 (1955).

## Use defines classification:

A Private/Personal Automobile is NOT required to be registered by Law.

Registered Mail # RF 661 447 751 US   

56. First, it is **well established law** that the **highways** of the state **are public property**, and **their primary and preferred use is for private purposes**, and that their use for purposes of gain is special and extraordinary which, generally at least, the legislature may prohibit or condition as it sees fit." **Stephenson vs. Rinford**, 287 US 251; **Pachard vs Banton**, 264 US 140, and cases cited; **Frost and F. Trucking Co. vs. Railroad Commission**, 271 US 592; **Railroad commission vs. Inter-City Forwarding Co.**, 57 SW.2d 290; **Parlett Cooperative vs. Tidewater Lines**, 164 A. 313

57. The **California Motor Vehicle Code, section 260**: Private cars/vans etc. not in commerce / for profit, are immune to registration fees:

> **(a)** A "**commercial vehicle**" is a vehicle of a type **REQUIRED** to be **REGISTERED** under this code".

> **(b)** "Passenger vehicles which are not **used** for the transportation of persons **for hire**, compensation or profit, and housecars, **are not commercial vehicles**".

> (c) "a vanpool vehicle is not a **commercial** vehicle."

58. **18 U.S. Code § 31 - Definition**, expressly stipulates, "The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **and** used for **commercial** purposes on the highways in the transportation of passengers, passengers and property, or property or cargo".

59. A vehicle not used for **commercial** activity is a "consumer goods", ...it is NOT a type of vehicle **required** to be registered and "use tax" paid of which the tab is evidence of receipt of the tax." Bank of Boston vs Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14.

60. " The privilege of using the streets and highways by the operation thereon of motor carriers **for hire** can be acquired only by permission or license from the state or its political subdivision. "—Black's Law Dictionary, 5th ed, page 830.

61. "It is held that a tax upon common carriers by motor vehicles is based upon a reasonable classification, and does not involve any unconstitutional discrimination, although **it does not** apply to private vehicles, or those used by the owner in his own business, and not for hire." **Desser v. Wichita, (1915) 96 Kan. 820; Iowa Motor Vehicle Asso. v. Railroad Comrs., 75 A.L.R. 22.**

62. "Thus self-driven vehicles are **classified according to the use** to which they are put rather than according to the means by which they are propelled." Ex Parte Hoffert, 148 NW 20.

63. In view of this rule a statutory provision that the supervising officials **"may"** exempt such persons when the transportation is not on a **commercial** basis

Registered Mail # RF 661 447 751 US  

means that they **"must" exempt them."** **State v. Johnson, 243 P. 1073; 60 C.J.S. section 94 page 581.**

64. **"The use to which an item is put, rather than its physical characteristics,** determine whether it should be classified as ``consumer goods'' under UCC 9- 109(1) or ``equipment'' under UCC 9-109(2)." **Grimes v Massey Ferguson, Inc.**, 23 UCC Rep Serv 655; 355 So.2d 338 (Ala., 1978).

65. "Under UCC 9-109 there is a real distinction between goods purchased for personal use and those purchased for business use. The two are mutually exclusive and the **principal use to which the property is put should be considered as determinative."** **James Talcott, Inc. v Gee**, 5 UCC Rep Serv 1028; 266 Cal.App.2d 384, 72 Cal.Rptr. 168 (1968).

66. "The **classification of goods** in UCC 9-109 **are mutually exclusive**." McFadden v Mercantile-Safe Deposit & Trust Co., 8 UCC Rep Serv 766; 260 Md 601, 273 A.2d 198 (1971).

67. "The classification of ``goods'' under [UCC] 9-109 **is a question of fact**." **Morgan County Feeders, Inc. v McCormick**, 18 UCC Rep Serv 2d 632; 836 P.2d 1051 (Colo. App., 1992).

68. "The definition of ``goods'' includes an automobile." Henson v Government Employees Finance & Industrial Loan Corp., 15 UCC Rep Serv 1137; 257 Ark 273, 516 S.W.2d 1 (1974).

# The RIGHT to Travel is not a Privilege:

69. "No State government entity has the power to allow or deny passage on the highways, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. **Travel is not a privilege requiring, licensing, vehicle registration, or forced insurances**." *Chicago Coach Co.* **v.** *City of Chicago*, 337 Ill. 200, 169 N.E. 22.

70. The fundamental Right to travel is NOT a Privilege, it's a gift granted by your Creator and restated by our founding fathers as Unalienable and cannot be taken by any Man / Government made Law or color of law known as a private "Code" (secret) or a "Statute."

71. "**Traveling** is passing from place to place--act of **performing journey**; and traveler is person who travels." In Re Archy (1858), 9 C. 47.

72. "Right of transit through each state, with every species of property known to constitution of United States, and recognized by that paramount law, is secured by that instrument to each citizen, and does not depend upon

Registered Mail # RF 661 447 751 US 

uncertain and changeable ground of mere comity." **In Re Archy** (1858), 9 C. 47.

73. Freedom to **travel** is, indeed, an important aspect of the citizen's "liberty". We are first concerned with the extent, if any, to which Congress has authorized its curtailment. (Road) **Kent v. Dulles**, 357 U.S. 116, 127.

74. The right to **travel** is a part of the "liberty" of which the citizen cannot be deprived without due process of law under the Fifth Amendment. So much is conceded by the solicitor general. In Anglo Saxon law that right was emerging at least as early as Magna Carta. **Kent v. Dulles**, 357 U.S. 116, 125.

75. "Even the legislature **has no power** to deny to a citizen the right to travel upon the highway and transport his property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with public interest and convenience. *Chicago Coach Co. v. City of Chicago*, 337 Ill. 200, 169 N.E. 22, 206.

76. "... It is now universally recognized that the state does possess such power [to impose such burdens and limitations upon private carriers when using the public highways for the transaction of their business] with respect to common carriers using the public highways for the transaction of their business in the transportation of persons or property for hire. That rule is stated as follows by the **supreme court of the United States**: 'A citizen may have, under the fourteenth amendment, the right to travel and transport his property upon them (the public highways) by **auto vehicle**, but **he has no right to make the highways his place of business by using them** *as a common carrier for hire*. Such use is a privilege which may be granted or withheld by the state in its discretion, without violating either the due process clause or the equal protection clause.' (*Buck v. Kuykendall*, 267 U. S. 307 [38 A. L. R. 286, 69 L. Ed. 623, 45 Sup. Ct. Rep. 324].

77. "The right of a citizen to travel upon the highway and transport his property thereon in the ordinary course of life and business **differs radically an obviously from that of one who makes the highway his place of** business and uses it for private gain, in the running of a stage coach or omnibus. The former is the usual and ordinary right of a citizen, a right common to all; while the latter is special, unusual and extraordinary. As to the former, the extent of legislative power is that of regulation; but as to the latter its power is broader; the right may be wholly denied, or it may be permitted to some and denied to others, because of its extraordinary nature. This distinction, elementary and fundamental in character, is recognized by all the authorities."

78. " Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his/her property in the ordinary course of

Registered Mail # RF 661 447 751 US    

his business or pleasure, though this right may be regulated in accordance with the public interest and convenience." ["regulated" means traffic safety enforcement, stop lights, signs etc.]—Chicago Motor Coach v. Chicago, 169 NE 22.

79. "The claim and exercise of a constitutional right cannot be converted into a crime."—Miller v. U.S., 230 F 2d 486, 489

80. "Owner has constitutional right to use and enjoyment of his property." Simpson v. Los Angeles (1935), 4 C.2d 60, 47 P.2d 474.

81. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." —Sherar v. Cullen, 481 F. 945

82. The right of the citizen to **travel** upon the highway and to transport his property thereon, in the ordinary course of life and business, differs radically and obviously from that of one who makes the highway his place of business for private gain in the running of a stagecoach or omnibus."— State vs. City of Spokane, 186 P. 864.

83. "The right of the citizen to **travel** upon the public highways and to transport his/her property thereon either by carriage or automobile, is **not** a mere privilege which a city [or State] may prohibit or permit at will, but a common right which he/she has under the right to life, liberty, and the pursuit of happiness." —Thompson v. Smith, 154 SE 579.

84. "The right of the Citizen to **travel** upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of **travel**, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business."— Thompson vs. Smith, supra.; Teche Lines vs. Danforth, Miss., 12 S.2d 784

85. "The use of the highways for the purpose of **travel** and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived."—Chicago Motor Coach vs. Chicago, 169 NE 22;Ligare vs. Chicago, 28 NE 934;Boon vs. Clark, 214 SSW 607;25 Am.Jur. (1st) Highways Sect.163.

86. "The right to b is part of the Liberty of which a citizen cannot deprived without due process of law under the Fifth Amendment. This Right was emerging as early as the Magna Carta." — Kent vs. Dulles, 357 US 116 (1958)

87. "The state **cannot** diminish Rights of the people." —**Hurtado vs. California**, 110 US 516.

Registered Mail # RF 661 447 751 US 

88.  ""Personal liberty largely consists of the Right of locomotion -- to go where and when one pleases -- only so far restrained as the Rights of others may make it necessary for the welfare of all other citizens. The Right of the Citizen to **travel** upon the public highways and to transport his property thereon, by horse drawn carriage, wagon, or automobile, is not a mere **privilege** which may be permitted or prohibited at will, but the common Right which he has under his Right to life, liberty, and the pursuit of happiness. Under this Constitutional guarantee one may, therefore, under normal conditions, **travel** at his inclination along the public highways or in public places, and while conducting himself in an orderly and decent manner, neither interfering with nor disturbing another's Rights, he will be protected, not only in his person, but in his safe conduct." — II Am.Jur. (1st) Constitutional Law, Sect.329, p.1135.

# Household goods:

89.  "A **carriage is** peculiarly a family or **household** article. It contributes in a large degree to the health, convenience, comfort, and welfare of the householder or of the family." **Arthur v Morgan**, 113 U.S. 495, 500, 5 S.Ct. 241, 243 S.D. NY 1884).

90.  "The **Supreme Court**, in **Arthur v. Morgan**, 112 U.S. 495, 5 S.Ct. 241, 28 L.Ed. 825, held that **carriages were properly classified as household effects**, and we see no reason that automobiles should not be similarly disposed of." **Hillhouse v United States**, 152 F. 163, 164 (2nd Cir. 1907).

91.  "A soldier's **personal automobile** is part of his ``**household goods**[.]" **U.S. v Bomar**, C.A.5(Tex.), 8 F.3d 226, 235" 19A Words and Phrases - Permanent Edition (West) pocket part 94.

92.  "[I]t is a jury question whether ... an automobile ... is a motor vehicle[.]" **United States v Johnson,** 718 F.2d 1317, 1324 (5th Cir. 1983).

93.  "In determining whether or not a motor boat was included in the expression household effects, Matter of Winburn's Will, supra [139 Misc. 5, 247 N.Y.S. 592], stated the test to be ``whether the articles are or are not used in or by the household, or for the benefit or comfort of the family"." **In re Bloomingdale's Estate**, 142 N.Y.S.2d 781, 785 (1955).

94.  "**The use to which an item is put, rather than its physical characteristics**, determine whether it should be classified as ``consumer goods" under UCC 9-109(1) or ``equipment" under UCC 9-109(2)." Grimes v Massey Ferguson, **Inc.**, 23 UCC Rep Serv 655; 355 So.2d 338 (Ala., 1978).

95.  "Under UCC 9-109 there is a real distinction between goods purchased for personal use and those purchased for business use. The two are mutually

Registered Mail # RF 661 447 751 US 

exclusive and the **principal use to which the property is put should be considered as determinative**." **James Talcott, Inc. v Gee**, 5 UCC Rep Serv 1028; 266 Cal.App.2d 384, 72 Cal.Rptr. 168 (1968).

96. "The **classification of goods** in UCC 9-109 **are mutually exclusive**." **McFadden v Mercantile-Safe Deposit & Trust Co.**, 8 UCC Rep Serv 766; 260 Md 601, 273 A.2d 198 (1971).

97. "The classification of ``goods" under [UCC] 9-109 **is a question of fact**." **Morgan County Feeders, Inc. v McCormick**, 18 UCC Rep Serv 2d 632; 836 P.2d 1051 (Colo. App., 1992).

98. "In determining whether or not a motor boat was included in the expression household effects, Matter of Winburn's Will, supra [139 Misc. 5, 247 N.Y.S. 592], stated the test to be ``whether the articles are or are not used in or by the household, or for the benefit or comfort of the family"." **In re Bloomingdale's Estate**, 142 N.Y.S.2d 781, 785 (1955).

99. "The term ``**household goods**" ... **includes everything** about the house that is usually held and enjoyed therewith and that tends to the comfort and accommodation of the household. **Lawwill v. Lawwill**, 515 P.2d 900, 903, 21 Ariz.App. 75" 19A Words and Phrases – Permanent Edition (West) pocket part 94. Cites Mitchell's Will below.

100. "Bequest ... of such ``household goods and effects" ... included not only household furniture, but everything else in the house that is usually held and used by the occupants of a house to lead to the comfort and accommodation of the household. State ex rel. **Mueller v Probate Court of Ramsey County**, 32 N.W.2d 863, 867, 226 Minn. 346." 19A Words and Phrases - Permanent Edition (West) 514.

101. "All household goods owned by the user thereof and used solely for noncommercial purposes shall be exempt from taxation, and such person entitled to such exemption shall not be required to take any affirmative action to receive the benefit from such exemption." Ariz. Const. Art. 9, 2.

102. "[H]ousehold goods"...did not [include] an automobile...used by the testator, who was a practicing physician, in going from his residence to his office and vice versa, and in making visits to his patients." **Mathis v Causey**, et al., 159 S.E. 240 (Ga. 1931).

103. "Debtors could not avoid lien on motor vehicle, as **motor vehicles are not ``household goods**" within the meaning of Bankruptcy Code lien avoidance provision. **In re Martinez, Bkrtcy.N.M.**, 22 B.R. 7, 8." 19A Words and Phrases - Permanent Edition (West) pocket part 94.

Registered Mail # RF 661 447 751 US    

104. "The definition of ``goods'' includes an automobile." Henson v Government Employees Finance & Industrial Loan Corp., 15 UCC Rep Serv 1137; 257 Ark 273, 516 S.W.2d 1 (1974).

105. "An automobile was part of testatrix' ``household goods'' within codicil. **In re Mitchell's Will,** 38 N.Y.S.2d 673, 674, 675 [1942]." 19A Words and Phrases – Permanent Edition (West) 512. Cites Arthur v Morgan, supra.

# *The People are the Sovereign(s)!*

106. Therefore, I have determined and hereby affirm by **AFFIDAVIT** and under oath, by virtue of my declared **sovereign** state Citizenship and American case law, that I am <u>NOT</u> required to have government permission to **travel,** <u>NOT</u> required to have a driver's license, <u>NOT</u> required to have vehicle registration of my personal/private property, nor to surrender the lawful title of my duly conveyed property to the State as security against government indebtedness and the undeclared federal bankruptcy. **ANY administrative rule, regulation or statutory act of ANY State legislature or judicial tribunal to the contrary is unlawful and clearly unconstitutional, thus NULL and VOID.** American case law has clearly adjudicated that.

107. "The individual may stand upon his **constitutional rights** as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is** <u>unlimited.</u> He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43 at 47 (1905).

108. "the people, not the States, are sovereign." —Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

109. It cannot be assumed that the framers of the constitution and the people who adopted it, did not intend that which is the plain import of the language used. When the language of the constitution is positive and free of all ambiguity, all courts are not at liberty, by a resort to the refinements of legal learning, to restrict its obvious meaning to avoid the hardships of particular cases. We must accept the constitution as it reads when its language is

Registered Mail # RF 661 447 751 US    

unambiguous, for it is the mandate of the **sovereign** power. **Cook vs Iverson**, 122, N.M. 251.

110. "Right of protecting property, declared inalienable by constitution, is not mere right to protect it by individual force, but right to protect it by law of land, and force of body politic." Billings v. Hall (1857), 7 C. 1.

111. "Constitution of this state declares, **among inalienable rights** of each citizen, that of **acquiring, possessing and protecting property**. This is one of primary objects of government, is guaranteed by constitution, and cannot be impaired by legislation." **Billings v. Hall** (1857), 7 C. 1.

112. "The state constitution is the mandate of a **sovereign** people to its servants and representatives. Not one of them has a right to ignore or disregard these mandates..." **John F. Jelko Co. vs. Emery**, 193 Wisc. 311; 214 N.W. 369, 53 A.L.R., 463; Lemon vs. Langlin, 45 Wash. 2d 82, 273 P.2d 464. People are supreme, not the state. Waring vs. the Mayor of Savannah, 60 Georgia at 93.

113. The **people of the State do not yield their sovereignty to the agencies which serve them**. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created. (**Added Stats. 1953, c. 1588, p.3270, sec. 1.**)

114. The **people are the recognized source of all authority**, state or municipal, and to this authority it must come at last, whether immediately or by circuitous route. **Barnes v. District of Columbia**, 91 U.S. 540, 545 [23: 440, 441]. p 234.

115. "the government is but an agency to the state," -- the state being the **sovereign** people. *State v. Chase*, 175 Minn, 259, 220 N.W. 951, 953.

116. Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while **sovereign** powers are **delegated** to the agencies of government, sovereignty itself remains with the **people, by whom** and for whom all government exists and acts. And the law is the definition and limitation of power.

117. "...The Congress cannot revoke the **Sovereign** power of the **people** to override their will as thus declared." **Perry v. United States**, 294 U.S. 330, 353 (1935).

118. "The Doctrine of **Sovereign** Immunity is one of the Common-Law immunities and defenses that are available to the Sovereign..." Citizen of Minnesota. **Will v. Michigan Dept. of State Police**, (1988) 491 U.S. 58, 105 L.Ed. 2d. 45, 109 S.Ct. 2304.

Registered Mail # RF 661 447 751 US    

119. "The people of the state, as the successors of its former **sovereign**, are entitled to all the rights which formerly belonged to the king by his own prerogative." **Lansing v. Smith,** (1829) 4 Wendell 9, (NY).

120. History is clear that the first ten amendments to the Constitution were adopted to secure certain common law rights of the people, against invasion by the Federal Government." **Bell v. Hood**, 71 F.Supp., 813, 816 (1947) U.S.D.C. -- So. Dist. CA.

121. When any court violates the clean and unambiguous language of the Constitution, a fraud is perpetrated and no one is bound to obey it. (See 16 Ma. Jur. 2d 177, 178) **State v. Sutton**, 63 Minn. 147, 65 NW 262, 30 L.R.A. 630 Am. 459.

122. "The 'liberty' guaranteed by the constitution must be interpreted in the light of the common law, the principles and history of which were familiar and known to the framers of the constitution. This liberty denotes the right of the individual to engage in any of the common occupations of life, to locomote, and generally enjoy those rights long recognized at common law as essential to the orderly pursuit of happiness by free men." **Myer v. Nebraska**, 262 U .S. 390, 399; **United States v. Kim Ark**, 169 U.S. 649, 654.

123. "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." **Norton vs. Shelby County**, 118 US 425 p. 442.

124. "No one is bound to obey an unconstitutional law and no courts are bound to enforce it." **16 Am Jur 2nd**, Sec 177 late 2d, Sec 256.

125. All laws which are repugnant to the Constitution are null and void. Chief Justice Marshall, **Marbury vs Madison**, 5, U.S. (Cranch) 137, 174, 176 (1803).

126. **Any violation** of my Rights, **Freedom**, or **Property** by the U.S. federal government, or any agent thereof, would be an illegal and unlawful excess, clearly outside the limited boundaries of federal jurisdiction. My understanding is that the jurisdiction of the U.S. federal government is defined by Article I, Section 8, Clause 17 of the U.S. Constitution, quoted as follows:   "**The Congress shall have the power . . . To exercise exclusive legislation in all cases whatsoever, over such district (NOT EXCEEDING TEN MILES SQUARE)** as may, by cession of particular states and the acceptance of Congress, become the seat of the Government of the United States, [District of Columbia] and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the Erection of Forts, Magazines, Arsenals, dock yards and other needful Buildings; And - To make all laws which shall be necessary and proper for carrying into Execution the foregoing Powers..." [emphasis added]

Registered Mail # RF 661 447 751 US    

*and* Article IV, Section 3, Clause 2: "The Congress shall have the Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State." —- The definition of the "United States" being used here, then, is limited to its **territories**: (1) The District of Columbia (2) Commonwealth of Puerto Rico (3) U.S. Virgin Islands (4) Guam (5) American Samoa (6) Northern Mariana Islands (7) Trust Territory of the Pacific Islands (8) Military bases within the several states (9) Federal agencies within the several states.

127. **The Supremacy Clause** of the Constitution **of the United States** (**Article VI, Clause 2) establishes** that **the Constitution,** federal laws made **pursuant to it,** and treaties **made under its authority,** constitute the **"supreme Law of the Land",** and thus **take priority over any conflicting state laws.** It provides that state courts are bound by, and state constitutions subordinate to, the supreme law. However, federal statutes and treaties must be within the parameters of the Constitution; **that is, they must be pursuant to** the federal government's **enumerated powers,** and **not violate other constitutional limits on federal power** ... As a constitutional provision identifying the supremacy of federal law, the Supremacy Clause assumes the underlying priority of federal authority, **albeit only when that authority is expressed in the Constitution itself; no matter what** the federal or state governments **might wish to do,** they **must** stay within the boundaries of the **Constitution.**

128. ~~ANY~~ action involving a citation or ticket issued, confiscation, ~~impoundment or search and seizure of my private property by a police~~ **officer or ANY other public servant or employee that carries a fine or jail time is a penalty or sanction, thus converting a right into a crime. ANY citation or ticket is thus NULL and VOID.** Under every circumstance without exception, government officials must hold the Constitution for the united states of America (1791) supreme over ANY other laws, regulations or orders. Every police (executive) officer or judicial officer has swore an oath to protect the lives, property and rights of the citizens of the united states of America under the supreme law of the land. **ANY act to deprive state Citizens of their constitutionally protected rights is a direct violation of their oath of office,** a felony and a federal crime.

# Government, Public Servants, Officers, Judges are NOT Immune from suit!

Registered Mail # RF 661 447 751 US



129. "Public officials are <u>not</u> immune from suit when they transcend their lawful authority by invading constitutional rights." — AFLCIO v. Woodward, 406 F2d 137 t.

130. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

131. Government Immunity - "In Land v. Dollar, 338 US 731 (1947), the court noted, "that when the government entered into a **commercial** field of activity, it left immunity behind." Brady v. Roosevelt, 317 US 575 (1943); FHA v. Burr, 309 US 242 (1940); Kiefer v. RFC, 306 US 381 (1939).

132. The high Courts, through their citations of authority, have frequently declared, that "...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;

133. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

134. **Immunity for judges does not extend to acts which are clearly outside of their jurisdiction. Bauers v. Heisel,** C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also **Muller v. Wachtel**, D.C.N.Y. 1972, 345 F.Supp. 160; **Rhodes v. Houston**, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

135. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court**, A025829.

136. "The immunity of judges for acts within their judicial role is beyond cavil." **Pierson v. Ray**, 386 U.S. 547 (1957).

137. "There is no common law judicial immunity." **Pulliam v. Allen**, 104S.Ct. 1970; cited in Lezama v. Justice Court, A025829. "Judges, members of city council, and police officers as well as other public officials, may utilize good faith defense of action for damages under 42-1983, but **no public official has absolute immunity from suit** under the 1871 civil rights statute." (**Samuel vs

Registered Mail # RF 661 447 751 US     

**University of Pittsburg,** 375 F.Supp. 1119, 'see also, **White vs Fleming** 374 Supp. 267.

138. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

139. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

140. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

141. "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." — Miranda vs. Arizona, 384 US 436, 491

142. "Judge acted in the face of clearly valid statutes or case law expressly depriving him of (personal) jurisdiction would be liable." **Dykes v. Hosemann,** 743 F.2d 1488 (1984).

143. "In such case the judge has lost his judicial function, has become a mere **private** person, and is liable as a trespasser for damages resulting from his unauthorized acts."

144. "Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also **Bradley v. Fisher**, 13 Wall 335,351." **Manning v. Ketcham**, 58 F.2d 948.

145. "A distinction must be here observed between excess of jurisdiction and the clear absence of all jurisdiction over the subject-matter any authority exercised is a usurped authority and for the exercise of

146. "Personal liberty -- consists of the power of locomotion, of changing situations, of removing one's person to whatever place one's inclination may direct, without imprisonment or restraint unless by due process of law." — Bovier's Law Dictionary, 1914 ed., Black's Law Dictionary, 5th ed.;Blackstone's Commentary 134; Hare, Constitution__Pg. 777.

147. "The Senators and Representatives before mentioned, and the Members of the several state Legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by Oath or Affirmation, to support this Constitution;" — Constitution

148. **ANY** action by a police (i.e., executive) officer, officer of the court, public servant or government official to assert unlawful authority under the "*color of law*" will be construed as a **direct and willful violation of my**

Registered Mail # RF 661 447 751 US    

1

**constitutionally protected rights**, and will be prosecuted to the full extent of American law.

2

149. "**Whoever** under the color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any state, Territory, or District to the deprivation of ANY rights, privileges or immunities secured or protected by the Constitution of laws of the United States...shall be fined not more than $1,000 or imprisoned not more than one year, or both..." — 18 USC 242.

3

4

5

6

150. **Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons,** stipulates: **Whoever** assaults, strikes, wounds, imprisons, or offers violence to a foreign official, official guest, or internationally protected person or makes any other violent attack upon the person or liberty of such person, or, if likely to endanger his person or liberty, makes a violent attack upon his **official premises**, **private accommodation, or means of transport or attempts** to commit **any of the foregoing shall be** fined under this title or imprisoned not more than three years, or both. **Whoever** in the commission of any such act uses a deadly or dangerous weapon, or inflicts bodily injury, shall be fined under this title or imprisoned not more than ten years, or both. (b) **Whoever willfully** — **(1) intimidates, coerces, threatens, or harasses** a foreign official or an official guest or obstructs a foreign official in the performance of his duties; **(2) attempts to** intimidate, coerce, threaten, or harass a foreign official or an official guest or obstruct a foreign official in the performance of his duties; or **(3)** within the United States and within one hundred feet of any building or premises in whole or in part owned, used, or occupied for official business or for diplomatic, consular, or residential purposes by — **(A)** a foreign government, including such use as a mission to an international organization; **(B)** an international organization; **(C)** a foreign official; or **(D)** an official guest; congregates with two or more other persons with intent to violate any other provision of this section; **shall be** fined under this title **or** imprisoned not more than six months, or both.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

151. **15 U.S. Code § 2 - Monopolizing trade a felony; penalty**, stipulates: **Every** person **who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce** among the several States, or with foreign nations, **shall be deemed guilty of a felony**, and, on conviction thereof, **shall be** punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or **by imprisonment** not exceeding 10 years, or by both said punishments, in the discretion of the court

22

23

24

25

26

27

152. **18 U.S. Code § 1025 - False pretenses on high seas and other waters,** expressly stipulates: **Whoever**, upon **any** waters or vessel within the special maritime and territorial jurisdiction of the United States, by **any** fraud, or

28

Registered Mail # RF 661 447 751 US    

false pretense, obtains from **any** person **anything of value**, or procures the execution and delivery of **any instrument of writing or conveyance of real or personal property**, or **the** <u>signature</u> of any person, **as maker, endorser, or guarantor**, to or upon **any** bond, bill, receipt, promissory note, draft, or check, or any other evidence of indebtedness, or fraudulently sells, barters, or disposes of **any** bond, bill, receipt, promissory note, draft, or check, or other evidence of indebtedness, for value, knowing the same to be worthless, or knowing the <u>signature</u> of the maker, endorser, or guarantor thereof to have been obtained by any false pretenses, **shall be** fined under this title or imprisoned not more than <u>five years</u>, <u>or both.</u>

153. <u>**ALL ARE EQUAL UNDER THE LAW.**</u> (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

154. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.** (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind." Oriental proverb: "Of all that is good, sublimity is supreme."

155. <u>**IN COMMERCE TRUTH IS SOVEREIGN**</u> (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

156. <u>**TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.**</u> (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13; Num. 30:2; Mat. 5:33; James 5: 12)

157. <u>AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.</u> (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

158. <u>AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.</u> (Heb. 6:16-17;). "There is nothing left to resolve.

159. **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

160. 78. <u>**HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.**</u> (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it.")

161. " Statements of **fact** contained in affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings** <u>may</u> be accepted as **true** by the trial court. " --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).

Executed *"without* the <u>U</u>nited <u>S</u>tates" in accord with 28 USC § 1746.

<u>FURTHER THIS AFFIANT SAITH NOT.</u>

Registered Mail # RF 661 447 751 US    

## ESTOPPEL BY ACQUIESCENCE:

If the addressee(s) or an intended recipient of this notice fail to respond addressing **each point, on a point by point basis**, they **individually and collectively accept all of the statements, declaration, stipulations, facts, and claims** as TRUTH and fact by **TACIT PROCURATION**, all issues are deemed settled **RES JUDICATA, STARE DECISIS** and by **COLLATERAL ESTOPPEL.** You may **not** argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial. (See Black's Law Dictionary 6th Ed. for any terms you do not *"understand"*).

**Your failure to completely answer and respond will result in your agreeing not to argue, controvert or otherwise protest the finality of the administrative findings in any process, whether administrative or judicial, as certified by Notary or Witness Acceptor in an Affidavit Certificate of Non Response and/or Judgement, or similar.**

Should YOU **fail to respond, provide partial, unsworn, or incomplete answers,** such are not acceptable to me or to any court of law. See, *Sieb's Hatcheries, Inc. v. Lindley,* 13 F.R.D. 113 (1952)., "Defendant(s) made no request for an extension of time in which to answer the request for admission of facts and filed only an unsworn response within the time permitted," thus, under the specific provisions of Ark. and Fed. R. Civ. P. 36, the facts in question were **deemed admitted as true. Failure to answer is well established in the court.** *Beasley v. U. S.,* 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests **will be considered as having been admitted.**" Also as previously referenced, "Statements of **fact** contained in affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings may** be accepted as **true** by the trial court." —Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976),

## COMMERCIAL OATH AND VERIFICATION:

| | |
|---|---|
| County of Riverside | ) |
| | )     Commercial Oath and Verification |
| The State of California | ) |

I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this <u>28th</u> day of <u>DECEMBER</u> in the year two thousand twenty three:

By *Special Limited* Appearance, sui juris,
all rights reserved *without* prejudice and without recourse. UCC **§** 1-308, 3-402.

By: _____

**Kevin Walker**, *Authorized Representative, Attorney In Fact*
*Secured Party, Executor,* national,
*private bank(er)* EIN # 9x-xxxxx07

Registered Mail # RF 661 447 751 US    

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

By *Special Limited* Appearance,
All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

By: _____
**Donnabelle Escarez Mortel, sui juris,** *Attorney In Fact,* national,
*Authorized Representative, Executor, Secured Party.* (WITNESS)
*private bank(er)* ID # 9x-xxxxxx6

By *Special Limited* Appearance,
All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

By: _____
**Corey Delfond Walker, sui juris,** national,
*Authorized Representative, Executor, Secured Party.* (WITNESS)
*private bank(er)* ID # 9x-xxxxxx7

## NOTICE:

Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner.* The purpose for notary is verification and identification **only** and **not** for entrance into **any foreign jurisdiction.**

### JURAT

State of California          )
                            )
                            ) ss.
                            )
County of Riverside          )

Subscribed and sworn to (or affirmed) before me on this __29__ day of __December__, 20 23,
by __Kevin Lewis Walker__ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Notary public __Ariana Maria Georges__ (Notary Public)
                                    Print name
_____
                                    Print name

ARIANA MARIA GEORGES
Notary Public - California
Riverside County
Commission # 2463638
My Comm. Expires Sep 19, 2027

-Exhibit G-

REGISTERED MAIL # RF 661 448 567 US

# AFFIDAVIT
## Resolution, Revocation, and Termination of Franchise

KNOW ALL MEN BY THESE PRESENT, that I, **Kevin Lewis Walker** Propia Persona, proceeding by general law, sui juris, in acknowledgment of the laws of nature and the Almighty Supreme Creator, first and foremost and the laws of man when they are not in conflict (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and James 5:12, let my yea be yea and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat.1211, depose and says:

WHEREAS, the FRANCHISE, BIRTH, and/or TRUST CERTIFICATE was created and offered fraudulently and deceitfully, supposedly to aid in the Census, as a means of identification, to document a birth, and for health reasons and purposes;

WHEREAS, the true nature of the BIRTH CERTIFICATE is an unrevealed commercial agreement and unconscionable adhesion contract and prima facie evidence of unfair trade by and with an Agency of the federal, corporate United States, the Department of Commerce, Department of Transportation, Department of Defense, Internal Revenue, Social Security Administration, DTC at 55 Water in New York, International Monetary Fund, and Bank of International Settlements, The CROWN CORPORATION, THE VATICAN BANK, et.al.;  the true nature of the DATE OF BIRTH is to execute the birth of the certificate (by signing, filing, and recording), not the "natural" person;

WHEREAS, the BIRTH CERTIFICATE is a TRUST INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states), sent to the Bureau of Census, a division of the Department of Commerce (Washington, D.C.), placing the above "name" in commerce as a legal "person" (e.g., Corporation, trust, trustee) district-distinct and separate from the "natural-born citizen";

WHEREAS, the Secretary of State (of the several states) issues and charters corporations and franchises, that any American citizen with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State Department of Revenue for income taxes, and the federal, corporate United States for its debt obligations to the Federal Reserve bank;

WHEREAS, this TRUST INSTRUMENT has deceived the above "name" into an unrevealed contract placing both myself and my fellow American citizens under the jurisdiction of the federal United States with its tax and regulating authority originating from the Department of Commerce pursuant to the authority of the Constitution for the United States of America (1791), and under the jurisdiction of the equity, admiralty, or maritime jurisdictions of the federal court system and the Uniform Commercial Code (UCC); this by false registry, a term usually applied to the registration of a vessel in violation of the Federal registry statutes which provide that if any certificate of registry or record is fraudulently, or knowingly used for any ship or vessel not then actually entitled to the benefit thereof, according to the true intent of the act, such ship or vessel shall be forfeited to the United States, with her tackle, apparel, and furniture. See 48 Am Jur 1st Ship § 23.

REGISTERED MAIL # RF 661 448 567 US

"To regulate Commerce with foreign Nations, and among the several states, and with the Indian Tribes:" — U.S. Constitution, Article 1, Section 0, Clause 3.

WHEREAS such false registry, coupled with wholly inadequate and insufficient public education system used, by overwhelming evidence, to facilitate an unconscionable deception upon the public, domestic, and private trusts, **is hereby declared null and void**, and claiming any and all lawful damages therein associated, ab initio, ad infinitum, nunc pro tunc, without recourse, reserving all rights.

WHEREAS the same false registry exists for my creations, and my creations relations, and equal demand for correction of all false registries, and return of rights, property, and damages be re-instated with their rightful Secured Parties, for cause.

I, **Kevin Lewis Walker** have already declared and established "sui juris" status in connection with both my property and "name." I demand a certified copy with my signed authorization of all documents or contracts being "held-in-due-course," [pursuant to UCC 3-305.2, UCC 3-305.52, and UCC 3-305, Article 9, and et.al.], that create ANY legal disability to the claimed "sui juris" states and "alieni juris" relating to my "name." My "name'" is my property, and for my "name" to enjoy "sui juris" status, that "name" must be free of legal disability resulting from a contract or commercial agreement, which is being "held-in-due-course" by a fellow citizen or by any agency of the federal, state, county, or municipal government.

THEREFORE BE IT RESOLVED, that it is deemed necessary that I, **Kevin Lewis Walker**, separate myself and all inheritance from the fraudulent FRANCHISE, BIRTH, and/or TRUST CERTIFICATE herein attached as surety, and will no longer be associated with it except as necessary to correct any record, restore and recover all usurpation of unalienable rights and private property, and regain quiet enjoyment which is an undeniable right of every (wo)man, and to terminate the franchise, and reserving all rights expressed, implied, and deemed appropriate and necessary for accord and satisfaction.

I, **Kevin Lewis Walker**, hereby **REVOKE all powers, including, but not limited to**, Powers of Attorney and Agency, excepting those of private, unincorporated, pure trust. I hereby DISSOLVE and TERMINATE any franchise connected to/with the below document, certificate, or trust instrument. I hereby remove all commercial activity, including, but not limited to, the LIMITED LIABILITY for the payment of debt. I hereby release the Department of Commerce, its agents and fiduciaries, of their obligation to perform any commercial duties or responsibilities towards me. I am NOT in commerce or involved in any commercial activity with the federal corporate United States government or any subsidiary.

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I, hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me in WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof proving me with your counter affidavit, proving with

REGISTERED MAIL # RF 661 448 567 US

particularity and specificity by stating all requisite actual law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. Reserving ALL Natural God – Given Unalienable Birthrights, Waiving None Ever under 28 USC §1746 rights and without prejudice to ANY of those rights (U.C.C. 1-207; 1-308).

I declare under penalty of perjury under the law of the United Sates of America that the foregoing is true and correct Pursuant 28 USC § 1746 and executed "without the United States"

**FURTHER THIS AFFIANT SAITH NOT.**

Subscribed, sealed, and affirmed to this day, 12th, month, February, and year of 2024, I hereby affix my own signature and seal to all of the above affirmations with explicit reservation of ALL my unalienable rights and without prejudice to ANY of those rights. Pursuant to U.C.C § 1-103, 1-105, 1-207,1-308,3-419.

By: _____

Kevin Lewis Walker, **Affiant, Secured Party / Executor /**
**Administrator / Trustee**

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

All right reserved without prejudice or recourse, U.C.C §1-308

By: _____

Secured Party / Executor / Administrator / Trustee
**Donnabelle Escarez Morel (FIRST WITNESS)**

All right reserved without prejudice or recourse, U.C.C §1-308

By: _____

Secured Party / Executor / Administrator / Trustee
**Corey Delfond Walker (FIRST WITNESS)**

**NOTICE**

Using a notary on this document does **not** constitute any adhesion, **nor does it alter my status in any manner.** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

REGISTERED MAIL # RF 661 448 567 US

JURAT

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

State of California      )
                         )
                         ) ss.
                         )
County of Riverside      )

Subscribed and sworn to (of affirmed) before me on this _12th_ day of _February_, 2024,

by _Kevin Lewis Walker_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary public _Shubhangi R Zumale, Notary public._
                print

_Zumale_ _____ Seal:

SHUBHANGI R. ZUMALE
Notary Public - California
Riverside County
Commission # 2373782
My Comm. Expires Sep 4, 2025

AFFIDAVIT of Resolution, Revocation, and Termination of Franchise      -4 of 4-

-Exhibit H-

# SHERIFF'S OFFICE / COUNTY OF RIVERSIDE    B 38557

**NOTICE TO:**

☐ **APPEAR IN COURT AT** _____ ☐ AM ☐ PM **ON:** _____

**OR**

☐ **RESPOND TO CITATION BEFORE:**

**DATE:** 1/14/2025

*See back for detailed instructions*

☐ To be notified

☐ Southwest Justice Center - 30755-D Auld Road
Murrieta, CA 92563 · 951-777-3147
www.riverside.courts.ca.gov
☐ Banning Justice Center - 311 E. Ramsey Street
Banning, CA 92220 · 951-777-3147
www.riverside.courts.ca.gov
☐ Moreno Valley Court - 13800 Heacock St. Bldg. D#201
Moreno Valley, CA 92553 · 951-777-3147
www.riverside.courts.ca.gov
☐ _____

**ACT BY THIS DATE TO AVOID A WARRANT *OR* ADDED FEES**

| Date of Violation (mm/dd/yy) | Time ☐ AM ☐ PM | Driver's License Number (all states) | Class | State |
|---|---|---|---|---|
| | | | C | A |

**Name (first, middle, last)**
HAVEN LEWEN WALLER

**Current Address** (no., street, city, state, zip)

| Date of Birth (mm/dd/yy) | Parent/Guardian Phone No. ☐ Juvenile | Commercial ☐ Y ☐ N | Insurance ☐ Y ☐ N |
|---|---|---|---|

| Race / Ethnicity | Sex M | Hair BRO | Eyes BRO | Height 5'10 | Weight |
|---|---|---|---|---|---|

| Vehicle License/VIN | State | Reg (mm/yy) | Year of Veh. | Make |
|---|---|---|---|---|

| Registered Owner/Lessee ☐ Same as driver ☐ Owner's responsibility (VC, § 40001) | Model | Body Style |
|---|---|---|

| Address (no., street, city, state, zip) ☐ Same as driver | Color |
|---|---|

| Reason for Stop | Report Dist. 910C |
|---|---|

## CITATION DETAILS    ☐ Booking Required (see reverse)

Correctable
(Fix-It)    Code/Section    Description    M = Misdemeanor    I = Infraction (circle)

| | Code/Section | Description | |
|---|---|---|---|
| ☐ Y ☐ N | VC 1245 F | FAIL TO ... | Ⓜ I |
| ☐ Y ☐ N | WIL&PRF # MHAW150134 | | M I |
| ☐ Y ☐ N | HIL # 2500 U | | M I |
| ☐ Y ☐ N | | | M I |

| Approx. Speed | PF/Max Speed | Veh. Limit | Safe Speed | Radar/Lidar | |
|---|---|---|---|---|---|
| | | | | | ☐ Commercial Veh. VC, § 15210(b) |

**Location of Violation**
... LN X GARRER LN, TEMECULA    ☐ Hazardous Mat. VC, § 353

**City/County of Occurrence**
RIVERSIDE, TEMECULA

**Agency Case No.**
TE25382041

**Comments** (weather, road, traffic conditions)    ☐ Crash

☐ Violations not committed in my presence, declared on information and belief (VC, § 40600)
I declare under penalty of perjury under the laws of the State of CA that the foregoing is true and correct.

_/_/_  DECL. DATE    E MATIWLAD  ARRESTING OR CITING OFFICER    411  I.D. #

_/_/_  DECL. DATE    ARRESTING OFFICER, (if different from above)    I.D. #

**I promise to act by the date at the top of this citation. Signing DOES NOT admit guilt.**

( )

CELLPHONE - OPTIONAL (may be used for reminders)    EMAIL - OPTIONAL (may be used for reminders)

x Under Duress - ... UCC 1-308 3402
SIGNATURE

**DEFENDANT COPY | FORM INFO**
Continuation form ☐
Form Adopted for Mandatory Use
Judicial Council of California
TR-130, Traffic/Nontraffic Notice to Appear
[Rev. Jan. 1, 2024]
**SEE REVERSE**

| EDP Code | EDP Code | EDP Code |
|---|---|---|

Vehicle Code, §§40500(b), 40513(b), 40522, 40800, Pen. Code, §853.9

-Exhibit I-

KEVIN LEWIS WALKER

30650 RANCHO CALIFORNIA APT 400 2BBMECULA    CA  92591

08/19/1987

BRN    BRN    510

5F8E320    CA

45    45    45

7E251280037

WHAT YOU NEED TO DO

**IF APPEAR IN COURT**

**RESPOND TO CITATION**

MORE INFORMATION

-Exhibit J-

# NOTICE OF STORED VEHICLE (22852 CVC)

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL.

REPORTING DEPARTMENT

LOCATION (TOWED) STOLEN FROM

LOCATION CODE | DATE / TIME OF REPORT

NOTICE OF STORED VEHICLE DELIVERED PERSONALLY

FILE NO   TF75178-00037

| YEAR | MAKE | MODEL | BODY TYPE | ODOMETER READING | VIN CLEAR IN SVS? | LICENSE NO | COLOR | DATE / TIME DISPATCH NOTIFIED | LOG NO | STATE |

VEHICLE IDENTIFICATION NO
2 B 0 A J 2 2 9 B 2 A 6 7 7 6 2

REGISTERED OWNER

LEGAL OWNER

☐ STORED   ☐ IMPOUNDED   ☐ RELEASED   ☐ RECOVERED - VEHICLE / COMPONENT

TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE)

REASON FOR STOP

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | 1 | 2 | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
| WRECKED | | | SEAT (FRONT) | | | REGISTRATION | | | | | CAMPER | | | LEFT FRONT | |
| BURNED HULK per 431(c) CVC | | | SEAT (REAR) | | | ALT / GENERATOR | | | | | VESSEL AS LOAD | | | RIGHT FRONT | |
| VANDALIZED | | | RADIO | | | BATTERY | | | | | FIREARMS | | | LEFT REAR | |
| ENG / TRANS. STRIP | | | TAPE DECK | | | DIFFERENTIAL | | | | | OTHER | | | RIGHT REAR | |
| MISC. PART'S STRIP | | | TAPES | | | TRANSMISSION | | | | | | | | SPARE | |
| BODY METAL STRIP | | | OTHER RADIO | | | AUTOMATIC | | | | | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) CVC | | | IGNITION KEY | | | MANUAL | | | | | | | | SPECIAL WHEELS | |

RELEASE VEHICLE TO   ☐ R/O OR AGENT   ☐ AGENCY HOLD   ☐ 22850 3 CVC

NAME OF PERSON / AGENCY AUTHORIZING RELEASE | ID NO | DATE

SIGNATURE OF PERSON AUTHORIZING RELEASE

SEE REVERSE FOR INFORMATION

CERTIFICATION I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE.

SIGNATURE OF PERSON TAKING POSSESSION

-Exhibit K-

Riverside County Sheriff
VICR FEE PAID
Case# IE-251280037



RECEIPT    DATE 05/08/25    No. 697376

RECEIVED FROM Kevin Walker                    $175.00
one-hundred seventy-five v/100
FOR RENT
FOR VICR fee 2019 Lambo ves Lp: 0FBE320    DOLLARS

ACCOUNT        ○ CASH
PAYMENT  175 00  ○ CHECK    FROM _____
BAL DUE        ○ MONEY
               ○ ORDER     TO _____
               ○ CREDIT
               ○ CARD      BY Anaya N1307

-Exhibit L-

5/8/25, 1:57 PM



**S&R Tow Temecula**
1060 Airport Rd., Oceanside Ca 92058
Phone: (760) 547-1724 | Fax :
Payments can be made online by visiting twbk.co/nxfUC1

# Impound Invoice
Printed 5/8/2025

| Owner | | Kevin Lews Waiker | 30650 Rancho California Rd Apt 406251 Temecula 92591 | |
|---|---|---|---|---|
| Released To | | Kevin Lews Walker | 30650 Rancho California Rd Apt 406251 Temecula 92591 | Phone:310-923-8529 |

| | | | | |
|---|---|---|---|---|
| Invoice # | 25-0508-152200 | Reason for Impound | 22651 (H) DRIVER ARRESTED | |
| Call # | 152200 | VIN Number | ZPBUA1ZL9KLA02762 | |
| Stock # | 23117924 | Model | 2019 Lamborghini Urus (Gray) | |
| Case # | te251280037 | Odometer | 50583 | |
| Account | Temecula Police Department | License Plate | 9FBE320 (CA) | |
| Date/Time Requested | 5/8/2025 9:43 AM | Drivable | Yes | |
| Date/Time Dispatched | 5/8/2025 9:43 AM | Keys | Yes 3 | |
| Date/Time Arrived to scene | 5/8/2025 9:59 AM | Towed from | La Serena Way & Meadows Pkwy Temecula, CA 92591 | |
| Date/Time Completed: | 5/8/2025 10:40 AM | Stored at | Temecula Yard | |
| Date/Time Impounded: | 5/8/2025 10:40 AM | | 44564 Pechanga Parkway, Temecula Ca 92592 | |
| Driver | LEE 312 7a | | | |
| Truck | 121 FB | | | |
| Date/Time Released: | 5/8/2025 1:56 PM | | | |
| Days Held in Impound | 1 days | | | |

| Storage charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Storage - Storage Fees) Impounds/Storage: Daily Impound Rate | 1 | $79.00 | $79.00 |

| Towing charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Towing) Tow/Hourly (Portal to Portal) (price per hour) | 1 (1 h ) | $295.00 | $295.00 |

| | | |
|---|---|---|
| | Towing SubTotal | $295.00 |
| | Storage - Storage Fees SubTotal | $79.00 |
| | Subtotal | $374.00 |
| | Taxes | $0.00 |
| | Grand Total | $374.00 |
| | **Amount Due:** | **$0.00 / Paid** |

**Square payment (Ref # Z4mK) of $374.00 applied on 5/8/2025**

S&R Tow Temecula appreciates your business; if you have any questions regarding this invoice, please contact us at (760) 547-1724.

Signature: _____     Date: _____

**CA# 55056   USDOT: 1757147**

Upon request, you are entitled to receive a copy of the Towing and Storage Fees and Access Notice

-Exhibit M-

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional)<br>Kevin W 818-850-6465 | **Filed in the Office of** — F.H Aguilar — Secretary of State — State Of Nevada |
| **B. E-MAIL CONTACT AT FILER** (optional)<br>team@walkernovagroup.com | **Initial Filing Number**<br>2025462229-1 |
| **C. SEND ACKNOWLEDGMENT TO:** (Name and Address)<br>WALKERNOVA GROUP<br>c/o 30650 Rancho California Road, suite 406-251<br>Temecula, CA 92591, USA | **Filed On**<br>March 22, 2025 02:01 PM<br>**Number of Pages**<br>1 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 1b. INDIVIDUAL'S SURNAME<br>WALKER | FIRST PERSONAL NAME<br>KEVIN | ADDITIONAL NAME(S)/INITIAL(S)<br>LEWIS | SUFFIX |
| 1c. MAILING ADDRESS<br>C/O 30650 RANCHO CALIFORNIA ROAD UNIT 406251 | CITY<br>TEMECULA | STATE<br>CA | POSTAL CODE<br>92591 | COUNTRY<br>USA |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME<br>WG EXPRESS TRUST | | | |
|---|---|---|---|
| OR | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS<br>C/O 30650 RANCHO CALIFORNIA ROAD UNIT 406251 | CITY<br>TEMECULA | STATE<br>CA | POSTAL CODE<br>92591 | COUNTRY<br>USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE BY SPECIAL DEPOSIT FOR THE BENEFIT OF THE SECURED PARTY/CLAIMANT FOR THE ABSOLUTE CLAIM OF ALL INTEREST, TITLE, OWNERSHIP, CREDITS, SECURITY INTEREST, RIGHTS, EXEMPTIONS, AND CLAIMS IN THIS TRUST ACTION, AND TO THE FOLLOWING COLLATERAL AND ASSETS: PRIVATE AUTOMOBILE: LAMBORGHINI URUS, YEAR 2019, VIN #ZPBUA1ZL9KLA02762. THIS CLAIM SECURES ALL ASSETS ASSOCIATED WITH THE PRIVATE AUTOMOBILE, INCLUDING BONDS, NEGOTIABLE INSTRUMENTS, TANGIBLE AND INTANGIBLE PROPERTY, PROCEEDS, ASSIGNMENTS, SUBSTITUTIONS, AND ACCESSIONS, NECESSARY TO PERFECT AND ENFORCE SAID SECURITY INTEREST UNDER UCC ARTICLE 9. ALL OBLIGATIONS AND DEBTS RELATED TO THE COLLATERAL ARE ASSIGNED TO THE OFFICE OF THE SECRETARY OF THE TREASURY (31 USC 3123, 31 USC 5118, 18 USC 8) FOR SETTLEMENT. THE SIGNATURE IS ACCEPTED IN ACCORDANCE WITH UCC 3-419, UCC 3-402, UCC 9-509, AND UCC 9-105, AND THIS FILING IS MADE IN ACCORDANCE WITH ALL APPLICABLE PROVISIONS OF THE UNIFORM COMMERCIAL CODE (UCC). ALL RIGHTS RESERVED, WITHOUT PREJUDICE. UCC 1-308.

**5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☒ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| **6a.** Check <u>only</u> if applicable and check <u>only</u> one box: | | | **6b.** Check <u>only</u> if applicable and check <u>only</u> one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

**7.** ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☒ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8.** OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY —** UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

-Exhibit N-



**Frank LaRose**
*Ohio Secretary of State*

| FS Number: | OH00288742907 |
|---|---|
| Date Filed: | 22 March 2025 17:12:15 |

# UCC FINANCING STATEMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:** WG EXPRESS

**PHONE NUMBER:** 310-923-8521

**EMAIL CONTACT AT FILER:** team@walkernovagroup.com

**SEND ACKNOWLEDGEMENT TO:** WG EXPRESS
c/o 30650 Rancho California Road #406-251
Temecula
CALIFORNIA
92591
United States

## DEBTOR INFORMATION

**INDIVIDUAL'S SURNAME:** WALKER     **FIRST PERSONAL NAME:** KEVIN

**ADDITIONAL NAME(S)/INITIAL(S):** LEWIS     **SUFFIX:**

**MAILING ADDRESS:** c/o 30650 Rancho California Road #406-251

**CITY:** Temecula   **STATE:** CALIFORNIA   **POSTAL CODE:** 92591   **COUNTRY:** United States

## SECURED PARTY INFORMATION

**ORGANIZATION'S NAME:** WG EXPRESS TRUST

**MAILING ADDRESS:** c/o 30650 Rancho California Road #406-251

**CITY:** Temecula   **STATE:** CALIFORNIA   **POSTAL CODE:** 92591   **COUNTRY:** United States

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

This is actual and constructive notice by special deposit for the benefit of the Secured Party/Claimant for the absolute claim of all interest, title, ownership, credits, security interest, rights, exemptions, and claims in this TRUST ACTION, and to the following collateral and assets: Private Automobile: Lamborghini Urus, Year 2019, VIN #ZPBUA1ZL9KLA02762. This claim secures all assets associated with the private automobile, including bonds, negotiable instruments, tangible and intangible property, proceeds, assignments, substitutions, and accessions, necessary to perfect and enforce said security interest under UCC Article 9. All obligations and debts related to the collateral are assigned to the Office of the Secretary of the Treasury (31 USC 3123, 31 USC 5118, 18 USC 8) for

settlement. The signature is accepted in accordance with UCC 3-419, UCC 3-402, UCC 9-509, and UCC 9-105, and this filing is made in accordance with all applicable provisions of the Uniform Commercial Code (UCC). All rights reserved, without prejudice. UCC 1-308.

**Collateral is:**                    Held in Trust

## FILING TYPE

Transmitting Utility: No

Public Finance: No

Manufactured Home: No

Agriculture Lien: No

Non-Ucc Filling: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Consignee/Consignor: No

Seller/Buyer: Yes

Bailee/Bailor: No

Licensee/Licensor: No

-Exhibit O-

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| Kevin W 818-850-6465 |
| B. E-MAIL CONTACT AT FILER (optional) |
| team@walkernovagroup.com |
| C. SEND ACKNOWLEDGMENT TO:  (Name and Address) |
| WALKERNOVA GROUP |
| c/o 30650 Rancho California Road, suite 406-251 |
| Temecula, CA 92591, USA |

| Filed in the Office of | Initial Filing Number |
| F. Aguilar | 2025470746-9 |
| | Filed On |
| | May 5, 2025 09:45 PM |
| Secretary of State | Number of Pages |
| State Of Nevada | 3 |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
| | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| WALKER | KEVIN | LEWIS | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| C/O 30650 RANCHO CALIFORNIA ROAD SUITE 406-251 | TEMECULA | CA | 92591 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| MORTEL | DONNABELLE | ESCAREZ | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| C/O 30650 RANCHO CALIFORNIA ROAD SUITE 406-251 | TEMECULA | CA | 92591 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
| REAL PRIVATE IRR TRUST | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| C/O 30650 RANCHO CALIFORNIA ROAD SUITE 406-251 | TEMECULA | CA | 92591 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTORS INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS OF THE SECURED PARTY AS DETAILED IN A TRUE, CORRECT, COMPLETE CONTRACT AND SECURITY AGREEMENT NUMBER 070320042823. ALL OF ALL LISTED DEBTORS ASSETS, INTANGIBLE AND TANGIBLE, REGISTERED AND UNREGISTERED, INCLUDING BIRTH CERTIFICATE/BANK NOTE #140-1987-279345 AND 146-1985-017447 AND OFFSPRING BIRTH CERTIFICATE/BANK NOTE #1052021197760 AND #1052023127929, ALL SECURITIES, PASSPORTS, SOCIAL SECURITY NUMBERS, EIN NUMBERS, CREDIT PRIVACY NUMBERS, CREDIT CARDS, CREDITS, RECEIVABLES, NOTES, LETTERS OF CREDIT, BANK ACCOUNTS, BONDS SECURITIES, LAWFUL MONEY, DEBT INSTRUMENTS, FINGERPRINTS, CRYPTOCURRENCY WALLETS, TRADEMARK/TRADENAME, COPYRIGHT/PATENT, THEIR LIKENESSES, BUSINESSES, TRUSTS, PERSONAL PROPERTY, REAL PROPERTY, AUTOMOBILES/TRANSPORTS, PLANES, HOMES, BOATS, AND ALL OF BOTH DEBTORS INTEREST AND SECURITY INTEREST IN SAID ASSETS, LAND AND PERSONAL PROPERTY, NOW OWNED AND HEREAFTER ACQUIRED, NOW EXISTING AND HEREAFTER ARISING AND WHEREVER LOCATED, AND/OR DESCRIBED FULLY IN SECURITY AGREEMENT NO. 070320042823. FILING IN ACCORDANCE WITH UCC 1-103, 2-204, 2-206, 3-104, 3-303, 3-402, 9-105, 9-315, 9-509, NOTICE OF ABSOLUTE CLAIM OF ALL INVESTMENT, COMMODITY AND TRUST DEPOSIT ACCOUNTS CONTRACT WITH ATTACHED COLLATERAL AND PROCEEDS TO SECURE COLLATERAL, ALONG WITH CLAIM OF TRADENAME/TRADEMARK, COPYRIGHT/PATENT OF THE NAME KEVIN LEWIS WALKER, DONNABELLE ESCAREZ MORTEL, ADONIS ESCAREZ MORTEL WALKER, ZOIYA ESCAREZ MORTEL WALKER, MIND, BODY, SOUL OF INFANTS, SPIRIT, AND LIVE BORNE RECORD, AND REJECT AND REBUKE ALL ASSUMPTIONS AND PRESUMPTIONS OF BEING PROPERTY OF ANY CESTUI QUE VIE TRUST/ESTATE AS MENTIONED UNDER

| 5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative |

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor |

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|

OR

| 9b. INDIVIDUAL'S SURNAME | | |
|---|---|---|
| WALKER | | |
| FIRST PERSONAL NAME | | |
| KEVIN | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| LEWIS | | |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 10b. INDIVIDUAL'S SURNAME | | | | |
|---|---|---|---|---|
| WALKER | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| ADONIS | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| ESCAREZ MORTEL | | | | |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O RANCHO CALFORNIA ROAD SUITE 406-251 | TEMECULA | CA | 92591 | USA |

11. ☑ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| WG PRIVATE IRREVOCABLE TRUST | | | |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O 30650 RANCHO CALIFORNIA ROAD SUITE 406-251 | TEMECULA | CA | 92591 | USA |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)
CANON 2055-2056, AND ASSIGNMENT OF ALL ALLEGED DEBT OBLIGATIONS TO THE OFFICE OF SECRETARY OF THE TREASURY FOR
DISCHARGE (HJR 192 OF 1933 PUBLIC LAW 73-10, 31 USC 3123, 31 USC 5118, AND 18 USC 8, UCC 3-601, 3-603, 9-315), DISCHARGE ANY AND ALL
DEBTS AND TAX MATTERS IN FULL, AND REIMBURSE ALL PROCEEDS, CREDITS, AND OFFSETS TO THE SECURED PARTY(IES)

| 13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☑ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

| 18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ |
|---|

| | 18a. ORGANIZATION'S NAME |
|---|---|
| | |

| OR | 18b. INDIVIDUAL'S SURNAME |
|---|---|
| | WALKER |

| | FIRST PERSONAL NAME |
|---|
| | KEVIN |

| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|
| | LEWIS | |

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 19a. ORGANIZATION'S NAME |
|---|---|
| | |

| | 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | WALKER | ZOIYA | ESCAREZ MORTEL | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O 30650 RANCHO CALIFORNIA ROAD SUITE 406-251 | TEMECULA | CA | 92591 | USA |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 20a. ORGANIZATION'S NAME |
|---|---|
| | |

| | 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 21a. ORGANIZATION'S NAME |
|---|---|
| | |

| | 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

22. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| OR | 22a. ORGANIZATION'S NAME |
|---|---|
| | |

| | 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

23. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| OR | 23a. ORGANIZATION'S NAME |
|---|---|
| | |

| | 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

24. MISCELLANEOUS:

-Exhibit P-

Registered Mail #RF775822273US — Dated: May 5, 2025

**Kevin: Realworldfare**
**Care of:** 30650 Rancho California Road # 406-251
Temecula, California [00000]
*non-domestic without* the United States
Email: team@walkernovagroup.com

\*\*\* NOTICE TO AGENT IS NOTICE TO PRINCIPAL \*\*\*
\*\*\* NOTICE TO PRINCIPAL IS NOTICE TO AGENT \*\*\*



- Height:  __5'9__
- Weight:  __143 lbs__
- Eye Color:  __Brown__
- Hair Color:  __Brown__

# Affidavit of Identity:

## (American national / non-citizen national / state Citizen)

**KNOW ALL MEN BY THESE PRESENT,** that I, **Kevin: Realworldfare**, a living man and living soul, proceeding *sui juris*, by ***Special Limited Appearance***, **not** generally, in **private capacity**, expressly **not** pro se, as the ***Real Party in Interest*** and ***Secured Party***, being over the age of 18, competent to testify, and having firsthand knowledge of the facts stated herein, do hereby declare, certify, verify, and affirm under penalty of perjury under the laws of the United States of America, that the following is true, correct, and complete to the best of my knowledge, belief, and understanding, and made in good faith:

## I. **Affiant Information:**

1. **Affiant**: **Kevin: Realworldfare**

   **Date of mortal creation**: August 19, 1987

   **Place of natural free birth**: on the land in the California **Republic**

   **Living Status**: Living man, *sui juris*, non-citizen national/America national of the *Republic*, state Citizen. Non-Assumpsit, Non-Resident Alien, Non-Person, Non Combatant, Non Taxpayer, Non-Federal Employee, Non-Driver, Non-Inhabitant, Non-Statutory, Non-citizen.

## II. **Jurisdiction:**

2. **Jurisdiction:** Non-statutory, common law, equity, and natural right.

page 1 of 3

Registered Mail #RF775822273US — Dated: May 5, 2025

## Statement of Identity:

3. I, **Kevin: Realworldfare**, a living man born on the **land** commonly known as California, do hereby affirm and attest that I am who I claim to be. I am the living, breathing man known lawfully and factually as **Kevin: Realworldfare**, **and** this affidavit is made to establish and confirm my lawful identity for all lawful and legal purposes in the absence of corporate or government-issued identification.

4. I am **not** a corporate fiction, transmitting utility, trust, or legal person defined under statutory jurisdiction. I do not consent to be identified as an entity or ens legis.

5. I issue this affidavit under my sole and sovereign authority, witnessed and affirmed by those who know me personally, and hereby declare that all information herein is true, correct, and complete to the best of my knowledge, ability, and belief.

6. **IN COMMERCE TRUTH IS SOVEREIGN.**

7. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.**

8. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.**

9. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** - "There is nothing left to resolve."

10. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.** - "He who does not repel a wrong when he can occasions it."//

Executed *"without* the United States" in compliance with **28 USC § 1746.**

FURTHER AFFIANT SAYETH NOT.

## COMMERCIAL OATH AND VERIFICATION:

County of Riverside              )
                                           )     Commercial Oath and Verification
The State of California          )

I, <u>Kevin Realworldfare</u>, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein

Registered Mail #RF775822273US — Dated: May 5, 2025

1  are true, correct, complete and not misleading to the best of Affiant's knowledge
2  and belief under penalty of International Commercial Law and state this to be His
3  Affidavit of Truth regarding same signed and sealed this 5th day of May in the year
4  of Our Lord two thousand and twenty fiver:

**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

5

6  By: _Kevin Realworldfare_

7  Kevin: Realworldfare , *Secured Party, Real Party In Interest*

8  Let this document stand as truth before the Almighty Supreme Creator and let it be
   established before men according as the scriptures saith: *"But if they will not listen, take one*
9  *or two others along, so that every matter may be established by the testimony of two or three*
10 *witnesses." Matthew 18:16. "in the mouth of two or three witnesses, shall every word be*
   *established" 2 Corinthians 13:1.*

11

   By: _Corey Oxford Walker_
12  Corey Walker *(Witness)*

13
   By: _Donnabelle Realworldfare_
14  Donnabelle: Realworldfare  *(Witness)*

15

**NOTICE:**

16  Using a notary on this document does *not* constitute joinder adhesion, or consent to
   any foreign jurisdiction, *nor does it alter my status in any manner.* The purpose for
17  notary is verification and identification only and not for entrance into any foreign
18  jurisdiction.

**JURAT:**

19
   State of Florida           )
20                            ) ss.
   County of Miami-Dade       )

21  Subscribed and sworn to (or affirmed) before me on this 5th day of May, 2025, by

22  Kevin Realworldfare, proved to me on the basis of satisfactory evidence to be the

23  person(s) who appeared before me.

24

25   Quieti Banos                 Notary public
          print

26

27  Signature _Ash Banos_ (Seal)        [Notary Seal: QUIETI BANOS, Notary Public State of Florida]

28

page 3 of 3

(Kevin: Realworldfare) **Affidavit of Identity; American national / non-citizen national / state Citizen**

-Exhibit Q-

REGISTERED NO.: RF661447765US

# TRUTH AFFIDAVIT IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

## TRADEMARK/COPYRIGHT

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract by Waiver for Tort Presented by Me, addressee, Kevin Lewis Walker, Agent and living soul, one for We the People under Original Common Law Jurisdiction by the California and united states of America Contracts, the Constitutions.

|  |  |  |
|---|---|---|
|  |  | **Republic and one by the several united states** |
|  | ss: | **California in America** |

For: Whom it may concern: In the Matter for the fiction/DEBTOR known as: **KEVIN L WALKER, KEVIN LEWIS WALKER, K L WALKER, K LEWIS WALKER, WALKER, KEVIN L**; and all derivatives thereof. DEBTOR is hereafter known as **KEVIN L WALKER**. 11400 WEST OLYMPIC BLVD. SUITE 200, LOS ANGELES, CA 90064.

**I, Me, My, Myself,** addressee, **Kevin Lewis Walker,** (herein after Agent with Power of Attorney to represent the DEBTOR) the undersigned for one We the People, Sovereign, natural born living souls, the Posterity, born upon the land in the one for several counties within the one for the several states united for America, the undersigned Posterity, Creditors, and Claimants, herein after "**I, Me, My, Myself, Agent**" do hereby solemnly declare, say and state:

1.  **I, Me, My, Myself, Agent** am competent for stating the matters set forth herewith.

2.  **I, Me, My, Myself, Agent** have personal knowledge concerning the facts stated herein.

3.  All the facts stated herein are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating **I, Me, My, Myself, Agent** shall so state.

### Plain Statement of Facts

**A matter must be expressed for being resolved. In commerce, truth is sovereign. Truth is expressed in the form for an Affidavit.**

**An Affidavit not rebutted stands as Truth in commerce.**

**An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce.**

**A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.**

**I, Me, My, Myself, Agent** am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee, Kevin Lewis Walker, living soul, Agent, one for We the People under Original Common Law Jurisdiction for the California and united states of America Contracts, the Constitutions.

**WHEREAS**, the public record is the highest evidence form, **I, Me, My, Myself, Agent** am hereby timely creating public record by Declaration with this Verified Declaration in the Nature for a Truth Affidavit in Commerce and Contract for a Tort Waiver Presented by Me, addressee, Kevin Lewis

REGISTERED NO.: RF661447765US

Walker, living soul, Agent, one for/under We the People under Original Common Law Jurisdiction for the California and united states of America Contracts, the Constitutions.

1. **Fact:** The person/DEBTOR known as **KEVIN L WALKER**, (and all derivatives thereof) **is fiction without form or substance**, and any resemblance for any natural born body living or dead is entirely intentional in commercial fraud by Genocide acts for We the People for California by the alleged Government officials and agents for the Commercial Corporation and Commercial Courts for the disfranchising purpose, We the People for California from our Life, Liberty, Property, and Pursuit of Happiness, among other Rights, for their self enrichment.

2. **Fact:** I have placed a **copyright** on the Fiction/DEBTOR known as **KEVIN L WALKER**, and all derivatives thereof, (trademark/fiction), DEBTOR is now My private property and cannot be used without My prior written consent, and then only under the terms set out in this contract.

3. **Fact:** The Fiction is My perfected security and registered by contract with me and is My recorded copyright Fiction by this declaration under original common law jurisdiction for **one-hundred (100) years** and is My private property, the Agent, for My Estate protection, My Life, and My Liberty.

4. **Fact:** Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, Exempt from Levy, without My written prior consent is strictly forbidden and chargeable against each user and issuer in the amount, the sum certain for **twenty thousand (20,000.00)** dollars, gold or silver specie, in lawful coinage for the united states of America per user and per issuer per Fiction.

5. **Fact:** Using My Fiction for the intended gains for themselves (the issuers or users) or for others for any of My Rights, My private property or any part about My Estate without full disclosure and My written prior consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain for **one million (1,000,000.00) dollars** gold or silver specie in lawful coinage for the united states of America as defined under Article I, Section 10 of We the People's Contract/Constitution for the united states of America per using Fiction including any past, present, or future use.

6. **Fact:** Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, and Exempt from Levy, without My written prior consent is all the evidence required for enforcing this agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract.

**I, Me, My, Myself, Agent** know right from wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform Me by facts, I will sincerely make every effort and amend My ways.

I hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the truth may be ascertained and proceeding justly determined.

**If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise Me IN WRITING by DECLARATION/ AFFIDAVIT FORM within ten (10) days from recording hereof, providing Me with your counter Declaration/Affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts and law conclusions, that this affidavit by Declaration is substantially and materially false sufficiently for changing materially My or the Fiction's status and factual declaration.**

TRADEMARK / COPYRIGHT

Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact as a law matter and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all parties, due and payable and enforceable by law.

**The criminal penalties for commercial fraud are determined by jury, by law,** the monetary value is set by Me for violation against My rights, for breaching the law, the contract, the Constitutions in the sum certain amount as stated herein for dollars specie gold and/or silver coin lawful money for the united states of America as defined by Article I, Section 10 under the Constitution, by We the People for the united states of America and will be due and payable on the eleventh day or any day thereafter as use occurs after filing by Me, in the public records for the county of Riverside, state of California, under this declaration.

The Undersigned, **I, Me, My, Myself, the Agent** holder in due course for original, do herewith declare, state and say that I, Agent, issue this with sincere intent in truth, that I, Me, the undersigned Agent, am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by My best knowledge, by Me undersigned addressee.

Notice for the agent is notice for the principal and notice for the principal is notice for the agent. Notice for the county clerk for the county of Riverside, state of California, and record court for original jurisdiction, is notice for all.

**This instrument was prepared by Kevin Lewis Walker.**

Acceptance:

_____

KEVIN L WALKER, GRANTOR
DEBTOR SIGNATURE

Executed without the UNITED STATES, I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct to the best of my ability and belief.

All rights reserved without prejudice or recourse. UCC1-308

DATE: 01/02/2024        _____

Kevin Lewis Walker,
Agent and Attorney In Fact, With the Autograph
Non Domestic, DMM 122.32
c/o 41593 Winchester Road Suite 200
Temecula, California

**Witnesses**

_____        _____        _____

-3 of 4-                    TRADEMARK / COPYRIGHT

REGISTERED NO.: RF661447765US

## NOTICE

Using a notary on this document does **not constitute any adhesion, nor does it alter my status in any manner.** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## JURAT

State of California     )
                      )
                      ) ss.
County of Riverside     )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn to (of affirmed) before me on this ___2ⁿᵈ___ day of January, 20_24_,
by _Kevin Lewis Walker_ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Shubhangi R. Zumale (NOTARY PUBLIC)
Print name

_Szumale_

SHUBHANGI R. ZUMALE
Notary Public · California
Riverside County
Commission # 2373782
My Comm. Expires Sep 4, 2025

-4 of 4-

TRADEMARK / COPYRIGHT



