AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, ™KEVIN WALKER© IRR TRUST

*Plaintiff(s)*

v.

Chad Blanco, Steven Arthur Sherman, Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Nicholas Gruwell, Joseph Sinz, Michael Hestrin, Miranda Thomson, RIVERSIDE COUNTY SHERIFF, THE PEOPLE OF THE STATE OF CALIFORNIA, MENIFEE JUSTICE CENTER, FERGUSON PRAET & SHERMAN A PROFESSIONAL CORPORATION, Does 1-100 Inclusive

*Defendant(s)*

Civil Action No. 5:25-cv-00646-WLH-MAA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Miranda Thomson
C/o RIVERSIDE COUNTY DISTRICT ATTORNEY
3960 Orange Street
Riverside, California [92501]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Kevin: Realworldfare, Fiduciary/Secured Party**
**c/o 30650 Rancho California Road #406-251**
**Temecula, California [92591]**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/29/25

*Signature of Clerk or Deputy Clerk*

GLORIA SANTIAGO  1262