Date: June 7, 2025

Kevin: Realworldfare *(formerly Kevin: Walker)*
C/o 30650 Rancho California Road # 406-251
Temecula, California
*non-domestic without* the U̲nited S̲tates
Email: team@walkernovagroup.com



*Plaintiff, Real Party In Interest, Secured Party, Injured Party*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Kevin Walker,** *sui juris*
*Plaintiff/Real Party in Interest/Injured Party*

vs.

**Chad Bianco, et al.**

*Defendant(s).*

Case No. 5:25-cv-00646-WLH(MAA)

**VERIFIED AFFIDAVIT OF LAWFUL SERVICE BY USPS MAIL AND ELECTRONIC EMAIL WITH AGREEMENT AND RECEIPT CONFIRMATION**

(SPECIAL LIMITED APPEARANCE — IN EQUITY ONLY — EQUITY JURISDICTION PRESERVED)

This matter is brought in equity, under the original and exclusive jurisdiction of this Court as authorized by the Constitution of the United States, Article III, Section 2. All statutory jurisdiction is expressly denied and rebutted. This is a Court of Record. All rights are reserved without prejudice pursuant to UCC 1-308.

**KNOW ALL MEN BY THESE PRESENT,** that I, Kevin: Realworldfare, proceeding *sui juris, in propria persona*, appearing by *Special Limited Appearance* only, **not** generally, and **not** pro se, with **all rights reserved** *without* **prejudice**, waiving none, preserving **all** immunities, protections, and remedies, being over the age of 18, competent to testify, and having firsthand knowledge of the facts stated herein, do hereby declare, certify, verify, and affirm under penalty of perjury under the

Date: June 7, 2025

laws of the United States of America and the State of California, that the following is true, correct, and complete to the best of my knowledge, belief, and understanding, and made in **good faith**:

1. I am **not a "U.S. citizen"** under the 14th Amendment or any federal franchise, but rather a **state Citizen** and **private American national of the California Republic**, a free and independent republic joined to the Union 1789.

2. I do not consent to the jurisdiction of foreign statutory tribunals or corporate entities posing as lawful government actors. **I retain all inherent unalienable rights, waive none, nunc pro tunc, ab initio**, and I proceed exclusively under **Article IV Section 2**, the **Law of Nations**, and **common law jurisdiction.**

3. I proceed *sui juris, in propria persona,* by *Special Limited Appearance* only, and I **explicitly reserve all rights, titles, remedies, liberties, immunities, defenses, privileges, and protections**, under **UCC § 1-308** and the **Declaration of Rights** of the California Constitution. I waive **none**.

    "Waivers of constitutional rights not only must be voluntary, they must be knowingly intelligent acts done with sufficient awareness." — *Brady v. United States*, 397 U.S. 742 (1970)

4. **Let the record reflect that the Court is now constructing arguments and defenses on behalf of the Defendants, which constitutes unauthorized advocacy and judicial overreach.**

5. **This Court appears to be practicing law from the bench by dismissing unrebutted affidavits and interpreting procedural obligations for the opposing party, which violates the requirement of impartiality under Canon 3(A)(4) of the Code of Judicial Conduct.**

6. **The Plaintiff objects to the Court acting in the capacity of legal counsel for the Defendants, as such actions exceed judicial authority and undermine the adversarial process.**

Date: June 7, 2025

7. Respectfully, I must place on the record that continued interference with my filings, misrepresentation of legal standards, or favoring one party over another constitutes judicial misconduct and a denial of due process.

8. It is a violation of due process for the Court to disregard valid service, ignore unrebutted evidence, or sua sponte alter the procedural posture of the case in favor of the Defendants.

9. Any attempt by the Court to shield the Defendants from lawful accountability or obstruct the entry of evidence constitutes not only fraud upon the court, but also actionable deprivation of rights under color of law pursuant to 42 U.S.C. § 1983.

10. For the record, I object to the Court's assumption of the role of advocate for the Defendants, and I reserve all rights to seek redress for judicial misconduct and denial of equal protection under the law.

11. I am the Plaintiff in the above-captioned matter and submit this **Verified Affidavit to confirm lawful, consensual service of process by United States Postal Service (USPS) Registered Mail upon the named Defendants.**

12. The Defendants have expressly agreed in writing to accept service by USPS Mail, as established by multiple unrebutted contractual notices and sworn instruments, lawfully served and recorded.

13. Specifically, the following documents were served upon the Defendants via USPS Registered Mail, and contain express terms acknowledging and affirming acceptance of service via this method:
    - **Exhibit E:** Contract Security Agreement #RF775820621US
      Titled: *NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.*

VERIFIED AFFIDAVIT OF LAWFUL SERVICE BY USPS MAIL AND ELECTRONIC EMAIL WITH AGREEMENT AND RECEIPT CONFIRMATION

Date: June 7, 2025

- **Exhibit F**: Contract Security Agreement #RF775821088US

  Titled: *NOTICE OF DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.*

- **Exhibit G**: Contract Security Agreement #RF775822582US

  Titled: *NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, KIDNAPPING.*

- **Exhibit H**: Contract Security Agreement #RF775823645US

  Titled: *AFFIDAVIT CERTIFICATE OF DISHONOR, NON-RESPONSE, DEFAULT, JUDGMENT, AND LIEN AUTHORIZATION.*

14. Each of the above-identified documents was delivered via **USPS Registered Mail**, and **receipt of each item was confirmed by the Defendants** by returning USPS Form 3811 "green cards," bearing the signature or authorized mark of the recipient or their agent. (**See Exhibit CC**)

15. The Defendants' execution and return of these green cards constitutes not only **actual receipt and notice**, but also **tacit agreement by performance**, further confirming their **consent to service by registered mail** pursuant to:
    - **Federal Rule of Civil Procedure 4(d)** (Waiver and Agreement of Service),
    - **Common law maxims of estoppel and acquiescence,**
    - And **Uniform Commercial Code § 1-303** (course of performance and course of dealing).

16. The above Exhibits form a complete and self-authenticating chain of evidence confirming:
    - **Delivery of legal process,**
    - **Acceptance of the method of service,** and

1  • **Binding effect of the unrebutted terms,** including constructive and actual
2  notice, sufficient to satisfy the requirements of **due process** under both state
3  and federal procedure.
4  17. Additionally, the Defendants explicitly agreed within the referenced affidavits to
5  accept **electronic service via email,** and have already demonstrated a pattern of
6  regular communication through their counsel, **Steven Sherman,** and co-
7  Defendant(s) by email, thereby further affirming their consent to such method of
8  service under **custom, course of dealing, and equitable estoppel.**
9  18. It is **unequivocally true** that the Defendants, by their **silence, acquiescence, and**
10  **failure to timely respond,** are under a **legal and commercial duty to answer,**
11  and are at present in **default and dishonor.**
12  19. Any party, officer, or agent who assists them in evading this responsibility — by
13  concealing notice, obstructing response, **or misrepresenting the nature of their**
14  **obligation** — is committing **fraud, aiding and abetting dishonor,** and
15  participating in a broader scheme of **deprivation of rights under color of law.**
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  Executed in compliance with 28 U.S.C. § 1746 and California Code of Civil
26  Procedure § 2015.5,
27  //
28  **FURTHER AFFIANTS SAYETH NOT.**

VERIFIED AFFIDAVIT OF LAWFUL SERVICE BY USPS MAIL AND ELECTRONIC EMAIL WITH AGREEMENT AND RECEIPT CONFIRMATION

Date: June 7, 2025

# COMMERCIAL OATH AND VERIFICATION:

County of Riverside )

) Commercial Oath and Verification

The State of California )

I, Kevin: Realworldfare, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be His Affidavit of Truth regarding same signed and sealed this 7th day of June in the year of Our Lord two thousand and twenty five:

**All rights reserved without prejudice or recourse, UCC § 1-308**

By: _Kevin: Realworldfare_

Kevin: Realworldfare, *Plaintiff, RealParty In Interest,*
*Secured Party, Injured Party, national*

//
//
//
//
//
//
//
//
//
//
//
//
//
//

Date: June 7, 2025

# LIST OF EXHIBITS / EVIDENCE:

1. **Exhibit A:** Affidavit: Power of Attorney In Fact'

2. **Exhibit B:** Hold Harmless Agreement

3. **Exhibit C:** Private UCC Contract Trust/UCC1 filing #2024385925-4.

4. **Exhibit D:** Private UCC Contract Trust/UCC3 filing ##2024402990-2.

5. E **Exhibit E:** Contract Security Agreement #RF775820621US, titled: NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

6. **Exhibit F:** Contract Security Agreement #RF775821088US, titled: NOTICE OF DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON

7. **Exhibit G:** Contract Security Agreement #RF775822582US, titled: NOTICE OF DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, KIDNAPPING.

8. **Exhibit H:** Contract Security Agreement #RF775823645US, titled: Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION.

9. **Exhibit I:** Form 3811 corresponding to Exhibit E.

10. **Exhibit J:** Form 3811 corresponding to Exhibit F.

11. **Exhibit K:** Form 3811 corresponding to Exhibit G.

12. **Exhibit L:** Form 3811 corresponding to Exhibit H.

13. **Exhibit M:** INVOICE/TRUE BILL #RIVSHERTREAS12312024

14. **Exhibit N:** Copy of 'MASTER DISCHARGE AND INDEMNITY BOND' #RF661448567US.

VERIFIED AFFIDAVIT OF LAWFUL SERVICE BY USPS MAIL AND ELECTRONIC EMAIL WITH AGREEMENT AND RECEIPT CONFIRMATION

Date: June 7, 2025

15. **Exhibit O**: Photograph(s) of Defendant/Respondent Gregory D Eastwood.

16. **Exhibit P**: Photograph(s) of Defendant/Respondent Robert C V Bowman.

17. **Exhibit Q**: Photograph(s) of Defendant/Respondent Willam Pratt.

18. **Exhibit R**: Affidavit 'Right to Travel': *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991

19. **Exhibit S**: Revocation Termination and Cancelation of Franchise.

20. **Exhibit T**: CITATION/BOND #TE464702, accepted **under threat, duress, and coercion.**

21. **Exhibit U**: Private Transport's PRIVATE PLATE displayed on the automobile

22. **Exhibit V**: Copy of "Automobile" and "commercial vehicle" defined by DMV (Department of Motor Vehicles).

23. **Exhibit W**: Copy of CA CODE § 260 from https://leginfo.legislature.ca.gov.

24. **Exhibit X**: national/non-citizen national passport card #C35510079.

25. **Exhibit Y**: national/non-citizen national passport book #A39235161.

26. **Exhibit Z**: ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

27. **Exhibit AA**: A copy of American Bar Association's 'Attorney In Fact' Definition.

28. **Exhibit BB**: A Copy of Rule 8.4: (Misconduct) of the American Bar Association.

29. **Exhibit CC**: Twenty-six 3811 forms showing Defendants' acceptance of service of all documents via USPS and electronic service, including SUMMONS and COMPLAINT.

//
//
//
//
//
//
//

Date: June 7, 2025

# PROOF OF SERVICE

1

2  STATE OF CALIFORNIA         )

3                              ) ss.

4  COUNTY OF RIVERSIDE         )

5      I competent, over the age of eighteen years, and not a party to the within

6  action. My mailing address is the Walkernova Group, **care of:** 30650 Rancho

7  California Road suite #406-251, Temecula, California [92591]. On or about **June 9,**

8  **2025**, I served the within documents:

9  1. **VERIFIED AFFIDAVIT OF LAWFUL SERVICE BY USPS MAIL AND ELECTRONIC**

10  **EMAIL WITH AGREEMENT AND RECEIPT CONFIRMATION**

11    **By United States Mail.** I enclosed the documents in a sealed envelope or package

12  addressed to the persons at the addresses listed below by placing the envelope for

13  collection and mailing, following our ordinary business practices. I am readily familiar

14  with this business's practice for collecting and processing correspondence for mailing. On

15  the same day that correspondence is placed for collection and mailing, it is deposited in

16  the ordinary course of business with the United States Postal Service, in a sealed envelope

17  with postage fully prepared. I am a resident or employed in the county where the mailing

18  occurred. The envelope or package was placed in the mail in Riverside County, California,

19  and sent via Registered Mail with a form 3811.

20      Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas Gruwell,

21  C/o RIVERSIDE SHERIFF
    30755-D Auld Road, Suite L-067

22  Murrieta, California [92563]
    **Certified Mail** No. 9589 0710 5270 1127 8437 20

23

24  **Steven-Arthur: Sherman**
    C/o STEVEN ARTHUR SHERMAN
    1631 East 18th Street

25  Santa Ana, California [92705-7101]
    **Certified Mail** No. 7022 2410 0001 7119 32319

26

27  **Chad: Bianco**
    C/o RIVERSIDE COUNTY SHERIFF
    4095 Lemon Street, 2nd Floor

28  Riverside, California [92501]

VERIFIED AFFIDAVIT OF LAWFUL SERVICE BY USPS MAIL AND ELECTRONIC EMAIL WITH AGREEMENT AND RECEIPT CONFIRMATION

Date: June 7, 2025

Certified Mail No. 9589 0710 5270 2295 0846 49

Miranda Thomson, Michael Hestrin
C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF THE STATE OF CALIFORNIA
3960 Orange Street
Riverside, California [92501]
Certified Mail No. 9589 0710 5270 2295 0846 56

**By Electronic Service.** Based on a contract, and/or court order, and/or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Steven-Arthur: Sherman
C/o STEVEN ARTHUR SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]
ssherman@law4cops.com
csherman@law4cops.com

Chad: Bianco
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
ssherman@law4cops.com
csherman@law4cops.com
rsoscscentral@riversidesheriff.org
jsinz@riversidesheriff.org
wpratt@riversidesheriff.org

Miranda Thomson, Michael Hestrin
C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF THE STATE OF CALIFORNIA
3960 Orange Street
Riverside, California [92501]
DAOffice@rivco.org

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **June 7, 2025** in Riverside County, California.

                                                  /s/Chris Yarbra/
                                                  Chris Yarbra

//
//
//

VERIFIED AFFIDAVIT OF LAWFUL SERVICE BY USPS MAIL AND ELECTRONIC EMAIL WITH AGREEMENT AND RECEIPT CONFIRMATION

Date: June 7, 2025

1 **<span style="color:red">NOTICE</span>:**

2 Using a notary on this document does *not* constitute joinder adhesion, or consent to
3 any foreign jurisdiction, *nor does it alter my status in any manner.* The purpose for
4 notary is verification and identification only and not for entrance into any foreign
5 jurisdiction.

6 //

7 //

8 **JURAT:**

9

10 State of Riverside          )
                               ) ss.
11 County of California        )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

12 Subscribed and ~~sworn~~ to (or affirmed) before me on this 7th day of June, 2025 by Kevin: Realworldfare
13 *(formerly Kevin Walker)* proved to me on the basis of satisfactory evidence to be the person(s) who appeared
14 before me.

15

16 ___Joyti Patel_____ Notary public
         print

17 ___/s/ Joyti Patel_____ Seal:

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

18
19
20
21
22
23
24
25
26
27
28

VERIFIED AFFIDAVIT OF LAWFUL SERVICE BY USPS MAIL AND ELECTRONIC EMAIL WITH AGREEMENT AND RECEIPT CONFIRMATION