UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00646-WLH-MAA | Date | June 16, 2025 |
| Title | Kevin Walker Estate et al v Chad Bianco et al | | |

Present: The Honorable    WESLEY L. HSU, United States District Judge

| Holidae Crawford | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) MINUTE ORDER RE PLAINTIFF'S MOTION FOR RECONSIDERATION [21, 41]**

The Court is in receipt of Plaintiff Kevin Walker Estate et al.'s "Verified Motion and Demand for Reconsideration, Judicial Notice of Bias, and Motion and Demand to Vacate Defective Order Denying Injunctive Relief" [Dkts. 21, 41][1], which seeks reconsideration of the Court's April 16, 2025, Order [Dkt. 13] denying Plaintiff's Request for Emergency Ex Parte Injunctive Relief [Dkt. 7].

Under Local Rule 7-18, a motion for reconsideration must be filed within 14 days of the order at issue, unless good cause is shown. The Court denied Plaintiff's request for emergency injunctive relief on April 16, 2025 [Dkt. 13]. Plaintiff did not file the instant motions for reconsideration until May 23, 2025 [Dkt. 41], and May 29, 2025 [Dkt. 21], and offers no explanation, much less shows legally sufficient good cause, for the delay.

---

[1] The Court construes Dockets 21 and 41 collectively as a single motion for reconsideration, as they are substantively identical.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Accordingly, the Court **DENIES** Plaintiff's motion for reconsideration as untimely under Local Rule 7-18.

**IT IS SO ORDERED.**