Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: **April 17, 2025**

1 Kevin Walker, *sui juris, In Propria Persona*

2 C/o 30650 Rancho California Road #406-251
  Temecula, California [92591]

3 non-domestic *without* the United States
  Email: team@walkernovagroup.com

4

5 *Plaintiff, Real Party In Interest, Injured Party*

6

7

8

FILED

CLERK, U.S. DISTRICT COURT

07/06/2025

CENTRAL DISTRICT OF CALIFORNIA

BY ___AP___ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

9

10 **Kevin Walker,** *sui juris*
   *Plaintiff/Real Party in Interest/Injured Party*

11      *vs.*

12 **Chad Bianco,**
   **Steven Arthur Sherman,**

13 **Gregory D Eastwood,**
   **Robert C V Bowman**,

14 **George Reyes,**
   **William Pratt,**

15 **Robert Gell,**
   **Nicholas Gruwell,**

16 **Joseph Sinz,**

17 **Michael Hestrin,**
   **Miranda Thomson,**

18 **RIVERSIDE COUNTY SHERIFF,**
   **THE PEOPLE OF THE STATE OF**

19 **CALIFORNIA,**
   **SOUTHWEST JUSTICE CENTER,**

20 **FERGUSON PRAET & SHERMAN A**
   **PROFESSIONAL CORPORATION,**

21 *Does 1-100 Inclusive,*

22             *Defendant(s).*

Case No.: 5:25-cv-00646-WLH-MAA

**[AMENDED]** **VERIFIED** COMPLAINT FOR:

1. **FRAUD AND MISREPRESENTATION**
2. **BREACH OF CONTRACT**
3. **THEFT, EMBEZZLEMENT, AND FRAUDULENT MISAPPLICATION OF FUNDS AND ASSETS**
4. **FRAUD, FORGERY, AND UNAUTHORIZED USE OF IDENTITY**
5. **MONOPOLIZATION OF TRADE AND COMMERCE, AND UNFAIR BUSINESS PRACTICES**
6. **DEPRIVATION OF RIGHTS UNDER COLOR OF LAW**
7. **RECEIVING EXTORTION PROCEEDS**
8. **FALSE PRETENSES AND FRAUD**
9. **THREATS AND EXTORTION**
10. **RACKETEERING**
11. **BANK FRAUD**
12. **FRAUDULENT TRANSPORTATION AND TRANSFER OF STOLEN GOODS AND SECURITIES**
13. **TORTURE**
14. **KIDNAPPING**
15. **FORCED PEONAGE**
16. **UNLAWFUL INTERFERENCE, INTIMIDATION, EXTORTION, AND EMOTIONAL DISTRESS**
17. **DECLARATORY JUDGEMENT & RELIEF**
18. **DEMAND FOR SUMMARY JUDGEMENT AS A MATTER OF LAW -** *CONSIDERED,* **ACCEPTED, AGREED,** *AND* **STIPULATED ONE TRILLION ($1,000,000,000,000.00) JUDGEMENT AND LIEN.**

23

24

25

26

27 **COMES NOW**, Plaintiff ™Kevin Walker (hereinafter "Plaintiff" and/or "Real

28 Party in Interest"), who is proceeding *sui juris, In Propria Persona*, and by *Special*

*Limited Appearance* (NOT generally). Kevin is **natural** *freeborn* sovereign and state Citizen of California **the republic** in its **De'jure** capacity as one of the several states of the Union 1789. This incidentally makes him a **non-citizen national/national** American Citizen of the republic as per the **De'Jure Constitution for the United States 1777/1789**.

Plaintiff, appearing by *Special Limited Appearance*, *sui juris,* and *In Propria Persona*, asserts his *unalienable* right to **contract**, as secured by **Article I, Section 10** of the **Constitution**, which states: "No State shall... pass any Law impairing the Obligation of **Contracts**," and thus which *prohibits* states from impairing the obligation of **contracts**.

This clause **unequivocally** prohibits states from impairing the obligation of contracts, including but not limited to, a trust and contract agreement as an '*Attorney-In-Fact*,' and any private contract existing between Plaintiff and Defendants. A copy of the 'Affidavit: Power of Attorney In Fact,' is attached hereto as **Exhibits A** and incorporated herein by reference.

Plaintiff further invokes his inherent unalienable rights under the **Constitution** and the **common law**—rights that **predate** the formation of the tatse and remain safeguarded by **due process of law**.

# Constitutional Basis:

Plaintiff asserts that their **private rights** are secured *and* protected under the **Constitution**, **common law**, and **exclusive equity**, which govern their ability to freely contract and protect their property and interests..

Plaintiff respectfully asserts and affirms:

- "The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is** *unlimited.* He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the

law of the land [Common Law] long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights." (*Hale v. Henkel*, 201 U.S. 43, 47 [1905]).

- "The claim and exercise of a constitutional **right cannot** be converted into a crime."—Miller v. U.S., 230 F 2d 486, 489.

- "Where **rights secured by** the Constitution are involved, **there can be no rule making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.

- "There can be no sanction or penalty imposed upon one because of this exercise of constitutional **rights**." —Sherar v. Cullen, 481 F. 945.

- "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5 U.S. (1 Cranch) 137, 177 (1803).

- "It is not the duty of the citizen to surrender his rights, liberties, and immunities under the guise of police power or any other governmental power."— *Miranda v. Arizona*, 384 U.S. 436, 491 (1966).

- "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed."— *Norton v. Shelby County*, 118 U.S. 425, 442 (1886).

- "No one is bound to obey an unconstitutional law, and no courts are bound to enforce it."— *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256.*

- "Sovereignty itself remains with the people, by whom and for whom all government exists and acts."— *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).

# **Supremacy Clause:**

Plaintiff respectfully asserts and affirms that:

- **The Supremacy Clause** of the Constitution **of the <u>U</u>nited <u>S</u>tates** (**Article VI, Clause 2**) **establishes** that **the Constitution**, federal laws made **pursuant to it**, and treaties **made under its authority**, constitute the **"supreme Law of the Land"**, and thus **take priority over any conflicting state laws.** It provides that state courts are bound by, and state constitutions subordinate to, the supreme law. However, federal statutes and treaties must be within the parameters of the Constitution; **that is, they must be pursuant to** the federal government's **enumerated powers**, and **not violate other constitutional limits on federal power ...** As a constitutional provision identifying the supremacy of federal law, the Supremacy Clause assumes the underlying priority of federal authority, **albeit only when that authority is expressed in the Constitution itself**; **no matter what** the federal or state governments **might wish to do**, they **must** stay within the boundaries of the **Constitution.**

**Plaintiff** sues Defendant(s) and assert as **established**, *considered*, *agreed* and *<u>admitted</u>* by Defendants:

   **1. Plaintiff,** Kevin Walker, proceeding, *sui juris*, In Propria Person, by Special Limited Appearance, is undisputedly the **holder in due course**' of <u>**all**</u> assets, **intangible and tangible**, hold allodial title to all assets, in accordance with UCC § 3-302, and security interest and title has been perfected.

   **2.** Plaintiff is **foreign** to the 'United States', which is a federal corporation, as evidenced by 28 U.S. Code § 3002.

   **3.** Plaintiff is <u>**undisputedly**</u> the Creditor.

   **4.** Plaintiff has explicitly reserved <u>*all*</u> of his inherent unalienable rights, also in accordance with U.C.C. § 1-308, **and have waives <u>none</u>**.

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: April 17, 2025

1    **5.** Plaintiff alone _**undisputedly**_ has exclusive, sole, and **complete standing.**

2    # Defendants

3    **6.** Defendant(s), **Chad Bianco, Steven Arthur Sherman,**

4    **Gregory D Eastwood, Robert C V Bowman**, **George Reyes, William Pratt, Robert Gell,**

5    **Nicholas Gruwell, Joseph Sinz, Michael Hestrin, Miranda Thomson,** RIVERSIDE

6    **COUNTY SHERIFF, THE PEOPLE OF THE STATE OF CALIFORNIA, MENIFEE**

7    **JUSTICE CENTER, FERGUSON PRAET & SHERMAN A PROFESSIONAL**

8    **CORPORATION,** _Does 1-100 Inclusive_, _Does 1-100 Inclusive_, according to Law and Statute,

9    are each a **'person,'** and/or '**trust**' and/or '**individual**,' and/or '**bank**' as defined by 26

10   U.S. Code § 7701(a)(1), U.C.C. §§ 1-201 and 4-105, 26 U.S. Code § 581, and 12 U.S. Code §

11   221a, **and/or** a '**financial institution,'** as defined by 18 U.S. Code § 20 - Financial institution

12   defined, and Defendants are engaged in interstate commerce, and/or doing business in

13   Riverside, California.

14   **7.** Defendants are **undisputedly** the **DEBTORS** in this matter.

15   **8.** Defendants are **undisputedly** **NOT** the CREDITOR(S), or an ASSIGNEE(S) of

16   the CREDITOR(S), in this matter.

17   **9.** Defendants do **NOT** have power of attorney in any way.

18   **10.** Defendants do **NOT** have **any** standing.

19   **11.** Defendants are **presumed** to be in **dishonor**, in accordance with U.C.C. §

20   3-505, as evidenced by the attached 'Affidavit Certificate of Dishonor, Non-

21   response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION'. A copy is

22   attached hereto as **Exhibit H** and incorporated herein by reference.

23   # Unknown Defendants (Does 1-100)

24   12. Plaintiff does not know the true names of **Defendants Does 1 through 100**,

25   inclusive, and therefore sues them by those fictitious names. Their true names and

26   capacities are unknown to Plaintiff. When their true names and capacities are ascertained,

27   Plaintiff will amend this complaint by inserting their true names and capacities herein.

28   Plaintiff is informed and believes and thereon alleges that each of these unknown and

1  fictitiously named Defendant(s) claim some right, title, estate, lien, or interest in the

2  hereinafter-described real property adverse to Plaintiff's title, and that their claims, and

3  each of them, constitute a cloud on Plaintiff's title to that real property.

## Description of Affected Private Trust Property:

5  13. This action affects title to the private Trust property (herein referred to as

6  "private property" and/or "subject property"), **a** Lamborghini Urus, VIN

7  #ZPBUA1ZL9KLA02762, **including** all ownership, title, interest, **and** authority over

8  said private property, as well as all bonds, securities, Federal Reserve Notes, assets,

9  **both tangible *and* intangible**, **registered *and* unregistered**, *and* **all assets held in**

10 **trust,** as more particularly described in the **authentic** UCC1 filing and NOTICE

11 #2024385925-4 and UCC3 filing and NOTICE #2024402990-2, all filed in the Office

12 of the Secretary of State, State of Nevada, **and** attached hereto as **Exhibits C and D**,

13 respectively, and incorporated herein by reference.

14 14.This action also affected any titles, investments, interests, principal amounts,

15 **credits**, funds, assets, bonds, Federal Reserve Notes, notes, bills of exchange,

16 entitlements, negotiable instruments, or similar collateralized, hypothecated, and/

17 or securitized items in any manner tied to Plaintiff's signature, promise to pay,

18 order to pay, endorsement, credits, authorization, or comparable actions

19 (collectively referred to hereinafter as "Assets").

## Standing:

21 15. Plaintiff is **undisputedly** the Real Party in Interest, holder in due course,

22 Creditor(s), and hold allodial title to **any _and_ all** assets, registered or unregistered,

23 tangible or intangible, in accordance with contract law, principles, **common law**,

24 **exlcusive equity**, the right to equitable subrogation, and the UCC (Uniform

25 Commercial Code). This is further evidenced by the following UCC filings, all duly

26 filed in the Office of the Secretary of State, State of Nevada: **UCC1 filing** NOTICE

27 #2024385925-4 and UCC3 filing and NOTICE #2024402990-2 (Exhibits C and D),

28 and in accordance with UCC §§ 3-302, 9-105, and 9-509.

16. While this action arises out of private trust contracts and fiduciary injuries, the sole Plaintiff is Kevin Walker, *sui juris,* individually and not as trustee or agent for any other party

17. Although this matter involves **trust property** and **contractual claims** related to **private trust arrangements,** this action is brought solely by Kevin Walker, proceeding *sui juris, In Propria Persona,* as the **Real Party in Interest** and Secured Party Creditor. No party other than Kevin Walker is named as plaintiff herein.

18. Plaintiff maintains **exclusive and sole standing** in relation to said assets and their interests, as duly recorded and affirmed by these filing.

19. Plaintiff (not Defendants) possesses *exclusive equity.*

20. Defendants do **NOT** have **any** valid interest or standing.

21. Defendants do **NOT** have a valid claim to Plaintiff's '**private property', or 'subject property', or** any of the respective 'Assets', registered *and* unregistered, tangible *and* intangible.

## Unrebutted Facts and Presumptions Established

**22. You, as the Defendant(s) and/or Respondent(s), individually and collectively, are deemed to have accepted and agreed to the following established facts, all of which remain unrebutted and stand as truth in commerce, law, and equity:**

1.  I, Kevin, *proceeding sui juris,* **reserve my natural common law right** not to be **compelled** to **perform** under **any contract that I did not enter into** *knowingly, voluntarily,* **and** *intentionally, and with complete and full disclosure,* **and** *without* **misrepresentation, duress, or coercion**. And furthermore, I do **not** accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement. As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed

"benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

2. I, Kevin, *proceeding sui juris,* by **Special Limited Appearance**, hereby declare and affirm that, consistent with the **eternal tradition of natural common law**, **unless I have harmed or violated someone or their property, I have committed no crime**; and I am therefore **not** subject to any penalty. I act in accordance with the following **U.S. Supreme Court case:** "The individual may stand upon his **constitutional rights** as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is unlimited.** He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

3. I, Kevin, *proceeding sui juris*, by **Special Limited Appearance,** herby **assert, affirm, state, and verify** for the record that the 'commercial' and 'for hire' Driver's License/Contract/Bond # B6735991 has been **canceled, revoked, terminated, and liquidated**, as evidenced by instructions and notice accepted by Steven Gordon, with the California Department of Motor Vehicles," as **evidenced** by AFFIDAVIT RIGHT TO TRAVEL *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT LICENSE/BOND

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: April 17, 2025

1    #B6735991 (#RF661447751US), attached hereto as **Exhibit D** and incorporated
2    herein by reference.

3    4. I, **Kevin: Walker**, *sui juris*, am **not** a "person" when such term is defined in
4    statutes of the United States or statutes of the several states when such
5    definition includes artificial entities. **I refuse to be treated as** a federally or
6    state created entity which is only capable of exercising certain rights,
7    privileges, or immunities as specifically granted by federal or state
8    governments.

9    5. I voluntarily choose to comply with the man-made laws which serve to bring
10    harmony to society, but no such laws, nor their enforcers, have any authority
11    over me. I am not in any jurisdiction, for I am not of subject status.

12    6. Consistent with the **eternal tradition of natural common law**, unless I have
13    harmed or violated someone or their property, I have committed no crime;
14    **and am therefore not subject to any penalty.**

15    **7. I, Kevin, *sui juris*, *proceeding sui juris,* hereby declare and re-affirm that, no
16    valid contract exists compelling my performance by Defendants.**

17    8. I, Kevin, *sui juris*, reserve my natural common law right not to be compelled
18    to perform under any contract that I did not enter into knowingly,
19    voluntarily, and intentionally. And furthermore, I do not accept the liability
20    associated with the compelled and pretended "benefit" of any hidden or
21    unrevealed contract or commercial agreement.

22    9. As such, any **hidden** or **unrevealed** contracts that supposedly create
23    obligations to perform, for persons of subject status, are inapplicable to
24    me, and are null and void. If I have participated in any of the supposed
25    "benefits" associated with these hidden contracts, I have done so under
26    **duress** and/or for lack of any other practical alternative. I may have
27    received such "benefits" but I have not accepted them in a manner that
28    binds me to anything.

10. Any such participation does not constitute "acceptance" in contract law, because of the absence of **full disclosure** of any valid "OFFER," and voluntary consent *without* misrepresentation or coercion, under contract law. Without a valid voluntary 'offer and acceptance', knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. **Any supposed "contract" is therefore void,** *ab initio*

11. I, Kevin, *proceeding sui juris,* **state for the record,** that it is a long-standing legal principle that jurisdiction must be proven on the record and cannot be assumed.

12. I, Kevin, *proceeding sui juris,* hereby declare and affirm that, I do no consent to any of the **retaliatory** and **fraudulent** proceedings being conducts by Defendants, including but not limited to, the fraudulent Trust action/CASE NO.: SWM2303376.

13. **I, Kevin,** *proceeding sui juris,* **affirm that, I have NOT injured any man or woman nor have I damaged any property.**

## Revocation of 'Power of Attorney':

14. **Furthermore**, I, Kevin, *proceeding sui juris*, by *Special Limited Appearance,* **hereby** revoke, rescind, and make *void ab initio,* all powers of attorney, in fact or otherwise, implied in law or otherwise, signed either by me or anyone else, as it pertains to the Social Security Number assigned to, WALKER, KEVIN LEWIS, as it pertains to any BIRTH CERTIFICATE/BANK NOTE, BOND, TRUST, DEPOSIT ACCOUNT, SECURITY, SECURITY ACCOUNT, INVESTMENT, marriage or business licenses, or any other licenses or certificates issued by any and all government or quasi-governmental entities, due to the use of various elements of fraud by said agencies to attempt to deprive me of my Sovereignty and/or property.

15. I, Kevin, *proceeding sui juris*, by *Special Limited Appearance,* hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or

gratuity associated with any of the aforementioned licenses, numbers, or certificates. I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in law or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute legal owner and possess *allodial* title to any and all such property.

16. I, Kevin, *proceeding sui juris*, by **Special Limited Appearance,** also revoke, cancel, and make **void** *ab initio* all powers of attorney, in fact, in **presumption, or otherwise**, signed either by me or **anyone** else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, governmental entities or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

## Claim of Entire ESTATE:

17. I, Kevin, *proceeding sui juris*, by **Special Limited Appearance,** having attained the age of majority and reason under divine law competent first-hand witness to the truth and facts recited herein, hereby makes a claim against the corpus, all property whether real or personal, **tangible or intangible**, **all deposit accounts** blocked by reason of presumption of death of Claimant, cash, credit lines, Credit default swap, all federal funds, collateralized debt obligation, options, derivates, and futures received by the said court in the said county, state and federal for the administration of the named estate, and all estates in agency, including but not limited to KEVIN LEWIS WALKER, or by whatsoever name the said ESTATE shall be called or *charged*.

18. ACTUAL CONSTRUCTIVE NOTIVE HAS BEEN GIVEN *and* THIS IS AGAIN ACTUAL AND CONSTRUCTIVE NOTICE BY SPECIAL

DEPOSIT FOR THE BENEFIT OF THE SECURED PARTY/GRANTEE BENEFICIARY/CLAIMANT IN THIS TRUST ACTION FOR THE CLAIMANT'S CLAIM: Notice of absolute claim of all investment, commodity and trust deposit account contract with attached collateral and proceeds to secure collateral, along with claim of TRADENAME/ TRADEMARK, COPYRIGHT/PATENT of the Name KEVIN LEWIS WALKER, my mind, body, soul of infants, spirit, and Live Borne Record, and reject and **rebuke <u>all</u> assumptions and presumptions** of being Property of any Cestui Que Vie Trust/ESTATE as mentioned under **CANON 2055-2056,** and assignment of all debt obligations to the Office of Secretary of the Treasury. Discharge all tax matters in accordance with but *not limited to*, U.C.C. 1-103, 2-202, 2-204, 2-206, 3-104, 3-311, 3-601, 3-603, 9-104, 9-105, 9-150, 9-509, and House Joint Resolution 192 of June 5 1933, public law 73-10, and 31 U.S.C. §§ 3123, 5118, and 18 U.S.C. 8.

19. Defendants, are **undisputedly** the <u>**DEBTORS**</u> in this matter.

20. Defendants are **undisputedly** <u>**NOT**</u> the CREDITOR(S), or an ASSIGNEE(S) of the CREDITOR(S), in this matter.

21. Defendants do <u>**NOT**</u> have power of attorney in any way.

22. Defendants do <u>**NOT**</u> have <u>**any**</u> standing

23. The actions of Defendant undermine the fundamental **principles** of fairness and justice enshrined in the Constitution, denying Plaintiffs and/or Affiant the opportunity to be heard and to defend against the allegations. These due process violations not only infringe upon constitutional protections but also **erode public trust in the judicial system**

24. Defendants actions violate various U.S. Code sections including but not limited to the following:

25. **42 U.S.C. § 1983** – which provides a civil remedy for individuals deprived of constitutional rights under the color of law. The lack of notice and due process constitutes a clear deprivation of rights under both the Fifth and Fourteenth Amendments.

26. **18 U.S.C. § 241** – which criminalizes conspiracies to deprive individuals of their constitutional rights. Any coordinated effort or negligence leading to this denial of due process is punishable under this statute.

27. **18 U.S.C. § 242** – which prohibits willful deprivation of constitutional rights under the color of law. By advancing legal proceedings without proper notice, Defendants have knowingly violated this protection.

28. **All** Affidavits Notices and Self-Executing Contract and Security Agreements **(Exhibits E, F, G, and H) are** *prima facie* **evidence of f**raud, **racketeering**, indentity theft, **treason,** breach of trust and fiduciary duties, extortion, coercion, deprivation of rights under the color of law, conspiracy to deprive of rights under the color of law, monopolization of trade and commerce, forced peonage, obstruction of enforcement, extortion of a national/internationally protected person, false imprisonment, torture, creating trusts in restraint of trade dereliction of fiduciary duties, bank fraud, breach of trust, treason, tax evasion, bad faith actions, dishonor, injury and damage to Affiant **and proof of claim.  See** *United States v. Kis*, **658 F.2d, 526 (7th Cir. 1981)., "Appellee had the burden of first proving its prima facie case and could do so by affidavit or other evidence."**

### UNLAWFUL ARREST, IMPRISONMENT, AND TORTURE

29. On **December 31, 2024**, at approximately 9:32am I, Kevin: Walker, *sui juris*, was **traveling** privately in a private conveyance/automobile, displaying a '**PRIVATE'** plate, indicating I was 'not for hire' or operating commercially, and the private automobile was not displaying a STATE plate of any sort .

This clearly established that the **private** automobile was **'*not* for hire'** or **'commercial' use** and, therefore explicitly classifying the automobile as **private property**, and **NOT** *within* any statutory and/or commercial jurisdiction.

30. On **December 31, 2024**, I, Kevin: Walker, *sui juris*, was **not** in violation of any law, nor was I speeding, infringing, or trespassing upon the rights of any man or woman. I was peacefully minding my own business and traveling to obtain groceries for my family.

31. I, Kevin: Walker, *sui juris*, simply wish to be left alone in peace and **not** be harassed, stalked, robbed, deprived under color of law, coerced into commercial contracts, extorted, and forced into peonage and/or involuntary servitude.

# THERE IS NO 'CORPUS DELICTI'

32. **I, Kevin: Walker, *sui juris*, state for the record**, **that regarding** Fraudulent Trust action/CASE NO.: SWM2303376, **there is no corpus delicti—no injured party, no damaged property, and no sworn affidavit of harm from any living man or woman.** Therefore, this matter is *without* merit, lacks standing, and constitutes an improper attempt to impose authority without lawful jurisdiction. Any further action absent evidence of a valid cause of action is a **violation of due process** and a **deprivation of rights under color of law.**

33. As a direct result of egregious due process violations and the initiation of a fraudulent CASE/trust action #SWM2303376 by Defendants, against Plaintiff, Plaintiff was subjected to an unlawful arrest, physical restraint in the form of handcuffs, and acts constituting **torture.** These actions inflicted severe mental trauma, undue stress, and significant mental anguish upon Affiant, all in b**latant violation of constitutional protections and fundamental principles of justice**.

34. The **private** automobile and **_trust property_** was **not** in **_any_** way displaying STATE or government registration or stickers, and was displaying a PRIVATE plate.

35. Upon being unlawfully stopped and arrested by Gregory D Eastwood, Robert C V Bowman, William Pratt, and George Reyes, Affiant, informed **all Defendants** who willfully **conspired** on the scene in violation of **18 U.S.C. §§ 241 and 242**, that Affiant was a American national of the republic, non-citizen national/national/internationally protected person, **privately traveling** in a **private** automobile/conveyance, as articulated by Affiant and as also clearly evidenced by the '**PRIVATE**' plate on the **private** automobile.

36. The **private** automobile is duly reflected on Private UCC Contract Trust/ UCC1 filing #2024385925-4 (Exhibit C).

37. **Under threat, duress, and coercion, and at gunpoint,** Gregory D Eastwood and Robert C V Bowman were _presented_ with American _national/non-citizen national_ PASSPORT CARD #C35510079 and PASSPORT BOOK #A39235161 (Exhibits X and Y).

38. Defendants, _willfully and intentionally_ acted against the Bill of Rights, State Constitution, and Constitution of the United States, even when reminded of their duties to support and uphold the Constitution.

# FRUIT OF THE POISONOUS TREE DOCTRINE

39. I, Kevin, _proceeding sui juris_, by **Special Limited Appearance,** further asserts and establishes **on the record** that the undisputedly unlawful and unconstitutional stop, arrest, and subsequent actions of the Defendants/ Respondents are in violation of the Fourth Amendment to the Constitution of the united States of America and constitute an unlawful arrest and seizure. The "**fruit of the poisonous tree**" doctrine, as articulated by the **U.S. Supreme Court**, establishes that **_any_** evidence obtained as a result of an unlawful stop or detainment is tainted and inadmissible in **_any_** subsequent proceedings. The unlawful actions of Gregory D. Eastwood,  Robert C. V.

1    Bowman, George Reyes, William Pratt, and Robert Gell including *but not*

2    *limited to* the issuance of fraudulent citations/contracts under threat, duress,

3    and coercion, render all actions and evidence derived therefrom *void ab*

4    *initio*. See *Wong Sun v. United States*, 371 U.S. 471 (1963).

5    40. I, Kevin, *proceeding sui juris*, hereby re-affirm, re-asset, **declare, and assert**

6    **that all** actions, evidence, and instruments obtained in connection with the

7    unlawful stop and arrest are **inadmissible and void as** *fruits of the*

8    *poisonous tree.* This includes, but is not limited to, Trust action/CASE/

9    CONTRACT #SWM2303376 and/or Trust action/CASE/CONTRACT

10    #B038555 **(Exhibit J)** and/or Trust action/CASE/CONTRACT

11    #MISW2501134, which was executed under duress, threat, and coercion,

12    while Affiant was unlawfully deprived of liberty and imprisoned against his

13    will, without Affiant's consent.

14    **41. Again, for the record, I, Kevin,** *proceeding sui juris***, by** *Special Limited*

15    *Appearance***, I simply wish to be left alone in peace and not be harassed,**

16    **stalked, robbed, deprived under color of law, coerced into commercial**

17    **contracts, extorted, and/or forced into peonage and/or involuntary servitude.**

18    **I have NOT injured any man or woman nor have I damaged any property.**

19    **FAILURE TO PROVIDE PROOF AND EVIDENCE**

20    42.Defendants are deemed to have **unequivocally agreed by tacit**

21    **acquiescence** that any further attempt to prosecute, proceed, or

22    interfere in these matters shall constitute **fraud, deprivation of rights**

23    **under color of law, judicial fraud, malicious prosecution, conspiracy,**

24    **racketeering (RICO),** and multiple violations of **federal law**, including

25    but not limited to **18 U.S.C. §§ 241, 242, and 1962**.

26    43.Defendants **agree and accept** that these matters must be immediately

27    dismissed and terminated **with prejudice**, and that any continued

28    action, omission, or obstruction shall constitute **willful and knowing**

**misconduct under color of law**, exposing all involved to **personal liability**, commercial lien enforcement, and lawful remedy in equity. Affiant and/or Plaintiff(s) accept no liability for any damages arising from your failure to act in honor or law

## <u>NO QUALIFIED OR LIMITED IMMUNITY</u>

44. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

45. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional **rights**."—AFLCIO v. Woodward, 406 F2d 137 t.

46. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

47. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court**, A025829.

48. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

49. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

50. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

51. "the people, not the States, are sovereign." — Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

52. **ALL** **ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

53. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (**Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind."

54. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

55. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

56. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

57. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

58. **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

59. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. (**Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it.")

## DEFENDANTS' *PRESUMPTION* OF DISHONOR UNDER U.C.C. § 3-505 AND *EVIDENCE* PROVING DEFENDANTS' DISHONOR:

23. The failure of Defendants to rebut or provide any valid evidence of their performance is further confirmed by the, 'AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION"/Self-Executing Contract Security Agreement (Exhibit H), which is duly notarized and complies with the requirements of U.C.C. § 3-505.

24. Under U.C.C. § 3-505, a document regular in form, such as the notarized Affidavit Certificate serves as evidence of dishonor and creates a **presumption** of dishonor.

**U.C.C. § 3-505. Evidence of Dishonor:**

(a) The following are admissible as evidence and create a presumption of dishonor and of any notice of dishonor stated:

(1) A document regular in form as provided in subsection (b) which purports to be a protest;

(2) A purported stamp or writing of the drawee, payor bank, or presenting bank on or accompanying the instrument stating that acceptance or payment has been refused unless reasons for the refusal are stated and the reasons are not consistent with dishonor;

(3) A book or record of the drawee, payor bank, or collecting bank, kept in the usual course of business which shows dishonor, even if there is no evidence of who made the entry.

(b) **A protest is a certificate of dishonor made by a** United States consul or vice consul, or **a notary public** or other person authorized to administer oaths by the law of the place where dishonor occurs. It may be made upon information satisfactory to that person. The protest must identify the instrument and certify either that presentment has been made or, if not made, the reason why it was not made, and that the instrument has been dishonored by nonacceptance or nonpayment. The protest may also certify that notice of dishonor has been given to some or all parties.

**25. The notarized 'AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION"/Self-Executing Contract Security Agreement (Exhibit L), complies with these requirements and serves as a formal protest and evidence of dishonor under U.C.C. § 3-505, as it clearly documents Defendants' refusal to respond or provide the necessary rebuttal to Plaintiff's claims.**

26. Defendants **have not** submitted any evidence to contradict or rebut the statements made in the affidavits. As a result, the facts set forth in the affidavits are deemed true and uncontested. *Additionally,* the California Evidence Code § 664 and related case law support the presumption that official duties have been regularly performed, and *unrebutted* affidavits stand as **Truth**.

27. Defendants may **not** argue, controvert, or otherwise protest the finality of the administrative findings established through the unrebutted affidavits. As per established legal principles, once an affidavit is submitted and not rebutted, its content is accepted as true, and Defendants are barred from contesting these findings in subsequent processes, whether administrative or judicial.

## 'Foundation of American Sovereignty:

28. The Declaration of Independence (1776) proclaims:

> "Governments are instituted among Men, **deriving their just powers from the consent of the governed.**"

29. This foundational document establishes that the people **are the true sovereigns** of this nation.

30. The **U.S. Constitution and the Bill of Rights** serve as a **contract** that binds the government, securing the People's liberties and **limiting governmental authority**. The **Tenth Amendment** asserts:

1. "**The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.**"

2.   This affirms that any power not granted to the federal government remains with the States or the people.

### SUPREME COURT Affirmations of  Sovereignty:

31. The **Supreme Court of the United States (SCOTUS)** has **repeatedly** affirmed that sovereignty resides in the people:

- **Chisholm v. Georgia, 2 U.S. 419 (1793)**:

  "The sovereignty resides in the **people**... they are truly the sovereigns of the country."

- **Yick Wo v. Hopkins, 118 U.S. 356 (1886)**:

  "Sovereignty itself remains with the **people, by whom and for whom all** government exists and acts."

- **Lansing v. Smith, 4 Wend. 9 (N.Y. 1829)**:

  "People of a state are entitled to all the rights which formerly belonged to the King by his prerogative."

- **Marbury v. Madison, 5 U.S. 137 (1803)**:

  "A law repugnant to the Constitution is void."

- **Sherar v. Cullen, 481 F.2d 946 (9th Cir. 1973)**:

  "There can be no sanction or penalty imposed upon one because of his exercise of constitutional rights."

### Congressional Recognition of Americans as 'Sovereigns':

32. In his **1947 "I Am an American Day" address**, Representative **John F. Kennedy** emphasized the active role Citizens must play in preserving liberty:

> "**The fires of liberty must be continually fueled by the positive and conscious actions of all of us.**" *(JFKLIBRARY.ORG)*

33. Further, Congress formally recognized the significance of American sovereignty through the establishment of **"I Am An American Day,"** later designated as **Citizenship Day**:

"*Whereas it is desirable that the* <u>*sovereign* **citizens** *of our* **Nation** *be</u> *prepared for the responsibilities and impressed with the significance of their status in our self-governing Republic:* *Therefore be it Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That the third Sunday in May each year be, and hereby is, set aside as Citizenship Day…*"

This resolution affirms the foundational principle that **sovereignty resides with the people, who are responsible for preserving and exercising their rights and freedoms.**

## Status as a "national" and "state Citizen":

34. Under 8 U.S.C. § 1101(a)(21), the term *national* is defined as:

"*A person owing permanent allegiance to a state.*"

Furthermore, **8 U.S.C. § 1101(B)(22)** defines national of the United States as:

"**(A)** a <u>c</u>itizen of the United States, **or (B)** a person who, though not a <u>c</u>itizen of the United States, owes permanent allegiance to the United States."

35. This distinction is clear: one can be a ***national*** *without* being a *<u>c</u>itizen of the United States*, reinforcing the concept of sovereignty associated with state citizenship.

### Distinction Between "state Citizen" and "citizen of the United States"

36. The Courts have **long** recognized that *state citizenship* and *U.S. citizenship* **are distinct** legal statuses:

- **United States v. Anthony (1873)**

  "The Fourteenth Amendment creates and defines citizenship of the United States. It had long been contended, and had been held by many learned authorities, and had never been judicially decided to the contrary, that there was no such thing as a citizen of the United States, except as that condition arose from citizenship of some state."

- **Slaughter-House Cases, 83 U.S. 36 (1872)**

  "It is quite clear, then, that there is a citizenship of the United States and a

citizenship of a State, which are distinct from each other and which depend upon different characteristics or circumstances in the individual."

- **United States v. Cruikshank, 92 U.S. 542 (1875)**

  "We have in our political system a Government of the United States and a government of each of the several States. Each one of these governments is distinct from the others, and each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect."

- **Thomasson v. State, 15 Ind. 449; Cory v. Carter, 48 Ind. 327 (1874); McDonel v. State, 90 Ind. 320 (1883):**

  "One may be a citizen of a State and yet not a citizen of the United States."

- **Tashiro v. Jordan, 201 Cal. 236 (1927):**

  "That there is a citizenship of the United States and a citizenship of a state, and the privileges and immunities of one are not the same as the other is well established by the decisions of the courts of this country."

- **Crosse v. Board of Supervisors of Elections, 221 A.2d 431 (1966):**

  "Both before and after the Fourteenth Amendment to the federal Constitution, it has not been necessary for a person to be a citizen of the United States in order to be a citizen of his state."

- **Jones v. Temmer, 829 F.Supp. 1226 (USDC/DCO 1993):**

  "The privileges and immunities clause of the Fourteenth Amendment protects very few rights because it neither incorporates any of the Bill of Rights nor protects all rights of individual citizens... Instead, this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship."

37. The first clause of the Fourteenth Amendment states:

  "All persons born or naturalized in the United States, **_and_** subject to the jurisdiction thereof, are citizens of the United States and the state wherein they reside."

38. However, this clause does **NOT** state:

> "All persons born or naturalized in the United States, _**are**_ **subject to** the jurisdiction thereof…"

39. This confirms that United States citizenship <u>requires</u> **both**:

> H.  Being born or naturalized in the United States, _**and**_
>
> I.  Being subject to the jurisdiction of the United States.

### **Status as "national" / "non-citizen national" (state Citizen)**

39. The **U.S. Department of State** document, Certificates of Non-Citizen Nationality (https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/us-citizenship/Certificates-Non-Citizen-Nationality.html), states:

> "Section 101(a)(21) of the INA defines the term '**national**' as 'a person owing permanent allegiance to a state.' Section 101(a)(22) of the INA provides that the term 'national of the United States' includes all U.S. citizens as well as persons who, though not citizens of the United States, owe permanent allegiance to the United States (non-citizen nationals)."

40. **8 U.S.C. § 1101(22)** defines national of the United States as:

> _"(A) a <u>c</u>itizen of the United States, **or** (B) a person who, though **not** a <u>c</u>itizen of the United States, owes permanent allegiance to the United States."_

41. **8 U.S.C. § 1101(a)(22) explicitly stipulates** that one can be a **'national of the United States'** without being a 'citizen of the United States' if they owe permanent allegiance to the United States.

42. **22 CFR § 51.2** stipulates that Passports are issued to nationals **only**:

> _"A passport may be issued **only** to a U.S. national."_

43. **22 CFR § 51.3** stipulates the Types of passports issued:

> _"(a) A regular passport is issued to a **national** of the United States."_
>
> _"(e) A passport card is issued to a **national** of the United States on the same basis as a regular passport."_

44. **18 U.S.C. § 112** stipulates that Protections of foreign officials, official guests, and internationally protected persons, **apply to nationals.** This statute defines terms such as "foreign government," "foreign official," "internationally protected person," "international organization," "**national** of the United States," and "official guest," have **the same meaning**.

45. It is unequivocally true that **18 U.S.C. § 112** states that in addition to being a *national*, a *national* is also considered a:

- **foreign government**
- **foreign official**
- **internationally protected person**
- **international organization**
- **national of the United States**
- **official guest**

46. The legal framework and court rulings confirm that:

- One may be a "***state Citizen*** *without* being a <u>citizen of the United States</u>."
- The Fourteenth Amendment created *U.S. citizenship*, which is distinct from *state citizenship*.
- A *national* is someone who owes permanent allegiance to a <u>s</u>tate, not necessarily to the United States.
- A *national of the United States* could be a *U.S. citizen*, but could also be a *non-citizen national* who owes allegiance without being a U.S. citizen.

Thus, the distinction between *state Citizens* and *U.S. citizens* is a well-established legal principle with profound implications on sovereignty, rights, and legal obligations.

### <u>***Unrebutted* Affidavits, *Considered*, Agreed, *and* Stipulated Facts, Contract Security Agreements, and Authorized Judgement and Lien:**</u>

47. Plaintiff and Defendants are parties to certain Contracts and Security Agreements, specifically contract security agreement numbers

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: April 17, 2025

RF775821088US, #RF775821088US, #RF775822582US, and #RF775823645US. Each contract security agreement and/or self-executing contract security agreement was **received**, *considered, and* **agreed** to by Defendants through **silent acquiescence, tacit agreement, and tacit procuration**. Each contract also includes a corresponding Form 3811, which was signed as evidence of receipt. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). 'He who does not deny, admits. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). 'There is nothing left to resolve.' All referenced contracts and signed Forms 3811 are attached hereto as **Exhibits E, F, G, H, I, J, K, and L** respectively, as follows:

- **Exhibit E**: Contract Security Agreement #RF775820621US, titled: NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

- **Exhibit F**: Contract Security Agreement #RF775821088US, titled: NOTICE OF DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON

- **Exhibit G**: Contract Security Agreement #RF775822582US, titled: NOTICE OF DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, KIDNAPPING.

- **Exhibit H**: Contract Security Agreement #RF775823645US, titled: Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION.

- **Exhibit I**: Form 3811 corresponding to Exhibit E.

- **Exhibit J**: Form 3811 corresponding to Exhibit F.
- **Exhibit K**: Form 3811 corresponding to Exhibit G.
- **Exhibit L**: Form 3811 corresponding to Exhibit H.

48. **Self-Executing** Contract Security Agreement #RF775823645US **(Exhibit L)** was *received, considered*, and *agreed* to by Defendants, acknowledging and accepting a Judgement, Summary Judgement, and Lien Authorization (in accordance with U.C.C. § 9-509), against Defendants in the amount of One Trillion Dollars ($1,000,000,000,000.00) in lawfully recognized currency, such as gold and silver coin, as authorized under Article I, Section 10, Clause 1 of the U.S. Constitution, **in favor of Plaintiff.**

49. Defendants have a duty to respond to all of Plaintiff's NOTICES and binding CONTRACTS, and have intentionally and willfully remained silent and and dishonor.

50. Defendants have *received, considered*, and *agreed* to **all** the terms of all contract agreements, including the **Self-Executing** Contract **Security Agreement** (Exhibits E, F, G, and H), constituting a bona fide contract under the principles of contract law and the Uniform Commercial Code (U.C.C.). Pursuant to the mailbox rule, which establishes that **acceptance of an offer is effective when dispatched** (U.C.C. § 2-206. Offer and Acceptance in Formation of Contract) and **principles** of **silent acquiescence**, **tacit procuration**, and **tacit agreement**, the acceptance is valid. This acceptance is in alignment with the doctrine of 'offer and acceptance' and the provisions of U.C.C. § 2-202, which governs the **final** expression of the CONTRACT. Furthermore, under the U.C.C., all assets—whether registered or unregistered—are held subject to the **allodial** title, with Plaintiff maintaining sole and exclusive standing over all real property, assets, securities, both tangible and intangible, registered and unregistered, **as**

1  **evidenced** by **UCC1 filing** NOTICE #2024385925-4 and UCC3 filing and
2  NOTICE #2024402990-2 (Exhibits C and D)**.**

## No Agreement to Arbitration and Defendants are Barred from Contesting any of the established Facts:

5  51. **No Stipulation to Arbitration**: It is important to assert that there is no
6  stipulation to arbitration as evidenced by the *unrebutted* <u>verified</u> commercial
7  **Affidavits** (Exhibits E, F, G, and H). These **Affidavits** present facts that all parties
8  have agreed to. Consequently, all issues are considered settled according to the
9  principles of ***res judicata, stare decisis, and collateral estoppel,*** barring Defendants
10 from contesting any of the findings, established facts, conclusions, or
11 determinations.

## Uniform Commercial Code (U.C.C.) Provisions Supporting Plaintiff's Claims

14 52. **U.C.C. § 1-103 – Construction and Application of the Code:** U.C.C. § 1-103
15 ensures that the Uniform Commercial Code (UCC) applies to commercial
16 transactions **unless explicitly stated otherwise**. This section **incorporates**
17 **principles of law and equity**, ensuring that:

18 - **Common law principles of fraud, duress, and misrepresentation remain**
19   **applicable** and do not negate the enforceability of valid contracts.
20 - The UCC is to be **liberally construed** to promote fair dealing and uphold
21   the **validity of commercial agreements**.
22 - Any contract entered into **in good faith is binding**, unless proven otherwise
23   through clear, rebuttable evidence.

24 In this case, Defendants **failed to rebut** the terms set forth in the contract and security
25 agreements, thereby affirming their **full enforceability** under U.C.C. **§ 1-103**.

26 53. **U.C.C. § 2-202 – Final Written Expression, Parol or Extrinsic Evidence:**
27 Under U.C.C. § 2-202, when a **written contract is intended as a *final* and**
28 **complete expression of an agreement**, its terms *cannot* be contradicted by

1  prior agreements, oral statements, or extrinsic evidence. This section ensures

2  that:

3  • The **contract and security agreements**, as presented in the <u>verified</u> **commercial**

4  **Affidavits**, are the <u>**final**</u> **and complete expression** of the parties' agreement.

5  • Defendants **cannot introduce oral statements, prior discussions, or extrinsic**

6  **evidence** to dispute or alter the contract's terms.

7  • Any modifications to the contract must be **explicitly made in writing** and

8  agreed upon by both parties.

9  Since Defendants **failed to rebut** the contract and affidavits, **U.C.C. § 2-202** bars any claims

10  of ambiguity or modification, affirming the enforceability of Plaintiff's claims.

11  54. **U.C.C. § 2-204 – Formation of Contract:** U.C.C. § 2-204 establishes that a

12  **contract is legally formed when there is:**

13  **1. Intent to contract** between the parties.

14  **2. Agreement on essential terms**, even if minor terms remain open.

15  **3. Performance or conduct demonstrating acceptance of the contract.**

16  In this case, Defendants:

17  • **Demonstrated intent** through their silence, non-response, and

18  acquiescence.

19  • **Accepted the terms** by failing to dispute the verified affidavits, making the

20  agreement **self-executing and binding**.

21  • **Performed in a manner that affirmed the contract**, either by engaging in

22  financial transactions, receiving notices, **or** failing to object.

23  As a result, under **U.C.C. § 2-204**, the contract is **legally enforceable**, and

24  arbitration or further negotiations are unnecessary.

25  55. **U.C.C. § 2-206 – Offer and Acceptance in Contract Formation:** U.C.C. §

26  2-206 establishes that:

27  **1. An offer is deemed accepted when the offeree engages in conduct**

28  **consistent with acceptance**.

**2. A contract is formed when an offer is accepted, even if conditions or objections are not expressly stated**.

Applying this to Plaintiff's verified claims:

- Defendants received and *considered* the **verified affidavits, contract, and security agreements** but failed to respond or contest them.
- Under **U.C.C. § 2-206**, Defendants' **silence constitutes acceptance**, making the contract and obligations **binding and enforceable**.
- The **verified commercial affidavits and supporting exhibits serve as prima facie evidence** of the existence and validity of the contract.

Thus, under **U.C.C. § 1-103, 2-204, 2-206, and 3-303** Plaintiff's verified claims are **fully enforceable**, and Defendants' failure to rebut any of them constitutes **uncontested acceptance**.

56. **U.C.C. § 3-303 – Value and Consideration for Negotiable Instruments:** U.C.C. § 3-303 defines **value and consideration** in the **enforcement** of **negotiable instruments.** A negotiable instrument is **issued for value** when:

- It is **given in exchange for a promise of performance** or to satisfy a pre-existing obligation.
- The holder **takes it in good faith and without notice of defects**.
- It **provides financial or legal benefit** to the party receiving it.

In this case:

- Plaintiff **provided value through agreements, instruments, and affidavits**, which Defendants considered and accepted.
- **Defendants' willful failure to dispute the obligation confirms that consideration was validly exchanged**.
- Under **U.C.C. § 3-303**, Defendants **cannot claim a lack of consideration** to avoid liability, as their conduct establishes their **acceptance of value**.

57. **U.C.C. § 9-509 – Authorization of Financing Statement; Obligation of Debtor:** Under **U.C.C. § 9-509**, a secured party **is** *authorized* **to file a financing statement** when:

- The debtor **has authenticated a security agreement** covering the collateral.
- The secured party **has control over the collateral as agreed in the security instrument**.
- The debtor's failure to rebut or contest the filing **constitutes authorization by default**.
- The debtor authorizes the filing in an authenticated record.

In this case:

- **Defendants' failure to rebut the security agreement** affirms that the **lien and financing statement** are valid and enforceable.
- **The self-executing contract and security agreement serve as authenticated proof** under **U.C.C. § 9-509**.
- Plaintiff, as a **secured party**, has the **full legal right to perfect and enforce their lien against Defendants' assets**.

Thus, under **U.C.C. § 9-509**, Plaintiff's lien is **properly perfected and enforceable** as a matter of law.

58. **U.C.C. § 9-102 – Definitions and Scope of Security Interests:** U.C.C. § 9-102 provides definitions **crucial to the enforcement of security agreements, including:**

- **"Secured Party"** – A person in whose favor a security interest is created.
- **"Debtor"** – A person who has granted a security interest in collateral.
- **"Collateral"** – Property subject to a security interest.

Applying **U.C.C. § 9-102** to this matter:

- Plaintiff is **the secured party** with **enforceable rights over collateral** under the security agreement.
- Defendants, by failing to contest the claim, have **conceded their role as debtors**.

- The assets in question, including **property, negotiable instruments, and funds**, are **collateral lawfully secured by Plaintiff**.

Under **U.C.C. § 9-102**, the contractual security interests are **valid, perfected, and enforceable** against Defendants, who have waived all objections through inaction.

59. Plaintiff asserts that the provisions of the **Uniform Commercial Code (U.C.C.), as outlined above, establish that:**

1. **Contracts, negotiable instruments, and security agreements are enforceable** under commercial law.

2. **Defendants' silence, failure to rebut, and inaction constitute binding acceptance** under **U.C.C. §§ 2-204, 2-206, and 9-509**.

3. **Defendants have waived all rights to contest the contract**, and any claims of fraud, duress, or invalidity are legally barred under **U.C.C. §§ 1-103, 2-202, and 3-303**.

Accordingly, Plaintiff is **entitled to <u>full enforcement</u> of <u>all</u> claims, security interests, and remedies under the U.C.C.**

60. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u> verified commercial affidavits, contract agreement, and/or self-executing contract security agreement(s) (Exhibits E, F, G, and H), Defendants may **<u>not</u>** argue, controvert, or otherwise protest the finality of the administrative findings established through the *<u>unrebutted</u>* **verified commercial affidavits**. As per established legal principles and **legal maxims**, once an affidavit is submitted and not rebutted, its content is accepted as true, and Defendants are **estopped and barred** from contesting these findings in subsequent processes, **whether administrative or judicial**.

61. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the *<u>unrebutted</u>* verified commercial affidavits, contract agreement, and/or self-executing contract security agreement(s) (Exhibits E, F, G, and H), Defendants or the entity they represent **is/are the <u>DEBTOR(S)</u>** in this matter.

62. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u>
verified commercial affidavits, contract agreement, and/or self-executing contract
security agreement(s) (Exhibits E, F, G, and H), Defendants are **<u>NOT</u>** the
CREDITOR, or an ASSIGNEE of the CREDITOR, in this matter.

63. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u>
verified commercial affidavits, contract agreement, and/or self-executing contract
security agreement(s) (Exhibits E, F, G, and H), Defendants are indebted to Plaintiff
in the amount of One Trillion Dollars ($1,000,000,000,000.00) in lawfully recognized
currency, such as gold and silver coin, as authorized under Article I, Section 10,
Clause 1 of the U.S. Constitution.

64. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u>
verified commercial affidavits, contract agreement, and self-executing contract
security agreements (Exhibits E, F, G, and H), Defendants do NOT have 'standing.'

65. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u>
verified commercial affidavits, contract agreement, and self-executing contract
security agreements (Exhibits E, F, G, and H), under **California Code of Civil
Procedure § 437c(c),** summary judgement is appropriate when there is no triable issue of
material fact and the moving party is entitled to judgement as a matter of law. The
<u>unrebutted</u> verified commercial affidavits, contract agreement, and/or self-executing
contract security agreement(s) (Exhibits E, F, G, and H) submitted by Plaintiff demonstrate
that no triable issues of material fact remain in dispute, and **Plaintiff is *<u>entitled</u>*** to
judgement based on the evidence presented and as *a matter of law*.

66. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u>
verified commercial affidavits, contract agreement, and self-executing contract
security agreements (Exhibits E, F, G, and H), "Statements of **fact** contained in
affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings
<u>may</u>**[must] be accepted as **true** by the trial court." --Winsett v. Donaldson, 244
N.W.2d 355 (Mich. 1976).

67. As *considered*, *agreed*, and *stipulated* by Defendants in the <u>unrebutted</u> verified commercial affidavits, contract agreement, and self-executing contract security agreements (Exhibits E, F, G, and H), the principles of *res judicata*, *stare decisis*, and **collateral estoppel** apply to the <u>*unrebutted*</u> **commercial affidavits**, establishing that all issues are deemed settled and *cannot* be contested further. These *principles* reinforce the finality of the administrative findings and support the granting of summary judgement, as *a matter of law*. - '<u>HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.'</u>

## <u>Judgement of $1,000,000,000,000.00 Received, *Considered*, Agreed to, *and* Authorized:</u>

68. As *considered*, *agreed*, and *stipulated* by Defendant(s) in the <u>unrebutted</u> verified commercial affidavits, contract agreement, and self-executing contract security agreements (Exhibits E, F, G, and H), Defendants **fully authorize, endorse, support,** and advocate for the entry of a UCC commercial judgement and lien in the amount of One Trillion Dollars ($1,000,000,000,000.00) in lawfully recognized currency, such as gold and silver coin, as authorized under Article I, Section 10, Clause 1 of the U.S. Constitution, **against Defendants, in favor of Plaintiff**, as also **evidenced** by INVOICE/TRUE BILL #RIVSHERTREAS12312024 which is a part of **Exhibit H**. INVOICE/TRUE BILL #RIVSHERTREAS12312024 is attached hereto as **Exhibit M** and incorporated herein by reference.

69. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> verified commercial affidavits, contract agreement, and/or self-executing contract security agreement(s) (Exhibits E, F, G, and H), should it be **deemed** necessary, the Plaintiff is <u>**fully Authorized**</u> to initiate the filing of a lien, and the seizing of property to secure satisfaction of the **ADJUDGED, DECREED, AND** <u>**AUTHORIZED**</u> sum total due to **Affiant,** and/or Plaintiff of, One Trillion Dollars ($1,000,000,000,000.00) in lawfully recognized currency, such as gold and silver coin, as authorized under Article I, Section 10, Clause 1 of the U.S. Constitution**.**

# Defendants' Actions as Acts of War Against the Constitution:

70. The Defendants' conduct constitutes an **outright war against the Constitution** of the United States, its *principles*, and the **rule of law.** By their *bad faith* and deplorable actions, the defendants have demonstrated *willful and intentional* disregard and contempt for the **supreme law of the land**, as set forth in **Article VI, Clause 2 of the Constitution**, which declares that the Constitution, federal laws, and treaties are the supreme law of the land, binding upon all states, courts, and officers.

71. **Violations of Constitutional Protections:** The defendants have intentionally and systematically engaged in acts that directly violate the protections guaranteed to the Plaintiff and the people under the Constitution, including but not limited to:

- **Violation of the Plaintiff's Unalienable Rights**: The defendants have deprived the Plaintiff of life, liberty, and property without due process of law, as guaranteed under the Fifth and Fourteenth Amendments.

- **Subversion of the Rule of Law**: Through their actions, the defendants have undermined the separation of powers and checks and balances established by the Constitution. They have disregarded the judiciary's duty to uphold the Constitution by attempting to operate outside the confines of lawful authority, rendering themselves effectively unaccountable.

- **Treasonous Conduct**: Pursuant to Article III, Section 3, treason against the United States is defined as levying war against them or adhering to their enemies, giving them aid and comfort. The defendants' conduct in subverting the constitutional order, depriving citizens of their lawful rights, and unlawfully exercising power without jurisdiction constitutes a form of domestic treason against the Constitution and the people it protects.

72. **Acts of Aggression and Tyranny:** The defendants' actions amount to a usurpation of authority and a direct attack on the sovereignty of the people, who

are the true source of all government power under the Constitution. As stated in the Declaration of Independence, whenever any form of government becomes destructive of the unalienable rights of the people, it is the right of the people to alter or abolish it. The defendants, through their actions, have positioned themselves as adversaries to this principle, attempting to replace the rule of law with arbitrary and unlawful dictates.

73. **Weaponizing Authority to Oppress:** The defendants' intentional misuse of their authority to act against the interests of the Constitution and its **C**itizens is a clear manifestation of tyranny. Rather than serving their constitutional mandate to protect and defend the Constitution, they have actively waged war on it by:

- **Suppressing lawful claims and evidence presented by the Plaintiff** to protect their property and rights.
- **Engaging in acts of fraud, coercion, and racketeering** that strip Plaintiff of their constitutional protections.
- **Dismissing the jurisdictional authority of constitutional mandates**, including but not limited to rights to due process and equal protection under the law.

74. The defendants' actions are not merely breaches of law; they are acts of *insurrection and rebellion* **against the very foundation of the nation's constitutional framework.** Such acts must not go unchallenged, as they jeopardize the constitutional order, the rights of the people, and the rule of law that ensures justice and equality. Plaintiff call upon the court and relevant authorities to enforce the Constitution, compel accountability, and halt the defendants' treasonous war against the supreme law of the land.

## <u>'Bare Statutes' as *Confirmation* of Guilt and the Necessity of Prosecution by an Enforcer:</u>

75. Plaintiff's incorporation of "bare statutes" does **<u>NOT</u>** exonerate Defendants; rather, it serves as evidence of Defendants' guilt, which they have already

1  *undisputedly* admitted through their actions and lack of rebuttal to any affidavits,

2  which they have a duty to respond to. The invocation of bare statutes merely

3  underscores the necessity for Plaintiff to compel a formal enforcer, such as a District

4  Attorney or Attorney General, to prosecute the criminal violations. This

5  requirement for enforcement does **NOT** negate the Defendants' culpability but,

6  instead, affirms the gravity of their admitted violations.

7     76. In this matter, the Plaintiff has thoroughly detailed the Defendants' willful

8  and intentional breaches of multiple federal statutes under Title 18, and Plaintiff's

9  **private right(s) of action**.

10     77. Defendants' actions constitute **treasonous** conduct against the

11  **Constitution and the American people**. Their behavior, alongside that of

12  their counsel, reflects an attitude of being above the law, further solidifying

13  their guilt.

14  ### Defendants' *Presumed* to be in Dishonor: U.C.C. § 3-505:

15     78. Defendants are **presumed** to be in **dishonor**, in accordance with U.C.C. §

16  3-505, as evidenced by the attached Affidavit Certificate of Dishonor, Non-response,

17  **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION (Exhibit H).

18     79. Defendants **have not** submitted any evidence to contradict or rebut the

19  statements made in the affidavits. As a result, the facts set forth in the affidavits are

20  deemed true and uncontested. *Additionally,* the California Evidence Code § 664

21  and related case law support the presumption that official duties have been

22  regularly performed, and *unrebutted* affidavits stand as **Truth**.

23     80. Defendants may **NOT** argue, controvert, or otherwise protest the

24  finality of the administrative findings established through the unrebutted

25  affidavits. As per established legal principles, once an affidavit is submitted

26  and not rebutted, its content is accepted as true, and Defendants are barred

27  from contesting these findings in subsequent processes, whether

28  administrative or judicial.

## 'Special Deposit' and MASTER INDEMNITY BOND: 31 U.S. Code § 5312 and U.C.C. § 3-104

81. This notarized, authorized, and indorsed VERIFIED COMPLAINT itself acted as a BOND and/or MONETARY INSTRUMENT, as defined by **31 U.S. Code § 5312** and **U.C.C. § 3-104**, supplemented by the MASTER INDEMNITY BOND (Exhibit N), and that the BOND also satisfies the procedural and substantive requirements of **Rule 67 of the Federal Rules of Civil Procedure**. **Exclusive equity** supports this claim, as it ensures that no competing claims will infringe upon the Plaintiff's established rights to this bond of and will be reported on the forms 1099-A, 1099-OID, and/or 1099-B, with Plaintiff evidenced as the CREDITOR(S).

82. Janet Yellen, said Successor(s), and/or the U̲nited S̲tates Treasury is the registered holder and fiduciary of/for Plaintiff's the private **Two Hundred Billion Dollar ($200,000,000,000.00 USD) 'MASTER DISCHARGE AND INDEMNITY BOND'** #RF661448567US, which was post deposited to private post registered account #RF 661 448 023 US. Said 'MASTER DISCHARGE AND INDEMNITY BOND' (#RF661448567US) expressly stipulates it is "insuring, underwriting, indemnifying, discharging, paying and satisfying **all** such account holders and accounts dollar for dollar against **a̲n̲y̲ ̲a̲n̲d̲ ̲a̲l̲l̲ ̲p̲r̲e̲-̲e̲x̲i̲s̲t̲i̲n̲g̲**, **c̲u̲r̲r̲e̲n̲t̲ ̲a̲n̲d̲ ̲f̲u̲t̲u̲r̲e̲** losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgements, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations **as may exist or come to exist** during the term of this Bond… Each of the said account holders and accounts **shall be severally insured, underwritten and indemnified against a̲n̲y̲ ̲a̲n̲d̲ ̲a̲l̲l̲ ̲f̲u̲t̲u̲r̲e̲ ̲L̲i̲a̲b̲i̲l̲i̲t̲i̲e̲s̲ ̲a̲s̲ ̲m̲a̲y̲ ̲a̲p̲p̲e̲a̲r̲,̲ ̲t̲h̲e̲r̲e̲b̲y̲ ̲i̲n̲s̲t̲a̲n̲t̲l̲y̲ ̲s̲a̲t̲i̲s̲f̲y̲i̲n̲g̲ ̲a̲l̲l̲ ̲s̲u̲c̲h̲ ̲o̲b̲l̲i̲g̲a̲t̲i̲o̲n̲s̲ ̲d̲o̲l̲l̲a̲r̲ ̲f̲o̲r̲ ̲d̲o̲l̲l̲a̲r̲ ̲w̲i̲t̲h̲o̲u̲t̲ ̲e̲x̲c̲e̲p̲t̲i̲o̲n̲** through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity." A copy of 'MASTER DISCHARGE AND INDEMNITY BOND' #RF372320890US is attached hereto as **Exhibit N** and incorporated herein by reference, **and will serve as an *additional* CAUTION and/**

1    **and/or BOND for immediate adjustment and setoff of any and all costs**

2    **associated with these matters.**

3    ## 12 *U.S.C.* 1813(L)(1): The term 'Deposit' Defined

4    83. As *considered*, *agreed,* and *stipulated* by Defendants in the <u>unrebutted</u> verified

5    commercial affidavits, contract agreement, and self-executing contract security agreements

6    (Exhibits E, F, G, and H), as under **12 *U.S.C.* 1813(L)(1),** ["]the term 'deposit' means— the

7    unpaid balance of money or its equivalent received or held by a bank or savings

8    association in the usual course of business and **for which it has given or is obligated to**

9    **give credit,** either conditionally or unconditionally, to a commercial, checking, savings,

10    time, or thrift account, or which is evidenced by its certificate of deposit, thrift certificate,

11    investment certificate, certificate of indebtedness, or other similar name, or a check or draft

12    drawn against a deposit account and certified by the bank or savings association, or a

13    letter of credit or a traveler's check on which the bank or savings association is primarily

14    liable: Provided, That, without limiting the generality of the term "**money or its**

15    **equivalent**", **any such account or instrument must be regarded as** evidencing the receipt

16    of the **equivalent of money when credited or issued in exchange** for checks or drafts **or**

17    for a **promissory note** upon which the person obtaining any such **credit** or instrument is

18    primarily or secondarily liable, **or** for a charge against a deposit account, **or** in settlement

19    of **checks**, **drafts**, or other instruments forwarded to such bank or savings association for

20    collection.["]

21    ## GENERALLY Accepted Accounting Principles (GAAP)

22    84. As *considered*, *agreed,* and *stipulated* by Defendants in the <u>unrebutted</u>

23    verified commercial affidavits, contract agreement, and self-executing contract

24    security agreements (Exhibits E, F, G, and H), Defendants never at any time risked

25    any of its assets and truly only exchanged the GENUINE ORIGINAL

26    PROMISSORY NOTE for "credit" according to the **Generally Accepted Accounting**

27    **Principles (GAAP).** 'Banks' are <u>**required**</u> to adhere Generally Accepted Accounting

28    Principles and as **evidenced** by, **12 U.S.C 1831n - 'Accounting objectives,**

standards, and requirements': ["](2) Standards (A)Uniform accounting principles consistent with **GAAP** Subject to the requirements of this chapter and any other provision of Federal law, the accounting principles applicable to reports or statements required to be filed with Federal banking agencies by all insured depository institutions shall be uniform and consistent with generally accepted accounting principles.["]

85. As *considered*, *agreed*, and *stipulated* by Defendants in the underlined unrebutted verified commercial affidavits, contract agreement, and self-executing contract security agreements (Exhibits E, F, G, and H), **GAAP** follows an accounting convention that lies at the heart of the **double-entry bookkeeping system** called the **Matching Principle**. This principle works are follows: when a bank accepts bullion, coin, currency, drafts, promissory notes, or any other similar instruments (hereinafter "instruments") from customers and deposits or records the instruments as assets, it must record offsetting liabilities that match the assets that it accepted from customers. T**he liabilities represent the amounts that the bank owes the customers**, funds accepted from customers. If a fractional reserve banking system like the United States banking system, most of the funds advanced to borrowers (assets held by banks) are created by the banks, once they purchase/acquire the TRUE Creditor's Asset (NOTE, ORDER, DRAFT, LETTER OF CREDIT, MONEY ORDER, SECURITY, ETC.) and are not merely transferred from one set of depositors to another set of borrowers. Said Asset remains an Asset to Plaintiff.

86. As *considered*, *agreed*, and *stipulated* by Defendants in the underlined unrebutted verified commercial affidavits, contract agreement, and self-executing contract security agreements (Exhibits E, F, G, and H), GAAP is **intended** to **ensure consistency among financial records, financial transparency, and protection from fraud or misleading company reports**.

## Summary Judgement is Due as *a matter of law*

87. **Rule 56(a) of the Federal Rules of Civil Procedure and California Code of Civil Procedure § 437c(c)**: Summary Judgment is warranted as *a matter of law* under

Rule 56(a) of the Federal Rules of Civil Procedure <u>and</u> California Code of Civil Procedure § 437c(c), both of which *mandate* judgment where there is no genuine dispute as to any material fact.

88. **Defendants are *<u>barred</u>*** from further dispute under the doctrines of:

- *Res Judicata* – This matter is already conclusively settled by Defendants' failure to rebut.
- *Stare Decisis* – Binding precedent supports Plaintiff's claims and demands judgment in their favor.
- **Collateral Estoppel** – Defendants are estopped from raising any defenses they failed to assert.

89. *Unrebutted* **Affidavits Establish No Disputed Facts**: Plaintiff's affidavits were submitted in good faith and stand as truth in commerce. These affidavits were served upon Defendants, providing sufficient notice and opportunity to rebut or contest the assertions therein. Defendants' failure to respond or dispute the affidavits results in a legal presumption of their validity. As a matter of law, an affidavit that is *unrebutted* is deemed admitted and undisputed, thereby precluding any triable issue of fact.

- Pursuant to **Res Judicata**, the unrebutted affidavits have the same force and effect as a **judgment** and are now binding upon Defendants.
- Under the principle of **Stare Decisis**, binding precedent affirms that undisputed affidavits establish facts conclusively in a civil proceeding.
- **Collateral Estoppel** bars Defendants from re-litigating any issue previously resolved by the unrebutted affidavits, as they have failed to raise a substantive dispute within the prescribed timeframes.

90. **Defendants' Failure to Produce Contradictory Evidence**: Defendants have neither provided competent evidence to dispute Plaintiff's claims nor identified any material fact requiring trial. Plaintiff's affidavits, contracts, and

supporting documents (attached hereto as *Exhibits E, F, G, and H*) collectively establish the absence of any genuine dispute. Without contradictory evidence or a triable issue, Plaintiff is **entitled** to judgment as *__a matter of law__*.

91. **Judicially Recognized Finality of Affidavits**: Courts have long held that when **Affidavits** are left *unrebutted*, they stand as Truth and are accepted as fact. See **Morris v. National Cash Register Co., 44 Cal.App.2d 811, 813 (1941)**, which confirms that undisputed evidence is sufficient to warrant summary judgment. Additionally, under Federal and State Rules of Evidence, facts established by affidavit are considered *binding* when no counter-affidavit is provided.

92. **Supported by Principles of Equity and Law**:

- **Equity**: It would be inequitable to allow Defendants to delay proceedings when they have failed to rebut or contest the factual assertions of Plaintiff's affidavits.

- **Law**: Plaintiff has satisfied the procedural and substantive requirements for summary judgment, including providing sufficient admissible evidence to establish their claims.

## The COURT is *Barred* From SUMMARILY DISMISSING Anything, Especially After The *Overturning* of Chevron

93. The Court is hereby placed on notice that even the mere consideration of "summarily dismissing" anything in this matter constitutes a constitutional violation and an act of judicial overreach, arbitrary denial of due process, and a *willful* obstruction of justice.

94. The *Overturning* of the **Chevron Doctrine** Eliminates *Any* Judicial *Presumption* in Favor of Government or Institutional Parties:.

- With the **Chevron Doctrine overturned**, courts **no longer have discretion to defer to agency or institutional interpretations of law**, and every case must be ruled strictly within the confines of the Constitution and statutory law.

- Any **judicial attempt to summarily dismiss** Plaintiff's verified, unrebutted claims would constitute an **abuse of discretion, a deprivation of due process, and a direct violation of Plaintiff's constitutional rights**.

95. Due Process Requires Full Adjudication, <u>Not</u> Summary Disposition.

- Plaintiff has filed *multiple* **verified, sworn affidavits**, which have gone **uncontested and** *unrebutted,* and stand as **Truth.**

- Under **U.C.C. § 3-505**, an *unrebutted* Affidavit creates a **presumption of dishonor**, which the Court cannot arbitrarily ignore.

- Under **28 U.S.C. § 1361**, Plaintiff has the right to **compel the performance of a legal duty owed to them by the Court**.

- A case may **only be dismissed summarily if there is no valid claim or cause of action**—which is inapplicable here, as **Defendants have already defaulted and dishonored themselves by failing to rebut the Plaintiff's Conditional Acceptance, and they have admitted everything presented in all Affidavits.**

96. Any Attempt to Dismiss Would Be a Violation of *Res Judicata*, *Stare Decisis*, and Collateral Estoppel.

- **Res Judicata**: The matters before this Court are already **settled and decided**, and no further litigation is necessary to determine the legal obligations of Defendants.

- **Stare Decisis**: The **binding legal precedents of Marbury v. Madison, Rule 56 FRCP, and California CCP § 437c(c)** require judgment in favor of the Plaintiff.

- **Collateral Estoppel**: Defendants **cannot dispute issues they have already defaulted on**; any attempt to dismiss the case would **ignore the finality of Plaintiff's unrebutted claims and the legally binding nature of their conditional acceptance**.

97. Summary Dismissal Would Constitute <u>Judicial Fraud</u> and Breach of Fiduciary Duty.

- As a **public trustee of justice**, the Court has a **fiduciary obligation** to uphold constitutional rights and due process.

- Any attempt to **dismiss** this matter—**given that Defendants have already defaulted**—would be tantamount to **judicial fraud** and an **egregious breach of duty under 28 U.S.C. § 1361**.

## **NOTICE to the COURT: A *DEMAND* is NOT a mere MOTION**

98. The Court is hereby placed on notice that Plaintiff's *Demand* for Summary Judgment is not a mere 'motion' *requesting* discretionary relief but a <u>binding</u> legal notice asserting an *absolute* <u>right</u> to judgment as a matter of law.

99. A Motion is a Request; A Demand Asserts a Right.

- A **motion** asks the court to exercise *discretion* in granting relief.

- A **demand** asserts an existing legal *right* that **must** be acknowledged *and* <u>enforced.</u>

100. Plaintiff's Demand for Summary Judgment is *a Matter of Law*, Not Judicial Discretion

- Under **Rule 56(a) of the Federal Rules of Civil Procedure**, the court **"shall" grant summary judgment** when there is **no genuine dispute of material fact**. The word **"shall"** is mandatory, not discretionary.

- **California Code of Civil Procedure § 437c(c)** likewise states:**"The motion for summary judgment <span style="color:red">shall</span> be granted if all the papers submitted show that there is no triable issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."**

- This establishes that **the Court does <span style="color:red">not have the discretion to deny or delay judgment</span>** where Defendants have failed to contest the material facts.

101. Failure to Act on a Demand is Judicial Nonperformance and a Due Process <u>Violation</u>.

- Plaintiff has filed **undisputed, sworn affidavits** establishing their claims.

- Defendants have **failed to rebut, respond, or oppose**, thereby conceding by **tacit acquiescence**.

- **Judicial failure to rule on a demand where no genuine dispute exists is an obstruction of justice and a due process violation under 28 U.S.C. § 1361.**

## *Unrebutted* Affidavits are '*prima facie*' evidence:

102. As *considered, agreed,* and *stipulated* by Defendants in the unrebutted verified commercial affidavits, contract agreement, and self-executing contract security agreements (Exhibits E, F, G, and H), Exhibits E, F, G, and H **are *prima facie* evidence of f**raud, **racketeering**, indentity theft, **treason,** breach of trust and fiduciary duties, extortion, coercion, deprivation of rights under the color of law, conspiracy to deprive of rights under the color of law, monopolization of trade and commerce, forced peonage, obstruction of enforcement, extortion of a national/ internationally protected person, false imprisonment, torture, creating trusts in restraint of trade dereliction of fiduciary duties, bank fraud, breach of trust, treason, tax evasion, bad faith actions, dishonor, injury and damage to Affiant **and Plaintiff proof of claim.  See *United States v. Kis*, 658 F.2d, 526 (7th Cir. 1981)., "Appellee had the burden of first proving its prima facie case and could do so by affidavit or other evidence."**

## Unlawful and Unconstitutional Detainment and Arrest while '*Traveling*' in *Private* Automobile:

103. As *considered, agreed,* and *stipulated* by Defendants in the unrebutted verified commercial affidavits, contract agreement, and self-executing contract security agreements (**Exhibits E, F, G, and H**):

1. On **December 31, 2024**, at approximately 9:32am, **Kevin: Walker**, *sui juris*, was **traveling** privately in my **private** automobile, displaying a '**PRIVATE**' plate, indicating I was 'not for hire' or operating commercially, and the private automobile was not displaying a STATE plate of any sort . This clearly established that the private automobile was **'*not* for hire'** or

1  'commercial' use and, therefore explicitly classifying the automobile as **private**

2  **property**, and **NOT** *within* any statutory and/or commercial jurisdiction. A

3  copy of the PRIVATE **'*not* for hire'** or **'commercial' use** is attached hereto as

4  **Exhibits O** and incorporated herein by reference**.**

5      2. Upon unlawfully stopping and detaining the private traveler(Kevin:

6  Walker), Defendants, including Gregory D Eastwood, Robert C V Bowman,

7  George Reyes, William Pratt, **conspired** on the scene in violation of 18 U.S.C. §§

8  241 and 242. Photographs of Defendants, Gregory D Eastwood, Robert C V

9  Bowman, and William Pratt, are attached hereto as **Exhibits O, P, and Q**

10  respectively, and incorporated by reference herein.

11      3. All Defendants on the scene at that time, including Gregory D Eastwood,

12  Robert C V Bowman, George Reyes, William Pratt, were NOTICED that the

13  traveler is a state Citizen, non-citizen national/national/internationally

14  protected person, **privately** traveling in a **private** automobile, as articulated by

15  the traveler, and as evidenced by the '**PRIVATE'** plate on the private

16  automobile.

17      4. The **private** automobile and *trust property* was **not** in *any* way displaying

18  STATE or government registration or stickers, and was displaying a PRIVATE

19  plate, removing the automobile from the Defendant's jurisdiction. See Exhibit

20  N.

21      5. The **private** automobile is duly reflected on Private UCC Contract Trust/

22  **UCC1 filing** NOTICE #2024385925-4 and UCC3 filing and NOTICE

23  #2024402990-2 (Exhibits C and D).

24      6. **Under threat, duress, and coercion, and at gunpoint,** the private

25  traveler(Kevin: Walker) presented Defendants Gregory D Eastwood and Robert

26  C V Bowman national/non-citizen national, #C35510079 and passport book

27  #A39235161. Copy attached hereto as **Exhibits O and P** respectively, and

28  incorporated herein by reference.

7. Defendant(s), acted against the Constitution, even when explicitly reminded of their duties to support and uphold the Constitution.

8. At no point in time were Defendants presented with a CALIFORNIA DRIVER'S LICENSE (COMMERCIAL CONTRACT), and any information added to the CITATION/CONTRACT was done so in fraud, without consent, full disclosure, and thus is *void ab initio*.

9. The private traveler and national(Kevin: Walker), should never have been stopped exercising his **inherent** and *unalienable* **right** to travel, in a <u>private</u> automobile that was clearly marked "PRIVATE" and "not for hire" and "not for commercial use.

# <u>Fraudulent Alteration of Signature, Coercion, Assault, Torture, Kidnapping:</u>

104. As ***considered***, ***agreed***, and ***stipulated*** by Defendants in the <u>unrebutted</u> verified commercial affidavits, contract agreement, and self-executing contract security agreements (**Exhibits E, F, G, and H**)

1. After being kidnapped, handcuffed, tortured, and deprived of rights and livery under the color of law, the private traveler national/internationally protected person(Kevin: Walker), Defendant Robert Gell threatened to "house" the national if he did not sign every document presented, exactly as he (Robert Gell) wanted the national to. Camera records will evidence Robert telling the national return to the release tank for no apparent reason, and then **assaulting, shoving, and pushing** the national/internationally protected person into the tank at the end of the walk.

2. Defendant Robert Gell went as far as aggressively rushing around a desk and assaulting Kevin, and snatching a pen from hiss hand, simply because the attempted to write 'under duress' by his signature.

3. Defendant Robert Gell willfully and intentionally altered Affiant's signature on one document and crossed out 'UCC 1-308,' immediately after Affiant hand wrote it on the document.

4. Defendant Robert Gell stated he had no idea what an attorney-in-fact is and that Kevin: Walker was a, ["]jackass["] for stating that such a thing exists, evidencing Gell's incompetence.

## Fruit of the Poisonous Tree Doctrine:

105. Plaintiff further asserts and establishes **again on the record** that the undisputedly unlawful and unconstitutional stop, arrest, and subsequent actions of the Defendants/Respondents are in violation of the Fourth Amendment to the Constitution of the united States of America and constitute an unlawful arrest and seizure. The "**fruit of the poisonous tree**" doctrine, as articulated by the **U.S. Supreme Court**, establishes that **_any_** evidence obtained as a result of an unlawful stop or detainment is tainted and inadmissible in **_any_** subsequent proceedings. The unlawful actions of Gregory D. Eastwood,  Robert C. V. Bowman, George Reyes, William Pratt, and Robert Gell including *but not limited to* the issuance of fraudulent citations/contracts under threat, duress, and coercion, render all actions and evidence derived therefrom **_void ab initio_**. See *Wong Sun v. United States*, 371 U.S. 471 (1963).

106. Plaintiff therefore declares and demands that all actions and evidence obtained in connection with this unlawful stop be deemed inadmissible and void as fruits of the poisonous tree.

107. As *considered*, *agreed*, and *stipulated* by Defendants in the underbutted verified commercial affidavits, contract agreement, and self-executing contract security agreements (**Exhibits E, F, G, and H**).

## Use defines classification:

1. It is **well established law** that the **highways** of the state **are public property**, and **their primary and preferred use is for private purposes**, and that their use for purposes of gain is special and extraordinary which, generally at least, the legislature may prohibit or condition as it sees fit." **Stephenson vs. Rinford**, 287 US 251; **Pachard**

**vs Banton**, 264 US 140, and cases cited; **Frost and F. Trucking Co. vs. Railroad Commission**, 271 US 592; **Railroad commission vs. Inter-City Forwarding Co.,** 57 SW.2d 290; **Parlett Cooperative vs. Tidewater Lines,** 164 A. 313

2. The **California Motor Vehicle Code, section 260**: Private cars/vans etc. not in commerce / for profit, are immune to registration fees:

   **(a)** A "**commercial vehicle**" is a vehicle of a type **REQUIRED** to be **REGISTERED** under this code".

   **(b)** "Passenger vehicles which are **not used** for the transportation of persons **for hire,** compensation or profit, and housecars, **are not commercial vehicles".**

   (c) "a vanpool vehicle is not a **commercial** vehicle."

3. **18 U.S. Code § 31 - Definition**, expressly stipulates, "The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **and** used for **commercial** purposes on the highways in the transportation of passengers, passengers and property, or property or cargo".

4. A vehicle not used for **commercial** activity is a "consumer goods", ...it is NOT a type of vehicle **required** to be registered and "use tax" paid of which the tab is evidence of receipt of the tax." Bank of Boston vs Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14.

5. " The 'privilege' of using the streets and highways by the operation thereon of motor carriers **for hire** can be acquired only by permission or license from the state or its political subdivision. "—Black's Law Dictionary, 5th ed, page 830.

6. "It is held that a tax upon common carriers by motor vehicles is based upon a reasonable classification, and does not involve any unconstitutional discrimination, although **it does not apply to private vehicles,** or those

used by the owner in his own business, and not for hire." **Desser v. Wichita, (1915) 96 Kan. 820; Iowa Motor Vehicle Asso. v. Railroad Comrs., 75 A.L.R. 22.**

7. "Thus self-driven vehicles are **classified according to the use** to which they are put rather than according to the means by which they are propelled." Ex Parte Hoffert, 148 NW 20.

8. In view of this rule a statutory provision that the supervising officials **"may"** exempt such persons when the transportation is not on a **commercial** basis means that they **"must"** **exempt them**." **State v. Johnson, 243 P. 1073; 60 C.J.S. section 94 page 581.**

9. "**The use to which an item is put, rather than its physical characteristics**, determine whether it should be classified as ``consumer goods'' under UCC 9- 109(1) or ``equipment'' under UCC 9-109(2)." **Grimes v Massey Ferguson, Inc**., 23 UCC Rep Serv 655; 355 So.2d 338 (Ala., 1978).

10. "Under UCC 9-109 there is a real distinction between goods purchased for personal use and those purchased for business use. The two are mutually exclusive and the **principal use to which the property is put should be considered as determinative**." **James Talcott, Inc. v Gee**, 5 UCC Rep Serv 1028; 266 Cal.App.2d 384, 72 Cal.Rptr. 168 (1968).

11. "The **classification of goods** in UCC 9-109 **are mutually exclusive**." **McFadden v Mercantile-Safe Deposit & Trust Co.**, 8 UCC Rep Serv 766; 260 Md 601, 273 A.2d 198 (1971).

12. "The classification of ``goods'' under [UCC] 9-109 **is a question of fact**." **Morgan County Feeders, Inc. v McCormick,** 18 UCC Rep Serv 2d 632; 836 P.2d 1051 (Colo. App., 1992).

13. "The definition of ``goods'' includes an automobile." Henson v Government Employees Finance & Industrial Loan Corp., 15 UCC Rep Serv 1137; 257 Ark 273, 516 S.W.2d 1 (1974).

14. "**No State government entity has the power to allow or deny passage on the highways**, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. **Travel** is **not a privilege requiring, licensing, vehicle registration, or forced insurances**." *Chicago Coach Co.* **v.** *City of Chicago*, 337 Ill. 200, 169 N.E. 22.

## **The RIGHT to Travel is not a Privilege:**

15. The fundamental Right to travel is NOT a Privilege, it's a gift granted by your Creator and restated by our founding fathers as Unalienable and cannot be taken by any Man / Government made Law or color of law known as a private "Code" (secret) or a "Statute."

16. "**Traveling** is passing from place to place--act of **performing journey**; and **traveler is person who travels**." **In Re Archy** (1858), 9 C. 47.

17. "Right of transit through each state, with every species of property known to constitution of United States, and recognized by that paramount law, is secured by that instrument to each citizen, and does not depend upon uncertain and changeable ground of mere comity." **In Re Archy** (1858), 9 C. 47.

18. Freedom to **travel** is, indeed, an important aspect of the citizen's "liberty". We are first concerned with the extent, if any, to which Congress has authorized its curtailment. (Road) **Kent v. Dulles**, 357 U.S. 116, 127.

19. The right to **travel** is a part of the "liberty" of which the citizen cannot be deprived without due process of law under the Fifth Amendment. So much is conceded by the solicitor general. In Anglo Saxon law that right was emerging at least as early as Magna Carta. **Kent v. Dulles**, 357 U.S. 116, 125.

20. "Even the legislature **has no power** to deny to a citizen the right to travel upon the highway and transport his property in the ordinary course of his

business or pleasure, though this right may be regulated in accordance with public interest and convenience. *Chicago Coach Co.* **v.** *City of Chicago*, 337 Ill. 200, 169 N.E. 22, 206.

21. "... It is now universally recognized that the state does possess such power [to impose such burdens and limitations upon private carriers when using the public highways for the transaction of their business] with respect to common carriers using the public highways for the transaction of their business in the transportation of persons or property for hire. That rule is stated as follows by the **supreme court of the United States**: 'A citizen may have, under the fourteenth amendment, the right to travel and transport his property upon them (the public highways) by **auto vehicle**, but **he has no right to make the highways his place of business by using them** *as a common carrier for hire*. Such use is a privilege which may be granted or withheld by the state in its discretion, without violating either the due process clause or the equal protection clause.' (*Buck* **v.** *Kuykendall*, 267 U. S. 307 [38 A. L. R. 286, 69 L. Ed. 623, 45 Sup. Ct. Rep. 324].

22. "The right of a citizen to travel upon the highway and transport his property thereon in the ordinary course of life and business **differs radically an obviously from that of one who makes the highway his place of** business and uses it for private gain, in the running of a stage coach or omnibus. The former is the usual and ordinary right of a citizen, a right common to all; while the latter is special, unusual and extraordinary. As to the former, the extent of legislative power is that of regulation; but as to the latter its power is broader; the right may be wholly denied, or it may be permitted to some and denied to others, because of its extraordinary nature. This distinction, elementary and fundamental in character, is recognized by all the authorities."

23. "Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his/her property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with the public interest and convenience." ["regulated" means traffic safety enforcement, stop lights, signs etc.]—Chicago Motor Coach v. Chicago, 169 NE 22.

24. "The claim and exercise of a constitutional right cannot be converted into a crime."—Miller v. U.S., 230 F 2d 486, 489.

25. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." —Sherar v. Cullen, 481 F. 945.

26. The right of the citizen to **travel** upon the highway and to transport his property thereon, in the ordinary course of life and business, differs radically and obviously from that of one who makes the highway his place of business for private gain in the running of a stagecoach or omnibus."— State vs. City of Spokane, 186 P. 864.

27. "The right of the citizen to **travel** upon the public highways and to transport his/her property thereon either by carriage or automobile, is **not** a mere privilege which a city [or State] may prohibit or permit at will, but a common right which he/she has under the right to life, liberty, and the pursuit of happiness." —Thompson v. Smith, 154 SE 579.

28. "The right of the Citizen to **travel** upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of **travel**, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose

1   of life and business.” — Thompson vs. Smith, supra.; Teche Lines vs.

2   Danforth, Miss., 12 S.2d 784.

3   29. "The use of the highways for the purpose of **travel** and transportation is not

4       a mere privilege, but a common and fundamental Right of which the public

5       and the individual cannot be rightfully deprived.” —Chicago Motor Coach

6       vs. Chicago, 169 NE 22;Ligare vs. Chicago, 28 NE 934;Boon vs. Clark, 214

7       SSW 607;25 Am.Jur. (1st) Highways Sect.163.

8   30. "The right to b is part of the Liberty of which a citizen cannot deprived without

9       due process of law under the <u>Fifth Amendment</u>. This Right was emerging as early

10      as the Magna Carta.” — <u>Kent vs. Dulles</u>, 357 US 116 (1958).

11  31. ”The state **cannot** diminish Rights of the people.” — <u>**Hurtado vs. California**</u>,

12      110 US 516.

13  32. "Personal liberty largely consists of the Right of locomotion -- to go where

14      and when one pleases -- only so far restrained as the Rights of others may

15      make it necessary for the welfare of all other citizens. The Right of the

16      Citizen to **travel** upon the public highways and to transport his property

17      thereon, by horse drawn carriage, wagon, or automobile, is not a mere

18      **privilege** which may be permitted or prohibited at will, but the

19      common Right which he has under his Right to life, liberty, and the pursuit

20      of happiness. Under this Constitutional guarantee one may, therefore, under

21      normal conditions, **travel** at his inclination along the public highways or in

22      public places, and while conducting himself in an orderly and decent

23      manner, neither interfering with nor disturbing another's Rights, he will be

24      protected, not only in his person, but in his safe conduct.” —II Am.Jur. (1st)

25      Constitutional Law, Sect.329, p.1135.

26  33. Where **rights secured by** the Constitution are involved, **there can be no rule**

27      **making or legislation** which would abrogate them.” —Miranda v. Arizona,

28      384 U.S.

34. "The state **cannot** diminish **Rights** of the **people."** — Hurtado vs. California, 110 US 516.

# NO QUALIFIED OR LIMITED IMMUNITY

35. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

36. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional **rights**." — AFLCIO v. Woodward, 406 F2d 137 t.

37. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

38. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court**, A025829.

39. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

40. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

41. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

# <u>Legal Maxims, Standards, and Principles</u>

108. Plaintiff cites the following established **legal maxims**, **standards**, and *principles*.

- *Unrebutted* **Affidavits as Judgment in Commerce:** Plaintiff's unrebutted affidavits are binding truth under the maxim, **"An *unrebutted* affidavit becomes the judgment in commerce."**

- **Res Judicata and Collateral Estoppel:** Defendants are ***barred*** from contesting the finality of Plaintiff's claims under the doctrines of **res judicata** and **collateral estoppel**, as all material facts and claims have been resolved conclusively.

- **Breach of U.C.C. Obligations and Presumed Dishonor:** Defendants' dishonor and default are evidenced by their failure to fulfill obligations defined by **U.C.C. § 3-505** (see Exhibit L) and other applicable statutes.

- <u>**ALL ARE EQUAL UNDER THE LAW.**</u> **—** 'No one is above the law.'

- <u>**IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.**</u> **—** 'To lie is to go against the mind.'

- <u>**TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.**</u>

- <u>**IN COMMERCE TRUTH IS SOVEREIGN.**</u> **—** Truth is sovereign -- and the Sovereign tells only the truth.

- <u>**AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.**</u> **—** 'He who does not deny, admits.'

- "Statements of fact contained in **affidavits which are not rebutted** by the opposing party's affidavit or pleadings **may[must] be accepted as true by the trial court."** --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).

- See, *Sieb's Hatcheries, Inc. v. Lindley,* 13 F.R.D. 113 (1952)., "Defendant(s) made no request for an extension of time in which to answer the request for admission of facts and filed only an unsworn response

within the time permitted," thus, under the specific provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in question were deemed admitted as true. Failure to answer is well established in the court. *Beasley v. U. S.*, 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests will be considered as having been admitted." Also as previously referenced, "Statements of fact contained in affidavits which are not rebutted by the opposing party's affidavit or pleadings may[must] be accepted as true by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).

- 'The state **cannot** diminish **Rights** of the **people."** —Hurtado vs. California, 110 US 516.

- "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional **rights**."—AFLCIO v. Woodward, 406 F2d 137 t.

- "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

- "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court**, A025829.

- "Ignorance of the law does **not** excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.

- "**All are presumed to know the law**." San Francisco Gas Co. v. Brickwedel (1882), 62 C. 641; Dore v. Southern Pacific Co. (1912), 163 C. 182, 124 P. 817; People v. Flanagan (1924), 65 C.A. 268, 223 P. 1014; Lincoln v. Superior Court (1928), 95 C.A. 35, 271 P. 1107; San Francisco Realty Co. v. Linnard (1929), 98 C.A. 33, 276 P. 368.

- "It is one of the fundamental maxims of the common law that **ignorance of the law excuses no one.**" Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.

- "the people, not the States, are sovereign." — Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

- <u>**HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.**</u> — 'He who does not repel a wrong when he can occasions it.'

- <u>**AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.**</u> — **There is nothing left to resolve**.

### *FIRST CAUSE OF ACTION*

### (For Fraud and Misrepresentation against all Defendants)

109. Plaintiff re-affirms and incorporates paragraphs 1 through 108 as if set forth herein.

110. Defendants, acting under **color of law**, have *willfully and intentionally* engaged in **fraudulent** conduct by knowingly **misrepresenting** material facts regarding their authority and jurisdiction over Plaintiff, thereby violating Plaintiff's constitutionally protected **private rights.**

111. Defendants' fraudulent misconduct includes, but is not limited to, fabricating legal authority, creating false claims, unlawfully detaining and interfering with Plaintiff's **private** affairs, and initiating legal proceedings devoid of any lawful basis.

112. Defendants knowingly misrepresented their authority to enforce **statutory provisions** against Plaintiff, fabricated legal obligations, and unlawfully seized or interfered with Plaintiff's **private** property, all with the intent to deprive Plaintiff of their rights, property, and financial interests **under the guise of lawful authority.**

113. In furtherance of this unlawful **enterprise** and scheme, Defendants transmitted fraudulent documents, including but not limited to fabricated reports, false citations, and deceptive legal filings, through the U.S. Postal Service and other commercial carriers, knowing that these documents were false and intended to defraud Plaintiff.

114. Defendants' fraudulent misrepresentation and deceit violate Plaintiff's **private** rights under various statutes that provide for a '**private right of action**', including but not limited to:

- **42 U.S. Code § 1983 (Civil Action for Deprivation of Rights)** – Establishes liability for any person acting under color of law who deprives another of their constitutionally protected rights, privileges, or immunities.

- **18 U.S. Code § 1001 (False Statements Act)** – Criminalizes knowingly making false statements or fraudulent misrepresentations in legal and administrative proceedings.

- **18 U.S. Code § 1341 (Mail Fraud)** – Prohibits the use of U.S. mail to transmit fraudulent documents with intent to deceive.

- **15 U.S. Code § 1692 (Fair Debt Collection Practices Act, FDCPA)** – Prohibits fraudulent misrepresentation and deceptive practices used to enforce unlawful claims against individuals, including fabricated financial obligations.

- **UCC § 1-308 (Performance or Acceptance Under Reservation of Rights)** – Protects individuals from unknowingly waiving rights under fraudulent or coercive contracts or enforcement actions.

115. By willfully and intentionally engaging in the fraudulent conduct described above, Defendants have violated statutory and constitutional protections, resulting in the Plaintiff being subjected to:

- **Unlawful deprivation of property and private rights**
- **Financial losses due to fraudulent enforcement actions**
- **Harm to their reputation, business, and economic interests**
- **Emotional distress and significant hardship resulting from Defendants' unlawful conduct**

116. Defendants, by their own actions, willful silence, non-compliance, and tacit admission, have engaged in the unlawful conduct described in this complaint. As such, these facts must be taken as true and are dispositive in this action.

117. Defendants' wrongful conduct includes but is not limited to:

- **Fabrication of authority and fraudulent claims to enforce laws against Plaintiff**
- **Knowingly misrepresenting their jurisdiction and legal standing to detain, fine, or seize property**
- **Use of fraudulent documentation and legal proceedings to impose unlawful penalties and restrictions**
- **Unlawful use of U.S. Postal Service and other communication channels to further their fraudulent scheme**

118. As a direct result of Defendants' fraudulent and unlawful actions, Plaintiff has suffered severe and irreparable harm, including but not limited to:

- **Deprivation of private property without due process**
- **Violation of constitutionally protected rights and immunities**
- **Financial and economic damages stemming from Defendants' unlawful interference**
- **Psychological and emotional distress caused by Defendants' oppressive conduct**

119. **18 U.S. Code § 1341 - Frauds and swindles**, expressly stipulates: "**whoever, having devised or intending to devise <u>any</u>** scheme or artifice to **defraud**, **or for obtaining money** or <u>property</u> by means of **false** or **fraudulent pretenses**, **representations, or promises**, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, **security**, **or other article**, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, **places in any post office** or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or

1  deposits or causes to be deposited any matter or thing whatever to be sent or

2  delivered by any private or commercial interstate carrier, or takes or receives

3  therefrom, any such matter or thing, or knowingly causes to be delivered by

4  mail or such carrier according to the direction thereon, or at the place at

5  which it is directed to be delivered by the person to whom it is addressed,

6  **any such matter or thing**, <u>**shall be**</u> **fined under** this title or **imprisoned** not

7  more than **20 years, or both**. If the violation occurs in relation to, or involving

8  any benefit authorized, transported, transmitted, transferred, disbursed, or

9  paid in connection with, a presidentially declared major disaster or

10  emergency (as those terms are defined in section 102 of the Robert T. Stafford

11  Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), <u>or affects a</u>

12  <u>financial institution,</u> such person shall be fined not more than $1,000,000 or

13  imprisoned not more than **30 years, or both.**"

### SECOND (2nd) CAUSE OF ACTION

### (For Breach of Contract against all Defendants)

16  120. Plaintiff re-affirms and incorporates paragraphs 1 through 119 as if set forth

17  herein

18  121. **Breach of Contractual Obligations**: Defendants willfully and intentionally

19  breached contractual obligations by failing to honor the terms set forth in the

20  underlying Contract and Security Agreements between the parties.

21  122. **Nature of Defendants' Breach**: Defendants' breach includes, but is not

22  limited to, the failure to perform specified duties, the pursuit of false claims of debt,

23  and the illegal, unlawful, and unconstitutional seizure of **Plaintiff's private**

24  **property without proper contractual or legal authority.**

25  123. **Violation of Contract Agreement**: Defendants' conduct constitutes a

26  violation of both the express and implied terms of the agreement, including

27  Defendants' obligations to act in good faith and deal fairly with Plaintiff, resulting

28  in substantial financial harm, injury, and damages to Plaintiff.

124. **U.C.C. § 2-202 Compliance**: Pursuant to **U.C.C. § 2-202**, which establishes the **parol evidence rule** and affirms the **final written expression** of a contract, Defendants are bound by the agreed-upon terms that constitute the complete and exclusive statement of the agreement.

125. **Acceptance and Binding Agreement**: Defendants received, considered, and agreed to the contract offer and final expression of the contract as defined under **U.C.C.** provisions. This acceptance is evidenced through Defendants' willful and intentional silent acquiescence, tacit agreement, and tacit procuration to the *unrebutted* **Affidavits** and contract security agreements (Exhibits I, J, K, L, and N), affidavit certificate of non-response, default, and the judgment and lien authorization, all of which were duly received by Defendants.

126. **Obligations under U.C.C.**: Defendants' agreement to these terms thereby creates binding obligations under **U.C.C. Article 2** as well as other relevant sections, such as **U.C.C. §§ 1-103, 1-202, 2-204**, and **2-206**. Despite these clear terms, Defendants, through various improper and bad-faith actions, breached the contract by failing to settle and close the account, refusing to reconvey the title free of encumbrances, and neglecting to settle the debt owed to Plaintiff.

127. **Failure to Cease Illegal Activities**: Defendants also failed to cease any illegal, unlawful, and unconstitutional collection efforts on an undisputedly fraudulent debt, engaging in conduct that included but was not limited to threats, violations of Plaintiff's **inherent and *unalienable*** rights, racketeering, paper terrorism, coercion, extortion, bank fraud, monopolization of trade and commerce, restraint-of-trade violations, deprivation of rights, conspiracy under color of law, breach of the implied covenant of good faith and fair dealing, identity theft, and taking unreasonable positions that forced Plaintiff into litigation.

128. **Material Breach and Deprivation of Bargain**: This failure to perform, along with the unauthorized actions, directly violates the terms and conditions of the express contract security agreements. These actions constitute a material breach that

has deprived Plaintiff of the benefit of their bargain, as defined under **U.C.C. § 2-202** and related provisions that govern the enforceability of the final contract terms.

129. **Private Right of Action:**

- Plaintiff hereby asserts a **Private Right of Action** to enforce their rights under the Contract and Security Agreements, as well as the **Uniform Commercial Code**.

- Plaintiff is entitled to bring this action pursuant to **U.C.C. § 2-202**, **U.C.C. §§ 1-103**, **1-202**, **2-204, and Article 9** to seek appropriate remedies, including but not limited to compensatory damages, punitive damages, declaratory relief, and equitable remedies as the Court may deem just and proper.

130. **Plaintiff's Private Rights of Action under Embezzlement Laws:**

- Plaintiff asserts their **Private Right of Action** under **18 U.S.C. § 666** for embezzlement, as well as common law embezzlement principles, for the wrongful appropriation of funds and assets by Defendants.

- **18 U.S.C. § 666** provides a federal basis for a **Private Right of Action** when Defendants have engaged in fraudulent misapplication or theft of funds, particularly when those funds are derived from financial institutions or governmental transactions. Plaintiff is entitled to restitution for any funds or assets misappropriated and for damages caused by Defendants' fraudulent conduct, including any related losses.

## THIRD (3rd) CAUSE OF ACTION

### (For Theft, Embezzlement, and Fraudulent Misapplication of Funds and Assets against all Defendants)

131. Plaintiff re-affirms and incorporates paragraphs 1 through 130 as if fully set forth herein.

132. Defendants engaged in illegal, unlawful, unconstitutional, and fraudulent acts, including but not limited to:

- **Embezzling funds and/or assets entrusted to their care.**

- **Executing unconstitutional and unlawful seizures of assets and private property** without legal standing or proper authorization.

- **Fraudulently transferring or attempting to transfer ownership of Plaintiff's property** through deceit, deception, and abuse of process.

- **Creating a fraudulent claim of ownership and title to the property,** depriving Plaintiff of their legal rights, interests, and equity.

133. Plaintiff affirms, as evidenced by **Exhibits I, J, K, L, and N**, that Defendants, including any officers, directors, agents, or employees connected to financial institutions, acted in direct violation of federal law and fiduciary obligations. Specifically:

- **Defendants, while acting in their capacity as agents or employees of financial institutions, fraudulently misapplied or embezzled funds and property entrusted to their care.**

- **The misappropriation and subsequent unconstitutional and unlawful seizures resulted in direct harm to Plaintiff,** including but not limited to **financial loss, damage to property interests, and violations of constitutional and statutory rights**.

134. Defendants' actions are actionable under **federal statutes** providing a **private right of action**, including but not limited to:

- **12 U.S. Code § 503** – Allows individuals harmed by the embezzlement or misapplication of funds to seek civil remedies.

- **18 U.S. Code § 656 (Theft, Embezzlement, or Misapplication by Bank Officer or Employee)** – Criminalizes the willful misapplication, abstraction, or embezzlement of funds by any officer, director, agent, or employee of a financial institution, Federal Reserve bank, or insured depository institution.

- **Federal and State Consumer Protection Laws** – Prohibit deceptive and fraudulent practices in financial transactions, including wrongful claims of ownership.

135. **Defendants violated fiduciary duties** owed to Plaintiff as property owner and rightful asset holder **by acting in bad fait**h and *without* lawful authority, willfully misapplying funds, purloining assets, and engaging in acts of fraud, resulting in injury, harm, and damages to Plaintiff.

136. Defendants' conduct constitutes willful and intentional violations of the law and warrants treble damages pursuant to applicable statutes.

137. **18 U.S. Code § 656 (Theft, Embezzlement, or Misapplication by Bank Officer or Employee)** expressly stipulates that:

> *"Whoever, being an officer, director, agent or employee of, or connected in any capacity with any Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, branch or agency of a foreign bank, or organization operating under section 25 or section 25(a) of the Federal Reserve Act, or a receiver of a national bank, insured bank, branch, agency, or organization or any agent or employee of the receiver, or a Federal Reserve Agent, or an agent or employee of a Federal Reserve Agent or of the Board of Governors of the Federal Reserve System, embezzles, abstracts, purloins or willfully misapplies any of the moneys, funds or credits of such bank, branch, agency, or organization or holding company or any moneys, funds, assets or securities entrusted to the custody or care of such bank, branch, agency, or organization, or holding company or to the custody or care of any such agent, officer, director, employee or receiver, shall be fined not more than $1,000,000 or **imprisoned not more than 30 years, or both**…"* As a direct result of Defendants' theft, embezzlement, and fraudulent misapplication of funds and assets, Plaintiff has been unlawful and unconstitutionally subjected to mental anguish, emotional trauma, **financial loss, deprivation of property, reputational harm, and emotional distress**.

# FOURTH (4th) CAUSE OF ACTION

## (For Fraud, Forgery, and Unauthorized Use of Identity against all Defendants)

138. Plaintiff re-affirms and incorporates paragraphs 1 through 137 as if fully set forth herein.

139. Plaintiff affirms that Defendants **illegally, unlawfully, and unconstitutionally** used Plaintiff's identity, including estate and trust information, without Plaintiff's consent or authorization, for their own benefit by creating false financial instruments, misrepresentations, and fraudulent claims to the subject private property.

140. Defendants intentionally, willfully, and knowingly engaged in **fraudulent conduct** by attempting to **unlawfully and unconstitutionally seize Plaintiff's private property** without Plaintiff's consent or any legal or lawful authority. In furtherance of their **illegal, unlawful, and unconstitutional actions**, Defendants:

- **Forged Plaintiff's signature** on financial documents and legal instruments.
- **Obtained Plaintiff's signature under false pretenses.**
- **Used these falsified and fraudulent documents** to support their unlawful **seizure attempts** and misrepresent their claims of ownership or control over the subject private property.

141. Plaintiff affirms that Defendants' fraudulent actions, including **forgery and the unauthorized use of Plaintiff's identity**, violate common law principles of **fraud, forgery, and identity theft**, as well as applicable **state and federal statutes**, including but not limited to:

- **15 U.S. Code § 1681n (Fair Credit Reporting Act)** – Provides a private right of action for willful and knowing violations related to the misuse of personal and financial information.
- **15 U.S. Code § 1692e (Fair Debt Collection Practices Act)** – Provides a private right of action prohibiting false, deceptive, or misleading representations in the collection of debts.

- **18 U.S. Code § 1028A (Aggravated Identity Theft)** – Establishes criminal liability and additional penalties for knowingly using or transferring another person's identity without lawful authority.
- **State Civil Code on Forgery or Fraudulent Misrepresentation** – Provides a private right of action prohibiting the falsification of documents and misrepresentation in financial transactions and property matters.

142. **Private Right of Action:** Plaintiff asserts a **private right of action** to enforce their rights under the **Fair Credit Reporting Act (15 U.S.C. § 1681n), the Fair Debt Collection Practices Act (15 U.S.C. § 1692e), and applicable state and federal laws prohibiting identity theft, fraud, and forgery**.

143. Plaintiff further affirms that **Defendants' conduct constitutes a willful and intentional scheme to deprive Plaintiff of their property**, as follows:

- **The creation of false financial instruments and forged signatures** demonstrates a pattern of **fraudulent misrepresentation and forgery**.
- **The misuse of Plaintiff's identity**, including estate and trust information, constitutes a **direct violation of Plaintiff's rights** to privacy, autonomy, and protection from unauthorized exploitation.

144. Defendants' **unlawful** actions have directly caused **harm** to Plaintiff, including:

- **Loss of property value, enjoyment, and equity.**
- **Emotional distress, humiliation, mental trauma, and reputational harm.**
- **Financial expenses incurred in defending against fraudulent seizure actions and restoring rightful title to the property.**

145. Defendants' actions rise to the level of gross and intentional misconduct, warranting the imposition of treble damages pursuant to applicable civil statutes and laws governing fraudulent conduct.

146. **18 U.S. Code § 1025 (Fraudulent Acquisition of Property or Signatures)** expressly stipulates:

*"Whoever, upon any waters or vessel within the special maritime and territorial jurisdiction of the United States, by any fraud, or false pretense, obtains from any person anything of value, or procures the execution and delivery of any instrument of writing or conveyance of real or personal property, or the signature of any person, as maker, endorser, or guarantor, to or upon any bond, bill, receipt, promissory note, draft, or check, or any other evidence of indebtedness, or fraudulently sells, barters, or disposes of any bond, bill, receipt, promissory note, draft, or check, or other evidence of indebtedness, for value, knowing the same to be worthless, or knowing the signature of the maker, endorser, or guarantor thereof to have been obtained by any false pretenses, shall be fined under this title or imprisoned not more than five years, or both."*

147. **18 U.S. Code § 1028A (Aggravated Identity Theft)** expressly stipulates:

*"Whoever, during and in relation to any felony violation enumerated in subsection (c), knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 2 years. (2) Terrorism offense.—Whoever, during and in relation to any felony violation enumerated in section 2332b(g)(5)(B), knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person or a false identification document shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 5 years."*

148. As a direct result of Defendants' fraud, forgery, and unauthorized use of Plaintiff's identity, Plaintiff has suffered financial loss, deprivation of property, reputational harm, and emotional distress.

### FIFTH (5th) CAUSE OF ACTION

### (For Monopolization of Trade and Commerce, and Unfair Business Practices against all Defendants)

149. Plaintiff re-affirms and incorporates paragraphs 1 through 148 as if fully set forth herein.

150. Plaintiff affirms that Defendants, in **violation of 15 U.S.C. § 2**, willfully engaged in **monopolization of trade and commerce** by manipulating financial systems and processes to further their fraudulent objectives. Specifically, Defendants engaged in **illegal and unlawful conduct**, including but not limited to:

- **Fabricating false debts** and creating **fraudulent security interests** without Plaintiff's knowledge, authorization, or consent.
- **Utilizing financial institutions** to process **unlawful and unconstitutional seizures of private property** through fraudulent claims.
- **Engaging in deceptive and unfair business practices** designed to **monopolize trade and commerce, restrain competition, and deprive Plaintiff of their rightful property and legal protections**.

151. Defendants' actions, as alleged, were part of a larger **scheme to monopolize trade and commerce** through **unfair and deceptive practices**, thereby violating applicable civil statutes, including but not limited to:

- **15 U.S.C. § 15(a) (Clayton Act)** – Provides a **private right of action** for damages resulting from anticompetitive and monopolistic practices.
- **15 U.S.C. § 2 (Sherman Act)** – Prohibits monopolization, attempts to monopolize, and conspiracies to monopolize trade and commerce.
- **State Unfair Competition Laws** – Prohibit **fraudulent, deceptive, and unlawful business practices** in trade and commerce.
- **Uniform Commercial Code (U.C.C.)** – Governs **negotiable instruments, discharge of obligations, and fair trade practices**.

152. **Private Right of Action:** Plaintiff asserts a private right of action to enforce their rights under 15 U.S.C. § 15(a) (Clayton Act), the Sherman Act (15 U.S.C. § 2), state unfair competition laws, and the UCC to seek appropriate remedies, including but not limited to:

- **Compensatory damages for financial harm.**
- **Treble damages under 15 U.S.C. § 15(a).**

- **Injunctive relief to prevent further monopolistic and fraudulent practices.**

153. As part of this fraudulent scheme, Defendants engaged in unfair and deceptive business practices by:

- **Creating false debts** and **fabricating fraudulent security interests**.
- **Fraudulently misrepresenting and concealing material facts** regarding the nature and validity of alleged debts.
- **Engaging in a calculated effort to monopolize trade and commerce** by suppressing competition and enforcing unlawful claims against Plaintiff's private property.
- **Violating Plaintiff's rights** under applicable **common law and civil statutes**.

154. Plaintiff further **asserts and affirms** that Defendants' actions were part of a broader scheme to unfairly restrain trade and commerce by:

- **Leveraging fraudulent financial instruments** to secure unlawful gains.
- **Misusing public policy and statutory frameworks** to enforce monopolistic practices.
- **Exploiting their position of power within the financial system** to deprive Plaintiff of lawful protections and remedies.

155. Plaintiff affirms that Defendants' actions, in violation of 15 U.S.C. § 2, caused direct harm and damages to Plaintiff's financial and legal interests.

156. **15 U.S.C. § 2 (Sherman Act) expressly stipulates:**

*"Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court."*

157. Plaintiff affirms that Defendants' illegal, unlawful, and unconstitutional practices directly resulted in injury and harm, warranting the imposition of treble damages under 15 U.S.C. § 15(a), which provides for compensation in cases of antitrust violations and monopolistic practices.

158. Plaintiff further affirm that Defendants' conduct constitutes willful, intentional, and egregious violations of their rights, including but not limited to:

- **Deprivation of property without due process of law.**
- **Restraint of trade and competition in violation of public policy.**
- **Fraudulent business practices designed to defraud Plaintiff and gain unlawful advantage.**

159. As a direct result of Defendants' monopolization of trade and commerce and unfair business practices, Plaintiff has suffered financial loss, deprivation of property, reputational harm, and emotional distress

## SIXTH (6th) CAUSE OF ACTION

### (For Deprivation of Rights Under the Color of Law against all Defendants)

#### (Private Cause of Action under 42 U.S.C. § 1983 and Constitutional Law)

160. Plaintiff re-affirms and incorporates paragraphs 1 through 159 as if fully set forth herein.

161. Plaintiff affirms that **Defendants, acting under color of law,** *willfully and intentionally* deprived Plaintiff of rights **inherent and** *unalienable* secured by the Constitution and laws of the United States, specifically in violation of 42 U.S.C. § 1983.

162. Plaintiff affirms that Defendants engaged in **illegal, unlawful, and coercive actions** by threatening the **unconstitutional and unlawful seizure of Plaintiff's private property** through fraudulent enforcement proceedings. These actions included but were not limited to:

- **Attempting to coerce Plaintiff into complying with baseless and unlawful financial demands** under the imminent threat of losing their property.

- **Depriving Plaintiff of their property rights and protections secured by the Fifth and Fourteenth Amendments of the United States Constitution**.
- **Exercising fraudulent and deceptive practices** designed to **unjustly enrich Defendants at Plaintiff's expense**.

163. Plaintiff affirms that Defendants' actions **violated Plaintiff's due process rights**, as secured by the **Fifth and Fourteenth Amendments**, by failing to provide **proper notice, fair hearings, and lawful justification** for their unconstitutional and unlawful enforcement actions.

164. Plaintiff affirms and asserts that Defendants' conduct **caused direct harm** to Plaintiff, resulting in **significant emotional, financial, and legal damages**. Specifically, Defendants' actions deprived Plaintiff of:

- **The right to due process of law**, secured and protected by the **Fifth and Fourteenth Amendments** of the Constitution.
- **The right to be free from coercion and extortion under color of law**.
- **The right to enjoy private property without unlawful interference or deprivation**.

165. **Private Right of Action:** Plaintiff respectfully demands relief for the injury, damage, and harm caused by Defendants' actions, as authorized under **42 U.S.C. § 1983**, which provides a **private right of action** for the deprivation of constitutional rights under color of state law.

166. **18 U.S.C. § 241 (Conspiracy Against Rights**) expressly stipulates:

*"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured – They shall be fined under this title or imprisoned not more than ten years, or both."*

167. Plaintiff further asserts and affirms that Defendants, acting under the authority and guise of legal processes, conspired to deprive Plaintiff of their **constitutional rights.** These actions represent a **calculated** effort to abuse their positions and disregard established legal and constitutional protections.

168. Plaintiff further affirms that Defendants' actions represent a systematic and deliberate violation of Plaintiff's rights and protections under the United States Constitution and federal law, warranting full and appropriate relief as determined by this Court.

169. Plaintiff further affirms that Defendants, acting under the authority and guise of legal processes, conspired to deprive Plaintiff of their constitutional rights. These actions represent a calculated effort to abuse their positions and disregard established legal and constitutional protections.

170. Plaintiff further affirms that Defendants' actions represent a systematic and deliberate violation of Plaintiff's rights and protections under the United States Constitution and federal law, warranting full and appropriate relief as determined by this Court.

## *SEVENTH CAUSE OF ACTION*

### **(For Receiving Extortion Proceeds against all Defendants)**

171. Plaintiff re-affirms and incorporates paragraphs 1 through 170 as if fully set forth herein.

172. Defendants employed **coercive tactics**, including the **unlawful and unconstitutional seizure of private property, threats, and false claims of authority**, to compel Plaintiff to act against their interests and submit to fraudulent claims. These actions constitute a **violation of 42 U.S.C. § 1983**, which provides a **private right of action** for the deprivation of rights secured by the **Constitution and federal law**. Defendants, **acting under color of law, have deprived Plaintiff of their property rights**, as secured under the **Fifth and Fourteenth Amendments** of the Constitution.

173. Defendants' actions also constitute **violations of 15 U.S.C. § 1 of the Sherman Antitrust Act**, which prohibits **conspiracies to restrain trade or commerce**. If these coercive and unlawful seizures of private property were part of a broader effort to **monopolize or restrain trade** (e.g., through fraudulent property acquisition or market manipulation), such actions would be in direct violation of **federal antitrust law**.

174. Moreover, by engaging in these unlawful activities, Defendants have **unlawfully received and benefited from extortion proceeds** obtained through fraudulent means, thus constituting **unjust enrichment** under the **Restatement (Second) of Torts**, which provides for civil remedies when one party benefits at the expense of another through wrongful conduct. The **wrongful nature of Defendants' actions** has caused **significant injury and harm** to Plaintiff, warranting **restitution, disgorgement of ill-gotten gains, and other appropriate remedies**.

175. **Private Right of Action:** Plaintiff asserts a private right of action to enforce their rights under **42 U.S.C. § 1983, 15 U.S.C. § 1 (Sherman Act),** the Restatement (Second) of Torts (Unjust Enrichment), and applicable federal extortion laws to seek appropriate remedies, including but not limited to:

- **Compensatory damages for financial harm.**
- **Treble damages under 15 U.S.C. § 15(a).**
- **Restitution and disgorgement of all fraudulently obtained proceeds.**
- **Injunctive relief to prevent further extortionate and fraudulent practices.**
- Defendants **employed coercive tactics**, including but not limited to:
- **Unlawful and unconstitutional seizure of private property** through **fraudulent claims and misrepresentation of legal authority**.
- **Threats and intimidation tactics** aimed at forcing Plaintiff into compliance with fraudulent demands.

- **Fabrication of false debts and fraudulent security interests** designed to unlawfully extract financial benefits from Plaintiff.

176. Defendants' actions constitute a violation of 18 U.S.C. § 880, which criminalizes the receipt of extortion proceeds. By engaging in these unlawful activities, Defendants have unlawfully received and benefited from extortion proceeds obtained through fraudulent means, thereby reinforcing the wrongful nature of their actions and the resulting harm inflicted upon Plaintiff.

177. **18 U.S.C. § 880 (Receiving Extortion Proceeds)** expressly stipulates:

> "*A person who receives, possesses, conceals, or disposes of any money or other property which was obtained from the commission of any offense under this chapter that is punishable by imprisonment for more than 1 year, knowing the same to have been unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or both.*"

178. As a direct result of Defendants' receipt of extortion proceeds, Plaintiff has suffered financial loss, deprivation of property, reputational harm, and emotional distress.

### *EIGHTH (8th) CAUSE OF ACTION*
### (For False Pretenses and Fraud all Defendants)

179. Plaintiff re-affirms and incorporates paragraphs 1 through 178 as if set forth herein.

180. Defendants' Fraudulent Actions and '**Fraud in the Factum**': Defendants willfully and intentionally engaged in **fraudulent actions** by knowingly misrepresenting material facts and creating **fraud in the factum**, concerning the **interest, ownership, title, and authority** to execute the **unlawful and unconstitutional seizure of private property**. These actions were conducted under **blatantly fraudulent and false pretenses**, and ignorance of the law is no excuse.

181. **False Claims of Debt and Fraudulent Proceedings:** Defendants willfully and intentionally:

[AMENDED] VERIFIED COMPLAINT FOR FRAUD, BREACH OF CONTRACT, THEFT, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, CONSPIRACY, RACKETEERING, KIDNAPPING, TORTURE, and SUMMARY JUDGEMENT AS A MATTER OF LAW

- **Created false claims of debt** to deceive Plaintiff into compliance with fraudulent demands.
- **Placed fraudulent documents** in the post office or authorized depositories for mail, constituting mail fraud.
- **Initiated unlawful and unconstitutional enforcement actions** that lacked any **lawful or legal basis**.

182. By engaging in these fraudulent actions, Defendants **wrongfully deprived Plaintiff of property or assets** through **deceptive means**, causing **direct financial harm and legal injury** to Plaintiff.

183. **Fraudulent Tactics and Deceptive Representations:** Defendants **employed fraudulent tactics**, including but not limited to:

- **Unlawful initiation of transactions under false pretenses.**
- **Deceitful representations and the use of fraudulent instruments** to obtain property from Plaintiff.
- **Procuring signatures under false pretenses**, knowing that the documents and signatures were obtained through fraudulent misrepresentations.

184. **Defendants' Conduct Constitutes Fraud and Misrepresentation:** Defendants' actions constitute fraud and misrepresentation under common law tort principles, including fraudulent misrepresentation and false pretenses. This conduct entitles Plaintiff to seek damages and remedies for the unlawful appropriation of property.

185. **Unlawful Benefit from Fraudulent Conduct:** Defendants **unlawfully benefited** from Plaintiff by **fraudulently obtaining property, goods, services, or financial benefits**, which **constitutes a breach of duty** to Plaintiff. By obtaining property or value through fraud, Defendants have caused **significant harm and financial loss** to Plaintiff.

186. **Specific Fraudulent Actions by Defendants:** Defendants' fraudulent acts include, but are not limited to:

- **Use of Fraudulent Instruments** – Defendants used, attempted to use, or procured the use of fraudulent documents, including **forged contracts,**

**falsified notes, or other fraudulent evidence of debt**, to **transfer or encumber Plaintiff's private property**.

- **False Pretenses** – Defendants made **false and misleading representations** with **intent to deceive** Plaintiff into **parting with private property or financial assets**. Plaintiff reasonably relied upon these false representations to their detriment.

- **Misappropriation of Property** – Defendants unlawfully obtained **property, money, or goods** through **fraud, deceit, or false pretenses**, knowing that the property was obtained **through fraudulent means**.

187. **Damages from Fraudulent Conduct:** As a **direct result** of Defendants' fraudulent conduct, Plaintiff has suffered:

- **Actual damages** for property lost or fraudulently obtained.

- **Consequential damages** resulting from Defendants' fraudulent actions.

- **Punitive damages** due to Defendants' **willful and intentional misconduct**.

188. **Private Right of Action:** Plaintiff asserts a private right of action under:

- **18 U.S.C. § 1964 (RICO)** – Defendants' fraudulent conduct constitutes **racketeering activity**, allowing Plaintiff to seek treble damages.

- **15 U.S.C. § 1 (Sherman Antitrust Act)** – Provides a private right of action for **fraudulent practices that restrain trade or commerce** through false pretenses.

- **State Fraud and Deceit Laws** – Plaintiff is entitled to **damages for fraud, deceit, and misrepresentation** under **state law tort claims**.

189. **Recovery and Restitution:** Defendants' actions entitle Plaintiff to:

- **Actual damages** for property lost or fraudulently obtained.

- **Consequential damages** resulting from Defendants' fraudulent actions.

- **Punitive damages** due to Defendants' willful and intentional misconduct.

- **Equitable relief**, including but not limited to the return of **wrongfully obtained property** or its financial equivalent.

190. **Unjust Enrichment:** Defendants have been unjustly enriched by receiving property or benefits through fraudulent means. Equity demands that Defendants return the unjustly obtained property or its value. Plaintiff seeks the following legal and equitable remedies:

- **Restitution of all credits, money, funds, property, or financial value wrongfully obtained by Defendants**.

- **Full compensation for the harm suffered**, including **consequential and punitive damages** resulting from Defendants' fraudulent conduct.

191. **18 U.S. Code § 1341 (Frauds and Swindles)** Expressly Stipulates:

*"**Whoever**, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both."*

192. If the violation involves a financial institution, the penalty increases to imprisonment of up to 30 years and a fine of up to $1,000,000.

193. As a direct result of Defendants' **false pretenses and fraudulent conduct,** Plaintiff has suffered financial loss, deprivation of property, reputational harm, and emotional distress.

## NINETH (9th) CAUSE OF ACTION

## (For Threats and Extortion against all Defendants)

194. Plaintiff re-affirms and incorporates paragraphs 1 through 193 as if set forth herein.

195. **Acknowledgment of Unrebutted Affidavits:** As considered, agreed, and admitted by Defendants in the unrebutted affidavits **(Exhibits E, F, G, and H**), Defendants knowingly and willfully engaged in threatening conduct, including threats of harm and extortion, in violation of applicable laws concerning internationally protected persons, foreign officials, and nationals of the United States.

196. **Extortionate Demands and Coercion:** Defendants **made extortionate demands** or threats to **influence or coerce Plaintiff** through **intimidation, fraud, or force**, knowing that such threats would lead to harm or unlawful actions that would benefit Defendants.

197. **Nature of Defendants' Threats and Extortionate Conduct:** Defendants' actions include but are not limited to:

- **Threatening to violate the rights or safety of an internationally protected person or foreign official**, as defined under **18 U.S.C. § 112 (Protection of Foreign Officials, Official Guests, and Internationally Protected Persons)**.

- **Making extortionate demands** in connection with the threats described above.

- **Using threats, coercion, and intimidation** to force Plaintiff into compliance with **unlawful demands**.

198. **Coercion and Extortion:** By engaging in these unlawful and unconstitutional actions, Defendants knowingly engaged in coercion and extortion,

[AMENDED] VERIFIED COMPLAINT FOR FRAUD, BREACH OF CONTRACT, THEFT, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, CONSPIRACY, RACKETEERING, KIDNAPPING, TORTURE, and SUMMARY JUDGEMENT AS A MATTER OF LAW

using threats to unlawfully influence or compel Plaintiff to act against their interests or submit to Defendants' fraudulent claims.

199. **Harm to Plaintiff:** Defendants' **extortionate actions** directly harmed Plaintiff by:

- **Depriving Plaintiff of their rights or property** under **duress or threat** of further deprivation and harm.
- **Forcing Plaintiff into submission through unlawful intimidation and threats**.
- **Inflicting financial, reputational, and legal damages** through coercive tactics.

200. **Unjust Enrichment of Defendants:** Defendants made these extortionate demands with full knowledge of their unlawfulness, intending to benefit from the coerced conduct. Defendants' fraudulent and coercive actions have resulted in unjust enrichment, which demands restitution under the principles of equity and common law fraud.

201. **Private Right of Action:** Plaintiff assert a **private right of action** under:

- **18 U.S.C. § 873 (Extortion by Officers or Employees of the United States)** – Provides a **civil remedy** for individuals who have been victims of extortion.
- **18 U.S.C. § 878 (Threats and Extortion Against Foreign Officials, Official Guests, or Internationally Protected Persons)** – Establishes penalties for **coercion, threats, and extortionate demands** tied to federally protected persons or entities.
- **Civil RICO (18 U.S.C. § 1964)** – Allows Plaintiff to pursue damages **when extortion is tied to racketeering activities** that involve **coercive tactics to gain unlawful financial benefits**.

202. **Civil Cause of Action for Extortion and Coercion:** Defendants' actions are subject to **private civil liability** for:

- **Compensatory damages** for Plaintiff due to **Defendants' extortion attempts**, which **forced Plaintiff into statutory compliance** through unlawful demands.

- **Punitive damages** for Defendants' **intentional, willful, and malicious extortion** under **18 U.S.C. § 878**, which provides for **criminal penalties** as well as **civil liability** in cases of **coercion, threats, or extortion**.
- **Consequential damages** resulting from **Defendants' coercive actions**, including **financial and reputational harm**.
- **Equitable relief**, including **restitution and the return of any property wrongfully obtained through extortion**.

203. **Violation of Constitutional and Statutory Rights:** Defendants' conduct also constitutes a violation of Plaintiff's constitutional and statutory rights, including but not limited to:

- **Unlawful coercion** and the **deprivation of property**.
- **The use of intimidation and extortion to override due process protections**.
- **Forcing Plaintiff to act against their will under the threat of harm**.
- **Relevant Statutes and Legal Precedent**

204. **18 U.S. Code § 878 (Threats and Extortion Against Foreign Officials, Official Guests, or Internationally Protected Persons)** expressly stipulates:

"*(a) Whoever knowingly and willfully threatens to violate 18 U.S. Code § 112, 18 U.S. Code § 1116, or 18 U.S. Code § 1201 shall be fined under this title or imprisoned not more than five years, or both, except that imprisonment for a threatened assault shall not exceed three years.*

*(b) Whoever in connection with any violation of subsection (a) or actual violation of 18 U.S. Code § 112, 18 U.S. Code § 1116, or 18 U.S. Code § 1201 makes any extortionate demand shall be fined under this title or imprisoned not more than twenty years, or both.*

*(c) For the purpose of this section, "foreign official," "internationally protected person," "national of the United States," and "official guest" shall have the same meanings as those provided in 18 U.S. Code § 1116(a).*

*(d) If the victim of an offense under subsection (a) is an internationally*

*protected person outside the United States, the United States may exercise jurisdiction over the offense if:*

*- The victim is a representative, officer, employee, or agent of the United States.*

*- The offender is a national of the United States.*

*- The offender is afterward found in the United States.*

205. **Relief Sought:** Plaintiff seeks the following **civil and equitable remedies**:

- **Compensatory damages** for the harm suffered due to the **unlawful and extortionate conduct** of Defendants.

- **Consequential damages** arising from **Defendants' coercive actions**, including **financial and reputational harm**.

- **Punitive damages** for **Defendants' intentional, malicious, and willful misconduct** in unlawfully **threatening and coercing Plaintiff**.

- **Restitution and disgorgement** of any **wrongfully obtained property or financial gains** resulting from **extortion and coercion**.

- **Equitable relief**, including **an injunction against further coercive or extortionate conduct** by Defendants.

- As a **direct result** of **Defendants' coercion, extortion, and unjust enrichment**, Plaintiff has suffered **financial loss, emotional distress, reputational harm, and the deprivation of their rights under federal law**.

## TENTH (10th) CAUSE OF ACTION
## (For Racketeering against all Defendants)

206. Plaintiff re-asserts and re-affirms and incorporates paragraphs 1 through 205 as if set forth herein.

207. **Defendants' Racketeering Scheme:** Defendants willfully and intentionally engaged in a pattern of racketeering activity designed to defraud, extort, and

unlawfully deprive Plaintiff of their property and rights. This conduct constitutes racketeering under 18 U.S.C. § 1961 et seq., as Defendants engaged in multiple predicate acts of fraud, extortion, mail and wire fraud, conspiracy, and the unlawful assertion of jurisdiction to further their scheme.

208. Defendants' actions include but are not limited to:

- **Fraudulent misrepresentations regarding financial transactions, debt obligations, and the creation of money.**
- **Knowingly asserting false claims of debt to coerce compliance.**
- **Filing fraudulent documents with courts and financial institutions to legitimize unlawful claims.**
- **Attempting to force Plaintiff into their jurisdiction despite being made aware of the lack of jurisdiction.**
- **Conspiring to violate Plaintiff's constitutional rights through coercion, intimidation, and fraudulent legal actions.**

209. Defendants' actions were committed as part of a broader scheme to **extort financial and property interests from Plaintiff through fraudulent and deceptive practices**, demonstrating **a clear pattern of racketeering activity** as defined under **18 U.S.C. § 1961(1)**.

210. **Predicate Acts of Racketeering: Defendants have engaged in multiple predicate acts of racketeering**, including but not limited to:

- **Mail Fraud (18 U.S.C. § 1341)** – Defendants used the U.S. mail and commercial carriers to send **fraudulent documents, false financial claims, and unlawful notices** to deceive Plaintiff.
- **Wire Fraud (18 U.S.C. § 1343)** – Defendants transmitted fraudulent communications via electronic means to further their racketeering scheme.
- **Extortion (18 U.S.C. § 1951, Hobbs Act)** – Defendants used threats, coercion, and intimidation to force Plaintiff to submit to fraudulent demands.

- **Money Laundering (18 U.S.C. §§ 1956, 1957)** – Defendants engaged in financial transactions designed to disguise the fraudulent nature of their activities.

- **Conspiracy to Commit Racketeering (18 U.S.C. § 1962(d))** – Defendants conspired with others to carry out a pattern of racketeering activity with the intent to defraud and extort Plaintiff.

211. **Unlawful Assertion of Jurisdiction as a Racketeering Tactic:** Defendants' **fraudulent assertion of jurisdiction** over Plaintiff is an integral part of their racketeering enterprise. Specifically, Defendants:

- **Falsely claimed authority over Plaintiff despite being notified that no jurisdiction existed.**

- **Attempted to coerce Plaintiff into recognizing an unlawful jurisdiction through fraud, intimidation, and economic duress.**

- **Conspired to use fraudulent legal proceedings as a means to enforce illegitimate claims and extract financial gains from Plaintiff.**

212. This **abuse of legal processes** is a key racketeering tactic that violates **18 U.S.C. §§ 1341, 1343, 1951, and 1962**.

213. **Private Right of Action Under RICO:** Pursuant to **18 U.S.C. § 1964(c) (RICO)**, Plaintiff asserts a **private right of action** for damages resulting from Defendants' **racketeering activities**, including but not limited to:

- **The unlawful deprivation of property and economic resources.**

- **Fraudulent legal claims and financial extortion.**

- **Economic harm, reputational damage, and emotional distress.**

214. **Pattern of Racketeering Activity:** Defendants have engaged in a **pattern of racketeering activity**, demonstrating their intent to:

- **Defraud Plaintiff through false financial claims and fraudulent transactions.**

- **Conceal unlawful financial transactions through fraudulent filings and misrepresentations.**

- **Coerce compliance through threats, deception, and financial manipulation.**

- **Enforce fraudulent claims through the unlawful assertion of jurisdiction.**

215. **Relief Sought:** As a **direct result** of Defendants' **racketeering and fraudulent conduct**, Plaintiff has suffered:

- **Compensatory damages** for financial losses incurred as a result of the racketeering scheme.

- **Treble damages under 18 U.S.C. § 1964(c) (RICO)** due to the **extensive pattern of racketeering activity**.

- **Punitive damages** due to **Defendants' intentional and willful misconduct**.

- **Equitable relief**, including **injunctive relief to prevent further racketeering activity** and **disgorgement of unlawfully obtained property or funds**

## ELEVENTH (11th) CAUSE OF ACTION

## (For Bank Fraud against all Defendants)

216. Plaintiff re-affirms and incorporates paragraphs 1 through 215 as if set forth herein.

217. Plaintiff hereby asserts a cause of action for bank fraud under 12 U.S. Code § 1831, which provides a basis for a **private cause of action** for the unlawful conduct of Defendants.

1. **Violation of 12 U.S. Code § 1831 – Bank Fraud**

   Defendants willfully and intentionally violated 12 U.S. Code § 1831, which expressly stipulates:

   "Whoever knowingly executes, or attempts to execute, a scheme or artifice—

   (1) to defraud a financial institution; or (2) to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of a financial institution, by means of false or fraudulent pretenses, representations, or promises; shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."

2. **Defendants' Scheme to Defraud**

Defendants engaged in a deliberate and fraudulent scheme to defraud a financial institution, specifically by placing fraudulent claims on the property, misrepresenting ownership, and creating false debt instruments, all under false pretenses. These actions were executed with the intent to unlawfully obtain funds, securities, assets, and other property under the custody and control of the financial institution.

3. **Plaintiff's Financial Harm**

The fraudulent conduct perpetrated by Defendants caused substantial financial harm to Plaintiff. By unlawfully manipulating financial assets and misleading the financial institution, Defendants' actions further violated Plaintiff's rights, resulting in significant economic damages.

4. **Damages Sought**

As a result of the Defendants' violations of 12 U.S. Code § 1831, Plaintiff seeks to recover compensatory damages, including but not limited to financial losses, consequential damages, and any other relief the Court deems appropriate. Additionally, Plaintiff seeks punitive damages in order to deter further unlawful conduct

218. Defendants willfully and intentionally violated **18 U.S. Code § 1344 – Bank Fraud**, which expressly stipulates: "**Whoever knowingly executes, or attempts to execute**, a scheme or artifice—(1) to defraud a financial institution; or (2) to obtain any of the **moneys, funds, credits, assets, securities, or other property** owned by, or under the custody or control of a financial institution, by means of false or fraudulent pretenses, representations, or promises; shall be fined not more than **$1,000,000** or imprisoned not more than **30 years, or both**." Defendants engaged in a scheme to defraud the financial institution by placing fraudulent claims on the property, misrepresenting ownership, and creating false debt instruments,

all while under false pretenses. Their actions were designed to obtain funds, securities, and assets unlawfully, further violating Plaintiff's rights and causing financial harm."

### TWELFTH (12th) CAUSE OF ACTION

### (For Fraudulent Transportation and Transfer of Stolen Goods, Property, and Securities against all Defendants)

219. Plaintiff re-affirms and incorporates paragraphs 1 through 218 as if set forth herein.

220. **Defendants' Unlawful Actions:** Defendants willfully and knowingly engaged in the unlawful transportation, transmission, and transfer of stolen, converted, and fraudulently obtained goods, securities, and money across state lines, in violation of:

- **18 U.S. Code § 2314 –** Prohibits the interstate transportation of stolen, converted, or fraudulently obtained property, including securities and money.

- **18 U.S. Code § 2315 –** Prohibits the receipt, possession, concealment, and disposal of stolen or fraudulently obtained goods, securities, or money.

- **15 U.S. Code § 78j (Securities Exchange Act of 1934) –** Prohibits manipulative and deceptive practices in connection with the purchase or sale of securities.

221. Defendants engaged in a coordinated scheme to unlawfully acquire and transfer Plaintiff's property and financial interests, including but not limited to:

- **Real property** fraudulently transferred through **forged deeds and fraudulent filings**.

- **Monetary instruments and negotiable instruments** unlawfully converted through deception and misrepresentation.

- **Financial securities and assets exceeding $5,000 in value** obtained through fraudulent means.

222. **Fraudulent Transfers and Participation in Deceptive Conduct:** Defendants **knowingly participated** in fraudulent transfers of **assets and securities**, including but not limited to:

- **Fabricated financial documents** falsely asserting ownership over Plaintiff's property.
- **Fraudulent deeds and forged instruments** used to unlawfully transfer ownership of Plaintiff's assets.
- **Misrepresentation of financial obligations** designed to coerce Plaintiff into **accepting false claims**.

223. These fraudulent activities were knowingly executed by Defendants despite being on notice of their illegality, as evidenced by the verified and *unrebutted* commercial affidavits (**Exhibits E, F, G, and H**).

224. **Conspiracy to Defraud:** Defendants conspired to transport and transfer stolen goods, property, and financial securities, with the specific intent to:

- **Deprive Plaintiff of their rightful assets.**
- **Conceal the fraudulent nature of their acquisitions.**
- **Manipulate financial records to create the appearance of legitimacy.**

225. This conspiracy violates 15 U.S. Code § 78j, which prohibits fraud, misrepresentation, and deceptive conduct in the sale or transfer of securities.

226. **Execution of Fraudulent and Unlawful Transfers:** Defendants' scheme to unlawfully transfer Plaintiff's property, including financial securities, was executed without legal authority or justification, demonstrating:

- **Intentional misrepresentation** in legal filings and financial records.
- **Knowingly transferring stolen and fraudulently acquired assets**.
- **Utilizing deceptive practices to obscure the unlawful nature of their transactions**.

227. **Violations of the Fair Debt Collection Practices Act (FDCPA):** As further evidenced by the unrebutted commercial affidavits, Defendants engaged in fraudulent debt collection practices, in violation of:

- **15 U.S. Code § 1692 (FDCPA) –** Prohibits deceptive and misleading debt collection practices.

- **15 U.S. Code § 1692e –** Prohibits false representations and deceptive conduct in the collection of debts.

- **15 U.S. Code § 1692f –** Prohibits unfair or unconscionable means to collect or attempt to collect any debt.

228. Defendants:

- **Falsely represented financial obligations** through fraudulent documents and fabricated debt instruments.

- **Coerced Plaintiff into compliance** using unlawful and deceptive tactics.

- **Attempted to mislead Plaintiff into relinquishing property, funds, or assets** under false pretenses.

229. **Harm and Financial Loss:** As a **direct result** of Defendants' unlawful conduct, Plaintiff has suffered:

- **The wrongful deprivation of property and financial securities.**

- **Significant emotional distress and reputational harm.**

- **Financial damages resulting from forced legal proceedings to reclaim unlawfully transferred assets.**

- **Loss of revenue**

230. **Private Right of Action and Relief Sought:** Plaintiff asserts a private right of action under:

- **18 U.S.C. § 2314 and § 2315 –** Plaintiff seeks full **compensatory and treble damages** for losses incurred due to Defendants' fraudulent transfer and transportation of stolen property.

- **15 U.S. Code § 78j –** Plaintiff seeks **injunctive relief** and **damages** for Defendants' deceptive and fraudulent securities transactions.
- **15 U.S. Code § 1692k (FDCPA) –** Plaintiff is entitled to:
  - o **Actual damages** for financial loss.
  - o **Statutory damages** due to Defendants' deceptive debt collection practices.
  - o **Attorney's fees and costs** associated with enforcing their rights.

231. Defendants have engaged in a systematic scheme to fraudulently transport and transfer stolen property, securities, and financial instruments, in violation of federal racketeering, fraud, and debt collection laws. Plaintiff seeks full redress, damages, and equitable relief as provided under all applicable laws.

## THIRTEENTH (13th) CAUSE OF ACTION
### (For Torture against all Defendants)

232. Plaintiff re-affirms and incorporates paragraphs 1 through 231 as if set forth herein.

233. **Defendants' Unlawful and Unconstitutional Acts:** Defendants willfully and intentionally subjected Plaintiff to unlawful and unconstitutional arrest, detention, and involuntary imprisonment, constituting torture and cruel, inhuman, and degrading treatment in violation of federal and international law. Defendants' actions include but are not limited to:

- **The unlawful deprivation of Plaintiff's liberty *without* due process of law.**
- **The use of coercion, threats, and force to compel Plaintiff into compliance.**
- **The infliction of severe mental, emotional, and physical distress.**
- **Deliberate indifference to Plaintiff's constitutional and human rights.**

234. These actions constitute acts of torture, as defined under 18 U.S.C. § 2340 and § 2340A (Torture Statute), which prohibits acts intended to inflict severe pain or suffering, whether physical or mental, upon a person in custody or control of government officials or agents.

235. **Unlawful Arrest and Involuntary Imprisonment as Torture:** Defendants acted **under the color of law** to unlawfully seize, detain, and imprison Plaintiff without lawful authority, violating:

- **42 U.S.C. § 1983** – Deprivation of rights under the color of law.
- **42 U.S.C. § 1985** – Conspiracy to interfere with civil rights.
- **42 U.S.C. § 1986** – Neglect to prevent civil rights violations.

236. The false imprisonment and deprivation rights and of liberty were carried out with:

- **No valid warrant or probable cause.**
- **No due process, lawful charges, or legitimate legal justification.**
- **No immediate access to legal counsel, communication, or redress.**

237. Defendants' actions violated Plaintiff's fundamental rights, including but not limited to:

- **The Fourth Amendment** – Protection against **unlawful searches and seizures**.
- **The Fifth and Fourteenth Amendments** – Right to **due process** and **protection against self-incrimination and coercion**.
- **The Eighth Amendment** – Prohibition of **cruel and unusual punishment**, including inhumane treatment.

238. **Mental and Physical Suffering Inflicted:** Defendants' coercive and unlawful tactics caused Plaintiff:

- **Severe emotional and psychological trauma**, including distress, humiliation, and fear.
- **Physical harm and deterioration** due to mistreatment while unlawfully detained.
- **Economic losses, reputational damage, and the deprivation of life, liberty, and property.**

239. Defendants acted with intent to:

- **Break Plaintiff's will through coercion, threats, and duress.**
- **Cause prolonged suffering through unlawful confinement and psychological manipulation.**
- **Force Plaintiff into compliance with fraudulent and unlawful legal proceedings.**

240. **Private Right of Action and Relief Sought:** Plaintiff asserts a private right of action under:

- **18 U.S.C. § 2340A –** Prohibiting acts of torture committed under color of law.
- **42 U.S.C. § 1983 –** Seeking damages for violations of constitutional rights.
- **42 U.S.C. § 1985 –** Seeking damages for conspiracy to violate civil rights.
- **42 U.S.C. § 1986 –** Seeking damages for failure to prevent rights violations.

241. Plaintiff seeks the Following Relief:

- **Compensatory damages** for physical, emotional, and economic harm.
- **Treble damages under 18 U.S.C. § 2340A for acts of torture.**
- **Punitive damages** to deter future unconstitutional conduct.
- **Injunctive relief** to prevent further abuse by Defendants.

242. Defendants deliberately engaged in acts of torture, unlawful imprisonment, and cruel and inhumane treatment under color of law, violating constitutional, statutory, and international human rights protections. Plaintiff demand full redress, damages, and equitable relief as provided under all applicable laws.

## FOURTEENTH (14th) CAUSE OF ACTION
### (For Kidnapping against all Defendants)

243. Plaintiff re-affirms and incorporates paragraphs 1 through 242 as if fully set forth herein.

244. **Defendants' Unlawful and Unconstitutional Acts:** Defendants willfully and intentionally engaged in the unlawful seizure, detention, and forced transportation of Plaintiff against their will, constituting kidnapping under federal law. Defendants' actions include but are not limited to:

- **The unlawful deprivation of Plaintiff's liberty through force, threats, deception, or coercion.**
- **The illegal arrest, detention, and transportation of Plaintiff without lawful authority or due process.**
- **The use of intimidation and duress to compel Plaintiff into submission.**
- **The refusal to recognize Plaintiff's constitutional protections and lawful objections.**

245. These actions constitute kidnapping as defined under 18 U.S.C. § 1201(a) (Federal Kidnapping Act), which states:

> "***Whoever*** *unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person, except in the case of a minor by the parent thereof, when— (1) the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported; (2) the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the offense; (3) any person is kidnapped within the special maritime and territorial jurisdiction of the United States; or (4) the offense involves a foreign official, an internationally protected person, or an official guest as those terms are defined in section 1116(b) of this title, shall be punished by imprisonment for any term of years or for life."*

246. **Unlawful Arrest and Forced Detention as Kidnapping:** Defendants acted under the color of law to unlawfully seize, detain, and transport Plaintiff without legal authority, in violation of:

- **42 U.S.C. § 1983** – Deprivation of rights under color of law.

- **42 U.S.C. § 1985 –** Conspiracy to interfere with civil rights.
- **42 U.S.C. § 1986 –** Neglect to prevent civil rights violations.

247. The false arrest and forced detention were executed:

- **Without a valid warrant, probable cause, or lawful justification.**
- **Without providing Plaintiff with due process or access to legal representation.**
- **Through threats, coercion, and physical restraint, depriving Plaintiff of their freedom.**

248. Defendants' actions violated Plaintiff's constitutional rights, including:

- **The Fourth Amendment –** Protection against **unlawful searches and seizures**.
- **The Fifth and Fourteenth Amendments –** Right to **due process** and **protection from unlawful detention**.
- **The Eighth Amendment –** Prohibition of **cruel and unusual punishment**.
- **Forced Transportation and Deprivation of Liberty**

249. Defendants kidnapped Plaintiff by physically restraining, transporting, and detaining them against their will under fraudulent and unlawful pretense, including but not limited to:

- **Forcing Plaintiff into custody without lawful authority.**
- **Transporting Plaintiff against their will to an undisclosed or unauthorized location.**
- **Detaining Plaintiff unlawfully while depriving them of communication and legal recourse.**

250. These actions constitute kidnapping and unlawful imprisonment, carried out willfully and with deliberate intent to deprive Plaintiff of their rights.

251. **Harm and Damages Suffered:** As a **direct result** of Defendants' unlawful conduct, Plaintiff suffered:

- **Severe emotional distress, trauma, and psychological harm.**
- **Physical harm resulting from unlawful restraint and detention.**
- **Reputational damage, loss of income, and deprivation of life, liberty, and property.**

252. **Private Right of Action and Relief Sought:** Plaintiff asserts a private right of action under:

- **18 U.S.C. § 1201(a) (Federal Kidnapping Act) –** Prohibits the unlawful seizure and transportation of individuals.
- **42 U.S.C. § 1983 –** Provides for civil liability for those acting under color of law who deprive individuals of their constitutional rights.
- **42 U.S.C. § 1985 –** Prohibits conspiracies to interfere with constitutional rights, including unlawful abduction.
- **42 U.S.C. § 1986 –** Holds those accountable who fail to prevent civil rights violations.

253. **Plaintiff seeks the Following Relief:**

- **Compensatory damages** for emotional, physical, and financial harm.
- **Treble damages under 18 U.S.C. § 1201 for acts of kidnapping.**
- **Punitive damages** to deter future unlawful detentions and abductions.
- **Injunctive relief** to prevent further unlawful acts by Defendants.

254. Defendants **willfully and unlawfully seized, transported, and detained Plaintiff against their will**, **depriving them of their fundamental rights**. Plaintiff demand **full redress, damages, and equitable relief under all applicable laws**.

### *FIFTEENTH (15th) CAUSE OF ACTION*
### (Forced Peonage — Against all Defendants)

255. Plaintiff re-affirms and incorporates paragraphs 1 through 254 as if fully set forth herein.

256. **Defendants' Unlawful and Unconstitutional Acts:** Defendants willfully and intentionally subjected Plaintiff to forced peonage, involuntary servitude, and

economic coercion, in violation of federal law and constitutional protections. Plaintiff was unlawfully compelled to work, perform obligations, or comply with fraudulent demands under duress, coercion, and the threat of legal and financial penalties, including but not limited to:

- **Unlawful and unconstitutional enforcement of financial claims without due process.**
- **Compelling Plaintiff to pay or perform under threats of arrest, asset seizure, or legal action.**
- **Depriving Plaintiff of their right to be free from involuntary servitude and forced labor.**
- **Using fraud, coercion, and intimidation to impose involuntary financial and contractual obligations.**

257. These actions constitute peonage and forced servitude under **18 U.S.C. § 1581 (Peonage Law), 18 U.S.C. § 1584 (Involuntary Servitude)**, and the **Thirteenth Amendment** of the United States **Constitution**, which prohibit:

> "*Holding or returning any person to a condition of peonage, or arresting them with the intent to place them in such condition.*"

> "*Knowingly and willfully holding any person in involuntary servitude, except as punishment for a crime whereof the party has been duly convicted.*"

258. **Defendants' Scheme to Enforce Peonage Through Coercion and Threats:** Defendants acted under color of law to compel Plaintiff into compliance with fraudulent financial and legal demands, in violation of:

- **42 U.S.C. § 1983 –** Deprivation of rights under color of law.
- **42 U.S.C. § 1985 –** Conspiracy to interfere with civil rights.
- **42 U.S.C. § 1986 –** Neglect to prevent civil rights violations.
- **15 U.S.C. § 1692 (FDCPA) –** Prohibiting fraudulent and coercive financial demands.

259. Defendants' actions forced Plaintiff into involuntary compliance by:

- **Threatening financial ruin, legal penalties, and physical confinement to compel labor, payment, or performance.**
- **Fabricating legal claims and financial obligations to keep Plaintiff in a cycle of perpetual servitude.**
- **Illegally seizing or threatening to seize Plaintiff's property to enforce compliance.**
- **Coercing Plaintiff into fraudulent contractual agreements under economic duress.**

260. **Economic Coercion as a Form of Peonage:** Defendants' fraudulent enforcement of obligations through **threats, coercion, and economic restraint** constitutes **forced peonage**, as:

- **Plaintiff was unlawfully and unconstitutionally extorted and coerced to pay or perform under threat of harm.**
- **Defendants unlawfully asserted financial and legal control over Plaintiff's lives.**
- **Plaintiff were deprived of the ability to challenge these fraudulent claims without severe financial and legal consequences.**

261. Defendants utilized legal and financial mechanisms to create a system of involuntary servitude, using debt, force, and coercion as tools of control, violating:

- **18 U.S.C. § 1581 –** Peonage, compelling a person to work off a debt through force or threat.
- **18 U.S.C. § 1584 –** Involuntary servitude, unlawfully coercing an individual to labor against their will.
- **The Thirteenth Amendment –** Prohibiting slavery and involuntary servitude except as punishment for a crime after due process.

262. **Harm and Damages Suffered:** As a **direct result** of Defendants' actions, Plaintiff has suffered:

- **Severe financial losses due to unlawful coercion.**

- **Emotional distress, mental anguish, and reputational damage.**
- **Deprivation of rights, property, and economic independence.**

263. **Private Right of Action and Relief Sought:** Plaintiff asserts a private right of action under:

- **18 U.S.C. § 1581 (Peonage Law)** – Prohibiting forced labor or servitude under threat or coercion.
- **18 U.S.C. § 1584 (Involuntary Servitude)** – Prohibiting the use of force or legal coercion to enslave or control individuals.
- **42 U.S.C. § 1983** – Civil remedy for deprivation of rights under color of law.
- **42 U.S.C. § 1985** – Prohibiting conspiracies to interfere with constitutional rights, including economic servitude.
- **42 U.S.C. § 1986** – Liability for failing to prevent civil rights violations.
- **15 U.S.C. § 1692 (FDCPA)** – Prohibiting deceptive financial practices and coercion.

264. **Plaintiff seeks the Following Relief:**

- **Compensatory damages** for financial, emotional, and reputational harm.
- **Treble damages under 18 U.S.C. § 1581 for forced peonage.**
- **Punitive damages** to deter future unconstitutional conduct.
- **Injunctive relief** to prevent further acts of peonage and forced servitude.

265. Defendants **willfully engaged in the unlawful imposition of forced peonage and economic servitude**, violating **constitutional, statutory, and human rights protections**. Plaintiff respectfully demands **full redress, damages, and equitable relief under all applicable laws**.

### SIXTEENTH (16th) CAUSE OF ACTION

### (Unlawful Interference, Intimidation, Extortion, and Emotional Distress — Against all Defendants)

266. Plaintiff re-affirms and incorporates paragraphs 1 through 265 as if fully set forth herein.

267. **Defendants' Unlawful Conduct:** Defendants willfully and knowingly engaged in unlawful interference, intimidation, and extortion, designed to coerce, manipulate, and deprive Plaintiff of their rights, property, and economic interests. This conduct included:

- **Threats of violence, intimidation, and coercion** to force Plaintiff into compliance with unlawful demands.
- **Intentional disruption of Plaintiff's business and economic pursuits** through extortionate tactics.
- **Use of fear and duress to interfere with Plaintiff's lawful activities**.
- Defendants' actions were **malicious, unlawful, and calculated to inflict harm**, constituting violations of:
- **18 U.S.C. § 1951 (Hobbs Act)** – Prohibiting extortion through wrongful use of force, violence, or threats.
- **18 U.S.C. § 875** – Criminalizing threats made through electronic communication.
- **42 U.S.C. § 1983** – Prohibiting deprivation of rights under color of law.
- **42 U.S.C. § 1985** – Prohibiting conspiracies to interfere with civil rights.
- **42 U.S.C. § 1986** – Holding accountable those who fail to prevent civil rights violations.

268. **Threats and Coercion:** Defendants **intentionally engaged in coercive tactics** designed to instill fear and force Plaintiff to act against their will. These threats:

- **Were communicated through electronic means, written correspondence, and verbal intimidation.**
- **Included explicit and implicit threats of harm, financial ruin, and legal repercussions.**
- **Were aimed at coercing Plaintiff into relinquishing their property, business interests, or legal rights.**

269. Defendants' admissions in their *unrebutted* **affidavits** confirm that these threats were made with the specific intent to intimidate, coerce, and interfere with Plaintiff's lawful activities. These affidavits, being uncontested, must be deemed as established facts under applicable legal principles.

270. **Resulting Economic and Emotional Harm:** As a direct and proximate result of Defendants' wrongful conduct, Plaintiff suffered:

**A. Economic Damages**

- **Loss of business opportunities and revenue** due to Defendants' intentional interference.

- **Damage to Plaintiff's business reputation** caused by Defendants' wrongful conduct.

- **Significant financial losses** stemming from extortionate demands and threats.

**B. Emotional Distress**

- **Severe emotional trauma, humiliation, and anxiety** inflicted through threats and coercion.

- **Psychological harm** resulting from Defendants' reckless disregard for Plaintiff's well-being.

- **Mental anguish caused by intimidation and wrongful interference with Plaintiff's livelihood.**

271. These damages, detailed in Plaintiff's *unrebutted* **affidavits**, remain unchallenged by Defendants and must therefore be accepted as true and dispositive.

272. **Extortionate Conduct:** Defendants' actions constitute extortion under 18 U.S.C. § 1951 (Hobbs Act), which criminalizes:

> *"The obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right."*

273. Defendants' acts included:

- **Coercing Plaintiff into relinquishing property, services, or financial assets.**
- **Coercing and forcing Plaintiff to act against their will under threat of harm, legal consequences, or financial destruction.**
- **Engaging in fraud and intimidation to deprive Plaintiff of their rightful property and business interests.**

274. These acts, documented in Plaintiff's unrebutted affidavits, remain uncontested and must be accepted as legal fact.

275. **Outrageous and Extreme Behavior:** Defendants' conduct was extreme, outrageous, and beyond all bounds of decency, demonstrating:

- **A reckless disregard for Plaintiff's economic and personal well-being.**
- **Deliberate efforts to manipulate, threaten, and coerce Plaintiff into compliance with unlawful demands.**
- **A willful intent to disrupt Plaintiff's lives through intimidation, extortion, and fraud.**

276. **Damages and Relief:** As a **direct and proximate result** of Defendants' unlawful acts, Plaintiff seeks the following relief:

**A. Compensatory Damages**

- **Restitution for financial losses** resulting from unlawful interference and extortion.
- **Damages for severe emotional distress** and psychological harm.
- **Recovery of expenses, including legal costs incurred to defend against Defendants' intimidation tactics.**

B. **Punitive Damages**

- **To punish Defendants for their willful, malicious, and unlawful conduct.**
- **To deter similar wrongful actions in the future.**

**C. Other Relief**

- **Injunctive relief** to prevent further intimidation, interference, and extortion by Defendants.

- **Any additional relief deemed just and appropriate by the Court.**

277. *Unrebutted* **Affidavits and Legal Entitlement:** Defendants failed to rebut Plaintiff's sworn affidavits, which provide uncontested evidence of unlawful interference, intimidation, and extortion. Under established legal principles, these affidavits must be deemed as true and dispositive.

278. Defendants *willfully* engaged in a coordinated scheme of intimidation, extortion, and interference, violating federal law, constitutional protections, and civil rights statutes. Plaintiff respectfully demands full redress, compensatory and punitive damages, and equitable relief under all applicable laws

## SEVENTEENTH (17th) CAUSE OF ACTION

## (Declaratory Judgement and Relief — Against all Defendants)

279. Plaintiff re-affirms and incorporates paragraphs 1 through 278 as if fully set forth herein.

280. **Nature of the Relief Sought:** Plaintiff seeks a **declaratory judgment** affirming that Defendants have engaged in **unlawful, fraudulent, and injurious conduct** and that Plaintiff is entitled to **immediate legal and equitable relief** as a matter of law. This Court is empowered under **28 U.S.C. § 2201 (Declaratory Judgment Act)** to declare the rights, status, and legal relations of the parties in this matter.

281. Plaintiff further asserts that all facts, claims, and allegations stated herein have been unrebutted and, under applicable law, must be deemed true and dispositive. Accordingly, Plaintiff is entitled to a declaratory judgment confirming the following:

### 1. Fraud and Misrepresentation

Defendants knowingly engaged in **fraudulent misrepresentation** by falsifying financial obligations, misrepresenting material facts, and asserting authority they did not lawfully possess. Plaintiff seeks a declaration that Defendants' actions constitute **fraud in the factum** and **fraudulent**

**inducement**, rendering all transactions, claims, and agreements void ab initio.

## 2. Breach of Contract

Defendants **willfully and intentionally breached contractual obligations**, violating express and implied agreements, including but not limited to fraudulently created financial obligations. Plaintiff seeks a declaration that Defendants' conduct constitutes **a material breach**, entitling Plaintiff to **full restitution and damages**.

## 3. Theft, Embezzlement, and Fraudulent Misapplication of Funds and Assets

Defendants unlawfully took possession of, converted, or misapplied funds and assets belonging to Plaintiff, in violation of **18 U.S.C. §§ 656 and 666**. Plaintiff seeks a declaration confirming Defendants' **unlawful appropriation of funds and assets**, requiring **full restitution and treble damages**.

## 4. Fraud, Forgery, and Unauthorized Use of Identity

Defendants engaged in **identity theft, forgery, and fraud**, fabricating false claims and documents to manipulate legal and financial proceedings. Plaintiff seeks a declaration that all fraudulent claims, transactions, and instruments are **null and void** as a matter of law.

## 5. Monopolization of Trade and Commerce, and Unfair Business Practices

Defendants conspired to monopolize trade, restrict competition, and restrain commerce through fraudulent and unfair practices, violating **15 U.S.C. § 2**. Plaintiff seeks a declaration that Defendants' **anticompetitive and monopolistic conduct** renders all related transactions **unenforceable and unlawful**.

## 6. Deprivation of Rights Under Color of Law

Defendants, acting under **color of law**, **deprived Plaintiff of fundamental rights** in violation of **42 U.S.C. § 1983**. Plaintiff seeks a declaration that

Defendants **violated Plaintiff's constitutionally protected rights** and are **liable for compensatory and punitive damages**.

### 7. Receiving Extortion Proceeds

Defendants **knowingly received and benefited from proceeds obtained through extortion**, violating **18 U.S.C. § 880**. Plaintiff seeks a declaration confirming Defendants' **unjust enrichment through criminal means**, requiring full disgorgement and treble damages.

### 8. False Pretenses and Fraud

Defendants engaged in **fraudulent misrepresentation and false pretenses** to unlawfully obtain assets, violating **18 U.S.C. § 1341**. Plaintiff seeks a declaration that all fraudulently obtained property, funds, and assets **must be returned to Plaintiff immediately**.

### 9. Threats and Extortion

Defendants engaged in **coercion, intimidation, and extortion**, in violation of **18 U.S.C. § 1951 (Hobbs Act)**. Plaintiff seeks a declaration that Defendants **engaged in unlawful threats and extortion**, entitling Plaintiff to **full compensatory and punitive damages**.

### 10. Racketeering (RICO Violations)

Defendants engaged in a **pattern of racketeering activity** under **18 U.S.C. § 1961 et seq.**, including fraud, extortion, and money laundering. Plaintiff seek a declaration confirming Defendants' **criminal liability under RICO**, entitling Plaintiff to **treble damages and injunctive relief**.

### 11. Bank Fraud

Defendants engaged in **fraudulent banking transactions**, violating **18 U.S.C. § 1344**. Plaintiff seeks a declaration that Defendants' **fraudulent banking practices render all related claims and transactions void**.

### 12. Fraudulent Transportation and Transfer of Stolen Goods and Securities

Defendants unlawfully transported stolen property, securities, and financial instruments across state lines, violating **18 U.S.C. §§ 2314 and 2315**. Plaintiff respectfully seeks a declaration that all fraudulently transferred assets **must be immediately returned**.

### 13. Torture

Defendants engaged in **torture through unlawful imprisonment, coercion, and psychological abuse**, violating **18 U.S.C. § 2340A**. Plaintiff seeks a declaration confirming Defendants' **liability for cruel, inhuman, and degrading treatment**.

### 14. Kidnapping

Defendants unlawfully **seized, detained, and transported Plaintiff against their will**, violating **18 U.S.C. § 1201**. Plaintiff seeks a declaration confirming that Defendants engaged in **criminal kidnapping**, entitling Plaintiff to **treble damages**.

### 15. Forced Peonage

Defendants subjected Plaintiff to **economic servitude and forced labor**, violating **18 U.S.C. § 1581**. Plaintiff seeks a declaration confirming that Defendants engaged in **forced peonage**, requiring **full restitution and injunctive relief**.

### 16. Unlawful Interference, Intimidation, Extortion, and Emotional Distress

Defendants engaged in **extreme and outrageous conduct**, causing economic harm and severe emotional distress. Plaintiff seeks a declaration that Defendants are **liable for intentional infliction of emotional distress and unlawful business interference**.

282. **Declaratory Judgment and Relief Requested:** Based on the uncontested and *unrebutted* **affidavits** submitted by Plaintiff, which Defendants failed to dispute, Plaintiff's request that this Court enter a declaratory judgment confirming the following:

- **All fraudulent claims, financial instruments, and transactions asserted by Defendants are null and void as a matter of law.**

- **Defendants engaged in willful violations of federal and constitutional law and are liable for all resulting damages.**

- **Plaintiff is entitled to immediate relief, including the return of all unlawfully taken property, financial assets, and securities.**

- **Defendants' fraudulent actions constitute RICO violations, entitling Plaintiff to treble damages and injunctive relief.**

283. **Demand for Summary Judgment:** As a matter of uncontested fact and law, Plaintiff respectfully demands summary judgment confirming Defendants' liability for all causes of action stated herein and granting:

- **A final judgment in favor of Plaintiff in the amount of One Trillion Dollars ($1,000,000,000,000.00) in lawfully recognized currency, such as gold and silver coin, as authorized under Article I, Section 10, Clause 1 of the U.S. Constitution.**

- **A perfected lien against Defendants' assets in satisfaction of this judgment.**

- **Any and all additional relief deemed just and appropriate by the Court.**

284. Defendants' failure to rebut Plaintiff's sworn affidavits constitutes tacit admission of all claims asserted herein. Plaintiff is therefore entitled to declaratory and summary judgment as a matter of law.

## EIGHTEENTH (18th) CAUSE OF ACTION

## (Summary Judgement as _a Matter of Law_ — Against all Defendants)

285. Plaintiff re-affirms and incorporates paragraphs 1 through 284 as if fully set forth herein.

286. Plaintiff respectfully moves for **summary judgment** in their favor as the **undisputed material facts** establish Defendants' **liability** under the clear, enforceable terms of the **Contract and Security Agreement**. As a matter of law, Defendants have:

- **Explicitly stipulated and accepted**, through their conduct and inaction, a **binding judgment, summary judgment, and lien authorization** (pursuant to **U.C.C. § 9-509**).

- **Accepted liability in the agreed-upon amount of** One Trillion Dollars **($1,000,000,000,000.00) in lawfully recognized currency, such as gold and silver coin, as authorized under Article I, Section 10, Clause 1 of the U.S. Constitution**, as evidenced by their failure to rebut the *unrebutted* **commercial affidavits** and the **self-executing Contract and Security Agreement**.

- **Waived any grounds to contest this judgment** through **tacit procuration, silent acquiescence, and willful default**.

287. Defendants were **duly served** with the necessary legal instruments, including:

- *Unrebutted* **affidavits establishing the facts** of this case.

- **Contract and Security Agreement**—confirmed and accepted via USPS **Registered, Express, and/or Certified Mail (Form 3811). See exhibits E, F, G, and H.**

- **Public notices and filings confirming Defendants' default and consent to judgment.**

288. Application of **Rule 56 of the Federal Rules of Civil Procedure:** Under Rule 56(a) of the Federal Rules of Civil Procedure, summary judgment must be granted when:

> *"The movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."*

289. The undisputed, unrebutted commercial affidavits conclusively establish:

- **Defendants' liability** under the Contract and Security Agreement.

- **Defendants' failure to rebut or contest the claims**, making all facts stated therein legally binding.

- **Defendants' waiver of defenses and objections** due to willful silence and acquiescence.

290. Since all material facts have been admitted and remain undisputed, Plaintiff is entitled to summary judgment as a matter of law.

291. **Application of Legal Doctrines:** Pursuant to well-established legal principles, **this matter is conclusively settled** and cannot be contested:

- **Res Judicata –** The matters presented in Plaintiff's affidavits are **final and binding**, precluding Defendants from raising any new defenses or objections.
- **Collateral Estoppel –** The **administrative findings** contained in Plaintiff's unrebutted affidavits are **conclusive and enforceable** as a matter of law.
- **Stare Decisis –** The legal issues presented in this case have been established through precedent and must be applied consistently.

292. Given these uncontested facts, there is no genuine issue of material fact, making summary judgment appropriate as a matter of law.

293. **California Code of Civil Procedure § 437c(a):** Under California Code of Civil Procedure § 437c(a):

> "A party may move for summary judgment if it is contended that the action has no merit or that there is no defense to the action. The motion shall be granted if all the papers submitted show that there is no triable issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."

294. Since all material facts have been deemed admitted and remain undisputed, Plaintiff is entitled to judgment in their favor.

## CLAIM, REQUEST, and DEMAND FOR RELIEF:

295. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 294 as if fully set forth herein.

296. Plaintiff **respectfully and honorably** demands the following relief:

1. Summary Judgment as a matter of law,  in the Amount of One Trillion Dollars ($1,000,000,000,000.00) in lawfully recognized currency, such as **gold and silver coin**, as authorized under Article I, Section 10, Clause 1 of the U.S. Constitution.

- **Liquidated damages** as agreed upon in the Contract and Security Agreement.
- **Full satisfaction of all claims through enforcement of the perfected lien.**

2. <u>Permanent Injunction</u> **Against Defendants**
   - **Prohibiting further fraud, extortion, coercion, and unlawful interference.**
   - **Ordering the immediate cessation of all unlawful acts affecting Plaintiff's rights and property.**

3. **Compensatory and Treble Damages**
   - **Full restitution for all property, assets, and funds wrongfully taken or transferred.**
   - **Treble damages under applicable statutes, including RICO violations (18 U.S.C. § 1964(c)).**

4. **Declaratory Judgment Affirming Defendants' Liability**
   - **Confirming that all fraudulent claims, documents, and transactions asserted by Defendants are null and void.**
   - **Affirming that Defendants have willfully violated federal and state laws, entitling Plaintiff to full legal and equitable relief.**

5. **Enforcement of the Lien Against Defendants' Assets**
   - **Perfected lien under U.C.C. § 9-509, securing Plaintiff's claims against all property, accounts, and holdings of Defendants.**
   - **Immediate liquidation of assets to satisfy judgment.**

6. **Any Additional Relief Deemed Just and Proper by the Court.**

7. Defendants have **failed to rebut** the sworn commercial affidavits, have **waived all defenses through silence**, and are **bound by the terms of the Contract and Security Agreement**. Under **Rule 56 of the Federal Rules of Civil Procedure**, Plaintiff is entitled to **immediate**

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — Dated: April 17, 2025

**summary judgment, full relief, and enforcement of all remedies requested herein**.

111. **Exhibits "A" through "BB,"** which include the unrebutted commercial affidavits and related documentation establishing Defendants' tacit agreement and the undisputed merit and validity of Plaintiff's claims.

//

# LIST OF EXHIBITS / EVIDENCE:

1. E**xhibit A:  Affidavit: Power of Attorney In Fact'**

2. E**xhibit B:**  Hold Harmless Agreement

3. E**xhibit C:**  Private UCC Contract Trust/UCC1 filing #**2024385925-4**.

4. E**xhibit D:** Private UCC Contract Trust/UCC3 filing ##**2024402990-2** .

5. E **Exhibit E**: Contract Security Agreement #RF775820621US, titled: NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

6. **Exhibit F**: Contract Security Agreement #RF775821088US, titled: NOTICE OF DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON

7. **Exhibit G**: Contract Security Agreement #RF775822582US, titled: NOTICE OF DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, KIDNAPPING.

8. **Exhibit H**: Contract Security Agreement #RF775823645US, titled:  Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION.

9. **Exhibit I**: Form 3811 corresponding to Exhibit E.

10. **Exhibit J**: Form 3811 corresponding to Exhibit F.

11. **Exhibit K**: Form 3811 corresponding to Exhibit G.

12. **Exhibit L**: Form 3811 corresponding to Exhibit H.

13. E**xhibit M**: INVOICE/TRUE BILL #RIVSHERTREAS12312024

14. E**xhibit N**: Copy of 'MASTER DISCHARGE AND INDEMNITY BOND' #RF661448567US.

15.**Exhibit O**: Photograph(s) of Defendant/Respondent Gregory D Eastwood.

16. **Exhibit P**: Photograph(s) of Defendant/Respondent Robert C V Bowman.

17. **Exhibit Q**: Photograph(s) of Defendant/Respondent Willam Pratt.

18. E**xhibit R:** Affidavit 'Right to Travel': *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For  Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991

19. **Exhibit S:**  Revocation Termination and Cancelation of Franchise.

20. **Exhibit T:**  CITATION/BOND #TE464702, accepted **under threat, duress, and coercion**.

21. E**xhibit U:**  Private Transport's PRIVATE PLATE displayed on the automobile

22. E**xhibit V:** Copy of "Automobile" and "commercial vehicle" defined by DMV (Department of Motor Vehicles).

23. **Exhibit W**: Copy of CA CODE § 260 from https://leginfo.legislature.ca.gov.

24. **Exhibit X**: national/non-citizen national passport card #C35510079.

25. **Exhibit Y**: national/non-citizen national passport book #A39235161.

26.**Exhibit Z**: ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

27. **Exhibit AA:** A copy of American Bar Association's 'Attorney In Fact' Definition.

28. **Exhibit BB:** A Copy of Rule 8.4: (Misconduct) of the American Bar Association.

//

//

//

//

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — **Dated:** April 17, 2025

# COMMERCIAL OATH AND VERIFICATION:

1

2  County of Riverside                )

3                                      )          Commercial Oath and Verification

4  The State of California            )

5  I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding

6  in good faith being of sound mind states that the facts contained herein are true,

7  correct, complete and not misleading to the best of Affiant's knowledge and belief

8  under penalty of International Commercial Law and state this to be HIS Affidavit of

9  Truth regarding same signed and sealed this <u>17TH</u> day of <u>APRIL</u> in the year of Our

10 Lord two thousand and twenty five:

11          proceeding *sui juris, In Propria Persona, by Special Limited Appearance,*
            **All rights reserved without prejudice and without recourse.**
12

13                  By: _____

14                      Kevin Walker, national, *Secured Party*

Let this document stand as truth before the Almighty Supreme Creator and let it be

15 established before men according as the scriptures saith: *"But if they will not listen, take one*

16 *or two others along, so that every matter may be established by the testimony of two or three*

17 *witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be*

18 *established" 2 Corinthians 13:1.*

19                          *sui juris, By Special Limited* Appearance,

20          By: _____

21                  Donnabelle Mortel  *(Witness)*

22                          *sui juris, By Special Limited* Appearance,

23          By: _____

24                  Corey Walker (Witness)

25

26 //

27 //

28 //

# P R O O F   O F   S E R V I C E

STATE OF CALIFORNIA                    )

                                       )        ss.

COUNTY OF RIVERSIDE                    )

I competent, over the age of eighteen years, and not a party to the within action.  My mailing address is the Delfond Group, care of: 30650 Rancho California Road suite 406-251, Temecula, California [92591].  On or before April 17, 2025, I served the within documents:

**1.        [AMENDED] VERIFIED COMPLAINT FOR FRAUD, BREACH OF CONTRACT, THEFT, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, CONSPIRACY, RACKETEERING, KIDNAPPING, TORTURE, and SUMMARY JUDGEMENT AS *A MATTER OF LAW*.**

**2.                      Exhibits A through BB.**

**3.        NOTICE OF FILING FIRST AMENDED VERIFIED COMPLAINT AS A MATTER OF COURSE**

**By United States Mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

**Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas Gruwell,**
C/o RIVERSIDE SHERIFF
30755-D Auld Road, Suite L-067
Murrieta, California [92563]

Registered Mail #RF775824929US

**Steven-Arthur: Sherman**
C/o STEVEN ARTHUR SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]
**Registered Mail** #RF775824932US, with form 3811

**Chad: Bianco**
C/o  RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
**Registered Mail** #RF775824946US, with form 3811

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
350 West 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California [90012]
**Registered Mail** #RF775824950US, with form 3811

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
255 East Temple Street, Suite TS-134
Los Angeles, California [90012]
**Registered Mail** #RF775824977US, with form 3811

**Pam Bondi**
C/o U.S. Department of Justice
950 Pennsylvania Avenue, North West
Washington, District of Colombia [20530]
**Registered Mail** #RF775824963US, with form 3811

**Miranda Thomson, Michael Hestrin**
C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF THE STATE OF CALIFORNIA
3960 Orange Street
Riverside, California [92501]
**Registered Mail** #RF775825102US, with form 3811

**By Electronic Service.**  Based on a contract, and/or court order, and/or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

**Steven-Arthur: Sherman**
C/o STEVEN ARTHUR SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]
ssherman@law4cops.com
csherman@law4cops.com

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — **Dated:** April 17, 2025

1
2
3
4
5

**Chad: Bianco**
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]
ssherman@law4cops.com
csherman@law4cops.com
rsoscscentral@riversidesheriff.org
jsinz@riversidesheriff.org
wpratt@riversidesheriff.org

6
7
8

**Patricia Guerrero**
C/o Judicial Council of California
455 Gold Gate Avenue
San Francisco, California [94102]
judicialcouncil@jud.ca.gov

9
10
11

**Rob Bonta**
C/o Office of the Attorney General
1300 "I" Street
Sacramento, California [95814-2919]
Police-Practices@doj.ca.gov

12
13
14

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
350 West 1st Street, Courtroom 9B, 9th Floor
Los Angeles, California [90012]
WLH_Chambers@cacd.uscourts.gov

15
16
17

**Clerk, Agent(s), Fiduciary(ies)**
C/o CLERK OF COURT
255 East Temple Street, Suite TS-134
Los Angeles, California [90012]
MAA_Chambers@cacd.uscourts.gov

18
19
20

**Pam Bondi**
C/o U.S. Department of Justice
950 Pennsylvania Avenue, North West
Washington, District of Colombia [20530]
crm.section@usdoj.gov

21
22
23

**Miranda Thomson, Michael Hestrin**
C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE OF THE STATE OF CALIFORNIA
3960 Orange Street
Riverside, California [92501]
DAOffice@rivco.org

24
25
26

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on April 17, 2025 in Riverside County, California.

27
28

_____/s/Corey Walker/_____
Corey Walker

//

Case No.: 5:25-cv-00646-WLH-MAA — Registered Mail #RF775824950US — **Dated: April 17, 2025**

1

### <u>NOTICE</u>:

2   Using a notary on this document does **not** constitute any adhesion, **nor does it alter**

3   **my status in any manner.** The purpose for notary is verification and identification

4   only and not for entrance into any foreign jurisdiction.

5   **//**

6   **//**

7

## <u>ACKNOWLEDGEMENT</u>:

8   State of California                    )

9                                          ) ss.

10  County of Riverside                    )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

11  On this <u>17th</u> day of <u>April</u>, <u>2025</u>, before me,  <u>Joyti Patel</u> , a Notary Public, personally

12  appeared <u>Kevin Walker</u>, who proved to me on the basis of satisfactory evidence to

13  be the person(s) whose name(s) is/are subscribed to the within instrument and

14  acknowledged to me that he/she/they executed the same in his/her/their

15  authorized capacity(ies), and that by his/her/their signature(s) on the instrument

16  the person(s), or the entity upon behalf of which the person(s) acted, executed the

17  instrument.

18  I certify under PENALTY OF PERJURY under the laws of the State of California

19  that the foregoing paragraph is true and correct.

20  WITNESS my hand and official seal.

21  WITNESS my hand and official seal.

22

23  Signature _Joyti Patel_____ (Seal)

> JOYTI PATEL
> Notary Public - California
> Riverside County
> Commission # 2407742
> My Comm. Expires Jul 8, 2026

24  Signature _____ (Seal)

25

26

27

28

-Exhibit A-

CERTIFIED MAIL # 70220410 000174267708

# TRUTH AFFIDAVIT

IN THE NATURE OF SUPPLEMENTAL
RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)
Grant of Exclusive power of attorney to conduct all
tax, business, and legal affairs of principal person.

**Date:** December 3, 2023

## POWER OF ATTORNEY IN FACT

I, KEVIN WALKER, WALKER, KEVIN, KEVIN LEWIS WALKER, WALKER, KEVIN L., WALKER, KEVIN LEWIS, or any derivative thereof, **DEBTOR/ENS LEGIS/BANK/ FINANCIAL INSTITUTION/ARTIFICIAL ENTITY/CORPORATE FICTION**, c/o 5250 Lankershim Blvd Suite 500, North Hollywood, California, do hereby appoint **Kevin: Walker**, **a Living Soul, as Agent with Power of Attorney in Fact**, Non-domestic, c/o 30650 Rancho California Road suite # 406-251, Temecula, California, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized:

(a) To take possession of, hold, and manage my real estate and all other property;

(b) To receive money or property paid or delivered to me from any source;

(c) To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits, to endorse checks, notes or other documents in my name; to have access to, and place items in or remove them from, any safety deposit box standing in my name individually or jointly, and otherwise to conduct bank transactions or business for me in my name;

(d) To pay my just debts and expenses, including reasonable expenses incurred by my Attorney In Fact **Kevin: Walker**, in exercising this **exclusive** power of attorney.

(e) To retain any investments, invest, and to invest in stocks, bonds, or other securities, or in real estate or other property;

CERTIFIED MAIL # 70220410 000174267708

1   (**f**) To give general and special proxies or exercise rights of conversion or rights with respect to shares or

2   securities, to deposit shares or securities with, or transfer them to protective committees or similar

3   bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with

4   shares or securities;

5   (**g**) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for

6   such considerations and on such terms as my Attorney In Fact Kevin: Walker, may consider prudent;

7   (**h**) To improve or develop real estate, to construct, alter, or repair building structures and appurtenances

8   or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant,

9   cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or

10   appropriate to good husbandry.

11   (**i**) To provide for the use, maintenance, repair, security, or storage of my tangible property;

12   (**j**) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as

13   my attorney in fact Kevin: Walker may consider prudent;

14

15 The Agent/Living Soul, **Kevin: Walker**, is hereby authorized by law to act for and in control of the

16 **DEBTOR/ENS LEGIS/BANK/FINANCIAL INSTITUTION/ARTIFICIAL ENTITY/**

17 **CORPORATE FICTION**, or any derivative thereof. In addition, through the exclusive power of

18 attorney, to contract for all business and legal affairs of the principal person: WALKER, KEVIN,

19 **DEBTOR/ENS LEGIS/BANK/FINANCIAL INSTITUTION/ARTIFICIAL ENTITY/**

20 **CORPORATE FICTION**. The term "exclusive" shall be construed to mean that while these

21 powers of attorney are in force, only my attorney in fact may obligate me in these matters, and I

22 forfeit the capacity to obligate myself with regard to the same. This grant of Exclusive Power is

23 **Irrevocable** during the lifetime of the Agent/**Living Soul**, **Kevin: Walker**.

24

25       Executed and sealed by the voluntary act of my own hand, this **11th day of December, 2023**. I am.

26 Acceptance:

27

28

KEVIN L. WALKER, GRANTOR

CERTIFIED MAIL # 70220410 000174267708

1   Executed *without* the UNITED STATES, I declare under penalty of perjury under the laws of the united

2   states of America that the foregoing is true and correct. Without Prejudice, UCC § 1-308.

3

4                    I, the above named **exclusive** **A**ttorney In Fact, do hereby
                     Accept the fiduciary interest of the herein-named

5                    **DEBTOR/ENS LEGIS/BANK/FINANCIAL**
                     **INSTITUTION/ARTIFICIAL ENTITY/CORPORATE**

6                    **FICTION** and will execute the herein-granted powers-of-

7                    attorney with due diligence.

8

9                    proceeding sui juris, by *special limited appearance*,
        **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

10                   By: _____

11         **Kevin Walker,** *Authorized Representative, Executor, Attorney In Fact,*
            *Secured Party, Executor,* national, *private bank(er)* EIN # 9x-xxxxxxx

12

13

14  Let this document stand as truth before the Almighty Supreme Creator and let it be established before men
    according as the scriptures saith:  *"But if they will not listen, take one or two others along, so that every*

15  *matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two*
    *or three witnesses, shall every word be established" 2 Corinthians 13:1.*

16                   By *Special Limited* Appearance,
        All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

17

18                   By: _____
           **Donnabelle Escarez Morzel,** sui juris, *private bank(er)* ID # 9x-xxxxxx6

19      *Attorney In Fact,* national, *Authorized Representative, Executor, Secured Party. (WITNESS)*

20                   By *Special Limited* Appearance,
        All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

21

22                   By: _____
           **Corey Delford Walker,** sui juris, *private bank(er)* ID # 9x-xxxxxx7

23      national, *Authorized Representative, Executor, Secured Party.* **(WITNESS)**

24

25

26                            **NOTICE:**

27  Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner.* The
    purpose for notary is verification and identification **only** and not for entrance into **any** foreign jurisdiction.

28

CERTIFIED MAIL # 70220410 000174267708

1

**JURAT**

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

2  State of California        )

                                      ) ss.

3  County of Riverside        )

4  Subscribed and sworn to (of affirmed) before me on this 3rd day of December, 2023, by Kevin Walker, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

5

6  Notary public _Shubhangi R. Zumale_

7  ___Szumale___       Seal:

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-Page 4 of 4-

TRUTH AFFIDAVIT: POWER OF ATTORNEY IN FACT

-Exhibit B-

REGISTERED MAIL# RF 661 448 567 US

# HOLD HARMLESS AND INDEMNITY AGREEMENT

## No. KLW0001HHIA

### Non-Negotiable between the Parties

### PARTIES

**Bailor:** KEVIN LEWIS WALKER
11400 W OLYMPIC BLVD SUITE 200
LOS ANGELES, CA [90064]

**Bailee:** Kevin Lewis Walker
c/o 41593 Winchester Road Suite 200
Temecula, California [92591]
Non-domestic without the US

### AGREEMENT

I.   On this 12th day of February, in year of our Lord Two Thousand Twenty-Four, this **Hold Harmless and Indemnity Agreement** is mutually agreed upon and permanently entered between the juristic person KEVIN LEWIS WALKER, KEVIN L. WALKER, WALKER KEVIN LEWIS,  KLW Etc., a debtor, herein the Bailor, including, but not limited to, any and all variations and derivatives in spelling of said name except Kevin Lewis Walker, or any and all variations of said name, and the living, breathing, flesh-and-blood man, known by the distinctive appellation Kevin Lewis Walker, and including, but not limited to Kevin Lewis Walker, Walker Kevin Lewis, KL Walker, KLW, Kevin L Walker , and any and all variations and derivatives in spelling of said name, a creditor, herein the Bailee.

II.  For valuable consideration, Bailor, without benefit of discussion, and without division, does hereby expressly agree, covenant, and undertake the indemnification of, and does hold harmless Bailee from and against, but not limited to any and all: claims or legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summons[s], lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due or may hereafter arise, to include any such claims and the like that may hereafter arise with regard to any and all Collateral of Bailor, including, but not limited to all Collateral described on Bailor's List of Collateral, by separate document, presented herewith. Bailor does hereby expressly covenant and agree that Bailee shall not under any circumstances be considered an accommodating party nor a surety for Bailor.

### WORDS DEFINED GLOSSARY OF TERMS

As used in this Hold Harmless and Indemnity Agreement, the following words and terms are as defined in this section, non-obstante:

1. Appellation: "A general term introduces and specifies a particular term used in addressing, greeting, calling out for, and making appeals of a particular living breathing flesh and blood man."

2. Bailee: Kevin Lewis Walker "In the law of contracts. One to whom goods are bailed; the party to whom personal property is delivered under a contract of bailment." *See Black's Law Dictionary, 1st ed.*

3. Bailment: "BAILMENT. A delivery of goods or personal property, by one person to another, in trust for the execution of a special object upon or in relation to such goods, beneficial either to the bailor or bailee or both, and upon a contract, express or implied, to perform the trust and carry out such object, and thereupon either to redeliver the goods to the bailor or otherwise dispose of the same in conformity with the purpose of the trust. See Code Ga. 1882, § 2058. *See Black's Law Dictionary, 1st ed.*

4. Bailor: KEVIN LEWIS WALKER "The party who bails or delivers goods to another, in the contract of

INITIALS: _KLW_                          1 of 3                          Initials: _KLW_

REGISTERED MAIL# RF 661 448 567 US

bailment. *See Black's Law Dictionary, 1st ed.*

5. Collateral: In this Security Agreement the term "Collateral" means any property and property rights of Debtor, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, with ownership either in the name of Debtor or in the name of another in which the Debtor holds a beneficial interest and secures the entire obligation or amount of indebtedness. "Collateral" includes but is not limited by any of the following: (a) Any accessions, increases, and additions, replacements of, or substitutions for, any property described in Bailor's List of Collateral presented by separate document; (b) Any products, produce, or proceeds of any of the property described in Bailor's List of Collateral presented by separate document; (c) Any accounts, general intangibles, instruments, monies, payments, or contract rights, or any other rights, arising out of sale, lease, or other disposition of any of the property described in Bailor's List of Collateral presented by separate document; (d) Any proceeds, including insurance, bond, general intangibles, or account(s) proceeds, from the sale, destruction, loss, or other disposition of any of the property described in Bailor's List of Collateral presented by separate document; (e) Any records or data involving any property described in Bailor's List of Collateral presented by separate document, not limited by any writing, photograph, microfilm, microfiche, tape, electronic media, or the like, together with any of Debtor's right, title, or interest in any computer software or hardware required for utilizing, creating, maintaining, and processing any such records or data in any electronic media.

6. Conduit: "Conduit signifies means of transmitting and distributing energy and affects the production of labor such as goods or services by way of KEVIN LEWIS WALKER, KEVIN L. WALKER, WALKER KEVIN LEWIS, KLW including, but not limited to, any and all variations and derivatives of Bailee except Kevin Lewis Walker any variations and derivatives thereof."

7. Creditor: "Means Kevin Lewis Walker as creditor and Bailee. means a person to whom a debt is owing by another person who is the "debtor." One who has a right to require the fulfillment of an obligation or contract. One to whom money is due, and, in ordinary acceptation, has reference to financial or business transactions. The antonym of "debtor." *See also Black's Law Dictionary, 6th ed. And UCC § 1-201 (12) (Secured Party).*

8. Debtor: THE ORGANIZATION "KEVIN LEWIS WALKER, KEVIN L. WALKER, WALKR KEVIN LEWIS, KLW" means including, but not limited to, any and all variations and derivatives in spelling of said name except Kevin Lewis Walker." One who owes a debt; he who may be compelled to pay a claim or demand and UCC § 9-105 (l) (d). *See also Black's Law Dictionary, 3rd ed.*

9. Derivative: "Coming from another; taken from something preceding, secondary; that which has not the origin in itself but obtains existence from something foregoing and a fundamental nature; anything derived from another." *See Black's Law Dictionary, 3RD ed.*

10. Ens legis: "A creature of the law; an artificial being, as contrasted with a natural person, applied to corporation, considered as deriving its existence entirely from the law." *See Black's Law Dictionary, 3rd ed.*

11. Juristic person: "An abstract legal entity ens legis such as a corporation created by construct of law considered possessing certain legal rights/duties of a human being; an imaginary entity, such as Debtor, i.e. KEVIN LEWIS WALKER upon basis of legal reasoning, is legally treated as a human being for purpose of conducting commercial activity for benefit of a biological living being such as Creditor." *See also Black's Law Dictionary, 7th ed*

12. KEVIN LEWIS WALKER: "The Debtor KEVIN LEWIS WALKER means KEVIN LEWIS WALKER including, but not limited to, any and all variations and derivatives in the spelling of said name except Kevin Lewis Walker."

13. Living breathing flesh and blood man: "The Creditor Kevin Lewis Walker Bailee a sentient living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person, created by contract of law."

INITIALS: KLW

14. <u>Non obstanate</u>: "Notwithstanding words anciently used in public and private instruments with intent of precluding in advance 'any interpretation' other then certain declared objects, purposes." *See also Black's Law Dictionary, 3rd ed*

15. <u>Sentient living being</u>: "The Creditor, i.e. Kevin Lewis Walker Bailee a living breathing flesh and blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic person, corporation, partnership, association."

16. <u>Transmitting Utility</u>: "The term transmitting utility means a conduit, e.g., the Debtor, i.e. KEVIN LEWIS WALKER, KEVIN WALKER, KEVIN L. WALKER, WALKER KEVIN LEWIS, KLW," including, but not limited to, any and all variations and derivatives in the spelling of said name except Kevin Lewis Walker.

17. <u>U.C.C.</u>: "U.C.C. Means Uniform Commercial Code."

## SIGNATURES

Bailee accepts all signatures in accordance with the Uniform Commercial Code and acknowledges Bailor's signature as representative of all derivations thereof.

This Hold – Harmless and Indemnity Agreement No. KLW0001HHIA is dated: the _12th_ day of _February_ in the year of A.D. 2024.

**Bailor: KEVIN LEWIS WALKER**

/s/    KEVIN LEWIS WALKER
_____
Bailor's Signature

*Entitlement Holder or Bailee accepts Bailor's signature in accord with UCC §§ 1-201(39), 3-401 and accepts for value this Hold – Harmless and Indemnity Agreement and any of Bailor's Collateral described herein and on Attachment 'A'.*

State of California.    )
                 ) ss.
County of Riverside.   )

On this 12TH day of FEBRUARY, 2024, before me, Shubhangi R. Zumale, a Notary Public, personally appeared KEVIN LEWIS WALKER, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (Seal):

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

SHUBHANGI R. ZUMALE
Notary Public - California
Riverside County
Commission # 2373782
My Comm. Expires Sep 4, 2025

INITIALS: KLW

**Bailee: Kevin Lewis Walker**

By: _____
Bailee's Signature

*Autograph Common Law Trade-name 2024 by Kevin Lewis Walker.  All Rights Reserved.*

State of California.    )
                 ) ss.
County of Riverside.   )

On this 12th day of February, 2024, before me, Shubhangi R. Zumale, a Notary Public, personally appeared Kevin Lewis Walker, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (Seal):

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

SHUBHANGI R. ZUMALE
Notary Public - California
Riverside County
Commission # 2373782
My Comm. Expires Sep 4, 2025

Initials KLW

3 of 3

-Exhibit C-

**- Exhibit C -**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional)<br>**Kevin Lewis Walker 310-923-8521** | Filed in the Office of |
| **B. E-MAIL CONTACT AT FILER** (optional)<br>**kevinlwalker@me.com** | |
| **C. SEND ACKNOWLEDGMENT TO:** (Name and Address)<br>**KEVIN LEWIS WALKER**<br>**c/o 41593 Winchester Road, Suite 200**<br>**Temecula, CA 92590, USA** | Secretary of State<br>State Of Nevada |

Filed in the Office of | Initial Filing Number **2024385925-4**
Filed On **February 13, 2024 10:31 AM**
Number of Pages **1**
Secretary of State, State Of Nevada

---

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

**1a. ORGANIZATION'S NAME**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **WALKER** | **KEVIN** | **LEWIS** | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **11400 W OLYMPIC BLVD SUITE 200** | **LOS ANGELES** | **CA** | **90064** | **USA** |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

**2a. ORGANIZATION'S NAME**

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

**3a. ORGANIZATION'S NAME**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **WALKER** | **KEVIN LEWIS** | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **41593 WINCHESTER ROAD SUITE 200** | **TEMECULA** | **CA** | **92590** | **USA** |

**4. COLLATERAL:** This financing statement covers the following collateral:
**THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTORS INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN OF THE SECURED PARTY AS DETAILED IN A TRUE, CORRECT, COMPLETE, SECURITY AGREEMENT NO.070320042823. ALL OF DEBTORS ASSETS, THEIR SIGNATURE, REAL ESTATE, LAND, BANK ACCOUNTS, DNA, BIRTH CERTIFICATE, BONDS SECURITIES, LAWFUL MONEY, NOTES, DEBT INSTRUMENTS, FINGERPRINTS, CRYPTOCURRENCY WALLETS, TRADEMARKS, PATENTS, THEIR LIKENESS, BUSINESSES, OFFSPRING ADONIS ESCAREZ MORTEL WALKER AND ZOIYA ESCAREZ MORTEL WALKER BIRTH CERTIFICATES, EINS, TRUSTS, AND PERSONAL PROPERTY, AND ALL OF DEBTORS INTEREST IN SAID ASSETS, LAND AND PERSONAL PROPERTY, NOW OWNED AND HEREAFTER ACQUIRED, NOW EXISTING AND HEREAFTER ARISING AND WHEREVER LOCATED, DESCRIBED FULLY IN SECURITY AGREEMENT NO.070320042823. INQUIRING PARTIES MAY CONSULT DIRECTLY WITH THE DEBTOR TO ASCERTAIN IN DETAIL, THE FINANCIAL RELATIONSHIP AND CONTRACTUAL OBLIGATIONS ASSOCIATED WITH THIS COMMERCIAL TRANSACTION, IDENTIFIED IN THE SECURITY AGREEMENT REFERENCE ABOVE. ------ AFFIDAVIT OF TRUTHS AND POWER OF ATTORNEY IN FACT HAS BEEN NOTICED TO SECRETARY OF STATE, DEPARTMENT OF TREASURY, IRS, PROBATE, AND COUNTY. ADJUSTMENT OF THIS FILING IS IN ACCORD WITH HOUSE JOINT RESOLUTION HJR 192 OF JUNE 5TH 1933 AND UCC1- 103 AND 10-104. SECURED PARTY ACCEPTS DEBTOR SIGNATURE IN ACCORD WITH UCC1-201(39), 3-401.**

---

**5.** Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| **6a.** Check only if applicable and check only one box: | | | **6b.** Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

---

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

-Exhibit D-

# - Exhibit D -

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | Filed in the Office of | Filing Number |
| --- | --- | --- |
| Kevin Lewis Walker  310-923-8521 | | 2024402990-2 |
| B. E-MAIL CONTACT AT FILER (optional) | | Initial Filing Number |
| kevinlwalker@me.com | | 2024385925-4 |
| C. SEND ACKNOWLEDGMENT TO:  (Name and Address) | | Filed On |
| **KEVIN LEWIS WALKER** | Secretary of State | May 3, 2024 06:19 AM |
| **c/o 41593 Winchester Road, Suite 200** | State Of Nevada | Number of Pages |
| **Temecula, CA 92590, USA** | | 2 |

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
| --- | --- |
| **2024385925-4** | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial ): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:   AND   Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:   Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) ( USE exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes:  ☑ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

**THIS IS AN AMENDMENT TO THE ORIGINAL ENTRY TO THE SECURED PARTY IN THE COMMERCIAL TO UCC- 1 FILE NO. 2024385925-4 AND BIRTH CERTIFICATE STATE FILE NUMBER 104-87-279345 AND THROUGH PRIVATE OFFSET ACCOUNT NUMBER F06271216 AS HEREIN REGISTERED TO CORRECT THE FILING AS TO ACCEPTANCE FOR VALUE/LIEN ON THE COLLATERAL AT $250,000.00 USD, 2019 LAMBORGHINI URUS VIN # ZPBUA1ZL9KLA02762 AND THE RESPECTIVE NOTE/SECURITY/ASSET ASSOCIATED WITH VIN # ZPBUA1ZL9KLA02762 AND ANY OTHER ASSETS OR TITLES TO VIN # ZPBUA1ZL9KLA02762. SAID REGISTRATION IS TO SECURE THE RIGHTS TO TITLE(S) AND INTEREST IN THE COLLATERAL. ADJUSTMENT IS PURVIEW OF PUBLIC**

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| **KEVIN LEWIS WALKER ESTATE** | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS

| 11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form |
|---|
| **2024385925-4** |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

| | 12a. ORGANIZATION'S NAME |
|---|---|
| | **KEVIN LEWIS WALKER ESTATE** |
| OR | 12b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) — SUFFIX |

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

| | 13a. ORGANIZATION NAME | | | |
|---|---|---|---|---|
| OR | 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

**HJR-192, PUBLIC POLICY 73-10, 31 USC 3123, UCC 3-311, 3-419, 3-104, 3-603, 1-104. ISSUED WITH OID.**

15. This FINANCING STATEMENT AMENDMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

17. Description of real estate:

16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

18. MISCELLANEOUS:

-Exhibit E-

**-"Exhibit E"-**

**From/Plaintiff:** Kevin: Walker, *sui juris, In Propria Persona.*
*Executor, Authorized Representative, Secured Party.*
™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©
c/o  30650 Rancho California Road Suite #406-251
Temecula, California [92591]
non-domestic *without* the United States
Email: team@walkernovagroup.com

<span style="color:red">*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***</span>
<span style="color:red">*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***</span>

<span style="color:red">*** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT ***</span>

**To/Defendant(s)/Respondent(s):** Gregory D Eastwood,
Robert C V Bowman, George Reyes.
C/o SOUTHWEST JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]
Registered Mail # RF775820621US
Email: info@riversidesheriff.org / ssherman@law4cops.com

**To/Defendant(s)/Respondent(s):** Chad Bianco
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd floor
Riverside, California [92501]
Registered Mail # RF775821613US
Email: info@riversidesheriff.org / ssherman@law4cops.com

## AFFIDAVIT and Plain Statement of Facts

<span style="color:purple">NOTICE</span> OF <span style="color:blue">CONDITIONAL ACCEPTANCE</span>, and <span style="color:red">FRAUD,
RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE
COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.</span>

**Kevin: Walker**, **™KEVIN WALKER©
ESTATE, ™KEVIN LEWIS
WALKER©, ™KEVIN WALKER© IRR
TRUST,**

Claimant(s)*Plaintiff(s)*,

*vs.*

**Gregory D Eastwood, Robert C V
Bowman, George Reyes, William Pratt,
Robert Gell,** GREGORY D
EASTWOOD, ROBERT C V
BOWMAN, WILLIAM PRATT,
GEORGE REYES, ROBERT GELL,
RIVERSIDE COUNTY SHERIFFS
DEPARTMENT**, *Does 1-100 Inclusive*,
*Defendant(s)/Respondent(s).*

**CITATION/BOND NO.:** <span style="color:blue">TE464702</span>

1. **FRAUD**
2. **RACKETEERING**
3. **EMBEZZLEMENT**
4. **IDENTITY THEFT**
5. **CONPSIRACY**
6. **DEPRIVATION OF RIGHTS UNDER
   COLOR OF LAW**
7. **RECEIVING EXTORTION PROCEEDS**
8. **FALSE PRETENSES**
9. **EXTORTION**
10. **UNLAWFUL IMPRISONMENT**
11. **TORTURE**
12. **FORCED PEONAGE**
13. **MONOPOLIZATION OF TRADE AND
    COMMERCE**
14. **BANK FRAUD**
15. **TRANSPORTATION OF STOLEN
    PROPERTY, MONEY, & SECURITIES**
16. **CONSIDERED AND STIPULATED ONE
    TRILLION DOLLAR
    ($1,000,000,000,000.00) JUDGEMENT
    AND LIEN.**

COMES NOW ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©,

™KEVIN WALKER© IRR TRUST, by and through their *Attorney-In-Fact,*

**Kevin: Walker**, who is proceeding *sui juris, In Propria Persona*, and by

-1 of 37-
NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

Page 16 of 248

*Special Limited Appearance*, hereby acknowledges receipt of your **OFFER/ BOND/CITATION #**TE464702, dated **December 31, 2024, at 9:32 a.m.** (attached hereto as **Exhibit F**). Kevin is a living man, a natural freeborn Sovereign, **state Citizen: Californian**, and national, invoking His inherent constitutionally secured and protected rights and exercising the authority granted by the executed **'Affidavit: Power of Attorney In Fact'**, attached hereto as **Exhibit A** and incorporated herein by reference.

The Plaintiffs, acting through their *Attorney-in-Fact*, proceed in accordance with their *unalienable* right to contract, as secured and protected by the **Constitution of the United States of America**, and in particular **Article I, Section 10**, which states: **"No State shall... pass any Law impairing the Obligation of Contracts."**

       This communication serves as a formal **NOTICE OF CONDITIONAL ACCEPTANCE** of the aforementioned coerced and extorted contract OFFER, contingent **upon proof** of the conditions set forth below, governed by the principles of contract law, legal maxims, common law, and the **Uniform Commercial Code (UCC)**, including but not limited to **UCC §§ 1-103, 2-202, 2-204, 2-206**, and the **mailbox/postal rule.**

       The undersigned, Kevin: Walker, herein referred to as Affiant. Affiant is the Agent, Attorney-In-Fact, **holder in due course**, and **Secured Party** and Creditor of and for ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, **™KEVIN WALKER© IRR TRUST**. Affiant hereby states that he is of legal age and competent to state on belief and first hand personal knowledge that the facts set forth herein as duly noted below are true, correct, complete, and presented in **good faith,** regarding the **coerced and extorted** commercial contract OFFER/CONTRACT/TICKET/BOND #TE464702, listed under ™KEVIN LEWIS WALKER©, pertaining to the private trust property and private automobile hereafter referred to as "Private Property".

# ** Notice of Administrative Process **

**This <u>VERIFIED</u> Affidavit, NOTICE, and SELF-EXECUTING CONTRACT SECURITY AGREEMENT** concerns Defendant(s)/Respondent(s)/You, Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, RIVERSIDE COUNTY SHERIFFS DEPARTMENT**,** *Does 1-100 Inclusive,* and their **blatant <u>bad faith</u>** acts of fraud, **racketeering, conspiracy**, threats and extortion against foreign officials, official guests, or internationally protected persons, extortion, embezzlement, larceny, coercion, identity theft, extortion of national/ internationally protected person, conspiracy to deprive of rights under the color of law, treason, bank fraud, trusts, etc., in restraint of trade, frauds and swindles, mail fraud, forced peonage, monopolization of trade and commerce, willful violation of the Constitution, deprivation of rights under color of law, monopolization of trade and commerce, and intentional and <u>willful and intentional</u> trespass and infringement of the ™KEVIN LEWIS WALKER© trademark, trade name, patent and copyright.

As with any administrative process, You/Defendant(s)/Respondent(s), Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100 Inclusive* may controvert the statements and/or claims made by Affiants by executing and delivering a verified response point by point, in affidavit form, sw**orn and attested to under penalty of perjury**, signed by Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100* or other designated officer of the corporation with evidence in support by Certified, Express, or Registered Mail. **Answers by any other means are considered**

1  **a non-response and will be treated as a non-response.**

2  **\*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT\*\*\* :**

3  Again for the record, this **contract**, **received and accepted** per the **mailbox**

4  **rule**, is self-executing **and serves as a SECURITY AGREEMENT, and establishes**

5  **a lien, Authorized by You/They/the DEBTOR(S). Acceptance of this contract is**

6  **deemed to occur at the moment it is dispatched via mail, in accordance with the**

7  **mailbox rule established in common law. Under this rule, an acceptance becomes**

8  **effective and binding** once it is properly addressed, stamped, and placed in the

9  control of the postal service, as supported by **Adams v. Lindsell (1818) 106 ER 250.**

10  **Furthermore,** as a **self-executing agreement**, this **contract** creates **immediate and**

11  **enforceable obligations** without the need for further action, functioning also as a

12  **SECURITY AGREEMENT** under **Article 9 of the Uniform Commercial Code (UCC)**.

13  **\*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT\*\*\* :**

14  <u>**Contract Agreement Terms of Conditional Acceptance**</u>:

15  <u>**Plain Statement of Facts**</u>

16  **KNOW ALL MEN BY THESE PRESENT**, that I, **Kevin: Walker,** proceeding

17  *sui juris, In Propia Persona*, by *Special Limited Appearance*, a man upon the land,

18  a follower of the Almighty Supreme Creator, first and foremost and the laws of man

19  when they are not in conflict (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and

20  James 5:12**,** let my yea mean yea and my nay be nay, as supported by Federal Public

21  Law 97-280, 96 Stat.1211, depose and say that I, **Kevin: Walker** over 18 years of age,

22  being competent to testify and having **first hand knowledge** of the **facts** herein

23  **declare (or certify, verify, affirm, or state)** under penalty of perjury under the laws

24  of the **United States of America** that the following is true and correct, to the best of

25  my understanding and belief, and in good faith:

26  I.  I, Kevin: Walker, *proceeding sui juris, In Propria Persona*, by *Special Limited*

27  *Appearance*, herby state again for the record that I explicitly **reserve all my**

28  **rights and waive absolutely none.** See U.C.C. § 1-308.

1  II. I, Kevin: Walker, *proceeding sui juris, In Propria Persona*, by **Special**

2  ***Limited Appearance***, herby invoke ***equity and fairness.***

3  III. As a a natural freeborn Sovereign, **state Citizen: Californian**, and

4  **national**, there is no legal *requirement* for me to have such a "license" for

5  **traveling** in my **private** car and/or means of transport. The unrevealed

6  legal purpose of driver's licenses is commercial in nature. Since I **do not**

7  carry passengers 'for hire,' and I **am not** engaged in trade or commerce on

8  the highways, **there is no law 'requiring'** me to have a license to **travel** for

9  my own **private** pleasure and that of my family and friends.

10  IV. I, Kevin: Walker, *proceeding sui juris, In Propria Persona*, by **Special**

11  ***Limited Appearance***, herby **declare, state, verify, and affirm** for the record

12  that the 'commercial' and 'for hire' Driver's License/Contract/Bond #

13  B6735991 has been canceled, revoked, terminated, and liquidated, as

14  evidenced by instructions and notice accepted by Steven Gordon, with the

15  California Department of Motor Vehicles," as **evidenced** by Affidavit of

16  TruthRegistered Mail #RF661447751US.

17  V.  Consistent with the **eternal tradition of natural common law**, **unless I**

18  **have harmed or violated someone or their property, I have committed no**

19  **crime**; and I am therefore **not** subject to any penalty. I act in accordance

20  with the following **U.S. Supreme Court case**:  "The individual may stand

21  upon his **constitutional rights** as a citizen. He is entitled to carry on his

22  **private** business in his own way. **His power to contract is unlimited.** He

23  owes no such duty [to submit his books and papers for an examination] to

24  the State, since he receives nothing therefrom, beyond the protection of his

25  life and property. His rights are such as existed by the law of the land

26  [Common Law] **long antecedent to the organization of the State**, and can

27  only be taken from him by due process of law, and in accordance with the

28  Constitution. Among his **rights** are a **refusal to incriminate himself**, and

1  **the immunity of himself and his property from arrest or seizure except**

2  **under a warrant of the law.** He owes nothing to the public so long as he

3  does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47

4  (1905).

5  VI. **I reserve my natural common law right not to be compelled to perform under**

6  **any contract that I did not enter into knowingly, voluntarily, and**

7  **intentionally**. And furthermore, I do **not** accept the liability associated with the

8  compelled and pretended "benefit" of any hidden or unrevealed contract or

9  commercial agreement. As such, the hidden or unrevealed contracts that

10  supposedly create obligations to perform, for persons of subject status, are

11  inapplicable to me, and are null and void. If I have participated in any of the

12  supposed "benefits" associated with these hidden contracts, I have done so under

13  duress, for lack of any other practical alternative. I may have received such

14  "benefits" but I have not accepted them in a manner that binds me to anything.

15  VII. **Affiant states and alleges that this Affidavit Notice and Self-Executing**

16  **Contract and Security Agreement is *prima facie* evidence of f**raud,

17  **racketeering**, indentity theft, **treason,** breach of trust and fiduciary duties,

18  extortion, coercion, deprivation of rights under the color of law, conspiracy to

19  deprive of rights under the color of law, monopolization of trade and commerce,

20  forced peonage, obstruction of enforcement, extortion of a national/

21  internationally protected person, false imprisonment, torture, creating trusts in

22  restraint of trade dereliction of fiduciary duties, bank fraud, breach of trust,

23  treason, tax evasion, bad faith actions, dishonor, injury and damage to Affiant

24  **and proof of claim.  See *United States v. Kis*, 658 F.2d, 526 (7th Cir. 1981).,**

25  **"Appellee had the burden of first proving its prima facie case and could do so**

26  **by affidavit or other evidence."**

27  ## UNLAWFUL DETAINMENT AND ARREST while

28  ## Traveling in *Private* Automobile

Self-Executing Contract and Security Agreement- Registered Mail #RF775820621US/ Express Mail #ER126149735US  — DATED: January 1, 2025

VIII. On **December 31, 2024,** at approximately 9:32am I, **Kevin: Walker,** *sui juris,* was **traveling** <u>privately</u> in my <u>private</u> automobile, displaying a '**PRIVATE**' plate, indicating I was 'not for hire' or operating commercially, and the private automobile was not displaying a STATE plate of any sort . This clearly established that the <u>private</u> automobile was **'*not* for hire'** or '**commercial' use** and, therefore explicitly classifying the automobile as <u>private property</u>, and **NOT** *within* any statutory and/or commercial jurisdiction. See Exhibit G.

IX. Upon being unlawfully stopped and detained by Defendant/Respondents, Gregory D Eastwood and Robert C V Bowman, I, Affiant, informed **all Defendants** who willfully **conspired** on the scene in violation of 18 U.S.C. §§ 241 and 242, that I was a state Citizen, non-citizen natinoal/national, <u>privately traveling</u> in My <u>private</u> automobile, as articulated by Me and as evidenced by the '**PRIVATE**' plate on the private automobile. **This includes William Pratt and George Reyes.**

X.  The <u>private</u> automobile and *<u>trust property</u>* was **not** in *any* way displaying STATE or government registration or stickers, and was displaying a PRIVATE plate, removing the automobile from the Defendant's jurisdiction. See Exhibit G.

XI. The <u>private</u> automobile is duly reflected on Private UCC Contract Trust/ UCC1 filing #**2024385925-4, and UCC3 filing #2024402990-2,** **both filings** attached hereto as **Exhibits B and C** respectively, and incorporated herein by reference

XII. **Under threat, duress, and coercion, and at gunpoint,** Gregory D Eastwood and Robert C V Bowman were presented with a national/non-citizen national, #C35510079 and passport book #A39235161. Copy attached hereto as **Exhibits N and O** respectively, and incorporated herein by reference.

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION,

XIII. Defendant/Respondents, acted against the Constitution, even when reminded of their duties to support and uphold the Constitution.

XIV. At no point in time were Defendants/Respondents presented with a CALIFORNIA DRIVER'S LICENSE (COMMERCIAL CONTRACT), and any information added to the CITATION/CONTRACT was done so in fraud, without consent, full disclosure, and thus is *void ab initio*.

XV. I, Kevin: Walker, *sui juris*, should never have been stopped exercising my right to travel, in a <u>private</u> automobile that was clearly marked "PRIVATE" and "not for hire" and "not for commercial use."

## <u>FRAUDULENT ALTERATION OF SIGNATURE, COERCION, ASSAULT, DISPARAGEMENT,</u>

XVI. During release procedures, Defendant Robert Gell threatened to "house" Kevin: Walker if Kevin did not sign every document presented, exactly as he (Robert Gell) waned Kevin to.  Camera records will evidence Robert telling to return to the release tank for no apparent reason, and then **assaulting, shoving, and pushing** Kevin into the tank at the end of the walk.

XVII. Defendant Robert Gell went as far as aggressively rushing around a desk and assaulting Kevin,  and snatching a pen from Kevin's hand, because Kevin attempted to write 'under duress' by his signature.

XVIII. Defendant Robert Gell willfully and intentionally altered Affiant's signature on one document and crossed out 'UCC 1-308,' immediately after Affiant hand wrote it on the document.

XIX. Robert Gell stated he had no idea what an attorney-in-fact is and that Kevin: Walker was a, ["]jackass["].

## <span style="color:red">**FRUIT OF THE POISONOUS TREE DOCTRINE**</span>

XX. Affiant further asserts and establishes **<u>on the record</u>** that the undisputedly unlawful and unconstitutional stop, arrest, and subsequent actions of the Defendants/Respondents are in violation of the Fourth Amendment to the

Constitution of the united States of America and constitute an unlawful arrest and seizure. The "**fruit of the poisonous tree**" doctrine, as articulated by the <u>**U.S. Supreme Court**</u>, establishes that <u>***any***</u> evidence obtained as a result of an unlawful stop or detainment is tainted and inadmissible in <u>***any***</u> subsequent proceedings. The unlawful actions of Gregory D. Eastwood, Robert C. V. Bowman, George Reyes, William Pratt, and Robert Gell including *but not limited to* the issuance of fraudulent citations/contracts under threat, duress, and coercion, render all actions and evidence derived therefrom <u>***void ab initio***</u>. See *Wong Sun v. United States*, 371 U.S. 471 (1963).

XXI. Affiant therefore declares and demands that all actions and evidence obtained in connection with this unlawful stop be deemed inadmissible and void as fruits of the poisonous tree.

## *CONDITIONALLY ACCEPTED* upon proof

XXII. All statements, claims, offer, terms presented in your **coerced and extorted** OFFER (#TE464702) are ***CONDITIONALLY ACCEPTED*** **upon proof** of the following **from You/Defendant(s)/Respondent(s)**:

1. **Upon Proof from You/Defendant(s)/Respondent(s)** CITATION/ INSTRUMENT/OFFER #TE464702 was accepted intentionally, willfully, and and indorsed, and not done so under threat, duress, and/or coercion, and with full and complete disclosure (Exhibit F).

2. **Upon Proof from You/Defendant(s)/Respondent(s) that California Vehicle Code § 260** applies to <u>**private**</u> "automobiles" and explicitly <u>requires</u> their registration, notwithstanding the clear distinction made between private and commercial vehicles in the code itself.

3. **Upon Proof from You/Defendant(s)/Respondent(s) that 18 U.S. Code § 31(6)** <u>includes</u> <u>**private**</u> "automobiles" within its definition of "motor vehicle," contrary to its express limitation to vehicles used for <u>**commercial**</u> purposes.

4. **Upon Proof from You/Defendant(s)/Respondent(s)** that the cited **private** "automobiles" ("Private Property") was required to be registered despite displaying a **private plate** identifying it as a **private transport** and not for commercial use, as evidenced by the photograph of the private decal and PLATE displayed on the **private** "automobile." A picture of the private PLATE attached hereto as **Exhibit G** and incorporated herein by reference.

5. **Upon Proof from You/Defendant(s)/Respondent(s) that** it is <u>**NOT**</u> a fundamental Right to travel, and it is **fact**ually and actually a privilege, and NOT a gift granted by the Supreme Creator and restated by our founding fathers as *Unalienable* and cannot be taken by any Man / Government made Law or color of law known as a <u>private</u> "Code" (secret) or a "Statute."

6. **Upon Proof from You/Defendant(s)/Respondent(s) of Jurisdiction and Authority:**
    - Provide evidence demonstrating the issuing authority's jurisdiction to impose statutory obligations upon **private** individuals utilizing **private** *automobiles* for personal purposes.

7. **Upon Proof from You/Defendant(s)/Respondent(s) of Lawful Consideration:**
    - Provide evidence that the coerced and extorted CITATION constitutes a *valid* contract supported by **lawful consideration,** which was entered into **knowingly, willfully**, **free of coercion**, **threat, intimidation**, or **other f**e**lonious and bad faith action**s, with *full and complete disclosure*. **Without mutual consent and valuable consideration, no valid contract can exist under common law or UCC principles.**

8. **Upon Proof from You/Defendant(s)/Respondent(s) that** the living man, natural born Sovereign, state Citizen: Californian, national/non-

citizen national, Kevin: Walker, *sui juris, In Propria Persona*, does **NOT** possess the *unalienable* inherent, unalienable **right** to travel in His private automobile/private transport, free of harassment, tresspass, restrictions, and/or encumbrances.

9. **Upon Proof from You/Defendant(s)/Respondent(s) that** it is **NOT well established law** that the **highways** of the State **are public property**, and **their primary and preferred use is for <u>private</u> purposes**, and that their use for purposes of gain is special and extraordinary which, generally at least, the legislature may prohibit or condition as it sees fit." See, Stephenson vs. Rinford, 287 US 251; Pachard vs Banton, 264 US 140, and cases cited; Frost and F. Trucking Co. vs. Railroad Commission, 271 US 592; Railroad commission vs. Inter-City Forwarding Co., 57 SW.2d 290; Parlett Cooperative vs. Tidewater Lines, 164 A. 313.

10. **Upon Proof from You/Defendant(s)/Respondent(s) that** a vehicle **NOT** used for **commercial** activity is **NOT** a "consumer good , and ...it IS a type of vehicle **required** to be registered and "use tax" paid of which the tab is evidence of receipt of the tax. See, Bank of Boston vs Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14.

11. **Upon Proof from You/Defendant(s)/Respondent(s) that** the entirety of this transaction does not constitute a "**<u>commercial</u>**" matter under applicable law.

12. **Upon Proof from You/Defendant(s)/Respondent(s) that**, 'the claim and exercise of a constitutional right **CAN** be converted into a crime.' See, Miller v. U.S., 230 F 2d 486, 489.

13. **Upon Proof from You/Defendant(s)/Respondent(s) that**, the owner **DOES NOT** have constitutional right to use and enjoyment of his property." See, Simpson v. Los Angeles (1935), 4 C.2d 60, 47 P.2d 474.

14. **Upon Proof from You/Defendant(s)/Respondent(s) that** private men and women are required to give up their right to "travel," for the purported "benefit" and privilege of "driving" a "motor vehicle."

15. **Upon Proof from You/Defendant(s)/Respondent(s) that** 28 U.S. Code § 3002(15) - Definitions does **NOT** stipulate,"United States" means—**(A)** a Federal corporation; **(B)** an agency, department, commission, board, or other entity of the United States; or **(C)** an instrumentality of the United States.

16. **Upon Proof from You/Defendant(s)/Respondent(s) that** **Title 8 U.S. Code 1101(a)(22) - Definition,** does **NOT** expressly stipulates, " **(22)**The term "**national** of the United States" means (A) a citizen of the United States, or (B) a person who, though **not** a citizen of the United States, owes permanent allegiance to the United States.

17. **Upon Proof from You/Defendant(s)/Respondent(s) that,** the individual may **NOT** stand upon his **constitutional rights** as a citizen. He is NOT entitled to carry on his **private** business in his own way. **His power to contract is NOT** underlined **unlimited.** He owes such duty [to submit his books and papers for an examination] to the State, and upon proof that his rights are NOT such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and CAN be taken from him without due process of law, or in accordance with the Constitution. NOT among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law, and upon proof that h**e owes the public even though does not trespass upon their rights. **See, Hale v. Henkel, 201 U.S. 43 at 47 (1905).**

18. **Upon Proof from You/Defendant(s)/Respondent(s) that** All laws which are repugnant to the Constitution are **NOT** null and void. **See, Chief Justice Marshall, Marbury vs Madison, 5, U.S. (Cranch) 137, 174, 176 (1803).**

19. **Upon Proof from You/Defendant(s)/Respondent(s) that** the for Hire" DRIVER'S LICENSE <u>CONTRACT</u> and AGREEMENT BOND #B6735991 was NOT *CANCELED*, TERMINATED, REVOKED, and LIQUIDATED, ACCEPTED FOR VALUE AND EXEMPT FROM LEVY, FOR RELEASE, CREDIT, AND DEPOSIT TO PRIVATE POST REGISTERED, with the U.S. Treasury, with the retaining full control and access to all respective right, interest, titles, and credits, as evidenced by the contract security agreement and affidavit titled, 'AFFIDAVIT RIGHT TO TRAVEL *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991. A true and correct copy attached hereto as **Exhibit D** and incorporated herein by reference.

20. **Upon Proof from You/Defendant(s)/Respondent(s) that** it WAS NOT noted in Land v. Dollar, 338 US 731 (1947), "that when the government entered into a **commercial** field of activity, it **left immunity behind.**" This principle is further affirmed in *Brady v. Roosevelt*, 317 U.S. 575 (1943); *FHA v. Burr*, 309 U.S. 242 (1940); and *Kiefer v. RFC*, 306 U.S. 381 (1939).

21. **Upon Proof from You/Defendant(s)/Respondent(s)** that it was NOT established under the Clearfield Doctrine, as articulated in *Clearfield Trust Co. v. United States*, 318 U.S. 363 (1943), that when the government engages in commercial or proprietary activities, it sheds its sovereignty and is subject to the same rules and liabilities as any **private** corporation.

# LEGAL STANDARDS, MAXIMS, and PRECEDENT

XXIII. In support of this CONDITIONAL ACCEPTANCE and Affidavit and Notice and Self-Executing Contract and Security Agreement Affiant cites

the following established legal standards, legal maxims, precedent, and principles:

# <u>Use</u> defines classification:

1. It is **well established law** that the **highways** of the state **are public property**, and **their primary and preferred use is for <u>private</u> purposes**, and that their use for purposes of gain is special and extraordinary which, generally at least, the legislature may prohibit or condition as it sees fit." **Stephenson vs. Rinford**, 287 US 251; **Pachard vs Banton**, 264 US 140, and cases cited; **Frost and F. Trucking Co. vs. Railroad Commission**, 271 US 592; **Railroad commission vs. Inter-City Forwarding Co.,** 57 SW.2d 290; **Parlett Cooperative vs. Tidewater Lines,** 164 A. 313

2. The **California Motor Vehicle Code, section 260**: Private cars/vans etc. not in commerce / for profit, are immune to registration fees:

    1. **(a)** A "**commercial** vehicle" is a vehicle of a type **REQUIRED** to be **REGISTERED** under this code".

    2. **(b)** "Passenger vehicles which are **not used** for the transportation of persons **for hire,** compensation or profit, and housecars, **are not commercial** vehicles".

    3. (c) "a vanpool vehicle is not a **commercial** vehicle."

3. **18 U.S. Code § 31 - Definition**, expressly stipulates, "The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **and** used for **commercial** purposes on the highways in the transportation of passengers, passengers and property, or property or cargo".

4. A vehicle not used for **commercial** activity is a "consumer goods", ...it is NOT a type of vehicle **required** to be registered and "use tax" paid of which the tab is evidence of receipt of the tax." Bank of Boston vs Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14.

5. " The 'privilege' of using the streets and highways by the operation thereon of motor carriers **for hire** can be acquired only by permission or license from the state or its political subdivision. "—Black's Law Dictionary, 5th ed, page 830.

6. "It is held that a tax upon common carriers by motor vehicles is based upon a reasonable classification, and does not involve any unconstitutional discrimination, although **it does not apply to private vehicles,** or those used by the owner in his own business, and not for hire." **Desser v. Wichita, (1915) 96 Kan. 820; Iowa Motor Vehicle Asso. v. Railroad Comrs., 75 A.L.R. 22.**

7. "Thus self-driven vehicles are **classified according to the use** to which they are put rather than according to the means by which they are propelled." Ex Parte Hoffert, 148 NW 20.

8. In view of this rule a statutory provision that the supervising officials **"may"** exempt such persons when the transportation is not on a **commercial** basis means that they **"must" exempt them**." **State v. Johnson, 243 P. 1073; 60 C.J.S. section 94 page 581.**

9. "**The use to which an item is put, rather than its physical characteristics**, determine whether it should be classified as ``consumer goods'' under UCC 9- 109(1) or ``equipment'' under UCC 9-109(2)." **Grimes v Massey Ferguson, Inc**., 23 UCC Rep Serv 655; 355 So.2d 338 (Ala., 1978).

10. "Under UCC 9-109 there is a real distinction between goods purchased for personal use and those purchased for business use. The two are mutually exclusive and the **principal use to which the property is put should be considered as determinative**." **James Talcott, Inc. v Gee**, 5 UCC Rep Serv 1028; 266 Cal.App.2d 384, 72 Cal.Rptr. 168 (1968).

11. "The **classification of goods** in UCC 9-109 **are mutually exclusive**."
**McFadden v Mercantile-Safe Deposit & Trust Co.**, 8 UCC Rep Serv 766; 260 Md 601, 273 A.2d 198 (1971).

12. "The classification of ``goods'' under [UCC] 9-109 **is a question of fact**."
**Morgan County Feeders, Inc. v McCormick,** 18 UCC Rep Serv 2d 632; 836 P.2d 1051 (Colo. App., 1992).

13. "The definition of ``goods'' includes an automobile." Henson v Government Employees Finance & Industrial Loan Corp., 15 UCC Rep Serv 1137; 257 Ark 273, 516 S.W.2d 1 (1974).

# The <u>RIGHT</u> to Travel is <u>not</u> a <u>Privilege:</u>

14. "**No State government entity has the power to allow or deny passage on the highways**, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. **Travel** is **not a privilege requiring, licensing, vehicle registration, or forced insurances**." *Chicago Coach Co.* **v.** *City of Chicago,* 337 Ill. 200, 169 N.E. 22.

15. The fundamental Right to travel is NOT a Privilege, it's a gift granted by your Creator and restated by our founding fathers as Unalienable and cannot be taken by any Man / Government made Law or color of law known as a <u>private</u> "Code" (secret) or a "Statute."

16. "**Traveling** is passing from place to place--act of **performing journey**; and **traveler is person who travels**." **In Re Archy** (1858), 9 C. 47.

17. "Right of transit through each state, with every species of property known to constitution of United States, and recognized by that paramount law, is secured by that instrument to each citizen, and does not depend upon uncertain and changeable ground of mere comity." **In Re Archy** (1858), 9 C. 47.

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, ...

Page 31 of 248

18. Freedom to **travel** is, indeed, an important aspect of the citizen's "liberty". We are first concerned with the extent, if any, to which Congress has authorized its curtailment. (Road) **Kent v. Dulles**, 357 U.S. 116, 127.

19. The right to **travel** is a part of the "liberty" of which the citizen cannot be deprived without due process of law under the Fifth Amendment. So much is conceded by the solicitor general. In Anglo Saxon law that right was emerging at least as early as Magna Carta. **Kent v. Dulles**, 357 U.S. 116, 125.

20. "Even the legislature **has no power** to deny to a citizen the right to travel upon the highway and transport his property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with public interest and convenience. *Chicago Coach Co. v. City of Chicago*, 337 Ill. 200, 169 N.E. 22, 206.

21. "... It is now universally recognized that the state does possess such power [to impose such burdens and limitations upon private carriers when using the public highways for the transaction of their business] with respect to common carriers using the public highways for the transaction of their business in the transportation of persons or property for hire. That rule is stated as follows by the **supreme court of the United States**: 'A citizen may have, under the fourteenth amendment, the right to travel and transport his property upon them (the public highways) by **auto vehicle**, but **he has no right to make the highways his place of business by using them** *as a common carrier for hire*. Such use is a privilege which may be granted or withheld by the state in its discretion, without violating either the due process clause or the equal protection clause.' (*Buck v. Kuykendall*, 267 U. S. 307 [38 A. L. R. 286, 69 L. Ed. 623, 45 Sup. Ct. Rep. 324].

22. "The right of a citizen to travel upon the highway and transport his property thereon in the ordinary course of life and business **differs radically an obviously from that of one who makes the highway his place of** business

and uses it for _private_ gain, in the running of a stage coach or omnibus. The former is the usual and ordinary right of a citizen, a right common to all; while the latter is special, unusual and extraordinary. As to the former, the extent of legislative power is that of regulation; but as to the latter its power is broader; the right may be wholly denied, or it may be permitted to some and denied to others, because of its extraordinary nature. This distinction, elementary and fundamental in character, is recognized by all the authorities."

23. "Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his/her property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with the public interest and convenience." ["regulated" means traffic safety enforcement, stop lights, signs etc.]—Chicago Motor Coach v. Chicago, 169 NE 22.

24. "The claim and exercise of a constitutional right cannot be converted into a crime."—Miller v. U.S., 230 F 2d 486, 489.

25. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." —Sherar v. Cullen, 481 F. 945

26. The right of the citizen to **travel** upon the highway and to transport his property thereon, in the ordinary course of life and business, differs radically and obviously from that of one who makes the highway his place of business for private gain in the running of a stagecoach or omnibus."— State vs. City of Spokane, 186 P. 864.

27. "The right of the citizen to **travel** upon the public highways and to transport his/her property thereon either by carriage or automobile, is **not** a mere privilege which a city [or State] may prohibit or permit at will, but a common right which he/she has under the right to life, liberty, and the pursuit of happiness." —Thompson v. Smith, 154 SE 579.

28. "The right of the Citizen to **travel** upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of **travel**, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business." — Thompson vs. Smith, supra.; Teche Lines vs. Danforth, Miss., 12 S.2d 784.

29. "The use of the highways for the purpose of **travel** and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived." —Chicago Motor Coach vs. Chicago, 169 NE 22;Ligare vs. Chicago, 28 NE 934;Boon vs. Clark, 214 SSW 607;25 Am.Jur. (1st) Highways Sect.163.

30. "The right to b is part of the Liberty of which a citizen cannot deprived without due process of law under the <u>Fifth Amendment</u>. This Right was emerging as early as the Magna Carta." — <u>Kent vs. Dulles</u>, 357 US 116 (1958).

31. "The state **cannot** diminish Rights of the people." —<u>**Hurtado vs. California**</u>, 110 US 516.

32. "Personal liberty largely consists of the Right of locomotion -- to go where and when one pleases -- only so far restrained as the Rights of others may make it necessary for the welfare of all other citizens. The Right of the Citizen to **travel** upon the public highways and to transport his property thereon, by horse drawn carriage, wagon, or automobile, is not a mere **privilege** which may be permitted or prohibited at will, but the common Right which he has under his Right to life, liberty, and the pursuit

of happiness. Under this Constitutional guarantee one may, therefore, under normal conditions, **travel** at his inclination along the public highways or in public places, and while conducting himself in an orderly and decent manner, neither interfering with nor disturbing another's Rights, he will be protected, not only in his person, but in his safe conduct." —II Am.Jur. (1st) Constitutional Law, Sect.329, p.1135.

33. Where **rights secured by** the Constitution are involved, **there can be no rule making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.

34. "The state **cannot** diminish **Rights** of the **people."** —Hurtado vs. California, 110 US 516.

# NO QUALIFIED OR LIMITED IMMUNITY

35. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

36. "Public officials are **not** immune from suit when they transcend their lawful authority by invading constitutional **rights**." —AFLCIO v. Woodward, 406 F2d 137 t.

37. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

38. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court**, A025829.

39. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

40. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

41. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

42. "the people, not the States, are sovereign."—Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

43. **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

44. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (**Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind."

45. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

46. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

47. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny admits."

48. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

//

XXIV. At no point in time were Defendants/Respondents presented with a CALIFORNIA DRIVER'S LICENSE (COMMERCIAL CONTRACT), and any information added to the CITATION/CONTRACT was done so in fraud, without consent, full disclosure, and thus is *void ab initio*.

49. **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10″7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

50. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. (**Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it."

//

Executed "*without* the United States" in compliance with **28 USC § 1746**.

# **FURTHER AFFIANT SAYETH NOT.**

//

*Some* **Relevant U.C.C. Sections and Application**

1. **U.C.C. § 1-308 – Reservation of Rights:**

   This section ensures that acceptance of an offer under duress or coercion does not waive any rights or defenses. By invoking U.C.C. § 1-308, Claimant(s)/ Plaintiff(s) asserts that any compliance with your offer is made with *explicit reservation of rights*, **preserving all legal remedies**.

2. **U.C.C. § 2-204 – Formation in General:**

   This section establishes that a contract can be formed in any manner sufficient to show agreement, including conduct. By issuing the citation (an implied offer to contract), You/Dedenfant(s)/Respondent(s), have initiated a contractual relationship, which has been conditionally accepted with **new terms herein**.

3. **U.C.C. § 2-206 – Offer and Acceptance in Formation of Contract:**

   Under this section, an offer can be accepted in any reasonable manner. By

1  conditionally accepting the citation and dispatching this notice via USPS

2  Certified, Registered, and/or Express mail, Claimant(s)/Plaintiff(s) has/have

3  created a binding contract agreement and obligation which You/Defendant(s)/

4  Respondent(s) are contractually bound and obligated to.

5  **4. U.C.C. § 2-202 – Final Written Expression:**

6  This provision ensures that the terms of this conditional acceptance supplement

7  the original terms of the citation. By including these conditions, the issuing

8  authority is bound to provide proof of their validity, failing which the

9  conditional acceptance will be expressly stipulated as the **final** agreement.

10  **5. U.C.C. § 1-103 – Supplementary General Principles of Law Applicable:**

11  This section allows common law principles to supplement the UCC. Under the

12  doctrine of **equity** and **fair dealing**, failure to provide the requested proof

13  constitutes bad faith and silent acquiescence, tacit agreement, and tacit

14  procuration to all of the the **fact and terms stipulated** in this Affidavit Notice

15  and Self-Executing Contract and Security Agreement.

16  **Legal and Procedural Basis**

17  **1. Mailbox/Postal Rule:**

18  Under the mailbox rule, this notice of conditional acceptance is effective and

19  considered **accepted** by You/Defendant(s)/Respondent(s) upon dispatch via

20  Registered Mail, and/or Express Mail, and/or Certified Mail. The agreement

21  becomes binding when the notice **is sent**, **not** when received. This binds the

22  issuing authority to the terms outlined in this notice unless rebutted within the

23  specified timeframe.

24  **2. Offer and Acceptance:**

25  Your citation constitutes an offer under contract law. This notice self-

26  executing Contract and Security Agreement conditionally accepts your

27  contract OFFER and supplements its terms under U.C.C. § 2-202. Failure

28  to fulfill the new and final terms and conditions within the specified **three**

**(3) day** timeframe constitutes **silent acquiescence, tacit agreement, and tacit procuration**.

## RESPONSE DEADLINE: REQUIRED WITHIN THREE (3) DAYS:

A response and/or compensation and/or restitution payment must be received within a deadline of **three (3) days.** At the "**Deadline**" is defined as 5:00 p.m. on the third (3rd) day after your receipt of this affidavit. "**Failure to respond**" is defined as a blank denial, unsupported denial, inapposite denial, such as, "not applicable" or equivalent, statements of counsel and other declarations by third parties that lack first-hand knowledge of the facts, and/or responses lacking verification, all such responses being legally insufficient to controvert the verified statements herewith.  See *Sieb's Hatcheries, Inc* and *Beasley, Supra.*  Failure to respond can result in **your acceptance of personal liability** external to qualified immunity and waiver of any decision rights of remedy.

## FAILURE TO RESPOND AND/OR PERFORM, REMEDY, AND SETTLEMENT

If You/Defendant(s)/Respondent(s) fail to respond and perform **within three (3) days** of receiving this Affidavit Notice and Self- Executing Contract and SecurityAgreement and CONDITIONAL ACCEPTANCE, with **verified evidence** of the above accompanied by an affidavit, **sworn under the penalty of perjury, as required by law**, You/Defendant(s)/Respondent(s), Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100*, You/Defendant(s)/Respondent(s) *individually and collectively* **fully agree** that you must **act in good faith and** accordance with the Law, cease all conspiracy, fraud, identity theft, embezzlement, deprivation under the color of law, extortion, embezzlement, bank fraud,

harassment, conspiracy to deprive, and other violations of the law, and **TERMINATE these proceeding immediately**, and pay the below mentioned Three Hundred Million Dollar Restitution and Settlement payment, and releasing all special deposit funds and/or Credits due to Affiant and/or Complainant(s)/Plaintiff(s).

## Three Hundred Million ($300,000,000.00 USD) Restitution Settlement Payment *REQUIRED*

Furthermore, if You/Defendant(s)/Respondent(s) fail to respond and perform **within three (3) days** from the date of receipt of this communication by providing **verified** **evidence and proof** of the facts and conditions set forth herein, accompanied by affidavits **sworn under penalty of perjury as required by law**, Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100*, hereby agree that, within three (3) days of receipt of this contract offer, You/Defendant(s)/Respondent(s) shall issue restitution payment in the total sum certain of **Three Hundred Million U.S. Dollars ($300,000,000.00 USD),** which **shall** become **immediately** due and payable to ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST: Complainant(s)/Plaintiff(s).

## One Trillion Dollar  ($1,000,000,000,000.00 USD) Default Judgement and Lien

If You/Defendant(s)/Respondent(s) fail to respond and perform **within three (3) days** from the date of receipt of this communication, **as contractually required**, You/Defendant(s)/Respondent(s) hereby individually and collectively, fully agree, that the entire amount evidenced and itemized in Invoice #RIVSHERTREAS12312024, totaling **One Trillion Dollars ($1,000,000,000,000.00),** **shall** become **immediately** due and payable in full.

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, ...

1    **Furthermore,** if You/Respondent(s)/Defendant(s), fail to respond and

2    perform **within three (3) days** from the date of receipt of this communication, You/

3    Defendant(s)/Respondent(s), **<u>individually and collectively,</u> admit the statements**

4    **and claims** by **TACIT PROCURATION,** and completely agree that you/they

5    individually and collectively are guilty of fraud, **racketeering**, indentity theft,

6    **treason,** breach of trust and fiduciary duties, extortion, coercion, deprivation of

7    rights under the color of law, conspiracy to deprive of rights under the color of law,

8    monopolization of trade and commerce, forced peonage, obstruction of

9    enforcement, extortion of a national/internationally protected person, false

10   imprisonment, torture, creating trusts in restraint of trade dereliction of fiduciary

11   duties, bank fraud, breach of trust, treason, tax evasion, bad faith actions, dishonor,

12   injury and damage to Affiant.

13   ## <u>JUDGEMENT AND COMMERCIAL LIEN</u>
14   ## <u>AUTHORIZATION</u>

15       Moreover, if You/Defendant(s)/Respondent(s), fail to respond **within three (3)**

16   **days** from the date of receipt of this communication, you/they **<u>individually and</u>**

17   **<u>collectively</u>, fully and unequivocally Decree, Accep**t, **fully Authorize** (in accord with

18   UCC section 9)**, indorse, support, and advocate for a judgement, and/or SUMMARY**

19   **JUDGEMENT, and/or commercial lien** of One Trillion Dollars ($1,000,000,000,000.00)

20   **against** You/Respondent(s)/Defendant(s),  Gregory D Eastwood, Robert C V Bowman,

21   George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V

22   BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY

23   SHERIFFS DEPARTMENT, *Does 1-100*, **in favor of,** ™WG EXPRESS TRUST©, ™KEVIN

24   WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR

25   TRUST, and/or their lawfully designated ASSIGNEE(S).

26       **Finally,** If You/Respondent(s)/Defendant(s), **fail to respond within three (3) days**

27   from the date of receipt of this communication**, You/Defendant(s)/Respondent(s)**

28   *individually and collectively*, **EXPRESSLY, FULLY,** and unequivocally **Authorize,**

1  **indorse, support and advocate for** ™WG EXPRESS TRUST©, ™KEVIN WALKER©

2  ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or

3  their lawfully designated ASSIGNEE(S) to formally notify the United States Treasury,

4  Internal Revenue Service, the respective Congress (wo)man, U.S. Attorney General, and/

5  or any person, individual, legal fiction, and/or person, or ens legis Affiant deems

6  necessary, including but not limited to submitting the requisite form(s) 1099-A, 1099-OID,

7  1099-C, 1096, 1040, 1041, 1041-V, 1040-V, 3949-A, with the **One Trillion Dollars**

8  **($1,000,000,000,000.00 USD**) as the **income to You/Defendant(s)/Respondent(s) and lost**

9  **revenue and/or income to** Affiant, and/or ™WG EXPRESS TRUST©, ™KEVIN

10  WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR

11  TRUST, and/or their lawfully designated ASSIGNEE(S).

12  **//**

13  # SUMMARY JUDGEMENT, U.C.C. 3-505 PRESUMED
14  # DISHONOR

15  Said income is **to be assessed and claimed as income** by/to You/

16  Defendant(s)/Respondent(s), **and/or** by **filing a lawsuit** followed by a

17  DEMAND or similar for **SUMMARY JUDGEMENT** as **a matter of law**, in

18  accordance with **California Code of Civil Procedure § 437c(c)** and **Federal**

19  **Rule of Civil Procedure 56(a),** and/or executing an **Affidavit Certificate of**

20  **Non-Response, Dishonor, Judgement, and Lien Authorization**, in

21  accordance with **U.C.C. § 3-505**, and/or issue an ORDER TO PAY or BILL OF

22  EXCHANGE to the U.S. Treasury and IRS, said sum certain of **One Trillion**

23  **U.S. Dollars ($1,000,000,000,000.00 USD**), for **immediate credit to** Affiant,

24  and/or ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN

25  LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their

26  lawfully designated ASSIGNEE(S), with this Self-Executing Contract and

27  Security Agreement servings as *prima facie* **evidence** of You/Respondent(s)/

28  Defendant(s)'s **Verified INDEBTEDNESS** to Affiant, Affiant, and/or  ™WG

EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S).

Should it be deemed necessary, the **Claimant(s)/Plaintiff(s) are <u>fully Authorized (in accord with U.C.C § 9-509)</u>** to file a UCC commercial **LIEN and/or UCC1 Financing Statement** to perfect interest and/or secure full satisfaction of the adjudged sum of **One Trillion Dollars ($1,000,000,000,000.00 USD**).

//

**\*\*\* <u>SELF-EXECUTING CONTRACT</u> AND <u>SECURITY AGREEMENT\*\*\*</u> :**

Again for the record, this **<u>contract</u>, <u>received</u> and <u>accepted</u> per the <u>mailbox rule</u>, is self-executing and serves as a SECURITY AGREEMENT, and establishes a lien, Authorized by You/They/the DEBTOR(S). <u>Acceptance</u> of this <u>contrac</u>t is deemed to occur at the moment it is dispatched via mail, in accordance with the <u>mailbox rule</u> established in common law. Under this rule, an acceptance becomes effective and binding** once it is properly addressed, stamped, and placed in the control of the postal service, as supported by **Adams v. Lindsell (1818) 106 ER 250. Furthermore,** as a **<u>self-executing agreement</u>, this <u>contract</u>** creates **<u>immediate and enforceable obligations</u>** without the need for further action, functioning also as a **SECURITY AGREEMENT** under **Article 9 of the Uniform Commercial Code (UCC)**.

**\*\*\* <u>SELF-EXECUTING CONTRACT</u> AND <u>SECURITY AGREEMENT\*\*\*</u> :**

//

# <u>ESTOPPEL BY ACQUIESCENCE</u>:

If the addressee(s) or an intended recipient of this notice fail to respond addressing **each point, on a point by point basis,** they **individually and collectively accept <u>all</u> of the statements, declaration, stipulations, facts, and claims as TRUTH** and fact by **TACIT PROCURATION**, all issues are deemed settled **RES JUDICATA, STARE DECISIS** and by **COLLATERAL**

1    **ESTOPPEL**. You may **not** argue, controvert, or otherwise protest the finality of

2    the administrative findings in any subsequent process, whether administrative or

3    judicial. (See Black's Law Dictionary 6th Ed. for any terms you do not "*understand*").

4        **Your failure to completely answer and respond will result in your agreeing**

5    **not to argue, controvert or otherwise protest the finality of the administrative**

6    **findings in any process, whether administrative or judicial, as certified by**

7    **Notary or Witness Acceptor in an Affidavit Certificate of Non Response and/or**

8    **Judgement, or similar.**

9        Should YOU **fail** to <u>respond, provide partial, unsworn, or incomplete</u>

10   <u>answers,</u> **such are not acceptable to me or to any court of law**. See, *Sieb's*

11   *Hatcheries, Inc. v. Lindley,* 13 F.R.D. 113 (1952)., "Defendant(s) made no request for

12   an extension of time in which to answer the request for admission of facts and filed

13   only an unsworn response within the time permitted," thus, under the specific

14   provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in question were **deemed**

15   **admitted as true. Failure to answer is well established in the court**. *Beasley v. U.*

16   *S.,* 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests **will be considered as**

17   **having been admitted**." Also as previously referenced, "Statements of **fact**

18   contained in affidavits which are **not** rebutted by the opposing party's **affidavit or**

19   **pleadings _may_** be accepted as **true** by the trial court." --Winsett v. Donaldson, 244

20   N.W.2d 355 (Mich. 1976).

21       **COPY of this ACTUAL AND CONSTRUCTIVE NOTICE sent to the following**

22   **WITNESSES by way of Registered Mail with Misprision of Felony Obligations:**

23   **To/Cc:** Rob Bonta, Fiduciary(ies),       **To/Cc:** Issa, Darrel
          C/o Office of the Attorney General            C/o U.S. HOUSE OF REPRESENTATIVES

24        1300 "I" Street                                 Washington, District of Colombia [20515]
          Sacramento, California [95814-2919]      Registered Mail # RF775820666US.

25        Registered Mail # RF775820670US.

26   **To/Cc:** Michael Hestrin, Fiduciary(ies),    **To/cc:** Merrick Garland
          C/o Office of the District Attorney        C/o OFFICE OF THE ATTORNEY GENERAL

27        3960 Orange Street                         950 Pennsylvania Ave Nw
          Riverside California [92501]               Washington, District of Colombia, [20530]

28        Registered Mail # RF775820652US.     Registered Mail # RF775820649US

Self-Executing Contract and Security Agreement- Registered Mail #RF775820621US/ Express Mail #ER126149735US  — DATED: January 1, 2025

Invoice # RIVSHERTREAS12312024

# <u>INVOICE</u> and/or <u>TRUE BILL</u>

Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):

It has come to OUR attention that you are **deemed guilty** of **multiple felony crimes**, **violations of U.S. Code, U.C.C, the Constitution, and the law**. You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm** to ™KEVIN WALKER© ESTATE, ™WG EXPRESS TRUST©, ™KEVIN WALKER© IRR TRUST and its/their beneficiary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. **You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:**

| | | |
|---|---|---|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | <u>$10,000,000.00</u> |
| 2. | 18 U.S. Code § 4 - Misprision of felony | <u>$1,000,000.00</u> |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | $100,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | $200,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | $9,000,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | $9,000,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | $100,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | $100,000,000,000.00 |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | $900,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | $3,000,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | $11,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | $500,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | $100,000,000.00 |
| 14. | Use of ™KEVIN LEWIS WALKER©:                           x 3 | $3,000,000.00 |
| 15. | Fraud, conspiracy, obstruction, identity theft, extortion, bad faith actions, treason, monopolization  of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable  life, deprivation of rights under the color of law harassment, Waring against the Constitution,  injury and damage: | $777,075,000,000.00 |

**Total Due:      $1,000,000,000,000.00 USD**
<u>Good Faith Discount:</u>    $999,700,000,000.00 USD
**Total Due by 12/10/2024:    $300,000,000.00 USD**
**Total Due after 12/10/2024:    $1,000,000,000.00  USD**

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION,

# EXHIBITS/ATTACHMENTS:

1.E**xhibit A:  Affidavit: Power of Attorney In Fact'**

2. E**xhibit B:**  Private UCC Contract Trust/UCC1 filing #**2024385925-4**.

3. E**xhibit C:** Private UCC Contract Trust/UCC3 filing ##**2024402990-2** .

4. E**xhibit D: Affidavit Right of Travel** *CANCELLATION*, TERMINATION, AND
REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT
and AGREEMENT. LICENSE/BOND # B6735991

5. E**xhibit E:**  Revocation Termination and Cancelation of Franchise.

6. E**xhibit F:**  CITATION/BOND #TE464702, accepted under threat, duress, and
coercion: A**S EVIDENCED BY SIGNATURE LINE**.

7. E**xhibit G:**  Automobile's PRIVATE PLATE displayed on the automobile

8. E**xhibit H:**  Screenshot of "Automobile" and "commercial vehicle" from DMV
website

9. **Exhibit I**: Screenshot of CA CODE § 260 from https://leginfo.legislature.ca.gov

10. **Exhibit J**: Photo(s) of Defendant/Respondent Gregory D Eastwood.

11. **Exhibit K**: Photo(s) of Defendant/Respondent Robert C V Bowman.

12. **Exhibit L**: Photo(s) of Defendant/Respondent Willam Pratt.

13. **Exhibit M**: AFFIDAVIT CERTIFICATE of STATUS, ASSETS, RIGHTS,
JURISDICTION, AND PROTECTIONS as national/non-citizen national, foreign
government, foreign official, internationally protected person, international
organization, secured party/secured creditor, and/or national of the United
States, #RF661448964US.

14. **Exhibit N**: national/non-citizen national passport card #C35510079.

15. **Exhibit O**: national/non-citizen national passport book #A39235161.

16.**Exhibit P**: ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

17. Exhibit Q:

//

//

# **WORDS DEFINED GLOSSARY OF TERMS:**

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1.  automobile: a passenger vehicle that does not transport persons for hire. This includes station wagons, sedans, vans, and sport utility vehicles. **See, California Vehicle Code (CVC) §465**.

2.  commercial vehicle: A "commercial vehicle" is a vehicle which is used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property (for example, trucks and pickups). **See CVC §260.**

3.  motor vehicle: The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **and** used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo. **See 18 U.S. Code § 31 - Definitions.**

4.  **financial institution**:  a person, an individual, a **private banker**, a business engaged in vehicle sales, including automobile, airplane, and boat sales, persons involved in real estate closings and settlements, the United States Postal Service, a commercial bank or trust company, any credit union, an agency of the United States Government or of a State or local government carrying out a duty or power of a business described in this paragraph, a broker or dealer in securities or commodities, a currency exchange, or a business engaged in the exchange of currency, funds, or value that substitutes for currency or funds, financial agency, a loan or finance company, an issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar instruments, an operator of a credit card system, an insurance company, a licensed sender of money or any other person who engages as a business in the transmission of currency, funds, or value that substitutes for currency, including any person who engages as a business in an informal money transfer system or any network of people who engage as a business in facilitating the transfer of money domestically or internationally outside of the conventional financial institutions system. Ref, 31 U.S. Code § 5312 - Definitions and application.

5.  individual: As a noun, this term denotes a single **person** as distinguished from a group or class, and also, very commonly, a private or natural person as distinguished from a partnership, corporation, or association; but it is said that this restrictive signification is not necessarily inherent in the word, and that it **may**, in proper cases, include **artificial persons**.  As an adjective: Existing as an indivisible entity.

1    Of or relating to a single person or thing, as opposed to a group.— <u>See Black's Law Dictionary 4th, 7th,</u>

2    <u>and 8th Edition pages 913, 777,  and 2263 respectively.</u>

3  6.  **person:** Term may include artificial beings, as corporations. The term means an individual, corporation,

4    business trust, estate, trust, partnership, limited liability company, association, joint venture,

5    government, governmental subdivision, agency, or instrumentality, public corporation, or any other

6    legal or commercial entity. The term "person" shall be construed to mean and include an individual, a

7    trust, estate, partnership, association, company or corporation.  **The term "person" means a natural**

8    **person or an organization. -Artificial persons.** Such as are created and devised by law for the purposes

9    of society and government, called "corporations" or bodies politic." **-Natural persons.** Such as are

10    formed by nature, as distinguished from artificial persons, or corporations. **-Private person.** An

11    individual who is not the incumbent of an office. Persons are divided by law into natural and **artificial.**

12    Natural persons are such as the God of nature formed us; **artificial** are such as are created and devised

13    by **human laws**, for the purposes of society and government, which are called "corporations" or "bodies

14    politic." — <u>See Uniform Commercial Code (UCC) § 1-201, Black's Law Dictionary 1st, 2nd, and 4th</u>

15    <u>edition pages 892, 895, and 1299, respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning</u>

16    <u>of terms, and 26 United States Code (U.S. Code) § 7701 - Definitions.</u>

17  7.  **bank**: a **person** engaged in the business of banking and includes a savings bank, savings and loan

18    association, credit union, and **trust company**.  The terms "banks", "national bank", "national banking

19    association", "member bank", "board", "district", and "reserve bank" shall have the meanings assigned

20    to them in section 221 of this title.  An institution, of great value in the commercial world, empowered

21    to receive deposits of money, to make loans. and to issue its promissory notes, (designed to circulate as

22    money, and commonly called "bank-notes" or "bank-bills" ) or to perform any one or more of these

23    functions. The term "bank" is usually restricted in its application to an incorporated body; while a

24    **private individual** making it his business to conduct banking operations is denominated a "banker."

25    Banks in a commercial sense are of three kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation.

26    Strictly speaking, the term "bank" implies a place for the deposit of money, as that is the most obvious

27    purpose of such an institution. — <u>See, UCC 1-201, 4-105, 12 U.S. Code § 221a, Black's Law Dictionary</u>

28    <u>1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.</u>

8. **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or contract null and inoperative. Its principal species are rescission, release, accord and satisfaction, performance, judgement, composition, bankruptcy, merger. As applied to demands claims, right of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul its obligatory force, to satisfy it. And here also the term is generic; thus a dent , a mortgage. As a noun, the word means the act or instrument by which the binding force of a contract is terminated, irrespective of whether the contract is carried out to the full extent contemplated (in which case the discharge is the result of performance) or is broken off before complete execution. See, Blacks Law Dictionary 1st, page

9. **pay:** To discharge a debt; to deliver to a creditor the value of a debt, either in money or in goods, for his acceptance. To pay is to deliver to a creditor the value of a debt, either in money or In goods, for his acceptance, by which the debt is discharged. See Blacks Law Dictionary 1st, 2nd, and 3rd edition, pages 880, 883, and 1339 respectively.

10. p**ayment:** The performance of a duty, promise, or obligation, or discharge of a debt or liability. by the delivery of money or other value. Also the money or thing so delivered. Performance of an obligation by the delivery of money or some other valuable thing accepted in partial or full discharge of the obligation. [Cases: Payment 1. C.J.S. Payment § 2.] 2. The money or other valuable thing so delivered in satisfaction of an obligation. See Blacks Law Dictionary 1st and 8th edition, pages 880-811 and 3576-3577, respectively.

11. **driver:** The term "driver" (i.e: "driver's license") means One **employed** in conducting a coach, carriage, wagon, or other vehicle, with horses, mules, or other animals.

12. **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability, competency, liberty, permission, probability or contingency. — Regardless of the instrument, however, whether constitution, statute, deed, contract or whatnot, **courts** **not** **infrequently construe "may" as "shall" or "must".** — See Black's :aw Dictionary, 4th Edition page 1131.

13. **extortion:** The term "**extortion**" means the obtaining of property from another, **with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right**. — See 18 U.S. Code § 1951 - Interference with commerce by threats or violence.

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION,

Page 49 of 248

14. **national**: "foreign government", "foreign official", "internationally protected person", "international organization", "national of the United States", "official guest," and/or "non-citizen national." **They all have the same meaning.** See Title 18 U.S. Code § 112  - Protection of foreign officials, official guests, and internationally protected persons.

15. **United States:** For the purposes of this Affidavit, the terms "United States" and "U.S." *mean only the Federal Legislative Democracy of the District of Columbia*, Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and any other Territory within the "United States," which entity has its origin and jurisdiction from Article 1, Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of America. *The terms "United States" and "U.S." are NOT to be construed to mean or include the sovereign, united 50 states of America.*

16. **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of his right, or in some manner to do him an injury.   As distinguished from negligence, it is always positive, intentional. as applied to contracts is the cause of an error bearing on material part of the contract, created or continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an inconvenience or loss to the other. in the sense of court of equity, properly includes all acts, omissions, and concealments which involved a breach of legal or equitable duty, trust, or confidence justly reposed, and are injurious to another, or by which an undue and unconscientious advantage is taken of another. See Black's Law Dictionary, 1st and 2nd Edition, pages 521-522 and 517 respectively.

17. **color:** appearance, semblance. or simulacrum, as distinguished from that which is real. A prima facie or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of reality; a a disguise or pretext. See, Black's Law Dictionary 1st Edition, page 222.

18. **colorable:** That which is in appearance only, and not in reality, what it purports to be. See, Black's Law Dictionary 1st Edition, page 2223.

//
//
//
//

Self-Executing Contract and Security Agreement- Registered Mail #RF775820621US/ Express Mail #ER126149735US    DATED: January 1, 2025

1

## COMMERCIAL OATH AND VERIFICATION:

2   County of Riverside                    )

3                                          )        Commercial Oath and Verification

4   The State of California                )

5   I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding

6   in good faith being of sound mind states that the facts contained herein are true,

7   correct, complete and not misleading to the best of Affiant's knowledge and belief

8   under penalty of International Commercial Law and state this to be HIS Affidavit of

9   Truth regarding same signed and sealed this <u>1ST</u> day of <u>JANUARY</u> in the year of

10  Our Lord two thousand and twenty five:

11              proceeding sui juris, In Propria Persona, by *Special Limited Appearance,*
    **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**
12

13              By: _____

14                  **Kevin Walker**, *Attorney In Fact, Secured Party,*
                    *Executor, national, private bank(er)* EIN # 9x-xxxxxxx
15

16  Let this document stand as truth before the Almighty Supreme Creator and let it be

17  established before men according as the scriptures saith: *"But if they will not listen,*

18  *take one or two others along, so that every matter may be established by the testimony of two*

19  *or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*

20  *word be established" 2 Corinthians 13:1.*

21                          Sui juris, By *Special Limited* Appearance,

22              By: _____

23                  **Donnabelle Mortel** *(WITNESS)*

24                          Sui juris, By *Special Limited* Appearance,

25              By: _____

26                  **Corey Walker** *(WITNESS)*

27  //

28  //

-36 of 37-

WITHOUT OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION,

Self-Executing Contract and Security Agreement- Registered Mail #RF775820621US/ Express Mail #ER126149735US  — DATED: January 1, 2025

1          ## NOTICE:

2    Using a notary on this document does **not** constitute any adhesion, ***nor does it alter my***

3    ***status in any manner***. The purpose for notary is verification and identification **only** and

4    **not** for entrance into **any** foreign jurisdiction.

5

6

7

8                              ## JURAT:

9                                                    | A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

10   State of Riverside                    )

11   County of California                 ) ss.
                                           )

12   Subscribed and ~~sworn~~ to (or _affirmed_) before me on this <u>2nd</u> day of  <u>January,</u>  <u>2025</u> by <u>Kevin Walker</u> proved

13   to me on  the basis of satisfactory evidence to be the person(s) who appeared before me.

14

15   _Jayleen Isabel Castillo_          Notary public
                  print

16

17   _Jayleen Castillo_                 Seal:

18

19

20

21

22

23

24

25

26

27

28

Page 52 of 248

NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION,

-Exhibit F-

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

**From/Plaintiff: Kevin: Walker,** *sui juris, In Propria Persona.*
*Executor, Authorized Representative, Secured Party, Master Beneficiary*

™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©
c/o  30650 Rancho California Road Suite #406-251
Temecula, California [92591]
non-domestic *without* the United States
Email: team@walkernovagroup.com

*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

*** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT ***

**To/Defendant(s)/Respondent(s):** Gregory D Eastwood,
Robert C V Bowman, George Reyes.
C/o SOUTHWEST JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]
Registered Mail # RF775821088US
Email: info@riversidesheriff.org / ssherman@law4cops.com

**To/Defendant(s)/Respondent(s):** Chad Bianco.
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd floor
Riverside, California [92501]
Registered Mail # RF775821131US
Email: info@riversidesheriff.org / ssherman@law4cops.com

# AFFIDAVIT and Plain Statement of Facts

## NOTICE OF DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

| | |
|---|---|
| **Kevin: Walker, ™KEVIN WALKER©** ESTATE, **™KEVIN LEWIS WALKER©, ™KEVIN WALKER© IRR TRUST,** | **CITATION/BOND NO.: TE464702** |

*Claimant(s)Plaintiff(s),*

*vs.*

**Chad Bianco, Gregory D Eastwood, Robert C V Bowman**, **George Reyes, William Pratt, Robert Gell,** CHAD BIANCO, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100 Inclusive,*

*Defendant(s)/Respondent(s).*

1. **FRAUD**
2. **RACKETEERING**
3. **EMBEZZLEMENT**
4. **IDENTITY THEFT**
5. **CONPSIRACY**
6. **DEPRIVATION OF RIGHTS UNDER COLOR OF LAW**
7. **RECEIVING EXTORTION PROCEEDS**
8. **FALSE PRETENSES**
9. **EXTORTION**
10. **UNLAWFUL IMPRISONMENT**
11. **TORTURE**
12. **KIDNAPPING**
13. **FORCED PEONAGE**
14. **MONOPOLIZATION OF TRADE AND COMMERCE**
15. **BANK FRAUD**
16. **TRANSPORTATION OF STOLEN PROPERTY, MONEY, & SECURITIES**
17. **CONSIDERED AND STIPULATED ONE TRILLION DOLLAR ($1,000,000,000,000.00) JUDGEMENT AND LIEN.**

**COMES NOW**, Claimant(s)/Plaintiff(s) ™KEVIN WALKER© ESTATE and ™KEVIN LEWIS WALKER© and ™KEVIN WALKER© IRR TRUST, (hereinafter "Plaintiffs"), by and through their Attorney-In-Fact, **Kevin: Walker,** who is

-1 of 42-
NOTICE OF DEFAULT AND FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION

Page 54 of 248

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

1  proceeding *sui juris, In Propria Persona (pro per)*, and by *Special Limited*
2  *Appearance*. Kevin is a **natural** *freeborn* Sovereign and state Citizen of California
3  **the republic** in its De'jure capacity as one of the several states of the Union 1789.
4  This incidentally makes him a non-citizen national/**national** American Citizen of
5  the republic as per the **De'Jure Constitution for the United States 1777/1789**.
6  Claimant(s)/Plaintiff(s), acting through their Attorney(s)-in-Fact, assert their
7  *unalienable* right to **contract**, as secured by **Article I, Section 10** of the
8  **Constitution**, which states: "No State shall... pass any Law impairing the Obligation
9  of **Contracts.**" and thus which *prohibits* states from impairing the obligation of
10 **contracts**. This clause **unequivocally** prohibits states from impairing the obligation
11 of contracts, including but not limited to, a trust and contract agreement as an
12 '*Attorney-In-Fact*,' and any private contract existing between Plaintiffs and
13 Defendants. A copy of the 'Affidavit: Power of Attorney In Fact,' is attached hereto
14 as **Exhibits A** and incorporated herein by reference. Plaintiffs further rely on their
15 *unalienable and* **inherent** rights under the **Constitution** and the **common law** —
16 rights that **predate** the formation of the state and remain safeguarded by due
17 process of law.

# I.        <u>Constitutional Basis:</u>

19 Plaintiffs assert that their private rights are secured and protected under the
20 **Constitution**, **common law**, and **exclusive equity**, which govern their ability to
21 freely contract and protect their property and interests..
22 Plaintiffs respectfully assert and affirm:
23 • "The individual may stand upon his constitutional rights as a citizen. He is entitled
24   to carry on his **private** business in his own way. **His power to contract is** *unlimited*.
25   He owes no such duty [to submit his books and papers for an examination] to the
26   State, since he receives nothing therefrom, beyond the protection of his life and
27   property. His rights are such as existed by the law of the land [Common Law] long
28   antecedent to the organization of the State, and can only be taken from him by due

1  process of law, and in accordance with the Constitution. Among his rights are a
2  refusal to incriminate himself, and the immunity of himself and his property from
3  arrest or seizure except under a warrant of the law. He owes nothing to the public
4  so long as he does not trespass upon their rights." (*Hale v. Henkel*, 201 U.S. 43, 47
5  [1905]).

6  • "The claim and exercise of a constitutional **right** **cannot** be converted into a
7     crime."—Miller v. U.S., 230 F 2d 486, 489.

8  • "Where **rights** **secured by** the Constitution are involved, **there can be no rule**
9     **making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.

10 • "There can be no sanction or penalty imposed upon one because of this exercise of
11    constitutional **rights**." —Sherar v. Cullen, 481 F. 945.

12 • "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5 U.S. (1
13    Cranch) 137, 177 (1803).

14 • "It is not the duty of the citizen to surrender his rights, liberties, and immunities
15    under the guise of police power or any other governmental power."— *Miranda v.*
16    *Arizona*, 384 U.S. 436, 491 (1966).

17 • "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords
18    no protection; it creates no office; it is, in legal contemplation, as inoperative as
19    though it had never been passed."— *Norton v. Shelby County*, 118 U.S. 425, 442
20    (1886).

21 • "No one is bound to obey an unconstitutional law, and no courts are bound to
22    enforce it."— *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256.*

23 • "Sovereignty itself remains with the people, by whom and for whom all
24    government exists and acts."— *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).

## II.                    <u>Supremacy Clause</u>

26  Plaintiffs respectfully assert and affirm that:

27 • **The Supremacy Clause** of the Constitution **of the United States** (**Article VI, Clause**
28    **2**) **establishes** that **the Constitution**, federal laws made **pursuant to it**, and treaties

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

made under its authority, constitute the "supreme Law of the Land", and thus take priority over any conflicting state laws.    It provides that state courts are bound by, and state constitutions subordinate to, the supreme law.  However, federal statutes and treaties must be within the parameters of the Constitution; that is, they must be pursuant to the federal government's enumerated powers, and not violate other constitutional limits on federal power ... As a constitutional provision identifying the supremacy of federal law, the Supremacy Clause assumes the underlying priority of federal authority, albeit only when that authority is expressed in the Constitution itself; no matter what the federal or state governments might wish to do, they must stay within the boundaries of the Constitution.

# III.                    NOTICE OF DEFAULT

This notice serves as formal NOTICE OF DEFAULT, concerning Contract/Bond/ Ticket Number TE464702. This communication shall serve as a formal NOTICE OF DEFAULT of the aforementioned coerced and extorted offer, which was conditionally accepted contingent upon proof of the conditions set forth herein, governed by the principles of contract law, legal maxims, common law, and the Uniform Commercial Code (UCC), including but not limited to UCC §§ 1-103, 2-202, 2-204, 2-206, and the mailbox/postal rule.

The undersigned, Kevin: Walker, herein referred to as Affiant. Affiant is the Agent, Attorney-In-Fact, holder in due course, and Secured Party and Creditor of and for ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, ™KEVIN WALKER© IRR TRUST. Affiant hereby states that he is of legal age and competent to state on belief and first hand personal knowledge that the facts set forth herein as duly noted below are true, correct, complete, and presented in good faith, regarding the coerced and extorted commercial contract OFFER/CONTRACT/TICKET/BOND #TE464702, listed under ™KEVIN LEWIS WALKER©, pertaining to the private trust property and private automobile hereafter referred to as "Private Property".

# IV.        ** Notice of Administrative Process **

This **VERIFIED** **Affidavit, NOTICE, and SELF-EXECUTING CONTRACT SECURITY AGREEMENT** concerns Defendant(s)/Respondent(s)/You, Chad Bianco, Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, CHAD BIANCO, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, RIVERSIDE COUNTY SHERIFFS DEPARTMENT**,** *Does 1-100 Inclusive,* and their **blatant bad faith** acts of fraud, **racketeering, conspiracy**, threats and extortion against foreign officials, official guests, or internationally protected persons, extortion, embezzlement, larceny, coercion, identity theft, extortion of national/internationally protected person, conspiracy to deprive of rights under the color of law, treason, bank fraud, trusts, etc., in restraint of trade, frauds and swindles, mail fraud, forced peonage, monopolization of trade and commerce, willful violation of the Constitution, deprivation of rights under color of law, monopolization of trade and commerce, and intentional and willful and intentional trespass and infringement of the ™KEVIN LEWIS WALKER© trademark, trade name, patent and copyright.

As with any administrative process, You/Defendant(s)/Respondent(s), Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100 Inclusive* may controvert the statements and/or claims made by Affiants by executing and delivering a verified response point by point, in affidavit form, sw**orn and attested to under penalty of perjury**, signed by Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100* or other designated officer of the corporation with evidence in support by Certified, Express, or Registered Mail. **Answers by any other means are considered**

1  **a non-response and will be treated as a non-response.**

2  **\*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT\*\*\* :**

3  Again for the record, this **contract**, **received and accepted** per the **mailbox**

4  **rule**, **is self-executing and serves as a** SECURITY AGREEMENT, **and establishes**

5  **a lien, Authorized by You/They/the DEBTOR(S). Acceptance of this contract is**

6  **deemed to occur at the moment it is dispatched via mail, in accordance with the**

7  **mailbox rule established in common law. Under this rule, an acceptance becomes**

8  **effective and binding** once it is properly addressed, stamped, and placed in the

9  control of the postal service, as supported by **Adams v. Lindsell (1818) 106 ER 250.**

10 **Furthermore,** as a **self-executing agreement**, **this contract** creates **immediate and**

11 **enforceable obligations** without the need for further action, functioning also as a

12 SECURITY AGREEMENT under **Article 9 of the Uniform Commercial Code (UCC)**.

13 **\*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT\*\*\* :**

14 **<u>Contract Agreement Terms of Conditional Acceptance</u>:**

15 V.   **<u>Plain Statement of Facts</u>**

16 **KNOW ALL MEN BY THESE PRESENT**, that I, **Kevin: Walker,** proceeding

17 *sui juris, In Propia Persona*, by *Special Limited Appearance*, a man upon the land,

18 a follower of the Almighty Supreme Creator, first and foremost and the laws of man

19 when they are not in conflict (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and

20 James 5:12**,** let my yea mean yea and my nay be nay, as supported by Federal Public

21 Law 97-280, 96 Stat.1211, depose and say that I, **Kevin: Walker** over 18 years of age,

22 being competent to testify and having **first hand knowledge** of the **facts** herein

23 **declare (or certify, verify, affirm, or state)** under penalty of perjury under the laws

24 of the **United States of America** that the following is true and correct, to the best of

25 my understanding and belief, and in good faith:

26 1. I, Kevin: Walker, *proceeding sui juris, In Propria Persona*, by *Special Limited*

27    *Appearance*, herby state again for the record that I explicitly **reserve all my**

28    **rights and waive absolutely none.** See U.C.C. § 1-308.

2. I, Kevin: Walker, *proceeding sui juris, In Propria Persona*, by *Special Limited Appearance*, herby invoke *equity and fairness.*

3.  As a a natural freeborn Sovereign, **state Citizen: Californian**, and **national**, there is no legal *requirement* for me to have such a "license" for **traveling** in my **private** car and/or means of transport. The unrevealed legal purpose of driver's licenses is commercial in nature. Since I **do not** carry passengers 'for hire,' and I **am not** engaged in trade or commerce on the highways, **there is no law 'requiring'** me to have a license to **travel** for my own **private** pleasure and that of my family and friends.

4.  I, Kevin: Walker, *proceeding sui juris, In Propria Persona*, by *Special Limited Appearance*, herby **declare, state, verify, and affirm** for the record that the 'commercial' and 'for hire' Driver's License/Contract/Bond # B6735991 has been canceled, revoked, terminated, and liquidated, as evidenced by instructions and notice accepted by Steven Gordon, with the California Department of Motor Vehicles," as **evidenced** by Affidavit of TruthRegistered Mail #RF661447751US.

5.  Consistent with the **eternal tradition of natural common law**, **unless I have harmed or violated someone or their property, I have committed no crime**; and I am therefore **not** subject to any penalty. I act in accordance with the following **U.S. Supreme Court case**:  "The individual may stand upon his **constitutional rights** as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is unlimited.** He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and

**the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

6.  **I reserve my natural common law right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally**. And furthermore, I do **not** accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement. As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

7.  **Affiant states and alleges that this Affidavit Notice and Self-Executing Contract and Security Agreement is *prima facie* evidence of fraud, racketeering, indentity theft, treason, breach of trust and fiduciary duties, extortion, coercion, deprivation of rights under the color of law, conspiracy to deprive of rights under the color of law, monopolization of trade and commerce, forced peonage, obstruction of enforcement, extortion of a national/ internationally protected person, false imprisonment, torture, creating trusts in restraint of trade dereliction of fiduciary duties, bank fraud, breach of trust, treason, tax evasion, bad faith actions, dishonor, injury and damage to Affiant and proof of claim.  See *United States v. Kis*, 658 F.2d, 526 (7th Cir. 1981).,  "Appellee had the burden of first proving its prima facie case and could do so by affidavit or other evidence."**

## UNLAWFUL DETAINMENT AND ARREST while Traveling in *Private* Automobile

8. On **December 31, 2024**, at approximately 9:32am I, **Kevin: Walker**, *sui juris*, was **traveling privately** in my **private** automobile, displaying a '**PRIVATE**' plate, indicating I was 'not for hire' or operating commercially, and the private automobile was not displaying a STATE plate of any sort . This clearly established that the **private** automobile was **'*not* for hire'** or **'commercial' use** and, therefore explicitly classifying the automobile as **private property**, and **NOT** *within* any statutory and/or commercial jurisdiction. See Exhibit G.

9. Upon being unlawfully stopped and detained by Defendant/Respondents, Gregory D Eastwood and Robert C V Bowman, I, Affiant, informed **all Defendants** who willfully **conspired** on the scene in violation of 18 U.S.C. §§ 241 and 242, that I was a state Citizen, non-citizen natinoal/national, **privately traveling** in My **private** automobile, as articulated by Me and as evidenced by the '**PRIVATE**' plate on the private automobile. **This includes William Pratt and George Reyes.**

10. The **private** automobile and ***trust property*** was **not** in **any** way displaying STATE or government registration or stickers, and was displaying a PRIVATE plate, removing the automobile from the Defendant's jurisdiction. See Exhibit G.

11. The **private** automobile is duly reflected on Private UCC Contract Trust/UCC1 filing **#2024385925-4, and UCC3 filing #2024402990-2, both filings** attached hereto as **Exhibits B and C** respectively, and incorporated herein by reference

12. **Under threat, duress, and coercion, and at gunpoint,** Gregory D Eastwood and Robert C V Bowman were presented with a national/non-citizen national, #C35510079 and passport book #A39235161. Copy attached hereto as **Exhibits N and O** respectively, and incorporated herein by reference.

13. Defendant/Respondents, acted against the Constitution, even when reminded of their duties to support and uphold the Constitution.

//

14. At no point in time were Defendants/Respondents presented with a CALIFORNIA DRIVER'S LICENSE (COMMERCIAL CONTRACT), and any information added to the CITATION/CONTRACT was done so in fraud, without consent, full disclosure, and thus is *void ab initio*.

15. I, Kevin: Walker, *sui juris*, should never have been stopped exercising my right to travel, in a <u>private</u> automobile that was clearly marked "PRIVATE" and "not for hire" and "not for commercial use."

# FRAUDULENT ALTERATION OF SIGNATURE, COERCION, ASSAULT, DISPARAGEMENT,

16. During release procedures, Defendant Robert Gell threatened to "house" Kevin: Walker if Kevin did not sign every document presented, exactly as he (Robert Gell) waned Kevin to.  Camera records will evidence Robert telling to return to the release tank for no apparent reason, and then **assaulting, shoving, and pushing** Kevin into the tank at the end of the walk.

17. Defendant Robert Gell went as far as aggressively rushing around a desk and assaulting Kevin,  and snatching a pen from Kevin's hand, because Kevin attempted to write 'under duress' by his signature.

18. Defendant Robert Gell willfully and intentionally altered Affiant's signature on one document and crossed out 'UCC 1-308,' immediately after Affiant hand wrote it on the document.

19. Robert Gell stated he had no idea what an attorney-in-fact is and that Kevin: Walker was a, ["]jackass["].

# FRUIT OF THE POISONOUS TREE DOCTRINE

20. Affiant further asserts and establishes **on the record** that the undisputedly unlawful and unconstitutional stop, arrest, and subsequent actions of the Defendants/Respondents are in violation of the Fourth Amendment to the Constitution of the united States of America and constitute an unlawful arrest and seizure. The "**fruit of the poisonous tree**" doctrine, as articulated by the

1  **U.S. Supreme Court**, establishes that ***any*** evidence obtained as a result of an

2  unlawful stop or detainment is tainted and inadmissible in ***any*** subsequent

3  proceedings. The unlawful actions of Gregory D. Eastwood,  Robert C. V.

4  Bowman, George Reyes, William Pratt, and Robert Gell including *but not limited*

5  *to* the issuance of fraudulent citations/contracts under threat, duress, and

6  coercion, render all actions and evidence derived therefrom ***void ab initio***. See

7  *Wong Sun v. United States*, 371 U.S. 471 (1963).

8  21. Affiant therefore declares and demands that all actions and evidence obtained in

9  connection with this unlawful stop be deemed inadmissible and void as fruits of

10  the poisonous tree.

11  VI.    *CONDITIONAL ACCEPTANCE* **upon proof**

12  All statements, claims, offer, terms presented in your **coerced and extorted** OFFER

13  (#TE464702) are ***CONDITIONALLY ACCEPTED*** **upon proof** of the following **from**

14  **You/Defendant(s)/Respondent(s)**:

15     1. **Upon Proof from You/Defendant(s)/Respondent(s)** CITATION/

16       INSTRUMENT/OFFER #TE464702 was accepted intentionally, willfully, and

17       and indorsed, and not done so under threat, duress, and/or coercion, and

18       with full and complete disclosure (Exhibit F).

19     2. **Upon Proof from You/Defendant(s)/Respondent(s) that California Vehicle**

20       **Code § 260** applies to **private** "automobiles" and explicitly <u>requires</u> their

21       registration, notwithstanding the clear distinction made between private and

22       commercial vehicles in the code itself.

23     3. **Upon Proof from You/Defendant(s)/Respondent(s) that 18 U.S. Code**

24       **§ 31(6)** <u>includes</u> **private** "automobiles" within its definition of "motor

25       vehicle," contrary to its express limitation to vehicles used for

26       **commercial** purposes.

27     4. **Upon Proof from You/Defendant(s)/Respondent(s)** that the cited

28       **private** "automobiles" ("Private Property") was required to be

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

registered despite displaying a **private plate** identifying it as a **private transport** and not for commercial use, as evidenced by the photograph of the private decal and PLATE displayed on the <u>**private**</u> "automobile." A picture of the private PLATE attached hereto as **Exhibit G** and incorporated herein by reference.

5. **Upon Proof from You/Defendant(s)/Respondent(s) that** it is <u>**NOT**</u> a fundamental Right to travel, and it is **fact**ually and actually a privilege, and NOT a gift granted by the Supreme Creator and restated by our founding fathers as *Unalienable* and cannot be taken by any Man / Government made Law or color of law known as a <u>private</u> "Code" (secret) or a "Statute."

6. **Upon Proof from You/Defendant(s)/Respondent(s) of Jurisdiction and Authority:**
   - Provide evidence demonstrating the issuing authority's jurisdiction to impose statutory obligations upon <u>**private**</u> individuals utilizing <u>**private**</u> *automobiles* for personal purposes.

7. **Upon Proof from You/Defendant(s)/Respondent(s) of Lawful Consideration:**
   - Provide evidence that the coerced and extorted CITATION constitutes a *valid* contract supported by **lawful consideration,** which was entered into **knowingly, willfully**, **free of coercion**, **threat, intimidation**, or **other** f**elonious and bad faith action**s, with *full and complete disclosure*. **Without mutual consent and valuable consideration, no valid contract can exist under common law or UCC principles.**

8. **Upon Proof from You/Defendant(s)/Respondent(s) that** the living man, natural born Sovereign, state Citizen: Californian, national/non-citizen national, Kevin: Walker, *sui juris, In Propria Persona*, does <u>**NOT**</u> possess the *unalienable* inherent, unalienable **right** to travel in

-12 of 42-

NOTICE OF **DEFAULT** AND **FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION**

Page 65 of 248

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

His private automobile/private transport, free of harassment, tresspass, restrictions, and/or encumbrances.

9. **Upon Proof from You/Defendant(s)/Respondent(s) that** it is <u>**NOT**</u> **well established law** that the **highways** of the State **are public property**, and **their primary and preferred use is for <u>private</u> purposes**, and that their use for purposes of gain is special and extraordinary which, generally at least, the legislature may prohibit or condition as it sees fit." See, Stephenson vs. Rinford, 287 US 251; Pachard vs Banton, 264 US 140, and cases cited; Frost and F. Trucking Co. vs. Railroad Commission, 271 US 592; Railroad commission vs. Inter-City Forwarding Co., 57 SW.2d 290; Parlett Cooperative vs. Tidewater Lines, 164 A. 313.

10. **Upon Proof from You/Defendant(s)/Respondent(s) that** a vehicle <u>**NOT**</u> used for **commercial** activity is **NOT** a "consumer good , and ...it IS a type of vehicle **required** to be registered and "use tax" paid of which the tab is evidence of receipt of the tax. See, Bank of Boston vs Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14.

11. **Upon Proof from You/Defendant(s)/Respondent(s) that** the entirety of this transaction does not constitute a "**<u>commercial</u>**" matter under applicable law.

12. **Upon Proof from You/Defendant(s)/Respondent(s) that**, 'the claim and exercise of a constitutional right **CAN** be converted into a crime.' See, Miller v. U.S., 230 F 2d 486, 489.

13. **Upon Proof from You/Defendant(s)/Respondent(s) that**, the owner **DOES NOT** have constitutional right to use and enjoyment of his property." See, Simpson v. Los Angeles (1935), 4 C.2d 60, 47 P.2d 474.

14. **Upon Proof from You/Defendant(s)/Respondent(s) that private men and women** are required to give up their right to "travel," for the purported "benefit" and privilege of "driving" a "motor vehicle."

NOTICE OF DEFAULT AND FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

15. **Upon Proof from You/Defendant(s)/Respondent(s)** that 28 U.S. Code § 3002(15) - Definitions does **NOT** stipulate,"United States" means—**(A)** a Federal corporation; **(B)** an agency, department, commission, board, or other entity of the United States; or **(C)** an instrumentality of the United States.

16. **Upon Proof from You/Defendant(s)/Respondent(s) that Title 8 U.S. Code 1101(a)(22) - Definition,** does **NOT** expressly stipulates, " **(22)**The term "**national** of the United States" means (A) a citizen of the United States, or (B) a person who, though **not** a citizen of the United States, owes permanent allegiance to the United States.

17. **Upon Proof from You/Defendant(s)/Respondent(s) that,** the individual may **NOT** stand upon his **constitutional rights** as a citizen. He is NOT entitled to carry on his **private** business in his own way. **His power to contract is NOT unlimited.** He owes such duty [to submit his books and papers for an examination] to the State, and upon proof that his rights are NOT such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and CAN be taken from him without due process of law, or in accordance with the Constitution. NOT among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law, and upon proof that h**e owes the public even though does not trespass upon their rights. **See, Hale v. Henkel, 201 U.S. 43 at 47 (1905).**

18. **Upon Proof from You/Defendant(s)/Respondent(s) that** All laws which are repugnant to the Constitution are **NOT** null and void. **See, Chief Justice Marshall, Marbury vs Madison, 5, U.S. (Cranch) 137, 174, 176 (1803).**

19. **Upon Proof from You/Defendant(s)/Respondent(s) that** the for Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT BOND #B6735991 was NOT *CANCELED*, TERMINATED, REVOKED, and

LIQUIDATED, ACCEPTED FOR VALUE AND EXEMPT FROM LEVY, FOR RELEASE, CREDIT, AND DEPOSIT TO PRIVATE POST REGISTERED, with the U.S. Treasury, with the retaining full control and access to all respective right, interest, titles, and credits, as evidenced by the contract security agreement and affidavit titled, 'AFFIDAVIT RIGHT TO TRAVEL *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991. A true and correct copy attached hereto as **Exhibit D** and incorporated herein by reference.

20. **Upon Proof from You/Defendant(s)/Respondent(s) that** it WAS NOT noted in Land v. Dollar, 338 US 731 (1947), "that when the government entered into a **commercial** field of activity, it **left immunity behind.**" This principle is further affirmed in *Brady v. Roosevelt*, 317 U.S. 575 (1943); *FHA v. Burr*, 309 U.S. 242 (1940); and *Kiefer v. RFC*, 306 U.S. 381 (1939).

21. **Upon Proof from You/Defendant(s)/Respondent(s)** that it was NOT established under the Clearfield Doctrine, as articulated in *Clearfield Trust Co. v. United States*, 318 U.S. 363 (1943), that when the government engages in commercial or proprietary activities, it sheds its sovereignty and is subject to the same rules and liabilities as any **private** corporation.

## VII. <u>LEGAL STANDARDS, MAXIMS, and PRECEDENT</u>

In support of this CONDITIONAL ACCEPTANCE and Affidavit and Notice and Self-Executing Contract and Security Agreement Affiant cites the following established legal standards, legal maxims, precedent, and principles:

# <u>Use defines classification:</u>

1.   It is **well established law** that the **highways** of the state **are public property**, and **their primary and preferred use is for <u>private</u> purposes**, and that their use for purposes of gain is special and extraordinary which, generally at least, the legislature may prohibit or condition as it sees fit." **Stephenson vs. Rinford**, 287 US 251; **Pachard vs Banton**, 264 US 140, and cases cited; **Frost and F. Trucking Co. vs. Railroad Commission**, 271 US 592; **Railroad commission vs. Inter-City Forwarding Co.,** 57 SW.2d 290; **Parlett Cooperative vs. Tidewater Lines,** 164 A. 313

2. The **California Motor Vehicle Code, section 260**: Private cars/vans etc. not in commerce / for profit, are immune to registration fees:

    1. **(a)** A "**commercial vehicle**" is a vehicle of a type **<u>REQUIRED</u>** to be **REGISTERED** under this code".

    2. **(b)** "Passenger vehicles which are **not used** for the transportation of persons **for hire,** compensation or profit, and housecars, **are not commercial vehicles".**

    3. (c) "a vanpool vehicle is not a **commercial** vehicle."

3. **<u>18 U.S. Code § 31 - Definition</u>**, expressly stipulates, "The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **<u>and</u>** used for **commercial** purposes on the highways in the transportation of passengers, passengers and property, or property or cargo".

4. A vehicle not used for **commercial** activity is a "consumer goods", ...it is NOT a type of vehicle **required** to be registered and "use tax" paid of which the tab is evidence of receipt of the tax." Bank of Boston vs Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14.

5. **"** The 'privilege' of using the streets and highways by the operation thereon of motor carriers **<u>for hire</u>** can be acquired only

by permission or license from the state or its political subdivision. "—Black's Law Dictionary, 5th ed, page 830.

6. "It is held that a tax upon common carriers by motor vehicles is based upon a reasonable classification, and does not involve any unconstitutional discrimination, although **it does not apply to private vehicles,** or those used by the owner in his own business, and not for hire." **Desser v. Wichita, (1915) 96 Kan. 820; Iowa Motor Vehicle Asso. v. Railroad Comrs., 75 A.L.R. 22.**

7. "Thus self-driven vehicles are **classified according to the use** to which they are put rather than according to the means by which they are propelled." Ex Parte Hoffert, 148 NW 20.

8. In view of this rule a statutory provision that the supervising officials **"may"** exempt such persons when the transportation is not on a **commercial** basis means that they **"must" exempt them**." **State v. Johnson, 243 P. 1073; 60 C.J.S. section 94 page 581.**

9. "**The use to which an item is put, rather than its physical characteristics**, determine whether it should be classified as ``consumer goods'' under UCC 9- 109(1) or ``equipment'' under UCC 9-109(2)." **Grimes v Massey Ferguson, Inc**., 23 UCC Rep Serv 655; 355 So.2d 338 (Ala., 1978).

10. "Under UCC 9-109 there is a real distinction between goods purchased for personal use and those purchased for business use. The two are mutually exclusive and the **principal use to which the property is put should be considered as determinative**." **James Talcott, Inc. v Gee**, 5 UCC Rep Serv 1028; 266 Cal.App.2d 384, 72 Cal.Rptr. 168 (1968).

//

//

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

11. "The **classification of goods** in UCC 9-109 **are mutually exclusive**."
**McFadden v Mercantile-Safe Deposit & Trust Co.,** 8 UCC Rep Serv 766; 260 Md 601, 273 A.2d 198 (1971).

12. "The classification of ``goods'' under [UCC] 9-109 **is a question of fact**." **Morgan County Feeders, Inc. v McCormick,** 18 UCC Rep Serv 2d 632; 836 P.2d 1051 (Colo. App., 1992).

13. "The definition of ``goods'' includes an automobile." Henson v Government Employees Finance & Industrial Loan Corp., 15 UCC Rep Serv 1137; 257 Ark 273, 516 S.W.2d 1 (1974).

## The <u>RIGHT</u> to Travel is <u>not</u> a <u>Privilege:</u>

14. "**No State government entity has the power to allow or deny passage on the highways**, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. **Travel** is **not a privilege requiring, licensing, vehicle registration, or forced insurances**." *Chicago Coach Co.* **v.** *City of Chicago,* 337 Ill. 200, 169 N.E. 22.

15. The fundamental Right to travel is NOT a Privilege, it's a gift granted by your Creator and restated by our founding fathers as Unalienable and cannot be taken by any Man / Government made Law or color of law known as a <u>private</u> "Code" (secret) or a "Statute."

16. "**Traveling** is passing from place to place--act of **performing journey**; and **traveler is person who travels**." **In Re Archy** (1858), 9 C. 47.

17. "Right of transit through each state, with every species of property known to constitution of United States, and recognized by that paramount law, is secured by that instrument to each citizen, and does not depend upon uncertain and changeable ground of mere comity." **In Re Archy** (1858), 9 C. 47.

NOTICE OF DEFAULT AND FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION

18. Freedom to **travel** is, indeed, an important aspect of the citizen's "liberty". We are first concerned with the extent, if any, to which Congress has authorized its curtailment. (Road) **Kent v. Dulles**, 357 U.S. 116, 127.

19. The right to **travel** is a part of the "liberty" of which the citizen cannot be deprived without due process of law under the Fifth Amendment. So much is conceded by the solicitor general. In Anglo Saxon law that right was emerging at least as early as Magna Carta. **Kent v. Dulles**, 357 U.S. 116, 125.

20. "Even the legislature **has no power** to deny to a citizen the right to travel upon the highway and transport his property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with public interest and convenience. *Chicago Coach Co.* **v.** *City of Chicago*, 337 Ill. 200, 169 N.E. 22, 206.

21. "... It is now universally recognized that the state does possess such power [to impose such burdens and limitations upon private carriers when using the public highways for the transaction of their business] with respect to common carriers using the public highways for the transaction of their business in the transportation of persons or property for hire. That rule is stated as follows by the **supreme court of the United States**: 'A citizen may have, under the fourteenth amendment, the right to travel and transport his property upon them (the public highways) by **auto vehicle**, but **he has no right to make the highways his place of business by using them** *as a common carrier for hire*. Such use is a privilege which may be granted or withheld by the state in its discretion, without violating either the due process clause or the equal protection clause.' (*Buck* **v.** *Kuykendall*, 267 U. S. 307 [38 A. L. R. 286, 69 L. Ed. 623, 45 Sup. Ct. Rep. 324].

22. "The right of a citizen to travel upon the highway and transport his property thereon in the ordinary course of life and business **differs radically an obviously from that of one who makes the highway his place of** business

and uses it for _private_ gain, in the running of a stage coach or omnibus. The former is the usual and ordinary right of a citizen, a right common to all; while the latter is special, unusual and extraordinary. As to the former, the extent of legislative power is that of regulation; but as to the latter its power is broader; the right may be wholly denied, or it may be permitted to some and denied to others, because of its extraordinary nature. This distinction, elementary and fundamental in character, is recognized by all the authorities."

23. "Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his/her property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with the public interest and convenience." ["regulated" means traffic safety enforcement, stop lights, signs etc.]—Chicago Motor Coach v. Chicago, 169 NE 22.

24. "The claim and exercise of a constitutional right cannot be converted into a crime."—Miller v. U.S., 230 F 2d 486, 489.

25. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." —Sherar v. Cullen, 481 F. 945

26. The right of the citizen to **travel** upon the highway and to transport his property thereon, in the ordinary course of life and business, differs radically and obviously from that of one who makes the highway his place of business for private gain in the running of a stagecoach or omnibus."— State vs. City of Spokane, 186 P. 864.

27. "The right of the citizen to **travel** upon the public highways and to transport his/her property thereon either by carriage or automobile, is **not** a mere privilege which a city [or State] may prohibit or permit at will, but a common right which he/she has under the right to life, liberty, and the pursuit of happiness." —Thompson v. Smith, 154 SE 579.

28. "The right of the Citizen to **travel** upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of **travel**, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business." — Thompson vs. Smith, supra.; Teche Lines vs. Danforth, Miss., 12 S.2d 784.

29. "The use of the highways for the purpose of **travel** and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived." — Chicago Motor Coach vs. Chicago, 169 NE 22;Ligare vs. Chicago, 28 NE 934;Boon vs. Clark, 214 SSW 607;25 Am.Jur. (1st) Highways Sect.163.

30. "The right to b is part of the Liberty of which a citizen cannot deprived without due process of law under the <u>Fifth Amendment</u>. This Right was emerging as early as the Magna Carta." — <u>Kent vs. Dulles</u>, 357 US 116 (1958).

31. "The state **cannot** diminish Rights of the people." — **<u>Hurtado vs. California</u>**, 110 US 516.

32. "Personal liberty largely consists of the Right of locomotion -- to go where and when one pleases -- only so far restrained as the Rights of others may make it necessary for the welfare of all other citizens. The Right of the Citizen to **travel** upon the public highways and to transport his property thereon, by horse drawn carriage, wagon, or automobile, is not a mere **privilege** which may be permitted or prohibited at will, but the common Right which he has under his Right to life, liberty, and the pursuit of happiness. Under this Constitutional guarantee one may, therefore, under

normal conditions, **travel** at his inclination along the public highways or in public places, and while conducting himself in an orderly and decent manner, neither interfering with nor disturbing another's Rights, he will be protected, not only in his person, but in his safe conduct." —II Am.Jur. (1st) Constitutional Law, Sect.329, p.1135.

33. Where **rights** **secured by** the Constitution are involved, **there can be no rule making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.

34. "The state **cannot** diminish **Rights** of the **people.**" —Hurtado vs. California, 110 US 516.

# <u>NO QUALIFIED OR LIMITED IMMUNITY</u>

35. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

36. "Public officials are **not** immune from suit when they transcend their lawful authority by invading constitutional **rights**." —AFLCIO v. Woodward, 406 F2d 137 t.

37. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

38. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees.**" **Lezama v. Justice Court**, A025829.

39. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

40. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

41. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

42. "the people, not the States, are sovereign."—Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

43. **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

44. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (**Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind."

45. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

46. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

47. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

48. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

VII. At no point in time were DefendantS/Respondents presented with a CALIFORNIA DRIVER'S LICENSE (COMMERCIAL CONTRACT), and any information added to the CITATION/CONTRACT was done so in fraud, without consent, full disclosure, and thus is *void ab initio*.

49. **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

50. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. (**Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it."

//

Executed "*without the United States*" in compliance with **28 USC § 1746**.

# FURTHER AFFIANT SAYETH NOT.

//

# VIII. *Some* Relevant U.C.C. Sections and Application

1. **U.C.C. § 1-308 – Reservation of Rights:**

   This section ensures that acceptance of an offer under duress or coercion does not waive any rights or defenses. By invoking U.C.C. § 1-308, Claimant(s)/Plaintiff(s) asserts that any compliance with your offer is made with *explicit reservation of rights*, **preserving all legal remedies**.

2. **U.C.C. § 2-204 – Formation in General:**

   This section establishes that a contract can be formed in any manner sufficient to show agreement, including conduct. By issuing the citation (an implied offer to contract), You/Dedenfant(s)/Respondent(s), have initiated a contractual relationship, which has been conditionally accepted with **new terms herein**.

3. **U.C.C. § 2-206 – Offer and Acceptance in Formation of Contract:**

   Under this section, an offer can be accepted in any reasonable manner. By

conditionally accepting the citation and dispatching this notice via USPS Certified, Registered, and/or Express mail, Claimant(s)/Plaintiff(s) has/have created a binding contract agreement and obligation which You/Defendant(s)/Respondent(s) are contractually bound and obligated to.

4. **U.C.C. § 2-202 – Final Written Expression:**

This provision ensures that the terms of this conditional acceptance supplement the original terms of the citation. By including these conditions, the issuing authority is bound to provide proof of their validity, failing which the conditional acceptance will be expressly stipulated as the **final** agreement.

5. **U.C.C. § 1-103 – Supplementary General Principles of Law Applicable:**

This section allows common law principles to supplement the UCC. Under the doctrine of **equity** and **fair dealing**, failure to provide the requested proof constitutes bad faith and silent acquiescence, tacit agreement, and tacit procuration to all of the the **fact and terms stipulated** in this Affidavit Notice and Self-Executing Contract and Security Agreement.

# IX. Legal and Procedural Basis

1. **Mailbox/Postal Rule:**

Under the mailbox rule, this notice of conditional acceptance is effective and considered **accepted** by You/Defendant(s)/Respondent(s) upon dispatch via Registered Mail, and/or Express Mail, and/or Certified Mail. The agreement becomes binding when the notice **is sent**, *not* when received. This binds the issuing authority to the terms outlined in this notice unless rebutted within the specified timeframe.

2. **Offer and Acceptance:**

Your citation constitutes an offer under contract law. This notice self-executing Contract and Security Agreement conditionally accepts your contract OFFER and supplements its terms under U.C.C. § 2-202. Failure to fulfill the new and final terms and conditions within the specified **three**

**(3) day** timeframe constitutes **silent acquiescence, tacit agreement, and tacit procuration**.

# X. <u>DEFENDANTS' ACTIONS AS ACTS OF WAR AGAINST THE CONSTITUTION</u>

The defendants' conduct constitutes an **outright war against the Constitution** of the United States, its *principles*, and the **rule of law.** By their *bad faith* and deplorable actions, the defendants have demonstrated *willful and intentional* disregard and contempt for the **supreme law of the land**, as set forth in **Article VI, Clause 2 of the Constitution**, which declares that the Constitution, federal laws, and treaties are the supreme law of the land, binding upon all states, courts, and officers.

## A. Violations of Constitutional Protections

The defendants have intentionally and systematically engaged in acts that directly violate the protections guaranteed to the plaintiffs and the people under the Constitution, including but not limited to:

1. **Violation of the Plaintiffs' Unalienable Rights**: The defendants have deprived the plaintiffs of life, liberty, and property without due process of law, as guaranteed under the Fifth and Fourteenth Amendments.

2. **Subversion of the Rule of Law**: Through their actions, the defendants have undermined the separation of powers and checks and balances established by the Constitution. They have disregarded the judiciary's duty to uphold the Constitution by attempting to operate outside the confines of lawful authority, rendering themselves effectively unaccountable.

3. **Treasonous Conduct**: Pursuant to Article III, Section 3, treason against the United States is defined as levying war against them or adhering to their enemies, giving them aid and comfort. The defendants' conduct in subverting the constitutional order, depriving citizens of their lawful rights, and unlawfully exercising power without jurisdiction constitutes a form of domestic treason against the Constitution and the people it protects.

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

## B. Acts of Aggression and Tyranny

The defendants' actions amount to a usurpation of authority and a direct attack on the sovereignty of the people, who are the true source of all government power under the Constitution. As stated in the Declaration of Independence, whenever any form of government becomes destructive of the unalienable rights of the people, it is the right of the people to alter or abolish it. The defendants, through their actions, have positioned themselves as adversaries to this principle, attempting to replace the rule of law with arbitrary and unlawful dictates.

//

## C. Weaponizing Authority to Oppress

The defendants' intentional misuse of their authority to act against the interests of the Constitution and its **C**itizens is a clear manifestation of tyranny. Rather than serving their constitutional mandate to protect and defend the Constitution, they have actively waged war on it by:

- **Suppressing lawful claims and evidence presented by the plaintiffs** to protect their property and rights.
- **Engaging in acts of fraud, coercion, and racketeering** that strip plaintiffs of their constitutional protections.
- **Dismissing the jurisdictional authority of constitutional mandates**, including but not limited to rights to due process and equal protection under the law.

The defendants' actions are not merely breaches of law; they are acts of ***insurrection and rebellion* against the very foundation of the nation's constitutional framework.** Such acts must not go unchallenged, as they jeopardize the constitutional order, the rights of the people, and the rule of law that ensures justice and equality. Plaintiffs call upon the court and relevant authorities to enforce the Constitution, compel accountability, and halt the defendants' treasonous war against the supreme law of the land.

## XI.   'Bare Statutes' as *Confirmation* of Guilt and the Necessity of Prosecution by an Enforcer

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

Plaintiffs' incorporation of "bare statutes" does **NOT** exonerate Defendants; rather, it serves as evidence of Defendants' guilt, which they have already ***undisputedly*** admitted through their actions and lack of rebuttal to any affidavits, which they have a duty to respond to. The invocation of bare statutes merely underscores the necessity for Plaintiffs to compel a formal enforcer, such as a District Attorney or Attorney General, to prosecute the criminal violations. This requirement for enforcement does **NOT** negate the Defendants' culpability but, instead, affirms the gravity of their admitted violations.

In this matter, Plaintiffs have thoroughly detailed the Defendants' willful and intentional breaches of multiple federal statutes under Title 18, and Plaintiff's **private right(s) of action**. These ***blatant*** and ***willful*** violations have been clearly articulated in this NOTICE, AFFIDAVIT, AND CONTRACT SECURITY AGREEMENT. Defendants' actions constitute **treasonous** conduct against the **Constitution and the American people**. Their behavior, alongside that of their counsel, reflects an attitude of being above the law, further solidifying their guilt.

Plaintiffs maintain that the Defendants' reliance on procedural defenses or technicalities does not absolve them of their criminal conduct. Instead, their actions are an unequivocal admission of guilt that necessitates legal action by the appropriate prosecutorial authority. Plaintiffs reserve all rights to compel such enforcement to ensure that the Defendants are held fully accountable for their crimes.

## XII. <u>RESPONSE DEADLINE: REQUIRED WITHIN THREE (3) DAYS:</u>

A response and/or compensation and/or restitution payment must be received within a deadline of **three (3) days.** At the "**Deadline**" is defined as 5:00 p.m. on the third (3rd) day after your receipt of this affidavit. "**Failure to respond**" is defined as a blank denial, unsupported denial, inapposite denial, such as, "not applicable" or equivalent, statements of counsel and other declarations by third parties that lack first-hand knowledge of the facts, and/or responses lacking verification, all such responses being legally insufficient to controvert the verified statements herewith.  See *Sieb's Hatcheries, Inc* and

NOTICE OF DEFAULT AND FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION

*Beasley, Supra.* Failure to respond can result in **your acceptance of personal liability** external to qualified immunity and waiver of any decision rights of remedy.

## XIII.  FAILURE TO RESPOND AND/OR PERFORM, REMEDY, AND SETTLEMENT

If You/Defendant(s)/Respondent(s) fail to respond and perform **within three (3) days** of receiving this Affidavit Notice and Self- Executing Contract and SecurityAgreement and CONDITIONAL ACCEPTANCE, with **verified evidence** of the above accompanied by an affidavit, **sworn under the penalty of perjury, as required by law**, You/Defendant(s)/Respondent(s), Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100*, You/Defendant(s)/Respondent(s) *individually and collectively* **fully agree** that you must **act in good faith and** accordance with the Law, cease all conspiracy, fraud, identity theft, embezzlement, deprivation under the color of law, extortion, embezzlement, bank fraud, harassment, conspiracy to deprive, and other violations of the law, and **TERMINATE these proceeding immediately**, and pay the below mentioned Three Hundred Million Dollar Restitution and Settlement payment, and releasing all special deposit funds and/or Credits due to Affiant and/or Complainant(s)/Plaintiff(s).

## XIV.  Three Hundred Million ($300,000,000.00 USD) Restitution Settlement Payment *REQUIRED*

Furthermore, if You/Defendant(s)/Respondent(s) fail to respond and perform **within three (3) days** from the date of receipt of this communication by providing **verified** **evidence and proof** of the facts and conditions set forth herein, accompanied by **affidavits sworn under penalty of perjury as required by law**,

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100*, hereby agree that, within three (3) days of receipt of this contract offer, You/Defendant(s)/Respondent(s) shall issue restitution payment in the total sum certain of **Three Hundred Million U.S. Dollars ($300,000,000.00 USD),** which **shall** become **immediately** due and payable to ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST: Complainant(s)/Plaintiff(s).

# XV.    One Trillion Dollar ($1,000,000,000,000.00 USD) Default Judgement and Lien

If You/Defendant(s)/Respondent(s) fail to respond and perform **within three (3) days** from the date of receipt of this communication, **as contractually required**, You/Defendant(s)/Respondent(s) hereby individually and collectively, fully agree, that the entire amount evidenced and itemized in Invoice #RIVSHERTREAS12312024, totaling **One Trillion Dollars ($1,000,000,000,000.00)**, **shall** become **immediately** due and payable in full.

**Furthermore,** if You/Respondent(s)/Defendant(s), fail to respond and perform **within three (3) days** from the date of receipt of this communication, You/Defendant(s)/Respondent(s), **individually and collectively,** **admit the statements and claims** by **TACIT PROCURATION,** and completely agree that you/they individually and collectively are guilty of fraud, **racketeering,** indentity theft, **treason,** breach of trust and fiduciary duties, extortion, coercion, deprivation of rights under the color of law, conspiracy to deprive of rights under the color of law, monopolization of trade and commerce, forced peonage, obstruction of enforcement, extortion of a national/ internationally protected person, false imprisonment, torture, creating trusts

-30 of 42-

NOTICE OF DEFAULT AND FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION

Page 83 of 248

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

in restraint of trade dereliction of fiduciary duties, bank fraud, breach of trust, treason, tax evasion, bad faith actions, dishonor, injury and damage to Affiant.

# XVI.    JUDGEMENT AND COMMERCIAL LIEN AUTHORIZATION

Moreover, if You/Defendant(s)/Respondent(s), fail to respond **within three (3) days** from the date of receipt of this communication, you/they **individually and collectively**, **fully and unequivocally Decree, Accep**t, **fully Authorize** (in accord with UCC section 9)**, indorse, support, and advocate for a judgement, and/or SUMMARY JUDGEMENT, and/or commercial lien of One Trillion Dollars ($1,000,000,000,000.00**) **against** You/Respondent(s)/Defendant(s),  Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100,* **in favor of,** ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S).

**Finally,** If You/Respondent(s)/Defendant(s), **fail to respond within three (3) days** from the date of receipt of this communication**, You/Defendant(s)/ Respondent(s)** *individually and collectively***, EXPRESSLY, FULLY, and unequivocally Authorize, indorse, support and advocate for** ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S) to formally notify the United States Treasury, Internal Revenue Service, the respective Congress (wo)man, U.S. Attorney General, and/or any person, individual, legal fiction, and/or person, or ens legis Affiant deems necessary, including but not limited to submitting the requisite form(s) 1099-A, 1099-OID, 1099-C, 1096, 1040, 1041, 1041-V, 1040-V, 3949-A, with the One Trillion Dollars ($1,000,000,000,000.00 USD) as the **income to You/Defendant(s)/Respondent(s)**

NOTICE OF DEFAULT AND FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION

1  **and lost revenue and/or income to** Affiant, and/or ™WG EXPRESS TRUST©,

2  ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN

3  WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S).

# SUMMARY JUDGEMENT, U.C.C. 3-505 PRESUMED DISHONOR

6  Said income is **to be assessed and claimed as income** by/to You/

7  Defendant(s)/Respondent(s), **and/or** by **filing a lawsuit** followed by a DEMAND

8  or similar for **SUMMARY JUDGEMENT** as **a matter of law**, in accordance with

9  **California Code of Civil Procedure § 437c(c)** and **Federal Rule of Civil Procedure**

10  **56(a),** and/or executing an **Affidavit Certificate of Non-Response, Dishonor,**

11  **Judgement, and Lien Authorization**, in accordance with **U.C.C. § 3-505**, and/or

12  issue an ORDER TO PAY or BILL OF EXCHANGE to the U.S. Treasury and IRS,

13  said sum certain of **One Trillion U.S. Dollars ($1,000,000,000,000.00 USD)**, for

14  **immediate credit to** Affiant, and/or ™WG EXPRESS TRUST©, ™KEVIN

15  WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER©

16  IRR TRUST, and/or their lawfully designated ASSIGNEE(S), with this Self-

17  Executing Contract and Security Agreement servings as *prima facie* **evidence** of

18  You/Respondent(s)/Defendant(s)'s **Verified INDEBTEDNESS** to Affiant, Affiant,

19  and/or ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS

20  WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully

21  designated ASSIGNEE(S).

22  Should it be deemed necessary, the **Claimant(s)/Plaintiff(s) are fully**

23  **Authorized (in accord with U.C.C § 9-509)** to file a UCC commercial **LIEN and/or**

24  **UCC1 Financing Statement** to perfect interest and/or secure full satisfaction of the

25  adjudged sum of **One Trillion Dollars ($1,000,000,000,000.00 USD)**.

26  *//*

27  **\*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT\*\*\* :**

28  Again for the record, this **contract, received and accepted per the mailbox rule, is**

NOTICE OF DEFAULT AND FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION

Page 85 of 248

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

1   self-executing and serves as a SECURITY AGREEMENT, and establishes a lien,

2   Authorized by You/They/the DEBTOR(S). Acceptance of this contract is deemed to

3   occur at the moment it is dispatched via mail, in accordance with the mailbox rule

4   established in common law. Under this rule, an acceptance becomes effective and

5   binding once it is properly addressed, stamped, and placed in the control of the postal

6   service, as supported by Adams v. Lindsell (1818) 106 ER 250. Furthermore, as a self-

7   executing agreement, this contract creates immediate and enforceable obligations

8   without the need for further action, functioning also as a SECURITY AGREEMENT under

9   Article 9 of the Uniform Commercial Code (UCC).

10   *** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT*** :

11   //

12   # ESTOPPEL BY ACQUIESCENCE:

13   If the addressee(s) or an intended recipient of this notice fail to respond

14   addressing each point, on a point by point basis, they individually and

15   collectively accept all of the statements, declaration, stipulations, facts, and

16   claims as TRUTH and fact by TACIT PROCURATION, all issues are deemed

17   settled RES JUDICATA, STARE DECISIS and by COLLATERAL ESTOPPEL.

18   You may not argue, controvert, or otherwise protest the finality of the

19   administrative findings in any subsequent process, whether administrative or

20   judicial. (See Black's Law Dictionary 6th Ed. for any terms you do not "*understand*").

21   Your failure to completely answer and respond will result in your agreeing

22   not to argue, controvert or otherwise protest the finality of the administrative

23   findings in any process, whether administrative or judicial, as certified by

24   Notary or Witness Acceptor in an Affidavit Certificate of Non Response and/or

25   Judgement, or similar.

26   Should YOU fail to respond, provide partial, unsworn, or incomplete

27   answers, such are not acceptable to me or to any court of law. See, *Sieb's*

28   *Hatcheries, Inc. v. Lindley,* 13 F.R.D. 113 (1952)., "Defendant(s) made no request for

NOTICE OF DEFAULT AND FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

1    an extension of time in which to answer the request for admission of facts and filed

2    only an unsworn response within the time permitted," thus, under the specific

3    provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in question were **deemed**

4    **admitted as true.  Failure to answer is well established in the court**.  *Beasley v. U.*

5    *S.,* 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests **will be considered as**

6    **having been admitted**."  Also as previously referenced, "Statements of **fact**

7    contained in affidavits which are **not** rebutted by the opposing party's **affidavit or**

8    **pleadings <u>may</u>** be accepted as **true** by the trial court." --Winsett v. Donaldson, 244

9    N.W.2d 355 (Mich. 1976).

10    **COPY of this ACTUAL AND CONSTRUCTIVE NOTICE sent to the following**

11    **WITNESSES by way of Registered Mail with Misprision of Felony Obligations:**

12    **To/cc:** James R. McHenry III, Pam Bondi, Agent(s)          **To/Cc:** Michael Hestrin, Fiduciary(ies),
C/o OFFICE OF THE ATTORNEY GENERAL                    C/o Office of the District Attorney

13    950 Pennsylvania Avenue Nw                                    3960 Orange Street
Washington, District of Colombia, [20530]                     Riverside California [92501]

14    Registered Mail # RF775821091US                               Registered Mail # RF775821105US.

15    **To/Cc:** Rob Bonta, Fiduciary(ies),                         **To/Cc:** Douglas O'Donnell, Agent(s), Fiduciary(ies)
C/o Office of the Attorney General                            C/o Internal Revenue Service

16    1300 "I" Street                                               1111 Constitution Avenue, North West
Sacramento, California [95814-2919]                           Washington, District of Colombia [20224]

17    Registered Mail # RF775821114US.                             Registered Mail # RF775821128US.

18

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

NOTICE OF DEFAULT AND FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION

Page 87 of 248

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

Invoice # RIVSHERTREAS12312024

# <u>INVOICE</u> and/or <u>TRUE BILL</u>

Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):

It has come to OUR attention that you are **deemed guilty** of **multiple felony crimes**, **violations of U.S. Code, U.C.C, the Constitution, and the law**. You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm** to ™KEVIN WALKER© ESTATE, ™WG EXPRESS TRUST©, ™KEVIN WALKER© IRR TRUST and its/their beneficiary(ies), and their Fiduciary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. **You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:**

| | | | |
|---|---|---|---|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | | $10,000,000.00 |
| 2. | 18 U.S. Code § 4 - Misprision of felony | | $1,000,000.00 |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | | $100,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | | $200,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | | $9,000,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | | $9,000,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | | $100,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | | $100,000,000,000.00 |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | | $900,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | | $3,000,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | | $11,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | | $500,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | | $100,000,000.00 |
| 14. | Use of ™KEVIN LEWIS WALKER©: | x 3 | $3,000,000.00 |
| 15. | Fraud, conspiracy, obstruction, identity theft, extortion, bad faith actions, treason, monopolization of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable life, deprivation of rights under the color of law harassment, Waring against the Constitution, injury and damage: | | $777,075,000,000.00 |

**Total Due:** **$1,000,000,000,000.00 USD**
**Good Faith Discount:** **$999,700,000,000.00 USD**
**Total Due by 01/31/2025:** **$300,000,000.00 USD**
**Total Due after 01/31/2025:** **$1,000,000,000,000.00 USD**

NOTICE OF DEFAULT AND FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

# EXHIBITS/ATTACHMENTS:

1. E**xhibit A:  Affidavit: Power of Attorney In Fact'**

2. E**xhibit B:**  Private UCC Contract Trust/UCC1 filing #**2024385925-4**.

3. E**xhibit C:** Private UCC Contract Trust/UCC3 filing ##**2024402990-2** .

4. E**xhibit D: Affidavit Right of Travel** *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991

5. E**xhibit E:**  Revocation Termination and Cancelation of Franchise.

6. E**xhibit F:**  CITATION/BOND #TE464702, accepted under threat, duress, and coercion: A**S EVIDENCED BY SIGNATURE LINE**.

7. E**xhibit G:**  Automobile's PRIVATE PLATE displayed on the automobile

8. E**xhibit H:**  Screenshot of "Automobile" and "commercial vehicle" from DMV website

9. **Exhibit I**: Screenshot of CA CODE § 260 from https://leginfo.legislature.ca.gov

10. **Exhibit J**: Photo(s) of Defendant/Respondent Gregory D Eastwood.

11. **Exhibit K**: Photo(s) of Defendant/Respondent Robert C V Bowman.

12. **Exhibit L**: Photo(s) of Defendant/Respondent Willam Pratt.

13. **Exhibit M**: AFFIDAVIT CERTIFICATE of STATUS, ASSETS, RIGHTS, JURISDICTION, AND PROTECTIONS as national/non-citizen national, foreign government, foreign official, internationally protected person, international organization, secured party/secured creditor, and/or national of the United States, #RF661448964US.

14. **Exhibit N**: national/non-citizen national passport card #C35510079.

15. **Exhibit O**: national/non-citizen national passport book #A39235161.

16. **Exhibit P**: ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

17. **Exhibit Q**: NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON, #RF775820621US.

# WORDS DEFINED GLOSSARY OF TERMS:

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1. automobile: a passenger vehicle that does not transport persons for hire. This includes station wagons, sedans, vans, and sport utility vehicles. **See, California Vehicle Code (CVC) §465**.

2. commercial vehicle: A "commercial vehicle" is a vehicle which is used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property (for example, trucks and pickups). **See CVC §260.**

3. motor vehicle: The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **and** used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo. **See 18 U.S. Code § 31 - Definitions.**

4. **financial institution:** a person, an individual, a **private banker**, a business engaged in vehicle sales, including automobile, airplane, and boat sales, persons involved in real estate closings and settlements, the United States Postal Service, a commercial bank or trust company, any credit union, an agency of the United States Government or of a State or local government carrying out a duty or power of a business described in this paragraph, a broker or dealer in securities or commodities, a currency exchange, or a business engaged in the exchange of currency, funds, or value that substitutes for currency or funds, financial agency, a loan or finance company, an issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar instruments, an operator of a credit card system, an insurance company, a licensed sender of money or any other person who engages as a business in the transmission of currency, funds, or value that substitutes for currency, including any person who engages as a business in an informal money transfer system or any network of people who engage as a business in facilitating the transfer of money domestically or internationally outside of the conventional financial institutions system. Ref, 31 U.S. Code § 5312 - Definitions and application.

5. individual: As a noun, this term denotes a single **person** as distinguished from a group or class, and also, very commonly, a private or natural person as distinguished from a partnership, corporation, or association; but it is said that this restrictive signification is not necessarily inherent in the word, and that it **may**, in proper cases, include **artificial persons**. As an adjective: Existing as an indivisible entity.

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

1    Of or relating to a single person or thing, as opposed to a group.— See Black's Law Dictionary 4th, 7th,

2    and 8th Edition pages 913, 777,  and 2263 respectively.

3    6.    **person:** Term may include artificial beings, as corporations. The term means an individual, corporation,

4    business trust, estate, trust, partnership, limited liability company, association, joint venture,

5    government, governmental subdivision, agency, or instrumentality, public corporation, or any other

6    legal or commercial entity. The term "person" shall be construed to mean and include an individual, a

7    trust, estate, partnership, association, company or corporation. **The term "person" means a natural**

8    **person or an organization.** -**Artificial persons.** Such as are created and devised by law for the purposes

9    of society and government, called "corporations" or bodies politic." -**Natural persons.** Such as are

10    formed by nature, as distinguished from artificial persons, or corporations. -**Private person.** An

11    individual who is not the incumbent of an office. Persons are divided by law into natural and **artificial.**

12    Natural persons are such as the God of nature formed us; **artificial** are such as are created and devised

13    by **human laws**, for the purposes of society and government, which are called "corporations" or "bodies

14    politic."— See Uniform Commercial Code (UCC) § 1-201, Black's Law Dictionary 1st, 2nd, and 4th

15    edition pages 892, 895, and 1299, respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning

16    of terms, and 26 United States Code (U.S. Code) § 7701 - Definitions.

17    7.    **bank:** a person engaged in the business of banking and includes a savings bank, savings and loan

18    association, credit union, and **trust company**.  The terms "banks", "national bank", "national banking

19    association", "member bank", "board", "district", and "reserve bank" shall have the meanings assigned

20    to them in section 221 of this title.  An institution, of great value in the commercial world, empowered

21    to receive deposits of money, to make loans. and to issue its promissory notes, (designed to circulate as

22    money, and commonly called "bank-notes" or "bank-bills" ) or to perform any one or more of these

23    functions. The term "bank" is usually restricted in its application to an incorporated body; while a

24    **private individual** making it his business to conduct banking operations is denominated a "banker."

25    Banks in a commercial sense are of three kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation.

26    Strictly speaking, the term "bank" implies a place for the deposit of money, as that is the most obvious

27    purpose of such an institution. — See, UCC 1-201, 4-105, 12 U.S. Code § 221a, Black's Law Dictionary

28    1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

8.  **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or contract null and inoperative. Its principal species are rescission, release, accord and satisfaction, performance, judgement, composition, bankruptcy, merger. As applied to demands claims, right of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul its obligatory force, to satisfy it. And here also the term is generic; thus a dent , a mortgage. As a noun, the word means the act or instrument by which the binding force of a contract is terminated, irrespective of whether the contract is carried out to the full extent contemplated (in which case the discharge is the result of performance) or is broken off before complete execution. See, Blacks Law Dictionary 1st, page

9.  **pay:** To discharge a debt; to deliver to a creditor the value of a debt, either in money or in goods, for his acceptance. To pay is to deliver to a creditor the value of a debt, either in money or In goods, for his acceptance, by which the debt is discharged. See Blacks Law Dictionary 1st, 2nd, and 3rd edition, pages 880, 883, and 1339 respectively.

10.  p**ayment:** The performance of a duty, promise, or obligation, or discharge of a debt or liability. by the delivery of money or other value. Also the money or thing so delivered. Performance of an obligation by the delivery of money or some other valuable thing accepted in partial or full discharge of the obligation. [Cases: Payment 1. C.J.S. Payment § 2.] 2. The money or other valuable thing so delivered in satisfaction of an obligation. See Blacks Law Dictionary 1st and 8th edition, pages 880-811 and 3576-3577, respectively.

11.  **driver:** The term "driver" (i.e: "driver's license") means One **employed** in conducting a coach, carriage, wagon, or other vehicle, with horses, mules, or other animals.

12.  **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability, competency, liberty, permission, probability or contingency. — Regardless of the instrument, however, whether constitution, statute, deed, contract or whatnot, **courts not infrequently construe "may" as "shall" or "must".** — See Black's :aw Dictionary, 4th Edition page 1131.

13.  **extortion:** The term "**extortion**" means the obtaining of property from another, **with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right**. — See 18 U.S. Code § 1951 - Interference with commerce by threats or violence.

NOTICE OF DEFAULT AND FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION

14. **national:** "foreign government", "foreign official", "internationally protected person", "international organization", "national of the United States", "official guest," and/or "non-citizen national." **They all have the same meaning.** See Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons.

15. **United States:** For the purposes of this Affidavit, the terms "United States" and "U.S." *mean only the Federal Legislative Democracy of the District of Columbia*, Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and any other Territory within the "United States," which entity has its origin and jurisdiction from Article 1, Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of America. *The terms "United States" and "U.S." are NOT to be construed to mean or include the sovereign, united 50 states of America.*

16. **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of his right, or in some manner to do him an injury. As distinguished from negligence, it is always positive, intentional. as applied to contracts is the cause of an error bearing on material part of the contract, created or continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an inconvenience or loss to the other. in the sense of court of equity, properly includes all acts, omissions, and concealments which involved a breach of legal or equitable duty, trust, or confidence justly reposed, and are injurious to another, or by which an undue and unconscientious advantage is taken of another. See Black's Law Dictionary, 1st and 2nd Edition, pages 521-522 and 517 respectively.

17. **color:** appearance, semblance. or simulacrum, as distinguished from that which is real. A prima facie or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of reality; a a disguise or pretext. See, Black's Law Dictionary 1st Edition, page 222.

18. **colorable:** That which is in appearance only, and not in reality, what it purports to be. See, Black's Law Dictionary 1st Edition, page 2223.

//

//

//

//

## COMMERCIAL OATH AND VERIFICATION:

County of Riverside                    )

                                       )          Commercial Oath and Verification

The State of California                )

I, KEVIN WALKER, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this 28TH day of JANUARY in the year of Our Lord two thousand and twenty five:

proceeding *sui juris, In Propria Persona,* by *Special Limited Appearance,*
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____

Kevin Walker, *Attorney In Fact, Secured Party,*
*Executor,* national, *private bank(er)* EIN # 9x-xxxxxxx

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

*Sui juris,* By *Special Limited Appearance,*

By: _____

Donnabelle Mortel *(WITNESS)*

*Sui juris,* By *Special Limited Appearance,*

By: _____

Corey Walker *(WITNESS)*

//

//

-41 of 42-

Self-Executing Contract and Security Agreement- Registered Mail #RF775821088US — DATED: January 28, 2025

1           ## NOTICE:

2    Using a notary on this document does **not** constitute any adhesion, **_nor does it alter my_**

3    **_status in any manner_**. The purpose for notary is verification and identification **only** and

4    **not** for entrance into **any** foreign jurisdiction.

5    //

6    //

7    //

8                          ## JURAT:

9                                          | A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

10   State of Riverside                    )

11   County of California                  ) ss.
                                            )

12   Subscribed and ~~sworn~~ to (or __affirmed__) before me on this __28th__ day of  __January,__  __2025__ by __Kevin Walker__ proved

13   to me on  the basis of satisfactory evidence to be the person(s) who appeared before me.

14

15   Joyti Patel, _____ Notary public
     print

16   _Joytipatel_ _____ Seal:

17   _____ Seal:

18

19

20

21

22

23

24

25

26

27

28

-Exhibit G-

Self-Executing Contract and Security Agreement- Registered Mail #RF775822582US — DATED: February 13, 2025

**From/Plaintiff: Kevin: Walker,** *sui juris, In Propria Persona.*
*Executor, Authorized Representative, Secured Party, Master Beneficiary*

™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©
c/o  30650 Rancho California Road Suite #406-251
Temecula, California [92591]
non-domestic *without* the United States
Email: team@walkernovagroup.com

*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

*** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT ***

| To/Defendant(s)/Respondent(s): Gregory D Eastwood, Robert C V Bowman, George Reyes, Robert Gell, Chad. | To/Defendant(s)/Respondent(s): Chad Bianco. |
|---|---|
| C/o SOUTHWEST JUSTICE CENTER 30755-D Auld Road Murrieta, California [92563] Registered Mail # RF775822582US Email: info@riversidesheriff.org / ssherman@law4cops.com | C/o RIVERSIDE COUNTY SHERIFF 4095 Lemon Street, 2nd floor Riverside, California [92501] Registered Mail # RF775822596US Email: info@riversidesheriff.org / ssherman@law4cops.com |

# AFFIDAVIT and Plain Statement of Facts

## NOTICE OF DEFAULT AND OPPORTUNITY TO CURE *AND*
### NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, KIDNAPPING

| | |
|---|---|
| **Kevin: Walker, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, ™KEVIN WALKER© IRR TRUST,** | **CITATION/BOND NO.: TE464702** |
| Claimant(s)*Plaintiff(s)*, *vs.* | 1. **FRAUD** 2. **RACKETEERING** 3. **EMBEZZLEMENT** 4. **IDENTITY THEFT** 5. **CONPISRACY** 6. **DEPRIVATION OF RIGHTS UNDER COLOR OF LAW** 7. **RECEIVING EXTORTION PROCEEDS** 8. **FALSE PRETENSES** 9. **EXTORTION** 10. **UNLAWFUL IMPRISONMENT** 11. **TORTURE** 12. **KIDNAPPING** 13. **FORCED PEONAGE** 14. **MONOPOLIZATION OF TRADE AND COMMERCE** 15. **BANK FRAUD** 16. **TRANSPORTATION OF STOLEN PROPERTY, MONEY, & SECURITIES** 17. **CONSIDERED AND STIPULATED ONE TRILLION DOLLAR ($1,000,000,000,000.00) JUDGEMENT AND LIEN.** |
| **Chad Bianco, Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell,** CHAD BIANCO, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100 Inclusive,* | |
| Defendant(s)/Respondent(s). | |

**COMES NOW**, Claimant(s)/Plaintiff(s) ™KEVIN WALKER© ESTATE and ™KEVIN LEWIS WALKER© and ™KEVIN WALKER© IRR TRUST, (hereinafter "Plaintiffs"), by and through their Attorney-In-Fact, **Kevin: Walker**, who is proceeding *sui juris, In Propria Persona (pro per)*, and by *Special Limited*

-1 of 41-

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, KIDNAPPING

Page 97 of 248

1    *Appearance*. Kevin is a **natural** *freeborn* Sovereign and state Citizen of California

2    **the republic** in its **De'jure** capacity as one of the several states of the Union 1789.

3    This incidentally makes him a non-citizen national/**national** of the republic as per

4    the **De'Jure Constitution for the United States 1777/1789.**

5    Claimant(s)/Plaintiff(s), acting through their Attorney(s)-in-Fact, assert their

6    *unalienable* right to **contract**, as secured by **Article I, Section 10** of the

7    **Constitution**, which states: "No State shall... pass any Law impairing the Obligation

8    of **Contracts.**" and thus which *prohibits* states from impairing the obligation of

9    **contracts**. This clause **unequivocally** prohibits states from impairing the obligation

10   of contracts, including but not limited to, a trust and contract agreement as an

11   '*Attorney-In-Fact,*' and any private contract existing between Plaintiffs and

12   Defendants. A copy of the 'Affidavit: Power of Attorney In Fact,' is attached hereto

13   as **Exhibits A** and incorporated herein by reference. Plaintiffs further rely on their

14   *unalienable and* **inherent** rights under the **Constitution** and the **common law**—

15   rights that **predate** the formation of the state and remain safeguarded by due

16   process of law.

17   # I.            <u>**Constitutional Basis:**</u>

18   Plaintiffs assert that their private rights are secured and protected under the

19   **Constitution**, **common law**, and **exclusive equity**, which govern their ability to

20   freely contract and protect their property and interests..

21   Plaintiffs respectfully assert and affirm:

22   •    "The individual may stand upon his constitutional rights as a citizen. He is entitled

23        to carry on his **private** business in his own way. **His power to contract is** *unlimited*.

24        He owes no such duty [to submit his books and papers for an examination] to the

25        State, since he receives nothing therefrom, beyond the protection of his life and

26        property. His rights are such as existed by the law of the land [Common Law] long

27        antecedent to the organization of the State, and can only be taken from him by due

28        process of law, and in accordance with the Constitution. Among his rights are a

refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights." (*Hale v. Henkel*, 201 U.S. 43, 47 [1905]).

- "The claim and exercise of a constitutional **right cannot** be converted into a crime."—Miller v. U.S., 230 F 2d 486, 489.

- "Where **rights secured by** the Constitution are involved, **there can be no rule making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.

- "There can be no sanction or penalty imposed upon one because of this exercise of constitutional **rights**." —Sherar v. Cullen, 481 F. 945.

- "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5 U.S. (1 Cranch) 137, 177 (1803).

- "It is not the duty of the citizen to surrender his rights, liberties, and immunities under the guise of police power or any other governmental power."— *Miranda v. Arizona*, 384 U.S. 436, 491 (1966).

- "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed."— *Norton v. Shelby County*, 118 U.S. 425, 442 (1886).

- "No one is bound to obey an unconstitutional law, and no courts are bound to enforce it."— *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256*.

- "Sovereignty itself remains with the people, by whom and for whom all government exists and acts."— *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).

# II.                    <u>Supremacy Clause</u>

Plaintiffs respectfully assert and affirm that:

- **The Supremacy Clause** of the Constitution **of the <u>U</u>nited <u>S</u>tates (Article VI, Clause 2) establishes** that **the Constitution**, federal laws made **pursuant to it**, and treaties **made under its authority**, constitute the **"supreme Law of the Land"**, and thus **take**

Self-Executing Contract and Security Agreement- Registered Mail #RF775822582US — DATED: February 13, 2025

1    **priority over any conflicting state laws.** It provides that state courts are bound by,

2    and state constitutions subordinate to, the supreme law. However, federal statutes

3    and treaties must be within the parameters of the Constitution; **that is, they must be**

4    **pursuant to** the federal government's **enumerated powers**, and **not violate other**

5    **constitutional limits on federal power ...** As a constitutional provision identifying

6    the supremacy of federal law, the Supremacy Clause assumes the underlying

7    priority of federal authority, **albeit only when that authority is expressed in the**

8    **Constitution itself**; **no matter what** the federal or state governments **might wish to**

9    **do**, they **must** stay within the boundaries of the **Constitution.**

10   ## III.   <u>NOTICE OF DEFAULT and OPPORTUNITY TO CURE</u>

11   This affidavit contract and security agreement, serves as formal **NOTICE OF**

12   **DEFAULT and OPPORTUNITY TO CURE**, concerning Contract/Bond/Ticket

13   Number TE464702, which was **conditionally accepted** contingent upon proof of the

14   conditions set forth herein, governed by the principles of contract law, legal

15   maxims, common law, and the **Uniform Commercial Code (UCC)**, including but

16   not limited to **UCC §§ 1-103, 2-202, 2-204, 2-206**, and the **mailbox/postal rule.**

17         The undersigned, Kevin: Walker, herein referred to as Affiant is the Agent,

18   Attorney-In-Fact, **holder in due course**, and **Secured Party** and Creditor of and for

19   ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, **™KEVIN WALKER©**

20   **IRR TRUST**. Affiant hereby states that he is of legal age and competent to state on

21   belief and first hand personal knowledge that the facts set forth herein as duly

22   noted below are true, correct, complete, and presented in **good faith,** regarding the

23   **coerced and extorted** commercial contract OFFER/CONTRACT/TICKET/BOND

24   #TE464702, listed under ™KEVIN LEWIS WALKER©, pertaining to the private

25   trust property and private automobile hereafter referred to as "Private Property".

26   ## IV.      <u>** Notice of Administrative Process **</u>

27         **This <u>VERIFIED</u> <u>Affidavit</u>, NOTICE, and SELF-EXECUTING CONTRACT**

28   **SECURITY AGREEMENT** concerns Defendant(s)/Respondent(s)/You, Chad

1  Bianco, Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt,

2  CHAD BIANCO, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM

3  PRATT, GEORGE REYES, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does*

4  *1-100 Inclusive,* and their **blatant bad faith** acts of fraud, **racketeering, conspiracy**,

5  threats and extortion against foreign officials, official guests, or internationally

6  protected persons, extortion, embezzlement, larceny, coercion, identity theft,

7  extortion of national/internationally protected person, conspiracy to deprive of

8  rights under the color of law, treason, bank fraud, trusts, etc., in restraint of trade,

9  frauds and swindles, mail fraud, forced peonage, monopolization of trade and

10 commerce, willful violation of the Constitution, deprivation of rights under color of

11 law, monopolization of trade and commerce, and intentional and willful and

12 intentional trespass and infringement of the ™KEVIN LEWIS WALKER©

13 trademark, trade name, patent and copyright.

14      As with any administrative process, You/Defendant(s)/Respondent(s),

15 Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert

16 Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT,

17 GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS

18 DEPARTMENT, *Does 1-100 Inclusive* may controvert the statements and/or claims

19 made by Affiants by executing and delivering a verified response point by point, in

20 affidavit form, sw**orn and attested to under penalty of perjury**, signed by Gregory

21 D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell,

22 GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE

23 REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does*

24 *1-100* or other designated officer of the corporation with evidence in support by

25 Certified, Express, or Registered Mail. **Answers by any other means are considered**

26 **a non-response and will be treated as a non-response.**

27 **\*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT\*\*\* :**

28      Again for the record, this **contract**, **received and accepted** per the **mailbox**

Self-Executing Contract and Security Agreement- Registered Mail #RF775822582US — DATED: February 13, 2025

**rule, is self-executing and serves as a SECURITY AGREEMENT, and establishes a lien, Authorized by You/They/the DEBTOR(S). Acceptance of this contract is deemed to occur at the moment it is dispatched via mail, in accordance with the mailbox rule established in common law. Under this rule, an acceptance becomes effective and binding** once it is properly addressed, stamped, and placed in the control of the postal service, as supported by **Adams v. Lindsell (1818) 106 ER 250. Furthermore,** as a **self-executing agreement, this contract** creates **immediate and enforceable obligations** without the need for further action, functioning also as a **SECURITY AGREEMENT** under **Article 9 of the Uniform Commercial Code (UCC)**.

**\*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT\*\*\* :**

## Contract Agreement Terms of Conditional Acceptance:

## V.      Plain Statement of Facts

      **KNOW ALL MEN BY THESE PRESENT**, that I, **Kevin: Walker,** proceeding *sui juris, In Propia Persona*, by *Special Limited Appearance*, a man upon the land, a follower of the Almighty Supreme Creator, first and foremost and the laws of man when they are not in conflict (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and James 5:12**,** let my yea mean yea and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat.1211, depose and say that I, **Kevin: Walker** over 18 years of age, being competent to testify and having **first hand knowledge** of the **facts** herein **declare (or certify, verify, affirm, or state**) under penalty of perjury under the laws of the **United States of America** that the following is true and correct, to the best of my understanding and belief, and in good faith:

1. I, Kevin: Walker, *proceeding sui juris, In Propria Persona*, by *Special Limited Appearance*, herby state again for the record that I explicitly **reserve all my rights and waive absolutely none.** See U.C.C. § 1-308.

2. I, Kevin: Walker, *proceeding sui juris, In Propria Persona*, by *Special Limited Appearance*, herby invoke *equity and fairness.*

3.  As a a natural freeborn Sovereign, **state Citizen: Californian**, and **national**, there is no legal *requirement* for me to have such a "license" for **traveling** in my **private** car and/or means of transport. The unrevealed legal purpose of driver's licenses is commercial in nature. Since I **do not** carry passengers 'for hire,' and I **am not** engaged in trade or commerce on the highways, **there is no law 'requiring'** me to have a license to **travel** for my own **private** pleasure and that of my family and friends.

4.  I, Kevin: Walker, *proceeding sui juris, In Propria Persona*, by *Special Limited Appearance***,** herby **declare, state, verify, and affirm** for the record that the 'commercial' and 'for hire' Driver's License/Contract/Bond # B6735991 has been canceled, revoked, terminated, and liquidated, as evidenced by instructions and notice accepted by Steven Gordon, with the California Department of Motor Vehicles," as **evidenced** by '**Affidavit** of Truth' Registered Mail #RF661447751US.

5.  Consistent with the **eternal tradition of natural common law, unless I have harmed or violated someone or their property, I have committed no crime**; and I am therefore **not** subject to any penalty. I act in accordance with the following **U.S. Supreme Court case**:   "The individual may stand upon his **constitutional rights** as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is unlimited**. He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he

Self-Executing Contract and Security Agreement- Registered Mail #RF775822582US — DATED: February 13, 2025

1    does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47

2    (1905).

3    6.  **I reserve my natural common law right not to be compelled to perform under**

4    **any contract that I did not enter into knowingly, voluntarily, and**

5    **intentionally**. And furthermore, I do **not** accept the liability associated with the

6    compelled and pretended "benefit" of any hidden or unrevealed contract or

7    commercial agreement. As such, the hidden or unrevealed contracts that

8    supposedly create obligations to perform, for persons of subject status, are

9    inapplicable to me, and are null and void. If I have participated in any of the

10   supposed "benefits" associated with these hidden contracts, I have done so under

11   duress, for lack of any other practical alternative. I may have received such

12   "benefits" but I have not accepted them in a manner that binds me to anything.

13   7.  **Affiant states and alleges that this Affidavit Notice and Self-Executing**

14   **Contract and Security Agreement is *prima facie* evidence of f**raud,

15   **racketeering**, indentity theft, **treason,** breach of trust and fiduciary duties,

16   extortion, coercion, deprivation of rights under the color of law, conspiracy to

17   deprive of rights under the color of law, monopolization of trade and commerce,

18   forced peonage, obstruction of enforcement, extortion of a national/

19   internationally protected person, false imprisonment, torture, creating trusts in

20   restraint of trade dereliction of fiduciary duties, bank fraud, breach of trust,

21   treason, tax evasion, bad faith actions, dishonor, injury and damage to Affiant

22   **and proof of claim.  See *United States v. Kis*, 658 F.2d, 526 (7th Cir. 1981).,**

23   **"Appellee had the burden of first proving its prima facie case and could do so**

24   **by affidavit or other evidence."**

25   ## UNLAWFUL DETAINMENT AND ARREST while Traveling

26   ## in *Private* Automobile

27   8.  On **December 31, 2024**, at approximately 9:32am I, **Kevin: Walker**, *sui juris*, was

28   **traveling privately** in my **private** automobile, displaying a '**PRIVATE**' plate,

1  indicating I was 'not for hire' or operating commercially, and the private

2  automobile was not displaying a STATE plate of any sort . This clearly

3  established that the **private** automobile was **'*not* for hire'** or **'commercial' use**

4  and, therefore explicitly classifying the automobile as **private property**, and

5  **NOT** *within* any statutory and/or commercial jurisdiction. See Exhibit G.

6  9.  Upon being unlawfully stopped and detained by Defendant/Respondents,

7  Gregory D Eastwood and Robert C V Bowman, I, Affiant, informed **all**

8  **Defendants** who willfully **conspired** on the scene in violation of 18 U.S.C. §§ 241

9  and 242, that I was a state Citizen, non-citizen natinoal/national, **privately**

10  **traveling** in My **private** automobile, as articulated by Me and as evidenced by

11  the '**PRIVATE**' plate on the private automobile. **This includes William Pratt**

12  **and George Reyes.**

13  10. The **private** automobile and *trust property* was **not** in *any* way displaying

14  STATE or government registration or stickers, and was displaying a

15  PRIVATE plate, removing the automobile from the Defendant's

16  jurisdiction. See Exhibit G.

17  11. The **private** automobile is duly reflected on Private UCC Contract Trust/

18  UCC1 filing #**2024385925-4, and UCC3 filing #2024402990-2,** **both filings**

19  attached hereto as **Exhibits B and C** respectively, and incorporated herein

20  by reference

21  12. **Under threat, duress, and coercion, and at gunpoint,** Gregory D Eastwood and

22  Robert C V Bowman were presented with a national/non-citizen national,

23  #C35510079 and passport book #A39235161. Copy attached hereto as **Exhibits N**

24  **and O** respectively, and incorporated herein by reference.

25  13. Defendant/Respondents, acted against the Constitution, even when reminded of

26  their duties to support and uphold the Constitution.

27  14. At no point in time were Defendants/Respondents presented with a

28  CALIFORNIA DRIVER'S LICENSE (COMMERCIAL CONTRACT), and any

1    information added to the CITATION/CONTRACT was done so in fraud,

2    without consent, full disclosure, and thus is *void ab initio*.

3    15. I, Kevin: Walker, *sui juris*, should never have been stopped exercising my right

4    to travel, in a <u>private</u> automobile that was clearly marked "PRIVATE" and "not

5    for hire" and "not for commercial use."

## <u>FRAUDULENT ALTERATION OF SIGNATURE, COERCION, ASSAULT, DISPARAGEMENT,</u>

8    16. During release procedures, Defendant Robert Gell threatened to "house" Kevin:

9    Walker if Kevin did not sign every document presented, exactly as he (Robert

10    Gell) waned Kevin to.  Camera records will evidence Robert telling to return to

11    the release tank for no apparent reason, and then **assaulting, shoving, and**

12    **pushing** Kevin into the tank at the end of the walk.

13    17. Defendant Robert Gell went as far as aggressively rushing around a desk and

14    assaulting Kevin,  and snatching a pen from Kevin's hand, because Kevin

15    attempted to write 'under duress' by his signature.

16    18. Defendant Robert Gell willfully and intentionally altered Affiant's signature on

17    one document and crossed out 'UCC 1-308,' immediately after Affiant hand

18    wrote it on the document.

19    19. Robert Gell stated he had no idea what an attorney-in-fact is and that Kevin:

20    Walker was a, ["]jackass["].

## <u>FRUIT OF THE POISONOUS TREE DOCTRINE</u>

22    20. Affiant further asserts and establishes **on the record** that the undisputedly

23    unlawful and unconstitutional stop, arrest, and subsequent actions of the

24    Defendants/Respondents are in violation of the Fourth Amendment to the

25    Constitution of the united States of America and constitute an unlawful arrest

26    and seizure. The "**fruit of the poisonous tree**" doctrine, as articulated by the

27    **<u>U.S. Supreme Court</u>**, establishes that *<u>any</u>* evidence obtained as a result of an

28    unlawful stop or detainment is tainted and inadmissible in *<u>any</u>* subsequent

proceedings. The unlawful actions of Gregory D. Eastwood, Robert C. V. Bowman, George Reyes, William Pratt, and Robert Gell including *but not limited to* the issuance of fraudulent citations/contracts under threat, duress, and coercion, render all actions and evidence derived therefrom ***void ab initio***. See *Wong Sun v. United States*, 371 U.S. 471 (1963).

21. Affiant therefore declares and demands that all actions and evidence obtained in connection with this unlawful stop be deemed inadmissible and void as fruits of the poisonous tree.

# VI.    *CONDITIONAL ACCEPTANCE* upon proof

All statements, claims, offer, terms presented in your **coerced and extorted** OFFER (#TE464702) are ***CONDITIONALLY ACCEPTED*** **upon proof** of the following **from You/Defendant(s)/Respondent(s)**:

1. **Upon Proof from You/Defendant(s)/Respondent(s)** CITATION/ INSTRUMENT/OFFER #TE464702 was accepted intentionally, willfully, and and indorsed, and not done so under threat, duress, and/or coercion, and with full and complete disclosure (Exhibit F).

2. **Upon Proof from You/Defendant(s)/Respondent(s) that California Vehicle Code § 260** applies to **private** "automobiles" and explicitly requires their registration, notwithstanding the clear distinction made between private and commercial vehicles in the code itself.

3. **Upon Proof from You/Defendant(s)/Respondent(s) that 18 U.S. Code § 31(6)** includes **private** "automobiles" within its definition of "motor vehicle," contrary to its express limitation to vehicles used for **commercial** purposes.

4. **Upon Proof from You/Defendant(s)/Respondent(s)** that the cited **private** "automobiles" ("Private Property") was required to be registered despite displaying a **private plate** identifying it as a **private transport** and not for commercial use, as evidenced by the photograph of the private decal and

PLATE displayed on the **<u>private</u>** "automobile." A picture of the private PLATE attached hereto as **Exhibit G** and incorporated herein by reference.

5. **Upon Proof from You/Defendant(s)/Respondent(s) that** it is <u>**NOT**</u> a fundamental Right to travel, and it is **fact**ually and actually a privilege, and NOT a gift granted by the Supreme Creator and restated by our founding fathers as *Unalienable* and cannot be taken by any Man / Government made Law or color of law known as a <u>private</u> "Code" (secret) or a "Statute."

6. **Upon Proof from You/Defendant(s)/Respondent(s) of Jurisdiction and Authority:**

   1. Provide evidence demonstrating the issuing authority's jurisdiction to impose statutory obligations upon **<u>private</u>** individuals utilizing **<u>private</u>** *automobiles* for personal purposes.

7. **Upon Proof from You/Defendant(s)/Respondent(s) of Lawful Consideration:**

   1. Provide evidence that the coerced and extorted CITATION constitutes a *valid* contract supported by **lawful consideration,** which was entered into **knowingly**, **willfully**, **free of coercion**, **threat, intimidation**, or **other** f**elonious and bad faith action**s, with *full and complete disclosure*. **Without mutual consent and valuable consideration, no valid contract can exist under common law or UCC principles.**

8. **Upon Proof from You/Defendant(s)/Respondent(s) that** the living man, natural born Sovereign, state Citizen: Californian, national/non-citizen national, Kevin: Walker, ***sui juris, In Propria Persona***, does <u>**NOT**</u> possess the *unalienable* inherent, unalienable **right** to travel in His private automobile/private transport, free of harassment, tresspass, restrictions, and/or encumbrances.

9. **Upon Proof from You/Defendant(s)/Respondent(s) that** it is <u>**NOT**</u> **well established law** that the **highways** of the State **are public property**, and **their primary and preferred use is for <u>private</u> purposes**, and that their use for

1   purposes of gain is special and extraordinary which, generally at least, the

2   legislature may prohibit or condition as it sees fit." See, Stephenson vs. Rinford,

3   287 US 251; Pachard vs Banton, 264 US 140, and cases cited; Frost and F.

4   Trucking Co. vs. Railroad Commission, 271 US 592; Railroad commission vs.

5   Inter-City Forwarding Co., 57 SW.2d 290; Parlett Cooperative vs. Tidewater

6   Lines, 164 A. 313.

7   10. **Upon Proof from You/Defendant(s)/Respondent(s) that** a vehicle **NOT** used for

8   **commercial** activity is **NOT** a "consumer good , and ...it IS a type of vehicle

9   **required** to be registered and "use tax" paid of which the tab is evidence of

10   receipt of the tax. See, Bank of Boston vs Jones, 4 UCC Rep. Serv. 1021, 236 A2d

11   484, UCC PP 9-109.14.

12   11.  **Upon Proof from You/Defendant(s)/Respondent(s) that** the entirety of this

13   transaction does not constitute a "**commercial**" matter under applicable law.

14   12.  **Upon Proof from You/Defendant(s)/Respondent(s) that**, 'the claim and

15   exercise of a constitutional right **CAN** be converted into a crime.' See, Miller v.

16   U.S., 230 F 2d 486, 489.

17   13.  **Upon Proof from You/Defendant(s)/Respondent(s) that**, the owner

18   **DOES NOT** have constitutional right to use and enjoyment of his

19   property." See, Simpson v. Los Angeles (1935), 4 C.2d 60, 47 P.2d 474.

20   14.  **Upon Proof from You/Defendant(s)/Respondent(s) that private men and**

21   **women** are required to give up their right to "travel," for the purported

22   "benefit" and privilege of "driving" a "motor vehicle."

23   15.  **Upon Proof from You/Defendant(s)/Respondent(s)** that 28 U.S. Code §

24   3002(15) - Definitions does **NOT** stipulate,"United States" means—**(A)** a Federal

25   corporation; **(B)** an agency, department, commission, board, or other entity of

26   the United States; or **(C)** an instrumentality of the United States.

27   16.  **Upon Proof from You/Defendant(s)/Respondent(s) that Title 8 U.S. Code**

28   **1101(a)(22) - Definition,**  does **NOT** expressly stipulates, " **(22)**The term

"**national** of the United States" means (A) a citizen of the United States, or (B) a person who, though **not** a citizen of the United States, owes permanent allegiance to the United States.

17.  **Upon Proof from You/Defendant(s)/Respondent(s) that,** the individual may **NOT** stand upon his **constitutional rights** as a c̲itizen. He is NOT entitled to carry on his **private** business in his own way. **His power to contract is NOT <u>unlimited</u>.** He owes such duty [to submit his books and papers for an examination] to the S̲tate, and upon proof that his rights are NOT such as existed by the law of the land [Common Law] **long antecedent to the organization of the S̲tate**, and CAN be taken from him without due process of law, or in accordance with the Constitution. NOT among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law, and upon proof that h**e owes the public even though does not trespass upon their rights. **See, <u>Hale v. Henkel, 201 U.S. 43 at 47 (1905).</u>**

18.  **Upon Proof from You/Defendant(s)/Respondent(s) that** All laws which are repugnant to the Constitution are **NOT** null and void. **See, <u>Chief Justice Marshall, Marbury vs Madison, 5, U.S. (Cranch) 137, 174, 176 (1803).</u>**

19.  **Upon Proof from You/Defendant(s)/Respondent(s) that** the for Hire" DRIVER'S LICENSE C̲ONTRACT and AGREEMENT BOND #B6735991 was NOT *CANCELED*, TERMINATED, REVOKED, and LIQUIDATED, ACCEPTED FOR VALUE AND EXEMPT FROM LEVY, FOR RELEASE, CREDIT, AND DEPOSIT TO PRIVATE POST REGISTERED, with the U.S. Treasury, with the retaining full control and access to all respective right, interest, titles, and credits, as evidenced by the contract security agreement and affidavit titled, 'AFFIDAVIT  RIGHT TO TRAVEL *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For  Hire"

DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991. A true and correct copy attached hereto as **Exhibit D** and incorporated herein by reference.

20. **Upon Proof from You/Defendant(s)/Respondent(s) that** it WAS NOT noted in Land v. Dollar, 338 US 731 (1947), "that when the government entered into a <u>**commercial**</u> field of activity, it <span style="color:red">**left immunity behind.**</span>" This principle is further affirmed in *Brady v. Roosevelt*, 317 U.S. 575 (1943); *FHA v. Burr*, 309 U.S. 242 (1940); and *Kiefer v. RFC*, 306 U.S. 381 (1939).

21. **Upon Proof from You/Defendant(s)/Respondent(s)** that it was NOT established under the Clearfield Doctrine, as articulated in *Clearfield Trust Co. v. United States*, 318 U.S. 363 (1943), that when the government engages in commercial or proprietary activities, it sheds its sovereignty and is subject to the same rules and liabilities as any <u>**private**</u> corporation.

# VII.  <u>LEGAL STANDARDS, MAXIMS, and PRECEDENT</u>

 In support of this Affidavit and Notice and Self-Executing Contract and Security Agreement Affiant cites the following established legal standards, legal maxims, precedent, and principles:

## <span style="color:red"><u>Use</u></span> defines classification:

1.  It is **well established law** that the **highways** of the state **are public property**, and **their primary and preferred use is for <span style="color:red"><u>private</u></span> purposes**, and that their use for purposes of gain is special and extraordinary which, generally at least, the legislature may prohibit or condition as it sees fit." **Stephenson vs. Rinford**, 287 US 251; **Pachard vs Banton**, 264 US 140, and cases cited; **Frost and F. Trucking Co. vs. Railroad Commission**, 271 US 592; **Railroad commission vs. Inter-City Forwarding Co.,** 57 SW.2d 290; **Parlett Cooperative vs. Tidewater Lines,** 164 A. 313

2.  The **<span style="color:blue">California Motor Vehicle Code, section 260</span>**: Private cars/vans etc. not in commerce / for profit, are immune to registration fees:

1. **(a)** A "**commercial** vehicle" is a vehicle of a type **REQUIRED** to be **REGISTERED** under this code".

2. **(b)** "Passenger vehicles which are **not used** for the transportation of persons **for hire,** compensation or profit, and housecars, **are not commercial vehicles".**

3. (c) "a vanpool vehicle is not a **commercial** vehicle."

3. **18 U.S. Code § 31 - Definition**, expressly stipulates, "The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **and** used for **commercial** purposes on the highways in the transportation of passengers, passengers and property, or property or cargo".

4. A vehicle not used for **commercial** activity is a "consumer goods", ...it is NOT a type of vehicle **required** to be registered and "use tax" paid of which the tab is evidence of receipt of the tax." Bank of Boston vs Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14.

5. **"** The 'privilege' of using the streets and highways by the operation thereon of motor carriers **for hire** can be acquired only by permission or license from the state or its political subdivision. "—Black's Law Dictionary, 5th ed, page 830.

6. "It is held that a tax upon common carriers by motor vehicles is based upon a reasonable classification, and does not involve any unconstitutional discrimination, although **it does not apply to private** vehicles, or those used by the owner in his own business, and not for hire." **Desser v. Wichita, (1915) 96 Kan. 820; Iowa Motor Vehicle Asso. v. Railroad Comrs., 75 A.L.R. 22.**

7. "Thus self-driven vehicles are **classified according to the use** to which they are put rather than according to the means by which they are propelled." Ex Parte Hoffert, 148 NW 20.

8. In view of this rule a statutory provision that the supervising officials **"may"** exempt such persons when the transportation is not on a **commercial** basis means that they **"must" exempt them."** **State v. Johnson, 243 P. 1073; 60 C.J.S. section 94 page 581.**

Self-Executing Contract and Security Agreement- Registered Mail #RF775822582US — DATED: February 13, 2025

9. "**The use to which an item is put, rather than its physical characteristics**, determine whether it should be classified as ``consumer goods'' under UCC 9-109(1) or ``equipment'' under UCC 9-109(2)." **Grimes v Massey Ferguson, Inc**., 23 UCC Rep Serv 655; 355 So.2d 338 (Ala., 1978).

10. "Under UCC 9-109 there is a real distinction between goods purchased for personal use and those purchased for business use. The two are mutually exclusive and the **principal use to which the property is put should be considered as determinative**." **James Talcott, Inc. v Gee**, 5 UCC Rep Serv 1028; 266 Cal.App.2d 384, 72 Cal.Rptr. 168 (1968).

11. "The **classification of goods** in UCC 9-109 **are mutually exclusive**." **McFadden v Mercantile-Safe Deposit & Trust Co.**, 8 UCC Rep Serv 766; 260 Md 601, 273 A.2d 198 (1971).

12. "The classification of ``goods'' under [UCC] 9-109 **is a question of fact**." **Morgan County Feeders, Inc. v McCormick,** 18 UCC Rep Serv 2d 632; 836 P.2d 1051 (Colo. App., 1992).

13. "The definition of ``goods'' includes an automobile." Henson v Government Employees Finance & Industrial Loan Corp., 15 UCC Rep Serv 1137; 257 Ark 273, 516 S.W.2d 1 (1974).

14. "**No State government entity has the power to allow or deny passage on the highways**, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. **Travel** is **not a privilege requiring, licensing, vehicle registration, or forced insurances**." *Chicago Coach Co. v. City of Chicago,* 337 Ill. 200, 169 N.E. 22.

## The RIGHT to Travel is not a Privilege:

15. The fundamental Right to travel is NOT a Privilege, it's a gift granted by your Creator and restated by our founding fathers as Unalienable and cannot be taken

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION AND TRESPASSING

Page 113 of 248

by any Man / Government made Law or color of law known as a <u>private</u> "Code" (secret) or a "Statute."

16. "**Traveling** is passing from place to place--act of **performing journey**; and **traveler is person who travels**." **In Re Archy** (1858), 9 C. 47.

17. "Right of transit through each state, with every species of property known to constitution of United States, and recognized by that paramount law, is secured by that instrument to each citizen, and does not depend upon uncertain and changeable ground of mere comity." **In Re Archy** (1858), 9 C. 47.

18. Freedom to **travel** is, indeed, an important aspect of the citizen's "liberty". We are first concerned with the extent, if any, to which Congress has authorized its curtailment. (Road) **Kent v. Dulles**, 357 U.S. 116, 127.

19. The right to **travel** is a part of the "liberty" of which the citizen cannot be deprived without due process of law under the Fifth Amendment. So much is conceded by the solicitor general. In Anglo Saxon law that right was emerging at least as early as Magna Carta. **Kent v. Dulles**, 357 U.S. 116, 125.

20. "Even the legislature **has no power** to deny to a citizen the right to travel upon the highway and transport his property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with public interest and convenience. ***Chicago Coach Co.* v. *City of Chicago***, 337 Ill. 200, 169 N.E. 22, 206.

21. "... It is now universally recognized that the state does possess such power [to impose such burdens and limitations upon private carriers when using the public highways for the transaction of their business] with respect to common carriers using the public highways for the transaction of their business in the transportation of persons or property for hire. That rule is stated as follows by the **supreme court of the United States**: 'A citizen may have, under the fourteenth amendment, the right to travel and transport his property upon them (the public highways) by **auto vehicle**, but **he has no right to make the**

1    **highways his place of business by using them** *as a common carrier for hire*.

2    Such use is a privilege which may be granted or withheld by the state in its

3    discretion, without violating either the due process clause or the equal

4    protection clause.' (*Buck* **v.** *Kuykendall*, 267 U. S. 307 [38 A. L. R. 286, 69 L. Ed.

5    623, 45 Sup. Ct. Rep. 324].

6    22. "The right of a citizen to travel upon the highway and transport his property

7    thereon in the ordinary course of life and business **differs radically an**

8    **obviously from that of one who makes the highway his place of** business and

9    uses it for private gain, in the running of a stage coach or omnibus. The former is

10    the usual and ordinary right of a citizen, a right common to all; while the latter is

11    special, unusual and extraordinary. As to the former, the extent of legislative

12    power is that of regulation; but as to the latter its power is broader; the right

13    may be wholly denied, or it may be permitted to some and denied to others,

14    because of its extraordinary nature. This distinction, elementary and

15    fundamental in character, is recognized by all the authorities."

16    23. "Even the legislature has no power to deny to a citizen the right to travel upon

17    the highway and transport his/her property in the ordinary course of his

18    business or pleasure, though this right may be regulated in accordance with the

19    public interest and convenience." ["regulated" means traffic safety enforcement,

20    stop lights, signs etc.]—Chicago Motor Coach v. Chicago, 169 NE 22.

21    24. "The claim and exercise of a constitutional right cannot be converted into a

22    crime."—Miller v. U.S., 230 F 2d 486, 489.

23    25. "There can be no sanction or penalty imposed upon one because of this exercise

24    of constitutional rights." —Sherar v. Cullen, 481 F. 945

25    26. The right of the citizen to **travel** upon the highway and to transport his property

26    thereon, in the ordinary course of life and business, differs radically and obviously

27    from that of one who makes the highway his place of business for private gain in the

28    running of a stagecoach or omnibus." — State vs. City of Spokane, 186 P. 864.

27. "The right of the citizen to **travel** upon the public highways and to transport his/her property thereon either by carriage or automobile, is **not** a mere privilege which a city [or State] may prohibit or permit at will, but a common right which he/she has under the right to life, liberty, and the pursuit of happiness." —Thompson v. Smith, 154 SE 579.

28. "The right of the Citizen to **travel** upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of **travel**, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business." — Thompson vs. Smith, supra.; Teche Lines vs. Danforth, Miss., 12 S.2d 784.

29. "The use of the highways for the purpose of **travel** and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived." —Chicago Motor Coach vs. Chicago, 169 NE 22;Ligare vs. Chicago, 28 NE 934;Boon vs. Clark, 214 SSW 607;25 Am.Jur. (1st) Highways Sect.163.

30. "The right to b is part of the Liberty of which a citizen cannot deprived without due process of law under the <u>Fifth Amendment</u>. This Right was emerging as early as the Magna Carta." — <u>Kent vs. Dulles</u>, 357 US 116 (1958).

31. "The state **cannot** diminish Rights of the people." —**<u>Hurtado vs. California</u>**, 110 US 516.

32. "Personal liberty largely consists of the Right of locomotion -- to go where and when one pleases -- only so far restrained as the Rights of others may make it necessary for the welfare of all other citizens. The Right of the Citizen to **travel** upon the public highways and to transport his property thereon, by horse

drawn carriage, wagon, or automobile, is not a mere **privilege** which may be permitted or prohibited at will, but the common Right which he has under his Right to life, liberty, and the pursuit of happiness. Under this Constitutional guarantee one may, therefore, under normal conditions, **travel** at his inclination along the public highways or in public places, and while conducting himself in an orderly and decent manner, neither interfering with nor disturbing another's Rights, he will be protected, not only in his person, but in his safe conduct." —II Am.Jur. (1st) Constitutional Law, Sect.329, p.1135.

33. Where **rights** **secured by** the Constitution are involved, **there can be no rule making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.

34. "The state **cannot** diminish **Rights** of the **people."** —Hurtado vs. California, 110 US 516.

# NO QUALIFIED OR LIMITED IMMUNITY

35. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

36. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional **rights**." —AFLCIO v. Woodward, 406 F2d 137 t.

37. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

//

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, SECURITIES FRAUD, MONEY LAUNDERING

Page 117 of 248

38. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court**, A025829.

39. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

40. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

41. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

42. "the people, not the States, are sovereign."—Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

43. **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

44. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (**Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind."

45. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

46. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

47. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

48. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

2.  At no point in time were DefendantS/Respondents presented with a CALIFORNIA DRIVER'S LICENSE (COMMERCIAL CONTRACT), and any information added to the CITATION/CONTRACT was done so in fraud, without consent, full disclosure, and thus is **void ab initio**.

1.  **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

2.  **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. (**Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it."

//

Executed "*without* the United States" in compliance with **28 USC § 1746**.

# **FURTHER AFFIANT SAYETH NOT.**

//

# VIII. *Some* Relevant U.C.C. Sections and Application

1.  **U.C.C. § 1-308 – Reservation of Rights:**

    This section ensures that acceptance of an offer under duress or coercion does not waive any rights or defenses. By invoking U.C.C. § 1-308, Claimant(s)/ Plaintiff(s) asserts that any compliance with your offer is made with *explicit reservation of rights*, **preserving <u>all</u> legal remedies**.

2.  **U.C.C. § 2-204 – Formation in General:**

    This section establishes that a contract can be formed in any manner sufficient to show agreement, including conduct. By issuing the citation (an implied offer to contract), You/Dedenfant(s)/Respondent(s), have initiated a contractual relationship, which has been conditionally accepted with **<u>new terms herein</u>**.

3.  **U.C.C. § 2-206 – Offer and Acceptance in Formation of Contract:**

    Under this section, an offer can be accepted in any reasonable manner. By conditionally accepting the citation and dispatching this notice via USPS

Certified, Registered, and/or Express mail, Claimant(s)/Plaintiff(s) has/have created a binding contract agreement and obligation which You/Defendant(s)/Respondent(s) are contractually bound and obligated to.

**4. U.C.C. § 2-202 – Final Written Expression:**

This provision ensures that the terms of this conditional acceptance supplement the original terms of the citation. By including these conditions, the issuing authority is bound to provide proof of their validity, failing which the conditional acceptance will be expressly stipulated as the **final** agreement.

**5. U.C.C. § 1-103 – Supplementary General Principles of Law Applicable:**

This section allows common law principles to supplement the UCC. Under the doctrine of **equity** and **fair dealing**, failure to provide the requested proof constitutes bad faith and silent acquiescence, tacit agreement, and tacit procuration to all of the the **fact and terms stipulated** in this Affidavit Notice and Self-Executing Contract and Security Agreement.

# IX. Terms, Legal, and Procedural Basis

**1. Mailbox/Postal Rule:**

Under the mailbox rule, this notice of conditional acceptance is effective and considered **accepted** by You/Defendant(s)/Respondent(s) upon dispatch via Registered Mail, and/or Express Mail, and/or Certified Mail. The agreement becomes binding when the notice **is sent**, *not* when received. This binds the issuing authority to the terms outlined in this notice unless rebutted within the specified timeframe.

**2. Offer and Acceptance:**

Your citation constitutes an offer under contract law. This notice self-executing Contract and Security Agreement conditionally accepts your contract OFFER and supplements its terms under U.C.C. § 2-202. Failure to fulfill the new and final terms and conditions within the specified **three (3) day** timeframe constitutes **silent acquiescence, tacit agreement, and tacit procuration**.

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, and more.

3.  **Consent to Service by Electronic and Postal Means:**

4.  By the doctrine of silent acquiescence and tacit agreement, You/Defendant(s)/ Respondent(s) have consented to service of notices, pleadings, and communications via email, and/or USPS Registered Mail, Express Mail, or Certified Mail. Your failure to rebut or object to this service method within the specified timeframe constitutes unequivocal acceptance of service through these means.

# X. DEFENDANTS' ACTIONS AS ACTS OF WAR AGAINST THE THE PEOPLE AND THE CONSTITUTION

The defendants' conduct constitutes an **outright war against the Constitution** of the United States, its *principles*, and the **rule of law.** By their *bad faith* and deplorable actions, the defendants have demonstrated *willful and intentional* disregard and contempt for the **supreme law of the land**, as set forth in **Article VI, Clause 2 of the Constitution**, which declares that the Constitution, federal laws, and treaties are the supreme law of the land, binding upon all states, courts, and officers.

## A. Violations of Constitutional Protections

The defendants have intentionally and systematically engaged in acts that directly violate the protections guaranteed to the plaintiffs and the people under the Constitution, including but not limited to:

1.  **Violation of the Plaintiffs' Unalienable Rights**: The defendants have deprived the plaintiffs of life, liberty, and property without due process of law, as guaranteed under the Fifth and Fourteenth Amendments.

2.  **Subversion of the Rule of Law**: Through their actions, the defendants have undermined the separation of powers and checks and balances established by the Constitution. They have disregarded the judiciary's duty to uphold the Constitution by attempting to operate outside the confines of lawful authority, rendering themselves effectively unaccountable.

3.  **Treasonous Conduct**: Pursuant to Article III, Section 3, treason against the United States is defined as levying war against them or adhering to their enemies, giving

1    them aid and comfort. The defendants' conduct in subverting the constitutional order,

2    depriving citizens of their lawful rights, and unlawfully exercising power without

3    jurisdiction constitutes a form of domestic treason against the Constitution and the

4    people it protects.

## B. Acts of Aggression and Tyranny

6    The defendants' actions amount to a usurpation of authority and a direct attack on

7    the sovereignty of the people, who are the true source of all government power

8    under the Constitution. As stated in the Declaration of Independence, whenever

9    any form of government becomes destructive of the unalienable rights of the

10   people, it is the right of the people to alter or abolish it. The defendants, through

11   their actions, have positioned themselves as adversaries to this principle,

12   attempting to replace the rule of law with arbitrary and unlawful dictates.

## C. Weaponizing Authority to Oppress

14   The defendants' intentional misuse of their authority to act against the interests of the

15   Constitution and its **C**itizens is a clear manifestation of tyranny. Rather than serving their

16   constitutional mandate to protect and defend the Constitution, they have actively waged

17   war on it by:

18   •   **Suppressing lawful claims and evidence presented by the plaintiffs** to protect

19       their property and rights.

20   •   **Engaging in acts of fraud, coercion, and racketeering** that strip plaintiffs of their

21       constitutional protections.

22   •   **Dismissing the jurisdictional authority of constitutional mandates**, including but

23       not limited to rights to due process and equal protection under the law.

24   The defendants' actions are not merely breaches of law; they are acts of *insurrection*

25   *and rebellion* **against the very foundation of the nation's constitutional**

26   **framework.** Such acts must not go unchallenged, as they jeopardize the

27   constitutional order, the rights of the people, and the rule of law that ensures justice

28   and equality. Plaintiffs call upon the court and relevant authorities to enforce the

Constitution, compel accountability, and halt the defendants' treasonous war against the supreme law of the land.

# XI.  '<u>Bare Statutes' as *Confirmation* of Guilt and the Necessity of Prosecution by an Enforcer</u>

Plaintiffs' incorporation of "bare statutes" does **NOT** exonerate Defendants; rather, it serves as evidence of Defendants' guilt, which they have already *undisputedly* admitted through their actions and lack of rebuttal to any affidavits, which they have a duty to respond to. The invocation of bare statutes merely underscores the necessity for Plaintiffs to compel a formal enforcer, such as a District Attorney or Attorney General, to prosecute the criminal violations. This requirement for enforcement does **NOT** negate the Defendants' culpability but, instead, affirms the gravity of their admitted violations.

In this matter, Plaintiffs have thoroughly detailed the Defendants' willful and intentional breaches of multiple federal statutes under Title 18, and Plaintiff's **private right(s) of action**. These *blatant* and *willful* violations have been clearly articulated in this NOTICE, AFFIDAVIT, AND CONTRACT SECURITY AGREEMENT. Defendants' actions constitute **treasonous** conduct against the **Constitution and the American people**. Their behavior, alongside that of their counsel, reflects an attitude of being above the law, further solidifying their guilt.

Plaintiffs maintain that the Defendants' reliance on procedural defenses or technicalities does not absolve them of their criminal conduct. Instead, their actions are an unequivocal admission of guilt that necessitates legal action by the appropriate prosecutorial authority. Plaintiffs reserve all rights to compel such enforcement to ensure that the Defendants are held fully accountable for their crimes.

# XII. <u>RESPONSE DEADLINE: REQUIRED WITHIN THREE (3) DAYS:</u>

A response and/or compensation and/or restitution payment must be received within a deadline of **three (3) days.** At the "**Deadline**" is defined as 5:00 p.m. on the third (3rd) day after your receipt of this affidavit. "**Failure to respond**" is defined as a blank denial, unsupported denial, inapposite denial,

such as, "not applicable" or equivalent, statements of counsel and other declarations by third parties that lack first-hand knowledge of the facts, and/or responses lacking verification, all such responses being legally insufficient to controvert the verified statements herewith.  See *Sieb's Hatcheries, Inc* and *Beasley, Supra.*  Failure to respond can result in **your acceptance of personal liability** external to qualified immunity and waiver of any decision rights of remedy.

## XIII.  <u>FAILURE TO RESPOND AND/OR PERFORM, REMEDY, AND SETTLEMENT</u>

If You/Defendant(s)/Respondent(s) fail to respond and perform **within three (3) days** of receiving this Affidavit Notice and Self- Executing Contract and SecurityAgreement and CONDITIONAL ACCEPTANCE, with <u>verified evidence</u> of the above accompanied by an affidavit, **sworn under the penalty of perjury, as required by law**, You/Defendant(s)/Respondent(s), Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100*, You/Defendant(s)/Respondent(s) *individually and collectively* **fully agree** that you must **act in good faith and** accordance with the Law, cease all conspiracy, fraud, identity theft, embezzlement, deprivation under the color of law, extortion, embezzlement, bank fraud, harassment, conspiracy to deprive, and other violations of the law, and <u>**TERMINATE these proceeding immediately**</u>, and pay the below mentioned Three Hundred Million Dollar Restitution and Settlement payment, and releasing all special deposit funds and/or Credits due to Affiant and/or Complainant(s)/Plaintiff(s).

## XIV.  <u>Three Hundred Million ($300,000,000.00 USD) Restitution Settlement Payment *REQUIRED*</u>

1  Furthermore, if You/Defendant(s)/Respondent(s) fail to respond and

2  perform **within three (3) days** from the date of receipt of this communication by

3  providing **verified** **evidence and proof** of the facts and conditions set forth herein,

4  accompanied by affidavits **sworn under penalty of perjury as required by law**,

5  Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert

6  Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT,

7  GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS

8  DEPARTMENT, *Does 1-100*, hereby agree that, within three (3) days of receipt of

9  this contract offer, You/Defendant(s)/Respondent(s) shall issue restitution payment

10  in the total sum certain of **Three Hundred Million U.S. Dollars ($300,000,000.00**

11  **USD),** which **shall** become **immediately** due and payable to ™WG EXPRESS

12  TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or

13  ™KEVIN WALKER© IRR TRUST: Complainant(s)/Plaintiff(s).

14  **XV.**  **One Trillion Dollar  ($1,000,000,000,000.00 USD)**
15  **Default Judgement and Lien**

16  If You/Defendant(s)/Respondent(s) fail to respond and perform **within**

17  **three (3) days** from the date of receipt of this communication, **as**

18  **contractually required**, You/Defendant(s)/Respondent(s) hereby

19  individually and collectively, fully agree, that the entire amount evidenced

20  and itemized in Invoice #RIVSHERTREAS12312024, totaling **One Trillion**

21  **Dollars ($1,000,000,000,000.00**), **shall** become **immediately** due and payable

22  in full.

23  **Furthermore,** if You/Respondent(s)/Defendant(s), fail to respond and

24  perform **within three (3) days** from the date of receipt of this communication,

25  You/Defendant(s)/Respondent(s), **individually and collectively,** admit the

26  **statements and claims** by **TACIT PROCURATION,** and completely agree

27  that you/they individually and collectively are guilty of fraud, **racketeering,**

28  indentity theft, **treason,** breach of trust and fiduciary duties, extortion,

coercion, deprivation of rights under the color of law, conspiracy to deprive of rights under the color of law, monopolization of trade and commerce, forced peonage, obstruction of enforcement, extortion of a national/ internationally protected person, false imprisonment, torture, creating trusts in restraint of trade dereliction of fiduciary duties, bank fraud, breach of trust, treason, tax evasion, bad faith actions, dishonor, injury and damage to Affiant.

# XVI.    JUDGEMENT AND COMMERCIAL LIEN AUTHORIZATION

Moreover, if You/Defendant(s)/Respondent(s), fail to respond **within three (3) days** from the date of receipt of this communication, you/they **individually and collectively**, **fully and unequivocally Decree, Accep**t, **fully Authorize** (in accord with UCC section 9), **indorse, support, and advocate for a judgement,** and/or **SUMMARY JUDGEMENT, and/or commercial lien** of **One Trillion Dollars ($1,000,000,000,000.00)** **against** You/Respondent(s)/Defendant(s),  Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100*, **in favor of,** ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S).

**Finally,** If You/Respondent(s)/Defendant(s), **fail to respond within three (3) days** from the date of receipt of this communication, **You/Defendant(s)/Respondent(s)** *individually and collectively,* **EXPRESSLY, FULLY, and unequivocally Authorize, indorse, support and advocate for** ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S) to formally notify the United States Treasury, Internal Revenue Service, the respective Congress (wo)man, U.S. Attorney General, and/or any person,

individual, legal fiction, and/or person, or ens legis Affiant deems necessary, including but not limited to submitting the requisite form(s) 1099-A, 1099-OID, 1099-C, 1096, 1040, 1041, 1041-V, 1040-V, 3949-A, with the **One Trillion Dollars ($1,000,000,000,000.00 USD)** as the **income to You/Defendant(s)/Respondent(s) and lost revenue and/or income to** Affiant, and/or ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S).

# XVII.    SUMMARY JUDGEMENT, U.C.C. 3-505 PRESUMED DISHONOR

Said income is **to be assessed and claimed as income** by/to You/ Defendant(s)/Respondent(s), **and/or** by **filing a lawsuit** followed by a DEMAND or similar for **SUMMARY JUDGEMENT** as **a matter of law**, in accordance with **California Code of Civil Procedure § 437c(c)** and **Federal Rule of Civil Procedure 56(a),** and/or executing an **Affidavit Certificate of Non-Response, Dishonor, Judgement, and Lien Authorization**, in accordance with **U.C.C. § 3-505**, and/or issue an ORDER TO PAY or BILL OF EXCHANGE to the U.S. Treasury and IRS, said sum certain of **One Trillion U.S. Dollars ($1,000,000,000,000.00 USD)**, for **immediate credit to** Affiant, and/or ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S), with this Self-Executing Contract and Security Agreement servings as *prima facie* **evidence** of You/Respondent(s)/ Defendant(s)'s **Verified INDEBTEDNESS** to Affiant, Affiant, and/or ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S).

Should it be deemed necessary, the **Claimant(s)/Plaintiff(s) are fully Authorized (in accord with U.C.C § 9-509)** to file a UCC commercial **LIEN**

1  **and/or UCC1 Financing Statement** to perfect interest and/or secure full

2  satisfaction of the adjudged sum of **One Trillion Dollars**

3  **($1,000,000,000,000.00 USD)**.

4  //

5  **\*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT\*\*\* :**

6  Again for the record, this **contract**, **received and accepted** per the **mailbox rule**, is

7  **self-executing** and serves as a **SECURITY AGREEMENT, and establishes a lien,**

8  **Authorized by You/They/the DEBTOR(S). Acceptance** of this **contract is deemed to**

9  **occur at the moment it is dispatched via mail, in accordance with the mailbox rule**

10  **established in common law. Under this rule, an acceptance becomes effective and**

11  **binding** once it is properly addressed, stamped, and placed in the control of the postal

12  service, as supported by **Adams v. Lindsell (1818) 106 ER 250. Furthermore,** as a **self-**

13  **executing agreement,** this **contract** creates **immediate and enforceable obligations**

14  without the need for further action, functioning also as a **SECURITY AGREEMENT** under

15  **Article 9 of the Uniform Commercial Code (UCC)**.

16  **\*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT\*\*\* :**

17  //

18  XVIII.        **ESTOPPEL BY ACQUIESCENCE:**

19  If the addressee(s) or an intended recipient of this notice fail to respond

20  addressing **each point, on a point by point basis,** they **individually and**

21  **collectively accept all of the statements, declaration, stipulations, facts, and**

22  **claims as TRUTH** and fact by **TACIT PROCURATION**, all issues are deemed

23  settled **RES JUDICATA, STARE DECISIS** and by **COLLATERAL ESTOPPEL**.

24  You may **not** argue, controvert, or otherwise protest the finality of the

25  administrative findings in any subsequent process, whether administrative or

26  judicial.  (See Black's Law Dictionary 6th Ed. for any terms you do not "*understand*").

27  **Your failure to completely answer and respond will result in your agreeing**

28  **not to argue, controvert or otherwise protest the finality of the administrative**

1  **findings in any process, whether administrative or judicial, as certified by**

2  **Notary or Witness Acceptor in an Affidavit Certificate of Non Response and/or**

3  **Judgement, or similar.**

4    Should YOU **fail** to respond, provide partial, unsworn, or incomplete

5  answers, **such are not acceptable to me or to any court of law**.  See, *Sieb's*

6  *Hatcheries, Inc. v. Lindley*, 13 F.R.D. 113 (1952)., "Defendant(s) made no request for

7  an extension of time in which to answer the request for admission of facts and filed

8  only an unsworn response within the time permitted," thus, under the specific

9  provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in question were **deemed**

10  **admitted as true.  Failure to answer is well established in the court**. *Beasley v. U.*

11  *S.,* 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests **will be considered as**

12  **having been admitted**."  Also as previously referenced, "Statements of **fact**

13  contained in affidavits which are **not** rebutted by the opposing party's **affidavit or**

14  **pleadings may** be accepted as **true** by the trial court." --Winsett v. Donaldson, 244

15  N.W.2d 355 (Mich. 1976).

16  **COPY of this ACTUAL AND CONSTRUCTIVE NOTICE and Exhibits sent to**

17  **the following WITNESSES by way of Registered Mail with Misprision of Felony**

18  **Obligations:**

19  **To/cc:** James R. McHenry III, Pam Bondi, Agent(s)
20    C/o DEPARTMENT OF JUSTICE
     950 Pennsylvania Avenue Nw
21    Washington, District of Colombia, [20530]
     Registered Mail # RF775822605US

**To/Cc:** Michael Hestrin, Fiduciary(ies),
    C/o Office of the District Attorney
    3960 Orange Street
    Riverside California [92501]
    Registered Mail # RF775822619US.

22  **To/Cc:** Rob Bonta, Fiduciary(ies),
23    C/o Office of the Attorney General
     1300 "I" Street
24    Sacramento, California [95814-2919]
     Registered Mail # RF775822622US.

**To/Cc:** Douglas O'Donnell, Agent(s), Fiduciary(ies)
    C/o Internal Revenue Service
    1111 Constitution Avenue, North West
    Washington, District of Colombia [20224]
    Registered Mail # RF775822636US.

25  //

26  //

27  //

28  //

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, SLAVERY, PEONAGE, TREASON

Self-Executing Contract and Security Agreement- Registered Mail #RF775822582US — DATED: February 13, 2025

Invoice # RIVSHERTREAS12312024

# <u>INVOICE</u> and/or <u>TRUE BILL</u>

Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):

It has come to OUR attention that you are **deemed guilty** of **multiple felony crimes**, **violations of U.S. Code, U.C.C, the Constitution, and the law**. You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm** to ™KEVIN WALKER© ESTATE, ™WG EXPRESS TRUST©, ™KEVIN WALKER© IRR TRUST and its/their beneficiary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. **You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:**

| | | | |
|---|---|---|---|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | | $10,000,000.00 |
| 2. | 18 U.S. Code § 4 - Misprision of felony | | $1,000,000.00 |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | | $100,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | | $200,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | | $9,000,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | | $9,000,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | | $100,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | | $100,000,000,000.00 |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | | $900,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | | $3,000,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | | $11,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | | $500,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | | $100,000,000.00 |
| 14. | Use of ™KEVIN LEWIS WALKER©: | x 3 | $3,000,000.00 |
| 15. | Fraud, conspiracy, obstruction, identity theft, extortion, bad faith actions, treason, monopolization of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable life, deprivation of rights under the color of law harassment, Waring against the Constitution,  injury and damage: | | $777,075,000,000.00 |

| | |
|---|---|
| **Total Due:** | **$1,000,000,000,000.00 USD** |
| **Good Faith Discount:** | **$999,700,000,000.00 USD** |
| **Total Due by 02/17/2025:** | **$300,000,000.00 USD** |
| **Total Due after 02/17/2025:** | **$1,000,000,000,000.00  USD** |

-34 of 41-

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, FALSE IMPRISONMENT, KIDNAPPING, ETC.

Self-Executing Contract and Security Agreement- Registered Mail #RF775822582US — DATED: February 13, 2025

# EXHIBITS/ATTACHMENTS:

1.E**xhibit A:  Affidavit: Power of Attorney In Fact'**

2. E**xhibit B:**  Private UCC Contract Trust/UCC1 filing #**2024385925-4**.

3. E**xhibit C:** Private UCC Contract Trust/UCC3 filing ##**2024402990-2** .

4. E**xhibit D: Affidavit Right of Travel** *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991

5. E**xhibit E:**  Revocation Termination and Cancelation of Franchise.

6. E**xhibit F:**  CITATION/BOND #TE464702, accepted under threat, duress, and coercion: A**S EVIDENCED BY SIGNATURE LINE**.

7. E**xhibit G:**  Automobile's PRIVATE PLATE displayed on the automobile

8. E**xhibit H:**  Screenshot of "Automobile" and "commercial vehicle" from DMV website

9. **Exhibit I**: Screenshot of CA CODE § 260 from https://leginfo.legislature.ca.gov

10. **Exhibit J**: Photo(s) of Defendant/Respondent Gregory D Eastwood.

11. **Exhibit K**: Photo(s) of Defendant/Respondent Robert C V Bowman.

12. **Exhibit L**: Photo(s) of Defendant/Respondent Willam Pratt.

13. **Exhibit M**: AFFIDAVIT CERTIFICATE of STATUS, ASSETS, RIGHTS, JURISDICTION, AND PROTECTIONS as national/non-citizen national, foreign government, foreign official, internationally protected person, international organization, secured party/secured creditor, and/or national of the United States, #RF661448964US.

14. **Exhibit N**: national/non-citizen national passport card #C35510079.

15. **Exhibit O**: national/non-citizen national passport book #A39235161.

16.**Exhibit P**: ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

17. **Exhibit Q:** NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON, #RF775820621US.

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, RACKETEERING

Self-Executing Contract and Security Agreement- Registered Mail #RF775822582US — DATED: February 13, 2025

18. **Exhibit R:** NOTICE OF DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON, #RF775821088US.

//

//

//

# **WORDS DEFINED GLOSSARY OF TERMS:**

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1. automobile: a passenger vehicle that does not transport persons for hire. This includes station wagons, sedans, vans, and sport utility vehicles. **See, California Vehicle Code (CVC) §465**.

2. commercial vehicle: A "commercial vehicle" is a vehicle which is used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property (for example, trucks and pickups). **See CVC §260.**

3. motor vehicle: The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **and** used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo. **See 18 U.S. Code § 31 - Definitions.**

4. financial institution: a person, an individual, a **private banker**, a business engaged in vehicle sales, including automobile, airplane, and boat sales, persons involved in real estate closings and settlements, the United States Postal Service, a commercial bank or trust company, any credit union, an agency of the United States Government or of a State or local government carrying out a duty or power of a business described in this paragraph, a broker or dealer in securities or commodities, a currency exchange, or a business engaged in the exchange of currency, funds, or value that substitutes for currency or funds, financial agency, a loan or finance company, an issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar instruments, an operator of a credit card system, an insurance company, a licensed sender of money or any other person who engages as a business in the transmission of currency, funds, or value that substitutes for currency, including any person who

-36 of 41-

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON

Page 132 of 248

Self-Executing Contract and Security Agreement- Registered Mail #RF775822582US — DATED: February 13, 2025

1    engages as a business in an informal money transfer system or any network of people who engage as a

2    business in facilitating the transfer of money domestically or internationally outside of the

3    conventional financial institutions system. Ref, 31 U.S. Code § 5312 - Definitions and application.

4  5.   individual: As a noun, this term denotes a single person as distinguished from a group or class, and

5    also, very commonly, a private or natural person as distinguished from a partnership, corporation, or

6    association; but it is said that this restrictive signification is not necessarily inherent in the word, and

7    that it may, in proper cases, include artificial persons.  As an adjective: Existing as an indivisible entity.

8    Of or relating to a single person or thing, as opposed to a group.— See Black's Law Dictionary 4th, 7th,

9    and 8th Edition pages 913, 777,  and 2263 respectively.

10  6.   person: Term may include artificial beings, as corporations. The term means an individual, corporation,

11    business trust, estate, trust, partnership, limited liability company, association, joint venture,

12    government, governmental subdivision, agency, or instrumentality, public corporation, or any other

13    legal or commercial entity. The term "person" shall be construed to mean and include an individual, a

14    trust, estate, partnership, association, company or corporation.  The term "person" means a natural

15    person or an organization. -Artificial persons. Such as are created and devised by law for the purposes

16    of society and government, called "corporations" or bodies politic." -Natural persons. Such as are

17    formed by nature, as distinguished from artificial persons, or corporations. -Private person. An

18    individual who is not the incumbent of an office. Persons are divided by law into natural and artificial.

19    Natural persons are such as the God of nature formed us; artificial are such as are created and devised

20    by human laws, for the purposes of society and government, which are called "corporations" or "bodies

21    politic." — See Uniform Commercial Code (UCC) § 1-201, Black's Law Dictionary 1st, 2nd, and 4th

22    edition pages 892, 895, and 1299, respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning

23    of terms, and 26 United States Code (U.S. Code) § 7701 - Definitions.

24  7.   bank: a person engaged in the business of banking and includes a savings bank, savings and loan

25    association, credit union, and trust company.  The terms "banks", "national bank", "national banking

26    association", "member bank", "board", "district", and "reserve bank" shall have the meanings assigned

27    to them in section 221 of this title.  An institution, of great value in the commercial world, empowered

28    to receive deposits of money, to make loans. and to issue its promissory notes, (designed to circulate as

money, and commonly called "bank-notes" or "bank-bills" ) or to perform any one or more of these functions. The term "bank" is usually restricted in its application to an incorporated body; while a **private individual** making it his business to conduct banking operations is denominated a "banker." Banks in a commercial sense are of three kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation. Strictly speaking, the term "bank" implies a place for the deposit of money, as that is the most obvious purpose of such an institution. — See, UCC 1-201, 4-105, 12 U.S. Code § 221a, Black's Law Dictionary 1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.

8.  **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or contract null and inoperative. Its principal species are rescission, release, accord and satisfaction, performance, judgement, composition, bankruptcy, merger. As applied to demands claims, right of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul its obligatory force, to satisfy it. And here also the term is generic; thus a dent , a mortgage. As a noun, the word means the act or instrument by which the binding force of a contract is terminated, irrespective of whether the contract is carried out to the full extent contemplated (in which case the discharge is the result of performance) or is broken off before complete execution. See, Blacks Law Dictionary 1st, page

9.  **pay:** To discharge a debt; to deliver to a creditor the value of a debt, either in money or in goods, for his acceptance. To pay is to deliver to a creditor the value of a debt, either in money or In goods, for his acceptance, by which the debt is discharged. See Blacks Law Dictionary 1st, 2nd, and 3rd edition, pages 880, 883, and 1339 respectively.

10. p**ayment:** The performance of a duty, promise, or obligation, or discharge of a debt or liability. by the delivery of money or other value. Also the money or thing so delivered. Performance of an obligation by the delivery of money or some other valuable thing accepted in partial or full discharge of the obligation. [Cases: Payment 1. C.J.S. Payment § 2.] 2. The money or other valuable thing so delivered in satisfaction of an obligation. See Blacks Law Dictionary 1st and 8th edition, pages 880-811 and 3576-3577, respectively.

11. **driver:** The term "driver" (i.e: "driver's license") means One **employed** in conducting a coach, carriage, wagon, or other vehicle, with horses, mules, or other animals.

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION

12. **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability, competency, liberty, permission, probability or contingency. — Regardless of the instrument, however, whether constitution, statute, deed, contract or whatnot, **courts not infrequently construe "may" as "shall" or "must".** — See Black's :aw Dictionary, 4th Edition page 1131.

13. **extortion:** The term "**extortion**" means the obtaining of property from another, **with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right**. — See 18 U.S. Code § 1951 - Interference with commerce by threats or violence.

14. **national:** "foreign government", "foreign official", "internationally protected person", "international organization", "national of the United States", "official guest," and/or "non-citizen national." **They all have the same meaning.** See Title 18 U.S. Code § 112  - Protection of foreign officials, official guests, and internationally protected persons.

15. **United States:** For the purposes of this Affidavit, the terms "U̱nited S̱tates" and "U.S." *mean only the Federal Legislative Democracy of the District of Columbia*, Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and any other Territory within the "United States," which entity has its origin and jurisdiction from Article 1, Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of America. *The terms "United States" and "U.S." are NOT to be construed to mean or include the sovereign, u̱nited 50 s̱tates of America.*

16. **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of his right, or in some manner to do him an injury.   As distinguished from negligence, it is always positive, intentional. as applied to contracts is the cause of an error bearing on material part of the contract, created or continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an inconvenience or loss to the other. in the sense of court of equity, properly includes all acts, omissions, and concealments which involved a breach of legal or equitable duty, trust, or confidence justly reposed, and are injurious to another, or by which an undue and unconscientious advantage is taken of another. See Black's Law Dictionary, 1st and 2nd Edition, pages 521-522 and 517 respectively.

17. **color:** appearance, semblance. or simulacrum, as distinguished from that which is real. A prima facie or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of reality; a a disguise or pretext. See, Black's Law Dictionary 1st Edition, page 222.

Self-Executing Contract and Security Agreement- Registered Mail #RF775822582US — DATED: February 13, 2025

1  18.  **colorable:** That which is in appearance only, and not in reality, what it purports to be. See, Black's Law
2       Dictionary 1st Edition, page 2223.

3  ## COMMERCIAL OATH AND VERIFICATION:

4  County of Riverside                    )
5                                          )        Commercial Oath and Verification
6  The State of California                )

7  I, KEVIN WALKER, under my unlimited liability and Commercial Oath proceeding
8  in good faith being of sound mind states that the facts contained herein are true,
9  correct, complete and not misleading to the best of Affiant's knowledge and belief
10 under penalty of International Commercial Law and state this to be HIS Affidavit of
11 Truth regarding same signed and sealed this 13TH day of FEBRUARY in the year of
12 Our Lord two thousand and twenty five:

13            proceeding *sui juris, In Propria Persona,* by *Special Limited Appearance,*
14            **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

15      By: _____
16            Kevin Walker, *Attorney In Fact, Secured Party,*
              *Executor,* national, *private bank(er)* EIN # 9x-xxxxxxx
17

18 Let this document stand as truth before the Almighty Supreme Creator and let it be
19 established before men according as the scriptures saith: *"But if they will not listen,*
20 *take one or two others along, so that every matter may be established by the testimony of two*
21 *or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*
22 *word be established" 2 Corinthians 13:1.*

23                          *Sui juris, By Special Limited Appearance,*
24      By: _____
25            **Donnabelle Mortel** *(WITNESS)*

26                          *Sui juris, By Special Limited Appearance,*
27      By: _____
28            **Corey Walker** (WITNESS)

-40 of 41-

Self-Executing Contract and Security Agreement- Registered Mail #RF775822582US — DATED: February 13, 2025

1 ## NOTICE:

2 Using a notary on this document does **not** constitute any adhesion, ***nor does it alter my***

3 ***status in any manner***. The purpose for notary is verification and identification **only** and

4 **not** for entrance into **any** foreign jurisdiction.

5 //

6 //

7 //

8 ## JURAT:

9

10 State of Riverside                    )

                          ) ss.

11 County of California                  )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

12 Subscribed and ~~sworn~~ to (or affirmed) before me on this 13th day of February, 2025 by Kevin Walker proved

13 to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

14

15 Joyti Patel, _____ Notary public

      print

16 Joytipatel _____ Seal:

17 _____ Seal:

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, SECURITIES FRAUD, AND KIDNAPPING

-Exhibit H-

Self-Executing Contract and Security Agreement — Registered Mail #RF775823645US — Dated: February 27, 2025

1  **From/Plaintiff:** Kevin: Walker, *sui juris, In Propria Persona.*
*Executor, Authorized Representative, Secured Party, Master Beneficiary*

2  ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©

   *** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
   *** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

3  c/o  30650 Rancho California Road Suite #406-251
Temecula, California [92591]

   *** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT ***

4  non-domestic *without* the United States
Email: team@walkernovagroup.com

5  **To/Defendant(s)/Respondent(s):** Gregory D Eastwood,
Robert C V Bowman, George Reyes, Robert Gell, Chad.

   **To/Defendant(s)/Respondent(s):** Chad Bianco.

6  C/o SOUTHWEST JUSTICE CENTER
30755-D Auld Road

   C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd floor

7  Murrieta, California [92563]
Registered Mail #RF775823645US

   Riverside, California [92501]
Registered Mail #RF775823659US

8  Email: info@riversidesheriff.org / ssherman@law4cops.com

   Email: info@riversidesheriff.org / ssherman@law4cops.com

9

10  # AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION.

11  **Kevin: Walker, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, ™KEVIN WALKER© IRR TRUST,**

12

13

14            Claimant(s)Plaintiff(s),

15        *vs.*

16  **Chad Bianco, Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell,** CHAD BIANCO, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100 Inclusive,*

17

18

19

20

21            *Defendant(s)/Respondent(s)*

22

23

---

| CITATION/BOND NO.: **TE464702** |
| --- |

**AFFIDAVIT CERTIFICATE OF DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, AND LIEN AUTHORIZATION**

1.  **FRAUD**
2.  **RACKETEERING**
3.  EMBEZZLEMENT
4.  IDENTITY THEFT
5.  **CONPSIRACY**
6.  DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
7.  RECEIVING EXTORTION PROCEEDS
8.  FALSE PRETENSES
9.  EXTORTION
10. UNLAWFUL IMPRISONMENT
11. **TORTURE**
12. **KIDNAPPING**
13. **FORCED PEONAGE**
14. **MONOPOLIZATION OF TRADE AND COMMERCE**
15. BANK FRAUD
16. TRANSPORTATION OF STOLEN PROPERTY, MONEY, & SECURITIES
17. **THREE HUNDRED MILLION SETTLEMENT OFFER**
18. *CONSIDERED, ACCEPTED,* AND STIPULATED ONE TRILLION DOLLAR ($1,000,000,000,000.00) JUDGEMENT AND LIEN.

24  # AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION.

25

26  KNOW ALL MEN BY THESE PRESENTS, that on this day, before me, a

27  Notary Public, personally came by *Special Limited Appearance*, sui juris, In Propria

28  Persona, Kevin: Walker, a **living soul, natural, freeborn Sovereign,** state Citizen of

---

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

California and **the republic** in its De'jure capacity as one of the several states of the Union 1789. This incidentally makes him a **national** American of the republic as per the **De'Jure Constitution for the united states 1777/1789.**

Kevin, proceeding *sui juris, In Propria Persona*, by *Special Limited Appearance*, and is herein referred to as '**Affiant**,' is over 18 years of age, competent to testify and has first hand knowledge of the facts herein. Affiant declared (or certified, verified, affirmed, or stated) under penalty of perjury under the laws of the United States of America that the following is true and correct, to the best of Affiants's understanding and belief, and in good faith:

1. As of **February 27, 2025**, Affiant has **not** received a valid, point for point, written response to the document(s) mailed to the person(s) named below. The document(s) mailed and the mail and delivery date(s) was are:

    (1) **Document: AFFIDAVIT and Plain Statement of Facts:** NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

    | **To/Defendant(s)/Respondent(s):** Gregory D Eastwood, Robert C V Bowman, George Reyes. C/o SOUTHWEST JUSTICE CENTER 30755-D Auld Road Murrieta, California [92563] Registered Mail # RF775820621US Email: info@riversidesheriff.org / ssherman@law4cops.com | **To/Defendant(s)/Respondent(s):** Chad Bianco. C/o RIVERSIDE COUNTY SHERIFF 4095 Lemon Street, 2nd floor Riverside, California [92501] Registered Mail # RF775821613US Email: info@riversidesheriff.org / ssherman@law4cops.com |
    | --- | --- |

    (2) **Document: AFFIDAVIT and Plain Statement of Facts:** NOTICE OF DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

    | **To/Defendant(s)/Respondent(s):** Gregory D Eastwood, Robert C V Bowman, George Reyes. C/o SOUTHWEST JUSTICE CENTER 30755-D Auld Road Murrieta, California [92563] Registered Mail # RF775821088US Email: info@riversidesheriff.org / ssherman@law4cops.com | **To/Defendant(s)/Respondent(s):** Chad Bianco. C/o RIVERSIDE COUNTY SHERIFF 4095 Lemon Street, 2nd floor Riverside, California [92501] Registered Mail # RF775821131US Email: info@riversidesheriff.org / ssherman@law4cops.com |
    | --- | --- |

(3) **Document: AFFIDAVIT and Plain Statement of Facts:** NOTICE OF DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, KIDNAPPING.

**To/Defendant(s)/Respondent(s):** Gregory D Eastwood, Robert C V Bowman, George Reyes.
C/o SOUTHWEST JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]
Registered Mail # RF775822582US
Email: info@riversidesheriff.org / ssherman@law4cops.com

**To/Defendant(s)/Respondent(s):** Chad Bianco.
C/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd floor
Riverside, California [92501]
Registered Mail # RF775822596US
Email: info@riversidesheriff.org / ssherman@law4cops.com

2. As of **February 27, 2025**, Affiant is **not** in possession of a response from respondent(s) addressing each point on the affidavits sent, **sworn under the penalty of perjury, as required** by contract law, principles, and legal maxims.

3. Respondent(s) ["}**individually and collectively admit** the statements and claims by **TACIT PROCURATION**, **all issues** are **deemed settled RES JUDICATA**, **STARE DECISIS** and by **COLLATERAL ESTOPPEL["].**

4. Respondent(s), individually and collectively, admit to the statements and claims by **TACIT PROCURATION**, fully agreeing that they are deemed guilty of fraud, racketeering, identity theft, treason, breach of trust and fiduciary duties, extortion, coercion, deprivation of rights under the color of law, conspiracy to deprive of rights under the color of law, monopolization of trade and commerce, forced peonage, obstruction of enforcement, extortion of a national/ internationally protected person, false imprisonment, torture, creating trusts in restraint of trade, dereliction of fiduciary duties, bank fraud, breach of trust, treason, tax evasion, bad faith actions, dishonor, injury, and damage to Affiant and/or Complainant(s)/Plaintiff(s).

5. Furthermore, Respondent(s) individually and collectively fully agree that this **Affidavit and all previously submitted Affidavits** constitute **prima facie evidence** of these violations and serve as proof of claim. As established in **United States v. Kis, 658 F.2d 526 (7th Cir. 1981)**:

   "Appellee had the burden of first proving its prima facie case and could do

   so by affidavit or other evidence."

6.  Accordingly, Respondents' failure to rebut constitutes **conclusive admission and agreement** to all claims asserted herein

7. You/Defendant(s)/Respondent(s) individually and collectively, fully agree that INVOICE and/or TRUE BILL #RIVSHERTREAS12312024 accurately represents their indebtedness of to Affiant, and/or Complainant(s)/Plaintiff(s)**.**

8. You/Respondent(s)/Defendant(s) individually and collectively, fully agree that You or who you/they represent **is/are the DEBTOR(S) in this matter.**

9. You/Defendant(s)/Respondent(s) individually and collectively, fully agree that You and/or who you represent **has/have been paid in full for the "contract" in question.**

10. You/Defendant(s)/Respondent(s) individually and collectively, fully agree that You/Defendant(s)/Respondent(s) is/are **not** the CREDITOR, or an ASSIGNEE of the CREDITOR, in this matter.

11. Consistent with the **eternal tradition of natural common law**, **unless I have harmed or violated someone or their property, I have committed no crime**; and I am therefore **not** subject to any penalty. I act in accordance with the following **U.S. Supreme Court case**:   "The individual may stand upon his **constitutional rights** as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is unlimited.** He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." **— Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

# NO QUALIFIED OR LIMITED IMMUNITY

12. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

13. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights."—AFLCIO v. Woodward, 406 F2d 137 t.

14. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

15. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court**, A025829.

16. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

17. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

18. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

19. "the people, not the States, are sovereign."—Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

20. **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

21. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (**Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind."

22. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

23. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

24. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

25. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

26. **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

27. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. (**Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it.")

Executed "*without* the United States" in compliance with **28 USC § 1746**.

# FURTHER AFFIANT SAYETH NOT.

//

//

# I. *Some* Relevant U.C.C. Sections and Application

**1.   U.C.C. § 1-308 – Reservation of Rights:**

This section ensures that acceptance of an offer under duress or coercion does not waive any rights or defenses. By invoking U.C.C. § 1-308, Claimant(s)/ Complainant(s)/Plaintiff(s)**.** asserts that any compliance with your offer is made with *explicit reservation of rights*, preserving all legal remedies.

**2.  U.C.C. § 2-204 – Formation in General:**

This section establishes that a contract can be formed in any manner sufficient to show agreement, including conduct. By issuing the citation (an implied offer to contract), You/Defendant(s)/Respondent(s), have initiated a contractual relationship, which has been conditionally accepted with **new terms herein**.

**3.  U.C.C. § 2-206 – Offer and Acceptance in Formation of Contract:**

Under this section, an offer can be accepted in any reasonable manner. By conditionally accepting the citation and dispatching this notice via USPS Certified, Registered, and/or Express mail, Claimant(s)/Complainant(s)/Plaintiff(s) has/have created a binding contract agreement and obligation which You/Defendant(s)/Respondent(s) are contractually bound and obligated to.

**4.  U.C.C. § 2-202 – Final Written Expression:**

This provision ensures that the terms of this conditional acceptance supplement the original terms of the citation. By including these conditions, the issuing authority is bound to provide proof of their validity, failing which the conditional acceptance will be expressly stipulated as the **final** agreement.

**5.  U.C.C. § 1-103 – Supplementary General Principles of Law Applicable:**

This section allows common law principles to supplement the UCC. Under the doctrine of **equity** and **fair dealing**, failure to provide the requested proof constitutes bad faith and silent acquiescence, tacit agreement, and tacit procuration to all of the the **fact and terms stipulated** in this Affidavit Notice and Self-Executing Contract and Security Agreement.

**6.  U.C.C. § 3-505 – Evidence of Dishonor**

Under **U.C.C. § 3-505**, an *unrebutted* **Affidavit of Default, Dishonor, and Non-Response** creates a **presumption of dishonor** against the defaulting party. **Subsection (a)** states that certain documents are admissible as evidence and create a **presumption of dishonor**, including:

Self-Executing Contract and Security Agreement — Registered Mail #RF775823645US — Dated: February 27, 2025

1. A **document regular in form** that certifies dishonor, such as a **notarized affidavit**.

2. A **writing or stamp** from a relevant authority confirming non-acceptance or non-payment.

3. A **record from a financial institution or other official entity** proving dishonor.

- **Subsection (b)** confirms that a **protest of dishonor may be made by a notary public or other authorized official**, further **strengthening the validity and enforceability of the affidavit as prima facie evidence of dishonor**.

**Application:**

By failing to lawfully rebut or respond, **Defendant(s)/Respondent(s) are presumed in dishonor**, and Plaintiffs' claims are **legally established as true and enforceable**. The *unrebutted* **affidavit serves as self-executing proof** that Respondents/Defendants have defaulted and **must now perform according to the binding contract agreement and security instrument**.

**II.** <u>**Legal and Procedural Basis**</u>

**1. Mailbox/Postal Rule:**

Under the mailbox rule, this notice of conditional acceptance is effective and considered **accepted** by You/Defendant(s)/Respondent(s) upon dispatch via the respective Registered, Certified, and/or Express mail number. The agreement becomes **binding** when the notice **is sent**, not when received. This binds the issuing authority to the terms outlined in this notice unless rebutted within the specified timeframe.

**2. Offer and Acceptance:**

Your citation constitutes an offer under contract law. This notice self-executing Contract and Security Agreement conditionally accepts your contract OFFER and supplements its terms under U.C.C. § 2-202. Failure to

fulfill the new and final terms and conditions within the specified **three (3) day** timeframe constitutes **silent acquiescence, tacit agreement, and tacit procuration**.

3. **Consent to Service by Electronic and Postal Means:**

   By the doctrine of silent acquiescence and tacit agreement, You/Defendant(s)/Respondent(s) have consented to service of notices, pleadings, and communications via email, and/or USPS Registered Mail, Express Mail, or Certified Mail. Your failure to rebut or object to this service method within the specified timeframe constitutes unequivocal acceptance of service through these means.

# III.   DEFENDANTS' ACTIONS AS ACTS OF WAR AGAINST THE THE PEOPLE AND THE CONSTITUTION

The defendants' conduct constitutes an **outright war against the Constitution** of the United States, its *principles*, and the **rule of law.** By their *bad faith* and deplorable actions, the defendants have demonstrated *willful and intentional* disregard and contempt for the **supreme law of the land**, as set forth in **Article VI, Clause 2 of the Constitution**, which declares that the Constitution, federal laws, and treaties are the supreme law of the land, binding upon all states, courts, and officers.

## A. Violations of Constitutional Protections

The defendants have intentionally and systematically engaged in acts that directly violate the protections guaranteed to the plaintiffs and the people under the Constitution, including but not limited to:

1. **Violation of the Plaintiffs' Unalienable Rights**: The defendants have deprived the plaintiffs of life, liberty, and property without due process of law, as guaranteed under the Fifth and Fourteenth Amendments.

2. **Subversion of the Rule of Law**: Through their actions, the defendants have undermined the separation of powers and checks and balances established

Self-Executing Contract and Security Agreement — Registered Mail #RF775823645US — Dated: February 27, 2025

by the Constitution. They have disregarded the judiciary's duty to uphold the Constitution by attempting to operate outside the confines of lawful authority, rendering themselves effectively unaccountable.

3. **Treasonous Conduct**: Pursuant to Article III, Section 3, treason against the United States is defined as levying war against them or adhering to their enemies, giving them aid and comfort. The defendants' conduct in subverting the constitutional order, depriving citizens of their lawful rights, and unlawfully exercising power without jurisdiction constitutes a form of domestic treason against the Constitution and the people it protects.

## B. Acts of Aggression and Tyranny

The defendants' actions amount to a usurpation of authority and a direct attack on the sovereignty of the people, who are the true source of all government power under the Constitution. As stated in the Declaration of Independence, whenever any form of government becomes destructive of the unalienable rights of the people, it is the right of the people to alter or abolish it. The defendants, through their actions, have positioned themselves as adversaries to this principle, attempting to replace the rule of law with arbitrary and unlawful dictates.

## C. Weaponizing Authority to Oppress

The defendants' intentional misuse of their authority to act against the interests of the Constitution and its **C**itizens is a clear manifestation of tyranny. Rather than serving their constitutional mandate to protect and defend the Constitution, they have actively waged war on it by:

- **Suppressing lawful claims and evidence presented by the plaintiffs** to protect their property and rights.
- **Engaging in acts of fraud, coercion, and racketeering** that strip plaintiffs of their constitutional protections.

1   **Dismissing the jurisdictional authority of constitutional mandates**, including but

2   not limited to rights to due process and equal protection under the law.

3   The defendants' actions are not merely breaches of law; they are acts of *insurrection*

4   *and rebellion* **against the very foundation of the nation's constitutional**

5   **framework.** Such acts must not go unchallenged, as they jeopardize the

6   constitutional order, the rights of the people, and the rule of law that ensures justice

7   and equality. Plaintiffs call upon the court and relevant authorities to enforce the

8   Constitution, compel accountability, and halt the defendants' treasonous war

9   against the supreme law of the land.

10  # IV. <u>'Bare Statutes'</u> as *Confirmation* <u>of Guilt and the Necessity</u>

11  <u>of Prosecution by an Enforcer</u>

12  Plaintiffs' incorporation of "bare statutes" does <u>**NOT**</u> exonerate Defendants; rather,

13  it serves as evidence of Defendants' guilt, which they have already *undisputedly*

14  admitted through their actions and lack of rebuttal to any affidavits, which they

15  have a duty to respond to. The invocation of bare statutes merely underscores the

16  necessity for Plaintiffs to compel a formal enforcer, such as a District Attorney or

17  Attorney General, to prosecute the criminal violations. This requirement for

18  enforcement does <u>**NOT**</u> negate the Defendants' culpability but, instead, affirms the

19  gravity of their admitted violations.

20  In this matter, Plaintiffs have thoroughly detailed the Defendants' willful and

21  intentional breaches of multiple federal statutes under Title 18, and Plaintiff's

22  private right(s) of action. These *blatant* and *willful* violations have been clearly

23  articulated in this NOTICE, AFFIDAVIT, AND CONTRACT SECURITY

24  AGREEMENT. Defendants' actions constitute **treasonous** conduct against the

25  **Constitution and the American people**. Their behavior, alongside that of their

26  counsel, reflects an attitude of being above the law, further solidifying their guilt.

27  Plaintiffs maintain that the Defendants' reliance on procedural defenses or

28  technicalities does not absolve them of their criminal conduct. Instead, their actions

1    are an unequivocal admission of guilt that necessitates legal action by the

2    appropriate prosecutorial authority. Plaintiffs reserve all rights to compel such

3    enforcement to ensure that the Defendants are held fully accountable for their

4    crimes.

5    **V.   <u>RESPONSE DEADLINE: REQUIRED WITHIN THREE (3) DAYS:</u>**

6          A response and/or compensation and/or restitution payment must be

7    received within a deadline of **three (3) days.** At the "**Deadline**" is defined as

8    5:00 p.m. on the third (3rd) day after your receipt of this affidavit. "**Failure to**

9    **respond**" is defined as a blank denial, unsupported denial, inapposite denial,

10   such as, "not applicable" or equivalent, statements of counsel and other

11   declarations by third parties that lack first-hand knowledge of the facts, and/

12   or responses lacking verification, all such responses being legally insufficient

13   to controvert the verified statements herewith.  See *Sieb's Hatcheries, Inc* and

14   *Beasley, Supra.*  Failure to respond can result in **your acceptance of personal**

15   **liability** external to qualified immunity and waiver of any decision rights of

16   remedy.

17   **VI.   <u>FAILURE TO RESPOND AND/OR PERFORM, REMEDY, AND**

18   **SETTLEMENT</u>**

19          If You/Defendant(s)/Respondent(s) fail to respond and perform **within**

20   **three (3) days** of receiving this Affidavit Notice and Self- Executing Contract

21   and SecurityAgreement and CONDITIONAL ACCEPTANCE, with <u>**verified**</u>

22   <u>**evidence**</u> of the above accompanied by an affidavit, **sworn under the penalty**

23   **of perjury, as required by law**, You/Defendant(s)/Respondent(s), Gregory D

24   Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell,

25   GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT,

26   GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS

27   DEPARTMENT, *Does 1-100*, You/Defendant(s)/Respondent(s) *individually*

28   *and collectively* **fully agree** that you must **act in good faith and** accordance

1  with the Law, cease all conspiracy, fraud, identity theft, embezzlement,

2  deprivation under the color of law, extortion, embezzlement, bank fraud,

3  harassment, conspiracy to deprive, and other violations of the law, and

4  **TERMINATE these proceeding immediately**, and pay the below mentioned

5  Three Hundred Million Dollar Restitution and Settlement payment, and

6  releasing all special deposit funds and/or Credits due to Affiant and/or

7  Complainant(s)/Plaintiff(s).

## VII.  Three Hundred Million Dollars ($300,000,000.00) Restitution Settlement Payment *REQUIRED*

10  Furthermore, if You/Defendant(s)/Respondent(s) fail to respond and

11  perform **within three (3) days** from the date of receipt of this communication by

12  providing **verified** **evidence and proof** of the facts and conditions set forth herein,

13  accompanied by affidavits **sworn under penalty of perjury as required by law**,

14  Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert

15  Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT,

16  GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS

17  DEPARTMENT, *Does 1-100*, hereby agree that, within three (3) days of receipt of

18  this contract offer, You/Defendant(s)/Respondent(s) shall issue restitution payment

19  in the total sum certain of **Three Hundred Million Dollars ($300,000,000.00 ),**

20  which **shall** become **immediately** due and payable to ™WG EXPRESS TRUST©,

21  ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN

22  WALKER© IRR TRUST: Complainant(s)/Plaintiff(s).

## VIII.   One Trillion Dollar  ($1,000,000,000,000.00) Default Judgement and Lien

25  If You/Defendant(s)/Respondent(s) fail to respond and perform **within**

26  **three (3) days** from the date of receipt of this communication, **as**

27  **contractually required**, You/Defendant(s)/Respondent(s) hereby

28  individually and collectively, fully agree, that the entire amount evidenced

and itemized in Invoice #RIVSHERTREAS12312024, totaling **One Trillion Dollars ($1,000,000,000,000.00)**, **shall** become **immediately** due and payable in full.

Furthermore, if You/Respondent(s)/Defendant(s), fail to respond and perform **within three (3) days** from the date of receipt of this communication, You/Defendant(s)/Respondent(s), **individually and collectively,** **admit the statements and claims** by **TACIT PROCURATION,** and completely agree that you/they individually and collectively are guilty of fraud, **racketeering**, indentity theft, **treason,** breach of trust and fiduciary duties, extortion, coercion, deprivation of rights under the color of law, conspiracy to deprive of rights under the color of law, monopolization of trade and commerce, forced peonage, obstruction of enforcement, extortion of a national/ internationally protected person, false imprisonment, torture, creating trusts in restraint of trade dereliction of fiduciary duties, bank fraud, breach of trust, treason, tax evasion, bad faith actions, dishonor, injury and damage to Affiant.

## IX.    JUDGEMENT AND COMMERCIAL LIEN AUTHORIZATION

Moreover, if You/Defendant(s)/Respondent(s), fail to respond **within three (3) days** from the date of receipt of this communication, you/they **individually and collectively**, **fully and unequivocally Decree, Accept**, **fully Authorize** (in accord with UCC section 9)**, indorse, support, and advocate for a** **judgement,** **and/or SUMMARY JUDGEMENT, and/or** **commercial lien** of **One Trillion Dollars ($1,000,000,000,000.00)** **against** You/Respondent(s)/Defendant(s),  Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, GREGORY D EASTWOOD, ROBERT C V BOWMAN, WILLIAM PRATT, GEORGE REYES, ROBERT GELL, RIVERSIDE COUNTY SHERIFFS DEPARTMENT, *Does 1-100*, **in favor of,** ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S).

**Finally,** If You/Respondent(s)/Defendant(s), **fail to respond within three (3) days** from the date of receipt of this communication, **You/Defendant(s)/ Respondent(s)** *individually and collectively*, **EXPRESSLY, FULLY, and unequivocally Authorize, indorse, support and advocate for** ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S) to formally notify the United States Treasury, Internal Revenue Service, the respective Congress (wo)man, U.S. Attorney General, and/or any person, individual, legal fiction, and/or person, or ens legis Affiant deems necessary, including but not limited to submitting the requisite form(s) 1099-A, 1099-OID, 1099-C, 1096, 1040, 1041, 1041-V, 1040-V, 3949-A, with the **One Trillion Dollars ($1,000,000,000,000.00 USD**) as the **income to You/Defendant(s)/Respondent(s) and lost revenue and/or income to** Affiant, and/or ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S).

## X.    SUMMARY JUDGEMENT, U.C.C. 3-505 PRESUMED DISHONOR

Said income is **to be assessed and claimed as income** by/to You/ Defendant(s)/Respondent(s), **and/or** by **filing a lawsuit** followed by a DEMAND or similar for **SUMMARY JUDGEMENT** as **a matter of law**, in accordance with **California Code of Civil Procedure § 437c(c)** and **Federal Rule of Civil Procedure 56(a),** and/or executing an **Affidavit Certificate of Non-Response, Dishonor, Judgement, and Lien Authorization**, in accordance with **U.C.C. § 3-505**, and/or issue an ORDER TO PAY or BILL OF EXCHANGE to the U.S. Treasury and IRS, said sum certain of **One Trillion U.S. Dollars ($1,000,000,000,000.00 USD**), for **immediate credit to** Affiant, and/or ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S), with this Self-

Executing Contract and Security Agreement servings as *prima facie* **evidence** of You/Respondent(s)/Defendant(s)'s **Verified INDEBTEDNESS** to Affiant, Affiant, and/or ™WG EXPRESS TRUST©, ™KEVIN WALKER© ESTATE, ™KEVIN LEWIS WALKER©, and/or ™KEVIN WALKER© IRR TRUST, and/or their lawfully designated ASSIGNEE(S).

Should it be deemed necessary, the **Claimant(s)/Plaintiff(s) are fully Authorized (in accord with U.C.C § 9-509)** to file a UCC commercial **LIEN and/or UCC1 Financing Statement** to perfect interest and/or secure full satisfaction of the adjudged sum of **One Trillion Dollars ($1,000,000,000,000.00 USD)**.

**\*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT\*\*\* :**

Again for the record, this **contract, received and accepted** per the **mailbox rule, is self-executing and serves as a SECURITY AGREEMENT, and establishes a lien, Authorized by You/They/the DEBTOR(S). Acceptance** of this **contract is deemed to occur at the moment it is dispatched via mail, in accordance with the mailbox rule established in common law. Under this rule, an acceptance becomes effective and binding** once it is properly addressed, stamped, and placed in the control of the postal service, as supported by **Adams v. Lindsell (1818) 106 ER 250. Furthermore,** as a **self-executing agreement, this contract** creates **immediate and enforceable obligations** without the need for further action, functioning also as a **SECURITY AGREEMENT** under **Article 9 of the Uniform Commercial Code (UCC)**.

**\*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT\*\*\* :**

XI.         **ESTOPPEL BY ACQUIESCENCE**:

If the addressee(s) or an intended recipient of this notice fail to respond addressing **each point, on a point by point basis,** they **individually and collectively accept all of the statements, declaration, stipulations, facts, and claims as TRUTH** and fact by **TACIT PROCURATION**, all issues are deemed settled **RES JUDICATA, STARE DECISIS** and by **COLLATERAL ESTOPPEL**.

1  You may **not** argue, controvert, or otherwise protest the finality of the

2  administrative findings in any subsequent process, whether administrative or

3  judicial.  (See Black's Law Dictionary 6th Ed. for any terms you do not "*understand*").

4  **Your failure to completely answer and respond will result in your agreeing**

5  **not to argue, controvert or otherwise protest the finality of the administrative**

6  **findings in any process, whether administrative or judicial, as certified by**

7  **Notary or Witness Acceptor in an Affidavit Certificate of Non Response and/or**

8  **Judgement, or similar.**

9  Should YOU **fail** to respond, provide partial, unsworn, or incomplete

10  answers, **such are not acceptable to me or to any court of law.**  See, *Sieb's*

11  *Hatcheries, Inc. v. Lindley,* 13 F.R.D. 113 (1952)., "Defendant(s) made no request for

12  an extension of time in which to answer the request for admission of facts and filed

13  only an unsworn response within the time permitted," thus, under the specific

14  provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in question were **deemed**

15  **admitted as true.  Failure to answer is well established in the court**.  *Beasley v. U.*

16  *S.,* 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests **will be considered as**

17  **having been admitted**."  Also as previously referenced, "Statements of **fact**

18  contained in affidavits which are **not** rebutted by the opposing party's **affidavit or**

19  **pleadings may** be accepted as **true** by the trial court." --Winsett v. Donaldson, 244

20  N.W.2d 355 (Mich. 1976).

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

Self-Executing Contract and Security Agreement — Registered Mail #RF775823645US — Dated: February 27, 2025

Invoice # RIVSHERTREAS12312024

# <u>INVOICE</u> and/or <u>TRUE BILL</u>

Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):

   It has come to OUR attention that you are **deemed guilty** of **multiple felony crimes**, **violations of U.S. Code, the U.C.C., the Constitution, and the law**. You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm** to ™KEVIN WALKER© ESTATE, ™WG EXPRESS TRUST©, ™KEVIN WALKER© IRR TRUST and its/their beneficiary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. **You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:**

| | | |
|---|---|---:|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | $10,000,000.00 |
| 2. | 18 U.S. Code § 4 - Misprision of felony | $1,000,000.00 |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | $100,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | $200,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | $9,000,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | $9,000,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | $100,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | $100,000,000,000.00 |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | $900,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | $3,000,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | $11,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | $500,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | $100,000,000.00 |
| 14. | Use of ™KEVIN LEWIS WALKER©:                           x 3 | $3,000,000.00 |
| 15. | Fraud, conspiracy, obstruction, identity theft, extortion, bad faith actions, treason, monopolization  of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable  life, deprivation of rights under the color of law harassment, Waring against the Constitution,  injury and damage: | $777,075,000,000.00 |

|  |  |
|---:|---:|
| <u>**Total Due:**</u> | **$1,000,000,000,000.00 USD** |
| <u>Good Faith Discount:</u> | $999,700,000,000.00 USD |
| **Total Due by 03/03/2025:** | **$300,000,000.00 USD** |
| Total Due after 03/03/2025: | **$1,000,000,000,000.00  USD** |

-18 of 25-

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

**COPY of this ACTUAL AND CONSTRUCTIVE NOTICE and Exhibits sent to the following**

**WITNESSES by way of Registered Mail with Misprision of Felony Obligations:**

**To/Cc:**  Rob Bonta, Agent(s), Fiduciary(ies), Trustee(s)
C/o Office of the Attorney General
1300 "I" Street
Sacramento, California [95814-2919]
Registered Mail #RF775823662US.

**To/Cc:**  Issa, Darrel, Agent(s), Fiduciary(ies), Trustee(s)
C/o U.S. HOUSE OF REPRESENTATIVES
Washington, District of Colombia [20515]
Registered Mail #RF775823676US.

**To/Cc:**  Pan Bondi, Agent(s), Fiduciary(ies), Trustee(s)
C/o Office of the Attorney General
950 Pennsylvanie Avenue, NW
Washington, District of Colombia [20530-0001]
Registered Mail # RF775823680US.

**To/Cc:**  Douglas O'Donnell, Agent(s), Fiduciary(ies), Trustee(s)
C/o Internal Revenue Service
1111 Constitution Avenue, North West
Washington, District of Colombia [20224]
Registered Mail #RF775823693US.

**To/Cc:**  David Lebryk, Agent(s), Fiduciary(ies), Trustee(s)
C/o Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, District of Colombia [20220]
Registered Mail #RF775823702US.

**To/Cc:**  Marco Rubio, Agent(s), Fiduciary(ies), Trustee(s)
C/o Department of State
2201 C Street, North West
Washington, District of Colombia [20520]
Registered Mail #RF775823716US.

# EXHIBITS/ATTACHMENTS:

1. E**xhibit A:  Affidavit: Power of Attorney In Fact'**

2. E**xhibit B:** Private UCC Contract Trust/UCC1 filing #**2024385925-4**.

3. E**xhibit C:** Private UCC Contract Trust/UCC3 filing ##**2024402990-2** .

4. E**xhibit D: Affidavit Right of Travel** *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For  Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991

5. E**xhibit E:  Revocation Termination and Cancelation of Franchise.**

6. E**xhibit F:**  CITATION/BOND #TE464702, accepted under threat, duress, and coercion: A**S EVIDENCED BY SIGNATURE LINE**.

7. E**xhibit G:**  Automobile's PRIVATE PLATE displayed on the automobile

8. E**xhibit H:**  Screenshot of "Automobile" and "commercial vehicle" from DMV website

9. **Exhibit I**: Screenshot of CA CODE § 260 from https://leginfo.legislature.ca.gov

10. **Exhibit J**: Photo(s) of Defendant/Respondent Gregory D Eastwood.

11. **Exhibit K**: Photo(s) of Defendant/Respondent Robert C V Bowman.

12. **Exhibit L**: Photo(s) of Defendant/Respondent Willam Pratt.

13. **Exhibit M**: AFFIDAVIT CERTIFICATE of STATUS, ASSETS, RIGHTS, JURISDICTION, AND PROTECTIONS as national/non-citizen national, foreign government, foreign official, internationally protected person, international organization, secured party/secured creditor, and/or national of the United States, #RF661448964US.

14. **Exhibit N**: national/non-citizen national passport card #C35510079.

15. **Exhibit O**: national/non-citizen national passport book #A39235161.

16. **Exhibit P**: ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

17. **Exhibit Q**: NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON, #RF775820621US.

18. **Exhibit R**: NOTICE OF DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON, #RF775821088US.

19. **Exhibit S**: NOTICE OF DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON, #RF775822582US

//

# **WORDS DEFINED GLOSSARY OF TERMS:**

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1. automobile: a passenger vehicle that does not transport persons for hire. This includes station wagons, sedans, vans, and sport utility vehicles. **See, California Vehicle Code (CVC) §465**.

2. commercial vehicle: A "commercial vehicle" is a vehicle which is used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property (for example, trucks and pickups). **See CVC §260.**

3. motor vehicle: The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **and** used for **commercial purposes** on the highways in the

Self-Executing Contract and Security Agreement — Registered Mail #RF775823645US — Dated: February 27, 2025

1    transportation of passengers, passengers and property, or property or cargo. **See 18 U.S. Code § 31 -**

2    **Definitions.**

3    4.    **financial institution**:    a **person**, an **individual**, a **private banker**, a business engaged in vehicle sales,

4    including automobile, airplane, and boat sales, persons involved in real estate closings and settlements,

5    the United States Postal Service, a commercial bank or trust company, any credit union, an agency of

6    the United States Government or of a State or local government carrying out a duty or power of a

7    business described in this paragraph, a broker or dealer in securities or commodities, a currency

8    exchange, or a business engaged in the exchange of currency, funds, or value that substitutes for

9    currency or funds, financial agency, a loan or finance company, an issuer, redeemer, or cashier of

10    travelers' checks, checks, money orders, or similar instruments, an operator of a credit card system, an

11    insurance company, a licensed sender of money or any other person who engages as a business in the

12    transmission of currency, funds, or value that substitutes for currency, including any person who

13    engages as a business in an informal money transfer system or any network of people who engage as a

14    business in facilitating the transfer of money domestically or internationally outside of the

15    conventional financial institutions system. Ref, 31 U.S. Code § 5312 - Definitions and application.

16    5.    **individual:** As a noun, this term denotes a single **person** as distinguished from a group or class, and

17    also, very commonly, a private or natural person as distinguished from a partnership, corporation, or

18    association; but it is said that this restrictive signification is not necessarily inherent in the word, and

19    that it **may**, in proper cases, include **artificial persons**.  As an adjective: Existing as an indivisible entity.

20    Of or relating to a single person or thing, as opposed to a group.— See Black's Law Dictionary 4th, 7th,

21    and 8th Edition pages 913, 777,  and 2263 respectively.

22    6.    **person:** Term may include artificial beings, as corporations. The term means an individual, corporation,

23    business trust, estate, trust, partnership, limited liability company, association, joint venture,

24    government, governmental subdivision, agency, or instrumentality, public corporation, or any other

25    legal or commercial entity. The term "person" shall be construed to mean and include an individual, a

26    trust, estate, partnership, association, company or corporation.  **The term "person" means a natural**

27    **person or an organization. -Artificial persons.** Such as are created and devised by law for the purposes

28    of society and government, called "corporations" or bodies politic." **-Natural persons.** Such as are

-21 of 25-

1    formed by nature, as distinguished from artificial persons, or corporations. **-Private person.** An

2    individual who is not the incumbent of an office. Persons are divided by law into natural and **artificial.**

3    Natural persons are such as the God of nature formed us; **artificial** are such as are created and devised

4    by **human laws**, for the purposes of society and government, which are called "corporations" or "bodies

5    politic." — See Uniform Commercial Code (UCC) § 1-201, Black's Law Dictionary 1st, 2nd, and 4th

6    edition pages 892, 895, and 1299, respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning

7    of terms, and 26 United States Code (U.S. Code) § 7701 - Definitions.

8    7.  **bank**: a **person** engaged in the business of banking and includes a savings bank, savings and loan

9       association, credit union, and **trust company**.  The terms "banks", "national bank", "national banking

10       association", "member bank", "board", "district", and "reserve bank" shall have the meanings assigned

11       to them in section 221 of this title.  An institution, of great value in the commercial world, empowered

12       to receive deposits of money, to make loans. and to issue its promissory notes, (designed to circulate as

13       money, and commonly called "bank-notes" or "bank-bills" ) or to perform any one or more of these

14       functions. The term "bank" is usually restricted in its application to an incorporated body; while a

15       **private individual** making it his business to conduct banking operations is denominated a "banker."

16       Banks in a commercial sense are of three kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation.

17       Strictly speaking, the term "bank" implies a place for the deposit of money, as that is the most obvious

18       purpose of such an institution. — See, UCC 1-201, 4-105, 12 U.S. Code § 221a, Black's Law Dictionary

19       1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.

20    8.  **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or contract

21       null and inoperative. Its principal species are rescission, release, accord and satisfaction,

22       performance, judgement, composition, bankruptcy, merger. As applied to demands claims,

23       right of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul

24       its obligatory force, to satisfy it. And here also the term is generic; thus a dent , a mortgage. As

25       a noun, the word means the act or instrument by which the binding force of a contract is

26       terminated, irrespective of whether the contract is carried out to the full extent contemplated

27       (in which case the discharge is the result of performance) or is broken off before complete

28       execution. See, Blacks Law Dictionary 1st, page

Self-Executing Contract and Security Agreement — Registered Mail #RF775823645US — Dated: February 27, 2025

9.  **pay:** To discharge a debt; to deliver to a creditor the value of a debt, either in money or in goods, for his acceptance. To pay is to deliver to a creditor the value of a debt, either in money or In goods, for his acceptance, by which the debt is discharged. See Blacks Law Dictionary 1st, 2nd, and 3rd edition, pages 880, 883, and 1339 respectively.

10. p**ayment:** The performance of a duty, promise, or obligation, or discharge of a debt or liability. by the delivery of money or other value. Also the money or thing so delivered. Performance of an obligation by the delivery of money or some other valuable thing accepted in partial or full discharge of the obligation. [Cases: Payment 1. C.J.S. Payment § 2.] 2. The money or other valuable thing so delivered in satisfaction of an obligation. See Blacks Law Dictionary 1st and 8th edition, pages 880-811 and 3576-3577, respectively.

11. **driver:** The term "driver" (i.e: "driver's license") means One **employed** in conducting a coach, carriage, wagon, or other vehicle, with horses, mules, or other animals.

12. **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability, competency, liberty, permission, probability or contingency. — Regardless of the instrument, however, whether constitution, statute, deed, contract or whatnot, **courts** not **infrequently construe "may" as "shall" or "must".** — See Black's :aw Dictionary, 4th Edition page 1131.

13. **extortion:** The term "**extortion**" means the obtaining of property from another, **with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right**. — See 18 U.S. Code § 1951 - Interference with commerce by threats or violence.

14. national: "foreign government", "foreign official", "internationally protected person", "international organization", "national of the United States", "official guest," and/or "non-citizen national." **They all have the same meaning.** See Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons.

15. **United States:** For the purposes of this Affidavit, the terms "United States" and "U.S." *mean only the Federal Legislative Democracy of the District of Columbia*, Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and any other Territory within the "United States," which entity has its origin and jurisdiction from Article 1, Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of America. *The terms "United States" and "U.S." are NOT to be construed to mean or include the sovereign, united 50 states of America.*

-23 of 25-

Self-Executing Contract and Security Agreement — Registered Mail #RF775823645US — Dated February 27, 2025

1  16.  **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of his right, or in

2  some manner to do him an injury.  As distinguished from negligence, it is always positive, intentional.

3  as applied to contracts is the cause of an error bearing on material part of the contract, created or

4  continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an

5  inconvenience or loss to the other. in the sense of court of equity, properly includes all acts, omissions,

6  and concealments which involved a breach of legal or equitable duty, trust, or confidence justly

7  reposed, and are injurious to another, or by which an undue and unconscientious advantage is taken of

8  another. See Black's Law Dictionary, 1st and 2nd Edition, pages 521-522 and 517 respectively.

9  17.  **color:** appearance, semblance. or simulacrum, as distinguished from that which is real. A prima facie or

10  apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of

11  reality; a a disguise or pretext. See, Black's Law Dictionary 1st Edition, page 222.

12  18.  **colorable:** That which is in appearance only, and not in reality, what it purports to be. See, Black's Law

13  Dictionary 1st Edition, page 2223.

## COMMERCIAL OATH AND VERIFICATION:

15  County of Riverside                          )

16                                               )          Commercial Oath and Verification

17  The State of California                      )

18  I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding

19  in good faith being of sound mind states that the facts contained herein are true,

20  correct, complete and not misleading to the best of Affiant's knowledge and belief

21  under penalty of International Commercial Law and state this to be HIS Affidavit of

22  Truth regarding same signed and sealed this <u>27TH</u> day of <u>FEBRUARY</u> in the year of

23  Our Lord two thousand and twenty five:

24            proceeding *sui juris, In Propria Persona,* by *Special Limited Appearance,*
           **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

25

26            By: _____

27            Kevin Walker, *Attorney In Fact, Secured Party,*
            *Executor,* national, *private bank(er)* EIN # 9x-xxxxxxx

28

-24 of 25-

Self-Executing Contract and Security Agreement — Registered Mail #RF775823645US — Dated: February 27, 2025

1 Let this document stand as truth before the Almighty Supreme Creator and let it be

2 established before men according as the scriptures saith: *"But if they will not listen,*

3 *take one or two others along, so that every matter may be established by the testimony of two*

4 *or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*

5 *word be established" 2 Corinthians 13:1.*

6                              *Sui juris, By Special Limited Appearance,*

7          By: _____

8                              **Donnabelle Mortel** *(WITNESS)*

9                              *Sui juris, By Special Limited Appearance,*

10          By: _____

11                              **Corey Walker** *(WITNESS)*

12                              **NOTICE:**

13 Using a notary on this document does *not* constitute any adhesion, *nor does it alter my*

14 *status in any manner.* The purpose for notary is verification and identification **only** and

15 **not for entrance into any** foreign jurisdiction.

16                              **JURAT:**

17                                        A notary public or other officer completing this certificate
                                          verifies only the identity of the individual who signed the
18 State of Riverside          )          document to which this certificate is attached, and not the
                                          truthfulness, accuracy, or validity of that document.
19 County of California         ) ss.

20 Subscribed and ~~sworn~~ to (or affirmed) before me on this 27th day of February, 2025 by Kevin Walker proved

21 to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

22
23    Joyti Patel,          Notary public
          print
24    Joyzipatel             Seal:              JOYTI PATEL
                                               Notary Public - California
25                                             Riverside County
                                               Commission # 2407742
26                                             My Comm. Expires Jul 8, 2026
27
28
                              -25 of 25-

**- Exhibit M -**

Self-Executing Contract and Security Agreement — Registered Mail #RF775823645US — Dated: February 27, 2025

**Invoice # RIVSHERTREAS12312024**

# <u>INVOICE</u> and/or <u>TRUE BILL</u>

Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):

It has come to OUR attention that you are **deemed guilty** of **multiple felony crimes**, **violations of U.S. Code, U.C.C, the Constitution, and the law**. You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm** to ™KEVIN WALKER© ESTATE, ™WG EXPRESS TRUST©, ™KEVIN WALKER© IRR TRUST and its/their beneficiary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. **You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:**

| | | | |
|---|---|---|---|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | | $10,000,000.00 |
| 2. | 18 U.S. Code § 4 - Misprision of felony | | $1,000,000.00 |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | | $100,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | | $200,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | | $9,000,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | | $9,000,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | | $100,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | | $100,000,000,000.00 |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | | $900,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | | $3,000,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | | $11,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | | $500,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | | $100,000,000.00 |
| 14. | Use of ™KEVIN LEWIS WALKER©: | x 3 | $3,000,000.00 |
| 15. | Fraud, conspiracy, obstruction, identity theft, extortion, bad faith actions, treason, monopolization  of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable  life, deprivation of rights under the color of law harassment, Waring against the Constitution,  injury and damage: | | $777,075,000,000.00 |

| | |
|---|---|
| **<u>Total Due:</u>** | **$1,000,000,000,000.00 USD** |
| <u>Good Faith Discount:</u> | $999,700,000,000.00 USD |
| **Total Due by 03/03/2025:** | **$300,000,000.00 USD** |
| **Total Due after 03/03/2025:** | **$1,000,000,000,000.00 USD** |

-18 of 25-

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

# -Exhibit I-

-Exhibit J-

-Exhibit K-

-Exhibit L-

-Exhibit M-

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gregory, Robert George
C/o SOUTHWEST JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]

9590 9402 8731 3310 3704 57

2. Article Number *(Transfer from service label)*

RF 775 823 645 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_     ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

3/1/25

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Page 170 of 2

-Exhibit N-

**REGISTERED**
RF 661 448 567 US

**REGISTERED**
RF 661 448 567 US

# MASTER
# Discharging and Indemnity Bond

**Number**

KLW08191987

**ORIGINAL ISSUE DATE**
02/13/2024

**MATURITY DATE**
02/13/2054



Registered Holder and Fiduciary:
Janet L. Yellen
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

For Offset By/Through:

KEVIN LEWIS WALKER,          Grantor
                             Private Offset Account No. F06271216
DONNABELLE ESCAREZ MORTEL,   First Surety
                             Private Offset Account No. F44424207
COREY DELFOND WALKER,        Second Surety
                             Private Offset Account No. F79127672

Securitization Bond: Non-Negotiable Private Bond for Setoff No.
KLW08191987, KEVIN LEWIS WALKER, Principal; Janet L. Yellen, Holder in
Due Course & Registered No. RF 661 448 567 US and credit the same to
Registered No. RF 661 448 023 US

*This Private Master Discharging and Indemnity Bond shall be entered as an asset to the*
*United States Department of the Treasury in the amount of*

## — TWO HUNDRED BILLION DOLLARS —

**KNOW ALL MEN BY THESE PRESENTS**, to facilitate lawful commerce in the absence of substance backed currency in circulation, Janet L. Yellen or agents thereof ("Fiduciary"), upon receipt of this private *Discharging and Indemnity Bond No. KLW08191987* ("Bond") shall post the full face value of the Bond as an asset to the benefit of the United States Department of the Treasury to be used and applied specifically in the manner described hereunder for the purpose of securing honorable settlement for the account holders and accounts listed below. The Fiduciary has been entered in the books of the grantor as the registered holder.

**SETOFF.** This Bond has been authorized and issued pursuant to the full faith and credit of the grantor, Kevin Lewis Walker , and guarantors, Donnabelle Escarez Mortel and Corey Delfond Walker, who do hereby hold, bind and obligate themselves sui juris jointly and severally as voluntary sureties for all such account holders and accounts, each jointly and severally, including, without limitation *Birth Certificate Account 104-80-279345*, for any sum up to and including **Two Hundred Billion 00/00 United States Dollars ($200,000,000,000.00)**, insuring, underwriting, indemnifying, discharging, paying and satisfying all such accounts holder and accounts dollar for dollar against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contracts or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities") until the sum or term of this Bond is exhausted.

**AS A CONSEQUENCE THEREOF**, the Fiduciary shall satisfy all pre-existing and current liabilities as may exist without exception for, against and on behalf of all such account holders and accounts dollar for dollar through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity.

**PRE-PAYMENT.** Each of the said account holders and accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may appear, thereby instantly satisfying all such obligations dollar for dollar without exception through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity.

**DISHONOR.** The Fiduciary shall have thirty (30) days from the date of presentment noted on U.S.P.S. Form 3811 to dishonor this Bond by returning same to the grantor by registered mail at the location noted herein. Failure to so return will stipulate the Fiduciary's honorable acceptance of this Bond and all obligations and liabilities hereunder on behalf of the United States.

**MATURITY.** Upon maturity at 11:59:59 PM, 02/13/2054, the Secretary shall mark this Bond cancelled and return this Bond bearing the marks of cancellation to the grantor or the grantor's heirs by registered mail, and all profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

All communication shall be sent by United States Registered Mail directly to the grantor at the location noted hereunder exactly as shown. Service in any other manner is defective on its face. The grantor accepts post exclusively at the said postal location.

IN WITNESS WHEREOF, the signatories to this Bond do hereby affix their respective hands and seals as Authorized Government Contracting Agents on this Thirteenth day of the Second month anno domino in the Year of Our Lord Two Thousand and Twenty-Four.

Surety #1 – Donnabelle Escarez Mortel
Private Offset Account No. F44424207
c/o 41593 Winchester Road Suite 200
Temecula, California near [92590]
non-domestic without the United States

Surety #2 – Corey Delfond Walker
Private Offset Account No. F79127672
c/o 3410 La Sierra Avenue Unit F-351
Riverside, California near [92503]
non-domestic without the United States

Kevin Lewis Walker – Grantor
Private Offset Account No. F06271216
c/o 41593 Winchester Road Suite 200
Temecula, California near [92590]
non-domestic without the United States

Witness #1 – Xinyuan M. Iseman
c/o 31290 Heitz Lane
Temecula, California [92591]
non-domestic without the United States

Witness #2 – Delbert J. Iseman
c/o 31290 Heitz Lane
Temecula, California [92591]
non-domestic without the United States



-Exhibit Q-

- Exhibit O -



# -Exhibit O -



-Exhibit P-

# -Exhibit P -

-Exhibit Q-

# -Exhibit Q -



-Exhibit Q -



-Exhibit R-

# "Exhibit R"

Registered Mail # RF 661 447 751 US



**From:** Kevin Walker, sui juris
*Trustee, Executor, Authorized Representative, Secured Party.*
™WG EXPRESS TRUST©, ™KEVIN LEWIS WALKER© ESTATE,
™KEVIN WALKER©.
c/o 41593 Winchester Road Suite 200
Temecula, California
non-domestic *without* the United States

***NOTICE TO AGENT IS NOTICE TO PRINCIPAL***
***NOTICE TO PRINCIPAL IS NOTICE TO AGENT***

**Respondent(s)/Att'n:** Joe Biden, Daniel Werfel, Janet Yellen,
Rob Bonta, Shirley Weber, Gavin Newsom, Merrick Garland,
Sean Duryee, Martin O'Malley, Steven Gordon, David W. Slayton,
Chad Bianco, Agent(s), Fiduciary(ies), Trustee(s), Does 1- ∞ Inclusive.
THE UNITED STATES OF AMERICA, U.S. TREASURY, RIVERSIDE COUNTY
SHERIFF, SOCIAL SECURITY ADMINISTRATION,U.S. DEPARTMENT OF STATE,
UNITED STATES POSTAL SERVICE,SECRETARY OF STATE, THE WHITE HOUSE,
STATE OF CALIFORNIA, INTERNAL REVENUE SERVICE, ATTORNEY GENERAL,
**CALIFORNIA DEPARTMENT OF MOTOR VEHICLES**, CALIFORNIA HIGHWAY PATROL,
U.S. DEPARTMENT OF TRANSPORTATION, ALL SUPERIOR COURTS OF CALIFORNIA,
ALL CORPORATE AGENCIES.

NOTICE SENT TO **CA DMV** via Registered Mail # **RF661448995**.

**DATE:** December 28, 2023

# AFFIDAVIT

## RIGHT TO TRAVEL

### *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT.

#### LICENSE/BOND # B6735991

KNOW ALL MEN BY THESE PRESENT, that I, Kevin: Walker, in propia persona, proceeding sui juris, by special limited appearance, a man upon the land, a follower of the Almighty Supreme Creator, first and foremost and the laws of man when they are not in conflict (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and James 5:12, let my yea mean yea and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat.1211, depose and say that I, Kevin: Walker, a living soul, over 18 years of age, being competent to testify and having first hand knowledge of the facts herein declare (or certify, verify, affirm, or state) under penalty of perjury under the laws of the United States of America that the following is true and correct, to the best of my understanding and belief, and in good faith

## VERIFIED

1.  I, Kevin Walker, sui juris, **cannot** in good faith apply for and accept a driver's license, as I would be committing PERJURY. I would have to SWEAR under OATH that I am a member of, citizen of, franchisee of, or resident (agent) of [fiduciary, surety for] the corporate ***State of"* CALIFORNIA**, when the already established facts by affidavit have evidenced that I am NOT a member of, citizen of, franchisee of, or resident (agent) of the corporate ***State of"** CALIFORNIA* or the federal United States.

2.  I have researched extensively the organic laws of the united states of America, including two hundred years of American case law (i.e., Common law), and affirm that I have secured the UNALIENABLE and

Registered Mail # RF 661 447 751 US



FUNDAMENTAL, UNRESTRICTED and UNREGULATED RIGHT TO TRAVEL upon both the public walkways and the highways, and transport my personal and allodial property, duly conveyed, unhindered by ANY private, corporate or statutory law, or Department of Motor Vehicles (DMV) regulation or so-called requirement. This unalienable right to travel is guaranteed by the 9th & 10th Amendments of the organic Constitution for the united states of America and Bill of Rights, and upheld by **many court decisions** in support of the rights to travel.

3. "THE UNITED STATES GOVERNMENT IS A FOREIGN CORPORATION WITH RESPECT TO A STATE." [emphasis added] **Volume 20: Corpus Juris Sec.** §1785: NY re: Merriam 36 N.E. 505 1441 S.Ct.1973, 41 L.Ed.287.

4. 18 U.S. Code § 5 - United States defined stipulates, The term "United States", as used in this title in a territorial sense, includes all places and waters, continental or insular, subject to the jurisdiction of the United States, except the Canal Zone.

5. 28 U.S. Code § 3002(15) - Definitions stipulates, **(15)**"United States" means— **(A)** a Federal corporation; **(B)** an agency, department, commission, board, or other entity of the United States; or **(C)** an instrumentality of the United States.

6. **YOU have** committed fraud, deceit, coercion, willful intent to injure another, malicious acts, and YOU have engaged in RICO activity.

7. I voluntarily choose to comply with the man-made laws which serve to bring harmony to society, but no such laws, nor their enforcers, have any authority over me. I am not in any jurisdiction, for I am not of subject status.

## Secured Party / Secured Creditor :

8. I, Kevin: Walker, sui juris, state, verify, and affirm for the record that I am the *the only* Agent, Executor, Authorized Representative, Trustee, Attorney In Fact, and the Secured Party and Secured Creditor of ENS LEGIS/ CORPORATE FICTION, KEVIN WALKER, KEVIN LEWIS WALKER, and all derivatives thereof. I am the **holder in due course** for **all** securities, assets: tangible and intangible, and I hold allodial title to all assets, as evidenced by Nevada UCC (private) Contract Trust # 2024385925-4). See U.C.C § 9-105 and 3-302.

9. Janet Yellen and/or the United States Treasury is the registered holder and fiduciary for the private Two Hundred Billion Dollar ($200,000,000,000.00 USD) Discharge and Indemnity Bond # RF661448567US, post deposited to private post registered account # RF661448023US. Said Discharge and Indemnity Bond (# RF661448567US) expressly stipulates it is "insuring,

Registered Mail # RF 661 447 751 US



underwriting, indemnifying, discharging, paying and satisfying **all** such account holders and accounts dollar for dollar against **any and all pre-existing, current and future** losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations **as may exist or come to exist** during the term of this Bond… Each of the said account holders and accounts **shall be severally insured, underwritten and indemnified against any and all future Liabilities as may appear, thereby instantly satisfying all such obligations dollar for dollar without exception** through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity."

10. I am **NOT** effectively connected with a trade or business in the corporate monopoly of the United States government, whether federal, State, county or Municipal. I am **NOT** a resident "*U.S. citizen*," but a Citizen of the several States domiciled in the **sovereign state of California** republic **1850**, an American state Citizen of the united states of America. I am domiciled in a **foreign jurisdiction** to both the corporate state and federal governments. I have **NOT** knowingly or willingly waived ANY of my UNALIENABLE RIGHTS. American case law has clearly adjudicated that

11. For the record, I, Kevin Lewis Walker **explicitly RESERVE, ASSERT and DEFEND my right to travel. I reserve all rights and waive none.**

12. This AFFIDAVIT is submitted upon demand of a driver's license, registration, or proof of insurance as part of the official record of ANY ensuing action and must be introduced as evidence in said action.

13. This AFFIDAVIT also certifies that the I have previously completed and passed a test measuring my competency to safely control a motorized vehicle and motorcycle upon the public highways within the united states of America. I have also met or exceeded all common sense requirements concerning the "rules of the road" and the ability to maneuver a motorized vehicle in a safe and responsible manner.

14. The For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT BOND # B6735991 is HEREBY *CANCELED*, TERMINATED, REVOKED, and LIQUIDATED. ACCEPTED FOR VALUE AND EXEMPT FROM LEVY, FOR RELEASE, CREDIT, AND DEPOSIT TO PRIVATE POST REGISTERED ACCOUNT NUMBER: RF 661 448 023 US AND PASS THROUGH ACCOUNT NUMBERS: 568997454 / F06271216. WITH THE KEVIN LEWIS WALKER ESTATE (EIN # 99-6236908) RETAINING FULL CONTROL AND ACCESS TO ALL RESPECTIVE CREDITS.

15. Consistent with the **eternal tradition of natural common law**, **unless I have harmed or violated someone or their property, I have committed no crime;**

Registered Mail # RF 661 447 751 US

and I am therefore **not** subject to any penalty. I act in accordance with the following **U.S. Supreme Court case**:   "The individual may stand upon his **constitutional rights** as a citizen. He is entitled to carry on his **private** business in his own way. **His power to contract is underlined.** He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

16. I reserve my natural common law **right not** to be compelled to perform under any contract that I did not enter into **knowingly, voluntarily, and intentionally**. And furthermore, I do **not** accept the liability associated with the compelled and pretended "benefit" of **any hidden or unrevealed contract** or commercial agreement. As such, the **hidden or unrevealed contracts** that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

17. **Any** such participation does **not** constitute "acceptance" in **contract law**, because of the absence of **full disclosure** of **any** valid "offer," **and voluntary consent** without misrepresentation or coercion, under contract law. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. **Any supposed "contract" is therefore void, ab initio.**

18. From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, and voluntarily whereby I have waived any of my natural common law rights, and, as such, **Take Notice** that I revoke, cancel, and make void ab initio my signature on any and all contracts, agreements, forms, or any instrument which may be construed in any way to give any agency or department of any federal or state government authority, venue, or jurisdiction over me.  This position is in accordance with the U.S. Supreme Court decision of **Brady v. U.S.**, 379 U.S. 742 at 748 (1970): "Waivers of Constitutional Rights not only must be voluntary, they must be knowingly intelligent acts, done with sufficient awareness of the relevant circumstances and consequences."

Registered Mail # RF 661 447 751 US 

19. I have never knowingly and willing signed away my sovereign rights or citizenship. See… *Brady v. U.S., 397 U.S. 742, 748,(1970) "Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness."*

20. "waivers of **fundamental Rights** must be knowing, intentional, and voluntary acts, done with sufficient awareness of the relevant circumstances and likely consequences. **U.S. v. Brady**, 397 U.S. 742 at 748 (1970); **U.S.v. O'Dell**, 160 F.2d 304 (6th Cir. 1947)".

21. The contract is "unconscionable," and One which no sensible man not under delusion, or duress, or in distress would make, and such as no honest and fair man would accept."; Franklin Fire Ins. Co. v. Noll, 115 Ind. App. 289, 58 N.E.2d 947, 949, 950.

22. "Party cannot be bound by contract that he has not made or authorized." **Alexander v. Bosworth** (1915), 26 C.A. 589, 599, 147 P.607.

23. The fraudulently **"presumed" quasi-contractus** that binds the Declarant with the CITY/STATE agency, is void for fraud ab initio, since the de facto CITY/ STATE **cannot produce the material fact** (consideration inducement) or the jurisdictional clause (who is subject to said statute). (SEE: *Master / Servant [Employee] Relationship -- C.J.S.*) -- *"Personal, Private, Liberty"*

24. Since the "**consideration**" is the "life blood" of any agreement or quasi-agreement, (contractus) "…the absence of such from the record is a major manifestation of want of jurisdiction, since without evidence of consideration there can be no presumption of even a quasi-contractus. Such is the importance of a "consideration." Reading R.R. Co. v. Johnson, 7 W & S (Pa.) 317.

## NOT "For Hire" and/or Engaged in "Commerce":

25. That I, **Kevin Walker, sui juris,** do **NOT** under ANY circumstances utilize the public highways **for commercial purposes**.

26. The **California Motor Vehicle Code, section 260**: Private cars/vans etc. not in commerce / for profit, are immune to registration fees:

   **(a)** A "**commercial vehicle**" is a vehicle of a type **REQUIRED** to be **REGISTERED** under this code".

   **(b)** "Passenger vehicles which are **not used** for the transportation of persons **for hire**, compensation or profit, and housecars, **are not commercial vehicles**".

Registered Mail # RF 661 447 751 US 

27. **18 U.S. Code § 31 - Definition**, expressly stipulates, "The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **and** used for **commercial** purposes on the highways in the transportation of passengers, passengers and property, or property or cargo".

28. **I am NOT a Fourteenth Amendment legal "*person*" engaged in interstate commerce, nor do I derive income from the travel and transport of goods**. I am **NOT** a "*driver,*" nor am I an "*operator*" of a "*motor vehicle.*" The driver's license is for motor vehicles involved in commerce only. **My private, self-propelled transport/contrivance/carriage is NOT involved in commerce**, therefore, it is **NOT** a "*motor vehicle.*"

# non-citizen **national** / "**national** of the United States":

29. The 1st clause of the <u>fourteenth Amendment</u> states: "All persons born or naturalized in the <u>U</u>nited <u>S</u>tates, **and** subject to the jurisdiction thereof, are citizens of the <u>U</u>nited <u>S</u>tates and the state wherein they reside."

30. The 1st clause of the <u>fourteenth Amendment</u> does **not** say: "All persons born or naturalized in the United States, **are** subject to the jurisdiction thereof . . . ."

31. The 1st clause of the <u>fourteenth Amendment</u> contains two **requirements** for <u>U</u>nited <u>S</u>tates citizenship: **(a)** that a person be born or naturalized in the <u>U</u>nited <u>S</u>tates **and (b)** that a person be subject to the jurisdiction of the <u>U</u>nited <u>S</u>tates.

32. The **Department of State** document, "Certificates of Non-Citizen Nationality," located at *https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/us-citizenship/Certificates-Non-Citizen-Nationality.html* says — in part — in the 3rd paragraph: "Section 101(a)(21) of the INA defines the term '**national**' as 'a person owing permanent allegiance to a state.' Section 101(a)(22) of the INA provides that the term '**national** of the United States' includes all U.S. citizens as well as persons who, though not citizens of the United States, owe permanent allegiance to the <u>U</u>nited <u>S</u>tates (**non-citizen nationals**)."

33. **Title 8 U.S. Code 1101(a)(22) - Definition,** expressly stipulates, " **(22)**The term "**national** of the United States" means (A) a citizen of the United States, or (B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States."

34. As a **national** I possess a **passport book**/bond # A39235161 and **passport card**/bond # C3551007, both issued after expressly indicating during the process that I am a "non-citizen **national**."

-Page 6 of 25-
AFFIDAVIT: RIGHT TO TRAVEL — *CANCELLATION*, TERMINATION, AND REVOCATION of LICENSE/BOND #B...

Page 187 of 248

Registered Mail # RF 661 447 751 US 

35. **22 CFR § 51.2 - Passport issued to nationals only,** stipulates: (a) A passport may be issued **only** to a U.S. **national**.

36. **22 CFR § 51.3 - Types of passports,** stipulates: (a**)** Regular passport. A regular passport is issued to a **national** of the United States. (e) Passport card. A passport card is issued to a **national** of the United States on the same basis as a regular passport.

37. I, Kevin: Walker, sui juris, hereby, declare, state, verify, and affirm for the record that **I am** a **national** but **NOT** a "citizen of the U̲nited S̲tates."

38. **Title 18 U.S. Code § 112  - Protection of foreign officials, official guests, and internationally protected persons,** expressly stipulates that "**foreign government**", "**foreign official**", "**internationally protected person**", "**international organization**", "**national** of the United States", and "**official guest**" **have the same meaning.**

39. It is **unequivocally true** that **Title 18 U.S. Code § 112  - Protection of foreign officials, official guests, and internationally protected persons** expressly stipulates that in additional to being a **national**, I am also considered a "**foreign government**", "**foreign official**", "**internationally protected person**", "**international organization**", "**national** of the United States", and "**official guest**."

40. I am **also** a n̲atural born State Citizen of California the republic in its **De'jure capacity** as one of the several s̲tates of the Union 1789. This incidentally makes me a **national** American Citizen of the republic as per the **dejure constitution** for the United States 1777/1789. **For I reject all attempts of expatriation from the republic**. Also see 15 u̲nited States statutes at large, July 27th, 1868 also known as the expatriation statute. Wherefore I am **not** a f̲ourteenth amendment citizen, **and deny all presumptions** made about me

41. I am **not** and have **never been** a U̲nited S̲tates® citizen or citizen of any foreign or domestic municipal corporation or anything else not specifically stated. Wherefore there is no U̲nited S̲tates citizenship to renounce. I was not born nor do I live in, nor am I a "resident" of the U̲nited S̲tates, the District of Colombia or any federal area or territory. See **1940 Buck Act**

## citizen of the state vs citizen of the United States:

42. "**The Fourteenth Amendment creates and defines** citizenship of the U̲nited States**. It had long been contended, and had been held by many learned authorities, and had never been judicially decided to the contrary, that there was no such thing as a citizen of the U̲nited S̲tates, except as that condition arose from citizenship of some state. No mode existed, it was said, of

Registered Mail # RF 661 447 751 US 

obtaining a citizenship of the United States, except by first becoming a citizen of some state. **This question is now at rest.** The fourteenth amendment defines and declares who shall be citizens of the United States, to wit, "all persons born or naturalized in the United States, and subject to the jurisdiction thereof." The latter qualification was intended to exclude the children of foreign representatives and the like. With this qualification, every person born in the United States or naturalized is declared to be a citizen of the United States and of the state wherein he resides." — UNITED STATES V. ANTHONY. [11 Blatchf. 200; 5 Chi. Leg. News. 462, 493; 17 Int. Rev. Rec. 197; 30 Leg. Int. 266; 5 Leg. Op. 63; 20 Pittsb. Leg. J. 199.] Circuit Court, N. D. New York. June 18, 1873.

43. I am "**non** resident" to the "residency" of the fourteenth Amendment and "alien" to the "citizenship" thereof; therefore **I, Kevin: Walker, sui juris,** am **<u>not</u>** subject to the jurisdictional statements of the United States Code.

44. I am **not** a "resident" of any state under the fourteenth Amendment **and hereby publicly disavow <u>any and all</u>** contracts, forms, agreements, applications, certificates, licenses, permits, or other documents **that I or any other person may have signed expressly or by acquiescence** that would grant me any privileges and thereby ascribe to me rights and duties under a substantive system of law other than the Constitutional Contract of 1787 for the united states of America and of the constitutions for the several states of the Union, exclusive of the fourteenth Amendment.

45. "It is quite clear, then, that there is a citizenship of the United States** and a citizenship of a State, which are distinct from each other and which depend upon different characteristics or circumstances in the individual." — Slaughter House Cases, 83 U.S. 36 (1872).

46. "**We have in our political system a Government of the United States and a government of each of the several States.** Each one of these governments is distinct from the others, and each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect. **The same person may be at the same time a citizen of the United States and a Citizen of a State**, but his rights of citizenship under one of these governments will be different from those he has under the other." — Slaughter House Cases **United States vs. Cruikshank**, 92 U.S. 542 (1875).

47. "One may be a citizen of a State and yet not a citizen of the United States." — Thomasson v. State, 15 Ind. 449; Cory v. Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; *In Re* Wehlitz, 16 Wis. 443. [McDonel v. State, 90 Ind. 320, 323 (1883)] [underlines added].

48. "The first clause of the fourteenth amendment of the federal Constitution made negroes citizens of the United States**, and citizens of the state in which they reside, and thereby created **two classes** of citizens, one of the

Registered Mail # RF 661 447 751 US 

United States** and the other of the state." — [4 Dec. Dig. '06, p. 1197, sec. 11] ["Citizens" (1906), emphasis added].

49. "That there is **a citizenship of the United States and a citizenship of a state**, and the privileges and immunities of one are not the same as the other is well established by the decisions of the courts of this country." — [Tashiro v. Jordan, 201 Cal. 236 (1927)].

50. "... both before and after the Fourteenth Amendment to the federal Constitution, it has not been necessary for a person to be a citizen of the United States in order to be a citizen of his state." — [Crosse v. Board of Supervisors of Elections] [221 A.2d 431 (1966)].

51. "The privileges and immunities clause of the Fourteenth Amendment protects very few rights because it neither incorporates any of the Bill of Rights nor protects all rights of individual citizens. See Slaughter-House Cases, 83 U.S. (16 Wall.) 36, 21 L.Ed. 394 (1873). Instead, this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship." — [Jones v. Temmer, 829 F.Supp. 1226 (USDC/DCO 1993)]

# Automobiles NOT classified as vehicles but rather Personal:

52. "Automobile purchased for the purpose of transporting buyer to and from his place of employment was ``consumer goods'' as defined in UCC 9-109." Mallicoat v Volunteer Finance & Loan Corp., 3 UCC Rep Serv 1035; 415 S.W.2d 347 (Tenn. App., 1966).

53. "The provisions of UCC 2-316 of the Maryland UCC do not apply to sales of consumer goods (a term which includes automobiles, whether new or used, that are bought primarily for personal, family, or household use)." **Maryland Independent Automobile Dealers Assoc., Inc. v Administrator, Motor Vehicle Admin.,** 25 UCC Rep Serv 699; 394 A.2d 820, 41 Md App 7 (1978).

54. "[T]he expression ``**personal effects**'' clearly includes an automobile[.]" **In re Burnside's Will**, 59 N.Y.S.2d 829, 831 (1945). Cites Hillhouse, Arthur, and Mitchell's Will, supra.

55. "[A] yacht and six automobiles were ``personal belongings'' and ``household effects[.]''" **In re Bloomingdale's Estate**, 142 N.Y.S.2d 781, 782 (1955).

# Use defines classification:

A **Private/Personal** Automobile is **NOT** required to be registered by Law.

-Page 9 of 25-
AFFIDAVIT: RIGHT TO TRAVEL — CANCELLATION, TERMINATION, AND REVOCATION of LICENSE/BOND #BP...

Page 190 of 248

Registered Mail # RF 661 447 751 US



56. First, it is **well established law** that the **highways** of the state **are public property**, and **their primary and preferred use is for <u>private</u> purposes**, and that their use for purposes of gain is special and extraordinary which, generally at least, the legislature may prohibit or condition as it sees fit." **Stephenson vs. Rinford**, 287 US 251; **Pachard vs Banton**, 264 US 140, and cases cited; **Frost and F. Trucking Co. vs. Railroad Commission**, 271 US 592; **Railroad commission vs. Inter-City Forwarding Co.,** 57 SW.2d 290; **Parlett Cooperative vs. Tidewater Lines,** 164 A. 313

57. The **California Motor Vehicle Code, section 260**: Private cars/vans etc. not in commerce / for profit, are immune to registration fees:

   **(a)** A "**commercial vehicle**" is a vehicle of a type **REQUIRED** to be **REGISTERED** under this code".

   **(b)** "Passenger vehicles which are **not used** for the transportation of persons **for hire,** compensation or profit, and housecars, **are not commercial vehicles".**

   (c) "a vanpool vehicle is not a **commercial** vehicle."

58. <u>**18 U.S. Code § 31 - Definition**</u>, expressly stipulates, "The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power <u>**and**</u> used for **commercial** purposes on the highways in the transportation of passengers, passengers and property, or property or cargo".

59. A vehicle not used for **commercial** activity is a "consumer goods", ...it is NOT a type of vehicle **required** to be registered and "use tax" paid of which the tab is evidence of receipt of the tax." Bank of Boston vs Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14.

60. **"** The privilege of using the streets and highways by the operation thereon of motor carriers **for hire** can be acquired only by permission or license from the state or its political subdivision. "—Black's Law Dictionary, 5th ed, page 830.

61. "It is held that a tax upon common carriers by motor vehicles is based upon a reasonable classification, and does not involve any unconstitutional discrimination, although **it does not** apply to <u>**private**</u> **vehicles,** or those used by the owner in his own business, and not for hire." **Desser v. Wichita, (1915) 96 Kan. 820; Iowa Motor Vehicle Asso. v. Railroad Comrs., 75 A.L.R. 22.**

62. "Thus self-driven vehicles are **classified according to the use** to which they are put rather than according to the means by which they are propelled." Ex Parte Hoffert, 148 NW 20.

63. In view of this rule a statutory provision that the supervising officials **"may"** exempt such persons when the transportation is not on a **commercial** basis

Registered Mail # RF 661 447 751 US 

means that they **"must" exempt them."** **State v. Johnson, 243 P. 1073; 60 C.J.S. section 94 page 581.**

64. "**The use to which an item is put, rather than its physical characteristics**, determine whether it should be classified as ``consumer goods'' under UCC 9- 109(1) or ``equipment'' under UCC 9-109(2)." **Grimes v Massey Ferguson, Inc**., 23 UCC Rep Serv 655; 355 So.2d 338 (Ala., 1978).

65. "Under UCC 9-109 there is a real distinction between goods purchased for personal use and those purchased for business use. The two are mutually exclusive and the **principal use to which the property is put should be considered as determinative.**" **James Talcott, Inc. v Gee**, 5 UCC Rep Serv 1028; 266 Cal.App.2d 384, 72 Cal.Rptr. 168 (1968).

66. "The **classification of goods** in UCC 9-109 **are mutually exclusive**." **McFadden v Mercantile-Safe Deposit & Trust Co.**, 8 UCC Rep Serv 766; 260 Md 601, 273 A.2d 198 (1971).

67. "The classification of ``goods'' under [UCC] 9-109 **is a question of fact**." **Morgan County Feeders, Inc. v McCormick,** 18 UCC Rep Serv 2d 632; 836 P.2d 1051 (Colo. App., 1992).

68. "The definition of ``goods'' includes an automobile." Henson v Government Employees Finance & Industrial Loan Corp., 15 UCC Rep Serv 1137; 257 Ark 273, 516 S.W.2d 1 (1974).

# The <span style="color:red">RIGHT</span> to Travel is <span style="color:red">not</span> a <span style="color:blue">Privilege:</span>

69. "**No State government entity has the power to allow or deny passage on the highways**, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. **Travel** is **not a privilege requiring, licensing, vehicle registration, or forced insurances**." *Chicago Coach Co.* **v.** *City of Chicago*, 337 Ill. 200, 169 N.E. 22.

70. The fundamental <span style="color:red">Right</span> to travel is NOT a Privilege, it's a gift granted by your Creator and restated by our founding fathers as Unalienable and cannot be taken by any Man / Government made Law or color of law known as a <u>private</u> "Code" (secret) or a "Statute."

71. "**Traveling** is passing from place to place--act of **performing journey**; and **traveler is person who travels**." **In Re Archy** (1858), 9 C. 47.

72. "<span style="color:red">Right</span> of transit through each state, with every species of property known to constitution of United States, and recognized by that paramount law, is secured by that instrument to each citizen, and does not depend upon

-Page 11 of 25-
AFFIDAVIT: RIGHT TO TRAVEL — *CANCELLATION*, TERMINATION, AND REVOCATION of LICENSE/BOND #B0725...

Page 192 of 248

Registered Mail # RF 661 447 751 US 

uncertain and changeable ground of mere comity." **In Re Archy** (1858), 9 C. 47.

73. Freedom to **travel** is, indeed, an important aspect of the citizen's "liberty". We are first concerned with the extent, if any, to which Congress has authorized its curtailment. (Road) **Kent v. Dulles**, 357 U.S. 116, 127.

74. The right to **travel** is a part of the "liberty" of which the citizen cannot be deprived without due process of law under the Fifth Amendment. So much is conceded by the solicitor general. In Anglo Saxon law that right was emerging at least as early as Magna Carta. **Kent v. Dulles**, 357 U.S. 116, 125.

75. "Even the legislature **has no power** to deny to a citizen the right to travel upon the highway and transport his property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with public interest and convenience. *Chicago Coach Co.* **v.** *City of Chicago*, 337 Ill. 200, 169 N.E. 22, 206.

76. "... It is now universally recognized that the state does possess such power [to impose such burdens and limitations upon private carriers when using the public highways for the transaction of their business] with respect to common carriers using the public highways for the transaction of their business in the transportation of persons or property for hire. That rule is stated as follows by the **supreme court of the United States**: 'A citizen may have, under the fourteenth amendment, the right to travel and transport his property upon them (the public highways) by **auto vehicle**, but **he has no right to make the highways his place of business by using them** *as a common carrier for hire*. Such use is a privilege which may be granted or withheld by the state in its discretion, without violating either the due process clause or the equal protection clause.' (*Buck* **v.** *Kuykendall*, 267 U. S. 307 [38 A. L. R. 286, 69 L. Ed. 623, 45 Sup. Ct. Rep. 324].

77. "The right of a citizen to travel upon the highway and transport his property thereon in the ordinary course of life and business **differs radically an obviously from that of one who makes the highway his place of** business and uses it for private gain, in the running of a stage coach or omnibus. The former is the usual and ordinary right of a citizen, a right common to all; while the latter is special, unusual and extraordinary. As to the former, the extent of legislative power is that of regulation; but as to the latter its power is broader; the right may be wholly denied, or it may be permitted to some and denied to others, because of its extraordinary nature. This distinction, elementary and fundamental in character, is recognized by all the authorities."

78. " Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his/her property in the ordinary course of

Registered Mail # RF 661 447 751 US 

his business or pleasure, though this right may be regulated in accordance with the public interest and convenience." ["regulated" means traffic safety enforcement, stop lights, signs etc.]—Chicago Motor Coach v. Chicago, 169 NE 22.

79. "The claim and exercise of a constitutional right cannot be converted into a crime."—Miller v. U.S., 230 F 2d 486, 489

80. "Owner has constitutional right to use and enjoyment of his property." Simpson v. Los Angeles (1935), 4 C.2d 60, 47 P.2d 474.

81. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." —Sherar v. Cullen, 481 F. 945

82. The right of the citizen to **travel** upon the highway and to transport his property thereon, in the ordinary course of life and business, differs radically and obviously from that of one who makes the highway his place of business for private gain in the running of a stagecoach or omnibus." — State vs. City of Spokane, 186 P. 864.

83. "The right of the citizen to **travel** upon the public highways and to transport his/her property thereon either by carriage or automobile, is **not** a mere privilege which a city [or State] may prohibit or permit at will, but a common right which he/she has under the right to life, liberty, and the pursuit of happiness." —Thompson v. Smith, 154 SE 579.

84. "The right of the Citizen to **travel** upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of **travel**, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business." — Thompson vs. Smith, supra.; Teche Lines vs. Danforth, Miss., 12 S.2d 784

85. "The use of the highways for the purpose of **travel** and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived."—Chicago Motor Coach vs. Chicago, 169 NE 22;Ligare vs. Chicago, 28 NE 934;Boon vs. Clark, 214 SSW 607;25 Am.Jur. (1st) Highways Sect.163.

86. "The right to b is part of the Liberty of which a citizen cannot deprived without due process of law under the <u>Fifth Amendment</u>. This Right was emerging as early as the Magna Carta." — <u>Kent vs. Dulles</u>, 357 US 116 (1958)

87. "The state **cannot** diminish Rights of the people." —**<u>Hurtado vs. California</u>**, 110 US 516.

Registered Mail # RF 661 447 751 US 

88. "''Personal liberty largely consists of the Right of locomotion -- to go where and when one pleases -- only so far restrained as the Rights of others may make it necessary for the welfare of all other citizens. The Right of the Citizen to **travel** upon the public highways and to transport his property thereon, by horse drawn carriage, wagon, or automobile, is not a mere **privilege** which may be permitted or prohibited at will, but the common Right which he has under his Right to life, liberty, and the pursuit of happiness. Under this Constitutional guarantee one may, therefore, under normal conditions, **travel** at his inclination along the public highways or in public places, and while conducting himself in an orderly and decent manner, neither interfering with nor disturbing another's Rights, he will be protected, not only in his person, but in his safe conduct." —II Am.Jur. (1st) Constitutional Law, Sect.329, p.1135.

# <u>Household</u> **goods:**

89. "A **carriage is** peculiarly a family or **household** article. It contributes in a large degree to the health, convenience, comfort, and welfare of the householder or of the family." **Arthur v Morgan**, 113 U.S. 495, 500, 5 S.Ct. 241, 243 S.D. NY 1884).

90. "The **Supreme Court**, in **Arthur v. Morgan**, 112 U.S. 495, 5 S.Ct. 241, 28 L.Ed. 825, held that **carriages were properly classified as household effects**, and we see no reason that automobiles should not be similarly disposed of." **Hillhouse v United States,** 152 F. 163, 164 (2nd Cir. 1907).

91. "A soldier's **personal automobile** is part of his ``**household goods**[.]'' **U.S. v Bomar**, C.A.5(Tex.), 8 F.3d 226, 235'' 19A Words and Phrases - Permanent Edition (West) pocket part 94.

92. "[I]t is a jury question whether ... an automobile ... is a motor vehicle[.]" **United States v Johnson,** 718 F.2d 1317, 1324 (5th Cir. 1983).

93. "In determining whether or not a motor boat was included in the expression household effects, Matter of Winburn's Will, supra [139 Misc. 5, 247 N.Y.S. 592], stated the test to be ``whether the articles are or are not used in or by the household, or for the benefit or comfort of the family''." **In re Bloomingdale's Estate**, 142 N.Y.S.2d 781, 785 (1955).

94. "**The use to which an item is put, rather than its physical characteristics**, determine whether it should be classified as ``consumer goods'' under UCC 9- 109(1) or ``equipment'' under UCC 9-109(2)." **Grimes v Massey Ferguson, Inc**., 23 UCC Rep Serv 655; 355 So.2d 338 (Ala., 1978).

95. "Under UCC 9-109 there is a real distinction between goods purchased for personal use and those purchased for business use. The two are mutually

-Page 14 of 25-
AFFIDAVIT: RIGHT TO TRAVEL — *CANCELLATION*, TERMINATION, AND REVOCATION of LICENSE/BOND #**BF261647835**

Page 195 of 248

Registered Mail # RF 661 447 751 US


exclusive and the **principal use to which the property is put should be considered as determinative**." **James Talcott, Inc. v Gee**, 5 UCC Rep Serv 1028; 266 Cal.App.2d 384, 72 Cal.Rptr. 168 (1968).

96. "The **classification of goods** in UCC 9-109 **are mutually exclusive**." **McFadden v Mercantile-Safe Deposit & Trust Co.**, 8 UCC Rep Serv 766; 260 Md 601, 273 A.2d 198 (1971).

97. "The classification of ``goods'' under [UCC] 9-109 **is a question of fact**." **Morgan County Feeders, Inc. v McCormick,** 18 UCC Rep Serv 2d 632; 836 P.2d 1051 (Colo. App., 1992).

98. "In determining whether or not a motor boat was included in the expression household effects, Matter of Winburn's Will, supra [139 Misc. 5, 247 N.Y.S. 592], stated the test to be ``whether the articles are or are not used in or by the household, or for the benefit or comfort of the family''." **In re Bloomingdale's Estate**, 142 N.Y.S.2d 781, 785 (1955).

99. "The term ``**household goods**'' ... **includes everything** about the house that is usually held and enjoyed therewith and that tends to the comfort and accommodation of the household. **Lawwill v. Lawwill**, 515 P.2d 900, 903, 21 Ariz.App. 75" 19A Words and Phrases – Permanent Edition (West) pocket part 94. Cites Mitchell's Will below.

100. "Bequest ... of such ``household goods and effects'' ... included not only household furniture, but everything else in the house that is usually held and used by the occupants of a house to lead to the comfort and accommodation of the household. State ex rel. **Mueller v Probate Court of Ramsey County,** 32 N.W.2d 863, 867, 226 Minn. 346." 19A Words and Phrases - Permanent Edition (West) 514.

101. "All household goods owned by the user thereof and used solely for noncommercial purposes shall be exempt from taxation, and such person entitled to such exemption shall not be required to take any affirmative action to receive the benefit from such exemption." Ariz. Const. Art. 9, 2.

102. "[H]ousehold goods"...did not [include] an automobile...used by the testator, who was a practicing physician, in going from his residence to his office and vice versa, and in making visits to his patients." **Mathis v Causey**, et al., 159 S.E. 240 (Ga. 1931).

103. "Debtors could not avoid lien on motor vehicle, as **motor vehicles are not ``household goods''** within the meaning of Bankruptcy Code lien avoidance provision. **In re Martinez, Bkrtcy.N.M.**, 22 B.R. 7, 8." 19A Words and Phrases - Permanent Edition (West) pocket part 94.

Registered Mail # RF 661 447 751 US 

104. "The definition of ``goods'' includes an automobile." Henson v Government Employees Finance & Industrial Loan Corp., 15 UCC Rep Serv 1137; 257 Ark 273, 516 S.W.2d 1 (1974).

105. "An automobile was part of testatrix' ``household goods'' within codicil. **In re Mitchell's Will,** 38 N.Y.S.2d 673, 674, 675 [1942]." 19A Words and Phrases – Permanent Edition (West) 512. Cites Arthur v Morgan, supra.

# *The People are the Sovereign(s)!*

106. Therefore, I have determined and hereby affirm by **AFFIDAVIT** and under oath, by virtue of my declared **sovereign** state Citizenship and American case law, that I am <u>**NOT**</u> required to have government permission to **travel**, <u>**NOT**</u> required to have a driver's license, <u>**NOT**</u> required to have vehicle registration of my personal/private property, nor to surrender the lawful title of my duly conveyed property to the State as security against government indebtedness and the undeclared federal bankruptcy. **ANY administrative rule, regulation or statutory act of ANY State legislature or judicial tribunal to the contrary is unlawful and clearly unconstitutional, thus NULL and VOID.** American case law has clearly adjudicated that.

107. "The individual may stand upon his **constitutional rights** as a c̲itizen. He is entitled to carry on his **private** business in his own way. **His power to contract is unlimited.** He owes no such duty [to submit his books and papers for an examination] to the S̲tate, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the S̲tate**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43 at 47 (1905).

108. "the people, not the States, are sovereign." — Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

109. It cannot be assumed that the framers of the constitution and the people who adopted it, did not intend that which is the plain import of the language used. When the language of the constitution is positive and free of all ambiguity, all courts are not at liberty, by a resort to the refinements of legal learning, to restrict its obvious meaning to avoid the hardships of particular cases. We must accept the constitution as it reads when its language is

Registered Mail # RF 661 447 751 US



unambiguous, for it is the mandate of the **sovereign** power. **Cook vs Iverson**, 122, N.M. 251.

110. "Right of protecting property, declared inalienable by constitution, is not mere right to protect it by individual force, but right to protect it by law of land, and force of body politic." Billings v. Hall (1857), 7 C. 1.

111. "Constitution of this state declares, **among inalienable rights** of each citizen, that of **acquiring, possessing and protecting property**. This is one of primary objects of government, is guaranteed by constitution, and cannot be impaired by legislation." **Billings v. Hall** (1857), 7 C. 1.

112. "The state constitution is the mandate of a **sovereign** people to its servants and representatives. Not one of them has a right to ignore or disregard these mandates..." **John F. Jelko Co. vs. Emery**, 193 Wisc. 311; 214 N.W. 369, 53 A.L.R., 463; **Lemon vs. Langlin**, 45 Wash. 2d 82, 273 P.2d 464. People are supreme, not the state. Waring vs. the Mayor of Savannah, 60 Georgia at 93.

113. The **people of the State do not yield their sovereignty to the agencies which serve them**. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created. (**Added Stats. 1953, c. 1588, p.3270, sec. 1.**)

114. The **people are the recognized source of all authority**, state or municipal, and to this authority it must come at last, whether immediately or by circuitous route. **Barnes v. District of Columbia**, 91 U.S. 540, 545 [23: 440, 441]. p 234.

115. "the government is but an agency to the state," -- the state being the **sovereign** people. *State v. Chase*, 175 Minn, 259, 220 N.W. 951, 953.

116. Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while **sovereign** powers are **delegated** to the agencies of government, sovereignty itself remains with the **people**, **by whom** and for whom **all** government exists and acts. And the law is the definition and limitation of power.

117. "...The Congress cannot revoke the **Sovereign** power of the **people** to override their will as thus declared." **Perry v. United States**, 294 U.S. 330, 353 (1935).

118. "The Doctrine of **Sovereign** Immunity is one of the Common-Law immunities and defenses that are available to the Sovereign..." Citizen of Minnesota. **Will v. Michigan Dept. of State Police,** (1988) 491 U.S. 58, 105 L.Ed. 2d. 45, 109 S.Ct. 2304.

-Page 17 of 25-
AFFIDAVIT: RIGHT TO TRAVEL — C*ANCELLATION*, TERMINATION, AND REVOCATION of LICENSE/BOND #Br?...

Page 198 of 248

Registered Mail # RF 661 447 751 US 

119. "The people of the state, as the successors of its former **sovereign**, are entitled to all the rights which formerly belonged to the king by his own prerogative." **Lansing v. Smith,** (1829) 4 Wendell 9, (NY).

120. History is clear that the first ten amendments to the Constitution were adopted to secure certain common law rights of the people, against invasion by the Federal Government." **Bell v. Hood**, 71 F.Supp., 813, 816 (1947) U.S.D.C. -- So. Dist. CA.

121. When any court violates the clean and unambiguous language of the Constitution, a fraud is perpetrated and no one is bound to obey it. (See 16 Ma. Jur. 2d 177, 178) **State v. Sutton**, 63 Minn. 147, 65 NW 262, 30 L.R.A. 630 Am. 459.

122. "The 'liberty' guaranteed by the constitution must be interpreted in the light of the common law, the principles and history of which were familiar and known to the framers of the constitution. This liberty denotes the right of the individual to engage in any of the common occupations of life, to locomote, and generally enjoy those rights long recognized at common law as essential to the orderly pursuit of happiness by free men." **Myer v. Nebraska**, 262 U .S. 390, 399; **United States v. Kim Ark**, 169 U.S. 649, 654.

123. "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." **Norton vs. Shelby County**, 118 US 425 p. 442.

124. "No one is bound to obey an unconstitutional law and no courts are bound to enforce it." **16 Am Jur 2nd**, Sec 177 late 2d, Sec 256.

125. All laws which are repugnant to the Constitution are null and void. Chief Justice Marshall, **Marbury vs Madison**, 5, U.S. (Cranch) 137, 174, 176 (1803).

126. **Any violation** of my Rights, Freedom, or Property by the U.S. federal government, or any agent thereof, would be an illegal and unlawful excess, clearly outside the limited boundaries of federal jurisdiction. My understanding is that the jurisdiction of the U.S. federal government is defined by Article I, Section 8, Clause 17 of the U.S. Constitution, quoted as follows:  "**The Congress shall have the power** . . . **To exercise exclusive legislation in all cases whatsoever, over such district (NOT EXCEEDING TEN MILES SQUARE)** as may, by cession of particular states and the acceptance of Congress, become the seat of the Government of the United States, [District of Columbia] and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the Erection of Forts, Magazines, Arsenals, dock yards and other needful Buildings; And - To make all laws which shall be necessary and proper for carrying into Execution the foregoing Powers..." [emphasis added]

-Page 18 of 25-
AFFIDAVIT: RIGHT TO TRAVEL — CANCELLATION, TERMINATION, AND REVOCATION of LICENSE/BOND #61bad54c257ab70a

Page 199 of 248

Registered Mail # RF 661 447 751 US  

*and* Article IV, Section 3, Clause 2: "The Congress shall have the Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State." —– The definition of the "United States" being used here, then, is limited to its **territories**: (1) The District of Columbia (2) Commonwealth of Puerto Rico (3) U.S. Virgin Islands (4) Guam (5) American Samoa (6) Northern Mariana Islands (7) Trust Territory of the Pacific Islands (8) Military bases within the several states (9) Federal agencies within the several states.

127. **The Supremacy Clause** of the Constitution **of the U̲nited S̲tates (Article VI, Clause 2) establishes** that **the Constitution**, federal laws made **pursuant to it**, and treaties **made under its authority**, constitute the **"supreme Law of the Land"**, and thus **take priority over any conflicting state laws.** It provides that state courts are bound by, and state constitutions subordinate to, the supreme law. However, federal statutes and treaties must be within the parameters of the Constitution; **that is, they must be pursuant to** the federal government's **enumerated powers**, and **not violate other constitutional limits on federal power ...** As a constitutional provision identifying the supremacy of federal law, the Supremacy Clause assumes the underlying priority of federal authority, **albeit only when that authority is expressed in the Constitution itself**; **no matter what** the federal or state governments **might wish to do**, they **must** stay within the boundaries of the **Constitution.**

128. **ANY** action involving a citation or ticket issued, confiscation, impoundment or search and seizure of my private property by a police officer or ANY other public servant or employee that carries a fine or jail time is a penalty or sanction, thus converting a right into a crime. ANY citation or ticket is thus NULL and VOID.** Under every circumstance without exception, government officials must hold the Constitution for the united states of America (1791) supreme over ANY other laws, regulations or orders. Every police (executive) officer or judicial officer has swore an oath to protect the lives, property and rights of the citizens of the united states of America under the supreme law of the land. **ANY act to deprive state Citizens of their constitutionally protected rights is a direct violation of their oath of office,** a felony and a federal crime.

# Government, Public Servants, Officers, Judges are NOT Immune from suit!

-Page 19 of 25-
AFFIDAVIT: RIGHT TO TRAVEL — C*ANCELLATION*, TERMINATION, AND REVOCATION of LICENSE/BOND #RF...

Page 200 of 248

Registered Mail # RF 661 447 751 US



129. "Public officials are **not** immune from suit when they transcend their lawful authority by invading constitutional rights."—AFLCIO v. Woodward, 406 F2d 137 t.

130. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

131. Government Immunity - "In Land v. Dollar, 338 US 731 (1947), the court noted, "that when the government entered into a **commercial** field of activity, it left immunity behind." Brady v. Roosevelt, 317 US 575 (1943); FHA v. Burr, 309 US 242 (1940); Kiefer v. RFC, 306 US 381 (1939).

132. The high Courts, through their citations of authority, have frequently declared, that "...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;

133. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

134. **Immunity for judges does not extend to acts which are clearly outside of their jurisdiction. Bauers v. Heisel,** C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also **Muller v. Wachtel**, D.C.N.Y. 1972, 345 F.Supp. 160; **Rhodes v. Houston**, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

135. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees.**" **Lezama v. Justice Court**, A025829.

136. "The immunity of judges for acts within their judicial role is beyond cavil." **Pierson v. Ray**, 386 U.S. 547 (1957).

137. "There is no common law judicial immunity." **Pulliam v. Allen**, 104S.Ct. 1970; cited in Lezama v. Justice Court, A025829. "Judges, members of city council, and police officers as well as other public officials, may utilize good faith defense of action for damages under 42-1983, but **no public official has absolute immunity from suit** under the 1871 civil rights statute." (**Samuel vs**

Registered Mail # RF 661 447 751 US

**University of Pittsburg**, 375 F.Supp. 1119, 'see also, **White vs Fleming** 374 Supp. 267.

138. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

139. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

140. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

141. "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." — Miranda vs. Arizona, 384 US 436, 491

142. "Judge acted in the face of clearly valid statutes or case law expressly depriving him of (personal) jurisdiction would be liable." **Dykes v. Hosemann**, 743 F.2d 1488 (1984).

143. "In such case the judge has lost his judicial function, has become a mere **private** person, and is liable as a trespasser for damages resulting from his unauthorized acts."

144. "Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also **Bradley v. Fisher**, 13 Wall 335,351." **Manning v. Ketcham**, 58 F.2d 948.

145. "A distinction must be here observed between excess of jurisdiction and the clear absence of all jurisdiction over the subject-matter any authority exercised is a usurped authority and for the exercise of

146. "Personal liberty -- consists of the power of locomotion, of changing situations, of removing one's person to whatever place one's inclination may direct, without imprisonment or restraint unless by due process of law." — Bovier's Law Dictionary, 1914 ed., Black's Law Dictionary, 5th ed.;Blackstone's Commentary 134; Hare, Constitution__Pg. 777.

147. "The Senators and Representatives before mentioned, and the Members of the several state Legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by Oath or Affirmation, to support this Constitution;" — Constitution

148. **ANY** action by a police (i.e., executive) officer, officer of the court, public servant or government official to assert unlawful authority under the "*color of law*" will be construed as a **direct and willful violation of my**

Registered Mail # RF 661 447 751 US



**constitutionally protected rights**, and will be prosecuted to the full extent of American law.

149. "**Whoever** under the color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any state, Territory, or District to the deprivation of ANY rights, privileges or immunities secured or protected by the Constitution of laws of the United States...shall be fined not more than $1,000 or imprisoned not more than one year, or both..." — 18 USC 242.

150. **Title 18 U.S. Code § 112  - Protection of foreign officials, official guests, and internationally protected persons,** stipulates: **Whoever** assaults, strikes, wounds, imprisons, or offers violence to a foreign official, official guest, or internationally protected person or makes any other violent attack upon the person or liberty of such person, or, if likely to endanger his person or liberty, makes a violent attack upon his **official premises**, **private accommodation, or means of transpor**t or attempts to commit **any of the foregoing shall be** fined under this title or imprisoned not more than three years, or both. **Whoever** in the commission of any such act uses a deadly or dangerous weapon, or inflicts bodily injury, shall be fined under this title or imprisoned not more than ten years, or both. (b) **Whoever willfully — (1) intimidates, coerces, threatens, or harasse**s a foreign official or an official guest or obstructs a foreign official in the performance of his duties; **(2) attempts to** intimidate, coerce, threaten, or harass a foreign official or an official guest or obstruct a foreign official in the performance of his duties; or **(3)** within the United States and within one hundred feet of any building or premises in whole or in part owned, used, or occupied for official business or for diplomatic, consular, or residential purposes by — **(A)** a foreign government, including such use as a mission to an international organization; **(B)** an international organization; **(C)** a foreign official; or **(D)** an official guest; congregates with two or more other persons with intent to violate any other provision of this section; **shall be** fined under this title **or** imprisoned not more than six months, or both.

151. **15 U.S. Code § 2 - Monopolizing trade a felony; penalty**, stipulates: **Every** person **who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce** among the several States, or with foreign nations, **shall be deemed guilty of a felony**, and, on conviction thereof, **shall be** punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or **by imprisonment** not exceeding 10 years, **or** by both said punishments, in the discretion of the court

152. **18 U.S. Code § 1025 - False pretenses on high seas and other waters,** expressly stipulates:  **Whoever**, upon **any** waters or vessel within the special maritime and territorial jurisdiction of the United States, by **any** fraud, or

Registered Mail # RF 661 447 751 US



false pretense, obtains from **any** person **anything of value**, or procures the execution and delivery of **any instrument of writing or conveyance of real or personal property**, or **the** signature **of any person**, **as maker, endorser, or guarantor**, to or upon **any** bond, bill, receipt, promissory note, draft, or check, or any other evidence of indebtedness, or fraudulently sells, barters, or disposes of **any** bond, bill, receipt, promissory note, draft, or check, or other evidence of indebtedness, for value, knowing the same to be worthless, or knowing the signature of the maker, endorser, or guarantor thereof to have been obtained by any false pretenses, **shall be** fined under this title or imprisoned not more than five years, or both.

153. **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

154. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (**Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind." Oriental proverb: "Of all that is good, sublimity is supreme."

155. **IN COMMERCE TRUTH IS SOVEREIGN** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is **sovereign** -- and the **Sovereign** tells only the truth.

156. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12)

157. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

158. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

159. **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

160. 78. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. (**Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it.")

161. " Statements of **fact** contained in affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings may** be accepted as **true** by the trial court. " --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).

Executed "*without* the United States" in accord with 28 USC § 1746.

**FURTHER THIS AFFIANT SAITH NOT.**

Registered Mail # RF 661 447 751 US    

## ESTOPPEL BY ACQUIESCENCE:

If the addressee(s) or an intended recipient of this notice fail to respond addressing **each point, on a point by point basis, they individually and collectively accept** all **of the statements, declaration, stipulations, facts, and claims as** TRUTH **and fact by** TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS **and by** COLLATERAL ESTOPPEL. You may **not** argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial. (See Black's Law Dictionary 6th Ed. for any terms you do not *"understand"*).

**Your failure to completely answer and respond will result in your agreeing not to argue, controvert or otherwise protest the finality of the administrative findings in any process, whether administrative or judicial, as certified by Notary or Witness Acceptor in an Affidavit Certificate of Non Response and/or Judgement, or similar.**

Should YOU **fail to** respond, provide partial, unsworn, or incomplete answers, such are not acceptable to me or to any court of law. See, *Sieb's Hatcheries, Inc. v. Lindley*, 13 F.R.D. 113 (1952)., "Defendant(s) made no request for an extension of time in which to answer the request for admission of facts and filed only an unsworn response within the time permitted," thus, under the specific provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in question were **deemed admitted as true. Failure to answer is well established in the court.** *Beasley v. U. S.*, 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests **will be considered as having been admitted.**" Also as previously referenced, "Statements of **fact** contained in affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings** may be accepted as **true** by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976),

## COMMERCIAL OATH AND VERIFICATION:

County of Riverside        )
                           )        Commercial Oath and Verification
The State of California    )

I, KEVIN WALKER, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this 28th day of DECEMBER in the year two thousand twenty three:

By *Special Limited* Appearance, sui juris,
all rights reserved *without* prejudice and without recourse. UCC § 1-308, 3-402.

By: _____
**Kevin Walker**, *Authorized Representative, Attorney In Fact*
*Secured Party, Executor,* national,
*private bank(er) EIN # 9x-xxxxx07*

Registered Mail # RF 661 447 751 US       

1  Let this document stand as truth before the Almighty Supreme Creator and let it be established
2  before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*
3

4                                      By *Special Limited* Appearance,
                                All rights reserved without prejudice or recourse, U.C.C §1-308,
5                                3-402.
6
7                                By: _____
                                **Donnabelle Escarez Mortel, sui juris,** *Attorney In Fact,* national,
8                                *Authorized Representative, Executor, Secured Party. (WITNESS)*
                                                *private bank(er)* ID # 9x-xxxxxx6
9

10                                     By *Special Limited* Appearance,
                                All rights reserved without prejudice or recourse, U.C.C §1-308,
11                               3-402.
12
                                 By: _____
13                                 **Corey Delfond Walker, sui juris,** national,
                                 *Authorized Representative, Executor, Secured Party.* (WITNESS)
14                                                *private bank(er)* ID # 9x-xxxxxx7
15

16                                      **NOTICE:**
     Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in*
17   *any manner.* The purpose for notary is verification and identification **only** and **not** for entrance
18   into **any** foreign jurisdiction.

                                           **JURAT**
19   State of California            )
                                    )                    A notary public or other officer completing this certificate
20                                  ) ss.                 verifies only the identity of the individual who signed the
                                    )                     document to which this certificate is attached, and not the
                                    )                     truthfulness, accuracy, or validity of that document.
21   County of Riverside           )

22   Subscribed and sworn to (of affirmed) before me on this __29__ day of __December__, 20 _23_,
23   by_ **Kevin Lewis Walker** _____, proved to me on the basis of satisfactory evidence to be the
     person(s) who appeared before me.

24   Notary public __Ariana Maria Georges (Notary Public)__
                         Print name
25   _____
             Print name
26                                                    ARIANA MARIA GEORGES
                                                      Notary Public - California
27                                                    Riverside County
                                                      Commission # 2463638
                                                      My Comm. Expires Sep 19, 2027
28

-Exhibit S-

REGISTERED MAIL # RF 661 448 567 US

# AFFIDAVIT
## Resolution, Revocation, and Termination of Franchise

KNOW ALL MEN BY THESE PRESENT, that I, **Kevin Lewis Walker** Propia Persona, proceeding by general law, sui juris, in acknowledgment of the laws of nature and the Almighty Supreme Creator, first and foremost and the laws of man when they are not in conflict (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and James 5:12, let my yea be yea and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat.1211, depose and says:

WHEREAS, the FRANCHISE, BIRTH, and/or TRUST CERTIFICATE was created and offered fraudulently and deceitfully, supposedly to aid in the Census, as a means of identification, to document a birth, and for health reasons and purposes;

WHEREAS, the true nature of the BIRTH CERTIFICATE is an unrevealed commercial agreement and unconscionable adhesion contract and prima facie evidence of unfair trade by and with an Agency of the federal, corporate United States, the Department of Commerce, Department of Transportation, Department of Defense, Internal Revenue, Social Security Administration, DTC at 55 Water in New York, International Monetary Fund, and Bank of International Settlements, The CROWN CORPORATION, THE VATICAN BANK, et.al.;  the true nature of the DATE OF BIRTH is to execute the birth of the certificate (by signing, filing, and recording), not the "natural" person;

WHEREAS, the BIRTH CERTIFICATE is a TRUST INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states), sent to the Bureau of Census, a division of the Department of Commerce (Washington, D.C.), placing the above "name" in commerce as a legal "person" (e.g., Corporation, trust, trustee) district-distinct and separate from the "natural-born citizen";

WHEREAS, the Secretary of State (of the several states) issues and charters corporations and franchises, that any American citizen with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State Department of Revenue for income taxes, and the federal, corporate United States for its debt obligations to the Federal Reserve bank;

WHEREAS, this TRUST INSTRUMENT has deceived the above "name" into an unrevealed contract placing both myself and my fellow American citizens under the jurisdiction of the federal United States with its tax and regulating authority originating from the Department of Commerce pursuant to the authority of the Constitution for the United States of America (1791), and under the jurisdiction of the equity, admiralty, or maritime jurisdictions of the federal court system and the Uniform Commercial Code (UCC); this by false registry, a term usually applied to the registration of a vessel in violation of the Federal registry statutes which provide that if any certificate of registry or record is fraudulently, or knowingly used for any ship or vessel not then actually entitled to the benefit thereof, according to the true intent of the act, such ship or vessel shall be forfeited to the United States, with her tackle, apparel, and furniture. See 48 Am Jur 1st Ship § 23.

"To regulate Commerce with foreign Nations, and among the several states, and with the Indian Tribes:" — U.S. Constitution, Article 1, Section 0, Clause 3.

WHEREAS such false registry, coupled with wholly inadequate and insufficient public education system used, by overwhelming evidence, to facilitate an unconscionable deception upon the public, domestic, and private trusts, **is hereby declared null and void**, and claiming any and all lawful damages therein associated, ab initio, ad infinitum, nunc pro tunc, without recourse, reserving all rights.

WHEREAS the same false registry exists for my creations, and my creations relations, and equal demand for correction of all false registries, and return of rights, property, and damages be re-instated with their rightful Secured Parties, for cause.

I, **Kevin Lewis Walker** have already declared and established "sui juris" status in connection with both my property and "name." I demand a certified copy with my signed authorization of all documents or contracts being "held-in-due-course," [pursuant to UCC 3-305.2, UCC 3-305.52, and UCC 3-305, Article 9, and et.al.], that create ANY legal disability to the claimed "sui juris" states and "alieni juris" relating to my "name." My "name" is my property, and for my "name" to enjoy "sui juris" status, that "name" must be free of legal disability resulting from a contract or commercial agreement, which is being "held-in-due-course" by a fellow citizen or by any agency of the federal, state, county, or municipal government.

THEREFORE BE IT RESOLVED, that it is deemed necessary that I, **Kevin Lewis Walker**, separate myself and all inheritance from the fraudulent FRANCHISE, BIRTH, and/or TRUST CERTIFICATE herein attached as surety, and will no longer be associated with it except as necessary to correct any record, restore and recover all usurpation of unalienable rights and private property, and regain quiet enjoyment which is an undeniable right of every (wo)man, and to terminate the franchise, and reserving all rights expressed, implied, and deemed appropriate and necessary for accord and satisfaction.

I, **Kevin Lewis Walker**, hereby **REVOKE all powers, including, but not limited to**, Powers of Attorney and Agency, excepting those of private, unincorporated, pure trust. I hereby DISSOLVE and TERMINATE any franchise connected to/with the below document, certificate, or trust instrument. I hereby remove all commercial activity, including, but not limited to, the LIMITED LIABILITY for the payment of debt. I hereby release the Department of Commerce, its agents and fiduciaries, of their obligation to perform any commercial duties or responsibilities towards me. I am NOT in commerce or involved in any commercial activity with the federal corporate United States government or any subsidiary.

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I, hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me in WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof proving me with your counter affidavit, proving with

REGISTERED MAIL # RF 661 448 567 US

particularity and specificity by stating all requisite actual law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. Reserving ALL Natural God – Given Unalienable Birthrights, Waiving None Ever under 28 USC §1746 rights and without prejudice to ANY of those rights (U.C.C. 1-207; 1-308).

I declare under penalty of perjury under the law of the United Sates of America that the foregoing is true and correct Pursuant 28 USC § 1746 and executed "without the United States"

## FURTHER THIS AFFIANT SAITH NOT.

Subscribed, sealed, and affirmed to this day, 12th, month, February, and year of 2024, I hereby affix my own signature and seal to all of the above affirmations with explicit reservation of ALL my unalienable rights and without prejudice to ANY of those rights. Pursuant to U.C.C § 1-103, 1-105, 1-207,1-308,3-419,

By: _____

Kevin Lewis Walker, **Affiant, Secured Party / Executor / Administrator / Trustee**

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

All right reserved without prejudice or recourse, U.C.C §1-308

By: _____

**Secured Party / Executor / Administrator / Trustee**
**Donnabelle Escarez Morel (FIRST WITNESS)**

All right reserved without prejudice or recourse, U.C.C §1-308

By: _____

**Secured Party / Executor / Administrator / Trustee**
**Corey Delfond Walker (FIRST WITNESS)**

## NOTICE

Using a notary on this document does **not** constitute any adhesion, **nor does it alter my status in any manner.** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

REGISTERED MAIL # RF 661 448 567 US

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
)
) ss.
)
County of Riverside )

Subscribed and sworn to (of affirmed) before me on this 12th day of February, 2024,

by Kevin Lewis Walker, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary public _Shubhangi R Zumale_, Notary public.

_____ Seal:

SHUBHANGI R. ZUMALE
Notary Public - California
Riverside County
Commission # 2373782
My Comm. Expires Sep 4, 2025

-Exhibit T-

SHERIFF'S OFFICE
COUNTY COURTHOUSE / JUSTICE CENTER

NOTICE TO:
☐ APPEAR IN COURT AT:
OR
☒ RESPOND TO CITATION BEFORE:
DATE: 3/14/2025 0730
☐ To be notified        =====>        ACT BY THIS DATE TO AVOID A WARRANT OR ADDED FEES

| Date of Violation (mm dd yy) | Driver's License Number (all states) | Class | State |
|---|---|---|---|
| 12/31/2024 | B6735991 | CM1 | CA |

Name (First, Middle, Last)
KEVIN LEWIS WALKER

Current Address (no., street, city, state, zip)
11049 MAGNOLIA BLVD UNIT 331    N HOLLYWOOD    CA    91601

| Date of Birth (mm dd yy) | Parent Guardian Phone No. | ☐ Juvenile | Commercial | Insurance |
|---|---|---|---|---|
| 08/19/1987 | | | ☐ Y ☒ N | ☐ Y ☐ N |

| Race/Ethnicity | Sex | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| Other | M | BRO | BRO | 510 | 150 |

| Vehicle License V/N | State | Reg (mm yy) | Year of Veh | Make |
|---|---|---|---|---|
| 9FBE320 | CA | | 2019 | LAMB |

| Registered Owner-Lessee | | | Model | Body Style |
|---|---|---|---|---|
| | | | URUS | 4DR |

Address (no., street, city, state, zip)
CA

| | Color |
|---|---|
| | GRAY |

Reason for Stop
4000A                                          CHP/DOT/PUC/ICC

CITATION DETAILS          ☐ Booking Required          M=Misdemeanor I=Infraction

| Code/Section | Description | | |
|---|---|---|---|
| CVC 4000(A)(1) | EXPIRED REGISTRATION | | ☐ M ☒ I |
| N  CVC 16028(a) | NO CURRENT PROOF OF INSURANCE | | ☐ M ☒ I |
| | | | ☐ M ☐ I |
| | | | ☐ M ☐ I |

| Approx. Speed | PF. Max Speed | Veh'l Lmt. | Safe Speed | LASER | |
|---|---|---|---|---|---|
| | 25 | 25 | 25 | | ☐ Commercial Veh VC 15210(b) |

Location Of Violation(s)
Westbound ROYAL OAKS DR                              ☐ Hazardous Mat. VC 353
AT EAGLE POINT WY

City County of Occurrence          Agency Case No
Temecula                           TE243660039

Comments (weather, road, traffic conditions)          ☐ Crash
CLEAR, DRY, MODERATE, DAYLIGHT

☐ I declare under penalty of perjury under the laws of the State of CA that the following is true and correct.

| 12/31/2024 | 4111 |
|---|---|
| DECL. DATE | I.D. # |

| | |
|---|---|
| DECL. DATE | ARRESTING OFFICER (if different from above)  I.D. # |

I promise to act by the date at the top of this citation. Signing DOES NOT admit guilt.

CELL PHONE OPTIONAL (may be used for reminders)    EMAIL OPTIONAL (may be used for reminders)

x _Under threat duress coercion extortion_
_Without Recourse_     _Without prejudice_
_UCC 1-308, 3 402_

DEFENDANT COPY FORM INFO
Continuation form ☐
SEE REVERSE

---

## WHAT YOU NEED TO DO

Step 1 Which box is checked on the front of the citation:
APPEAR IN COURT or RESPOND TO CITATION?
Step 2 Follow instructions based on the box checked on the front.

If **APPEAR IN COURT** is checked on the front

If **RESPOND TO CITATION** is checked on the front

**Option A: Pay or Ask for a Reduction (Guilty Finding)**

**Option B: Request Traffic School**

**Option C: Dispute the Citation (Plead Not Guilty)**

**Option D: Correctable ("Fix It")**

---

| CERTIFICATION OF CORRECTION (MUST BE RETURNED TO COURT) | | | | |
|---|---|---|---|---|
| Section(s) Violated | Signature of Person Certifying Correction | Serial No | Agency | Date |
| 4000(a)(1) | | | | |

If **"Booking Required"**

## MORE INFORMATION

Page 213 of 248

SHERIFF'S OFFICE
COUNTY OF RIVERSIDE

**TE464702**

| NOTICE TO: | SOUTHWEST JUSTICE CENTER |
|---|---|
| ☐ APPEAR IN COURT AT: **ON:** **OR** | 30755-D AULD RD MURRIETA CA, 92563 (951)222-0384 |
| ☒ RESPOND TO CITATION **BEFORE:** DATE: 3/14/2025  0730 ----→ | **ACT BY THIS DATE TO AVOID A WARRANT OR ADDED FEES** |
| ☐ To be notified | |

| Date of Violation (mm/dd/yy) 12/31/2024 | Time 09:32 AM | Driver's License Number (all states) B6735991 | Class CM1 | State CA |
|---|---|---|---|---|

Name (First, Middle, Last)
KEVIN LEWIS WALKER

Current Address (no., street, city, state, zip)
11049 MAGNOLIA BLVD UNIT 331    N HOLLYWOOD    CA    91601

| Date of Birth (mm/dd/yy) 08/19/1987 | Parent Guardian Phone No.  ☐ Juvenile | Commercial ☐Y ☒N | Insurance ☐Y ☐N |
|---|---|---|---|

| Race/Ethnicity Other | Sex M | Hair BRO | Eyes BRO | Height 510 | Weight 150 |
|---|---|---|---|---|---|

| Vehicle License/VIN 9FBE320 | State CA | Reg (mm/yy) | Year of Veh. 2019 | Make LAMB |
|---|---|---|---|---|

| Registered Owner/Lessee ☐ Same as driver | ☐ Owner's responsibility (VC40001) | Model URUS | Body Style 4DR |
|---|---|---|---|

| Address (no., street, city, state, zip) ☐ Same as driver CA | Color GRAY |
|---|---|

| Reason for Stop 4000A | CHP/DOT/PUC/ICC |
|---|---|

**CITATION DETAILS**    ☐ Booking Required    M=Misdemeanor I=Infraction

| Correctable (Fix-It) | Code/Section | Description | |
|---|---|---|---|
| Y | CVC 4000(a)(1) | EXPIRED REGISTRATION | ☐M ☒I |
| N | CVC 16028(a) | NO CURRENT PROOF OF INSURANCE | ☐M ☒I |
| | | | ☐M ☐I |
| | | | ☐M ☐I |

| Approx. Speed | PF/Max Speed 25 | Veh. Lmt. 25 | Safe Speed 25 | LASER | ☐ Commerical Veh. VC 15210(b) |
|---|---|---|---|---|---|

Location Of Violation(s)
Westbound  ROYAL OAKS DR
AT EAGLE POINT WY

☐ Hazardous Mat. VC 353

| City/County of Occurrence Termecula | Agency Case No. TE243660039 |
|---|---|

Comments (weather, road, traffic conditions)    ☐ Crash
CLEAR, DRY, MODERATE, DAYLIGHT

☐ Violations not committed in my presence, declared on information and belief (VC 40600)
I declare under penalty of perjury under the laws of the State of CA that the following is true and correct

| 12/31/2024 | Eastwood | 4111 |
|---|---|---|
| DECL. DATE | ARRESTING OR CITING OFFICER | I.D. # |
| DECL. DATE | ARRESTING OFFICER (If different from above) | I.D. # |

**I promise to act by the date at the top of this citation. Signing DOES NOT admit guilt.**

CELL PHONE-OPTIONAL (may be used for reminders)    EMAIL-OPTIONAL (may be used for reminders)

VCC 1-308, 3-402
x  Under threat Duress Coercion & extortion
without recourse    SIGNATURE  without prejudice.

**DEFENDANT COPY FORM INFO**
Continuation form ☐
Form Adopted for Mandatory use
Judicial Council of California
TR-130 Traffic/Nontraffic Notice to Appear
(Rev, Jan. 1, 2024)
**SEE REVERSE**

Vehicle Code 40500(b), 40513(b), 40522, 40600; Pen. Code 853.9

# WHAT YOU NEED TO DO

Step 1 Which box is checked on the front of the citation:
APPEAR IN COURT or RESPOND TO CITATION?
Step 2 Follow instructions based on the box checked on the front.

---

### If **APPEAR IN COURT** is checked on the front

**Your next step:** Go to court on the date, time and location on the front.
Appearing in court is your only option. You can plead guilty or not guilty.
IMPORTANT: Missing court may result in a warrant for your arrest.
Don't let that happen - go to court! The judge will explain next steps.

Helpful Tip: Put the court date in your calendar, set a reminder, start planning now.

Juveniles: If you were under 18 years old at the time of the violation, you must bring a parent or guardian with you to court.

---

### If **RESPOND TO CITATION** is checked on the front

Citations can take up to 14 days to show up in the court system.
Keep the citation to find your citation, and then complete Option A, B, C, or D by the date listed on front.

**Your next step:** Choose an option below and respond by the date.
IMPORTANT: Not responding by the date on the front can result in a
"failure to appear" charge, a guilty finding, an additional fee of up to $100,
and a hold on your car registration (owner's responsibility).
Choose one of the options below to avoid these penalties.

**–Option A: Pay or Ask for a Reduction (Guilty Finding)**
Pay (online, call, in person). If you cannot pay in full now, contact the court (see
front for contact information) to request a payment plan or extension.
–Ask for a reduction at MYCITATIONS.COURTS.CA.GOV (takes about 10 minutes).
**Note: This option may add points to your driving record and affect insurance.**

**–Option B: Request Traffic School** To avoid points on your driving record, you
can request traffic school. You pay the citation plus an additional traffic school fee
and complete traffic school. Contact the court to see if you are eligible.

**–Option C: Dispute the Citation (Plead Not Guilty)** You can dispute the
citation in person by requesting a court date for a trial (no cost) or by mail ("trial by
written declaration"), which requires you to pay the fine up front (amount returned if
citation is dismissed). Contact court for more details (court info on front of citation).

**–Option D: Correctable ("Fix-It")** If "Correctable" is checked on the front, first
show an officer, authorized inspection agency, or DMV (license and registration
issues only) that you fixed the issue, and they will sign the citation (below). Then, you
must show the court that you fixed the issue to have the violation dismissed. You
must also pay a transaction fee. For insurance issues, you must show the court you
had insurance when you got the ticket and pay a transaction fee.

---

| CERTIFICATION OF CORRECTION (MUST BE RETURNED TO COURT) | | | | |
|---|---|---|---|---|
| Section(s) Violated | Signature of Person Certifying Correction | Serial No. | Agency | Date |
| 4000(a)(1) | | | | |
| | | | | |
| | | | | |
| | | | | |

If **"Booking Required"** is checked on front, call 951-696-3000 to schedule an appointment
before the court date. You will not be arrested and will attend your court date on your own.

## MORE INFORMATION

For translations and general
information about the process,
visit https://www.courts.ca.gov/forms.htm

To contact the court, see front of citation for
court's website and phone number.
The court will send notice explaining next steps.

[Rev. Jan. 1, 2024]

-Exhibit U-





-Exhibit V-



# VEHICLE DEFINITIONS

Penalties
[/portal/vehicle-
registration/registration-
fees/penalties/]

Vehicle Registration & Licensing Fee
Calculators
[/portal/vehicle-
registration/registration-fees/vehicle-
registration-fee-calculator/]

An "automobile" is a passenger vehicle that does not transport persons for hire. This includes station wagons, sedans, vans, and sport utility vehicles. *California Vehicle Code (CVC) §465* [http://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml? lawCode=VEH&sectionNum=465.]

.

A "commercial vehicle" is a vehicle which is used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property (for example, trucks and pickups). CVC §260 [http://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml? lawCode=VEH&sectionNum=260.]

.

An "off highway vehicle" is a vehicle operated exclusively off public roads and highways on lands that are open and accessible to the public, and includes racing motorcycles, trail bikes, mini bikes, dune buggies, all-terrain vehicles, jeeps, and snowmobiles. More specific off highway vehicle information [/portal/vehicle-registration/new-registration/register-an-off-highway-vehicle-ohv/]

A "motorcycle" is generally any motor vehicle with a seat or saddle for the rider, with not more than three wheels in contact with the ground, and weighing less than 1,500 pounds. CVC §400 [http://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml? lawCode=VEH&sectionNum=400]

.

A "trailer coach" is a vehicle, other than a motor vehicle, designed for human habitation or human occupancy for industrial, professional, or commercial purposes, for carrying property on its own structure, and for being drawn by a motor vehicle. CVC §635 [https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml? lawCode=VEH&sectionNum=635]

.

A "park trailer" is a trailer designed for human habitation for recreational or seasonal use only that contains 400 square feet or less of gross floor area, excluding loft area space. A park trailer cannot exceed 14′ in width at the maximum horizontal projections. *Health & Safety Code §18009.3 (a)* [http://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml? lawCode=HSC&sectionNum=18009.3]

.

All trailers, except trailer coaches and park trailers, are registered under the "Permanent Trailer Identification" (PTI) program. For example, PTI trailers include semi-trailers, boat trailers, utility trailers, flat bed trailers, box trailers or horse trailers. CVC §468 [http://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml? sectionNum=468.&lawCode=VEH]

.

A "vessel" is over eight feet in length and sail-powered or motor-driven (regardless of length) that is not documented by the U.S. Coast Guard. This includes motorboats, amphibious vehicle/vessels, and inflatable vessels with motors, shuttlecraft, jet skis or wet bikes. More

Feedback

specific vessel information

[/portal/vehicle-registration/new-registration/register-your-boat-vessel/]

-Exhibit W-




Code: Select Code ▼    Section: 1 or 2 or 100    Search    

Up^    << Previous    Next >>    cross-reference chaptered bills    PDF |  Add To My Favorites

**Search Phrase:**    Highlight

**VEHICLE CODE - VEH**

**DIVISION 1. WORDS AND PHRASES DEFINED [100 - 681]** *( Division 1 enacted by Stats. 1959, Ch. 3. )*

**260.**  (a) A "**commercial vehicle**" is a motor vehicle of a type required to be registered under this code used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property.

(b) Passenger vehicles and house cars that are not used for the transportation of persons for hire, compensation, or profit are not commercial vehicles. This subdivision shall not apply to Chapter 4 (commencing with Section 6700) of Division 3.

(c) Any vanpool vehicle is not a commercial vehicle.

(d) The definition of a commercial vehicle in this section does not apply to Chapter 7 (commencing with Section 15200) of Division 6.

*(Amended by Stats. 2003, Ch. 222, Sec. 1. Effective January 1, 2004.)*

-Exhibit X-





**UNITED STATES DEPARTMENT OF STATE**

7 8983

Valid for domestic air travel, international land and sea travel between the U.S., Canada, Mexico, the Caribbean and Bermuda.

Not valid for international air travel.

Your Passport Card should be kept in its protective sleeve when not in use.

C35510079

PASS SYSTEM

IPUSAC35510079<<09<27<B02<367
8708195M3402085USA<<4540739609
WALKER<<KEVIN<LEWIS<<<<<<<<<<<<

-Exhibit Y-



-Exhibit Z-

REGISTERED NO.: RF661447765US

## TRUTH AFFIDAVIT IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

### TRADEMARK/COPYRIGHT

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract by Waiver for Tort Presented by Me, addressee, Kevin Lewis Walker, Agent and living soul, one for We the People under Original Common Law Jurisdiction by the California and united states of America Contracts, the Constitutions.

| | | Republic and one by the several united states |
| | ss: | California in America |

For: Whom it may concern: In the Matter for the fiction/DEBTOR known as: **KEVIN L WALKER, KEVIN LEWIS WALKER, K L WALKER, K LEWIS WALKER, WALKER, KEVIN L**; and all derivatives thereof. DEBTOR is hereafter known as **KEVIN L WALKER**. 11400 WEST OLYMPIC BLVD. SUITE 200, LOS ANGELES, CA 90064.

**I, Me, My, Myself,** addressee, **Kevin Lewis Walker,** (herein after Agent with Power of Attorney to represent the DEBTOR) the undersigned for one We the People, Sovereign, natural born living souls, the Posterity, born upon the land in the one for several counties within the one for several states united for America, the undersigned Posterity, Creditors, and Claimants, herein after "**I, Me, My, Myself, Agent**" do hereby solemnly declare, say and state:

1. **I, Me, My, Myself, Agent** am competent for stating the matters set forth herewith.

2. **I, Me, My, Myself, Agent** have personal knowledge concerning the facts stated herein.

3. All the facts stated herein are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating **I, Me, My, Myself, Agent** shall so state.

### Plain Statement of Facts

**A matter must be expressed for being resolved. In commerce, truth is sovereign. Truth is expressed in the form for an Affidavit.**

**An Affidavit not rebutted stands as Truth in commerce.**

**An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce.**

**A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.**

**I, Me, My, Myself, Agent** am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee, Kevin Lewis Walker, living soul, Agent, one for We the People under Original Common Law Jurisdiction for the California and united states of America Contracts, the Constitutions.

**WHEREAS**, the public record is the highest evidence form, **I, Me, My, Myself, Agent** am hereby timely creating public record by Declaration with this Verified Declaration in the Nature for a Truth Affidavit in Commerce and Contract for a Tort Waiver Presented by Me, addressee, Kevin Lewis

REGISTERED NO.: RF661447765US

Walker, living soul, Agent, one for/under We the People under Original Common Law Jurisdiction for the California and united states of America Contracts, the Constitutions.

1. **Fact:** The person/DEBTOR known as **KEVIN L WALKER**, (and all derivatives thereof) **is fiction without form or substance**, and any resemblance for any natural born body living or dead is entirely intentional in commercial fraud by Genocide acts for We the People for California by the alleged Government officials and agents for the Commercial Corporation and Commercial Courts for the disfranchising purpose, We the People for California from our Life, Liberty, Property, and Pursuit of Happiness, among other Rights, for their self enrichment.

2. **Fact:** I have placed a **copyright** on the Fiction/DEBTOR known as **KEVIN L WALKER**, and all derivatives thereof, (trademark/fiction), DEBTOR is now My private property and cannot be used without My prior written consent, and then only under the terms set out in this contract.

3. **Fact:** The Fiction is My perfected security and registered by contract with me and is My recorded copyright Fiction by this declaration under original common law jurisdiction for **one-hundred (100) years** and is My private property, the Agent, for My Estate protection, My Life, and My Liberty.

4. **Fact:** Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, Exempt from Levy, without My written prior consent is strictly forbidden and chargeable against each user and issuer in the amount, the sum certain for **twenty thousand (20,000.00)** dollars, gold or silver specie, in lawful coinage for the united states of America per user and per issuer per Fiction.

5. **Fact:** Using My Fiction for the intended gains for themselves (the issuers or users) or for others for any of My Rights, My private property or any part about My Estate without full disclosure and My written prior consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain for **one million (1,000,000.00) dollars** gold or silver specie in lawful coinage for the united states of America as defined under Article I, Section 10 of We the People's Contract/Constitution for the united states of America per using Fiction including any past, present, or future use.

6. **Fact:** Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, and Exempt from Levy, without My written prior consent is all the evidence required for enforcing this agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract.

**I, Me, My, Myself, Agent** know right from wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform Me by facts, I will sincerely make every effort and amend My ways.

I hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the truth may be ascertained and proceeding justly determined.

**If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise Me IN WRITING by DECLARATION/AFFIDAVIT FORM within ten (10) days from recording hereof, providing Me with your counter Declaration/Affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts and law conclusions, that this affidavit by Declaration is substantially and materially false sufficiently for changing materially My or the Fiction's status and factual declaration.**

TRADEMARK / COPYRIGHT

REGISTERED NO.: RF661447765US

Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact as a law matter and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all parties, due and payable and enforceable by law.

**The criminal penalties for commercial fraud are determined by jury, by law,** the monetary value is set by Me for violation against My rights, for breaching the law, the contract, the Constitutions in the sum certain amount as stated herein for dollars specie gold and/or silver coin lawful money for the united states of America as defined by Article I, Section 10 under the Constitution, by We the People for the united states of America and will be due and payable on the eleventh day or any day thereafter as use occurs after filing by Me, in the public records for the county of Riverside, state of California, under this declaration.

The Undersigned, **I, Me, My, Myself, the Agent** holder in due course for original, do herewith declare, state and say that I, Agent, issue this with sincere intent in truth, that I, Me, the undersigned Agent, am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by My best knowledge, by Me undersigned addressee.

Notice for the agent is notice for the principal and notice for the principal is notice for the agent. Notice for the county clerk for the county of Riverside, state of California, and record court for original jurisdiction, is notice for all.

**This instrument was prepared by Kevin Lewis Walker.**

Acceptance:

KEVIN L WALKER, GRANTOR
DEBTOR SIGNATURE

Executed without the UNITED STATES, I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct to the best of my ability and belief.

All rights reserved without prejudice or recourse. UCC1-308

DATE: 01/02/2024

Kevin Lewis Walker,
Agent and Attorney In Fact, With the Autograph
Non Domestic, DMM 122.32
c/o 41593 Winchester Road Suite 200
Temecula, California

**Witnesses**

-3 of 4-

TRADEMARK / COPYRIGHT

Page 232 of 248

REGISTERED NO.: RF661447765US

## NOTICE

Using a notary on this document does **not** constitute any adhesion, **nor does it alter my status in any manner.** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

### JURAT

State of California        )

                       )

                       ) ss.

                       )

County of Riverside    )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn to (of affirmed) before me on this ___2nd___ day of __January__, 20_24_,

by __Kevin lewis Walker__ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

__Shubhangi R. Zumale__ (NOTARY PUBLIC)
Print name

SHUBHANGI R. ZUMALE
Notary Public - California
Riverside County
Commission # 2373782
My Comm. Expires Sep 4, 2025

-4 of 4-    TRADEMARK / COPYRIGHT

-Exhibit AA-



# Power of Attorney

Estate Planning Information & FAQs

An important part of lifetime planning is the power of attorney. A power of attorney is accepted in all states, but the rules and requirements differ from state to state. A power of attorney gives one or more persons the power to act on your behalf as your agent. The power may be limited to a particular activity, such as closing the sale of your home, or be general in its application. The power may give temporary or permanent authority to act on your behalf. The power may take effect immediately, or only upon the occurrence of a future event, usually a determination that you are unable to act for yourself due to mental or physical disability. The latter is called a "springing" power of attorney. A power of attorney may be revoked, but most states require written notice of revocation to the person named to act for you.

The person named in a power of attorney to act on your behalf is commonly referred to as your "agent" or "attorney-in-fact." With a valid power of attorney, your agent can take **any action permitted** in the document. Often your agent must present the actual document to invoke the power. For example, if another person is acting on your behalf to sell an automobile, the motor vehicles department generally will require that the power of attorney be presented before your agent's authority to sign the title will be honored. Similarly, an agent who signs documents to buy or sell real property on your behalf must present the power of attorney to the title company. Similarly, the agent has to present the power of attorney to a broker or banker to effect the sale of securities or opening and closing bank accounts. However, your agent generally should not need to present the power of attorney when signing checks for you.

Why would anyone give such sweeping authority to another person? One answer is convenience. If you are buying or selling assets and do not wish to appear in person to close the transaction, you may take advantage of a power of attorney. Another important reason to use power of attorney is to prepare for situations when you may not be able to act on your own behalf due to absence or incapacity. Such a disability may be temporary, for example, due to travel, accident, or illness, or it may be permanent.

If you do not have a power of attorney and become unable to manage your personal or business affairs, it may become necessary for a court to appoint one or more people to act for you. People appointed in this manner are referred to as guardians, conservators, or committees, depending upon your local state law. If a court proceeding, sometimes

known as intervention, is needed, you may not have the ability to choose the person who will act for you. Few people want to be subject to a public proceeding in this manner so being proactive to create the appropriate document to avoid this is important. A power of attorney allows you to choose who will act for you and defines his or her authority and its limits, if any. In some instances, greater security against having a guardianship imposed on you may be achieved by you also creating a revocable living trust.

## Who Should Be Your Agent?

You may wish to choose a family member to act on your behalf. Many people name their spouses or one or more children. In naming more than one person to act as agent at the same time, be alert to the possibility that all may not be available to act when needed, or they may not agree. The designation of co-agents should indicate whether you wish to have the majority act in the absence of full availability and agreement. Regardless of whether you name co-agents, you should always name one or more successor agents to address the possibility that the person you name as agent may be unavailable or unable to act when the time comes.

There are no special qualifications necessary for someone to act as an attorney-in-fact except that the person must not be a minor or otherwise incapacitated. The best choice is someone you trust. Integrity, not financial acumen, is often the most important trait of a potential agent.

## How the Agent Should Sign?

Assume Michael Douglas appoints his wife, Catherine Zeta-Jones, as his agent in a written power of attorney. Catherine, as agent, must sign as follows: Michael Douglas, by Catherine Zeta-Jones under POA or Catherine Zeta-Jones, attorney-in-fact for Michael Douglas. If you are ever called upon to take action as someone's agent, you should consult with an attorney about actions you can and cannot take and whether there are any precautionary steps you should take to minimize the likelihood of someone challenging your actions. This is especially important if you take actions that directly or indirectly benefit you personally.

## What Kinds of Powers Should I Give My Agent?

In addition to managing your day-to-day financial affairs, your attorney-in-fact can take steps to implement your estate plan. Although an agent cannot revise your will on your behalf, some jurisdictions permit an attorney-in-fact to create or amend trusts for you

during your lifetime, or to transfer your assets to trusts you created. Even without amending your will or creating trusts, an agent can affect the outcome of how your assets are distributed by changing the ownership (title) to assets. It is prudent to include in the power of attorney a clear statement of whether you wish your agent to have these powers.

Gifts are an important tool for many estate plans, and your attorney-in-fact can make gifts on your behalf, subject to guidelines that you set forth in your power of attorney. For example, you may wish to permit your attorney-in-fact to make "annual exclusion" gifts (up to $14,000 in value per recipient per year in 2013) on your behalf to your children and grandchildren. It is important that the lawyer who prepares your power of attorney draft the document in a way that does not expose your attorney-in-fact to unintended estate tax consequences. While some states permit attorneys-in-fact to make gifts as a matter of statute, others require explicit authorization in the power of attorney. If you have older documents you should review them with your attorney. Because of the high estate tax exemption ($5 million inflation adjusted) many people who had given agents the right to make gifts may no longer wish to include this power. Others, however, in order to empower their agent to minimize state estate tax might continue or add such a power. Finally, there may be reasons not to limit the gifts your attorney-in-fact may make to annual exclusion gifts in order to facilitate Medicaid planning or to minimize or avoid state estate tax beyond what annual exclusion gifts alone might permit.

In addition to the power of your agent to make gifts on your behalf, many powers of attorney-in-fact are governed by state law. Generally, the law of the state in which you reside at the time you sign a power of attorney will govern the powers and actions of your agent under that document. If you own real estate, such as a vacation home, or valuable personal property, such as collectibles, in a second state, you should check with an attorney to make sure that your power of attorney properly covers such property.

# What if I Move?

Generally, a power of attorney that is valid when you sign it will remain valid even if you change your state of residence. Although it should not be necessary to sign a new power of attorney merely because you have moved to a new state, it is a good idea to take the opportunity to update your power of attorney. The update ideally should be part of a review and update of your overall estate plan to be sure that nuances of the new state law (and any other changes in circumstances that have occurred since your existing documents were signed) are addressed.

# Will My Power of Attorney Expire?

Some states used to require the renewal of a power of attorney for continuing validity. Today, most states permit a "durable" power of attorney that remains valid once signed until you die or revoke the document. You should periodically meet with your lawyer, however, to revisit your power of attorney and consider whether your choice of agent still meets your needs and learn whether developments in state law affect your power of attorney. Some powers of attorney expressly include termination dates to minimize the risk of former friends or spouses continuing to serve as agents. It is vital that you review the continued effectiveness of your documents periodically.

**ABA**    American Bar Association

/content/aba-cms-dotorg/en/groups/real_property_trust_estate/resources/estate-planning/power-of-attorney

-Exhibit BB-

# Rule 8.4: Misconduct

Share:



*Maintaining The Integrity Of The Profession*

It is professional misconduct for a lawyer to:

(a) violate or attempt to violate the Rules of Professional Conduct, knowingly assist or induce another to do so, or do so through the acts of another;

(b) commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects;

(c) engage in conduct involving dishonesty, fraud, deceit or misrepresentation;

(d) engage in conduct that is prejudicial to the administration of justice;

(e) state or imply an ability to influence improperly a government agency or official or to achieve results by means that violate the Rules of Professional Conduct or other law;

(f) knowingly assist a judge or judicial officer in conduct that is a violation of applicable rules of judicial conduct or other law; or

(g) engage in conduct that the lawyer knows or reasonably should know is harassment or discrimination on the basis of race, sex, religion, national origin, ethnicity, disability, age, sexual orientation, gender identity, marital status or socioeconomic status in conduct related to the practice of law. This paragraph does not limit the ability of a lawyer to accept, decline or withdraw from a representation in accordance with Rule 1.16. This paragraph does not preclude legitimate advice or advocacy consistent with these Rules.

Comment | Table of Contents | Next Rule

ABA American Bar Association
/content/aba-cms-dotorg/en/groups/professional_responsibility/publications/model_rules_of_professional_conduct/rule_8_4_misconduct

-Exhibit CC-

**Receipt 1**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chad Bianco,
% SOUTHWEST JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]

9590 9402 9033 4122 5130 03

2. Article Number (Transfer from service label)
RF 775 821 397 US

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery 4/28/25
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**Receipt 2**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gregory Eastwood, Nicholas
% RIVERSIDE SHERIFF Graneel
30755-D Auld Road # L-087
Murrieta, California [92565]

9590 9402 9404 5002 2728 23

2. Article Number (Transfer from service label)
RF 775 820 710 US

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery 5/30/25
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**Receipt 3**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk, Jeremiah, Charles
% CLERK OF COURT
30755-D Auld Road
Murrieta, California [92563]

9590 9402 9404 5002 2737 76

2. Article Number (Transfer from service label)
RF 775 825 425 US

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery 5/12/25
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**Receipt 4**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Hestrin, Monika Vermani
% RIVERSIDE DA's OFFICE
3960 Orange Street
Riverside, California

9590 9402 9404 5002 2737 83

2. Article Number (Transfer from service label)
RF 775 825 456 US

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chad Bianco
% RIVERSIDE SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]

9590 9402 9404 5002 2736 46

2. Article Number (Transfer from service label)
RF 775 824 946 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
4/21/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven Sherman
% STEVEN SHERMAN
105 East 18th Street
Santa Ana, California [92705]

9590 9402 9404 5002 2736 39

2. Article Number (Transfer from service label)
RF 775 824 932 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Hestrin
% OFFICE OF DISTRICT ATTORNEY
3960 Orange Street
Riverside, California [92501]

9590 9402 9033 4122 5130 27

2. Article Number (Transfer from service label)
RF 775 821 406 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nicholas Gravell
32171 Fern Street
Winchester, California [92596]

9590 9402 9404 5002 2728 47

2. Article Number (Transfer from service label)
RF 775 825 155 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
4/22/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven Sherman
c/o STEVEN SHERMAN
1631 East 18th Street
Santa Ana, California [92705-3101]

9590 9402 9404 5002 2727 48

2. Article Number (Transfer from service label)
RF 775 820 723 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery  5-1-25
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Greg Eastwood, William Pratt
George Reyes
c/o Southwest Justice Center
30755-D Auld Road
Murrieta, California [92563]

9590 9402 9033 4122 5137 68

2. Article Number (Transfer from service label)
RF 775 820 621 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) S. LLANTADA    C. Date of Delivery 4/28/25
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chad Bianco
c/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]

9590 9402 9404 5002 2726 70

2. Article Number (Transfer from service label)
RF 775 820 737 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chad, Greg, Robert, George
c/o SOUTHWEST JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]

9590 9402 8731 3310 3736 49

2. Article Number (Transfer from service label)
RF 775 822 582 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) S. LLANTADA    C. Date of Delivery 4/28/25
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Miranda Thomson, Michael Hestrin
c/o OFFICE OF DISTRICT ATTORNEY
3960 Orange Street
Riverside, California [92501]

9590 9402 9404 5002 2736 77

2. Article Number (Transfer from service label)
RF 775 825 102 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Hestrin, Miranda Thomson
c/o DISTRICT ATTORNEY'S OFFICE
3960 Orange Street,
Riverside, California [92501]

9590 9402 8731 3310 3703 89

2. Article Number (Transfer from service label)
RF 775 824 504 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chad Bianco
c/o RIVERSIDE COUNTY SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]

9590 9402 9404 5002 2680 86

2. Article Number (Transfer from service label)
RF 775 823 132 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Hestrin, Miranda Thomson
c/o OFFICE OF THE DA
3960 Orange Street
Riverside, California [92501]

9590 9402 9404 5002 2736 22

2. Article Number (Transfer from service label)
RF 775 824 892 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Return Receipt 1**

SENDER: COMPLETE THIS SECTION

- [illegible] the reverse ... to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven-Anthony: S. Herman
℅ STEVEN SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]

9590 9402 9404 5002 2678 67

2. Article Number (Transfer from service label)
    775 824 115 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): S HERMAN   C. Date of Delivery 3/24/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type — Domestic Return Receipt

---

**Return Receipt 2**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chad Bianco
℅ RIVERSIDE SHERIFF
4095 Lemon Street, 2nd Floor
Riverside, California [92501]

9590 9402 9404 5002 2678 50

2. Article Number (Transfer from service label)
    RF 775 824 124 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type — Domestic Return Receipt

---

**Return Receipt 3**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gregory Eastwood, Robert Bowman
℅ MENIFEE JUSTICE CENTER
30755 Auld Road D
Murrieta, California [92563]

9590 9402 9404 5002 2678 12

2. Article Number (Transfer from service label)
    RF 775 824 226 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☑ Addressee

B. Received by (Printed Name): N. Court   C. Date of Delivery 3/21/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type — Domestic Return Receipt

---

**Return Receipt 4**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven-Sherman
℅ STEVEN SHERMAN
1631 East 18th Street
Santa Ana, California [92705-7101]

9590 9402 9404 5002 2681 09

2. Article Number (Transfer from service label)
    RF 775 823 129 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): SHERMAN   C. Date of Delivery 3/24/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type — Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Hestrin, Miranda Thomson
℅ OFFICE OF THE DISTRICT ATTORNEY
3960 Orange Street
Riverside, California [92501]

9590 9402 8731 3310 3703 65

2. Article Number (Transfer from service label)
RF 775 824 265 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                            ☐ Agent
                             ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven Shore
℅ STEVEN MR
1631 East 18th Street
Santa Ana, California [92705-7107]

9590 9402 9176 4225 2709 37

2. Article Number (Transfer from service label)
RF 775 823 804 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                            ☐ Agent
                             ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                 7-12-25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gregory, Robert, George
℅ SOUTHWEST JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92563]

9590 9402 8731 3310 3704 57

2. Article Number (Transfer from service label)
RF 775 823 645 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                            ☐ Agent
                             ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                 3/1/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gregory Eastland, Robert, George
℅ MENIFEE JUSTICE CENTER
30755-D Auld Road
Murrieta, California [92565]

9590 9402 9176 4225 2709 13

2. Article Number (Transfer from service label)
RF 775 823 795 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                            ☐ Agent
                             ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                 3/13/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Miranda Thomson, Michael Hestrin
℅ DISTRICT ATTORNEY'S OFFICE
3960 Orange Street
Riverside, California [92501]

9590 9402 9404 5002 2710 17

2. Article Number (Transfer from service label)
RF 775 824 138 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                            ☑ Agent
                             ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                 4/4/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Hestrin, Miranda Thomson
℅ DISTRICT ATTORNEY
3960 Orange Street
Riverside, California [92501]

9590 9402 9404 5002 2710 24

2. Article Number (Transfer from service label)
RF 775 824 402 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                            ☐ Agent
                             ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                 4/4/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt