Kevin: Realworldfare (formerly Kevin: Walker), *sui juris*
**Care of:** 2082 Highway 183 #170-229
⠀⠀⠀⠀⠀⠀⠀Leander, Texas
Email: team@walkernovagroup.com

*Plaintiff, Real Party In Interest, Injured Party*
*Secured Party, Executor, Heir*



FILED

CLERK, U.S. DISTRICT COURT

**11/19/2025**

CENTRAL DISTRICT OF CALIFORNIA

BY ⠀⠀cld⠀⠀ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

<span style="color:red">**FILE ON DEMAND**</span>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kevin: Walker,**<br><br>⠀⠀*Plaintiff, Real Party In Interest, Injured Party In Fact, Creditor, Secured Party*<br><br>⠀⠀⠀⠀*vs.*<br><br>**Chad Bianco, Steven Arthur Sherman, Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Nicholas Gruwell, Joseph Sinz, Michael Hestrin, Miranda Thomson,**<br>**RIVERSIDE COUNTY SHERIFF, THE PEOPLE OF THE STATE OF CALIFORNIA, SOUTHWEST JUSTICE CENTER, FERGUSON PRAET & SHERMAN A PROFESSIONAL CORPORATION,** *Does 1-100 Inclusive*<br><br>⠀⠀⠀⠀*Defendant(s).* | Case No.: 5:25-cv-00646-WLH-MAA<br><br><span style="text-decoration:underline">VERIFIED</span> **NOTICE OF CONSTRUCTIVE DENIAL OF SUMMARY JUDGMENT, INTERLOCUTORY APPEAL PRESERVATION, AND NOTICE OF PERSONAL LIABILITY UNDER BIVENS**<br><br>(Under 28 U.S.C. § 1292(a)(1), the Collateral Order Doctrine, and the Due Process Clause — 28 U.S.C. § 1746, Verified under Penalty of Perjury)<br><br>(SPECIAL LIMITED APPEARANCE — **EQUITY** JURISDICTION PRESERVED) |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

This matter is brought **in equity**, under the **original judicial power** and **inherent equitable jurisdiction** of this Court as vested by **Article III, Section 1** of the Constitution for the United States of America, and governed by the **Federal Rules of Civil Procedure** subject to the **Rules Enabling Act**, **28 U.S.C. §§ 2071–2072**.

COMES NOW, Plaintiff Kevin: of the Realworldfare Family (formerly Kevin: of the Walker Family), proceeding sui juris, **by** *Special Limited Appearance* **and** *Special Limited Visitation*

**only**, and strictly in his **private capacity** as the **Real Party in Interest, Injured Party In Fact, Secured Party, Heir, and Master Beneficiary** of the subject property and associated rights. This Verified Emergency Demand in Equity is brought pursuant to the judicial power vested in this Court under **Article III of the United States Constitution**, and in accordance with:

- U.S. Const. Amend. V (Due Process & Takings)
- U.S. Const. Amend. XIV (Equal Protection & Due Process)
- 42 U.S.C. § 1983 (civil liability for deprivation of rights under color of law)
- California Constitution art. I §§ 1, 7, 19 (property and due process protections)
- California Public Utilities Code §§ 451, 453, 780 (mandatory nondiscriminatory service)
- Fed. R. Civ. P. 65 (TRO & Injunctive Relief)
- Fed. R. Civ. P. 56(c)(4) (verified evidence as competent evidence)
- Fed. R. Civ. P. 8(b)(6) (admissions by silence)
- 31 U.S.C. §§ 1501(a)(8), 3123 (public-utility services = binding government obligations)

All factual assertions herein are **verified** under **28 U.S.C. § 1746** and therefore constitute sworn admissible evidence. They stand **admitted and established as a matter of law absent sworn rebuttal** by Defendants.

Plaintiff expressly preserves and reserves **all rights, objections, jurisdictional defenses, and remedies**, invoking this Court's *equitable* power to provide immediate relief where constitutional rights and **mandatory** public-utility duties are being knowingly violated.

There exists **no plain, speedy, or adequate remedy at law.** I have been deprived of private trust property, dispossessed without lawful jurisdiction, denied due process, and obstructed from every statutory avenue of redress. The law provides no substitute; statutory remedies are exhausted, and the fraud perpetrated under color of law can only be corrected in **equity**.

As the Supreme Court declared, *"Equity will not suffer a wrong without a remedy"* (**Marbury v. Madison**, 5 U.S. 137 (1803)). Where law fails, equity steps in to do justice.

<span style="color:red">**Accordingly, this Court is exercising its equitable jurisdiction under governing federal law and the Constitution, and is therefore under a mandatory, non-discretionary duty to**</span>

Date: November 19, 2025

<span style="color:red">prevent ongoing irreparable harm and enforce established rights. Where legal remedies are
inadequate and where harm to property, health, and constitutional guarantees is
continuous, equity *must* intervene and provide immediate relief.</span>

<span style="color:red">Failure to act in the face of admitted, verified constitutional injuries and an essential-
service deprivation would constitute a knowing refusal to perform a judicial duty, amount
to the unlawful approval of continuing violations, and permit material injustice to persist
under color of law.</span>

<span style="color:red">No adequate remedy exists at law. The Court's equitable authority is exclusive, active, and
unavoidable in such circumstances. The restoration of water service is therefore a
mandatory equitable obligation—not a matter of judicial discretion..</span>

# I. *VERIFIED* INTRODUCTION

Plaintiff, **Kevin: Realworldfare**, appearing sui juris and executing this Verified Notice pursuant
to 28 U.S.C. § 1746, provides formal judicial notice of the following:

## A. This Court Has Full Jurisdiction and Full Notice

This Court has:

1. Accepted jurisdiction over this federal civil-rights action;

2. Received verified pleadings establishing ongoing constitutional violations under 42
   U.S.C. § 1983;

3. Been formally notified of Defendants' total failure to respond or defend;

4. Been served with a fully-supported, undisputed dispositive Rule 56 motion;

5. Been required by law to enter judgment in favor of Plaintiff under:

   ○ Fed. R. Civ. P. 8(b)(6), 12(a), 54, 55(a), and 56

   ○ Article III, U.S. Constitution

   ○ The Due Process Clauses of the Fifth and Fourteenth Amendments

## B. The Court Has Wrongfully Refused to Act

Despite mandatory procedural triggers, undisputed liability, and ongoing injury, the Court has:

- Refused to adjudicate Plaintiff's dispositive motion

Date: November 19, 2025

- Provided no findings under Rule 52(a)

- Allowed constitutional violations to continue unabated

- Remained completely silent for months

This refusal stands in direct violation of binding precedent, including:

- *Cohens v. Virginia*, 19 U.S. 264, 404 (1821) — where jurisdiction is conferred, the court must exercise it

- *Mathews v. Eldridge*, 424 U.S. 319 (1976) — due process requires timely adjudication

- *CEATS v. Continental Airlines*, 755 F.3d 1356, 1364 (Fed. Cir. 2014) — judicial delay constitutes constructive denial

- 28 U.S.C. § 2072(b) — procedural maneuver cannot extinguish substantive rights

**C. Ongoing Irreparable Harm and Active Retaliation**

Instead of halting the abuse, this Court's silence has enabled and emboldened further retaliation by the same actors sued herein.

Plaintiff continues to endure:

- Harassment and stalking by Riverside County Sheriff personnel

- Fraudulent law enforcement interference in daily life

- Forced contracting and compelled performance under color of law

- Continuing deprivation of liberty and property interests

- A manufactured and **retaliatory criminal prosecution** designed solely to obstruct and punish protected legal activity:

**People of the State of California v. Kevin Walker**

**Case No. MISW2501134**

(Riverside County Sheriff Defendants acting in direct conflict with, and as retaliation for, this pending federal action)

This retaliatory state proceeding is being used to:

- Silence federal redress

- Create jurisdiction where none existed

VERIFIED NOTICE OF CONSTRUCTIVE DENIAL OF SUMMARY JUDGMENT, INTERLOCUTORY APPEAL
PRESERVATION, AND NOTICE OF PERSONAL LIABILITY UNDER BIVENS

- Fabricate a corpus delicti

- Burden and intimidate a federal civil-rights litigant

- Extend unlawful control under color of law

These continuing violations are **directly tied** to the facts and parties of this federal case.

## D. The Legal Result Is Already Fixed

- Defendants' silence = **admitted liability** under Rule 8(b)(6)

- All material facts = **undisputed** under Rule 56(c)(1)

- Default = **mandatory** under Rule 55(a)

- Judgment = **required** under Rule 56(e)(3)

As a matter of black-letter law:

**Plaintiff is already entitled to judgment.**

## E. The Court's Continued Silence Has Consequences

A federal judge who refuses to exercise vested jurisdiction:

- Acts without authority

- Denies due process

- Commits reversible error

- Forfeits judicial immunity for extra-judicial conduct

  — *Bradley v. Fisher*, 80 U.S. 335 (1872)

Any continued refusal to rule participates in:

- A continuing deprivation of federal constitutional rights

- Willful obstruction of justice

- Personal liability in damages under *Bivens*

  — *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)

This Court's silence is not neutral.

It is now part of the constitutional injury.

## F. This Notice Perfects the Record for Interlocutory Appeal

This Verified Notice is entered to:

Page 5 of 19

VERIFIED NOTICE OF CONSTRUCTIVE DENIAL OF SUMMARY JUDGMENT, INTERLOCUTORY APPEAL
PRESERVATION, AND NOTICE OF PERSONAL LIABILITY UNDER BIVENS

1. Perfect the record establishing constructive denial of summary judgment;

2. Lock in reversible error already committed;

3. Preserve immediate interlocutory appellate review under:

    ○ 28 U.S.C. § 1292(a)(1)

    ○ Collateral Order Doctrine

    ○ 28 U.S.C. § 1651(a) (All Writs Act)

4. Place all responsible federal officers on personal notice of liability.

**G. Final Demand**

This Court must now choose:

Comply with mandatory law and issue judgment

— or —

Be recorded as a willful violator of federal rights, personally liable for every continued injury.

There is no lawful third option.

The record is complete.

The harm is ongoing.

The liability is personal.

The time for silence has expired.

## II. PROCEDURAL FACTS ESTABLISH DEFAULT AND MANDATE SUMMARY JUDGMENT

The record establishes the following undisputed procedural posture:

1. **Summons and the operative Verified Complaint were duly issued, served, and lawfully delivered** on all named Defendants by multiple valid means of service, including **actual notice, constructive notice, and proper legal notice**. (Dkts. 21–40, 43–44).

2. No Defendant has filed an Answer, Rule 12 motion, appearance, or any responsive pleading within the timeframe mandated by **Fed. R. Civ. P. 12(a)** — nor at any time afterward.

3.  By operation of law, Defendants' failure to deny allegations results in **judicial
    admissions**.

    **Fed. R. Civ. P. 8(b)(6)**.

4.  Defendants' failure to defend requires that default **must** be entered.

    **Fed. R. Civ. P. 55(a)** (mandatory directive — no judicial discretion).

5.  With **no genuine dispute of material fact**, summary judgment is mandated as a matter of
    law.

    **Fed. R. Civ. P. 56(a), (e)(2)-(4)**.

6.  Plaintiff has fully complied with all procedural prerequisites by filing the Verified Motion
    and Demand for Summary and Default Judgment under **Fed. R. Civ. P. 54, 55, and 56**.
    (Dkt. 48).

There is **no lawful basis** for this Court to withhold judgment.

The Rules, the docket, and the absence of opposition **compel** immediate entry of judgment in
Plaintiff's favor.

## III. THIS COURT'S PROLONGED NON-ACTION IS UNLAWFUL, JURISDICTIONALLY VOID, AND DESTROYS IMMUNITY

The United States Supreme Court mandates that once jurisdiction is invoked, **a federal court
has no discretion to refuse to exercise it**:

> "Where jurisdiction is conferred, a court must exercise it."
>
> *Cohens v. Virginia*, 19 U.S. 264, 404 (1821)

Here, the Court has been presented with:

•   Verified federal claims under **42 U.S.C. § 1983**

•   Pending dispositive relief under **Fed. R. Civ. P. 54, 55, and 56**

•   A fully uncontested constitutional record

•   State-actor misconduct under color of law

•   Admitted liability by all Defendants

By **ignoring** these filings and obligations, the Court has:

- **Abandoned** the exercise of Article III judicial power

- **Violated** due process (see *Mathews v. Eldridge*, 424 U.S. 319 (1976))

- **Constructively denied** Plaintiff's Rule 56 motion (see *CEATS*, 755 F.3d 1356, 1364)

- **Converted judicial discretion into judicial misconduct**

- **Acted without jurisdiction from the moment adjudication was refused**

A court that refuses to rule **loses jurisdiction** over the injured party's vested rights — and any acts or omissions thereafter are **ultra vires** (void ab initio).

See *Bradley v. Fisher*, 80 U.S. 335 (1872).

## A. Ignoring Verified Filings Is a Jurisdictional Crisis

This Court has:

- Ignored all expired Rule 12 deadlines

- Ignored judicial admissions of all facts alleged

- Ignored the mandatory Rule 55 default requirement

- Ignored Constitutional tort claims against state officials

- Ignored Plaintiff's Verified Notice of Default and Dishonor (Dkt. 49)

- Ignored Rule 52's written-finding requirement

- Ignored a complete evidentiary record

This is not docket management.

It is **jurisdictional abandonment**.

## B. Loss of Immunity and Direct Personal Liability

By **refusing** to adjudicate vested constitutional rights, the Court and any Clerk participating in the suppression or obstruction of judicial remedy:

- **forfeit judicial and qualified immunity**

- **act outside lawful authority**

- **incur personal liability** under:

  - *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)

  - 42 U.S.C. § 1983

Date: November 19, 2025

    o    The Due Process Clause of the Fifth and Fourteenth Amendments

    o    The All Writs Act, 28 U.S.C. § 1651(a)

Once a judge **knows** constitutional rights are being violated, and **chooses not to act**, that judge is **no longer acting as a judge**, but as a **state-actor tortfeasor**.

Judicial silence **in the face of mandatory adjudication** is not neutral — it is **affirmative misconduct** and **federal constitutional tort**.

## IV. CONSEQUENCES OF ABANDONMENT: LOSS OF IMMUNITY AND PERSONAL LIABILITY IS NOW TRIGGERED

Once a federal court **knowingly refuses** to exercise jurisdiction while constitutional rights are being actively violated, the court ceases to function as a judicial body and becomes a **lawless actor**. Federal authority is unequivocal:

- **Article III judicial power is forfeited**
- **Jurisdiction is abandoned**
- **All continuing acts occur in clear absence of jurisdiction**
- **No immunity attaches to extra-judicial conduct**

    *Bradley v. Fisher*, 80 U.S. 335 (1872)

A federal judge is granted immunity **only** when lawfully exercising judicial power. Refusing to adjudicate a vested constitutional claim strips that shield entirely.

Defendants — including this Court — now stand exposed to **direct, personal liability**, because the record demonstrates **knowing and deliberate** nonfeasance:

1. **Willful obstruction of justice**
2. **Bad-faith suppression of vested rights**
3. **Affirmative misconduct under color of law**
4. **Extra-judicial conduct outside lawful authority**
5. **Tortious violation of federally-protected rights**

    *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)

Further, where a court **obstructs adjudication** by silence or delay, it commits **fraud upon the court**, requiring reversal:

Fraud that corrupts the judicial process voids all outcomes.

*Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944)

Judicial silence in the face of:

- Fully adjudicated jurisdiction

- Perfected service

- Admitted facts

- A ripe Rule 56 motion

- Ongoing constitutional injury

…is not discretion. It is **unlawful dereliction** and **intentional denial of rights**.

A court **cannot** convert silence into adjudication, nor delay into legitimacy.

Inaction is a **decision**, and here it is **illegal**.

Thus, **from the moment** this Court refused to exercise jurisdiction it agreed to accept, every continuing act or omission:

- Is **void ab initio**

- **Destroys** judicial immunity

- **Creates** personal liability

- **Multiplies** constitutional damages

- And is **fully actionable** under federal civil rights law

## V. THIS RECORD IS PRESERVED FOR IMMEDIATE APPELLATE AND PERSONAL REMEDY

The following points are conclusively fixed in the record and are **no longer subject to judicial discretion**:

1. **Default is established** by operation of Rule 55(a).

2. **Liability is judicially admitted** under Rule 8(b)(6).

3. **Summary judgment is mandatory** under Rule 56(a), (e)(2)-(4).

Date: November 19, 2025

4.  **Every material fact is uncontested** and cannot be disputed.

5.  **Constructive denial** of Plaintiff's dispositive motion has already occurred.

6.  **Reversible error** is currently active and compounding.

This Court has already made a legally consequential choice:

**by refusing to adjudicate**, it has **denied adjudication**.

## A. Escalation Is Now Required

If this Court persists in withholding rulings in violation of Article III obligations, Plaintiff will

immediately initiate:

- **Interlocutory appeal** under **28 U.S.C. § 1292(a)(1)**

- **Mandamus enforcement** through the **All Writs Act**, 28 U.S.C. § 1651(a)

- **Personal-capacity civil rights claims** against every responsible officer under:

    o  **42 U.S.C. § 1983**

    o  **Bivens v. Six Unknown Named Agents**, 403 U.S. 388 (1971)

No Court officer will be immunized from accountability for continued violations.

Every day of delay enlarges damages and worsens constitutional injury.

## B. Notice Is Complete and Final

This filing serves as the **last and only** notice required before escalation.

Silence from this point forward will be cited as:

- **Knowing and intentional denial of due process**

- **Bad-faith obstruction of constitutional rights**

- **Aggravated damages** warranting punitive sanction

- **Grounds for immediate appellate correction and personal liability**

This Court has the record. — This Court has the law. — This Court has the duty.

If the Court remains silent:

1.  **the record will prove the misconduct**.

2.  **No additional warnings will be issued.**

3.  **No excuse will be accepted.**

4.  **No immunity will remain.**

## VI. CONTINUING AND ESCALATING IRREPARABLE HARM CAUSED BY DEFENDANTS' DISHONOR AND THE COURT'S INACTION

Plaintiff continues to suffer severe and ongoing constitutional injury, directly stemming from Defendants' unlawful conduct and this Court's refusal to intervene.

The Riverside County Sheriff's Department — already a named Defendant — continues to engage in:

1.  **Ongoing harassment and intimidation**, including multiple unprovoked visits and surveillance of Plaintiff and Plaintiff's property;

2.  **Targeted stalking** and monitoring in furtherance of retaliation for filing this action;

3.  **Attempts to manufacture and fabricate criminal allegations** in an effort to undermine Plaintiff's rights, credibility, and vested property interests;

4.  **Coordinated interference with Plaintiff's access to property and daily liberty**, evidencing malicious intent and an active pattern of retaliation.

These acts constitute continuing violations of:

- The Fourth Amendment (unreasonable searches, seizures, surveillance)

- The Fifth and Fourteenth Amendments (due process, retaliation)

- 42 U.S.C. § 1983 (color-of-law misconduct)

- 18 U.S.C. § 241 and § 242 (conspiracy + deprivation of rights)

Each day without adjudication compounds damage by:

- Enabling Defendants to continue unlawful harassment unchecked

- Increasing risk of fabricated arrest, false imprisonment, or violent confrontation

- Enforcing a chilling effect on Plaintiff's constitutional right of access to the courts

- Extending fear-based coercion and psychological trauma

- Perpetuating an illegally manufactured narrative of criminality

- Allowing deprivation of liberty and property interests to persist without remedy

The Sheriff's Department's ongoing retaliation **is the irreparable harm** recognized in:

*Elrod v. Burns*, 427 U.S. 347, 373 (1976)

("*The loss of constitutional freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.*")

Due process delayed is not a neutral administrative event — **it is a weapon used against the Plaintiff**.

This Court's continued refusal to rule:

- Empowers state actors to escalate misconduct
- Converts passive delay into active participation
- Constitutes actionable judicial complicity under *Bivens*
- Deepens Plaintiff's injuries and multiplies Defendants' liability
- Triggers ongoing damages recoverable in law and equity

Every moment of delay further injures Plaintiff, and that injury falls squarely on this Court's shoulders **once judicial intervention has been invoked and refused**.

## VII. VERIFIED CONCLUSION

All required procedural conditions for judgment have been met:

- This Court **accepted jurisdiction**
- All Defendants were **properly served**
- **No Defendant** filed an Answer or Rule 12 motion
- All allegations are **admitted** under Rule 8(b)(6)
- All facts are **undisputed** under Rule 56
- Default is **mandatory** under Rule 55(a)
- Constitutional rights are **actively being violated**
- The dispositive motion has been **fully briefed for months**

There is nothing left for the parties to submit and **no lawful reason** for further delay.

**The Court's Inaction Has Legal Consequences**

A continued refusal to rule:

1. **Abandons** Article III judicial duty

Date: November 19, 2025

2. **Violates due process** (5th & 14th Amendments)

3. **Denies access** to the courts (1st Amendment)

4. **Creates reversible error** as a matter of law

5. **Voids judicial immunity** for extra-judicial acts

6. **Triggers personal liability** for constitutional torts (*Bivens*; § 1983)

7. **Increases damages** for every day of non-action

Judgment is now **required** — not optional.

## Final Verified Demand

Plaintiff now issues a final request that the Court:

**Immediately grant** Plaintiff's Verified Motion for Summary and Default Judgment (Dkt. 48)

**or**

Issue a written ruling with findings under Fed. R. Civ. P. 52(a) explaining the legal basis for refusal.

If the Court continues to withhold adjudication, Plaintiff will immediately proceed to:

• **Interlocutory appeal** under 28 U.S.C. § 1292(a)(1)

• **Supervisory mandamus** under 28 U.S.C. § 1651(a)

• **Personal-capacity civil rights litigation** against responsible officers including Judge Wesley Hsu

• **Record each day of delay** as additional constitutional harm and damages

The **record is complete**.

The **law is mandatory**.

The **rights are vested**.

The **harm is ongoing**.

The **liability is personal**.

//

//

//

Date: November 19, 2025

# **VERIFICATION:**

## Pursuant to 28 U.S.C. § 1746

I, <u>Kevin: of the Realworldfare Family (formally Kevin: of the Walker Family)</u>, a natural born living man, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this <u>19th</u> day of <u>November</u> in the year of Our Lord two thousand and twenty five, *without* the United States**.**

> **All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402.**

By: _Kevin: Realworldfare_____

Kevin: Realworldfare, Real Party In Interest, *Secured Party, Injured Party, Heir, Creditor*

//

//

//

//

//

//

//

//

//

//

//

//

Date: November 19, 2025

# LIST OF EXHIBITS / EVIDENCE:

1. Exhibit A:  Affidavit: Power of Attorney In Fact'

2. Exhibit B:  Hold Harmless Agreement

3. Exhibit C:  Private UCC Contract Trust/UCC1 filing #2024385925-4.

4. Exhibit D: Private UCC Contract Trust/UCC3 filing ##2024402990-2 .

5. E Exhibit E: Contract Security Agreement #RF775820621US, titled: NOTICE OF CONDITIONAL ACCEPTANCE, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON.

6. Exhibit F: Contract Security Agreement #RF775821088US, titled: NOTICE OF DEFAULT, and FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, TREASON

7. Exhibit G: Contract Security Agreement #RF775822582US, titled: NOTICE OF DEFAULT AND OPPORTUNITY TO CURE *AND* NOTICE OF FRAUD, RACKETEERING, CONSPIRACY, DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, IDENTITY THEFT, EXTORTION, COERCION, KIDNAPPING.

8. Exhibit H: Contract Security Agreement #RF775823645US, titled:  Affidavit Certificate of Dishonor, Non-response, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION.

9. Exhibit I: Form 3811 corresponding to Exhibit E.

10. Exhibit J: Form 3811 corresponding to Exhibit F.

11. Exhibit K: Form 3811 corresponding to Exhibit G.

12. Exhibit L: Form 3811 corresponding to Exhibit H.

13. Exhibit M: INVOICE/TRUE BILL #RIVSHERTREAS12312024

14. Exhibit N: Copy of 'MASTER DISCHARGE AND INDEMNITY BOND'

#RF661448567US.

15. **Exhibit O**: Photograph(s) of Defendant/Respondent Gregory D Eastwood.

16. **Exhibit P**: Photograph(s) of Defendant/Respondent Robert C V Bowman.

17. **Exhibit Q**: Photograph(s) of Defendant/Respondent Willam Pratt.

18. E**xhibit R:** Affidavit 'Right to Travel': *CANCELLATION*, TERMINATION, AND REVOCATION of COMMERCIAL "For Hire" DRIVER'S LICENSE CONTRACT and AGREEMENT. LICENSE/BOND # B6735991

19. **Exhibit S:** Revocation Termination and Cancelation of Franchise.

20. **Exhibit T:** CITATION/BOND #TE464702, accepted **under threat, duress, and coercion**.

21. E**xhibit U:** Private Transport's PRIVATE PLATE displayed on the automobile

22. E**xhibit V:** Copy of "Automobile" and "commercial vehicle" defined by DMV (Department of Motor Vehicles).

23. **Exhibit W**: Copy of CA CODE § 260 from https://leginfo.legislature.ca.gov.

24. **Exhibit X**: national/non-citizen national passport card #C35510079.

25. **Exhibit Y**: national/non-citizen national passport book #A39235161.

26. **Exhibit Z**: ™KEVIN LEWIS WALKER© Copyright and Trademark Agreement.

27. **Exhibit AA:** A copy of American Bar Association's 'Attorney In Fact' Definition.

28. **Exhibit BB:** A Copy of Rule 8.4: (Misconduct) of the American Bar Association.

29. **Exhibit CC:** Twenty-six 3811 forms showing Defendants' acceptance of service of all documents via USPS and electronic service, including SUMMONS and COMPLAINT.

//

//

Page 17 of 19

VERIFIED NOTICE OF CONSTRUCTIVE DENIAL OF SUMMARY JUDGMENT, INTERLOCUTORY APPEAL
PRESERVATION, AND NOTICE OF PERSONAL LIABILITY UNDER BIVENS

Date: November 19, 2025

# P R O O F   O F   S E R V I C E

STATE OF TEXAS                    )

                                 )        ss.

COUNTY OF WILLIAMSON      )

I competent, over the age of eighteen years, and not a party to the within action.  My mailing address is **care of:** 2082 Highway 183 #170-229.  On or about **November 19, 2025**, I served the within documents:

1. **VERIFIED NOTICE OF CONSTRUCTIVE DENIAL OF SUMMARY JUDGMENT, INTERLOCUTORY APPEAL PRESERVATION, AND NOTICE OF PERSONAL LIABILITY UNDER BIVENS**

**By Electronic Service.**  Based on a court order and/or an **agreement of the parties** to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

> Steven-Arthur: Sherman
> C/o STEVEN ARTHUR SHERMAN, FERGUSON PRAET & SHERMAN A PROFESSIONAL CORPORATION
> 1631 East 18th Street
> Santa Ana, California [92705-7101]
> ssherman@law4cops.com
> csherman@law4cops.com

> Chad: Bianco, Gregory D Eastwood, Robert C V Bowman, George Reyes, William Pratt, Robert Gell, Joseph Sinz, Nicholas Gruwell,
> C/o  RIVERSIDE COUNTY SHERIFF
> 4095 Lemon Street, 2nd Floor
> Riverside, California [92501]
> ssherman@law4cops.com
> csherman@law4cops.com
> rsoscscentral@riversidesheriff.org
> jsinz@riversidesheriff.org
> wpratt@riversidesheriff.org

> Miranda Thomson, Michael Hestrin
> C/o RIVERSIDE COUNTY DISTRICT ATTORNEY, THE PEOPLE

Page 18 of 19

VERIFIED NOTICE OF CONSTRUCTIVE DENIAL OF SUMMARY JUDGMENT, INTERLOCUTORY APPEAL
PRESERVATION, AND NOTICE OF PERSONAL LIABILITY UNDER BIVENS

Date: November 19, 2025

OF THE STATE OF CALIFORNIA, RIVERSIDE COUNTY,
**SOUTHWEST** JUSTICE CENTER
3960 Orange Street
Riverside, California [92501]
DAOffice@rivco.org

Rob Bonta
C/o PEOPLE OF THE STATE OF CALIFORNIA
3960 Orange Street
Riverside, California [92501]
piu@doj.ca.gov
Police-Practices@doj.ca.gov

    I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.  Executed on **November 19, 2025** in Williamson County, California.

                                   */s/Chris Yarbra/*

                                   Chris Yarbra