UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:25-cv-00646-WLH-MAA | | Date | March 23, 2026 |
|---|---|---|---|---|
| Title | *Kevin Walker Estate et al v Chad Bianco et al.* | | | |

Present: The Honorable    WESLEY L. HSU, United States District Judge

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:    (IN CHAMBERS) ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY AND DEFAULT JUDGMENT IN EQUITY [48]**

The Court is in receipt of Plaintiff Kevin Walker Estate's Motion for Summary and Default Judgment in Equity. (Mot., Dkt. 48). This Motion is moot as Plaintiff Kevin Walker Estate is no longer a party to this matter. ("Amended Verified Complaint," Dkt. No. 47). Therefore, the Court **DENIES** this Motion.

**IT IS SO ORDERED.**